# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.

**03-80612**

**CIV-ZLOCH**

MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.
INTAKE

JUL - 8 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL LAUER, | ) |
| LANCER MANAGEMENT GROUP, LLC, and | ) |
| LANCER MANAGEMENT GROUP II, LLC, | ) |
| Defendants, | ) |
| and | ) |
| LANCER OFFSHORE, INC., | ) |
| LANCER PARTNERS, LP, | ) |
| OMNIFUND, LTD., | ) |
| LSPV, INC., and | ) |
| LSPV, LLC, | ) |
| Relief Defendants. | ) |

## EXHIBITS IN SUPPORT OF THE MOTION AND MEMORANDUM OF LAW FOR EX PARTE TEMPORARY RESTRAINING ORDER AND OTHER RELIEF AND THEREAFTER PRELIMINARY INJUNCTION

### VOLUME II

<u>EX. #</u>        <u>DESCRIPTION</u>

23.        Declaration of Shannon P. Pratt



## Declaration of Shannon P. Pratt

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.  My name is Shannon P. Pratt and I am over 21 years of age.

2.  I am a chartered financial analyst, a fellow of the American Society of Appraisers designated in business valuation, and a master certified business appraiser of the Institute of Business Appraisers. I hold a doctorate in business administration from Indiana University, with a major in finance and an emphasis in investments. I am a managing director of Willamette Management Associates, a national business valuation and financial consulting firm; the managing owner of Business Valuation Resources, LLC, a business valuation publishing firm; and an outside director and chair of the audit committee of Paulson Capital Corporation, a publicly traded investment banking firm specializing in small-company initial public offerings (IPOs). I served six years (the maximum) as a trustee of The Appraisal Foundation, which publishes the Uniform Standards of Professional Appraisal Practice (USPAP). I am also a life member (one of two) of the Business Valuation Committee of the American Society of Appraisers. Attached as Appendix A is my résumé.

3.  A limiting condition of the following declaration is that I have neither visited any of the companies' facilities nor spoken with any of the companies' managements. Doing so could result in changes in the opinions expressed from my analysis of the documents. Also, this investigation is ongoing, and I reserve the right to modify my opinions in light of additional information that may come to my attention.

**Documents Reviewed**

4.  This declaration is based on review and analysis of:

    a.  Value of a control ownership position in Biometrics Secure Technology, Inc. (BMTS) (formerly AUG Corp.), at December 31, 2002, report dated May 23, 2003, by George R. Levie, without appendixes ("the BMTS Report"). A copy of the BMTS Report is attached as Appendix B.

    b.  Other documents relating to BMTS including, but not limited to:

        (1) SEC forms 10-QSB for March 31, 2002, June 30, 2002, and September 30, 2002.

        (2) Form 13b-25 notifying the SEC that the Form 10-KSB (the annual report for calendar 2002) would be filed late.

        (3) Form 8-K dated February 8, 2002.

        (4) Form 10-QSB for September 30, 2001

        (5) Certain press releases and published stories about the company.

        (6) An agreement covering the purchase of 6,000,000 shares of AUG by Lancer Offshore, Inc., for $300,000.

    c.  Value of a control ownership position in AUG Corp. (name subsequently changed to Biometrics Secure Technology, Inc.) at December 31, 2001, report dated May 3, 2002, no author, with appendixes ("the AUG Report"). A copy of the AUG Report is attached as Appendix C.

    d.  Value of a control ownership position in SMX Corp. at December 31, 2001, report dated May 23, 2002, no author, with appendixes ("the SMX Report"). A copy of the SMX Report is attached as Appendix D.

    e.  Value of a control ownership position in Xtracard Corp. (formerly Nu-D-Zine) at December 31, 2002, report dated May 23, 2002, by George R. Levie ("the Xtracard Report"), and value of a control ownership position in Nu-D-Zine, Inc., at December 31, 2001, and September 30, 2002, report dated October 21, 2002, no author disclosed ("the Nu-D-Zine Report"). A copy of the Xtracard Report is attached as Appendix E, and a copy of the Nu-D-Zine Report is attached as Appendix F.

2

f.   Value of a control ownership position in Fidelity First Financial Corp. at December 31, 2002, report dated May 22, 2003, by Milton H. Barbarosh, CEO of Stenton Leigh Group, Inc. ("the Fidelity First Financial Report"). A copy of the First Fidelity Financial Report is attached as Appendix G.

g.   Banc of America Securities LLC client position summary by asset class for Lancer Partners LP as of December 31, 2002, and December 31, 2001; Lancer Offshore Inc. as of December 31, 2002, and December 31, 2001; Omni Fund as of December 31, 2002, and December 31, 2001; and Viator Fund Ltd. as of December 31, 2001. A copy of these reports is attached as Appendix H.

## **Analyses and Opinions**

5.   With respect to the AUG Report for December 31, 2001:

a.   The Report concludes a value of $3.40 per share at December 31, 2001, for stock bought by Lancer August 31, 2001 for $0.01 per share, and on November 1, 2001 the company sold stock to Lancer and affiliates for $0.02 and $0.03 per share.

b.   The company had no revenues either for 2001 nor up to the date of the Report.

c.   The company had an accumulated deficit of $22,371,214 and a negative cash flow from operations of $385,593. The auditor's opinion was qualified with the statement, "These matters raise substantial doubt about the Company's ability to continue as a going concern."

d.   The Report states (at page 3), "The Company will need to raise capital from other financings to pay its debts. . . . Any such additional financing may result in significant dilution to the existing stockholders. In the event that the Company is unable to raise or borrow additional funds, the Company may be forced into bankruptcy."

6.   a.   There are significant errors and internal inconsistencies in the Report at pages 16 and 17, all of which result in a further inflated "value" by the discounted cash flow (DCF) method. These errors suggest that the Report is unreliable, even though the conclusion of value was not based on the DCF method.

3

b. The Uniform Standards of Professional Appraisal Practice (USPAP) and the American Society of Appraisers (ASA) Business Valuation Standards require the appraiser to consider three approaches to value: (1) the asset approach, (2) the market approach, and (3) the income approach.

(1) By the asset approach, the stock is worth less than $0.01 per share.

(2) The market approach consists of observing prices of other comparable stocks in the market relative to the companies' financial fundamentals (revenues, earnings, book value, etc.). Since AUG has negative or negligible values in the fundamental categories, this approach would result in a value of zero.

(3) The income approach consists of projecting future benefits to shareholders and discounting them back to a present value at a rate of return ("discount rate") that reflects the risk (uncertainty) of achieving the projected results. The projected results in the Report are so baseless and speculative that they would not be accepted by any professional business appraiser that I know.

c. The USPAP and ASA standards require that the appraisal be signed by the preparer and a certification attached. This Report has neither a signature nor a certification, and no indication of who prepared it.

d. In spite of no revenues through May 3, 2002, the "operating plan" (toward the end of Appendix I) shows revenues of $14,200,000 and operating profit of $3,233,000 for 2002. It then projects revenue of $175,200,000 with operating profit of $132,667,000 for 2007. Also, although the text says that the company must raise additional capital, there is no provision for this in the operating plan.

e. The final value of $3.40 per share is based on an alleged closing stock price at that level as of December 31, 2001. The Report states (at page 29) that "Appendix III includes details of the historical trading of AUG." No such details were contained in the Appendix III that was furnished to me. In any case, the stock is quoted on the "OTC Bulletin Board," which is not an efficient

enough market to rely on for an appraisal. No professional business appraiser that I know would conclude a value based on a quotation from the OTC Bulletin Board.

    f.    Based on my own analysis of the documents that I received, and without further investigation, my conclusion would be that the range of value is somewhere between worthless and a few pennies per share.

7.    With respect to the BMTS Report for December 31, 2002:

    a.    The Report concludes a value of $124,198,350, with 104,780,223 shares outstanding, equal to $1.34 per share.

    b.    The Report states that the company had no revenue at the valuation date, and none through the date of the Report (May 23, 2003). Actually, the company had 2002 revenue of $78,293, as discussed in the "Comparable Analysis Summary" (market approach) at page 28. They indicate that the "comparables" sold at an average of 1.70 times revenue, so by the market approach, they show a total value of $133,098. They give no weight to the market approach.

    c.    The company had negative book value and negative tangible net asset value. Therefore, the value by the asset approach is zero. They give no weight to the asset approach.

    d.    Lancer bought stock in November 2001 at $0.02 and $0.03 per share. The $1.34 per share would be a 4,400 percent increase, without any revenues and with negative net asset value.

    e.    The alleged valuation is based 25 percent on "discounted cash flow" analysis. There is no basis given for the projections, which go from negative in 2002 to over $40 million earnings before interest, taxes, depreciation, and amortization (EBITDA) in 2007. There is absolutely no explanation for this incredible performance expectation.

    f.    The other 75 percent of the alleged valuation is based on "prior transactions," which are listed on page 28 of the BMTS Report.

        (1)    These prior transactions (allegedly totaling $22,384,198) include $19,581,948 value assigned to 5,350,259 shares or $3.66 per share, which was the consideration of the January 7, 2002, BMTS merger with SyntheSys Secure Technology, Inc., with no explanation of how the

5

value was arrived at. In February and March of 2002, Lancer affiliates bought 12,220,000 shares for $0.05 per share.

(2) The stock is quoted on the "OTC Bulletin Board," a thinly traded market at best. In most cases, these quotes do not rise to the standard of representing fair market value, which requires an efficient market.

g.  The Appraiser's Certification in the BMTS Report contains the statement that ". . . this Report has been prepared in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP)."

(1) USPAP states, in part, at Standard 9-2(e) that "The scope of work is acceptable when it is consistent with . . . what the appraiser's peers' actions would be in performing the same or a similar business appraisal assignment in compliance with USPAP." No other business appraiser that I know would rely on a "prior transaction" which valued the stock, without explanation, at $3.66 per share, out of which the alleged total purchase price of $19,581,948 included "goodwill" of $19,977,486 (AUG 10-Q quarterly filing with the SEC for September 30, 2002), especially with the preceding transactions, for cash at $0.03 and $0.02 per share and the subsequent transactions also for cash at $0.05 per share.

(2) USPAP states, at Standard 10-2(a)(vii) that the appraiser must "summarize sufficient information to disclose . . . the scope of work used to develop the appraisal . . . to ensure that the client and intended users whose expected reliance on an appraisal may be affected by the extent of the appraiser's investigation are properly informed and are not misled as to the scope of the work." The Report states, "No independent analysis has been performed to determine the validity or reasonableness of the Company's forecasts since the scope of this Valuation Opinion was performed based on the forecasts provided, as we were requested." In other words, the appraiser expresses no opinion on the validity of the forecasts on which he relies in his discounted cash flow approach. When using management forecasts, appraisers are expected to at least understand the underlying assumptions on which they are based and to

6

make some judgment as to the possibility of their realization. I am of the opinion that the scope of the work performed did not meet this expectation. Moreover, the forecasts are what in the business appraisal professional are called "hockey stick projections," forecasts which have a deficit in the base period followed by phenomenal growth in the revenues and profitability in the years ahead.

(3) There are several other factors that are not in accordance with USPAP. For example, USPAP requires that the appraisal report disclose the use to which the appraisal is to be put and the intended users. The Report is silent on these matters.

h. Based on my own analysis, which is limited to the documents that I received, the $124 million concluded value in the Report is not even remotely supported by the facts. I would estimate that, at December 2002, the company was either worthless or worth pennies per share.

8. With respect to the SMX Report as of December 31, 2002:

a. At best, this is a "hypothetical appraisal"—a "what if" certain things happen that have not happened and have no certainty of happening.

b. The American Society of Appraisers Principles of Appraisal Practice and Code of Ethics defines a "hypothetical appraisal" as follows:

### 6.5 Hypothetical Appraisals

A hypothetical appraisal is an appraisal based on assumed conditions which are contrary to fact or which are improbable of realization or consummation. The Society takes the position that there are legitimate uses for some hypothetical appraisals, but that it is improper and unethical to issue a hypothetical appraisal report unless (1) the value is clearly labeled as hypothetical, (2) the legitimate purpose for which the appraisal was made is stated, and (3) the conditions which were assumed contrary to fact are set forth.

   c.  The "what if?" condition in this case are:

      (1)  The shell public company (SMX) acquires the target (SpaceLogic, Ltd.). The Report says that

            SMX has entered into discussions to merge with or acquire the target.

      (2)  *If* the shell succeeds in acquiring the target, the target would go from under $8,120,000

            revenue and $457,000 net profit in 2001 to $159,185,000 revenue and $51,152,000 net profit

            in 2006 in order to justify the $10.04 concluded value by the DCF method (page 24 of

            Report).

  d.  With 14,871,224 shares outstanding at December 31, 2001, at the alleged value of $10.04 per

     shares, the implied market value of the equity in the company would be $149,307,080. this

     compares with total stockholder equity per the balance sheet at December 31, 2001, of

     $1,282,034. Therefore, by the asset approach, the stock would be worth $0.086 per share.

  e.  Note 1 of the financial statements for the company states "as of December 31, 2001, the Company

     was in the development stage, planned operations have not commenced and its activities were

     limited to acquiring and operating target companies and raising initial capital."

  f.  The Report states (at page 24), "Appendix III includes details of the historical trading of SMXP

     which closed at $12.20 per share at the Valuation Date. Appendix III also includes data for other

     public companies, generally comparable to SMXP." There are no details of historical trading of

     SMXP contained in the Report, and the other public companies for which information is provided

     in Appendix III I would not consider "comparable," since there are no development stage

     companies. Since the company had no operations, the value by the market approach was

     undeterminable, but would be very minimal.

  g.  There are procedural and data errors at pages 11 and 12 (the DCF method) which further inflate

     the concluded value.

  h.  USPAP requires valuation reports to identify the preparer, disclose the preparer's qualifications,

     and provide a certification in accordance with Standards Rule 10-3. None of this is contained in

     the Report.

i.   Based on my own analysis of the documents, I would conclude that the company is not worth much more than its book value of $0.086 per share at December 31, 2001. Any value over and above this would be very speculative.

9.  With respect to the Xtracard Report, at page 3 there is a statement that the company "merged with Nu-D-Zine, Inc., a publicly traded company in November 2002."

a.   The company reported equity of $1,641,564 on its balance sheet of December 31, 2002. The "comparable companies" presented had an average multiple of book value of 2.70. The Report applies that multiple to Xtracard's book value to get an indicated value for the company of $4,432,223 (page 13 of Report).

b.   The company had 2002 revenues of $152,407. Applying the comparable company multiple of 4.0 indicated a value for the company of $609,628.

c.   The company had a loss in 2002 of $1,792,102. On page 4 of the Report, there is the statement:

> Company management is forecasting a significant turnaround from a history of consistent losses to that of profitability due to the two planned acquisitions and continued contemplated growth thereafter. We have not independently verified the accuracy of reasonableness of such forecasts, but have performed this valuation under the assumption they are reasonable as requested by Company management.

d.   The Report then goes on to forecast revenue of $13,407,500 in 2003 going up to $127,788,568 in 2007, with a pretax profit of $92,007,769 in 2007. No basis for the forecasts are given, nor are the "planned acquisitions" described. On this basis, they do a DCF calculation, which results in a value of $184,798,421.

e.   The Report presents a "mergers and acquisitions" method, which results in an indicated value for the company of $2,586,000.

f.  In their "Determination of Value," they weight the results of the approaches in *b* through *e* above. A summary of the weightings is as follows:

| Approach | Indicated Value | Weight | Weighted Value |
|---|---|---|---|
| Multiple of book value | $ 4,432,223 | 0.100 | $   443,222 |
| Multiple of sales | 609,628 | 0.125 | 76,204 |
| Net book value | 1,641,564 | 0.125 | 205,196 |
| Mergers & acquisitions | 2,586,000 | 0.125 | 323,250 |
| Discounted cash flow | 184,798,421 | 0.525 | 97,019,171 |
| | | | |
| Weighted value | | | $98,019,171 |

g.  They then did some other calculations, which resulted in a control interest value of $90,470,022, or $1.4254 per share for the total common shares owned by Lancer Offshore, Inc. and Lancer Partners, LP.

h.  Internal Revenue Service Ruling 59-60, Valuation of Common Stock, has the following to say about reconciliation of indications of value by weighting:

**SEC. 7.  AVERAGE OF FACTORS**

Because valuations cannot be made on the basis of a prescribed formula, there is no means whereby the various applicable factors in a particular case can be assigned mathematical weights in deriving the fair market value. For this reason, no useful purpose is served by taking an average of several factors (for example, book value, capitalized earnings and capitalized dividends) and basing

10

the valuation on the result. Such a process excludes active consideration of other pertinent factors, and the end result cannot be supported by a realistic application of the significant facts in the case except by mere chance.

I believe that this weighting scheme is particularly inappropriate in this instance because it gives by far the most weight to the least objective indication of value.

i.   The multiple of book value, multiple of sales, and mergers and acquisitions methods are all part of the market approach. Those methods average $2,542,617. The asset approach valued the company at $1,641,564.

j.   Based on my own analysis of the documents received, I would give the DCF analysis very little weight, if any, and would value the stock at less than $0.10 per share.

10. With respect to the First Financial Report as of December 31, 2002:

a.   As of the valuation date, the company has current liabilities of $356,442 and current assets of $25,101, for a working capital deficit of $331,341.

b.   The company has negative equity in the amount of $475,464.

c.   The company has been unprofitable in varying degrees in each of the years 1999–2002.

d.   The company forecasts profitability in 2003 and the years beyond "due to the two planned acquisitions." No price or terms of the planned acquisitions are disclosed.

e.   The Report states (at page 8), "We have not independently verified the accuracy or reasonableness of such forecasts, but have performed this valuation under the assumption they are reasonable, as requested by Company management."

f.   The (unsigned) certification states, "That this appraisal has been performed in accordance with the Code of Ethics of the American Society of Appraisers. . . ."

g.   The American Society of Appraisers Principles of Appraisal Practice and Code of Ethics defines a "hypothetical appraisal" as follows:

### 6.6  Hypothetical Appraisals

A hypothetical appraisal is an appraisal based on assumed conditions which are contrary to fact or which are improbable of realization or consummation. The Society takes the position that there are legitimate uses for some hypothetical appraisals, but that it is improper and unethical to issue a hypothetical appraisal report unless (1) the value is clearly labeled as hypothetical, (2) the legitimate purpose for which the appraisal was made is stated, and (3) the conditions which were assumed contrary to fact are set forth.

   h.  This is, at best, a "hypothetical appraisal." It assumes acquisitions that have not been made, and results from those acquisitions supplied by management without review or verification. Nowhere in the Report is it labeled a hypothetical appraisal.

   i.  Appendixes 1 through 4 referred to in the Report were not included.

   j.  Based on my own review and analysis, the stock has no intrinsic value. Any value attributable to the stock would be based on speculation.

### <ins>General Observations</ins>

11. The "valuation reports" have several common threads.

   a.  The reports all contain a substantial amount of extraneous material that bears no relationship to the concluded values. (The extraneous material is very similar in the reports prepared by both appraisers and also the unsigned reports.) The inclusion of such extraneous material is not in accordance with usual appraisal practice.

   b.  USPAP requires that purpose and intended users of a valuation report be identified. None of the reports addresses the use to which they are intended to be put nor do they identify the intended users.

c.  USPAP requires that the client be identified. None of the reports specifically identifies the client, but some are on the letterheads of the companies being valued and others have covering letters addressed to Lancer Management.

d.  All the reports deal with companies with little or no net worth, and all rely heavily on forecasts, which are incredibly optimistic. But, the "appraisers" deny any responsibility for the forecasts on which they rely, instead saying they were directed by "management" to rely on the forecasts without further verification. Therefore, the "valuations" amount to nothing more than calculations.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of June, 2003, in Portland, Oregon.

_Shannon P. Pratt_

Shannon P. Pratt

## Appendix A

### SHANNON P. PRATT, CFA, FASA, MCBA

Dr. Shannon Pratt is a managing director and a founder of Willamette Management Associates.

He has performed valuation assignments for the following purposes: transaction (acquisition, divestiture, reorganization, public offerings, public companies going private), taxation (federal income, gift, and estate and local ad valorem), financing (securitization, recapitalization, restructuring), litigation support and dispute resolution (including dissenting stockholder suits, damage cases, and corporate and marital dissolution cases), and management information and planning. He has also managed a variety of fairness opinion and solvency opinion engagements.

Dr. Pratt has performed business and stock appraisals in the following industries: accounting and consulting, advertising, aluminum, apparel, appraisal, architecture and engineering, automobile distributors and dealerships, automobile parts manufacturing, automobile repair and servicing, aviation, banking, bottling, breweries, brokerage, concrete, chemical, computer services, construction and contracting, consumer finance, distribution, education, entertainment, fast food, food service, forest products, funeral homes, health care, hotel and hospitality, insurance, leasing, manufacturing, medical and dental practice, mining and mineral extraction, petrochemical, printing, publishing, radio broadcasting, railroads, real estate development, recreational services, restaurant, retailing, ship repair, shipping, steel, telecommunications, television broadcasting, textile manufacturing, transportation and trucking, utilities, wholesaling, and wineries.

Dr. Pratt has testified on hundreds of occasions in such litigated matters as dissenting stockholder suits, various types of damage cases (including breach of contract, antitrust, and breach of fiduciary duty), divorces, and estate and gift tax cases.

### PREVIOUS EXPERIENCE

Before founding Willamette Management Associates in 1969, Dr. Pratt was a professor of business administration at Portland State University. During this time, he directed a research center known as the Investment Analysis Center, which worked closely with the University of Chicago's Center for Research in Securities Prices.

### EDUCATION

Doctor of Business Administration, Finance, Indiana University

Bachelor of Arts, Business Administration, University of Washington

### PROFESSIONAL AFFILIATIONS

Dr. Pratt is an accredited senior appraiser and fellow (FASA), certified in business valuation, of the American Society of Appraisers (their highest designation). He is also a chartered financial analyst (CFA) of the Institute of Chartered Financial Analysts, a master certified business appraiser (MCBA) of the Institute of Business Appraisers, a certified business counselor (CBC), and is certified in mergers and acquisitions

**Willamette Management Associates**



Shannon P. Pratt, CFA, FASA
Page 2

with The Alliance of Merger and Acquisition Advisors (CM&A). Dr. Pratt is a lifetime member emeritus of the Business Valuation Committee of the American Society of Appraisers. He is also a lifetime member emeritus of the Valuation Advisory Committee of The ESOP Association. He is a recipient of the magna cum laude award of the National Association of Certified Valuation Analysts for service to the business valuation profession. He is also the first life member of the Institute of Business Appraisers. He is a member and a past president of the Portland Society of Financial Analysts, the recipient of the 2002 Distinguished Achievement Award, and a member of the Association for Corporate Growth. Dr. Pratt is a past trustee of The Appraisal Foundation and an outside director of Paulson Capital Corp., an investment banking firm.

## PUBLICATIONS

*Business Valuation Body of Knowledge: Exam Review and Professional Reference*, 2nd edition, New York: John Wiley & Sons, Inc., 2003.

*Business Valuation Body of Knowledge Workbook*, 2nd edition, New York: John Wiley & Sons, Inc., 2003.

*Cost of Capital: Estimation and Applications*, 2nd edition, New York: John Wiley & Sons, Inc., 2002.

*Cost of Capital Workbook*, New York: John Wiley & Sons, Inc., 2002.

*Guide to Business Valuations*, 13th edition. Fort Worth, Tex.: Practitioners Publishing Company, 2003.

*Business Valuation Discounts and Premiums*, New York: John Wiley & Sons, 2001.

*Valuing a Business: The Analysis and Appraisal of Closely Held Companies*, 4th edition. New York: McGraw-Hill, 2000.

*The Lawyer's Business Valuation Handbook*, Chicago, IL, American Bar Association, 2000.

*The Market Approach to Valuing Businesses*, New York: John Wiley & Sons, Inc., 2000.

*Valuing Small Businesses and Professional Practices*, 3rd edition. New York: McGraw-Hill, 1998.

*Pratt's Stats*[TM], a database of private company transaction prices and details, published quarterly by Business Valuation Resources.

Publisher, *Mergerstat/Shannon Pratt's Control Premium Study*[TM], an on-line database of acquisitions of public companies.

Editor-in-Chief, *Shannon Pratt's Business Valuation Update®*, a monthly newsletter published by Business Valuation Resources (also *Business Valuation Update Online*).

*Business Valuation Video Course*. Jersey City, N.J.: American Institute of Certified Public Accountants, 1993, manual updated 1997 (2½ hour video tape and instruction manual).

"The Income Approach—Estimating the Cost of Capital" (Chapter 1) in *Handbook of Advanced Business Valuation*, Robert F. Reilly and Robert P. Schweihs, eds. New York: McGraw-Hill, 2000.

**Willamette Management Associates**

Shannon P. Pratt, CFA, FASA
Page 3

"Valuation of Companies within Workout and Turnaround Situations" (Chapter 11) in *Workouts & Turnarounds II: Global Restructuring Strategies for the Next Century*, Dominic DiNapoli, ed. New York: John Wiley & Sons, 1999.

"How to Use Transactional Databases for M&A." *The Journal of Corporate Accounting and Finance*, March/April 2002.

"Evaluating Restructuring Charges and Write-Offs." Willamette Management Associates *Insights*, Special Issue 2000.

"Lack of Clear Definition of Value Confounds Both Attorneys and Appraisers." *Valuation Strategies*, January/February 2000, pp. 35–37.

"Recent Court Decisions Raise the Standards for Valuation Experts." *Valuation Strategies*, September/October 1999, pp. 35–39.

"Separating Entity from Personal Intangible Assets." *Valuation Strategies*, May/June 1999, pp. 4–9.

"Discretionary Earnings Valuation Method for Smaller Companies." *Fair$hare: The Matrimonial Law Monthly*, February 1999.

"Coping with Business Valuation in Family Law." *American Journal of Family Law*, Winter 1998.

"Supreme Court Emphasizes Screening of Experts' Qualifications and Evidence." *Valuation Strategies*, May/June 1998.

"Business & Real Estate Appraisal Practices Examined: Similarities and Differences." *Valuation Insights & Perspectives*, First Quarter 1998.

"ESOP Valuation Controversies and Court Cases" (Chapter 9). In *Employee Stock Ownership Plans: 1998 Yearbook*. Robert W. Smiley Jr., Ronald J. Gilbert, and David M. Binns, eds. New York: Warren, Gorham & Lamont, 1998.

"More Judicial Reaction to Valuation Testimony." *Valuation Strategies*, January/February 1998.

"Judicial Reactions to Valuation Testimony." *Valuation Strategies*, September/October 1997.

"Rate of Return" course for the American Institute of Certified Public Accountants, 1997.

"Take Advantage of New Data Sources for Valuation." *Small Business Forum,* Spring 1996.

"Reviewing a Business Valuation Report." In *Financial Valuation: Businesses and Business Interests, 1996 Update.* James H. Zukin, ed. New York: Warren, Gorham & Lamont, 1996.

"What Is Value?" *Family Advocate*, Spring 1995.

"Introduction to the Valuation of Businesses and Practices" (Course NBV1) for the American Institute of Certified Public Accountants, 1995.

**Willamette Management Associates**

Shannon P. Pratt, CFA, FASA
Page 4

"The Income Approach and the Asset-Based Approach to Valuation" (Course NBV4) for the American Institute of Certified Public Accountants, 1995.

"Premiums and Discounts (Parts I and II)." *FAIRSHARE: The Matrimonial Law Monthly*, May and June 1992.

"The Valuation Process: An Interview with Shannon P. Pratt." *Small Business Forum*, Fall 1991.

"Court Cases Involving ESOP Valuation Issues." *Journal of Pension Planning & Compliance*, Fall 1990.

"Differentiating Approaches by Industry Groups." (Chapter 14) In *Financial Valuation: Businesses and Business Interests*. James H. Zukin, ed. New York: Warren, Gorham & Lamont, 1990.

"Misuse of the Discounted Future Returns Valuation Method." *FAIRSHARE The Matrimonial Law Monthly,* March 1990.

"Professional Practices" (Chapter 20). In *Financial Valuation: Businesses and Business Interests*. James H. Zukin, ed. New York: Warren, Gorham & Lamont, 1990.

"Discounts and Premia." *Valuation of Closely Held Companies and Inactively Traded Securities* (Proceedings of Institute of Chartered Financial Analysts Conference Held December 5, 1989 in Chicago, Illinois).

"Specific Methods for Determining the Value of Your Law Practice (Part Two)." *Lawyer/Manager*, July/August 1989.

"Placing a Value on Your Professional Practice (Part One)." *Lawyer/Manager*, May/June 1989.

"Employee Stock Ownership Plans (Part 2)." *Journal of Pension Planning & Compliance*, Summer 1989.

"Employee Stock Ownership Plans (Part 1)." *Journal of Pension Planning & Compliance*, Spring 1989.

"The State of the Art of the Business Appraisal Profession." *ASA Valuation*, January 1989.

*Reviewing a Business Appraisal Report*. Scottsdale, Ariz.: National Association of Review Appraisers & Mortgage Underwriters, 1989.

"Valuation and Amortization of Intangible Assets" (Chapter F-80). In *Estate Planning and Administration Service* edited by Robert Whitman. Boston: Warren, Gorham & Lamont, 1989.

"Valuation of Closely Held Businesses" (Chapter F-90). In *Estate Planning and Administration Service*, edited by Robert Whitman. Boston: Warren, Gorham & Lamont, 1989.

*Valuing Property Management Companies* (A Study). Chicago: Institute of Real Estate Management Foundation, 1988.

"A Primer to the Appraisal Process." *The Employee Ownership Report,* July/August 1987.

"Valuing a Practice: Choosing the Right Capitalization Rates." *CA Magazine,* April 1987.

**Willamette Management Associates**

Shannon P. Pratt, CFA, FASA
Page 5

## PRESENTATIONS

The following are some of Dr. Pratt's speeches and presentations over the past five years:

6/03    "The Use of Market Transaction Data for Valuing Closely Held Businesses"
        Sponsor: New York State Society of Certified Public Accountants, New York

5/03    "What Family Law Trial Attorneys Need to Know About Business Valuation:
        Sponsor: The American Bar Association Family Law Section Trial Advocacy Institute, Houston,
        Texas

5/03    "Use of Market Transaction Data for Valuing Closely Held Businesses"
        Sponsor: Academy of Matrimonial Lawyers, Tampa, Florida

5/03    "Use of Market Transaction Data for Valuing Closely Held Businesses"
        Sponsor: The Virginia Society of Certified Public Accountants, Innsbrook, Virginia

3/03    "Use of Market Transaction Data for Pricing and Valuation"
        Sponsor: Michigan Business Brokers Association, East Lansing, Michigan

11/02   "How to Get Maximum Benefit from the IBBA Database ("Pratt Stats")
        Sponsor: International Business Brokers Association, Universal City, California

11/02   "Control Premium Studies"
        Sponsor: Financial Consulting Group, New Orleans

11/02   "Size of Discounts for Lack of Marketability for Minority Interests in Private Companies"
        Sponsor: American Institute of Certified Public Accountants' Business Valuation Conference, New
        Orleans

11/02   "Recent Developments in the Valuation of Closely Held Businesses"
        Sponsor: The Louisiana Estate Planning Council, Shreveport, Louisiana

10/02   "Lack of Marketability Discounts"
        Sponsor: Kansas Society of Certified Public Accountants, Overland Park, Kansas

10/02   "Business Valuation Discounts and Premiums"
        Sponsor: American Society of Appraisers and the Canadian Institute of Chartered Business
        Valuators Joint Advanced Business Valuation Conference, Orlando

9/02    "How To Use Transaction Databases for Business Valuation"
        Sponsor: Utah Society of Certified Public Accountants, Salt Lake City

9/02    "How To Use Transaction Databases for Business Valuation"
        Sponsor: Arizona Society of Certified Public Accountants, Phoenix

8/02    "Database Developments"
        Sponsor: The American Society of Appraisers International Appraisal Conference, San Diego

**Willamette Management Associates**

Shannon P. Pratt, CFA, FASA
Page 6

5/02    "Non-Partnership Valuation Issues"
        Sponsor: The Georgia Society of Certified Public Accountants, Atlanta, Georgia

5/02    "Business Valuation Transaction and Lack of Marketability Databases"
        Sponsor: Atlanta Society of Financial Analysts, Atlanta, Georgia

5/02    "Transaction and Lack of Marketability Databases"
        Sponsor: Institute of Business Appraisers, Washington, D.C.

1/02    "The Appraiser's Perspective in the Valuation of Closely Held Interests and the Discounts
        Available"
        Sponsor: The Hawaii State Bar Association, Honolulu

1/02    "Update of Developments in Business Valuation"
        Sponsor: The American Society of Appraisers, Honolulu

12/01   "Business Valuation Survivor"
        Sponsor: The American Institute of Certified Public Accountants, Las Vegas

11/01   "The Appraiser's Perspective in the Valuation of Closely Held Interests and the Discounts
        Available"
        Sponsor: New York University 60th Institute on Federal Taxation, San Francisco

11/01   "Recent Developments And Applications Using Transaction Databases"
        Sponsor: International Business Brokers Association, Palm Springs, California

10/01   "Levels of Value"
        Sponsor: The American Society of Appraisers, Seattle

10/01   "Update of Developments in Business Valuation"
        Sponsor: Institute of Certified Business Counselors, Las Vegas

9/01    "Fundamentals and Controversies in Valuation of Businesses and Professional Practices"
        Sponsor: Tennessee Bar Association, Nashville and Memphis

8/01    "Discounts in the Valuation Process"
        Sponsor: IRS Large and Mid-Size Business Engineering, St. Louis

7/01    "Discounts in the Valuation Process"
        Sponsor: IRS Large and Mid-Size Business Engineering, Houston

7/01    "Problems in Quantifying Minority Discounts and Control Premiums"
        Sponsor: American Society of Appraisers International Appraisal Conference, Pittsburgh

7/01    "Current Transaction Issues—M&A Accounting, Tax, Business Valuation"
        Sponsor: Alliance of Merger and Acquisition Advisors, Chicago

**Willamette Management Associates**

Shannon P. Pratt, CFA, FASA
Page 7

| | |
|---|---|
| 6/01 | "The Appraiser's Role"<br>Sponsor: Practicing Law Institute, Successful Inter-Generational Business and Estate Planning, San Francisco |
| 6/01 | "The Use of Transactional Databases in Valuing Closely Held Businesses"<br>Sponsor: New York Society of CPAs Business Valuation Conference, New York |
| 6/01 | "Insights on Control Premiums and Minority Discounts"<br>Sponsor: American Society of Appraisers, Princeton Chapter, Kingston, New Jersey |
| 5/01 | Sponsor: Institute of Business Appraisers 2001 Conference, Orlando, Florida<br>Sponsor: American Society of Appraisers, Milwaukee Chapter, Milwaukee |
| 5/01 | "The Market Approach: Current Developments and Issues"<br>Sponsor: American Bar Association Center for Continuing Legal Education, San Francisco |
| 5/01 | "Business Valuation: What Judges, Attorneys, and Business Appraisers Need to Know"<br>Sponsor: State Bar of Wisconsin, Milwaukee, Wisconsin<br>Sponsor: American Bar Association Section of Family Law, Houston, Texas |
| 1/01 | "Business Valuation Case Law Update"<br>Sponsor: Illinois Society of CPAs 2001 Business Valuation Conference, Chicago, Illinois |
| 11/00 | "Business Valuation—Point/Counterpoint"<br>Sponsor: AICPA National Business Valuation Conference, Miami, Florida |
| 11/00 | "Comparative Transaction Method—Overview and Authority"<br>Sponsor: California CPA Education Foundation 2000 Business Valuation Conference, Los Angeles |
| 11/00 | "Trends in Business Valuations in the U.S. Tax Court 1996–2000"<br>Sponsor: AICPA National Conference on Federal Taxes, Washington, D.C. |
| 11/00 | "Current Developments and Issues in the Market Approach to Valuing Businesses"<br>Sponsor: American Society of Appraisers 19th Annual Advanced Business Valuation Conference, Philadelphia |
| 10/00 | "Court Case Update"<br>Sponsor: Flint Estate Planning Council, Flint, Michigan |
| 10/00 | "The Expert's Guide to Business Valuation in Divorce"<br>Sponsor: Maryland Chapter of the American Academy of Matrimonial Lawyers, Ellicott City, Maryland |
| 10/0 | "Determination of the Appropriate Equity Risk Premium, Small Company Risk Premium, and the Specific Risk Premium"<br>Sponsor: Lawyers Public Information Foundation, La Romana, Dominican Republic |
| 9/00 | "Update of Current Valuation Cases"<br>Sponsor: Arizona Society of Certified Public Accountants, Phoenix |

Shannon P. Pratt, CFA, FASA
Page 8

9/00    "Update on Mid-Size and Small Company Market Sale Transaction Databases"
        Sponsor: Institute of Certified Business Counselors, Tempe, Arizona

6/00    "Valuation and Tax Issues in Transfer Pricing, Restructuring, and Employee Stock Ownership Plans"
        Sponsor: Parmentier Arthur Group, PLC, London

5/00    "Business Valuation: Current Trends for CPA Firms and Their Clients"
        Sponsor: The Affiliated Conference of Practicing Accountants (ACPA), Charlotte, North Carolina

3/00    "Business and Property Valuation in the Year 2000"
        Sponsor: The Supreme Court of Ohio Judicial College, Columbus, Ohio

3/00    "Getting the Most Benefit from Your Business Appraisal Expert"
        Sponsor: The Association of Trial Lawyers, San Juan, Puerto Rico

3/00    "Valuing and Pricing Businesses: Business Valuation Techniques and Controversies"
        Sponsor: Puerto Rico NACVA Chapter, San Juan, Puerto Rico

2/00    "Lessons of a Lifetime in Business Appraisal"
        Sponsor: The Institute of Business Appraisers, Phoenix, Arizona

2/00    "Valuing and Pricing Businesses and Structuring Sales Terms"
        Sponsor: Colorado Business Brokers, Denver, Colorado

2/00    "Current Trends and Developments in Business Valuation"
        Sponsor: Ohio Business Brokers Association, The Cuyahoga County Bar Association, Cleveland

1/00    "Current Trends and Developments in Business Valuation"
        Sponsor: Midwest Business Brokers and Intermediaries; The Michigan Business Brokers Association; International Business Brokers Association, Rosemont, Illinois

1/00    "Valuations That Will Withstand Current Challenges (And Those That Won't)";
        "Valuations of Closely Held Businesses and Practices in Family Law";
        "Valuation of Assets in Bankruptcy"
        Sponsor: Law Education Institute, Vail, Colorado

12/99   "Court Case Update"
        Sponsor: AICPA National Business Valuation Conference, Las Vegas

12/99   "Tax Advisor/Appraiser Partnership: New Challenges for Resolving Valuation Issues"
        Sponsor: American Society of Appraisers, Chicago Chapter, Chicago

11/99   "Current Valuation Developments for Transactions and Litigation"
        Sponsor: University of St. Thomas, Minneapolis

11/99   "Valuation: An Appraiser's Perspective"
        Sponsor: New York University 58th Institute on Federal Taxation, San Francisco

**Willamette Management Associates**

Shannon P. Pratt, CFA, FASA
Page 9

10/99    "Valuation: An Appraiser's Perspective"
         Sponsor: New York University 58th Institute on Federal Taxation, New York

10/99    "Selecting Business Valuation Experts and Evaluating Experts' Work Product: State of the Art and
         Current Trends"
         Sponsor: Patterson, Belknap, Webb & Tyler, New York

10/99    "What's New and Important in Business Valuation"
         Sponsor: The Foundation for Accounting Education and The New York Society of CPAs, New
         York

10/99    "Using the IBBA Comps Data Base for Pricing and Valuation"
         Sponsor: California Association of Business Brokers, Pleasanton, California

10/99    "The Market Approach to Valuing Businesses"
         Sponsor: The American Society of Appraisers, Pittsburgh Chapter, Pittsburgh

10/99    "Judges and Lawyers Business Valuation Seminar"
         Sponsor: Ohio Academy of Matrimonial Lawyers, Columbus, Ohio

9/99     "Pratt's Stats Deals and Data Report for Pricing and Valuation"
         Sponsor: Institute of Certified Business Counselors, Portland, Oregon

9/99     "Current Trends Regarding Business Valuation Discounts"
         Sponsor: The Houston Estate and Financial Forum, Houston

9/99     "Business Valuation: A National Perspective"
         Sponsor: The Michigan Business Brokers Association, East Lansing, Michigan

8/99     "Judges and Lawyers Business Valuation Seminar"
         Sponsor: NACVA and The American Academy of Matrimonial Lawyers, Raleigh, North Carolina

7/99     "Providing Business Appraisal Services"
         Sponsor: Polaris International, Washington, D.C.

6/99     "Using the IBBA Database for Pricing and Valuation"
         Sponsor: International Business Brokers Association, Minneapolis/St. Paul, Minnesota

6/99     "Valuing Your Newsletter Company for Employee or Family Succession"
         Sponsor: Newsletter Publishers Association, Washington, D.C.

5/99     "Valuation for Business or Matrimonial Purposes"
         Sponsor: Louisiana State Bar Association, New Orleans

5/99     "Case Studies in Health Care Valuation"
         Sponsor: National CPA Health Care Advisors Association, New Orleans

5/99     "Now You See It, Now You Don't: Valuation Issues for Estate Planners"
         Sponsor: Ohio CLE Institute, Columbus, Ohio

**Willamette Management Associates**

Shannon P. Pratt, CFA, FASA
Page 10

2/99 "1999 Case Law Update"
   Sponsor: Institute of Business Appraisers, Orlando, Florida

1/99 "Searching for True Value: Methods for Accurately Determining a Target's Value"
   Sponsor: Institute for International Research Middle Market Companies Conference, Atlanta

1/99 "Selecting Experts and Evaluating Experts' Work Products"
   Sponsor: South Carolina Bar Midyear Meeting, Solo and Small Firm Practitioners Section–
   Business Valuation, Charleston, South Carolina

1/99 "Evaluating Business Experts and Their Work Product"
   Sponsor: Clifton Gunderson L.L.C., Deerfield, Illinois

1/99 "Partnership between Appraiser and Tax Attorney"
   Sponsor: American Bar Association Section of Taxation—1999 Midyear Meeting, Orlando,
   Florida
   Sponsor: Fourth Annual Advanced Estate Planning Institute, San Francisco

11/98 "Current Tax Court Decisions"
   Sponsor: AICPA 1998 National Business Valuation Conference, Palm Beach Gardens, Florida

10/98 "Estimating the Cost of Capital"
   Sponsor: Business Valuation Association, Chicago
   Sponsor: Pittsburgh American Society of Appraisers, Pittsburgh

10/98 "What Lawyers Need to Know about Business Valuation"
   Sponsor: American Bar Association, Family Law Section, Portland, Oregon

10/98 "Business Valuation in the Context of Litigation"
   Sponsor: Maryland Certified Public Accountants, Baltimore

10/98 "Selecting Business Valuation Experts and Evaluating Experts' Work Product"
   Sponsor: Brisbane Consulting Group, Buffalo

9/98 "Insights on Private-Company Sale Pricing from Pratt's Stats Database"
   Sponsor: National Association of Certified Valuation Analysts, Atlanta
   Sponsor: Certified Business Counselors Annual Meeting, Tempe, Arizona

9/98 "Using Market Approach and Transactional Databases in Business Valuation"
   Sponsor: Canadian Institute of Chartered Business Valuators and American Society of
   Appraisers 1998 Joint Business Valuation Conference, Montreal

8/98 "What Lawyers Need to Know about Business Valuation"
   Sponsor: American Bar Association, Family Law Section, Toronto

6/98 "The Cost of Capital: Review of Current Studies"
   Sponsor: American Society of Appraisers Annual International Conference, Maui

6/98 "Using the IBBA Database for Pricing and Valuation"
   Sponsor: International Business Brokers Association, New Orleans

Shannon P. Pratt, CFA, FASA
Page 11

5/98    "Industry Comparables"
        Sponsor: National Association of Certified Valuation Analysts, Washington, DC

4/98    "Preparing Business Valuations to Withstand Challenge"
        Sponsor: The Julian S. Bush Estate Planning Institute, Charleston, SC

4/98    "Cost of Capital"
        Sponsor: Georgia Society of CPAs, Atlanta

3/98    "Five Most Common Errors in Business Valuation"
        Sponsor: Colorado Society of CPAs, Denver

2/98    "How to Value a Business: Reconciling Theory with Real World Practice"
        Sponsor: Twin Cities Society of Securities Analysts, Minneapolis/St. Paul

2/98    "What Judges Need to Know about Business Valuation"
        Sponsor: Judicial Conference, Philadelphia

1/98    "Business Valuation for Estate and Gift Tax Purposes"
        Sponsor: Sacramento Estate Planning Council Technical Forum

1/98    "Everyone's Welcome to These Opinions: 1998 Case Law Review"
        Sponsor: Institute of Business Appraisers, San Antonio, Texas

11/97   "Court Case Update"
        Sponsor: American Institute of Certified Public Accountants Annual Business Valuation
        Conference

10/97   "New Partnership between Appraiser and Tax Attorney" (panel discussion)
        Sponsor: American Society of Appraisers Advanced Business Valuation Conference

9/97    "Business Valuation: How to Practice It and How Not To"
        Sponsor: National Management of Accounting Practices Conference, Missouri CPA Society

9/97    "Business Valuation Update: Court Case Decisions and Other Developments"
        Sponsor: South Carolina Bar Association and South Carolina CPA Association

9/97    "Preparing Family Limited Partnership Valuations That Will Withstand Challenge"
        Sponsor: Texas Society of CPAs Advanced Estate Planning Conference

6/97    "Valuation Methods for the Very Small Business"
        Sponsor: Allegheny County Bar Association Bench Bar Conference, Pittsburgh

6/97    "Finding and Using Comparative Private Business Sale Date"
        Sponsor: American Society of Appraisers, International Conference, Houston

**Willamette Management Associates**

Shannon P. Pratt, CFA, FASA
Page 12

2/97    "How Solid Supporting Market Evidence Wins the Day (and How Lack of Evidence Loses the
        Day"
        Sponsor: Estate Planning Council of Greater Miami, Miami Florida

1/97    "Business Valuation Cases of Interest and of Note"
        Sponsor: California Society of Certified Public Accountants, Litigation and Dispute Resolution
        Section, Business Valuation Operating Committee, Los Angeles, California

1/97    "Business Valuation in the Courts: 1997 Case Law Update"
        Sponsor: Institute of Business Appraisers Annual Conference, San Diego, California

11/96   "Court Case Update: What's Going on in Estate and Gift Tax"
        Sponsor: AICPA Annual Business Valuation Conference, Phoenix, Arizona

10/96   "What's New in Business Valuation"
        Sponsor: International Business Brokers Association Annual Conference, Dallas, Texas

10/96   "Business Valuation Cases of Interest and of Note"
        Sponsor: American Society of Appraisers Annual Business Valuation Conference, Memphis

9/96    "What's New in Business Valuation"
        Sponsor: Certified Business Counselors, Tempe, Arizona

9/96    "Empirical Evidence to Support Minority and Marketability Discounts for Partnerships and Stock
        Interests"
        Sponsor: South Carolina Association of CPAs Litigation Conference, Columbia, South Carolina

9/96    "Recent Court Case Decisions Involving Medical Practices" and "The Mandelbaum Case"
        Sponsor: American Society of Appraisers, Pittsburgh Chapter, Pittsburgh, Pennsylvania

9/96    "Valuing Illiquid Securities"
        Sponsor: Atlanta Society of Financial Analysts, Atlanta, Georgia

8/96    "Rebutting Your Opponent's Report"
        Sponsor: CPA Associates International, Cincinnati, Ohio

8/96    "Business Valuations of Medical Practices"
        Sponsor: CPA Associates International, Cincinnati, Ohio

6/96    "Applying Cost of Capital in Valuation of Closely Held Businesses"
        Sponsor: Ibbotson Associates Cost of Capital Seminar, Chicago, Illinois

6/96    "Valuing Your Newsletter Business"
        Sponsor: Newsletter Publishers Association, Washington, DC

5/96    "Business Valuation Theories" (panel discussion)
        Sponsor: Texas Society of CPAs, Advanced Litigation Conference, Austin, Texas

**Willamette Management Associates**

Shannon P. Pratt, CFA, FASA
Page 13

| | |
|---|---|
| 5/96 | "Common Pitfalls in the Valuation Process"<br>Sponsor: New York City Chapter of ASA, New York, New York |
| 4/96 | "Discrepancies and Inconsistencies in Valuation Court Decisions"<br>Sponsor: Valuation Study Group, Hilton Head, South Carolina |
| 3/96 | "Reviewing a Business Valuation Report"<br>Sponsor: Law Education Institute, Washington, DC |
| 1/96 | "The State of the Art Demands Quality Appraisal Reports"<br>Sponsor: Institute of Business Appraisers, Orlando, Florida |

**REPRESENTATIVE CLIENTS**

The following represents a partial list of clients served by Shannon Pratt:

Amerco (U-Haul)
American Aviation, Inc.
Baker & Botts
Baker & McKenzie
Ben E. Keith Co.
Brown Todd & Heyburn
Bullock & Regier
Burlington Northern Railroad
Chun Kerr & Dodd
Citicorp
Dann Pecar Newman Talesnick & Kleiman
ESCO
Fogel, Feldman, Ostrov, Ringler & Klevens
    Pacific Architects & Engineers
Foley & Lardner
Frandzel Share Robins Kaplan & Bloom, LLC
Friday Eldredge & Clark
Gallo Wineries (Estate of Mark S. Gallo)
Gibson Dunn & Crutcher
Gerlach Foundation
Graham & James/Riddell Williams
    Micro Enhancement, Inc.
H.E. Butt Grocery
Hawley Troxell Ennis & Hawley
    Union Pacific Railroad
Holland & Knight
    Micro-Mo, Inc.

Internal Revenue Service
Jenner & Block
Kennedy Covington Lobdell & Hickman
Lane Powell Spears & Lubersky
McElroy, Deutsch & Mulvaney
Miller & Chevalier
Morris Nichols Arsht & Tunnell
Reinhart Boerner Van Deuren Norris
Rosboro Lumber (Estate of Martha B. Watts)
Sammons Enterprises, Inc.
Shaw Pittman Potts & Trowbridge
Shearman & Sterling
Sideman & Bancroft
Sidley & Austin
    U.S. News & World Report
Simpson Thatcher & Bartlett
Snell & Wilmer
Stoel Rives Boley Jones & Grey
    Mystic, Ltd.
Sullivan & Cromwell
Sutherland Asbill & Brennan
T.W. Garner Foods
Vinson & Elkins
    Avis Rent-a-Car
Wabash Valley Power Association, Inc.
Winston & Strawn

6/25/03

# GEORGE R. LEVIE, CPA/ABV*

8211 West Broward Boulevard
Suite 300
Plantation, Florida 33324

TEL (954) 473-4512
FAX (954) 474-7699
E-mail:grlcpaabv@aol.com

May 23, 2003

Mr. Michael Lauer
Investment Manager
Lancer Management, LLC
375 Park Avenue, Suite 2006
New York, NY 10152

<u>Re:  Value of a Control Ownership Position
in Biometrics Secure Technology Inc. at December 31, 2002</u>

## 1.0  INTRODUCTION

This Memorandum provides a Valuation of a control ownership position in Biometrics Secure Technology, Inc. ("BMTS" or the "Company") as at December 31, 2002 (the "Valuation Date"). Due to the Company's history of losses this Valuation Opinion has been performed based upon the forecasts provided to us by Company management. No independent analysis has been performed to determine the validity or reasonableness of the Company's forecasts since the scope of this Valuation Opinion was performed based upon the forecasts provided, as we were requested.

## 1.1  Fair Market Value

For the purposes herein, fair market value is based on the definition prescribed under Internal Revenue Service ("IRS") Revenue Ruling 59-60, as follows:

> *The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of all relevant facts.*

## 2.0  SUMMARY

According to the information and documents reviewed and the explanations and forecasts included herein, the assumptions on BMTS's business at the Valuation Date, and the other assumptions set out below, the value of the control ownership position in BMTS at the Valuation Date was approximately <u>$124,198,350 or $1.3438/share</u>.

*Certified Public Accountant (CPA) - Regulated by the State of Florida
*Accredited in Business Valuation by the American Institute of Certified Public Accountants (ABV)



EXHIBIT
B

## 3.0  RESTRICTION AND DISCLAIMER

This Appraisal Opinion Report is not intended for general circulation or publication, nor is it to be reproduced or used for any purpose other than that defined above without my written permission in each specific instance. I do not assume any responsibility or liability for losses occasioned users of this Appraisal Opinion Report, other than those responsibilities or liabilities outlined in my engagement letter to BMTS. I reserve the right to review all calculations included or referred to in this Appraisal Opinion Report and, if I consider it necessary, to revise my estimate in light of any new facts, trends or changing conditions existing at any date prior to or at the Valuation Date which become apparent to me subsequent to the date of this Appraisal Opinion Report.

## 4.0  UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE

Standards have established the minimum basis for the development of and the reporting of an appraisal. The standards are intended to aid users of appraisal services as well as set minimum requirements for appraisal practitioners.

These standards are based on the original Uniform Standards of Professional Appraisal Practice ("USPAP") developed in 1986-87 by the Ad Hoc Committee on Uniform Standards and copyrighted in 1987 by The Appraisal Foundation. Prior to the establishment of the Appraisal Standards Board in 1989, the USPAP had been adopted by major appraisal organizations in North America and became recognized as the generally accepted standards of appraisal practice.

Uniform Standards are the rules under which professional appraisers will work. The Standards are contained in a living document and, therefore, are subject to continual updating and change. The appraisers are required to keep current with the changes. A synopsis, brief reading or review of the standards will not suffice, and an appraiser must study, understand, obtain clarification of, comply and keep current with, and incorporate the standards into all appraisal practice.

This Appraisal Report was also prepared in accordance with Consulting Service Practice Aid 93-3, *Conducting a Valuation of a Closely Held Business*, as published by the American Institute of Certified Public Accountants.

Standards 9 and 10 pertain to business valuations. Standards Rule 9-4 specifies the major requirements of a business appraisal. This Report analyzes the appropriate approach to value and as set out herein is the background information as required under USPAP.

## 5.0  SCOPE OF REVIEW

The scope of this analysis included discussions, reliance and review of the following:

a.     Form 10K for the year ended December 31, 2002 included in Appendix I;

b.     Historical financial data;

c.     Information on the Company's market and competitive position and outlook at the Valuation Date;

-----------------------------------------------------------------------------------------------------------------

d.    Relevant external and internal public information including economic, investment, industry,
      public market and transaction data as a background against which to assess findings specific
      to the business were considered, included in Appendices II and III;

e.    Discussions with management of the Company, including review of the financial forecasts
      for the Company, included in Appendix IV; and,

f.    Major contracts both existing and anticipated in the very near future, if any, were discussed
      with management, and any features or factors that may have an influence on value.

g     Reviewed valuation literature relating to blockage discounts and control premiums.


## 6.0  BACKGROUND

### 6.1  Business Description - BMTS

Prior to January 15, 1999, BMTS, formerly known as Augment Systems, Inc. and AUG Corp.("AUGC")
(name changed to Biometrics Secure Technology, Inc. in October 2001) designed, developed and sold fibre
channel based network file server systems designed to increase data transfer and file storage on computer
networks. In September 1998, the Company obtained $1,500,000 in bridge financing of secured convertible
promissory notes and common stock purchase Warrants. The Company used a portion of the proceeds of the
bridge financing to repay in full its indebtedness to a major bank. In November 1998, the Company was
informed by an investment bank, that provided the bridge financing, that they would be unable to secure the
additional funding required to repay the outstanding bridge loan, provide the Company with the necessary
working capital to support the execution of its business plan and ongoing operations. The Company began
to seek alternative financing but was unable to secure the funds necessary to maintain ongoing operations.

AUGC was a developer of Fibre Channel technology for the fast growing data storage/fibre channel market
and has had no operations for the past two years. The Company suspended operation in January 1999.
Thereafter, Duane Mayo, the lone officer and director of the Company sought to pay off debts and/or
resolve all claims and seek an acquisition candidate. After several proposed transactions were not
consummated, Jeffrey Leventhal a former director of the Company acquired a controlling interest in the
Company through an exchange of shares with a company he controlled, Right2Web, Inc. ("Right2Web").
At the time of the acquisition Right2Web had no earnings and minimal revenues.

In January 1999, the Board of Directors of BMTS elected to suspend ongoing operations, layoff all but one
of its employees, dispose of all assets, attempt to settle any outstanding short and long term debts, seek buyers
for its technology, and explore merger opportunities.

Mr. Leventhal was instrumental in negotiating the conversion of $1.5 million of the Company's debt into
an aggregate of five percent (5%) of the Common Stock of the Company. On August 31, 2001 a controlling
interest in the public Company was sold to Lancer Offshore, Inc., a Curaçao, Netherlands Antilles corporation
("LANCER").

Effective August 31, 2001, the Company entered into a Stock Purchase Agreement (the "Agreement") with
LANCER. Under the Agreement, LANCER purchased 2,000,000 shares of the Company's Series A Preferred
Stock, par value $.01 for the sum of $400,000.00. The Preferred Shares are convertible into an aggregate of
40,000,000 shares of the Company's Common Stock as adjusted on a post reverse split basis as further

explained below. Upon conversion of the Preferred Shares and effectiveness of the reverse stock split, LANCER would own approximately 97% of the Company's issued and outstanding shares of Common Stock.

On September 21, 2001, the Board of Directors and a majority of the shareholders of the Company agreed by unanimous consent to change the name of the Company to "AUG Corp." and effectuated a 100:1 reversed stock split of the Company's currently issued and outstanding shares of Common Stock. In accordance with Delaware General Corporate Law and the Securities Exchange Act, the Company mailed an information statement to its shareholders of record at September 24, 2001. The name change and reversed stock split became effective on or about October 20, 2001. Upon effectiveness of the reverse stock split, the issued and outstanding shares of the Company's Common Stock were 41,300,978.

In December 2002, the Company's name was changed to Biometrics Secure Technology, Inc. to exploit the Company's position in the biometrics and security market sector.

## 6.2  The Future Operations of BMTS

Upon LANCER taking control of BMTS, management was changed, effective August 31, 2001.

The original Right2Web business model was to build a business-to-business internet destination portal where small to medium sized companies could host their web sites and direct employees to procure information, productivity tools and products. In addition, Right2Web intended on assisting companies in developing and hosting enabled web sites. However, due to the changes in the Internet marketplace, new management has determined that BMTS should not focus on any of its old technology business including Right2Web.

Management does not intend to pursue its historical technology but to seek to acquire one or more operating businesses. In addition, new management will seek to acquire other complimentary companies in the information technology business.

BMTS completed a merger with SyntheSys Secure Technoligy, Inc. ("SSTI") on December 28, 2001, effective January 7, 2002. Pursuant to the merger, SSTI has become a wholly-owned subsidiary of Biometrics Secure Technology, Inc. The shareholders of SSTI received an aggregate of 5,350,259 shares of Biometrics Secure Technology, Inc. common stock in exchange for their interest in SSTI. As a result of this transaction, shareholders of SSTI own approximately 6.11% of Biometrics Secure Technology, Inc.'s common stock.

In July 2002, the Company formed BMI to start the commercialization of the Company's biometric encryption technology, with its executive offices located in Deerfield Beach, Florida, is a global secure solutions company that develops and markets a variety of innovative security-based products that function on multiple operating systems including OpenVMS(TM), UNIX(TM), Linux(TM), Windows NT(TM), Windows 2000(TM) and AS400(TM).

BMI is structured around five key business segments that address all elements of IT security -- Biometric crypto-controlling smart cards, full public key infrastructure (PKI) with digital signatures and trust centers, secure realtime communications, systems integration and training, and transponder tags.

BMI's propriety software products position it to become a leader in Biometric Crypto-Controlling Smart Cards and Secure Systems Integration.

At the time of the acquisition of SSTI and the formation of BMI and to the date of this Memorandum, both SSTI and BMI have not generated any revenues.

VALUE OF A CONTROL OWNERSHIP
POSITION IN BIOMETRICS SECURE TECHNOLOGY, INC.

PAGE 5

## 6.3 Products and Services

BMI is a fully owned subsidiary of BMTS, an identity theft prevention and information security company

BMI is a provider of fully embedded, crypto-controlled, biometric smart card identification technology which is integrated with PKI, digital signatures through a Trust Center. This unique combination of technology delivers identification solutions permanently binding the card holder's virtual personality to their physical identity, making it absolutely secure and frauds proof. Implementation and proper management of the system will eliminate all fraud and misrepresentation in whatever environment the solution is integrated.

BMI provides world-class security technology, service and secure business solutions based upon 1) absolute persistent identification of an individual (therefore eliminating identity theft) and 2) information security (while at rest or in transit). BMI's solutions include the design and development of flexible software infrastructure components as well as secure turnkey business solutions.

BMI's biometric smart card-digital signature technology has been field-tested and deployed in Germany and Austria with more than 300 million cards issued.

The Company's product portfolio consists of:

- Cutting-edge biometric crypto-controlling smart card technology.
- Public key infrastructure (PKI) applications including Certificate Authorities, digital certificates, key pair generation, digital signatures, enrollment and registration, ect.
- Secure real-time Instant Messaging protocol supporting secure chat and secure file transfers.

Plus professional services including consulting, custom software development, systems integration and education/training.

## IDENTITY TRUST

BMI markets a product called Identity TRUST ("ID TRUST") which is a provider of secure technology, business solutions and services that solve two key problems in the market place today- identity theft and information security. It's client base includes both domestic and international commercial and government accounts. ID TRUST's market segments are broken down into finance, healthcare and government services. ID TRUST's solutions include the design and development of flexible software infrastructure components as well as secure turnkey business solutions.

An integral element of ID TRUST's innovative security solutions is its proprietary biometric technology, the idSURE Crypto-Processor Card. The idSURE Card™ is a biometric crypto-processor smart card containing an individual's unique identifier, typically a fingerprint, and personal information such as a social security number, passport identifier, driver's license number, health insurance information, etc. The data is securely burned into a crypto-processor chip, which enables rapid, positive identification at the device level.

The card also provides secure storage for the Public Key Infrastructure (PKI) key pair (public key embedded within user's digital certificate signed by the Certification Authority (CA) and the user's private key). The user's public key (contained within signed digital certificate) is used for authentication purposes, while the private key is used to create the cardholder's digital signature, enforcing, user accountability and non-repudiation. The identification data, PKI private key and the signed digital certificate are all protected by the user's encrypted fingerprint.

ID TRUST's idSURE Card™ technology is superior to previous biometric technologies, which store biometric data in insecure databases or Java-based cards. Technologically, biometric data stored in a database can be corrupted, defeating its purpose of eliminating identity theft and improving information security. In addition, the process of each user's biometric data being matched against all samples in the database is exponentially slow and inaccurate. Politically, citizens will reject database-driven biometric solutions in protection of their civil liberties.

The idSURE Card™'s on-card encrypted storage and match processing eliminates both the technological and political concerns created by database-driven biometric solutions. Politically, users will accept biometric authentication, knowing that their biometric and personal data can only be unlocked by either their or authorized officials' fingerprints. Technologically, the idSURE Card™'s one to one match processing is faster and more accurate than database biometric system's one to many authentication process.

Depending on the geographical market, commercial acceptance will come before government acceptance. ID TRUST's PKI software suite, idSURE-PKI, allows international corporations to communicate, transfer and store data encrypted. The idSURE Card™ is seamlessly integrated with the idSURE-PKI software suite, which includes the applications idSEND and idSAFE. IdSEND is a web-based encrypted email application. Applications range from providing corporations internal encrypted email, issuing loan disclosures electronically to providing nonrepudiation in telemedicine communications. With detailed tracking, idSEND is described as the FedEx of the Internet. idSAFE, either a PC or web-based encrypted data storage application, allows users to biometrically secure their data. idSAFE's applications range from allowing executives to encrypt their laptop's valuable data to sharing data encrypted for user groups.

In today's age of technological threats to international security and the growing importance of digital identities in public and private transactions, a standard of biometric authentication will surely develop. By integrating the world's superior biometric technology with innovative PKI applications, ID TRUST's idSURE Card™ will reinvent business processes and authentication methods around the world.

### 6.3.1  Introduction to Biometrics

Biometrics Defined:

Biometrics is the science of measuring biological characteristics that provide instant and positive recognition of an individual's unique and complicated physical features. Currently, the most reliable of the various biometric measurements is the fingerprint. For decades, the FBI has used fingerprints as their main identification method. The Fingerprint is one of the most easily configured, as there are 600 Possible points for print identification. The FBI typically uses 12 Points to verify identities, however SyntheSys incorporates 16 points.

Biometric Identity Management:

Identity management and the processes used to implement it have the potential for great social good. Identity management processes that flawlessly provide verifications of individual identity without error and without potential for abuse have the capability to substantially increase social cohesion and personal freedoms. Application of technology to identity management processes certainly can substantially reduce levels of error in identity verification. Providing the highest possible level of security for identity management necessitates selecting the processes and combinations of processes for identity management that have the lowest inherent levels of risk of error and risk of abuse.

The most common identity device in use today is the Driver's License or Identity Card, which has neither sufficient security nor integrity control to prevent widespread fraud and misrepresentation. The strongest

contenders for replacing these common mechanisms are various biometric-based identity verification mechanisms. At present, fingerprints, iris scans and face scans appear to be the strongest biometric contenders, but numerous other biometric mechanisms are available or under development.

Regardless of the specific biometric mechanism considered, identity verification is accomplished by comparing a "live" biometric measurement of the individual to one or more stored measurements (templates) to determine whether there is a "match" condition. The stored version typically is created under carefully controlled conditions wherein the "best available" evidence of the individual's identity is used to "label" the biometric data as belonging to the individual (enrolment processing). All future verifications then use the match between the identity-labeled, stored biometric data and the live biometric measurement to "verify" that the "identity label" belongs to the individual being measured. The processes used to store and recall the template measurements and to accomplish the match between the biometric template data and live data are the critical components where risks of error and risks of abuse such as fraud and misrepresentation occur.

Biometric Enrollment Process:

The biometric enrollment process involves: (1) establishing each individual's identity; (2) collecting information to label the identity verification biometric data; (3) obtaining valid biometric identity verification data; (4) verifying that the individual is not already associated with another identity label-biometric data set; and (5) storing the labeled biometric data for recall for identity verification. Enrollment is the cornerstone of identity management, but is also the weakest link in any identity management system. From a practical standpoint, any identity management system instituted today, to encompass both civil and economic identities, will require the system enrolment to be a one-time clearing of identity issues via presentation and inspection of correlative evidence (birth certificate, social security number, drivers license, passport, sworn affidavits, etc.).

Both the biometric data and the labeling data should be captured and "burned" into a crypto-processor semiconductor chip as the primary identity verification mechanism.

Biometric Duplicate Detection Process:

The process of capturing and labeling the biometric identity verification data must include detection of duplicate identification entries as a safeguard against those individuals attempting to create multiple identities (fraud, misrepresentation, etc.). The processes available for duplicate detection, however, strongly require that different biometric data be employed to avoid compromising the primary biometric identity verification data.

The duplicate detection biometric data should be captured simultaneously with the primary identity verification data, paired with the labeling information, encrypted and routed to a duplicate-detection processing system.

"Burning" the primary identity verification data into a crypto-processor semiconductor chip is tantamount to preserving the data in a hardware form that cannot be altered. The crypto-processor also provides that the primary identity verification data cannot be copied, so it is virtually impossible to create "false" or misleading versions of the identity verification data.

Biometric Matching Process:

With the processing algorithm, for matching the stored biometric identity verification data with live scan biometric data, also "burned" into the crypto-processor chip, the processing cannot be altered, so both the data

------------------------------------------------------------------------------------------------

storage and data processing are protected from any tinkering by "curious" administrators, hackers, or other miscreants. That is, the individual's original biometric identification information never leaves the protection of the biometric card. All biometric match processing is performed on the card.

<u>Biometric Crypto Processor Smart Card Technical Highlights:</u>

Based upon the process description above, the following set of technical attributes describe the uniqueness of the SyntheSys Secure Technology, Inc. Biometric Crypto Processor Smart Card:

1.  Multiple instances of encrypted biometric data (fingerprint, iris scan, etc.) stored (burned) on card as verification data. Additional biometric identification data stored off card and used to prevent duplicate entries (e.g., licenses) on behalf of same individual using different names under same issuing authority

2.  Encrypted fingerprint match (verification match with sample biometric) performed <u>on-card</u> (original biometric after completion of enrollment process never leaves card). This attribute is largely responsible for the elimination of fraud and misrepresentation

3.  The biometric matching software algorithm (software matching process) is also burned into card memory (this process can not be accessed, modified or copied protecting the integrity of the software matching algorithm)

4.  Supports XML data structure on Smart Card enabling substantial file, record and field flexibility

5.  32K bytes EEPROM expandable to 64K bytes in 4K byte segments offering multiple application specific on-card data storage (for instance, DOT driver's license, healthcare information, social security number, URL pointers to off-card data sources, etc.)

6.  Maintains protected storage for user's public/private key pair, digital certificate and digital signature algorithm. This feature ensures accountability of the card holder and ensures secure card holder communications

7.  The BMI biometric card is fully integrated with its PKI infrastructure.

8.  The on-card crypto processor protects both data and address lines via 2048 bit PKI encryption. Additionally, the crypto processor randomly scrambles address lines for each access to the card

It is this set of technical attributes that set apart and make absolutely unique the Biometric Crypto Processor Smart Card from all other card offerings in the industry today.

**6.3.2 Product Summary**

BMI's product line includes the following:

IdSURE:    Crypto-processor smart card supporting DES and PKI, ISO 7816-1,2,3 and 4 compliant
IdMATCH:   On-Chip application for the encryption, storage and comparison algorithm of biometric templates and live biometric data.

IdPASS:        Windows Family GINA replacement using fingerprint biometrics and the idSURE Card.

IdTRUST:       Full PKI-Infrastructure and Trust Center. Offering four classes of certificates, idTRUST operational policies are based upon the EU Digital Signature legislation – the most stringent in the world.

SureDOC:       This e-document management platform is fully integrated with the idTRUST PKI/Trust Center. It allows high-level and feature rich, role-driven operations for e-document specification, creation & verification, safe storage, and tracking. The flexible management platform allows for all kinds of workflow and document processing logic to be added into the application.

The following paragraphs provide an overview of the company's primary product segments.

**idSURE**
*Biometric Crypto Processor Smart Card:*

The idSURE Card™ is a biometric crypto-processing card containing an individual's unique identifier, typically a fingerprint, and personal information such as social security numbers, passports, driver's licenses, health insurance information, etc. The data is securely burned into a crypto-processing chip enabling rapid, positive identification at the device level. The card also provides secure storage for the PKI private key as well as the signed digital certificate. The private key is used to create the cardholder's digital signature. Identification data, PKI private key and digital signature are protected by the user's encrypted fingerprint.

*Multi-Function Card:*

The idSURE Card™ will support numerous applications. The key to supporting multiple applications on a single card is through application isolation or data hiding. An application interface is capable of accessing only the information associated with that particular application. The interface only knows how and where to locate its own information. It knows absolutely nothing about the remainder of memory or any other application supported by the card.

For instance, the Department of Transportation would have access to an individual's smart card drivers license to update traffic violation information. Meanwhile, the Hunting and Fishing License Bureau would maintain its own interface into the card to enable the issuing, renewing and canceling of a hunting license. Because each organization accesses data through its own interface, the data belonging to one interface is hidden from the other interface.

Limitless functions can be applied to the idSURE Card™ including:

1.    Passport
2.    Health Insurance Card
3.    Trusted Frequent Traveler Card
4.    Trusted Transportation Worker Card
5.    National Identification Card
6.    Driver's License
7.    Social Security Card
8.    Debit Card

Preserves Civil Liberties:

Unlike forensic style applications with large fingerprint databases, the card holder's fingerprint is strictly private to the smart card — it does not leave the card for any purpose including the user authentication process. All verification of the user's identity is performed on the card. The process is fast and simple: the user's fingerprint is scanned, the logon process encrypts the fingerprint image and passes it back onto the card for verification. If the user's scanned print matches that of the fingerprint recorded during the enrollment process, a simple pass status is generated. If the user is not whom he or she claims to be, a fail status is generated on the card. In either event, the user's fingerprint is never passed from the card to an external fingerprint database for verification purposes.

Public Key Infrastructure Integration

As previously mentioned, the idSURE card contains both the user's private key as well as the user's signed digital certificate (containing user's public key). The biometric card is tightly integrated with the SyntheSys PKI infrastructure referred to as idTRUST. This process is described as follows:

| | |
|---|---|
| Step 1 – | The user downloads the idTRUST root certificate (self-signed certificate). This provides the user with the public key to securely communicate with idTRUST |
| Step 2 – | idTRUST generates user's public and private key pair |
| Step 3 – | idTRUST creates user's signed digital certificate |
| Step 4 – | idTRUST transmits to user, user's signed digital certificate and private key encrypted with idTRUST's private key |
| Step 5 – | At this point the encrypted data can be handled in one of two ways: |
| Step 5a – | If the user's receiving application is a browser, the browser will decrypt the idTRUST message using idTRUST's public key and store the two data structures within the browser |
| Step 5b – | If the user's receiving application is not really the user's application but is instead a biometric enrollment station acting on behalf of the user, the card control software decrypts the idTRUST message and stores the two data structures on the user's biometric card |
| Step 6 – | At this point, whenever the user is required to forward his/her signed digital certificate, the recipient's application can use the root certificates public key to authenticate the user's digital certificate and therefore the user's public key |

**idSURE Application Suite**

Security Solutions based upon Biometric Identity and Public Key Services

The idSURE suite of applications and services comprise the core components of a secure business solution applicable to virtually any security conscious agency, organization or business enterprise. The primary components of the idSURE Application Suite include the idSURE Biometrics Card, idSURE-PKI (digital certificates, PKI private keys, etc.), idSEND (secure Web Mail), and idSAFE (secure off-site document storage).

VALUE OF A CONTROL OWNERSHIP
POSITION IN BIOMETRICS SECURE TECHNOLOGY, INC.

PAGE 11

## IdSURE-PKI

### PKI Certification Authority ("CA")

The idSURE Card™ provides secure storage for the Public Key Infrastructure ("PKI") key pair as well as the user's digital certificate signed by the Certification Authority. The user's public key (contained within signed digital certificate) is used for authentication purposes, while the private key is used to create the cardholder's digital signature, enforcing user accountability and non-repudiation.

The identification data, PKI key pair and the signed digital certificate are all protected by the user's encrypted fingerprint. This feature ensures accountability of the card holder and ensures secure card holder communications

Public Key Infrastructure is a set of policies, procedures and software components that support and manage public/private key enabled business applications. A PKI enabled application infrastructure provides many valuable security services including authenticity, confidentiality, data integrity and non-repudiation. The use of PKI technology increasingly is becoming an indispensable prerequisite for implementing globally secure corporate processes, digital communications and distributed transactions. In addition, encryption, authentication, authorization and time stamping of data and transactions can be achieved by applying PKI technology, digital signatures and digital certificates. These technologies can be effectively used to achieve the same legal status as a handwritten signature. Several major vendors and institutions provide PKI services to the business community including Microsoft, the United States Post Office, Entrust, RSA and SyntheSys Secure Technologies. The SyntheSys PKI product suite is referred to as idSURE-PKI. The first step of the idSURE-PKI process is the generation of the public/private key pair. Depending upon security requirements, the public/private key pair can be generated on a smart card, via a local application such as a browser or digitally signed by a CA such as idSURE-PKI SyntheSys produces a biometric crypto-processor smart card with the capability of supporting the user's public/private key pair as well as the ability to perform digital signatures. This product is referred to as idSURE.

### Certification Authority:

The primary management issues associated with PKI technology are integrity and ownership of the public key, i.e., secure public key distribution. The issue here is that while traversing the Internet, the public key is susceptible to manipulation and therefore fraud. An attacker could substitute a fraudulent public key for the real public key, thereby enabling forged digital signatures and delivery of encrypted messages to unintended parties. The use of "Public Key Certificates" provides a scalable and secure solution to the issue of public key distribution. A public key certificate (PKC) is a tamper-proof electronic document that binds a user's unique identification information with the user's public key. A trusted third party referred to as a Certification Authority (CA) is the PKI component responsible for establishing and guaranteeing "trusted" digital identities. That is, the CA is responsible for the creation, management and revocation of certificates on behalf of its end users.

### Certificate Request Wizard ("CRW"):

Upon generation of the public/private key pair, the next major obstacle in establishing positive identification is to associate the public key (of the generated key pair) with a digital certificate. A significant task of the CA is to verify the identity of an applicant registering for a digital certificate.

The CA implements this task through a set of procedures. One such procedure is known as the Certificate Request Wizard (CRW). The CRW is a web-based authenticated program that assists the user by automating

-------------------------------------------------------------------------------------

much of the certificate request process, including data entry and completed form submission back to the CA server. The CA server passes the completed certificate request to the Registration Authority for processing. The desired key length and encryption algorithm are defined within the CRW.

### Certificate Server ("CS") / Certificate Repository ("CR"):

The Certificate Server is the component of idSURE-PKI responsible for issuing certificates based upon valid RA submission requests. The CS generates the digital certificate by combining the user's public key with his/her undeniable proof of identity. The user's certificate is then signed by idSURE-PKI's private key. The CPS is responsible for defining how idSURE-PKI verifies a subscribers identity, information to be placed in the certificate and rules for revocation or active life cycle manipulation. The Certificate Repository is the idSURE-PKI component responsible for publicly advertising signed user certificates. LDAP compliant directories are typically used as the vehicle to advertise certificates.

### Registration Authority ("RA"):

The Registration Authority authenticates and registers subscribers (users who are issued certificates after an approved registration request). The roles and responsibilities of an RA may be performed by a human operator. In our case, this person is referred to as the Registration Authority Operator ("RAO"). According to the policies governing certificate requests, the RAO may either accept or reject the pending request. Business rules and procedures control certificate subscriber registration and certificate generation. Theses rules are described in a document referred to as a Certificate Practices Statement ("CPS") for the idSURE-PKI center. This document may also be referred to as a PKI Disclosure Statement ("PDS"). The RA completes its role by forwarding an approved request for a certificate to the certificate server.

### Hardware Security Module:

A Hardware Security Module ("HSM") is essential for the creation of a legally binding qualified certificate. This HSM is used to create and manage the private and public keys. The private key always remains inside this crypto hardware and is used for digital signature purposes. It is not accessible through any other means. This solution is in accordance with the highest security standards required by signature laws.

### Certificate Revocation List ("CRL"):

The idSURE-PKI digital certificate complies with the X.509 digital certificate form at (ISO OSI International Standard). The Certificate Revocation List is an X.509 requirement as a revocation notification scheme. The CRL is simply a published list of revoked certificates. A revoked certificate appears on the CRL until the certificate formally expires. The CRL is a signed data structure, ensuring the certificate user of its integrity since the time of issuance by the CA. The CRL is used to control the validity of certificates.

### Time Stamping Authority:

A time stamping service is provided as a PKI layered component and implemented as a trusted third party referred to as a Time Stamping Authority. The Time Stamping Authority signs a digital message indicating its existence prior to a specific time. This service is responsible for implementing non-repudiation (proof that a message had been signed prior to the compromise of a user's private key).

At a high level, this diagram illustrates a typical hierarchical implementation and distribution of idSURE-PKI trust center functionality. Note that all deployments of idSURE-PKI roll-up to the idSURE-PKI Master Trust Center. This ensures interoperability across the SyntheSys internal Trust Center network. Also note the

interoperability of third party Master Trust Centers with the idSURE-PKI Master Trust Center. Level 1, 2, and 3 refer to the levels of trust defined between the tiered Trust Centers. For instance, Level 1 requires only the email address or hardware system identifier (MAC or IP address) to establish a trusted identity. Level 2 requires a token or password and Level 3 requires positive ID via biometrics. In support of idSURE-PKI, SyntheSys offers a full suite of professional services including:

1.  Vertical Industry Application Integration
2.  Security Services (Audit, Vulnerability/Penetration Testing, Disaster Recovery/Business Continuity, etc.)
3.  Education, Training and Focused Seminars

## idSEND

### Secure Electronic Certified Mail

idSEND is a secure web-based communications application. Essentially, idSEND is the electronic version of traditional "certified mail". Arguably, the main features of certified mail are its guarantee of sender authenticity and its ability to trace the delivery of confidential information to its intended target. idSEND enables these same attributes electronically through the use of a public key infrastructure (PKI), digital signatures and time stamping authorities. Email can certainly be used as a fast transport for electronic communications, however, it is typically non-secure, difficult to track and not legally binding. The use of idSEND requires the user to procure a signed digital certificate from a trusted third party (a PKI Certification Authority (CA) such as idSURE-PKI). idSEND is a web-based, PKI enabled secure electronic mail replacement for traditional non-secure email services.

### Message Confidentiality

idSEND utilizes the cryptographic capability of Secure Sockets Layer/Transport Layer Security ("SSL/TLS") to encrypt the content of the mail message. In addition, encryption on the server ensures confidential storage of messages. This guarantees a message's security both while in transit and while at rest.

### Message Authenticity

It is only possible to send and receive messages with idSEND if the sender and receiver have registered and authenticated their trustworthy electronic certificates with the idSEND service.

### Transaction Tracking

Time-stamping mechanisms and corresponding protocols ensure that the transaction can be checked for safety. Information on sending/depositing of data, reception of the file (delivery) and access to the data by the addressee (opening of the message) are always retrievable. The recipient is informed by e-mail that a message has been sent. When the document arrives at the recipient, the sender also receives confirmation of receipt by e-mail. This makes idSEND the electronic equivalent to registered mail. idSEND is a web-based application integrating transparently with Netscape's Communicator and Microsoft's Internet Explorer browser/web mail interfaces. idSEND encrypts the contents of the email and any attachments using SSL/TLS in order to ensure confidentiality of the message and any attachments during the transport phase.

Easy Accessibility

idSEND is accessed right from the Internet. There is no need to install any additional programs on the user's computer. Data is sent straight from a Web application in the user's Web browser.

Status Token

It is also possible to download a signed status token for every message in the inbox/outbox. The token contains information such as the transaction status. This data can be used as proof beyond the life -span of the message itself (e.g. if the user of the idSEND service deletes it). The signature and integrity of the status token can be checked on the service start-up page by uploading the appropriate file.

Secure Electronic Data Transmission With idSEND Means:

- Saving of time
- Transaction tracking
- Confidentiality of data
- Integrity of information
- Reliable authentication with certificate
- Data available for further electronic processing (integration)
- Maximum compatibility (use on any computer with an Internet connection and a Web browser)

Total Security At the User's Fingertips:

idSEND authentication takes place via a certificate, which can be downloaded from the idSURE Certification Service online at http://idsure.synthesysusa.com. idSURE encompasses the comprehensive PKI security solutions suite..

**idSAFE**

idSAFE is a technical platform that ensures the encrypted and digitally signed transport of data over the Internet, an intranet, or extranet. Of special focus is its scalability, flexibility, and ease of use - just authenticate, point, and click and the user can store digital files of any type with end-to-end confidentiality and auditability. Document contents are kept completely secure and the audit trail features provide for verification of document origin and access.

**6.3.3  Need for Additional Financing**

The Company will need to raise capital from other financings to pay its debts. There can be no assurances that the Company will be able to obtain such additional financings on terms acceptable to the Company or in a time frame required by the Company, if at all. In such event, the Company may be required to materially alter its plans. Any such additional financing may result in significant dilution to existing stockholders or the issuance of securities with rights superior to those of the existing shareholders. In the event that the Company is unable to raise or borrow additional funds, the Company may be forced into bankruptcy.

**6.3.4  Legal Proceedings**

In March 1998, the Company's former President and CEO, Lorrin Gale, left the Company at the request of the Board of Directors. On May 29, 1998, Mr. Gale filed a complaint against the Company in the Superior

Court of the Commonwealth of Massachusetts seeking relief for breach of an employment contract. In September 1998, the Company reached a settlement with Mr. Gale, which required that the Company pay $150,000 in severance pay and an additional $45,000 in increments of $15,000 over the next three years commencing in July 1999. In the event the Company does not make payments under the terms of the settlement agreement or is unable to work out an arrangement for payment, Mr. Gale could obtain a judgment against the Company, which would have a material adverse affect on the prospects of the Company.

The Company is not involved in any other material legal proceedings. In the event that the Company has insufficient funds to settle or defend these matters, the Company or its creditors could cause the filing of a bankruptcy proceeding.

### 6.3.5  Market for Common Equity and Related Stockholder Matters

The Company's Common Stock is currently traded on the Over-the-Counter Bulletin Board under the symbol "BMTS". The Company's Common Stock Purchase Warrants are no longer traded. The Company's stockholders approved an increase of the Company capital stock to 148,000,000 shares of Common Stock, par value $.0001, and 2,000,000 shares of Preferred Stock, par value $.001. In addition, on February 8, 2001, the Company's common stockholders received one (1) share for every four (4) shares owned.

The following table sets forth the range of high and low prices quoted for the Common Stock for the periods indicated. Such quotations reflect inter-dealer prices, without retail mark-up, mark-down or commission and do not necessarily represent actual transactions.

| Period | High | Low |
|---|---|---|
| **Years Ended December 31,** | | |
| **1999** | | |
| First Quarter | $0.25 | $0.005 |
| Second Quarter | 0.09 | 0.05 |
| Third Quarter | 0.09 | 0.05 |
| Forth Quarter | 0.04 | 0.005 |
| **2000** | | |
| First Quarter | 0.65 | 0.015 |
| Second Quarter | 0.25 | 0.001 |
| Third Quarter | 0.3125 | 0.10 |
| Fourth Quarter | 0.60 | 0.10 |
| **2001** | | |
| First Quarter | 0.50 | 0.19 |
| Second Quarter | 0.19 | 0.11 |
| Third Quarter | 0.14 | 0.09 |
| Fourth Quarter | 0.13 | 0.02 |
| **2002** | | |
| First Quarter | 5.25 | 3.00 |
| Second Quarter | 5.20 | 4.00 |
| Third Quarter | 8.50 | 4.75 |
| Fourth Quarter | 5.50 | 1.10 |

------------------------------------------------------------------------------------------------------------

The Company undertook a 100:1 reverse split in the fourth quarter of 2001. These numbers are reflected pre-split. Post-split the shares closed at December 31, 2001 at $3.40/share and at the Valuation Date was trading at $5.50/share.

## 6.3.6  Dividend Policy

The Company has never paid any cash dividends and does not anticipate payment of cash dividends on the Company's Common Stock in the foreseeable future. Under Delaware General Corporation Law, dividends may be paid only out of legally available funds as prescribed by statute, subject to the discretion of the Company's Board of Directors.

## 6.3.7  Recent Sales of Unregistered Securities

1.  In January 1998, Leventhal Paget, LLC of which Jeffrey Leventhal is a member, purchased 200,000 shares of Common Stock for $200,000 in a private placement of the Company's Common Stock. Mr. Leventhal was a director of the Company from January 1998 until March of 1999 and was re-elected in 2000 as Chairman of the Board. Pursuant to the written Consent of the Majority Stockholder, Mr. Leventhal was elected as a director of the Company and subsequently sold such stock in a private transaction.

2.  In September 1998, the Company obtained $1,500,000 in bridge financing consisting of secured convertible promissory notes and 750,000 common stock purchase Warrants. The promissory notes bear interest at the rate of 8% and are to be repaid at the earlier of July 31, 1999 or (i) any sale, pledge, assignment or disposition of any assets of the borrower (ii) any merger or consolidation of the borrower or "change of control" of the borrower or (iii) proceeds of at least $4,000,000 from the sale or issuance of any debt or equity securities or proceeds of any loans. Each Warrant shall be exercisable for the number of shares equal to 50% of the principal amount of the loans. The Warrants are exercisable at $0.40 per share and expire five years from the date of issuance. At December 31, 2001, the Bondholders had agreed to take 6,574,336 common shares of the Company in exchange for the outstanding Bonds, Warrants and interest of $270,000.

3.  In December 1998, the Board of Directors authorized the issuance of an additional 3,592,816 shares of Common Stock to 66 accredited investors who participated in private placements of the Company's Common Stock during January and May 1998. The issuance of the shares was pursuant to specific terms of the private placement relating to missing certain revenue milestones. In July of 2000, the Company issued those shares.

4.  In December 1998, the Board of Directors authorized the issuance of Warrants to purchase 359,282 shares of Common Stock to the underwriter involved in private placements of the Company's Common Stock during January 1998 and May 1998. The issuance of the Warrants was pursuant to specific terms of the private placement relating to missing certain revenue milestones. As of December 31, 2001, the Company had not issued those Warrants.

5.  On March 11, 2000, the Company entered into a Stock Purchase Agreement pursuant to which the Company sold to Right2Web for 100% of their outstanding shares, a start-up business-to-business internet venture, shares of the Company's Series A Convertible Preferred Stock subject to various conditions, including conversion of all outstanding Warrants, Options and convertible notes into equity. Upon conversion of the Preferred Stock, Right2Web owned 92% of the Company on a fully diluted basis. After dilution, existing

stockholders received 3% of the Company's Common Stock and the Convertible Note holders received 5%. This transaction closed in December 2000 and the stock was issued in 2001. In order for Right2Web to hold 92% of the issued common stock of the Company, the Company's shareholders authorized a 1 for 4 reverse split of its common stock. As part of this transaction, the Company issued 120,967,779 shares for the Right2Web shares.

6.      In June 2000, the Company sold Six Hundred Thousand (600,000) shares of the Company's Common Stock (the "Monarch Shares") to Monarch Financial Company of America, a registered broker-dealer for the sum of **$0.10 per Share** (for a total of $60,000) (the "Purchase Price"). Monarch agreed to act as a "market maker" for the Company and Monarch filed a Form 15c-211 and the Addendum to Form 15c-211 and such other forms and information as were reasonably requested by the NASDAQ and the NASD to cause the Company's Common Stock to resume trading on the NASDAQ over-the-counter market. The Company also entered into a Registration Rights Agreement with Monarch in connection with the sale of the Monarch Shares. Whenever Augment proposes to register any of its securities under the Securities Act (other than (i) pursuant to a Demand Registration, or (ii) in connection with registrations on Form S-4, S-8 or any successor or similar forms) and the registration form to be used may be used for the registration of Registrable Securities (a "Piggy-back Registration"), BMTS shall give prompt written notice to the Monarch holders of Registrable Securities of its intention to effect such a registration and shall include in such registration all Registrable Securities with respect to which Augment has received written requests for inclusion therein within twenty (20) days after the receipt of Augment's notice.

7.      On August 31, 2001 the Company issued 2,000,000 Preferred Shares for $400,000 convertible into 40,000,000 Common Shares (post-reverse split) to LANCER ($0.10share).

8.      On August 31, 2001 the Company issued 10,000,000 Warrants at $0.01/share; 20,000,000 Warrants at $0.05/share; 20,000,000 Warrants at $0.10/share for its Common Shares, all issued to LANCER.

9.      On August 31, 2001 the Company issued 2,000,000 Options at $0.0001/share; 1,000,000 Warrants at $0.05/share; and 1,000,000 Warrants at $0.10/share for its Common Shares, all to MacVane and Barrett, Inc.

10.     On November 1, 2001 the Company issued 18,375,000 Common Shares for $350,000 ($0.02/share); and 10,500,000 Common Shares for $350,000 ($0.033/share); all to LANCER and affiliates.

## 6.3.8  Results of Operations for the Three Years Ended December 31, 2001

Revenue for the fiscal year ended December 31, 1999 was $185,489 as compared to $-0- in revenues for the fiscal years ended December 31, 2000 and 2001. Revenues in 1999 resulted from the sale of software and licenses versus no revenues in 2000 and 2001.

The Company incurred no research and development costs for the three fiscal years ended December 31, 2001. The Company does not anticipate spending any additional funds on research and development in the immediate future.

VALUE OF A CONTROL OWNERSHIP
POSITION IN BIOMETRICS SECURE TECHNOLOGY, INC.

PAGE 18

General and administrative costs for the fiscal year ended December 31, 1999 were $177,757 as compared to $157,898 for the fiscal year ended December 31, 2000. The $19,859 decrease is attributable to decreased spending on professional fees.

The Company incurred no sales and marketing costs for the three fiscal years ended December 31, 2001.

The Company recognized a net profit for the fiscal year ended December 31, 1999 of $184,527 as compared to a net loss of $257,818 for the fiscal year ended December 31, 2000. The main differences between 1999 and 2000 were the extinguishment of debt of $352,645 and the sale of license rights, both in 1999. For the nine months ended September 30, 2001 the Company earned $1,617,447 from the extinguishment of $1,818,177 in debt.

Liquidity and Capital Resources

The Company had on a proforma basis negative working capital of $156,532 and no income at December 31, 2000.

These factors raise substantial doubt about the Company's ability to continue as a going concern. The Company is dependent on its ability to settle all debts with creditors, attract purchasers of the Company's technology and attract potential merger partners, which will undoubtedly result in substantial dilution to existing shareholders. Although the Company has effectively ceased operations.

The Company is presently authorized to issue up to 148,000,000 shares of its Common Stock and up to 2,000,000 shares of Preferred Stock. As of August 31, 2001 and November 12, 2001, there were 131,486,769 and 2,000,000 shares, respectively, of the Company's Common Stock issued and outstanding and 82,189,964 and no shares of Preferred Stock issued and outstanding post a 100:1 reverse split of the Common Stock.

Capital Expenditures

The Company does not have any commitments for capital expenditures at this time.

**Results of Operations for the Years Ended December 31, 2001 vs. 2000**

AUG Corporation did not have revenue for the years ended December 31, 2001 and 2000.

General and administrative costs for the fiscal year ended December 31, 2001 were $343,002 as compared to $137,964 for the year ended December 31, 2000. The $205,058 increase is attributable to primarily an increase spending on professional fees in connection with the stock purchase agreement and reorganization of its corporate structure. Higher spending in administrative and director fees offset other expense reductions in accounting and legal fees.

The Company did not incur any research and development or marketing costs for the two fiscal years ended December 31, 2001 and 2000.

The other income of $108,134 was a result of over accrual of expenses for 1999 and 2000. The Company determined these previous recorded liabilities have no likelihood of ever being paid.

Gain from extinguishment of debt $1,663,501 - In March 2001, the Company issued 6,574,336 shares of common stock (post 4:1 reverse stock split; see Note 4(B)) in exchange for the total outstanding notes,

warrants and accrued interest of $1,665,701. The stock was valued at $2,200 based on an independent appraisal, creating a gain on the extinguishment of debt in the amount of $1,663,501.

The Company recognized a net profit for the year ended December 31, 2001 of $1,421,355 as compared to a net loss of $298,298 for the fiscal year ended December 31, 2000. The main change between 2001 and 2000 were the extinguishment of debt of $1,663,501 in 2001.

### 6.3.9  Security Ownership of Certain Beneficial Owners

The following table sets forth certain information as of December 31, 2002 with respect to the beneficial ownership of the capital stock of the Company for (i) each person who is known by the Company to own beneficially 5% or more of the outstanding shares of its Common Stock; (ii) each of the directors and executive officers of the Company; and (iii) all directors and officers as a group. Except as otherwise indicated, the stockholders listed in the table have sole voting and investment powers with respect to the shares indicated. As of the Valuation Date, the Company had approximately 1,000 stockholders of record.

The stock position of LANCER represents approximately 88% of the 104,780,223 Common Shares outstanding at the Valuation Date.

### 6.3.10  Executive Officers of the Registrant

**Shashi Kapur, Ph.D.**
Chief Executive Officer/President                          Age 48

Dr. Kapur has been CEO/President since January 2002. He has over twenty years of technical and executive management experience is developing and growing Information Technology based companies. Dr. Kapur has held senior executive management positions in Telecredit, Equifax and TeleVoice. He was most recently the President and Chief Operating Officer of TeleVoice.

**Jeffrey S. Barocas**
Chief Financial Officer                                   Age 54

Mr. Barocas has been the Chief financial Officer since March 2002. From July 1996 to March 2002 he was Chief Financial Officer of Quipp, Inc. (NASDAQ: "QUIP"). Prior to Quipp, he was Chief Financial Officer of London International US Holdings, a US subsidiary of London International Group (NASDAQ: ADR "LONDY").

### 6.3.11  Facilities

BMI's executive offices are located at 550 Fairway Drive, Suite 110, Deerfield Beach Florida and its telephone number is (954) 427-7400.

### 6.3.12  Strategy

Independently or partnering with existing industry leading providers, integrate applications with BMI's biometric smart card and PKI/Trust Center infrastructure products and deliver them to existing and prospective clients.

### 6.3.12.1 BMI Operations

BMI is a provider of fully embedded crypto-controlled biometric smart card identification technology that is integrated with PKI infrastructure and digital signature Trust Center.  This unique combination of technology delivers identification solution permanently binding the cardholder's virtual personality to their physical identity making it secure and fraud proof.

### 6.3.12.2 Healthcare

Provide the leading edge infrastructure and integrated applications that enable healthcare providers and health insurance providers to meet HIPAA regulations before fines and sanctions are enforced in 2003.

### 6.3.12.3 Banking/Finance

Deliver fully auditable, consumer information security infrastructure that eliminates identity theft, fraudulent e-commerce and e-business transactions, generates new revenue, and simplifies operations for banking/finance institutions needing to comply with the Gramm-Leach-Bliley Act Section 501b per FDIC ruling (June 2001).

### 6.3.12 4 Custom Integration

BMI provides custom integration software and systems development services utilizing its biometric technologies to solve unique customer needs in all facets of the economy.

### 6.3.13.1 Competition

ActivCard and Precise Biometrics have teamed to deliver the first Open Platform-based biometric authentication on a smart card, using the ActivCard Gold solution and the Precise Match-On-Card™ technology for JAVA cards.  ActivCard manufactures its biometric reader devices through their recent acquisition of Ankari. They integrate and work cooperatively with other provider's technology and solutions to implement biometrics.  ActivCard's PKI implementations are not based on accepted government laws.

### 6.3.13.2 Ankari

Ankari and Precise Biometrics combine complementary technologies for convenient solutions for enterprise authentication. Ankari delivers a complete suite of software and integrates hardware authentication products that makes enterprise network access easy and more secure. TrinityT, Ankari's flagship product, is proven software that uniquely combines strong authentication and single sign-on through a variety of methods, including passwords, biometrics, smart cards, SecurID tokens and other technologies. TrinityT supports hardware from Precise Biometrics.

### 6.3.13.3 Utimaco Safeware

Utimaco Safeware works together with Precise Biometrics on the sales and marketing of complete IT security solutions based on biometric identification using fingerprints and smart cards in order to enhance security and significantly increase user-friendliness.

Utimaco is a European IT security provider;  They provide a basic biometric smart card solution called SafeGuard Biometrics.  It consists of a smartcard reader with integrated fingerprint sensor and a biometrics-capable smartcard and the software which is necessary for the integration of biometric authentication into the

other products of the Utimaco Safeware SafeGuard range. The basic module, SafeGuard Biometrics, provides a biometric smartcard login to the operating system, incorporating Single Sign On (SSO) and desktop lockout for unauthorized users. The smart card is not a crypto-controlled smart card and it does not contain the biometric algorithm as a native part of the smart card operating system.

### 6.3.14  Employees

BMI currently employs approximately 10 people, all of whom are full-time employees, in the following capacities: 3 executive officers, 11 research and technical, 11 administrative, sales and marketing persons. Its employees are not represented by a collective bargaining unit. Management believes relations with its employees are good.

## 7.0  VALUATION APPROACH

Having considered the generally accepted valuation methods and the particular attributes of the Company, we are of the opinion that in order to determine the value range of the Common Shares of the Company it is necessary to analyze various methods of valuing Common Shares as discussed extensively in valuation literature.

This section outlines the concept of fair market value and identifies the criteria which we have applied in developing the Valuation Opinion.

### 7.1  Fair Market Value

For the purposes herein, we have assumed that fair value is also deemed to have the same definition as fair market value based on the definition prescribed under Internal Revenue Service ("IRS") Revenue Ruling 59-60, as follows:

> *The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of all relevant facts.*

### 7.2  Valuation Principles

The fair market value of a going concern business is generally a function of the income and capital recovery returns that are expected in light of the risks associated with the realization of these future returns and the prospects for growth in the expected returns.  In most going-concern situations the worth of a business is expressed as a capital sum through the application of a capitalization factor or multiple to an estimate of current or expected future earnings or cash flows, or through application of a discount rate to expected future cash flows.

Asset values will constitute the prime determinant of corporate worth where operations have historically been unprofitable or earnings marginal in relation to invested capital and the company may not be a going concern. In the case of a company which does not possess sufficient earnings potential to warrant treatment as a going-concern, assets are stated at their liquidation values.

Due to the Company's history of losses, combined with its current profitability and positive future short term outlook as presented to us by BMTS management at the Valuation Date, we believe that Income, Market and Asset approaches to values for the Company are appropriate approaches to value determination.

There is no single correct method or approach to valuation, and a comprehensive valuation report will usually consider at least one method from each of the three broad valuation approaches - the market approach, the asset approach and the income approach.  In some instances, one or more approaches to value may be either inappropriate or not applicable because of the purpose of the appraisal, the type of business or interest being appraised, or the lack of adequate information available to the appraiser.

The various methods often arrive at value estimates based on different levels of control and marketability. Therefore, the value estimates derived from the different methods must be adjusted to a consistent level (i.e., marketable majority, non-marketable majority, marketable minority, or non-marketable minority).  Finally, these results are then reconciled to determine a final opinion of value for the entity being appraised.

During the course of this appraisal, we considered various valuation methodologies, and have relied on the chosen methods as being that most likely to be considered by the hypothetical willing buyer and willing seller and hence, "mirror the market." The chosen valuation method was also considered for its applicability in this particular appraisal. All relevant valuation approaches and methods were considered in performing the valuation of the subject equity interest. The basic approaches to valuing private business interests and their consideration in this appraisal are discussed below.

## Market Approach

The market approach suggests that the value of the entity can be determined by examining the "market" that has been established by historical experience. This approach is a general way of determining a value indication for a business interest by using one or more methods that compare the subject to similar businesses, or partial interests in similar businesses, that have been sold. Examples of market approach methods include the guideline company method and the analysis of prior transactions in the ownership of the subject business. The business used for comparison must serve as a reasonable basis for such comparison. In searching for guideline companies, factors to be considered in judging whether a reasonable basis for comparison exists include:

- A sufficient similarity of qualitative and quantitative investment characteristics.
- The amount and verifiability of data known about the similar investment.
- Whether or not the price of the similar investment was obtained in an arm's length transaction or was instead purchased in a forced or distressed sale.

Should comparable market transaction data be located that is deemed to be reasonably similar, comparisons are normally made through the use of valuation ratios. The computation and use of these ratios should provide meaningful insight and guidance about the subject, considering all relevant factors. Therefore, care should be exercised with respect to issues such as:

- The selection of the underlying data used to compute the valuation ratios.
- The selection of the time periods and/or the averaging methods used for the underlying data.
- The computation of the valuation ratios.
- The timing of the price data used in the valuation ratios.
- How the valuation ratios were selected and applied to the subject entity's underlying data.

Finally, comparisons should be made by using comparable definitions of the components of the valuation ratios, such as earnings and cash flow.

## Asset Approach

The asset approach, sometimes referred to as the cost approach, is conceptually the least complex of all approaches to consider and use as an appraisal guideline. The asset-based approach is a general way of determining a value indication of a business interest using one or more methods based directly on the value of the assets owned by the business less the business's liabilities. In theory, a buyer would not pay more than it would cost to create an entity of equivalent economic utility. Therefore, the concept is to adjust all assets and liabilities, whether or not recorded on the entity's balance sheet, to market value. Generally, the entity is presumed to be a going concern and the adjustments will reflect that premise. The asset approach typically does not take into consideration the "intangible" value of the enterprise, unless these assets are specifically identified and valued. The asset-based approach should be considered in valuations conducted at the total entity level or involving a business appraised on a basis other than a going concern. Valuations of particular ownership interests in an entity may or may not require the use of the asset-based approach.

VALUE OF A CONTROL OWNERSHIP
POSITION IN BIOMETRICS SECURE TECHNOLOGY, INC.

PAGE 24

## Income Approach

The income approach develops a value that arises from the presumed ability of the entity to produce a profit or return on investment ("ROI") for its owner. This approach is a general way of determining a value indication of a business by using one or more methods through which anticipated benefits are converted into value as of the valuation date. Anticipated benefits are expressed in monetary terms and may be reasonably represented by such items as dividends or various forms of earnings cash flow.

Both capitalization of benefits method and discounted future benefits methods are acceptable. In capitalization of benefits methods, a representative benefit level is divided or multiplied by an appropriate capitalization factor to convert the benefit of value. In discounted future benefits methods, benefits are estimated for each of several future periods. These benefits are converted to value by applying an appropriate discount rate and using present value procedures.

Anticipated benefits are converted to value by using procedures that consider the expected growth and timing of benefits, the risk profile of the benefits stream, and the time value of money.

The conversion of anticipated benefits to value normally requires the determination of a capitalization factor or discount rate. In that determination, the appraiser should consider such factors as the level of interest rates, the rates of return expected by investors on alternative investments, and the specific risk characteristics of the anticipated benefits. Therefore, the two basic components of the income approach are the measure of income and the required rate of return.

In capitalization of benefits methods, expected growth is incorporated in the capitalization factor. In discounted future benefits methods, expected growth is considered in estimated in the future stream of benefits.

## Approaches Considered

It is widely recognized that there is no one correct method of valuation, and that any valuation depends upon an analysis of the relevant facts, common sense, and the informed judgment of the appraiser. A full and complete appraisal requires the analyst to implement all relevant valuation methods that are appropriate to the particular valuation assignment. For this valuation, the appraiser has considered at least one method under each approach.

VALUE OF A CONTROL OWNERSHIP
POSITION IN BIOMETRICS SECURE TECHNOLOGY, INC.

PAGE 25

## MARKET APPROACH

### 7.3  Market Approach

### 7.3.1 Publicly Traded Guideline Companies

One method within the market approach is to search for transaction data for similar and relevant "guideline" corporations. The appraiser must locate publicly traded companies that are similar in nature and operations to the company being valued. When guideline companies can be identified and are deemed to be applicable, the appraiser may form comparisons between the performance of the group of guideline companies and the subject business. These comparisons are known as indicators of value or price multiples and may include Tangible Book Value Multiple, Price/Earnings, TIC/Cash Flow, and TIC/Sales.

We conducted a search of public companies operating in the same industry as BMTS.

### 7.3.2  Selection of Guideline Comparable Companies

In order to select the appropriate multiples to be applied in this Valuation Report, we analyzed four principal approaches:

1.  Reviewed companies in the Technology and Services Sectors;

2.  Reviewed companies in the Scientific & Technical Instruments, Security Systems and Services, and Computer Peripherals, Computer Services Industries (listed in Appendix III);

3.  Compared the results of numbers 1 and 2 above to the Company's historical results and to the S&P 500;

4.  Selected a short list of "guideline" companies being the closest in comparability to BMTS.

The results of the findings for numbers 1 through 4 above are set out in the Ratio Comparison table later in this report.

The first step in applying the market approach to valuing a Company is to identify publicly traded companies that are comparable. Analysts who regularly value companies in different industries have well-defined methods for determining which companies are comparable to the subject company. The procedure used to develop the group of public companies includes the following steps, which may or may not be obvious depending on the situation:

- The industry or industries in which the Company operates are identified;

- Various databases are searched for a group of companies in a line of business similar to that of the Company;

- Detailed descriptions and business segment data for the potential guideline companies are reviewed to eliminate those with products or services that differ from the subject Company;

- Companies whose stock is thinly traded are typically eliminated, as such companies' transactions data is less meaningful; and,

- The remaining companies are further analyzed in terms of operating, financial, geographical, industry, and/or market characteristics to insure that they are reasonable for inclusion in the guideline company group.

The last step in this process is the most subjective. A thorough understanding of the financial standing and the operating performance of the subject Company is essential to establishing the parameters by which to screen guideline data. Screens should include revenue mix, market, products, size of company, revenue, margins, capital structure, and growth – both historical and estimated. While an optimal guideline group will contain numerous companies, the number of companies included will depend on the similarity to the Company, trading activity, and the financial information available.

A perfect guideline company is identical to the Company with regard to business type, capital structure, size, and primary market. It has similar management dynamics, has a stock that is widely traded, encounters the same risks and opportunities, and, importantly, has the same prospects for growth in the near term, immediate term, and long term. Because it is in essence a mirror image of the subject Company, a perfect market comparable provides a whole range of meaningful valuation multiples which can be applied to reported and/or prospective operating results and provide a meaningful and defensible valuation. Of course, perfect guideline companies rarely exist, and finding an entire group of, say, five to eight perfect guideline companies is almost unheard of. As a result, it is often necessary to make some adjustment to the multiples derived from the group.

Once the group of guideline companies is identified, critical valuation data about each company should be assembled into a table. This table includes critical balance sheet and income statement data, trading information about the guideline companies, and, of course, an array of valuation multiples implied by public market pricing.

We have selected a number of companies we see comparable to BMTS. Although none of the selected companies are "exact", they represent companies indicative of BMTS.

To apply the market approach, we performed a computerized database search for guideline companies that could be considered "comparable" to BMTS. This search revealed the following companies:

| | | |
|---|---|---|
| SFLK | = | Saflink Corporation |
| SEHO | = | Sense Holdings, Inc. |
| BKYI | = | BIO-Key International, Inc. |
| IDNX | = | Identix Incorporated |
| AXSI | = | Axcess, Inc. |

Set out on the following pages is a summary of the selected company analysis.

VALUE OF A CONTROL OWNERSHIP
POSITION IN BIOMETRICS SECURE TECHNOLOGY, INC.

PAGE 27

| | Valuation | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | P/E (TTM) | P/E (TTM) | P/E (TTM) | Beta | TIC* to Sales (TTM) | Price to Book (TTM) | Price to Tangible Book (TTM) | TIC* to Cash Flow (TTM) | Market Cap. (millions) |
| SFLK | NM | NM | NM | 1.02 | 40.96 | 11.31 | 11.31 | NM | 82 |
| SEHO | NM | NM | NM | -0.23 | 48.13 | 8.42 | 10.27 | NM | 7 |
| BKYI | NM | NM | NM | 1.07 | 87.82 | NM | NM | NM | 7 |
| IDNX | NM | NM | NM | 1.01 | 5.20 | 1.17 | 7.92 | NM | 439 |
| AXSI | NM | NM | NM | 0.68 | 12.28 | NM | NM | NM | 9 |
| | | | | | | | | | |
| TOTAL | 0.00 | 0.00 | 0.00 | 3.55 | 194.39 | 20.90 | 29.50 | 0.00 | 544 |
| | | | | | | | | | |
| AVG | 0.00 | 0.00 | 0.00 | 0.71 | 38.88 | 4.18 | 5.90 | 0.00 | 109 |
| | | | | | | | | | |
| MEDIAN | 0.00 | 0.00 | 0.00 | 1.01 | 40.96 | 8.42 | 10.27 | 0.00 | 9 |

* TIC = Total Invested Capital

SFLK  = Saflink Corporation
SEHO = Sense Holdings, Inc.
BKYI = BIO-Key International, Inc.
IDNX  = Identix Incorporated
AXSI  = Axcess, Inc.

### 7.3.3  Comparable Analysis Summary

**Valuation Indicators :**

Appendix III includes data on the general stock market as well as companies in similar businesses to the Company.  In most cases these companies are significantly larger than the Company, but do provide a basis for determining value, however, we also performed a search of transaction data of companies in a size range similar to BMTS as included in Appendix III, the general results of which are set out below.

| | | | | | RATIO COMPARISON | |
|---|---|---|---|---|---|---|
| | | | | | Guideline Companies (1) | |
| Valuation Ratios | Company | Industry* | Sector** | S&P 500 | Mean | Median |
| P/E Ratio (TTM) | N/A | 25.82 | 28.65 | 22.96 | NM | NM |
| P/E High - Last 5 Yrs. | N/A | 54.87 | 57.69 | 49.78 | NM | NM |
| P/E Low - Last 5 Yrs. | N/A | 14.13 | 17.93 | 16.35 | NM | NM |
| Beta | N/A | 1.00 | 1.45 | 1.00 | 0.71 | 0.71 |
| TIC to Sales (TTM) | NM | 1.70 | 3.53 | 3.06 | 38.88 | 40.96 |
| Price to Book (MRQ) | NM | 2.74 | 3.98 | 4.33 | 4.18 | 8.42 |
| Price to Tangible Book (MRQ) | NM | 4.39 | 5.86 | 7.17 | 5.90 | 10.27 |
| TIC to Cash Flow (TTM) | N/A | 17.48 | 21.50 | 17.19 | NM | NM |
| % Owned Institutions | N/A | 38.05 | 46.58 | 62.08 | N/A | N/A |

* Industry ratios include an average of Scientific and Technical Instruments, Security Systems and Devices and Computer Peripherals [1]
** Sectors include an average of Technology and Services [1]
[1] Data taken from "MultexInvestor", produced by Multex.com, Inc.

*Net Book Value Multiple Analysis*

At December 31, 2002, BMTS had a negative book value. Therefore this multiple cannot be used.

*Net Tangible Book Value Multiple Analysis*

At December 31, 2002, BMTS had a negative tangible book value. Therefore this multiple cannot be used.

*Price to Earnings Multiple ("P/E") Analysis*: Due to historical losses and in 2002, we could not use this multiple approach.

*TIC to Cash Flow:* The Reporting Unit had negative cash flow in 2002, and therefore this valuation approach would not provide meaningful results.

*TIC to Sales Multiple Analysis*:

We selected a multiple of 1.70 times which was at the low end of the range of 1.70 to 40.96 for the Industry, Sector, and S&P 500 as set out in the table above. However, these multiples reflect larger, more diversified publicly traded companies and therefore we consider a 1.70 multiple more appropriate for BMTS, considering BMTS is forecasting significant revenue growth over 2002.

Applying this sales multiple to annualized 2002 revenues results in values for the Company as set out below:

### TIC to Sales Multiple Analysis

| | |
|---|---|
| Annualized 2002 Revenue | $78,293 |
| Multiple | 1.70 |
| Total Value | $133,098 |

## Prior Transaction Analysis

The market approach suggests that the value of the entity can be determined by examining the "market" that has been established by historical experience. One method, usually applicable to larger, publicly held corporations, is to refer to the value set by the most recent trading of the stock by private and public investors who have made their own determination as to value. Most closely held businesses, however, generally have little or no trading activity to establish a market price for the shares. BMTS is a publicly traded company but did complete private common stock transactions during the past twelve months. The details of these transactions were as follows:

| Date | # Shares | Price | Total |
|---|---|---|---|
| 7/16/02 | 200,000 | $1.50 | $ 300,000 |
| 6/12/02 | 500,000 | $1.50 | 750,000 |
| 4/14/02 | 2,275,000 | $0.50 | 1,137,500 |
| 3/20/02 | 6,120,000 | $0.05 | 306,000 |
| 2/14/02 | 6,100,000 | $0.05 | 305,000 |
| 2/8/02 | 75,000 | $0.05 | 3,750 |
| 1/7/02 | 5,350,259 | $3.66 | 19,581,948 |
| Totals | 20,620,259 | | $22,384,198 |
| Average for 12 months | | $1.09 | |

Based upon the average of common stock transactions during the past twelve months, and 104,780,223 shares outstanding at the Valuation Date, we arrive at a value of **$114,210,443**.

### *Mergers and Acquisitions Guideline Company Methodology*

This market approach obtains and analyzes information from mergers and acquisitions of entire guideline companies, both public and privately held. The sales and pricing information is then applied to the subject company to determine its value. We performed a search of the Pratt's Stats, Mergerstat, BIZCOMPS, Public Company and Institute of Business Appraisers ("IBA") transaction databases. The following details the results of the search:

- The Pratt's Stats transaction database returned 178 transactions for SIC 7373 and 123 transactions for SIC 7389. All transactions were eliminated since none of the identified companies were in similar lines of business.

- The Mergerstat transaction database returned 66 transactions for SIC 7373 and 11 transactions for SIC 7389. All transactions were eliminated since none of the identified companies were in similar lines of business.

- The BIZCOMPS transaction database returned 219 transactions for SIC 7389. All transactions were eliminated since none of the identified companies were in similar lines of business.

- The Public Company transaction database returned 17 transactions for SIC 7373 and 6 transactions for SIC 7389. All transactions were eliminated since none of the identified companies were in similar lines of business.

- The IBA transaction database returned 109 transactions for SIC 7370, 12 transactions for SIC 7373, and 265 transactions for SIC 7389. All transactions were eliminated since none of the identified companies were in similar lines of business.

### *Market Capitalization*

The market capitalization for BMTS as of December 31, 2002 is approximately **$576,291,227** based on a total of 104,780,223 common shares outstanding at $5.50 per share.

## ASSET APPROACH

### 7.4 Asset Approach

#### 7.4.1 Net Book Value Methodology

The net book value ("NBV") of a business is the historical value of that entity's assets less the value of its liabilities.

To calculate the net book value of BMTS, we referred to the internally prepared financial statements for December 31, 2002.

BMTS's current assets consist of cash and cash equivalents and prepaid expenses and other assets. BMTS's assets also include furniture, fixtures, computer hardware and software, and equipment.

Management has indicated that all liabilities are supported by adequate documentation to reflect evidence of an obligation of the Company.

**At December 31, 2002 BMTS had a negative net book value.**

#### 7.4.2 Net Tangible Book Value Methodology

The net tangible book value ("NBV") of a business is the historical value of that entity's assets less the value of its intangible assets and liabilities.

To calculate the net tangible book value of BMTS, we referred to the internally prepared financial statements for December 31, 2002.

BMTS's current assets consist of cash and cash equivalents and prepaid expenses and other assets. BMTS's assets also include furniture, fixtures, computer hardware and software, and equipment.

Management has indicated that all liabilities are supported by adequate documentation to reflect evidence of an obligation of the Company.

BMTS has no intangible assets on its balance sheet. **At December 31, 2002 BMTS had a negative net tangible book value.**

---

## INCOME APPROACH

### 7.5  The Income Approach

#### *Capitalized Returns (Single-Period Model)*

Under the capitalized benefits method the normalized earnings or net cash flow for a single period are capitalized by applying a formulated capitalization rate, calculated from an appropriate discount rate, to arrive at the value of the business.

In valuation theory a discount rate represents the total expected rate of return, stated as a percentage, that a buyer or investor would demand on the purchase of an asset given the level of inherent risk in the asset.  The discount rate is not utilized as a divisor or multiplier; instead, it is used to determine present value factors that discount a future benefit stream to a present value.

The capitalized returns appraisal method determines the value of a company based on the availability of a stabilized stream of benefits to equity holders, or dividend paying capacity and therefore results in a going concern value.  The value is obtained by measuring an anticipated income or cash flow level and then determining its worth by using a rate of return which reflects the annual return an equity investor should require for an investment in a business of the risk level of BMTS.  This required return, or discount rate, is adjusted for the expected long-term growth of the benefit stream.

**The capitalized benefits methodology is generally used when income is normal and recurring and the company's future operations are not expected to change significantly from its current normalized operations.  BMTS has had a history of losses and therefore, this method of determining value could not be applied.**

### 7.5.1  Selection of Appropriate Capitalization and Discount Rates

The cost of capital is the total rate of return that a buyer or investor would demand from an ownership interest in a company.  This rate is either applied to the company's expected future earnings (discount rate) or is applied to the current or representative earnings of the company (capitalization rate).  The capitalization rate is derived from the discount rate by subtracting a company's expected long-term average annual compound growth rate from its discount rate.  It is used directly in the value computation as a divisor, and it is applied to a single year benefit stream.  This single year benefit stream represents what the company can be expected to generate in the future, based on historical normalized cash flows.  Determining a required rate of return on a closely held business is perhaps the single most difficult step in the appraisal process.

The discount rate represents the rate that would be required by an investor considering the inherent risks of a particular company, as well as the rate of return available for investments with similar risks in the marketplace.  In other words, the discount rate is the required rate of return an investor would consider necessary to invest in an asset with the amount of risk comparable to that associated with the company being valued.

Consistent with the risk/reward relationship in almost any investment, the greater the investment risk, the greater the required reward.  The discount rate uses the risk/reward relationship to convert sums of cash to be received in the future into a present value.

In many cases, appraisers use a build-up approach to arrive at an appropriate discount rate.  The build-up approach is based on the principle that each investment has various levels or types of risk characteristic of

------------------------------------------------------------------------------------------------------------

other investments in the financial markets. These components are added together to arrive at a "built-up" discount rate, which is then used to compute the cost of the capital.

## Components of the Cost of Capital

*Risk Free Rate:* The risk free rate of return an investor could obtain from a low risk guaranteed investment. Such a return is assumed to be approximately equal to the yield to maturity of long-term Treasury bonds even though this investment is not completely risk free. The rate of return on long-term U.S. Government bonds is considered a good proxy for the risk-free rate of return.

*Long-Horizon Equity Risk Premium:* The equity risk premium is the extra return earned by an average equity investor in excess of the return on long-term Treasury securities and was 7.4% through 2001. The source of this information is the Ibbotson Associates Stocks, Bonds, Bills, and Inflation Yearbook for 2001 (the 2002 Yearbook). The sum of the risk-free rate and the equity risk premium results in the average market return for publicly traded stocks.

*Expected Micro-Capitalization Equity Size Premium:* Historically, more risk has been associated with the typical small company than with a large, publicly traded company; therefore, investors in a typical small business will demand a higher rate of return. The Ibbotson Yearbook indicates that the difference between the total returns on large stocks and small stocks was 3.3% through 2001. The average small company in this study was listed on the New York Stock Exchange and has a market capitalization of less than $192 million.

*Specific Company Risk Premium:* Other risk factors that must be analyzed include the Company's industry, the Company's financial risk, the diversification of the Company's operations, depth and quality of management and other operational characteristics of the Company.

## Risk Factors

The risks inherent in BMTS can be classified into three broad categories: profitability and working capital, personnel and competition.

## Profitability and working capital

BMTS has had a history of losses and is vulnerable to the risks and difficulties encountered by companies in the technology sector. Although it has generated minimal revenues from operations, and is forecasting significant revenue growth and a return to profitability, there is no assurance this will be achieved.

BMTS believes it has sufficient working capital and other financial resources to effectively operate until such time as it achieves positive cash flow from operations. However, given its history of operating losses and large accumulated deficit, there is no assurance BMTS will be able to generate or maintain positive cash flow, or be successful in raising additional funds in the future.

BMTS's inability to obtain necessary funding as and when needed, may affect its ability to continue operations. Because of the uncertainties in BMTS's ability to satisfy its future capital requirements, BMTS's auditors' report on its financial statements for the year ending December 31, 2002 contains an explanatory paragraph regarding the Company's ability to continue as a going concern. We have assigned an increase of 5% to account for this risk factor.

### Personnel

BMTS 's success relies heavily on attracting and retaining top technical personnel.  To date, relations have been positive due to BMTS's recruitment and retention practices.  Any change in NSG's ability to attract and retain top physicians could have a material adverse affect on its operations and financial position.

Further, BMTS relies heavily on its experienced management and technical employees to execute the Company's business plan.  BMTS's employees are not subject to employment or collective bargaining agreements.  The loss of services from a few of these individuals could have a material adverse effect on BMTS.  We have assigned an increase of 2% to account for this risk factor.

### Competition

BMTS believes the biometrics market is very competitive and expects competition to intensify in the future.  Many of BMTS' current and potential competitors have significantly greater resources as well as greater name recognition and larger customer bases.

Due to the strength of competitors' customer relationships and relationships with potential customers, BMTS may experience pricing pressures, reduced margins and fewer customer orders which could have a material adverse affect on its business.

We have assigned an increase of 2% to this risk factor.

### Determination of Cost of Capital

The calculation of this "build up" rate resulted in estimated discount rates of 23% to 24%, as shown in the following table.  We have used this discount rate in our value calculations.  The capitalization rates of 18% to 19% were used to calculate the value of the Company.

|  | 12/31/02 |
|---|---|
| Risk free rate | 4.8% |
| Equity risk premium | 7.4% |
| Small company risk premium | 3.3% |
| Company specific risk premium | 9.0% |
| Discount rate (cost of capital) | 24.5% |
| Rounded to: | 25.0% |
| Adjust for estimated growth rate | 4.0% |
| Capitalization rate for terminal value | 21.0% |

**The capitalized benefits methodology is generally used when income is normal and recurring and the company's future operations are not expected to change significantly from its current normalized**

--------------------------------------------------------------------------------

## Personnel

BMTS 's success relies heavily on attracting and retaining top technical personnel. To date, relations have been positive due to BMTS's recruitment and retention practices. Any change in NSG's ability to attract and retain top physicians could have a material adverse affect on its operations and financial position.

Further, BMTS relies heavily on its experienced management and technical employees to execute the Company's business plan. BMTS's employees are not subject to employment or collective bargaining agreements. The loss of services from a few of these individuals could have a material adverse effect on BMTS. We have assigned an increase of 2% to account for this risk factor.

## Competition

BMTS believes the biometrics market is very competitive and expects competition to intensify in the future. Many of BMTS' current and potential competitors have significantly greater resources as well as greater name recognition and larger customer bases.

Due to the strength of competitors' customer relationships and relationships with potential customers, BMTS may experience pricing pressures, reduced margins and fewer customer orders which could have a material adverse affect on its business.

We have assigned an increase of 2% to this risk factor.

## Determination of Cost of Capital

The calculation of this "build up" rate resulted in estimated discount rates of 23% to 24%, as shown in the following table. We have used this discount rate in our value calculations. The capitalization rates of 18% to 19% were used to calculate the value of the Company.

|  | 12/31/02 |
| --- | --- |
| Risk free rate | 4.8% |
| Equity risk premium | 7.4% |
| Small company risk premium | 3.3% |
| Company specific risk premium | 9.0% |
| Discount rate (cost of capital) | 24.5% |
| Rounded to: | 25.0% |
| Adjust for estimated growth rate | 4.0% |
| Capitalization rate for terminal value | 21.0% |

**The capitalized benefits methodology is generally used when income is normal and recurring and the company's future operations are not expected to change significantly from its current normalized**

VALUE OF A CONTROL OWNERSHIP
POSITION IN BIOMETRICS SECURE TECHNOLOGY, INC.

PAGE 34

operations.  BMTS has had a history of losses and therefore, this method of determining value could not be applied.

### 7.6  Discounted Cash Flow Analysis

The discounted cash flow approach is favored by those involved in the commitment of capital to fixed assets where reasonably reliable cash flow forecasts can be made. However, future business cash flows are often difficult to project accurately. Discounted cash flows are normally applied where future cash flows can be reasonably and consistently forecasted. Historically, the discounted cash flow approach to value has been used extensively on capital budgeting decisions. The discounted cash flow approach is simply the present value of future cash flows. Although the Company does not have a readily predictable stream of earnings, our value conclusion is based upon management's forecasts.  Taking into consideration the factors set out above and the returns realized for various investments as discussed above, we selected a discount rate 25% as reflective of investor expectations for an investment into the Company at the Valuation Date.  Those rates take into account the public company capitalization rates as set out above plus a risk factor for the Company being small and shareholders having limited liquidity for their investment.  Further, we examined interest rates and investor returns and selected those rates as representative.

When computing net present value it is appropriate to capitalize the final year of the forecast to reflect the future cash flows to be realized.

Following is the discounted cash flow analysis as of December 31, 2002

PAGE 35

VALUE OF A CONTROL OWNERSHIP
POSITION IN BIOMETRICS SECURE TECHNOLOGY, INC.

Biometrics Marketing, Inc.
Discounted Cashflow Analysis

| Fiscal Year Ended | EBITDA | Less: Depr. (2) & Non-Cash | EBIT | Less: (1) Taxes | Add: Application (4) Of Loss Carry. | EBI | Add. Depr. (2) & Non-Cash | Less: Capital Expend. | Less: Working Cap. Needs | Net Post Tax Cash Flow | Present (3) Value @ 25% | Total Present Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 (E) | $ 175,000 | $ 75,000 | $ - | $ - | $ - | | $ 175,000 | $ 525,000 | $ 2,017,000 | $ (2,367,000) | 0.8944 | $ (2,117,045) |
| 2004 (E) | $ 7,912,000 | $ 312,000 | 7,600,000 | 2,926,000 | 2,926,000 | $ 7,600,000 | $ 312,000 | 410,000 | - | $ 7,502,000 | 0.7155 | 5,367,681 |
| 2005 (E) | $ 18,128,000 | $ 465,000 | 17,663,000 | 6,800,255 | 6,800,255 | $ 17,663,000 | $ 465,000 | 460,000 | - | $ 17,668,000 | 0.5724 | 10,113,163 |
| 2006 (E) | $ 29,019,000 | $ 477,000 | 28,542,000 | 10,988,670 | 10,988,670 | $ 28,542,000 | $ 477,000 | 560,000 | - | $ 28,459,000 | 0.4579 | 13,031,376 |
| 2007 (E) | $ 40,513,000 | $ 613,000 | 39,900,000 | 15,361,500 | 4,611,136 | $ 29,149,636 | $ 613,000 | 410,000 | - | $ 29,352,636 | 0.3664 | 10,754,806 |

Total Present Value of Cash Flows    $37,149,981

Terminal Value of future cash flows: 29,352,636*1.04/.21 = $ 87,498,667    0.3664    $ 32,059,512
Unused Loss Carryforward                                          $ .          0.3664    .

Total Value of Future Cash Flows                                                         $ 69,209,493

(1) Taxes at 38.5%
(2) Includes depreciation
(3) Utilizes mid-year discount rate
(4) Pre-2001 loss carry forward from tax return
(5) Assumed Growth Rate is 4%

The Forecast EBITDA was determined by taking management's forecasts as included in Appendix IV.
Net Capital Expenditures and working capital needs were estimated by BMTS management.
For the Terminal Value, after discussion with BMTS management we selected a 5% long-term growth rate which reduces the capitalization rate.
The Discount Rate was selected based upon the determination of a Capitalization Rate described earlier in this Report, which equaled 24.0%.

**This results in a value of $69.209 million.**

---

## 7.7 Control Value Relationship

Having determined a business' value, the final step in concluding our Opinion is to determine if a premium or discount is appropriate for the shares being valued.

Although there are many types of premiums and discounts that may be encountered in performing a business valuation, the most common are control premiums, minority interest discounts and discounts for lack of marketability.

The Business Valuation Committee of the American Society of Appraisers has defined "control premium" and "minority interest discount" as follows:

| | |
|---|---|
| **Control Premium:** | The additional value inherent in the control interest, as contrasted to a minority interest that reflects its power of control. |
| **Minority Interest Discount:** | The reduction, from the pro rata share of the value of the entire business, to reflect the absence of the power of control. |

## 7.7.1 Prerogatives of Control

There are many things a control owner may be able to do that a minority cannot. These include, for example, the abilities to:

- Decide on levels of compensation for officers, directors, and employees;

- Decide with whom to do business and enter into binding contracts, including contracts with related parties;

- Decide whether to pay dividends and, if so, how much;

- Register the stock with the Securities and Exchange Commission for a public offering;

- Repurchase outstanding stock or issue new shares;

- Make acquisitions or divest subsidiaries or divisions;

- Buy, sell, or hypothecate any or all company assets;

- Determine capital expenditures;

- Change the capital structure;

- Amend the articles of incorporation or bylaws;

- Sell a controlling interest in the company with or without participation by minority shareholders;

- Select directors, officers, and employees; and,

- Determine policy, including changing the direction of the business.

-----------------------------------------------------------------------------------------------------

Depending on state laws, the company's articles of incorporation and bylaws, and agreements with lenders, any of the above prerogatives of control may be exercised by a simple majority control, or they may require some level of supermajority. About half the states require some degree of supermajority, most often two-thirds, for certain major corporate actions such as selling out, merging, or liquidating the company's major assets. If the stock is widely distributed, or if certain contractual rights exist, a block of stock constituting less than a majority may have effective control over some of the above prerogatives.

The term 'premium for control' often is cited in transactions involving the takeover of publicly traded companies. Historical studies have suggested that when takeovers of companies whose shares are publicly traded occurs, average takeover prices often are in the order of 30% greater than the trading prices prior to a takeover announcement, although the range of premiums varies significantly. So-called "premiums for control" most often relate to the crystallization of purchaser-perceived post-acquisition net economic value added (i.e. synergies).

The quantification of minority discounts with respect to shareholdings in privately held companies sometimes is estimated based on the reciprocal of this so-called premium for control. That is, if a premium for control is taken on a "rule of thumb" basis to be in the order of 40%, then the minority discount is taken to be approximately 29% (determined as: $[1-1/(1 + 40\%)]$. However, quantification of a minority discount in this manner may lead to an inappropriate conclusion given that:

- importantly, where the shares of the acquired public company were actively traded prior to the bid on widely disseminated information, premiums to pre-bid market prices typically relate all or in part to purchaser perceived synergies;

- such a methodology presumes that daily trading prices of shares of publicly held companies incorporate a minority discount, which may be measured from a takeover price per share;

- where the shares of some publicly held companies are not widely traded, the 'premium' might reflect the elimination of a 'stock market' discount for illiquidity referable to that;

- when a public company is "in play", competitive bidding for the acquisition sometimes occurs, which in turn may distort the calculated premium;

- public company trading prices in some cases may gravitate upward on speculation of a takeover announcement. This effectively reduces the calculated premium in percentage terms;

- the premium for control normally is based on an average of the premiums of open market transactions. However, the actual premiums paid vary significantly, and in some cases are even negative amounts. Further, published statistics summarizing the premiums over stock market prices paid in open market transactions may not be reflective of appropriate fact specific control premiums for reasons such as:

   - negative premiums may not be considered, which inflates the computed average, and,

   - the statistics include both cash transactions and non-cash transactions (e.g. share for share exchanges). The latter may include certain restrictions on behalf of the vendor and therefore may not be reflective of a cash equivalent price;

- importantly, studies of "takeover premiums" are specific to point in time prices, and reflect only transactions that are completed, and not those considered but not pursued. In this regard, transactions

normally are not pursued where economic analysis does not support the price that would have to be paid to consummate a successful takeover bid. Accordingly, the average "takeover premium to market" statistics reflect only those transactions where takeovers are completed, and accordingly represent a skewed sample of the population of all transactions both contemplated and completed. Because information with respect to transactions that are contemplated but abandoned generally is not available, "takeover premiums to market statistics" are incomplete and accordingly, likely are not as meaningful as they frequently are represented to be;

• takeovers of publicly traded companies occur at the price the purchaser believes it needs to offer to complete the transaction. That "offer price" (on which the "premium to market calculation" is based) may be less than the purchaser would have been prepared to pay based on its own internal analysis; and,

• takeovers of publicly traded companies may reflect circumstances where the purchaser believes that the target company's shares are trading in the market at a "bargain price". As a result, quoted takeover "premium to market" statistics likely are, on average, greater than they otherwise might be.

Therefore, where a minority discount is determined by taking the reciprocal of the "rule of thumb" premium for control, the quantum of discount likewise would be distorted. It is important to take into account the specific facts of each situation when determining a minority discount. Furthermore, where practical, the segregation of that discount into its components of <u>non-control</u> and <u>illiquidity</u> (as discussed herein) may ultimately result in a more reasoned and supportable conclusion.

### 7.7.1.1 Factors Affecting Degree of Control

Many factors can affect the degree of control and, consequently, the magnitude of the discount for lack of control (if starting with a controlling interest value) or some premium for elements of control (if starting with a minority interest value).

*Anything Less Than 100%.* Any proportion of ownership less than 100% leaves room for attacks by minority shareholders on some prerogatives of control. For example, if the company were to sell out, or take certain other corporate actions, any minority stockholder might be able to exercise dissenting stockholder rights. There are many ways in which a minority stockholder can create a nuisance for the control stockholder, which could reduce the control premium and the discount for lack of control, thus increasing the minority owner's interest's value.

*Supermajority Requirements.* About a quarter of the states require something more than a mere 50%-plus-1-share vote to approve certain major corporate actions, such as selling out or merging.

Even in states that do not have statutory requirements of supermajority votes for major corporate actions, any individual company may require supermajority votes for given corporate actions through its articles of incorporation or bylaws.

If a block of stock constitutes control for certain actions but is not large enough to be able to cause other corporate actions, it falls in between a control value and a pure minority value. If starting with a control value, some discount for lack of absolute control usually is warranted. There are no empirical studies available to help quantify the amount of the <u>discount</u>, but such discounts usually fall in the range of **5 to 15%**.

If a minority block of stock is large enough to prevent certain corporate actions, this condition is referred to as *blocking power*. Such a block normally is accorded some premium over a pure minority value for blocking

--------------------------------------------------------------------------------------

power. Because such power is invoked only rarely, the premium tends to be modest, perhaps in the range of 5 to 15%. This premium could be applied to an actively traded minority value (before any discount for lack of marketability) or could be reflected in a smaller discount for lack of control if control value is the base.

In any case, if the size of the block falls into the range where it may have operating but not absolute control, or in the range where it may have blocking power, the analyst should review the relevant state statutes, articles of incorporation, and bylaws to see whether a possible discount or premium for this characteristic should be considered.

*Shareholder Oppression Statutes*.  In some states under certain circumstances, minority shareholders can institute a lawsuit to dissolve the corporation or partnership and be paid their proportionate share of the proceeds from the liquidation. In such states, the controlling stockholder can prevent the dissolution by paying the minority owners the fair value of their shares.  About half the states now have such statutes, with California Corporation Code 2000 being one of the oldest and most frequently litigated.

*Swing Vote Potential*.  Depending on the distribution of the stock, a block could have the potential to gain a premium price over a pure minority value because of its potential as a *swing block*.  Consider this situation that was recently presented to the financial advisor to an employee stock ownership plan ("ESOP"). The ESOP in question owned about 35% of the stock, another stockholder owned 35%, and the third largest stockholder owned about 20%. The financial advisor had been conducting annual valuations of the ESOP stock on a minority basis. When the 20% block came up for sale, both the ESOP and the other 35% stockholder would quickly have paid the ESOP minority price to obtain the stock, and a somewhat prolonged series of negotiations ensued. The ESOP ultimately purchased the block at about a 17% premium over the ESOP minority price. The opinion expressed by the financial advisor was that the ESOP did *not* pay more than fair market value for the swing block, considering that it put the ESOP in a control position and otherwise would have put the remaining stockholder in a control position.

Many scenarios could be constructed where a swing block would have the potential to command some premium over a pure minority value. Generally, they arise when a sale of the block could cause a change (e.g., strengthening or weakening) in a control position. However, not all swing vote situations deserve a premium.  In the instance of the shares being transferred, neither block separately would swing control. Therefore, we conclude that a swing vote will not apply to NCG.

*Interests of 50%*.  Interests of 50% are neither control nor minority. A 50% interest usually can prevent corporate actions but cannot cause them to happen. A 50% interest value usually lies about halfway between a controlling interest value and a pure minority value. There is no empirical data for guidance in quantifying 50% interest percentage discounts from control value or premiums over minority value. However, 50% interests sometimes are discounted at about 15% from control value to reflect lack of control.

In some circumstances two 50% interests do *not* have equal lack of control. This situation can arise when one of the 50% interests exercises some prerogatives of control under a contractual arrangement. In this case, the discount from control value should be less for the interest with some control prerogatives and a little greater for the interest without the control prerogatives.

*Legal or Regulatory Constraints*.  Legal or regulatory conditions can prevent a control owner from exercising control prerogatives to the fullest extent. These conditions narrow the gap between control and minority value and reduce the potential minority discount or control premium.

*Minority Shareholder Ability to Elect Directors*.  Some minority blocks of stock have the ability to elect one or more directors. This ability can arise from either of two circumstances: cumulative voting or contractual

arrangement. In either case, this right tends to reduce the minority discount. However, there is no body of empirical data to assist in quantifying this factor, so the magnitude of the discount becomes a matter of negotiation in a transaction or of the appraiser's judgment in a non-transaction-related valuation.

*Cumulative Voting*. In most companies, a majority of the shares can elect all the directors. However, although it is becoming less common, some companies have cumulative voting, which enables a minority to elect one or more directors. The concept of cumulative voting is that all the shares may vote for a single director. Thus, if 10 directors are to be elected, the owner of a block of 10% of the stock can cast all of its votes for each share for a single director, thus ensuring the election of one director by the block.

Cumulative voting, however, does not automatically assure the minority of representation on the board; the minority must have the minimum shares necessary to elect the director desired and, second, must aggregate its cumulative votes properly.

Cumulative voting may also increase the discount applicable to a control block for lack of full control.

*Contractual Appointment*. For various reasons, certain blocks of stock may be granted a contractual right to appoint one or more directors. This is often the case in conjunction with venture capital financing. This may reduce the discount for lack of control.

Exhibit I sets out the basic concept of premium and discounts to determine the "Level of Value" in Terms of Ownership.

**EXHIBIT 1:   "Levels of Value" in terms of Characteristics of Ownership**
EXAMPLE:



Notes: [a]   Control shares in a privately held company also may be subject to some discount for lack of marketability, but usually not nearly as much as minority shares.

[b]   Minority and marketability discounts normally are multiplicative rather than additive.  That is, they are taken in sequence:

$10.00     Control Value
- 3.00     Less: Minority interest discount (.30 x $10.00)
$ 7.00     Marketability minority value
- 2.80     Less lack of Marketability discount (.40 x $7.00)
$ 4.20     Per share value of non-marketable minority shares

[c]   Note that neither the minority/control nor the marketability issue are all-or-nothing matters. Each covers a spectrum of degrees.

---

Source: Copyright 2001 Practitioners Publishing Company. All rights reserved. Reproduced with written permission from *Guide to Business Valuations* (January 2001).

## 7.8  Control Premiums

Most valuation experts are familiar with the standard concept of valuation premiums and valuation discounts. They are routinely applied in substantially the same form by the IRS and valuators.

Both the courts and the valuation commentators have tended to deal obliquely with the valuation of control. On the part of the courts this may be because so little has been written on this topic. Certainly the various aspects of control as they might affect value have not been discussed *per se*, nor has there been an attempt made to suggest methods by which the value of control might, in certain circumstances, be quantified. (There has, however, been general recognition that control can have value in and of itself.) For example, in *Gold Coast Selection Trust Ltd. v Humphrey*, [1948] 2 All ER 379 (HL); affg in part [1946] 2 All ER 742 (CA), Lord Simon said, "there may also be value in control", and in *Short v Treasury Commissioners*, [1948] 1 KB 116 (CA); affd [1948] AC 534 (HL), which came out most clearly for a premium for control.

The rights of a controlling shareholder can be summarized generally as follows:

    A.    The power to elect the board of directors and thus indirectly govern the affairs of the company. In economic terms, this can be stated as control over the economic direction of this investment.

    B.    Subject to the statutory provisions of the incorporating jurisdiction, the right to place the company in liquidation. In economic terms, this can be stated as the ability to minimize losses in the event the company proves unsuitable as a going concern.

    C.    The right to sell control of the company. In economic terms, this can be stated as the ability to dictate the liquidity of the investment.

    D.    The power to have himself appointed an officer of the company and thus receive remuneration and other emoluments in excess of what would normally be paid for management services rendered. In economic terms, this can be stated as the ability to draw out profits that would otherwise indirectly accrue to minority shareholders.

    E.    The right to determine the timing and amount of dividend distributions. In economic terms, this can be stated as control over the rate of return directly realized by him on his investment.

Typically, the IRS's or taxpayer's valuation expert determines the value of a block of Common Stock in a closely held company (Subject Company) by first establishing the stock's going-concern value using the public guideline or comparable company (Comparable Company) method. This technique prices the Subject Company's stock by analogy.

    1.    Public Comparable Companies are first selected based upon their similarity to the Subject Company in terms of line of business, domicile, size, and selected financial factors.

    2.    Second, these public companies are compared to the Subject Company on various measures of economic and financial performance. Based on relative performance and the market multiples of the Comparable Companies, the valuator selects the pricing multiples to apply to the Subject Company.

---

3.  Third, on the assumption that the market prices of the shares of Comparable Companies reflect their value as minority interests, the valuator of a private company either:

4.  **Adds** a control premium if the block of stock in the Subject Company is a controlling interest or

5.  Deducts a discount for lack of marketability because the block of stock in the Subject Company is not as marketable or liquid as the stock of the public corporations.

These concepts of premium for control and discount for lack of marketability are often presented in the form of a bar chart similar to the one in *Table* 1.

| TABLE 1: LEVELS OF VALUE | | |
|---|---|---|
| Acquisition Value<br>*Synergy Value* | Additional Control<br>Premium for Synergy | ↑ |
| Enterprise Value<br>*Control Value* | Control Premium | ↑ |
| Market Value<br>*Freely Traded Value* | Discount for Lack<br>of Marketability | ↑ |
| Minority Value in a Closely<br>Held Company for<br>Estate and Gift Taxes | | |

1.  At the top of the bar is the Acquisition Value of a company's Common Stock. This level represents the value to an acquirer who can achieve synergistic benefits from a transaction.

2.  The level titled Enterprise Value[1] is the value of a company to the existing control party or to a non-synergistic buyer.

3.  The Market Value or Freely Traded Value is the market price of the common shares of a public company or of the Subject Company's Common Stock assuming that it were publicly traded.

4.  The difference between the Acquisition Value and the Freely Traded Value is often called the Control Premium. (However, the term Control Premium may refer to the difference between Freely Traded Value and Enterprise Value, and the difference between Enterprise Value and Acquisition Value may be called the Synergistic Premium.)

---

[1] Enterprise value has many definitions. Herein it is used as the value of 100% of the equity of a company on a stand-alone basis. This value incorporates benefits of control but not those of synergy. It is not the value of the firm's capital structure.

5.     The difference between the Freely Traded Value and the Minority Estate Tax Value is commonly called the discount for lack or marketability ("DLOM"). A hybrid control concept is the value of a minority interest in a control class of voting Common Stock.

## 7.8.1  Premium and Discount Rules of Thumb

Two decades ago, these concepts seemed to have an economic basis. Stockholders of majority blocks of Common Stock in a closely held corporation have the power to sell the company and its assets. Acquisitions of control interests in public companies **are made at substantial premiums** over the market prices of minority interests in these companies' Common Stocks prior to the announcement of these transactions. Therefore, it was believed that the premium in value of a control block of stock over a minority interest block must equal the average premium between the acquisition prices of the Common Stock in acquisition transactions and the Common Stocks' market prices before the announcements of the takeover transactions.

The discount for lack of marketability was computed by reviewing private placement discounts for issues sold under Rule 144 (or Rule 133) to private investors or equity funds.

With the passage of time, these techniques have been reduced to boilerplate formulas– "rules of thumb"– applied as a matter of rote.

1.     The discount for lack of marketability is 30 to 45% from the taxpayer's point of view, 15% to 35% from the IRS's.

2.     The premium for control is 30 to 40%, from the IRS's point of view, about half of this from the taxpayer's as result of removing the value of synergy.

3.     The discount for minority interest for an operating company is approximately 25%.

The problem with applying these rules of thumb is that they are not based upon an analysis of the specific situation at hand. While their conclusions may be correct in some situations, in other situations they are inappropriate or simply wrong.

## 7.8.2  Measurement of the Applicable Premium

Generally, when a valuator applies an acquisition premium to the freely traded value of a Subject Company's Common Stock, there is a table similar to *Table 2*, which contains acquisition premium data from *Mergerstat/Shannon Pratt 's Control Premium Study*[TM] *(Control Premium Study)*, or a similar source that purports to support adding an acquisition premium:

| TABLE 2: CONTROL PREMIUM ACROSS INDUSTRIES | | | | | |
|---|---|---|---|---|---|
| Industry/Year | 1996 | 1997 | 1998 | 1999 | 2000 |
| All Industries | 36.6% | 36.7% | 35.9% | 46.1% | 48.9% |

1.     The table is based on the comparison of the acquisition prices of the Common Stock to their market prices before the announcement of the respective transactions.

2.     The IRS's valuator may add a premium in the 35 to 40% range, while the taxpayer's valuator reduces these premiums, often by half, because these premiums incorporate synergy.

In our review of transactions listed in Mergerstat/Shannon Pratt's Control Premium Study for the SIC codes 8011, 8062, 8069 and 8093 **Control Premiums for relevant transactions which took place in the period 1998 to 2002 were in the range of 5.3% to 141.2%.**

### 7.8.3  M&A: A Market for Whole Companies

The M&A market is a market for whole companies The principal buyers and sellers are controlling stockholders, corporations, and LBO houses. The market is not liquid; as a result, individual investment horizons tend to be longer. Risk tolerances in the short term tend to be lower than in a liquid market. Transactions are financed using long-term debt from banks, insurance companies, mezzanine funds, equity of large corporations, and private equity funds. M&A investors take an active role in managing their companies.

The relationship of the two markets is not linear. Linearity presupposes that acquisition premiums apply in all situations; and acquisition premiums are roughly the same amount generally or in each industry.

The relationship of the two markets is better shown as the two overlapping forms in *Figure 1*.



1.    The circle in the chart above is the M&A market. The box is the stock market (The sizes of the two are not proportionate.)

2.    If a potential acquirer believes that it can create sufficient added economic benefits, the acquisition value of the company will exceed its market value. The additional economic benefit can pay for the cost of the acquisition premium. These are the transactions reported in the Control Premium Study.

Most publicly traded companies were not taken over in a given year generally, for most companies there were no willing buyers available that believe they can create economic benefits large enough to justify payment of the premium required for the acquisition of these companies in view of other alternatives.

If there is no M&A market available to sell a company at a premium to its stock market value, then there is little or no acquisition premium much less a "theoretical" premium based on an average of acquisitions of dissimilar companies.

### 7.8.4 Another Way to Calculate the Value of a Control Block

The problem with the old approaches is that they relied on averages and ignored the economic benefits available, if any, of the control block. A valid methodology for calculating the value of a control block should consider the following:

1.  The first step is to determine if the block of stock being valued has any **voting or other legal rights** that are not available to the other Common Stockholders of the corporation. (While these rights may seem to exist, they may be limited by other provisions of the Subject Company's articles of incorporation, by stockholders agreements, or by state law.)

2.  The next step is to evaluate the **powers of the block** in terms of what extra economic benefits it can provide to its owners in addition to those provided to other shareholders.[2]

3.  If the block **can cause sale** of the Company, the next step is to determine the company's value.

    a.  If there have been bonafide offers for the company, they my help establish the acquisition value of the company and the block.

    b.  The Comparable Company Method should be used to evaluate the potential IPO value of the block, which may be greater than its acquisition value.

        i.  It should be noted, however, that a complete IPO of the block might not be possible depending on the importance of the seller in the management of the company.

        ii.  In addition, consideration should be given as to whether the IPO market would be open to the Subject Company.

    c.  If there has been a number of current or pending acquisitions of similar companies in the industry, the Comparable Acquisitions Method should be used to establish the demand for similar companies and the acquisition multiples of those transactions that have taken place.

        i.  If no transactions have taken place in the industry, are they any willing buyers willing to pay a premium?

        ii.  If no acquisition transactions can be identified, then there may be no acquisition market for the company on a going-concern basis.

        iii.  If the acquisition multiples of the completed transactions are in the same range as the public company multiples, then the acquisition value of the company may be equal to its public company value.

    d.  The Discounted Cash Flow Method should be used to establish the value of the Subject Company's projected cash flows on a stand-alone basis, without any synergies under the current or expected management of the company. The

---

[2] See Gilbert E. Matthews' *Comments on the Reversal of Simplot, Shannon Pratt's Business Valuation Update, July 2001, p. 1.*

discounted cash flow value of a company calculated in this case is normally its Enterprise Value.

e.    The calculated discounted cash flow value should then be compared to the indicated values for the company based on the Comparable Acquisition Method.

i.    If the indicated values from the two approaches coincide, this helps to confirm the acquisition value of the Subject Company excluding synergy.

ii.   If the indicated values from the acquisition approach are higher than those indicated by the discounted cash flow approach and the acquisition data is not conclusive, then more weight should be given to the discounted cash flow value, as it does not include synergy.

4.    Once the acquisition value of the company is established, a percentage based on the control block's rights and privileges can be allocated to it and the remainder of the acquisition value can be allocated on a pro rata basis.

**Business Valuation Resources, LLC** has performed analysis of the data in the *Mergerstat/Shannon Pratt's Control Premium Study*[TM] relating to the valuation multiples. The TIC/EBITDA multiple was focused upon.

Total Invested Capital ("TIC") is defined as the "target company's implied total invested capital based on the sum of implied market value of equity plus the face value of total interest bearing debt and the book value of preferred stock outstanding prior to the announcement date." EBITDA is the "target company's earnings before interest, taxes, depreciation and amortization based on the latest reported 12-month period ("LTM") prior to the transaction's announcement date. "

*Table 3* shows quarterly summary statistics for only domestic transactions. From left to right, the columns in this table read: Quarter, Number of Deals (including those with discounts and negative multiples), Median Control Premium (excluding negative premiums [discounts]), Median Control Premium (including negative premiums [discounts]) and Median TIC/EBITDA (excluding those with deficit EBITDA). It is important to note that the Number of Deals most likely does not directly relate to the quantity used in the median calculations for the control premium (excluding discounts) and the TIC/EBITDA.

VALUE OF A CONTROL OWNERSHIP
POSITION IN BIOMETRICS SECURE TECHNOLOGY, INC.

PAGE 48

| TABLE 3: QUARTERLY SUMMARY STATISTICS FROM THE *MERGERSTAT/SHANNON PRATT'S CONTROL PREMIUM STUDY*[TM] – ONLY DOMESTIC TRANSACTIONS | | | | |
|---|---|---|---|---|
| Quarter | Number of Deals[1] | Median Control Premium (Excludes Discounts) | Median Control Premium (Includes Discounts) | Median TIC/EBITDA[2] |
| 1Q98 | 75 | 33% | 29% | 15.1 |
| 2Q98 | 59 | 31% | 27% | 10.1 |
| 3Q98 | 58 | 17% | 11% | 12.3 |
| 4Q98 | 105 | 31% | 16% | 11.5 |
| 1Q99 | 109 | 33% | 29% | 11 |
| 2Q99 | 115 | 36% | 29% | 10.4 |
| 3Q99 | 141 | 32% | 30% | 10.2 |
| 4Q99 | 168 | 32% | 228% | 11.1 |
| 1Q00 | 103 | 34% | 32% | 13 |
| 2Q00 | 139 | 43% | 29% | 10.8 |
| 3Q00 | 137 | 42% | 37% | 11.2 |
| 4Q00 | 148 | 45% | 32% | 9.2 |
| 1Q01 | 121 | 35% | 26% | 8.8 |
| 2Q01 | 107 | 51% | 38% | 8.9 |

[1]Includes those with discounts and negative multiples.
[2]Excludes those with deficit EBITDA

In addition to the TIC/EBITDA multiple, the *Mergerstat/Shannon Pratt's Control Premium Study*[TM] also contains detailed information on the control premium. *Figure 2* shows a chart of the 12-month and 3- month median control premiums for all transactions (domestic and foreign), excluding negative premiums, by quarter.



Mergerstat Control Premium Study Comparative Results

*Figure 2*

Some observations on *Table 3* and *Figure 2* include:

- Median domestic quarterly control premiums (excluding discounts) increased dramatically in 2Q2000 and have stayed in the 40 to 50% range since 2Q2000 (except 1Q2001), with a value of 51% in 2Q2001.

**Based upon this analysis, it is our Opinion that a premium for control of 40% should be applied to the BMTS shares at the Valuation Date.**

## 7.8.5 Blockage

### Should a Blockage Discount Apply?

While most business valuations focus on privately held companies due to the inherent uncertainty in their value, certain valuation topics also arise frequently with regard to publicly traded companies. One common problem that arises is how to price very large blocks of shares of stock that were never actually sold, but must be valued in the context of a gift, an estate, or some other type of "hypothetical construct" manner. This issue can be fairly complicated because (a) it would be difficult to unload such a large block of shares on the market immediately (or in a short period of time); (b) the block of stock may be large enough to constitute a control interest for its owner; and (c) the block may be large enough to give its owner significant voting power, if not control.

Common practice in the valuation Profession is to assign a "blockage discount" to blocks of publicly traded stock that would likely take a long time period to sell on the market, given the stock's typical sales volume. There is clearly some rationale in this logic in that if a large block needed to be disposed of immediately (or relatively quickly), it would have to be sold at a discount. Such results could be relatively far reaching in that a block of stock need only be large enough to incrementally affect the stock market of that day (time period) for a large block issue to exist. Common practice, however, does not involve applying a blockage discount unless "... the size of the block might represent several weeks or more of normal trading."[3] As described in more detail below, this is partially explained by judicial rulings, which focus on a "reasonable time" period to dispose of the stock.[4] As such, a common practice is to take **a 5-15 percent blockage discount** off of blocks of publicly traded stocks that are 10 or more times the size of the stock's typical daily volume.

While the common practice described above focuses on *the difficulty to sell a large block,* it is also important to consider *the difficulty in purchasing a large block.* In the context of most valuations involving a potential blockage discount (including estate and gift taxes), the value standard is the price to which a hypothetical willing buyer *and* a hypothetical willing Seller would agree. In this sense, the application of a blockage discount assumes that (a) a hypothetical willing seller exists, but that (b) a hypothetical willing buyer does not exist. That is, the blockage discount assumes the market to be as it was (i.e., its typical volume), with the exception of an additional seller with a large block of shares coming to the market.

The potential for a blockage discount, however, varies tremendously when the hypothetical construct changes to be in accord with the valuation standard – the existence of both a willing seller and a willing buyer. A willing buyer would have to pay *above* market price under the existing market conditions (i.e., no willing seller) to acquire a large block of shares under the existing market conditions. If, however, both hypothetical parties existed, negotiation would be possible across this trading range between the discounted and premium prices. As described in more detail below, the ultimate price would be a function of bargaining. Yet, as a general and theoretical rule, one would not typically expect to have a significant discount (or premium) from the market price.

This paper is divided into four sections. This first section provides an overview and executive summary of the paper. A literature review of papers that have addressed the blockage discount make up the second section. The third section explains with the help of an example why a blockage discount may not be the

---

[3]Pratt, Shannon- Reilly, Robert; and Schweihs, Robert, *Valuing a Business, Third Edition,* Irwin Professional Publishing, 1996, p. 324.

[4]For example, the valuation experts agreed to a blockage discount of over 10 percent in Edwin A. Gallun, 33 T.C.M. 1316 (1974).

appropriate default when valuing large blocks. Concluding remarks with examples are provided in the fourth section.

Although the Internal Revenue Service has issued general guidelines for the allowance of a blockage discount, particularly in Sections 2031 (Estate Tax) and 2512 (Gift Tax) of the Federal Tax Regulations, more specific information on the application and computation of a blockage discount can be found in certain Tax Court decisions.[5] In general, such legal opinions suggest that the facts and circumstances of each case determine whether or not a blockage discount is warranted, with the burden of proof on the petitioner.

Articles by Moore, in *Trusts and Estates*, and Julius, in *Mercer Capital Value Added*, detail some of the considerations used by practitioners in the calculation of a blockage discount. These considerations include the number of shares in the subject block in comparison to the total number of outstanding shares; the number of shares in the subject block in comparison to the trading volume of the total outstanding shares; the volatility of the stock price; the effect on the stock price given certain daily volume increases, and the length of time necessary to liquidate the subject block; the exchange on which the stock is traded; the trend of the stock price in comparison to the market as a whole; relevant company news or other information that may have had an effect on the price; and/or other large block trades of the stock.

Estabrook, in a chapter *of Handbook of Advanced Business Valuation*, concluded that, if it were most reasonable to sell the subject block of stock through a secondary distribution, special offering, exchange distribution, or private placement, the blockage discount would be a function of "the difference between (1) the hypothetical sales price and (2) the actual trading price on the date of the valuation."[6] If, however, it was most reasonable to sell the subject block in smaller lots over a period of time, the blockage discount would be based on "the net present value of the cash flow proceeds based on the various sale dates."[7]

A presentation by Frazier to the Valuation Study Group outlined another methodology by which to estimate a blockage discount, based on a determination of "price pressure" and "market exposure." Price pressure is generally defined as the effect that a large block sale has on the stock price. It is measured by considering, among other items, the factors cited previously. Market exposure is defined as "the cost associated with bearing the risk of holding a position in the marketplace without the ability to close the position, for a specified period of time."[8] It is quantified by "calculating the cost of buying a put option on the subject company shares (1) at a strike price equal to the traded sales price at the valuation date (date of death or gift), (2) exercisable in the number of days determined under the different trading period scenarios, (3) based on the results of the analyst's due diligence. "[9]

Wills (1999) focuses the synergy analysis to technology purchased through acquisitions. His principal point on this topic is that such acquisitions occur precisely because the purchaser will derive more value from the

---

[5]See, for instance, *Helvering v. Safe Deposit and Trust Company of Baltimore*, 35 BTA259,263 (1937); *Bull v. Smith*, 119 F.2d490 (CA-2,1941); *L.C. Phipps v. Commissioner*, 127 F.2d 214 (10th Cir., 1942); *Estate of Kopperman v. Commissioner*, T.C. Memo 1978-475 (1978); *Estate of Sawade v. Commissioner*, T.C. Memo 1984-626 (1984); *Estate of Dorothy B. Foote v. Commissioner*, T.C. Memo 1999-37 (1999).

[6]Reilly, Robert and Schweihs, Robert, *Handbook of Advanced Business Valuation*, McGraw-Hill, 1999, p. 146.

[7]Ibid.

[8]Ibid., p. 148.

[9]Ibid.

VALUE OF A CONTROL OWNERSHIP
POSITION IN BIOMETRICS SECURE TECHNOLOGY, INC.

PAGE 52

technology than the seller. As such, the seller will be able to receive a premium over its own-use technology value, but not necessarily the full value that the technology is worth to the buyer.

**In the instance of a control position in BMTS at the Valuation Date, a discount for blockage of 5% should be applied. We selected this discount percentage since a knowledgeable seller would not sell the whole block but place the block as a private placement transaction to yield a higher value, or full value for the ownership position.**

### 7.9 Summary of Control Premium and Discount Conclusions

Based on the summarized research above, and our conclusions as set out above, we have concluded the following:

| | |
|---|---|
| **Control Block Premium** | **40%** |
| **Blockage** | **5%** |

The Control Block Premium was applied since Lancer Offshore beneficially owns 88.2% of the outstanding shares of BMTS and thus, controls the business. The Lack of Marketability Discount is applied since the control block represents such a large percentage of the total ownership of BMTS and the underlying shares are not free-trading. A Blockage Discount was applied since if the control shareholder tried to sell their shares into the public market, assuming they were free-trading they would potentially dramatically reduce the trading price of the Company's public shares. Due to the limited market and low trading volumes of BMTS shares, it would be impractical to sell the control shares on the open market and therefore we selected a 5% discount as a reasonable reduction for this risk factor, recognizing that a prudent control shareholder would sell their complete position in a block trade.

## 8.0  DETERMINATION OF VALUE

In determining the final Business Enterprise Value ("BEV") of the Company, we analyzed the results of the various approaches to value. To arrive at the final BEV we add to our Value Conclusion any preferred equity and long-term and short-term debt at the Valuation Dates and subtract cash and cash equivalents. The rationale is that, in buying a business, its current owners, the shareholders, and its creditors must be repaid. These costs become obligations of a prospective purchaser. The Company's cash, on the other hand, is a liquid asset than can be used at the prospective purchaser's discretion.

Set out below is a summary of the findings of the various approaches to value which we have examined to determine the value of the Voting Common Shares of BMTS at **December 31, 2002**:

| | Value | Weighting | Total |
|---|---|---|---|
| I. MARKET | | | |
| Publicly Traded Guideline Companies: | | | |
| Tangible Book Value | N/A | N/A | $            0 |
| Price/Earnings | N/A | N/A | 0 |
| Price/Cash Flow | N/A | N/A | 0 |
| Price/Revenues | $133,098 | N/A | 0 |
| Prior Transactions | $114,210,443 | .7500 | 85,657,832 |
| Mergers & Acquisitions | N/A | N/A | 0 |
| | | | |
| II.  ASSET | | | |
| Adjusted Net Asset Value | N/A | N/A | 0 |
| Net Tangible Assets & Liquidation Value | N/A | N/A | 0 |
| | | | |
| III.  INCOME | | | |
| Capitalized Returns | N/A | N/A | 0 |
| Discounted Cash Flow | $69,209,493 | .2500 | 17,302,373 |
| | | 100.0% | 102,960,205 |
| Add:  Short-term and long-term debt | | | 1,374,658 |
| Less:  Cash and cash equivalents | | | 27,858 |
| | | | |
| Total Value | | | $104,307,005 |

Based upon the foregoing, and the various factors and assumptions considered necessary to the development of our valuation conclusion, in our Opinion the fair market value of the all of the Common Shares of the Company at the Valuation Dates is below assuming the forecasts we have been provided are reasonable, as previously explained herein. Without the a positive future outlook for the Company at the Valuation Date the value of the Valuation Date would be significantly lower. Having performed the analysis above, it is our Opinion the control block should receive a control premium of **40%** and a Blockage Discount of **5%**.

This results in the following:

|  | Total Value | Control (88.20%)[1] | Value/Share |
|---|---|---|---|
| Value of BMTS | $104,307,005 | $91,998,778 | $ .9954 |
| Add: | | | |
|    Control Premium 40% | | 36,799,511 | .3982 |
| Less: | | | |
|    Blockage 5% | | 4,599,939 | .0498 |
| Control Interest Value | | $ 124,198,350 | $1.3438 |

[1] - 
| Lancer Offshore, Inc. | 82,420,000 |
|---|---|
| Lancer Partners LP | 10,000,000 |
| Total Lancer common shares | 92,420,000 |
| Total shares outstanding | 104,780,223 |
| % Ownership | 88.20% |

Yours very truly,

George Levie, CPA/ABV

## Biometrics Secure Technology, Inc.

### ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal incorporated the following assumptions and limiting conditions:

1.  This appraisal was made, and this letter has been prepared, for the purposes stated in the letter section, "RESTRICTION AND DISCLAIMER". Neither the letter nor the information that it contains should be used for any other purpose, and they are invalid if so used.

2.  This appraisal is based upon information obtained from sources that, with exceptions as noted herein, the appraiser believes to be reliable. However, the appraiser has not had the opportunity to confirm the validity of all information obtained. This includes technical information, competition analysis, market size and penetration which were provided by the Company management.

3.  The appraiser assumes no responsibility for matters of a legal nature affecting the Company Common Shares appraised.

4.  The distribution of total value of the Common Shares applies only for the purposes of this appraisal, and the separate value estimates for the Common Shares should not be used for any other purpose, and are invalid if so used.

5.  Neither this appraisal nor any part of it shall be used in connection with any other appraisal.

6.  The appraiser, by reason of performing this appraisal and preparing this letter, is not to be required to give testimony, nor to be in attendance in court or at any governmental hearing, with reference to the matters herein, unless prior arrangements have been made with the appraiser relative to such additional employment.

7.  There were no significant undisclosed liabilities, contingent liabilities, contractual obligations, commitments or litigation pending or threatened except as disclosed in the Company's financial statements or reflected in my Appraisal Opinion Report.

8.  There were no material, unusual or non-recurring expense or revenue items during the five-year period prior to the Valuation Date other than those reflected in this Appraisal Opinion Report.

9.  There were no redundant assets which were not necessary for day-to-day operations other than those discussed in this Appraisal Opinion Report.

10. It is appropriate for me to use and rely upon the various information prepared by management as detailed in the scope section of this Appraisal Opinion Report.

11. The financial statements are accurate and can be relied on.

12. This Valuation has been performed based on a going concern for the Company, therefore assuming it will obtain sufficient capital to continue operations.

The Fair Market Value for any specific security changes from time-to-time as a result of possible changes in internal and external conditions affecting the Company's business and future prospects. It should be appreciated that in accordance with the terms of my engagement, a valuation determination for the all of the Common Shares of BMTS relates to a specific point in time, December 31, 2002. For purposes of my Appraisal Opinion, my review has not taken into account transactions or events that have taken place subsequent thereto.

# GEORGE R. LEVIE, CPA/ABV

PROFESSIONAL QUALIFICATIONS

| | |
|---|---|
| PRESENT POSITION: | Self-employed as a Certified Public Accountant in Plantation, Florida. Practice provides services in the areas of accounting, income tax planning and preparation, business valuation, and litigation support services. |
| EDUCATION: | Masters in Business Administration – 1965<br>Northwestern University<br>Chicago, Illinois |
| | Bachelor in Business Administration – 1964 (with honors)<br>Emory University<br>Atlanta, Georgia |
| PROFESSIONAL DESIGNATIONS: | Certified Public Accountant<br>Florida – 1965<br>New York - 1974 |
| | Accredited in Business Valuation, The American Institute of Certified Public Accountants, February, 2000 |
| PROFESSIONAL SOCITIES: | American Institute of Certified Public Accountants (AICPA) |
| | Florida Institute of Certified Public Accountants (FICPA) |
| PROFESSIONAL EXPERIENCE: | Valuation & Litigation Services Section Committee member of the Florida Institute of CPA's (2001) |
| | Lecturer at FICA seminar on Prospective Financial Information (1984) |
| | Co-presenter with attorney at mock trial for business valuation seminar for Florida Bar (1989) |
| | Chairman of University of Miami Accounting and Auditing Conference (1985) |
| | Adjunct instructor in accounting, auditing and income tax at The University of Miami School of Business Administration (1977-1979) |
| | Adjunct instructor in accounting at Florida International University (1980) |
| | Member of the Task Force Committee of the AICPA on Projections and Forecasts (1981- 1983) |
| | Lecturer on Personal Financial Statements at University of Miami Accounting Conference (1990) |

GEORGE R. LEVIE, CPA/ABV
PROFESSIONAL EXPERIENCE (continued)

Lecturer on <u>Personal Financial Statements</u> at Florida Accounting Show (1997)

Lecturer on <u>Personal Financial Statements</u> at Gold Coast Chapter of FCPA (1997)

Guest Lecturer on <u>Role of CPA in Family Law</u> at Barry University May 10, 2001

Lecturer on <u>Forensic Accounting in Divorce</u> at 7th Annual Palm Beach

County Accounting & Auditing Seminar sponsored by Alpha Kappa Psi Professional Business Fraternity (June 8, 2001)

| | |
|---|---|
| EXPERT TESTIMONY: | Qualified as an expert and provided testimony in Dade, Broward, Lee and Palm Beach County Circuit Court in numerous litigation matters |
| AUTHORSHIPS: | Co-author of <u>Tax Aspects of Divorce and Separation</u>, a continuing professional education courses for the AICPA |
| | Co-author of <u>Going Concern Problems</u> for the Practitioner Forum for the <u>Journal of Accountancy</u> |
| | Co-author of <u>How to Build A Profitable Estate Planning Practice</u>, a continuing professional education course for the AICPA. |
| | Author of <u>Divorce Checklist</u> for the Marital Strategist and for the Practitioner Forum for the <u>Journal of Accountancy</u> |
| | Author of <u>Discounted Mortgages</u> for <u>Pension World</u> magazine |
| | Author of <u>Pre-Nuptial Agreements for Partnerships</u> for the <u>Sun-Sentinel</u> (1998) |
| | Author of <u>A Guide to Business Valuation for Mergers and Acquisition Candidates</u> for the <u>Daily Business Review</u> (April 2, 2001) |
| COMMUNITY SERVICE: | Lay member of the Florida Bar Grievance Committee 11(B) (1990 – 1993) |
| | Past Treasurer of Temple Beth Am, Miami, Florida |
| | Past Treasurer of Temple Dor Dorim, Weston, Florida |

**Biometrics Secure Technology, Inc.**

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

1.   That the statements and Opinions expressed in this Valuation Opinion Report are correct to the best of my knowledge and belief, subject to the assumptions and conditions stated and are my personal, unbiased professional analyses, opinions, and conclusions.

2.   That my engagement to perform this appraisal, and my compensation therefore, are independent of the value conclusion.

3.   That I have no present ownership interest in the Company appraised.

4.   That this appraisal has been performed in accordance with the Code of Ethics of The American Society of Appraisers my analyses, opinions, and conclusions were developed, and this Report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

5.   That it is my Opinion as stated in this Valuation Opinion Report and no one provided significant professional assistance to the person signing this Valuation Opinion Report.


George R. Levie, CPA/ABV

**APPENDIX I**

**BIOMETRICS SECURE TECHNOLOGY, INC.**
**FORM 10K FOR THE YEAR ENDED DECEMBER 31, 2001**

**APPENDIX II**

**INDUSTRY AND ECONOMIC DATA**

**APPENDIX III**

**PUBLIC MARKET AND TRANSACTION DATA**

**APPENDIX IV**
**FORECAST FINANCIAL STATEMENTS FOR**
**BIOMETRICS SECURE TECHNOLOGY, INC.**
**FOR THE**
**FIVE YEARS ENDED DECEMBER 31, 2007**

**APPENDIX V**
**CONTROL PREMIUM STUDY**

# TABLE OF CONTENTS

1.0 INTRODUCTION ................................................................................................................... 1
    1.1 Fair Market Value ....................................................................................................... 1

2.0 SUMMARY ......................................................................................................................... 1

3.0 RESTRICTION AND DISCLAIMER ...................................................................................... 2

4.0 UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE ............................. 2

5.0 SCOPE OF REVIEW .......................................................................................................... 2

6.0 BACKGROUND ................................................................................................................. 3
    6.1 Business Description - BMTS ..................................................................................... 3
    6.2 The Future Operations of BMTS ................................................................................ 4
    6.3 Products and Services ................................................................................................ 5
        6.3.1 Introduction to Biometrics ................................................................................ 6
        6.3.2 Product Summary ............................................................................................. 8
        6.3.3 Need for Additional Financing ........................................................................ 14
        6.3.4 Legal Proceedings .......................................................................................... 14
        6.3.5 Market for Common Equity and Related Stockholder Matters ............................ 15
        6.3.6 Dividend Policy ............................................................................................... 16
        6.3.7 Recent Sales of Unregistered Securities ........................................................... 16
        6.3.8 Results of Operations for the Four Years Ended December 31, 2002 ................... 17
        6.3.9 Security Ownership of Certain Beneficial Owners ............................................. 19
        6.3.10 Executive Officers of the Registrant ............................................................... 19
        6.3.11 Facilities ....................................................................................................... 20
        6.3.12 Strategy ........................................................................................................ 20
            6.3.12.1 BMI Operations ................................................................................. 20
            6.3.12.2 Healthcare ......................................................................................... 20
            6.3.12.3 Banking/Finance ................................................................................ 20
            6.3.12 4 Custom Integration ........................................................................... 20
        6.3.13 Sales & Marketing ......................................................................................... 20
            6.3.13.1 Competition ....................................................................................... 20
            6.3.13.2 Ankari ............................................................................................... 21
            6.3.13.3 Utimaco Safeware ............................................................................. 21
        6.3.14 Employees ..................................................................................................... 21
        6.3.15 Description of Property ................................................................................... 21
        6.3.16 Legal Proceedings ......................................................................................... 21

7.0 VALUATION APPROACH .................................................................................................. 22
    7.1 Fair Market Value ..................................................................................................... 22
    7.2 Valuation Principles .................................................................................................. 22
    7.3 Market Approach ...................................................................................................... 25
        7.3.1 Publicly Traded Guideline Companies ............................................................. 25
        7.3.2 Selection of Guideline Comparable Companies ................................................ 25
        7.3.3 Comparable Analysis Summary ....................................................................... 27

7.4 Asset Approach ................................................................................................ 30
    7.4.1 *Net Book Value Methodology* ................................................................ 30
    7.4.2 *Net Tangible Book Value Methodology* ................................................ 30
7.5 The Income Approach ....................................................................................... 31
    7.5.1 Selection of Appropriate Capitalization and Discount Rates ................... 31
7.6 Discounted Cash Flow Analysis ........................................................................ 34
7.7 Control Value Relationship ............................................................................... 36
    7.7.1 Prerogatives of Control .......................................................................... 36
        7.7.1.1 Factors Affecting Degree of Control ........................................... 38
7.8 Control Premiums ............................................................................................. 42
    7.8.1 Premium and Discount Rules of Thumb ................................................. 44
    7.8.2 Measurement of the Applicable Premium ............................................... 44
    7.8.3 M&A: A Market for Whole Companies .................................................. 45
    7.8.4 Another Way to Calculate the Value of a Control Block ........................ 46
    7.8.5 Blockage ................................................................................................ 50
7.9 Summary of Control Premium and Discount Conclusions .................................. 52

8.0 DETERMINATION OF VALUE ......................................................................... 53

ASSUMPTIONS AND LIMITING CONDITIONS ...................................................... 55

PROFESSIONAL QUALIFICATIONS ........................................................................ 56

APPRAISER'S CERTIFICATION ............................................................................... 58

APPENDIX I:        BIOMETRICS SECURE TECHNOLOGY, INC.
                    FORM 10K FOR THE YEAR ENDED DECEMBER 31, 2002

APPENDIX II:      INDUSTRY AND ECONOMIC DATA

APPENDIX III:     PUBLIC MARKET AND TRANSACTION DATA

APPENDIX IV:     FORECAST FINANCIAL STATEMENTS FOR
                    BIOMETRICS SECURE TECHNOLOGY, INC.
                    FOR THE FIVE YEARS ENDED DECEMBER 31, 2007

APPENDIX V:      CONTROL PREMIUM STUDY

# Value of a Control Ownership Position
## in
## Biometrics Secure Technology, Inc.
## at December 31, 2002

## Report Date:  May 23, 2003

**Report by:**

**GEORGE R. LEVIE, CPA/ABV**

8211 West Broward Boulevard                     TEL (954) 473-4512
Suite 300                              FAX (954) 474-7699
Plantation, Florida 33324                   E-mail:grlcpaabv@aol.com

# M E M O R A N D U M

## May 3, 2002

## Value of a Control Ownership Position in AUG Corp. at December 31, 2001


EXHIBIT
C

# TABLE OF CONTENTS

1.0 INTRODUCTION ........................................................................................................... 1
    1.1 Fair Market Value ................................................................................................ 1

2.0 SUMMARY ................................................................................................................... 1

3.0 SCOPE OF REVIEW ................................................................................................... 1

4.0 BACKGROUND ........................................................................................................... 2
    4.1 Business Description - AUGC ............................................................................. 2
        4.1.1 The Future Operations of AUGC .......................................................... 3
        4.1.2 Need for Additional Financing ............................................................. 3
        4.1.3 Legal Proceedings ................................................................................. 4
        4.1.4 Market for Common Equity and Related Stockholder Matters ............. 4
        4.1.5 Dividend Policy ..................................................................................... 5
        4.1.6 Recent Sales of Unregistered Securities ............................................... 5
        4.1.7 Results of Operations for the Three Years Ended December 31, 2001 ... 6
        4.1.8 Security Ownership of Certain Beneficial Owners .............................. 8
    4.2 Business Description - SSTI ................................................................................ 8
        4.2.1 Background and History ........................................................................ 9
        4.2.2 Executive Officers of the Registrant ..................................................... 9
        4.2.3 Facilities ................................................................................................ 10
        4.2.4 Strategy ................................................................................................. 10
            4.2.4.1 SSTI Operations ..................................................................... 10
            4.2.4.2 Healthcare ............................................................................... 10
            4.2.4.3 Banking/Finance ..................................................................... 10
            4.2.4 4 Custom Integration ............................................................... 10
        4.2.5 Sales & Marketing ................................................................................ 10
            4.2.5.1 Competition ............................................................................. 11
            4.2.5.2 Ankari ..................................................................................... 11
            4.2.5.3 Utimaco Safeware ................................................................... 11
        4.2.6 Employees ............................................................................................. 11
        4.2.7 Description of Property .......................................................................... 11
        4.2.8 Legal Proceedings ................................................................................. 11

5.0 VALUATION APPROACH ......................................................................................... 13
    5.1 Fair Market Value ................................................................................................ 13
    5.2 Valuation Principles ............................................................................................. 13
    5.3 Capitalization Rates/Discount Rates .................................................................... 13
    5.4 General Economic Conditions .............................................................................. 14
        5.4.1 Rates of Return ...................................................................................... 14
    5.5 The Earnings Approach ........................................................................................ 15
        5.5.1 Capitalization of Earnings .................................................................... 15
    5.6 Discounted Cash Flow Analysis .......................................................................... 16
    5.7 Public Stock Market Comparisons to AUGC ...................................................... 17
        5.7.1 Control Premiums .................................................................................. 17
            5.7.1.1 Premium and Discount Rules of Thumb ................................ 19
            5.7.1.2 Measurement of the Applicable Premium .............................. 20
            5.7.1.3 M&A: A Market for Whole Companies ................................. 20
            5.7.1.4 A Better Way to Calculate the Value of a Control Block ...... 21
        5.7.2 Blockage ................................................................................................ 26

6.0  DETERMINATION OF VALUE  ................................................................................................ 29

APPENDIX I:          SYNTHESYS SECURE TECHNOLOGIES, INC.
                     BACKGROUND INFORMATION AND FORECASTS

APPENDIX II:         INDUSTRY AND ECONOMIC DATA

APPENDIX III:        PUBLIC MARKET AND TRANSACTION DATA

APPENDIX IV:         HISTORICAL FINANCIAL STATEMENTS FOR AUG CORP.
                     FOR THE TWO YEARS ENDED DECEMBER 31, 2001

# AUG CORP.

**1900 NW Corporate Blvd., Suite 305-West**
**Boca Raton, FL 33431**
**(561) 241-9921   Fax (561) 241-7011**

## M E M O R A N D U M

### May 3, 2002

### Re:  Value of a Control Ownership Position
### in AUG Corp. at December 31, 2001

## 1.0  INTRODUCTION

This Memorandum provides a Valuation of a control ownership position in AUG Corp. ("AUGC" or the "Company") as at December 31, 2001 (the "Valuation Date").

## 1.1  Fair Market Value

For the purposes herein, fair market value is based on the definition prescribed under Internal Revenue Service ("IRS") Revenue Ruling 59-60, as follows:

> *The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of all relevant facts.*

## 2.0  SUMMARY

According to the information and documents reviewed and the explanations and forecasts included herein, the assumptions on AUGC's business at the Valuation Date, and the other assumptions set out below, the value of a control ownership position in AUGC at the Valuation Date was approximately $3.40 /share.

## 3.0  SCOPE OF REVIEW

The scope of this analysis included discussions, reliance and review of the following:

  a)   Certain descriptive literature prepared by AUGC was reviewed, including the Company's ownership position in SyntheSys Secure Technologies, Inc. ("SSTI") (formerly known as SyntheSys Technologies, Inc.) and a forecast for SSTI, all included in Appendix I;

  b)   Assumptions on AUGC's market and competitive position and its outlook, as relayed by Company management at the Valuation Date;

  c)   Relevant external and internal public information including economic, investment, industry, public market and transaction data as a background against which to assess findings specific to the business were considered, and included in Appendices II and III;

d)     Major contracts both existing and anticipated in the very near future for AUGC were
       discussed with management, including any features or factors that may have an influence on
       value;

e)     The financial information and financial statements of AUGC were reviewed for the two (2)
       years ended December 31, 2001, included in Appendix IV; and,

f)     Reviewed valuation literature relating to blockage discounts and control premiums.

## 4.0 BACKGROUND

### 4.1 Business Description - AUGC

AUGC was a developer of Fibre Channel technology for the fast growing data storage/fibre channel market
and has had no operations for the past two years. The Company suspended operation in January 1999.
Thereafter, Duane Mayo, the lone officer and director of the Company sought to pay off debts and/or
resolve all claims and seek an acquisition candidate. After several proposed transactions were not
consummated, Jeffrey Leventhal a former director of the Company acquired a controlling interest in the
Company through an exchange of shares with a company he controlled, Right2Web, Inc. ("Right2Web").
At the time of the acquisition Right2Web had no earnings and minimal revenues.

In January 1999, the Board of Directors of AUGC elected to suspend ongoing operations, layoff all but one
of its employees, dispose of all assets, attempt to settle any outstanding short and long term debts, seek buyers
for its technology, and explore merger opportunities.

Prior to January 15, 1999, AUGC, formerly known as Augment Systems, Inc. (name changed to AUG Corp,
October 20, 2001) designed, developed and sold fibre channel based network file server systems designed
to increase data transfer and file storage on computer networks. In September 1998, the Company obtained
$1,500,000 in bridge financing of secured convertible promissory notes and common stock purchase
Warrants. The Company used a portion of the proceeds of the bridge financing to repay in full its
indebtedness to a major bank. In November 1998, the Company was informed by an investment bank, that
provided the bridge financing, that they would be unable to secure the additional funding required to repay
the outstanding bridge loan, provide the Company with the necessary working capital to support the execution
of its business plan and ongoing operations. The Company began to seek alternative financing but was unable
to secure the funds necessary to maintain ongoing operations.

Mr. Leventhal was instrumental in negotiating the conversion of $1.5 million of the Company's debt into
an aggregate of five percent (5%) of the Common Stock of the Company. On August 31, 2001 a controlling
interest in the public Company was sold to Lancer Offshore, Inc., a Curaçao, Netherlands Antilles corporation
("LANCER").

Effective August 31, 2001, the Company entered into a Stock Purchase Agreement (the "Agreement") with
LANCER. Under the Agreement, LANCER purchased 2,000,000 shares of the Company's Series A Preferred
Stock, par value $.01 for the sum of $400,000.00. The Preferred Shares are convertible into an aggregate of
40,000,000 shares of the Company's Common Stock as adjusted on a post reverse split basis as further
explained below. Upon conversion of the Preferred Shares and effectiveness of the reverse stock split,
LANCER will own approximately 97% of the Company's issued and outstanding shares of Common Stock.

On September 21, 2001, the Board of Directors and a majority of the shareholders of the Company agreed
by unanimous consent to change the name of the Company to "AUG Corp." and effectuated a 100:1 reversed

stock split of the Company's currently issued and outstanding shares of Common Stock. In accordance with Delaware General Corporate Law and the Securities Exchange Act, the Company mailed an information statement to its shareholders of record at September 24, 2001. The name change and reversed stock split became effective on or about October 20, 2001. Upon effectiveness of the reverse stock split, the issued and outstanding shares of the Company's Common Stock were 41,300,978.

## 4.1.1 The Future Operations of AUGC

Upon LANCER taking control of AUGC, management was changed, effective August 31, 2001.

The original Right2Web business model was to build a business-to-business internet destination portal where small to medium sized companies could host their web sites and direct employees to procure information, productivity tools and products. In addition, Right2Web intended on assisting companies in developing and hosting enabled web sites. However, due to the changes in the Internet marketplace, new management has determined that AUGC should not focus on any of its old technology business including Right2Web.

Management does not intend to pursue its historical technology but to seek to acquire one or more operating businesses. In addition, new management will seek to acquire other complimentary companies in the information technology business.

AUGC completed a merger with SSTI on December 28, 2001, effective January 7, 2002. Pursuant to the merger, SSTI has become a wholly-owned subsidiary of AUG Corp. The shareholders of SSTI received an aggregate of 5,350,259 shares of AUG Corp. common stock in exchange for their interest in SSTI. As a result of this transaction, shareholders of SSTI own approximately 6.11% of AUG Corp.'s common stock.

SSTI, a Florida corporation, with its executive offices located in Deerfield Beach, Florida, is a global secure solutions company that develops and markets a variety of innovative security-based products that function on multiple operating systems including OpenVMS(TM), UNIX(TM), Linux(TM), Windows NT(TM), Windows 2000(TM) and AS400(TM).

SSTI is structured around five key business segments that address all elements of IT security -- Biometric crypto-controlling smart cards, full public key infrastructure (PKI) with digital signatures and trust centers, secure realtime communications, systems integration and training, and transponder tags. SSTI and Compaq Computer Corp. (NYSE: CPQ - news; ``Compaq'') have partnered to deliver Secure Systems Solutions for customers operating on Compaq's OpenVMS platform.

SSTI's propriety software products position it to become a leader in Biometric Crypto-Controlling Smart Cards and Secure Systems Integration.

At the time of the acquisition of SSTI and to the date of this Memorandum, SSTI has not generated any revenues.

## 4.1.2 Need for Additional Financing

The Company will need to raise capital from other financings to pay its debts. There can be no assurances that the Company will be able to obtain such additional financings on terms acceptable to the Company or in a time frame required by the Company, if at all. In such event, the Company may be required to materially alter its plans. Any such additional financing may result in significant dilution to existing stockholders or the issuance of securities with rights superior to those of the existing shareholders. In the event that the Company is unable to raise or borrow additional funds, the Company may be forced into bankruptcy.

### 4.1.3  Legal Proceedings

In March 1998, the Company's former President and CEO, Lorrin Gale, left the Company at the request of the Board of Directors. On May 29, 1998, Mr. Gale filed a complaint against the Company in the Superior Court of the Commonwealth of Massachusetts seeking relief for breach of an employment contract. In September 1998, the Company reached a settlement with Mr. Gale, which required that the Company pay $150,000 in severance pay and an additional $45,000 in increments of $15,000 over the next three years commencing in July 1999. In the event the Company does not make payments under the terms of the settlement agreement or is unable to work out an arrangement for payment, Mr. Gale could obtain a judgment against the Company, which would have a material adverse affect on the prospects of the Company.

The Company is not involved in any other material legal proceedings. In the event that the Company has insufficient funds to settle or defend these matters, the Company or its creditors could cause the filing of a bankruptcy proceeding.

### 4.1.4  Market for Common Equity and Related Stockholder Matters

The Company's Common Stock is currently traded on the Over-the-Counter Bulletin Board under the symbol "AUGC". The Company's Common Stock Purchase Warrants are no longer traded. The Company's stockholders approved an increase of the Company capital stock to 148,000,000 shares of Common Stock, par value $.0001, and 2,000,000 shares of Preferred Stock, par value $.001. In addition, on February 8, 2001, the Company's common stockholders received one (1) share for every four (4) shares owned.

The following table sets forth the range of high and low prices quoted for the Common Stock for the periods indicated. Such quotations reflect inter-dealer prices, without retail mark-up, mark-down or commission and do not necessarily represent actual transactions.

| Period | High | Low |
|---|---|---|
| **Years Ended December 31,** | | |
| **1999** | | |
| First Quarter | $0.25 | $0.005 |
| Second Quarter | 0.09 | 0.05 |
| Third Quarter | 0.09 | 0.05 |
| Forth Quarter | 0.04 | 0.005 |
| **2000** | | |
| First Quarter | 0.65 | 0.015 |
| Second Quarter | 0.25 | 0.001 |
| Third Quarter | 0.3125 | 0.10 |
| Fourth Quarter | 0.60 | 0.10 |
| **2001** | | |
| First Quarter | 0.50 | 0.19 |
| Second Quarter | 0.19 | 0.11 |
| Third Quarter | 0.14 | 0.09 |
| Fourth Quarter | 0.13 | 0.02 |

The Company undertook a 100:1 reverse split in the fourth quarter of 2001. These numbers are reflected pre-split. Post-split the shares closed at December 31, 2001 at $3.40/share and traded as high as $5.22/share to the Report Date in 2002, and is currently trading at $4.00/share.

## 4.1.5  Dividend Policy

The Company has never paid any cash dividends and does not anticipate payment of cash dividends on the Company's Common Stock in the foreseeable future. Under Delaware General Corporation Law, dividends may be paid only out of legally available funds as prescribed by statute, subject to the discretion of the Company's Board of Directors.

## 4.1.6  Recent Sales of Unregistered Securities

1.   In January 1998, Leventhal Paget, LLC of which Jeffrey Leventhal is a member, purchased 200,000 shares of Common Stock for $200,000 in a private placement of the Company's Common Stock. Mr. Leventhal was a director of the Company from January 1998 until March of 1999 and was re-elected in 2000 as Chairman of the Board. Pursuant to the written Consent of the Majority Stockholder, Mr. Leventhal was elected as a director of the Company and subsequently sold such stock in a private transaction.

2.   In September 1998, the Company obtained $1,500,000 in bridge financing consisting of secured convertible promissory notes and 750,000 common stock purchase Warrants. The promissory notes bear interest at the rate of 8% and are to be repaid at the earlier of July 31, 1999 or (i) any sale, pledge, assignment or disposition of any assets of the borrower (ii) any merger or consolidation of the borrower or "change of control" of the borrower or (iii) proceeds of at least $4,000,000 from the sale or issuance of any debt or equity securities or proceeds of any loans. Each Warrant shall be exercisable for the number of shares equal to 50% of the principal amount of the loans. The Warrants are exercisable at $0.40 per share and expire five years from the date of issuance. At December 31, 2001, the Bondholders had agreed to take 6,574,336 common shares of the Company in exchange for the outstanding Bonds, Warrants and interest of $270,000.

3.   In December 1998, the Board of Directors authorized the issuance of an additional 3,592,816 shares of Common Stock to 66 accredited investors who participated in private placements of the Company's Common Stock during January and May 1998. The issuance of the shares was pursuant to specific terms of the private placement relating to missing certain revenue milestones. In July of 2000, the Company issued those shares.

4.   In December 1998, the Board of Directors authorized the issuance of Warrants to purchase 359,282 shares of Common Stock to the underwriter involved in private placements of the Company's Common Stock during January 1998 and May 1998. The issuance of the Warrants was pursuant to specific terms of the private placement relating to missing certain revenue milestones. As of December 31, 2001, the Company had not issued those Warrants.

5.   On March 11, 2000, the Company entered into a Stock Purchase Agreement pursuant to which the Company sold to Right2Web for 100% of their outstanding shares, a start-up business-to-business internet venture, shares of the Company's Series A Convertible Preferred Stock subject to various conditions, including conversion of all outstanding Warrants, Options and convertible notes into equity. Upon conversion of the Preferred Stock, Right2Web owned 92% of the Company on a fully diluted basis. After dilution, existing stockholders received 3% of the Company's Common Stock and the Convertible Note

holders received 5%. This transaction closed in December 2000 and the stock was issued in 2001. In order for Right2Web to hold 92% of the issued common stock of the Company, the Company's shareholders authorized a 1 for 4 reverse split of its common stock. As part of this transaction, the Company issued 120,967,779 shares for the Right2Web shares.

6.      In June 2000, the Company sold Six Hundred Thousand (600,000) shares of the Company's Common Stock (the "Monarch Shares") to Monarch Financial Company of America, a registered broker-dealer for the sum of **$.10 per Share** (for a total of $60,000) (the "Purchase Price"). Monarch agreed to act as a "market maker" for the Company and Monarch filed a Form 15c-211 and the Addendum to Form 15c-211 and such other forms and information as were reasonably requested by the NASDAQ and the NASD to cause the Company's Common Stock to resume trading on the NASDAQ over-the-counter market. The Company also entered into a Registration Rights Agreement with Monarch in connection with the sale of the Monarch Shares. Whenever Augment proposes to register any of its securities under the Securities Act (other than (i) pursuant to a Demand Registration, or (ii) in connection with registrations on Form S-4, S-8 or any successor or similar forms) and the registration form to be used shall be used for the registration of Registrable Securities (a "Piggy-back Registration"), AUGC shall give prompt written notice to the Monarch holders of Registrable Securities of its intention to effect such a registration and shall include in such registration all Registrable Securities with respect to which Augment has received written requests for inclusion therein within twenty (20) days after the receipt of Augment's notice.

7.      On August 31, 2001 the Company issued 2,000,000 Preferred Shares for $400,000 convertible into 40,000,000 Common Shares (post-reverse split) to LANCER ($0.10share).

8.      On August 31, 2001 the Company issued 10,000,000 Warrants at $0.01/share; 20,000,000 Warrants at $0.05/share; 20,000,000 Warrants at $0.10/share for its Common Shares, all issued to LANCER.

9.      On August 31, 2001 the Company issued 2,000,000 Options at $0.0001/share; 1,000,000 Warrants at $0.05/share; and 1,000,000 Warrants at $0.10/share for its Common Shares, all to MacVane and Barrett, Inc.

10.     On November 1, 2001 the Company issued 18,375,000 Common Shares for $350,000 ($0.02/share); and 10,500,000 Common Shares for $350,000 ($0.033/share); all to LANCER and affiliates.

### 4.1.7  Results of Operations for the Three Years Ended December 31, 2001

In January 1999, the Board of Directors elected to suspend ongoing operations, layoff all but one of its employees, dispose of all assets, attempt to settle any outstanding short and long term debts, seek buyers for its technology, and explore merger opportunities.

Revenue for the fiscal year ended December 31, 1999 was $185,489 as compared to $-0- in revenues for the fiscal years ended December 31, 2000 and 2001. Revenues in 1999 resulted from the sale of software and licenses versus no revenues in 2000 and 2001.

The Company incurred no research and development costs for the three fiscal years ended December 31, 2001. The Company does not anticipate spending any additional funds on research and development in the immediate future.

General and administrative costs for the fiscal year ended December 31, 1999 were $177,757 as compared to $157,898 for the fiscal year ended December 31, 2000. The $19,859 decrease is attributable to decreased spending on professional fees.

The Company incurred no sales and marketing costs for the three fiscal years ended December 31, 2001.

The Company recognized a net profit for the fiscal year ended December 31, 1999 of $184,527 as compared to a net loss of $257,818 for the fiscal year ended December 31, 2000. The main differences between 1999 and 2000 were the extinguishment of debt of $352,645 and the sale of license rights, both in 1999. For the nine months ended September 30, 2001 the Company earned $1,617,447 from the extinguishment of $1,818,177 in debt.

Liquidity and Capital Resources

The Company had on a proforma basis negative working capital of $156,532 and no income at December 31, 2000.

These factors raise substantial doubt about the Company's ability to continue as a going concern. The Company is dependent on its ability to settle all debts with creditors, attract purchasers of the Company's technology and attract potential merger partners, which will undoubtedly result in substantial dilution to existing shareholders. Although the Company has effectively ceased operations.

The Company is presently authorized to issue up to 148,000,000 shares of its Common Stock and up to 2,000,000 shares of Preferred Stock. As of August 31, 2001 and November 12, 2001, there were 131,486,769 and 2,000,000 shares, respectively, of the Company's Common Stock issued and outstanding and 82,189,964 and no shares of Preferred Stock issued and outstanding post a 100:1 reverse split of the Common Stock.

Capital Expenditures

The Company does not have any commitments for capital expenditures at this time.

**Results of Operations for the Years Ended December 31, 2001 vs. 2000**

Aug Corporation did not have revenue for the years ended December 31, 2001 and 2000.

General and administrative costs for the fiscal year ended December 31, 2001 were $343,002 as compared to $137,964 for the year ended December 31, 2000. The $205,058 increase is attributable to primarily an increase spending on professional fees in connection with the stock purchase agreement and reorganization of its corporate structure (see Note 1 of Financial Statements). Higher spending in administrative and director fees offset other expense reductions in accounting and legal fees.

The Company did not incur any research and development or marketing costs for the two fiscal years ended December 31, 2001 and 2000.

The other income of $108,134 was a result of over accrual of expenses for 1999 and 2000. The Company determined these previous recorded liabilities have no likelihood of ever being paid.

Gain from extinguishment of debt $1,663,501 - In March 2001, the Company issued 6,574,336 shares of common stock (post 4:1 reverse stock split; see Note 4(B)) in exchange for the total outstanding notes,

warrants and accrued interest of $1,665,701. The stock was valued at $2,200 based on an independent appraisal, creating a gain on the extinguishment of debt in the amount of $1,663,501.

The Company recognized a net profit for the year ended December 31, 2001 of $1,421,355 as compared to a net loss of $298,298 for the fiscal year ended December 31, 2000. The main change between 2001 and 2000 were the extinguishment of debt of $1,663,501 in 2001.

## 4.1.8  Security Ownership of Certain Beneficial Owners

The following table sets forth certain information as of December 31, 2001 with respect to the beneficial ownership of the capital stock of the Company for (i) each person who is known by the Company to own beneficially 5% or more of the outstanding shares of its Common Stock; (ii) each of the directors and executive officers of the Company; and (iii) all directors and officers as a group. Except as otherwise indicated, the stockholders listed in the table have sole voting and investment powers with respect to the shares indicated. As of the Valuation Date, the Company had approximately 1,000 stockholders of record.

<center>December 31, 2001
Common Shares</center>

| | |
|---|---|
| Lancer Offshore, Inc. | |
| and affiliates Common Shares | |
| Post Conversion | 77,500,000 |
| and Reverse Split | |

The stock position of LANCER represents approximately 94% of the 82,189,964 Common Shares outstanding at the Valuation Date, or approximately 62% of the fully diluted shares of 124,189,000 Common Shares Outstanding at the Valuation Date.

## 4.2  Business Description - SSTI

SSTI is a global secure solutions company specializing in world leading biometric crypto-controlling smart cards that replace keys, passwords and PIN codes. SSTI solves two key problems in the market place today, one is identity theft and the other is information security. Its range of products includes access control to buildings, computers and networks and interoperability into mobile phones and portable computers. It offers full PKI infrastructure with digital signatures and Trust Centers, secure real-time communications; secure transaction processing, systems integration and training.

SSTI is providing security through software.

SSTI's product line includes the following:

| | |
|---|---|
| IdSURE: | Crypto-processor smart card supporting DES and PKI, ISO 7816-1,2,3 and 4 compliant |
| IdMATCH: | On-Chip application for the encryption, storage and comparison algorithm of biometric templates and live biometric data. |
| IdPASS: | Windows Family GINA replacement using fingerprint biometrics and the idSURE Card. |

IdTRUST:    Full PKI-Infrastructure and Trust Center.  Offering four classes of certificates,
            idTRUST operational policies are based upon the EU Digital Signature legislation
            – the most stringent in the world.

SureDOC:    This e-document management platform is fully integrated with the idTRUST
            PKI/Trust Center. It allows high-level and feature rich, role-driven operations for
            e-document specification, creation & verification, safe storage, and tracking. The
            flexible management platform allows for all kinds of workflow and document
            processing logic to be added into the application.

## 4.2.1  Background and History

SSTI was incorporated in Florida in May 2001 under the name SyntheSys Technologies, Inc.  SSTI was
founded by a group of professionals whose education includes Ph.D.s, MBAs, MSEEs, MSCSs and past
employment with organizations such as Compaq Computer Corporation, Digital Equipment Company, Sun
Microsystems, Bell Laboratories, Lockheed Martin, Hughes Electronics, Whittaker Corporation, and Bechtel.

Two members of this founding team, Dr. Harold D. Fitch, Chief Technology Officer, and Dr. Peter Canaris,
Vice President of Biometrics and PKI, are leading advisors to the Institute of Defense Analysis (IDA).

## 4.2.2  Executive Officers of the Registrant

**Shashi Kapur, Ph.D.**
Chief Executive Officer/President                                                          age 48

Dr. Kapur has been CEO/President since January 2002.  He has over twenty years of technical and executive
management experience is developing and growing Information Technology based companies. Dr. Kapur has
held senior executive management positions in Telecredit, Equifax and TeleVoice. He was most recently the
President and Chief Operating Officer of TeleVoice.

**Harold D. Fitch, Jr., Ph.D.**
Chief Technology Officer                                                                   age 59

Dr. Fitch has been Chief Technology Officer since May 2001.  He has been involved in computer systems
hardware and software development since 1958. During his career Dr. Fitch has participated in pioneering
projects in transform, pattern recognition and associative processing; passive radar; point of sale hardware
and software; manufacturing MRP and configuration management; and wide area networks and distributed
databases.

**Jeffrey S. Barocas**
Chief Financial Officer                                                                    age 54

Mr. Barocas has been the Chief financial Officer since March 2002.  From July 1996 to March 2002 he was
Chief Financial Officer of Quipp, Inc. (NASDAQ: "QUIP").  Prior to Quipp, he was Chief Financial Officer
of London International US Holdings, a US subsidiary of London International Group (NASDAQ: ADR
"LONDY").

### 4.2.3  Facilities

SSTI's executive offices are located at 550 Fairway Drive, Suite 110, Deerfield Beach Florida and its telephone number is (954) 427-7400.

### 4.2.4  Strategy

Independently or partnering with existing industry leading providers, integrate applications with SSTI's biometric smart card and PKI/Trust Center infrastructure products and deliver them to existing and prospective clients.

#### 4.2.4.1  SSTI Operations

SSTI is a provider of fully embedded crypto-controlled biometric smart card identification technology that is integrated with PKI infrastructure and digital signature Trust Center.  This unique combination of technology delivers identification solution permanently binding the cardholder's virtual personality to their physical identity making it secure and fraud proof.

#### 4.2.4.2  Healthcare

Provide the leading edge infrastructure and integrated applications that enable healthcare providers and health insurance providers to meet HIPAA regulations before fines and sanctions are enforced in 2003.

#### 4.2.4.3  Banking/Finance

Deliver fully auditable, consumer information security infrastructure that eliminates identity theft, fraudulent e-commerce and e-business transactions, generates new revenue, and simplifies operations for banking/finance institutions needing to comply with the Gramm-Leach-Bliley Act Section 501b per FDIC ruling (June 2001).

#### 4.2.4 4  Custom Integration

SSTI provides custom integration software and systems development services utilizing its biometric technologies to solve unique customer needs in all facets of the economy.

### 4.2.5  Sales & Marketing

SSTI offers its services through its own direct sales force of 9 people and through the sales forces of Compaq, Hewlett-Packard, Microsoft Caribbean and other large enterprise systems integrators and software application providers in addition to independent sales representatives.

SSTI is targeting its services to intermediate to large enterprise computing centers and to integrators and developers that services those computing centers.  Its direct sales force will consist of 9 professionals who are focused on offering its services, tools and training.  SSTI will use both traditional advertising and direct mail to target the customer base, as well as focus on specific horizontal and vertical industries through its sales channels. SSTI also plans to leverage its relationships with Compaq Computers, Hewlett-Packard, and Microsoft Caribbean and Infonova through co-marketing arrangements to broaden the reach.  SSTI has entered into agreements with these companies to support their respective offerings with SSTI's security related products and services.

It is the combination of marketing our company on both a horizontal and vertical basis that it is expected to enable us to grow SSTI revenues in a cost effective manner.

#### 4.2.5.1  Competition

ActivCard and Precise Biometrics have teamed to deliver the first Open Platform-based biometric authentication on a smart card, using the ActivCard Gold solution and the Precise Match-On-Card™ technology for JAVA cards.  ActivCard manufactures its biometric reader devices through their recent acquisition of Ankari. They integrate and work cooperatively with other provider's technology and solutions to implement biometrics.  ActivCard's PKI implementations are not based on accepted government laws.

#### 4.2.5.2  Ankari

Ankari and Precise Biometrics combine complementary technologies for convenient solutions for enterprise authentication.  Ankari delivers a complete suite of software and integrates hardware authentication products that makes enterprise network access easy and more secure.  TrinityT, Ankari's flagship product, is proven software that uniquely combines strong authentication and single sign-on through a variety of methods, including passwords, biometrics, smart cards, SecurID tokens and other technologies. TrinityT supports hardware from Precise Biometrics.

#### 4.2.5.3  Utimaco Safeware

Utimaco Safeware works together with Precise Biometrics on the sales and marketing of complete IT security solutions based on biometric identification using fingerprints and smart cards in order to enhance security and significantly increase user-friendliness.

Utimaco is a European IT security provider;  They provide a basic biometric smart card solution called SafeGuard Biometrics.  It consists of a smartcard reader with integrated fingerprint sensor and a biometrics-capable smartcard and the software which is necessary for the integration of biometric authentication into the other products of the Utimaco Safeware SafeGuard range. The basic module, SafeGuard Biometrics, provides a biometric smartcard login to the operating system, incorporating Single Sign On (SSO) and desktop lockout for unauthorized users.  The smart card is not a crypto-controlled smart card and it does not contain the biometric algorithm as a native part of the smart card operating system.

#### 4.2.6  Employees

SSTI currently employs 25 people, all of whom are full-time employees, in the following capacities: 3 executive officers, 11 research and technical, 11 administrative, sales and marketing persons. Its employees are not represented by a collective bargaining unit. Management believes relations with its employees are good.

#### 4.2.7  Description of Property

Currently SSTI leases 2,936 sq. ft. from H.E.C. Ltd. for $3,000 per month.  The current lease expires at August 2003.

#### 4.2.8  Legal Proceedings

HD Brous & Co., Inc. ("Brous") has filed an action in the United States District Court for the Eastern District of New York against the Company's subsidiary, SSTI #CV 02 910.  By its complaint, Brous alleges that it

performed investment-banking services for SSTI and is entitled to be compensated.   SSTI denies the
allegations of the Complaint and will be vigorously defending the action.

## 5.0  VALUATION APPROACH

Having considered the generally accepted valuation methods and the particular attributes of the Company, in order to determine the value range of the controlling interest of the Common Shares of the Company it is necessary to analyze various methods of valuing Common Shares as discussed extensively in valuation literature.

This section outlines the concept of fair market value and identifies the criteria which have been applied in developing the Appraisal Opinion.

### 5.1  Fair Market Value

For the purposes herein, fair market value is defined based on the definition prescribed under Internal Revenue Service ("IRS") Revenue Ruling 59-60, as follows:

> *The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of all relevant facts.*

### 5.2  Valuation Principles

The fair market value of a going concern business is generally a function of the income and capital recovery returns that are expected in light of the risks associated with the realization of these future returns and the prospects for growth in the expected returns.  In most going-concern situations the worth of a business is expressed as a capital sum through the application of a capitalization factor or multiple to an estimate of current or expected future earnings or cash flows, or through application of a discount rate to expected future cash flows.

Asset values will constitute the prime determinant of corporate worth where operations have historically been unprofitable or earnings marginal in relation to invested capital.  In the case of a company which does not possess sufficient earnings potential to warrant treatment as a going-concern, assets are stated at their liquidation values.

Due to the Company's history of lack of profitability, combined with its positive future outlook as presented by management at the Valuation Date, a discounted cash flow approach for the Company is an appropriate approach to value determination.  Further, this analysis should be compared with other approaches to value to determine the appropriate valuation range for the Company.

### 5.3  Capitalization Rates/Discount Rates

Capitalization or discount rates are selected to provide the investor with a reasonable rate of return over the future period in light of assessed risk and opportunity, as well as prevailing economic conditions and available returns on comparable investments at the valuation date.

In more specific terms, the selected capitalization rates to be applied to net after tax earnings of the Company must be judged adequate to provide compensation to a potential investor for:

      A.       A pure risk-free rate of return as basic compensation for the time value of money;

B.      A risk premium as compensation for the uncertainties inherent in the futurity of the cash flow return from the business under consideration; and,

C.      A premium to allow for expected inflationary erosion of the real purchasing power of the capital to be invested.

However, in empirical terms the various elements of rate of return as outlined above are not directly observable and only composite indicators of required returns as may be negotiated between purchaser and vendor are seen.  These rates of return are estimated by reference to interest yields, stock market yields and trading, returns on equity being realized by corporations, and open market transactions involving comparable companies.  The selection of capitalization rates to be applied to the net after tax earnings of a given business takes place against both a general framework of economic and investment considerations at the valuation date and factors specific to the industry and business to be valued.  Factors and conditions that must normally be assessed in arriving at an appropriate range of discount rates include:

A.      General economic conditions and outlook as they may be judged to affect levels of investors' confidence and rate of return expectations in the market in which the transaction is deemed to take place and in the markets in which the business operations are being conducted;

B.      Rates of return being required by investors as estimated by reference to interest yields, stock market trading and yields, returns on equity being realized by corporations, and open market transactions involving comparable companies; and,

C.      Specific factors related to the business and its industry as they relate to the overall risk and opportunity associated with the Company's earnings potential.

The outlook for the United States economy at the valuation date, rate of return indicators, and specific factors related to the Company are discussed below.

## 5.4  General Economic Conditions

The state of the economy is important in that it has a direct bearing on the stability and growth of earnings and affects the level of investor confidence.

Appendix II includes information about the economy at the Valuation Date.

With interest rates low, the economy recovering, and unemployment dropping the economic environment was turning positive at the Valuation Date.

## 5.4.1  Rates of Return

General indicators of rate of return requirements or expectations prevailing during a particular time period may be obtained through consideration of data from both debt and equity capital markets and information as to returns which appear to be available to companies operating in the relevant economy and industry.

A.      Interest Yields

Investment statistics provide a useful indicator of return on investment expectations and degree of investor confidence at the valuation date.  Generally, indications of rate of return requirements or expectations prevailing during particular time periods may be obtained

through consideration of data from both debt and equity capital markets and information as to returns which appear to be available to companies operating in the relevant economic sector and industry.

Interest yields on various categories of debt finance provide a basic background to consideration of rates of return relevant to equity capital. Appendix II sets out the trend of interest rates of various fixed income, and low risk securities as a background to selecting appropriate capitalization rates.

B.      Stock Market and Transaction Activity

An indicator of changes in investor confidence regarding future prospects in the equity markets is to a certain extent reflected in changes in the stock market prices. Earnings yields prevalent in the stock market are an important source of information concerning investor expectations.

Appendix III includes data on the general stock market as well as companies in similar businesses to the Company. These companies are significantly larger than the Company, but do provide a basis for determining value.

| Comparables | P/E | Price to Tangible Book | Price to Sales | Return on Equity (TTM*) |
|-------------|-----|------------------------|----------------|-------------------------|
| S&P 500 | 30.31 | 8.45 | 3.59 | 16.71 |
| Sector | 41.92 | 6.58 | 5.84 | 4.59 |
| Industry | 32.89 | 6.45 | 3.48 | -1.15 |
| AUGC | NM | NM | NM | NM |

*TTM = Trailing Twelve Months

## 5.5 The Earnings Approach

### 5.5.1 Capitalization of Earnings

Under the capitalization of earnings methodology, the historic adjusted earnings are weighted for a determination of the historic earnings base. This base is then divided by the capitalization rate for a conclusion of total business value. These earnings are then capitalized into perpetuity using a rate that reflects returns for both the tangible as well as intangible assets in the business.

Capitalization rates vary among particular types of businesses and from one period of time to another. Expressed as a percentage, the more speculative the business's income stream, the higher the capitalization rate. Conversely, the more stable the income stream, the lower the capitalization rate.

In the instant situation, a capitalization rate based on a Quantitative Build-Up model was selected. In this model, the capitalization rate is calculated by summing a real return (risk-free rate of return), industry risk premium, and a specific risk premium. A growth rate is then deducted from the summation of the three rates.

The risk-free rate of return is the rate available as of January 16, 2002, on long-term treasury bonds. Long-term in this case is ten years. The industry risk premium is the rate of return on the market over the risk-free rate. The specific risk premium is subjective as it relates to the individual characteristics of a company.

Continuity of management, key man, and small company characteristics are all taken into account when determining a specific risk premium. The growth rate is the long term rate of return plus population growth, which should approximate the inflation rate.

The Ibbotson Associates Stocks, Bonds, Bills, and Inflation Yearbook ("Ibbotson Yearbook") was used to determine the extra return earned by an average equity investor in excess of the return on long term treasury. The Common Stock index was reduced by the long term government bond rate.

Eight points was added for the specific risk premium for the Company. The capitalization rate calculated is to be used for next year's net cash flow. Two adjustments to this rate were made. First, the rate was increased by 2% to adjust the earnings base, which is adjusted net income. Since the income stream is rising, the discount and capitalization rates were increased. In other words, adjusted net income is a larger number than net cash flow. Next, the result was adjusted for the fact that historical earnings are being used as base instead of next year's earnings.

| | |
|---|---|
| Risk free rate of return for 20-year Treasury Bonds | 5.8% |
| Equity Risk Premium (1) | 7.4% |
| Small Size Premium (2) | 3.3% |
| Company Specific Premium | 3.0% |
| Net Cash Flow Discount rate | 19.5% |
| Rounded to | 20.0% |
|     Add: Flow to Earnings Conversion | 2.0% |
| Adjusted Discount Rate | 22.0% |
|     Less: Sustainable Growth | -7.0% |
| Base Capitalization Rate for Next Year | 15.0% |
|     Less: Discount to Current Year | -1.0% |
| Base Capitalization Rate for Current Year | 14.0% |

(1) Expected risk premium for large company stock total returns minus long-term government bond income returns.

(2) Expected equity size premium for companies with market capitalization below $400 million.

Appendix II includes economic data used as input for this analysis.

Since there are no historical earnings in AUGC, a pure earnings capitalization of earnings was applied to the forecast SSTI earnings in a discounted cash flow analysis which follows.

## 5.6 Discounted Cash Flow Analysis

The discounted cash flow approach is favored by those involved in the commitment of capital to fixed assets where reasonably reliable cash flow forecasts can be made. However, future business cash flows are often difficult to project accurately. Discounted cash flows are normally applied where future cash flows can be reasonably and consistently forecasted. Historically, the discounted cash flow approach to value has been used extensively on capital budgeting decisions. The discounted cash flow approach is simply the present value of future cash flows. Although the Company does not have a readily predictable stream of earnings, our value conclusion is based upon management's forecast. Taking into consideration the factors set out above and the returns realized for various investments as discussed above, a discount rate of 12% to 14% was selected as reflective of investor expectations for an investment into the Company at the Valuation Date.

| Fiscal Year Ended | Net After Tax Cash Flow* (millions) | Present Value @ 14% | Total Present Value (millions) |
|---|---|---|---|
| 2002 (E) | $ 1.94 | 1.00 | $ 1.94 |
| 2003 (E) | $ 10.20 | .877 | 8.95 |
| 2004 (E) | $ 28.90 | .769 | 22.24 |
| 2005 (E) | $ 49.20 | .675 | 33.21 |
| 2006 (E) | $ 68.00 | .592 | 40.26 |
| 2007 (E) | $ 79.60 | .519 | 41.34 |
| Future cash flows $79.60/.14 = $568.57 | | .519 | 295.32 |
| | | | $441.32 |

\*   The forecast Net Cash Flow was determined by taking SSTI management's forecasts as included in Appendix I and applying a 40% tax rate.

When computing net present value it is appropriate to capitalize the final year of the forecast to reflect the future cash flows to be realized.

This results in a value for the Company of approximately $4.95/share or $3.55/share on a fully diluted basis, based solely upon SSTI's forecasts.

## 5.7  Public Stock Market Comparisons to AUGC

The public stock market price of AUGC was reviewed as an indicator of the value of the Common Shares of the Company.  According to valuation literature, the prices that result from stock market trades are generally derived from small lots that represent only minority interests; therefore, it is important to review valuation literature which discusses how to evaluate a control position.

### 5.7.1  Control Premiums

Most valuation experts are familiar with the standard concept of valuation premiums and valuation discounts. They are routinely applied in substantially the same form by the IRS and valuators.

Both the courts and the valuation commentators have tended to deal obliquely with the valuation of control. On the part of the courts this may be because so little has been written on this topic.  Certainly the various aspects of control as they might affect value have not been discussed *per se*, nor has there been an attempt made to suggest methods by which the value of control might, in certain circumstances, be quantified. (There has, however, been general recognition that control can have value in and of itself.)  For example, in *Gold Coast Selection Trust Ltd. v Humphrey*, [1948] 2 All ER 379 (HL); affg in part [1946] 2 All ER 742 (CA), Lord Simon said, "there may also be value in control", and in *Short v Treasury Commissioners*, [1948] 1 KB 116 (CA); affd [1948] AC 534 (HL), which came out most clearly for a premium for control.

The rights of a controlling shareholder can be summarized generally as follows:

A.   The power to elect the the board of directors and thus indirectly govern the affairs of the company. In economic terms, this can be stated as control over the economic direction of this investment.

B. Subject to the statutory provisions of the incorporating jurisdiction, <u>the right to place the company in liquidation</u>. In economic terms, this can be stated as the ability to minimize losses in the event the company proves unsuitable as a going concern.

C. <u>The right to sell control of the company</u>. In economic terms, this can be stated as the ability to dictate the liquidity of the investment.

D. <u>The power to have himself appointed an officer</u> of the company and thus receive remuneration and other emoluments in excess of what would normally be paid for management services rendered. In economic terms, this can be stated as the ability to draw out profits that would otherwise indirectly accrue to minority shareholders.

E. <u>The right to determine the timing and amount of dividend distributions</u>. In economic terms, this can be stated as control over the rate of return directly realized by him on his investment.

Typically, the IRS's or taxpayer's valuation expert determines the value of a block of Common Stock in a closely held company (Subject Company) by first establishing the stock's going-concern value using the public guideline or comparable company (Comparable Company) method. This technique prices the Subject Company's stock by analogy.

1. Public Comparable Companies are first selected based upon their similarity to the Subject Company in terms of line of business, domicile, size, and selected financial factors.

2. Second, these public companies are compared to the Subject Company on various measures of economic and financial performance. Based on relative performance and the market multiples of the Comparable Companies, the valuator selects the pricing multiples to apply to the Subject Company.

3. Third, on the assumption that the market prices of the shares of Comparable Companies reflect their value as minority interests, the valuator of a private company either:

4 **Adds** a control premium if the block of stock in the Subject Company is a controlling interest or

5. Deducts a discount for lack of marketability because the block of stock in the Subject Company is not as marketable or liquid as the stock of the public corporations.

This is straightforward.

These concepts of premium for control and discount for lack of marketability are often presented in the form of a bar chart similar to the one in *Table* 1.

| TABLE 1: LEVELS OF VALUE | | |
|---|---|---|
| Acquisition Value<br>*Synergy Value* | Additional Control<br>Premium for Synergy | ↑ |
| Enterprise Value<br>*Control Value* | Control Premium | ↑ |
| Market Value<br>*Freely Traded Value* | Discount for Lack<br>of Marketability | ↑ |
| Minority Value in a Closely<br>Held Company for<br>Estate and Gift Taxes | | |

1.  At the top of the bar is the Acquisition Value of a company's Common Stock. **This level represents the value to an acquirer who can achieve synergistic benefits from a transaction.**

2.  The level titled Enterprise Value[1] is the value of a company to the existing control party or to a non-synergistic buyer.

3.  The Market Value or Freely Traded Value is the market price of the common shares of a public company or of the Subject Company's Common Stock assuming that it were publicly traded.

4.  The difference between the Acquisition Value and the Freely Traded Value is often called the Control Premium. (However, the term Control Premium may refer to the difference between Freely Traded Value and Enterprise Value, and the difference between Enterprise Value and Acquisition Value may be called the Synergistic Premium.)

5.  The difference between the Freely Traded Value and the Minority Estate Tax Value is commonly called the discount for lack or marketability ("DLOM"). A hybrid control concept is the value of a minority interest in a control class of voting Common Stock.

### 5.7.1.1 Premium and Discount Rules of Thumb

Two decades ago, these concepts seemed to have an economic basis. Stockholders of majority blocks of Common Stock in a closely held corporation have the power to sell the company and its assets. Acquisitions of control interests in public companies **are made at substantial premiums** over the market prices of minority interests in these companies' Common Stocks prior to the announcement of these transactions. Therefore, it was believed that the premium in value of a control block of stock over a minority interest block

---

[1]Enterprise value has many definitions. Herein it is used as the value of 100% of the equity of a company on a stand-alone basis. This value incorporates benefits of control but not those of synergy. It is not the value of the firm's capital structure.

must equal the average premium between the acquisition prices of the Common Stock in acquisition transactions and the Common Stocks' market prices before the announcements of the takeover transactions.

The discount for lack of marketability was computed by reviewing private placement discounts for issues sold under Rule 144 (or Rule 133) to private investors or equity funds.

With the passage of time, these techniques have been reduced to boilerplate formulas– "rules of thumb"– applied as a matter of rote.

1.   The discount for lack of marketability is 30 to 45% from the taxpayer's point of view, 15% to 35% from the IRS's.

2.   The premium for control is 30 to 40%, from the IRS's point of view, about half of this from the taxpayer's as result of removing the value of synergy.

3.   The discount for minority interest for an operating company is approximately 25%.

The problem with applying these rules of thumb is that they are not based upon an analysis of the specific situation at hand. While their conclusions may be correct in some situations, in other situations they are inappropriate or simply wrong.

### 5.7.1.2  Measurement of the Applicable Premium

Generally, when a valuator applies an acquisition premium to the freely traded value of a Subject Company's Common Stock, there is a table similar to *Table 2*, which contains acquisition premium data from *Mergerstat/Shannon Pratt 's Control Premium Study*[TM] *(Control Premium Study)*, or a similar source that purports to support adding an acquisition premium:

| TABLE 2: CONTROL PREMIUM ACROSS INDUSTRIES | | | | | |
|---|---|---|---|---|---|
| **Industry/Year** | **1996** | **1997** | **1998** | **1999** | **2000** |
| All Industries | 36.6% | 36.7% | 35.9% | 46.1% | 48.9% |
| Computer Software, Etc. (SIC 7371-7379 Inclusive) | 39.1% | 37.1% | 40.3% | 60.4% | 57.8% |
| Electronics (SIC 3612-3699 inclusive) | 31.0% | 30.5% | 43.5% | 55.5% | 66.4% |

1.   The table is based on the comparison of the acquisition prices of the Common Stocks to their market prices before the announcement of the respective transactions.

2.   The IRS's valuator may add a premium in the 35 to 40% range, while the taxpayer's valuator reduces these premiums, often by half, because these premiums incorporate synergy.

### 5.7.1.3  M&A: A Market for Whole Companies

The M&A market is a market for whole companies The principal buyers and sellers are controlling stockholders, corporations, and LBO houses. The market is not liquid; as a result, individual investment horizons tend to be longer. Risk tolerances in the short term tend to be lower than in a liquid market. Transactions are financed using long-term debt from banks, insurance companies, mezzanine funds, equity

of large corporations, and private equity funds. M&A investors take an active role in managing their companies.

The relationship of the two markets is not linear. Linearity presupposes that acquisition premiums apply in all situations; and acquisition premiums are roughly the same amount generally or in each industry.

The relationship of the two markets is better shown as the two overlapping forms in *Figure 1*.



1.    The circle in the chart above is the M&A market. The box is the stock market (The sizes of the two are not proportionate.)

2.    If a potential acquirer believes that it can create sufficient added economic benefits, the acquisition value of the company will exceed its market value. The additional economic benefit can pay for the cost of the acquisition premium. These are the transactions reported in the Control Premium Study.

Most publicly traded companies were not taken over in a given year generally, for most companies there were no willing buyers available that believe they can create economic benefits large enough to justify payment of the premium required for the acquisition of these companies in view of other alternatives.

If there is no M&A market available to sell a company at a premium to its stock market value, then there is little or no acquisition premium much less a "theoretical" premium based on an average of acquisitions of dissimilar companies.

**5.7.1.4  A Better Way to Calculate the Value of a Control Block**

The problem with the old approaches is that they relied on averages and ignored the economic benefits available, if any, of the control block. A valid methodology for calculating the value of a control block should consider the following:

1.    The first step is to determine if the block of stock being valued has any **voting or other legal rights** that are not available to the other Common Stockholders of the corporation. (While these rights may seem to exist, they may be limited by other provisions of the Subject Company's articles of incorporation, by stockholders agreements, or by state law.

2.      The next step is to evaluate the **powers of the block** in terms of what extra economic benefits it can provide to its owners in addition to those provided to other shareholders.[2]

3.      If the block **can cause sale** of the Company, the next step is to determine the company's value.

    a.      If there have been bonafide offers for the company, they my help establish the acquisition value of the company and the block.

    b.      The Comparable Company Method should be used to evaluate the potential IPO value of the block, which may be greater than its acquisition value.

        i.      It should be noted, however, that a complete IPO of the block might not be possible depending on the importance of the seller in the management of the company.

        ii.     In addition, consideration should be given as to whether the IPO market would be open to the Subject Company.

    c.      If there has been a number of current or pending acquisitions of similar companies in the industry, the Comparable Acquisitions Method should be used to establish the demand for similar companies and the acquisition multiples of those transactions that have taken place.

        i.      If no transactions have taken place in the industry, are they any willing buyers willing to pay a premium?

        ii.     If no acquisition transactions can be identified, then there may be no acquisition market for the company on a going-concern basis.

        iii.    If the acquisition multiples of the completed transactions are in the same range as the public company multiples, then the acquisition value of the company may be equal to its public company value.

    d.      The Discounted Cash Flow Method should be used to establish the value of the Subject Company's projected cash flows on a stand-alone basis, without any synergies under the current or expected management of the company. The discounted cash flow value of a company calculated in this case is normally its Enterprise Value.

    e.      The calculated discounted cash flow value should then be compared to the indicated values for the company based on the Comparable Acquisition Method.

        i.      If the indicated values from the two approaches coincide, this helps to confirm the acquisition value of the Subject Company excluding synergy.

        ii.     If the indicated values from the acquisition approach are higher than those indicated by the discounted cash flow approach and the acquisition data is

---

[2]See Gilbert E. Matthews' *Comments on the Reversal of Simplot, Shannon Pratt's Business Valuation Update, July 2001, p. 1.*

not conclusive, then more weight should be given to the discounted cash flow value, as it does not include synergy.

4.    Once the acquisition value of the company is established, a percentage based on the control block's rights and privileges can be allocated to it and the remainder of the acquisition value can be allocated on a pro rata basis.

**Business Valuation *Resources,*** LLC has performed analysis of the data in the *Mergerstat/Shannon Pratt's Control Premium Study*[TM] relating to the valuation multiples. The TIC/EBITDA multiple was focused upon.

Total Invested Capital ("TIC") is defined as the "target company's implied total invested capital based on the sum of implied market value of equity plus the face value of total interest bearing debt and the book value of preferred stock outstanding prior to the announcement date." EBITDA is the "target company's earnings before interest, taxes, depreciation and amortization based on the latest reported 12-month period ("LTM") prior to the transaction's announcement date. "

*Table 3* shows quarterly summary statistics for only domestic transactions. From left to right, the columns in this table read: Quarter, Number of Deals (including those with discounts and negative multiples), Median Control Premium (excluding negative premiums [discounts]), Median Control Premium (including negative premiums [discounts]) and Median TIC/EBITDA (excluding those with deficit EBITDA). It is important to note that the Number of Deals most likely does not directly relate to the quantity used in the median calculations for the control premium (excluding discounts) and the TIC/EBITDA.

VALUE OF A CONTROL OWNERSHIP
POSITION IN AUG CORP.

**TABLE 3: QUARTERLY SUMMARY STATISTICS FROM THE *MERGERSTAT/SHANNON PRATT'S CONTROL PREMIUM STUDY*™ – ONLY DOMESTIC TRANSACTIONS**

| Quarter | Number of Deals[1] | Median Control Premium (Excludes Discounts) | Median Control Premium (Includes Discounts) | Median TIC/EBITDA[2] |
|---|---|---|---|---|
| 1Q98 | 75 | 33% | 29% | 15.1 |
| 2Q98 | 59 | 31% | 27% | 10.1 |
| 3Q98 | 58 | 17% | 11% | 12.3 |
| 4Q98 | 105 | 31% | 16% | 11.5 |
| 1Q99 | 109 | 33% | 29% | 11 |
| 2Q99 | 115 | 36% | 29% | 10.4 |
| 3Q99 | 141 | 32% | 30% | 10.2 |
| 4Q99 | 168 | 32% | 228% | 11.1 |
| 1Q00 | 103 | 34% | 32% | 13 |
| 2Q00 | 139 | 43% | 29% | 10.8 |
| 3Q00 | 137 | 42% | 37% | 11.2 |
| 4Q00 | 148 | 45% | 32% | 9.2 |
| 1Q01 | 121 | 35% | 26% | 8.8 |
| 2Q01 | 107 | 51% | 38% | 8.9 |

[1]Includes those with discounts and negative multiples.
[2]Excludes those with deficit EBITDA

In addition to the TIC/EBITDA multiple, the *Mergerstat/Shannon Pratt's Control Premium Study*™ also contains detailed information on the control premium. *Figure 2* shows a chart of the 12-month and 3- month median control premiums for all transactions (domestic and foreign), excluding negative premiums, by quarter.



| | 2Q98 | 3Q98 | 4Q98 | 1Q99 | 2Q99 | 3Q99 | 4Q99 | 1Q00 | 2Q00 | 3Q00 | 4Q00 | 1Q01 | 2Q01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| □12-Month Median | 31 | 28 | 29 | 29 | 30 | 32 | 32 | 33 | 34 | 36 | 37 | 37 | 38 |
| ■3-Month Median | 30 | 19 | 33 | 33 | 33 | 31 | 34 | 36 | 38 | 38 | 36 | 37 | 42 |
| Transactions | 79 | 93 | 141 | 138 | 150 | 176 | 214 | 165 | 269 | 244 | 247 | 228 | 203 |

*Figure 2*

Some observations on *Table 3* and *Figure 2* include:

- Median domestic quarterly control premiums (excluding discounts) increased dramatically in 2Q2000 and have stayed in the 40 to 50% range since 2Q2000 (except 1Q2001), with a value of 51% in 2Q2001.

**Based upon this analysis it is clear that a premium for control should be applied to the AUGC Control Shares at the Valuation Date.**

### 5.7.2  Blockage

### Should a Blockage Discount Apply?

While most business valuations focus on privately held companies due to the inherent uncertainty in their value, certain valuation topics also arise frequently with regard to publicly traded companies. One common problem that arises is how to price very large blocks of shares of stock that were never actually sold, but must be valued in the context of a gift, an estate, or some other type of "hypothetical construct" manner. This issue can be fairly complicated because (a) it would be difficult to unload such a large block of shares on the market immediately (or in a short period of time); (b) the block of stock may be large enough to constitute a control interest for its owner; and (c) the block may be large enough to give its owner significant voting power, if not control.

Common practice in the valuation Profession is to assign a "blockage discount" to blocks of publicly traded stock that would likely take a long time period to sell on the market, given the stock's typical sales volume. There is clearly some rationale in this logic in that if a large block needed to be disposed of immediately (or relatively quickly), it would have to be sold at a discount. Such results could be relatively far reaching in that a block of stock need only be large enough to incrementally affect the stock market of that day (time period) for a large block issue to exist. Common practice, however, does not involve applying a blockage discount unless "... the size of the block might represent several weeks or more of normal trading."[3] As described in more detail below, this is partially explained by judicial rulings, which focus on a "reasonable time" period to dispose of the stock.[4] As such, a common practice is to take **a 5-15 percent blockage discount** off of blocks of publicly traded stocks that are 10 or more times the size of the stock's typical daily volume.

While the common practice described above focuses on *the difficulty to sell a large block,* it is also important to consider *the difficulty in purchasing a large block*. In the context of most valuations involving a potential blockage discount (including estate and gift taxes), the value standard is the price to which a hypothetical willing buyer *and* a hypothetical willing Seller would agree. In this sense, the application of a blockage discount assumes that (a) a hypothetical willing seller exists, but that (b) a hypothetical willing buyer does not exist. That is, the blockage discount assumes the market to be as it was (i.e., its typical volume), with the exception of an additional seller with a large block of shares coming to the market.

The potential for a blockage discount, however, varies tremendously when the hypothetical construct changes to be in accord with the valuation standard – the existence of both a willing seller and a willing buyer. A

---

[3]Pratt, Shannon- Reilly, Robert; and Schweihs, Robert, Valuing a *Business, Third* Edition, Irwin Professional Publishing, 1996, p. 324.

[4]For example, the valuation experts agreed to a blockage discount of over 10 percent in Edwin A. Gallun, 33 T.C.M. 1316 (1974).

willing buyer would have to pay *above* market price under the existing market conditions (i.e., no willing seller) to acquire a large block of shares under the existing market conditions. If, however, both hypothetical parties existed, negotiation would be possible across this trading range between the discounted and premium prices. As described in more detail below, the ultimate price would be a function of bargaining. Yet, as a general and theoretical rule, one would not typically expect to have a significant discount (or premium) from the market price.

This paper is divided into four sections. This first section provides an overview and executive summary of the paper. A literature review of papers that have addressed the blockage discount make up the second section. The third section explains with the help of an example why a blockage discount may not be the appropriate default when valuing large blocks. Concluding remarks with examples are provided in the fourth section.

Although the Internal Revenue Service has issued general guidelines for the allowance of a blockage discount, particularly in Sections 2031 (Estate Tax) and 2512 (Gift Tax) of the Federal Tax Regulations, more specific information on the application and computation of a blockage discount can be found in certain Tax Court decisions.[5] In general, such legal opinions suggest that the facts and circumstances of each case determine whether or not a blockage discount is warranted, with the burden of proof on the petitioner.

Articles by Moore, in *Trusts and Estates,* and Julius, in *Mercer Capital Value Added,* detail some of the considerations used by practitioners in the calculation of a blockage discount. These considerations include the number of shares in the subject block in comparison to the total number of outstanding shares; the number of shares in the subject block in comparison to the trading volume of the total outstanding shares; the volatility of the stock price; the effect on the stock price given certain daily volume increases, and the length of time necessary to liquidate the subject block; the exchange on which the stock is traded; the trend of the stock price in comparison to the market as a whole; relevant company news or other information that may have had an effect on the price; and/or other large block trades of the stock.

Estabrook, in a chapter *of Handbook of Advanced Business Valuation,* concluded that, if it were most reasonable to sell the subject block of stock through a secondary distribution, **special offering,** exchange distribution, or private placement, the blockage discount would be a function of "the difference between (1) the hypothetical sales price and (2) the actual trading price on the date of the valuation."[6] If, however, it was most reasonable to sell the subject block in smaller lots over a period of time, the blockage discount would be based on "the net present value of the cash flow proceeds based on the various sale dates."[7]

A presentation by Frazier to the Valuation Study Group outlined another methodology by which to estimate a blockage discount, based on a determination of "price pressure" and "market exposure." Price pressure is generally defined as the effect that a large block sale has on the stock price. It is measured by considering, among other items, the factors cited previously. Market exposure is defined as "the cost associated with bearing the risk of holding a position in the marketplace without the ability to close the position, for a specified period of time."[8] It is quantified by "calculating the cost of buying a put option on the subject

---

[5] See, for instance, *Helvering v. Safe Deposit and Trust Company of Baltimore,* 35 BTA259,263 (1937); *Bull v. Smith,* 119 F.2d490 (CA-2,1941); *L.C. Phipps v. Commissioner,* 127 F.2d 214 (10th Cir., 1942); *Estate of Kopperman v. Commissioner,* T.C. Memo 1978-475 (1978); *Estate of Sawade v. Commissioner,* T.C. Memo 1984-626 (1984); *Estate of Dorothy B. Foote v. Commissioner,* T.C. Memo 1999-37 (1999).

[6] Reilly, Robert and Schweihs, Robert, *Handbook of Advanced Business Valuation,* McGraw-Hill, 1999, p. 146.

[7] Ibid.

[8] Ibid., p. 148.

company shares (1) at a strike price equal to the traded sales price at the valuation date (date of death or gift), (2) exercisable in the number of days determined under the different trading period scenarios, (3) based on the results of the analyst's due diligence. "[9]

Wills (1999) focuses the synergy analysis to technology purchased through acquisitions. His principal point on this topic is that such acquisitions occur precisely because the purchaser will derive more value from the technology than the seller. As such, the seller will be able to receive a premium over its own-use technology value, but not necessarily the full value that the technology is worth to the buyer.[10]

**In the instance of a control position in AUGC at the Valuation Date, a discount for blockage of 15% should be applied. This discount also reflects the lack of marketability of the control block. However, a knowledgeable seller would not sell the whole block but place the block as a private placement transaction to yield a higher value, or full value for the ownership position.**

---

[9]Ibid.

[10]One example he uses is a person developing technology. He states that while the technology may only be worth $10 to the developer for its own use, it might be worth $100 to Microsoft. His point is well taken, but the developer's own-use value is not relevant. A rational developer of such technology would license or sell the technology to a firm like Microsoft where its use could be maximized. As such, the value of the technology to the developer might actually be closer to $100 (expected license fees it could receive from Microsoft.)

## 6.0  DETERMINATION OF VALUE

Set out below is a summary of the listings of the preceding analysis.

Appendix III includes details of the historical trading of AUGC which closed at **$3.40/share** at the Valuation Date.  Appendix III also includes data for other public companies, generally comparable to AUGC.  Based on this information, the following conclusion is derived:

|  |  | Per Share |
|---|---|---|
| Closing Stock Price (12/31/01) |  | $3.400 |
| Less: | Blockage/Liquidity Discount (15%*) | (0.510) |
| Plus: | Control Premium (30%) | 1.020 |
| Control Block Value |  | **$3.910** |

*Despite the discussion above, the IRS and SEC both do not favor any discounts from market trading prices, even if there is little or no volume.

At the Valuation Date, AUGC has a value of approximately $3.62/share for its ownership in SSTI, on a fully diluted basis of Common Shares outstanding.

In the notional marketplace neither vendor nor purchaser is forced to sell and buy respectively.  It is assumed that they are willing to sell and buy at a fair prices (see *Findlay's Trustees v IRC* [1938], 22 ATC 437).  If a vendor is forced to sell, he might have to sell at a price less than he could otherwise negotiate.  Similarly, if a purchaser is forced to buy he might have to pay more than he otherwise would pay.

This is consistent with the United Kingdom, Australian, Canadian, and American case law.  In *Crane v. FC of T*, 75 ATC 4001, Stephen, J. states:

> "The task of valuation involves postulating of a hypothetical sale to a purchaser as at the date of death and in circumstances in which neither party is anxious but each is willing to become a party to such a sale; the value will be the price at which such a sale would, after proper negotiations between the parties, have been concluded."

In *Village of South Orange v Alden Corp.*, 365 A 2d 469, it was stated:

> "When we speak of a market value, we mean the price which would be mutually agreeable to a willing buyer and a willing seller, neither being under compulsion to act." (p 472)

Since transactions have occurred in the publicly listed shares of AUGC, which are arm's-length transactions, these certainly appear to support a valuation of the control position of at least **$3.40/share**.

**APPENDIX I**

**SYNTHESYS SECURE TECHNOLOGIES, INC.**
**BACKGROUND INFORMATION AND FORECASTS**



# SyntheSys
## Secure Technologies, Inc.

## THE SECURITY STANDARD IN
## BANKING & FINANCE



SyntheSys helps eliminate fraud, identity theft and unauthorized access for retail banks, investment banks, and mortgage brokers using our proprietary on-card biometric crypto-processing smart card technology, encrypted data communications applications with full PKI infrastructure and Trust Center.

# ■ Current Situation _____

Banking, business and customers are becoming more tightly integrated as technology develops at breakneck speed. Business is evolving on the internet, over wireless phones and PDA's, and in the store as consumers clamor for faster, more efficient and broader services—and banking and financial services are at the center of it all.

In the process of making consumer's lives easier to manage and more convenient to do business the beast of e-commerce and m-commerce has been spawned. With such extended enterprises, it is often unknown who is accessing vital corporate assets and information. In fact, in the digital realm, information is the most valuable asset. Taking form as transactional data, electronic documents such as contracts, merger & acquisition deals proposals, loan data and terabytes of personal consumer data, the need for security is paramount.

It is not enough to just lock the doors on the building at night. Identity theft is the most common concern among U.S. citizens and the most common source of fraud and theft are internal to organizations.

# ■ The Need for a Solution _____

**ECONOMIC REASONS:**
The Graham-Leach-Bliley Act, Section 501b, set into motion legal strictures for the protection of consumer data. As well, the act creates a legal foundation for consumers, victims of identity theft and fraud, to bring suits against companies of all kinds failing to protect their data. But often the real victim is the business that has been defrauded—criminal consumers ferreting out weaknesses in on-line systems, business processes,  and co-workers. Most fraud is internal.

# ■ The Solution _____

**EMPLOYEE CARD:**
As an access card, employees must authenticate themselves **to their card** using an absolutely reliable credential—*themselves*.   Using a combination of biometric identification and the highly secure storage and processing environment of smart cards, enables the positive persistent identification of all system users. To gain access to computers, specific applications, buildings, or rooms, users insert their card into a reader then place a finger on a simple sensor.   If the information on the card matches the person presenting their finger, then the card releases the appropriate information to the system. Because only the owner of the card can ever use it, stolen employee badges become useless.



# ■ Secure Applications

**idSEND**—For many private and public letters, including official documents, the traditional medium of the "certified letter" (with reply receipt) is used. The reason is the necessity of proving the existence of a transaction

More often this kind of communication takes place per e-mail. Therefore, a service was created with *idSEND*, with which electronic messages can be "certified". *idSEND* is a web application for secure electronic communications. *idSEND* verifies the receipt and successful sending of a message and guarantees that unauthorized persons did not receive the message during transport

Time Stamping – Mechanisms and appropriate protocols guarantee additionally the proof of the complete transaction. Information about sending, storing of data, the receipt by the recipient (delivery) and access to the data by the person processed, opening of a message) are always retrievable. *idSEND* is quasi the electronic counterpart to the traditional certified letter. Access to *idSEND* occurs on the Internet.

Authentication of this service takes place via a certificate. The sending of the document takes place directly from the web browser similar to a widely distributed web-mail service.
Secure electronic data transfers through the use of *idSEND* with the help of a digital signature and cryptography fulfilling following requirements.

- ■ Completely secure biometric smart card controlled application access.
- ■ Transmit any file to anyone in absolute security.
- ■ Verification of email/file receipt and opening of email by the recipient.
- ■ Protect from Internal Fraud

**idSAFE** is a scalable platform solution for every type of data transfer and data security issue offering the following services:

- ■ Highly secure shared status of data Access, editing, and version management of data—you control who can do what to any document
- ■ Highly secure storage of data to protect contracts, loan documents and other official bank correspondence
- ■ Highly secure encrypted transport of large amounts of data, for example Files, file systems with the inclusion of index structures, multimedia objects, data definitions, or structured data

**idSTAMP**—We are all very familiar with time stamps in the form of postmarks on letters and date printing on newspapers. The aim of the time stamp is to attest to the actuality or the status of a document or information at a specific point in time. Valid proof of the status or the existence of electronic information at a specific time is becoming an absolute necessity in the age of electronic communications.

The electronic time stamping service, realized with *id*STAMP, documents the existence of electronic information (any file) with certain content at a specific point in time, thus providing a mechanism for non-repudiation. The time stamp itself is an electronically signed document, which links information from the original file with an exact time. Through the use of the electronic signature, subsequent changes to any of the following original documents are immediately recognizable.

- ■ M&A contracts
- ■ Auto e-Loan documents
- ■ On-line Mortgage forms
- ■ Electronic Merchant Transactions, Batch Processing, and Operator Accountability

# ■Why Use a Biometric Secured System from SyntheSys?

■ **Absolute positive identification** of Bank or Financial Institution employees and (optionally) customers.

■ Not only do you get secure access and complete transaction logging for audit trails, but the biometric controlled digital signature can also be integrated into any transaction processing system, web-based application, or on-line form.

■ Single Sign-On and Local Sign-On for any TCP/IP enabled network or Windows Family workstation (Linux and Unix thin-clients in development) and Compaq OpenVMS platforms.

■ Compaq OpenVMS compatible PKI platform

■ The only biometric smart card solution using a crypto-processing chip — all on card data and processing is encrypted.

■ The only biometric smart card solution with an integrated digital signature.

■ The only system in the U.S. with a proven track record and complies with European Union signature laws.

■ The system meets the recommended standards for digital certificates and is the only system in the world that meets W3C's recommended policies for standard and XML-based digital signatures.

■ System architecture based on accepted EU Legislation for Digital Signature & Digital Certificate Trust Centers.

■ The only system in the world successfully implemented with policies fulfilling the EU AIDA project.

For more information, visit www.synthesysusa.com or
e-mail information@synthesysusa.com
SyntheSys Secure Technologies, Inc.
550 Fairway Drive, Suite 110
Deerfield Beach, FL 33441
Tel (954) 427-7400  ·  Toll Free (877) 759-7400  ·  Fax (954) 480-9717



# SyntheSys
## Secure Technologies, Inc.



THE SECURITY STANDARD IN MEDICAL BILLING & HEALTHCARE INFORMATION SYSTEMS

# ■ Current Situation ─────────────

4,009,000 medical supporters serve 286 million fellow citizens in the United States. Electronic access to medical patient records takes place in a non-encrypted manner; the access to electronic patient records in hospitals is often not guaranteed to be secure. Certified single login by using passwords does not guarantee security for patient's records or rights.

Thousands of Medical Technology and Pharmaceutical companies are selling their equipment to more than 4915 Community and teaching hospitals and more than 10,000 hospitals overall in the U.S.. There is a need to educate the 8 million people working in the field to guarantee a high standard of professional knowledge and continuing education, but it costs millions, if not billions the way it currently takes place. Associations and individual companies provide training at individual events with high overhead. Recently on-line efforts have been launched to deliver Continuing Medical Education (CME) services more cost effectively.

With the increasing demand of on-line medical services, information and the demands of HIPAA, healthcare providers are struggling to afford the necessary solutions due to exploding costs and tighter constraints imposed by insurance providers, HMO's, Medicare and Medicaid programs.

# ■ The Need for a Solution ────────

**ETHICAL REASONS:**
People who are involved in the working process often do not get work assignments until someone gets information about the patient's former illness or treatment. Protecting patient's rights and the privacy of their data is one of the most important current and future aspects in electronic health organizations.

**ECONOMIC REASONS:**
Without clear, easily used and implemented solutions for protecting patient data access, hospitals that do not comply with HIPAA regulations will face stiff penalties and fines as well as potential lawsuits resulting from patient data misuse. The challenge hospitals and health insurance providers face is to continue providing premier healthcare services while protecting patient's information.

# ■ The Solution ──────────────

**MEDICAL STAFF CARD:**
Only medical personnel identified by fingerprint on smart cards have access to patient data. A secure smart card / fingerprint keyboard is used for the positive identification of the person who enters any part of a hospital's information system for example Health Information System (HIS), Radiology Information System (RIS), Pharmaceutical Information System (PIS), etc. Furthermore, the solution also includes the ability to digitally sign any electronic medical report or electronic form using the biometrically protected digital signature on the smart card. State of the art encryption protects all patient and transaction information over any Internet connection. Synthesys offers this service with it's own Trust Center which operates under the European signature law until the United States passes definitive signature laws.





*South Florida*
*Surgical Group*

**Shelby Costello**
**Patient ID # 0511-24**

Dr Roger Jolly
550 Fairway Drive, Suite 110
Deerfield Beach FL 33441
954 427 7400

**PATIENT CARD:**
A patient arriving at a healthcare facility for treatment for non-emergency situations will merely need to present his or her patient card to the nurse or hospital representative.  The patient then authenticates themselves to their card with their fingerprint.  This eliminates errors in existing verification processes, ensuring the individual being treated is the patient of record.  No more mistaken identity cases or lawsuits.  In emergency situations, where authentication is not possible or reasonable prior to treatment, the appropriate hospital personnel has rights to access the emergency medical data stored on the card, and then can access any necessary on-line records.

# ▓ Why Use a Biometric Secured System from SyntheSys?

▓ **Absolute positive identification of medical staff and (optional) patients.**

▓ **Not only do you get secure access and complete transaction logging for audit trails, but the biometrics can also be integrated into industry leading medical billing, Picture Archiving and Cataloging Systems (PACS), HIS, RIS, and PIS.  Currently available are SyntheSys integrated systems from MedStar (billing-HIS) and Tiani (PACS).**

▓ **Single Sign-On and Local Sign-On for any TCP/IP enabled network or Windows Family workstation (Linux and Unix thin-clients in development) and Tiani PACS workstations.**

▓ **The only biometric smart card solution using a crypto-processing chip — all on card data and processing is encrypted.**

▓ **The only biometric smart card solution with an integrated digital signature.**

▓ **The only system in the U.S. with a proven track record and complies with European Union signature laws.**

▓ **The system meets the recommended standards for digital certificates and is the only system in the world that meets W3C's recommended policies for standard and XML-based digital signatures.**

▓ **System architecture based on accepted EU Legislation for Digital Signature & Digital Certificate Trust Centers.**

▓ **The only system in the world successfully implemented with policies fulfilling the EU AIDA project.**

# ■ Integrated Applications _____

**MedStar® Medical Management System**—Industry leading performance from an established U.S. based medical billing, electronic claims processing and electronic medical records management systems that scale from small practices to entire hospital departments. Primary features/benefits include:

- Medical staff identification by fingerprint and smart card
- Customizable patient scheduler with automatic scheduling rules for quickly identifying available appointments
- Comprehensive patient look-up features on 9 different search criteria
- Automatic billing functions at point of service
- Multi-payer fee schedules and contracts for easy insurance rule and payment value set-up
- Simplified insurance contract information update via direct interface to insurer's systems
- Scanner Interface
- Patient chart labels

- Reduces payment turn around to 7-14 days
- Rules driven claims processing with automatic checks to assure low claims refection rates
- Electronic claims submission with EDI connectivity
- Accounts receivable manager that transforms billing into financial assets
- Collections tracking and management system
- MedStar Reimbursement Manager ™ to manage open claims and resubmit denials
- Proprietary report wizard that allows offices to customize reporting to their specific needs.
- HL7 interface
- Intercom Capabilities
- Business revenue centers for specialized financial reporting needs

**Tele-Medicine & Tele-Education**—In cooperation with global partners like Online Media Group, Tiani, MIT, and TSystems, SyntheSys offers a world-class platform for the secure, reliable distribution of CME courses, MedTech and Pharmaceutical product information, and remote radiology consultation.

**Online Media Group**—Based in Australia, a global leader in content production and distribution via its satellite network.

**Tiani**—A strong PACS provider in the European Union community, Tiani is a leader in forging new technologies from concept to clinical implementation. Tiani was the first PACS provider to integrate and implement SyntheSys' ground breaking biometric smart card technology with digital signatures in Austria. Tiani is now offering this solution to its installed PACS bases. Together Tiani, SyntheSys, and TMC are providing a secure way of transferring and storing medical records and images on the net.

**MIT**—A premier EU software provider for Content Management, Trilog's leading edge software is integrated with SyntheSys' Trust Center and PKI infrastructure to provide seamless positive identification of a user's digital identity via their biometric identifier.

**TSystems**—A European software house of ASP solutions for medical data in transit.

**Our Goal is to help reduce the costs of quality healthcare delivery and continuing education to all healthcare providers, MedTech and Pharmaceutical companies that want to achieve and maintain excellence in employee job performance and professional knowledge while providing the highest levels of protection for patient information.**

For more information, visit www.synthesysusa.com or e-mail information@synthesysusa.com
SyntheSys Secure Technologies, Inc.
550 Fairway Drive, Suite 110
Deerfield Beach, FL 33441
Tel (954) 427-7400 · Toll Free (877) 759-7400 · Fax (954) 480-9717

The Secure Solutions Company

# SyntheSys Secure Technologies, Inc.

**JabCast SRC**

**SyntheSys**
Secure Technologies, Inc.



## *What  you need to know as a Broker, Trader or Banker about JabCast SRC*

JabCast Secure Realtime Communication (SRC) System is a perfect communications solution for companies working in Banking, Equities, Futures or Finance.  More than any other, financial industry companies depend on confidential, fast and guaranteed exchange of information.  Where money is concerned, you know better than anybody that seconds - even fractions of a second - count.. And absolute security is mandatory.  Only JabCast SRC delivers that kind of speed and security.

So when you or your company need to send urgent confidential information to clients, colleagues or partners … JabCast SRC is the only guaranteed, reliable, secure solution.  Because of JabCast's unique security functions, JabCast provides bank-level security via the Internet or any wireless connection.

Quite simply, JabCast SRC Security is rock-solid. Within client devices. Between client and server. Within and between servers. By any means of data transmission. JabCast SRC is absolutely secure.  With JabCast SRC, the costs of securing data, image and sound transmissions are your existing internet connection and JabCast Client Software. No more than that. No expensive private data lines or networks. Just an Internet connection.

**JabCast's Presence Management Guarantees Delivery**

JabCast Secure Realtime Communication (SRC) systems will track users across a range of devices: From mobile phones to laptops or portable PCs to televisions to digital map devices in cars or trucks. And they won't just transmit text messages. They'll handle documents, images or voice messages too.

It doesn't matter where your clients are. If they have a digital device turned on, JabCast will identify the device and talk to it by the appropriate transmission medium and in a programming language it can understand.  And JabCast SRC is being marketed by American computer giant Compaq, whose OpenVMS is the basis for some of the world's biggest trading systems.

One simple and overwhelming truth guides the business applications of JabCast technology: Anything any other form of communication can do, JabCast can do better. Because JabCast is absolutely secure.  And because YOUR business is based on instant, confidential communication, JabCast can make your business run better and more profitably.

You can use JabCast to:

- Transmit news or trading information to corporations or individuals.
- Give clients the ability to connect instantly and securely with customer service – how's that for Quality of Service!
- Deliver electronic contract documents securely and quickly.
- Ensure and protect client data of all kinds – mortgages, personal loans, credit agreements, wire transfer files.
- *Protect internal and external communications from leaks and "sniffers".*
- Communicate between partners, co-workers or with clients in absolute security.
- Limit your company's exposure to fraud.
- Integrate into existing systems to allow fast and safe document transfers between offices, states of nations.
- Integrate with client accounts of all kinds.
- Record and catalogue contract negotiation details.
- Transmit contracts; negotiate details; make amendments; and file completed documents securely and quickly.

Synthesys Secure Technologies, Inc.
550 Fairway Drive  Suite 110
Deerfield Beach, FL  33441
Tel 954-427-7400        Fax 954-480-9717

## *What your IT and Security experts need to know about JabCast.*

### The Jabber Protocol -
The JabCast Realtime Communications System uses the Jabber protocol to provide a real-time messaging and presence management platform.

Presence provides "follow the user" information regarding individual users' availability. So whatever device the user has turned on, the JabCast Server is "aware" and routes messages or information accordingly.

### XML Transport -
The protocol uses XML to transport structured information from one point to another. XML provides JabCast great flexibility in using the server's power to communicate between people or software applications. JabCast can custom build servers for special purposes.

### Distributed Network -
Each user connects to the system through a local or our secure, hosted JabCast server. The server then routes the message or data to the requested destination. So an almost limitless number of servers can be deployed to support hundred, thousands or millions of concurrent users.

### The Server -
The server also provides a number of authentication processes and stores user and system data. Unlike other Jabber protocol based systems, with JabCast SRC all user and system data is stored in a secure, encrypted database.

### The Client -
In its most basic form, a simple telnet connection could be used as a client. More common clients have a GUI, manage the connection to the JabCast server via TCP/IP, provide processing and management of the XML based stream that communicates to and from the JabCast Server. The client communicates to the server via a TCP socket on port 5222. Clients are unable to communicate between each other without the use of a JabCast Server. A wide range of jabber protocol compliant clients is freely available for all Operating Systems and devices and will operate with the JabCast Server. For secure messaging, the JabCast Messenger for Windows provides message encryption using a range of algorithms and standards. Clients for the wireless environment are in development.

### Interoperability -
JabCast uses XML extensively. But JabCast SRC can also interoperate with existing IM systems such as ICQ, AIM, IRC etc. The "transports" for this functionality can be updated as required by the System administrator.

For more information
www.synthesysusa.com
Email information@synthesysusa.com





**Diagram 1: System with Multiple JabCast servers and foreign IM service.**

JabCast has taken the core Jabber Server and transformed it into an industrial-strength communications system with encryption both within the servers internal sub-systems, as well as the communications between users.

The use of 56-bit DES as the core encryption means the system can be used anywhere in the world. Customized encryption algorithm and security policy implementation of JabCast is available on request.

## Security

For businesses and users exclusively in the United States, JabCast SRC delivers bullet-proof security via its enclosed 1024-bit 3DES encryption engine. And don't worry about not being able to communicate with international JabCast users. JabCast dynamically manages secure international communications across varying key lengths by defaulting to the International JabCast SRC encryption method.

The International JabCast message encryption uses 56-bit DES. DES encrypts and decrypts data in 64-bit blocks, using a 64-bit key, although the actual key length is 56 bits as some bits are disregarded in the process. JabCast takes a 64-bit block of plain-text as input and outputs a 64-bit block of encrypted cipher-text. The encryption keys are issued dynamically for each client session, meaning each time a session is initiated, a new key is issued. The 56-bit DES standard is enclosed in the client. The JabCast Secure Client provides both the encryption and de-encryption within the user's environment, providing an encrypted message path from originator to recipient.

Other encryption standards can be supplied on request.

In the JabCast SRC server, all user data is stored in an encrypted database, again using a 56-bit DES

SynthesSys Secure Technologies, Inc.
550 Fairway Drive, Suite 110
Deerfield Beach, FL 33441
Tel 954-427-7400      Fax 954-480-9717

For more information
www.synthesysusa.com
Email: information@synthesysusa.com

**SyntheSys**
**Secure Technologies, Inc.**



**THE SECURE SOLUTIONS COMPANY**

# The Secure Solutions Company...

## Vision

SyntheSys Secure Technologies is all about liberty and security. Liberty for us all to go about our legitimate business unhindered. Security to make sure no nation, organization, group or individual interferes with that liberty.

SyntheSys Secure Technologies achieves those twin aims through Positive Persistent Identification (PPId) of individuals, a concept which minimizes impacts on our civil liberties, individual freedoms and rights to privacy.

SyntheSys Secure Technologies exists to serve liberty through security.

For SyntheSys Secure Technologies, Integrity, Reliability, Safety and Stability are not just words. They are the rock-solid foundations upon which we build of business. And stake our reputations.

## Overview

Key members of the SyntheSys Secure Technologies team are leading advisors to the Institute of Defense Analysis (IDA).

**SyntheSys is a global secure solutions company specializing in Biometric crypto-controlling smart cards, full PKI infrastructure with digital signatures and trust centers, secure real-time communications, secure transaction processing, systems integration and training. We solve two key problems in the market place today, one is identity theft and the second is information security.**

SyntheSys provides secure solutions, consulting and integration services in two primary areas, Healthcare and Banking/Finance

### Healthcare

Provide the leading edge infrastructure and integrated applications that enable healthcare providers and health insurance providers to meet HIPAA regulations.

### Banking/Finance

Deliver fully auditable, consumer information security infrastructure that eliminates identity theft, fraudulent e-commerce and e-business transactions, generates new revenue, and simplifies operations for banking/finance institutions.

SyntheSys recognized the need for organizations to automatically recognize a person using distinguishing traits back in 2000. The SyntheSys team has been providing authentication, network security software, and IT security solutions ever since.

SyntheSys approaches security solutions from four major aspects:

1. **Perimeter Security for buildings, networks and PCs**
2. **Information at Rest**
3. **Information in Transit**
4. **Digital Rights Management**

**When SyntheSys has secured these primary areas for your systems, you will have a truly fraud-free and identity theft prevention system.**

## SyntheSys solutions include:

1) Multi-Platform Secure, encrypted real-time messaging and file transfer;
2) Crypto-Controlled Biometric Smart Card Network Access Control solutions;
3) PKI Infrastructure and a full range of X.509, X.511, and X.512 compliant Certificate Services;
4) Digital Rights Policy Development;
5) Trust Center Management and Digital Rights Policy Enforcement;
6) Biometric Smart Card Application Integration;
7) Biometric Smart Card Integrated Medical Billing and Hospital Information Systems including PACS and RIS;
8) Biometric Smart Card Tele-Medicine System;
9) Secure Distance Learning Infrastructure Solutions; and,
10) Full Training and Education Programs for the Deployment and Management of Secure Systems leveraging Crypto-Controlled Biometric Smart Cards.

SyntheSys Secure Technologies understands the cornerstone of this solution is the IDSure™ Card, which is a biometrically based smart-card on which an individual's unique identifiers and personal information are securely burned into a crypto-processor chip.

# Services

As your company implements mission-critical mobile applications and database synchronization projects, you can rely on quality services from SyntheSys' experienced professionals.

SyntheSys' flexible support and development services add value to your business applications, lower your risk and accelerate your return on investment.

Of course, every system installation is not complete without expert systems consulting, training, and project management.

# SyntheSys Secure Off-the-Shelf Applications

***JabCast SRC***—Secure Real-Time Communications guarantees the intended message recipient only receives the instant message regardless of where they are via persistence management: Internet, Mobile and PDA compatible. Transfer documents of any type to any other JabCast SRC or JabCast SRXFile user with absolute safety anywhere in the world. Internet, Mobile and PDA compatible.

***idSure Logon***—Eliminate Username and Password management for all desktop, laptop and thin client users with 100% secure biometric smart card log-on application for Windows 98/NT/2000, Linux*, and Unix*.

***idSIGN/idDOC***—The world's first and only W3C recommended XML-based document management platform with integrated digital signature signing and secure viewing software.

***idSEND*** —Efficient, user friendly secure, encrypted and digitally signed Internet-based mail providing *absolute verification of delivery, receipt and opening of electronic messages*—it's FedEx® for the Internet.

***idSure*** —The end-to-end identification platform to implement, issue and manage your biometric smart card identification and authentication applications and smart cards.

***idSAFE*** — The world's leading PKI secured VPN Infrastructure Solution for the Internet, intranets and extranets enabling secure data storage, encryption and management of access rights.

***idSEAL*** — Smart encryption tool for encrypting and digitally signing PC files.

***idVOTE***—Biometric Smart card secured electronic, internet based voting platform for any public administration office.

***idTRUST***—Complete Trust Center functionality including: PKI infrastructure, application integration services, CA Issuance, Training and PKI Operations management, in-house CA and CA Time-stamping capabilities, or Service-based CA functions.



**SyntheSys**
Secure Technologies, Inc.

550 Fairway Drive, Suite 110
Deerfield Beach, FL 33441

Toll Free: (877) 759-7400
Tel: (954) 427-7400
www.synthesysusa.com

JabCast SRC Solution Brief

# Secure, real-time interaction

Communicating in real time, one on one and in small groups, and visually alerting users of your desire to do so facilitate organizational communication and collaboration. However, current market offerings do not provide security or integration with other systems, severely diminishing practical use of instant messaging (IM) technology. The potential of dynamic knowledge transfer can never be realized without privacy, protection, and ease of use. There must be a way to secure content and enable interoperability across platforms for IM to be widely accepted and used in conducting business.

Designed for simplicity and ease of use, the JabCast SRC system supports a wide range of front-end system GUIs and deployment platforms, including PCs, mobile telephones, handheld computers, and television set-top boxes. Plus, it provides interoperability with other popular IM systems, including AOL IM, ICQ, MSN, and Yahoo IM.

The JabCast SRC system spans Compaq's complete hardware line, including *ProLiant*™ systems, *AlphaServer*™ systems running the *OpenVMS*™ and *Tru64*™ UNIX operating systems, *NonStop*™ *Himalaya*™ servers, and *iPAQ*™ devices.

### The JabCast SRC solution

The JabCast secure real-time communication (SRC) system, offered by SyntheSys Secure Technologies, provides secure, real-time information exchange—of interactive conversations, documents, and static and dynamic images—via the Internet, intranets, extranets, and wireless Internet protocol infrastructures. The JabCast SRC system is unique because it guarantees absolute security of transmitted information from point of origin to point of destination. In addition, it offers path hiding, encrypting the sender's address from outside observation.

### Enable secure, real-time decision making

The JabCast SRC system exchanges and stores your text, voice, and file content with bank-level security, making it the ideal real-time communication tool for business and government. Plus, it observes a follow-the-user approach to presence management. It recognizes who is available, what digital service the users have, and how to route information to them. This capability facilitates dynamic decision making by providing a platform for private online collaboration within your workgroups and departments and across your enterprise.





## Features at a glance

> Secure interactive text exchange

> Secure file and document exchange

> Follow-the-user presence management

> Cross-platform interoperability

> Open, standards-based approach

> Support for diverse client devices and GUI front ends

> Interoperability with other popular IM systems

> Software development kit for application customization

> Life-cycle services, including security assessment



The JabCast SRC client provides customizable message encryption, and the JabCast SRC server detects a message's encryption level and routes it accordingly. In addition, the JabCast SRC server includes an encrypted database environment for data storage.

### Reduce total cost of ownership

The JabCast SRC system runs on the *OpenVMS*, *NonStop* Kernel, Microsoft Windows NT and Windows 2000, Linux, and UNIX operating systems and is integrated with all Windows, Mac OS, Linux, and EPOC workstations. Moreover, it uses the XML and Jabber protocols. With cross-platform interoperability and a standards-based architecture, JabCast SRC system reduces your total cost of ownership by protecting existing investments and ensuring integration with your future equipment and software purchases.

### Improve organizational security

Compaq offers a comprehensive set of life-cycle services for JabCast, including a security assessment service designed to provide an independent analysis and evaluation of your enterprise security infrastructure. At the end of the review, Compaq produces a security architecture document, which suggests and specifies policies, procedures, products, and integrated solutions targeted for your environment.

### The Compaq and SyntheSys advantage

#### Global market leadership

SyntheSys Secure Technologies began implementing authentication, network security software, and IT security solutions in 1992. Today, the company specializes in the design, development, and implementation of secure business applications and provides biometric crypto-processing smart cards, full public-key infrastructures with digital signatures and trust centers, secure real-time communications, secure transaction processing, systems integration, and training.

#### 24 x 7 operation

When running on Compaq platforms, the JabCast SRC system takes maximum advantage of their unique features for high availability, reliability, and scalability. Thus, you can be assured of 24 x 7 messaging resilience through a higher level of application stability.

solutionstore@compaq.com

## COMPAQ
### Inspiration Technology

# WALLSTREETREPORTER

⊣INTERVIEW ⊢ ▬www.wallstreetreporter.com

Privately Held Company



*SyntheSys Technologies Inc., headquartered in Boca Raton, Florida, provides secure system integration services and software integration tools and training to intermediate and large enterprise computing centers and to integrators and developers that service those computing centers. We specialize in the development of Biometric Smart Card Systems, Secure Messaging and Secure Transaction Systems. The Company*
*URL: www.synthesysusa.com  Phone: 561-479-4655*
*Peter Letizia, President, spoke with* Wall Street Reporter *Magazine.*



Peter Letizia
President

**WSR:** *Tell us about the technology that you bring to the marketplace?*
**PL:** SyntheSys Technologies provides secure system integration services and software integration tools and training to intermediate to large enterprise computing centers and to integrators and developers that service those computing centers. SyntheSys completely restructures the business and consumer transaction markets by providing our secure systems integration services and three levels of secure business tools. They consist of: Biometric Smart Cards, Devices and Systems; Secure B2B, B2C, and Transactional Engine Software; and Secure Instant Messaging Software. Together, these tools provide complete security for electronic transactions performed locally or remotely; for example, over the Internet.

**WSR:** *Describe the biometric smart cards, the future of that market and your potential growth in it.*
**PL:** First, I'd like to give a brief description of biometrics in case our readers haven't heard of it before. It's a measurable physical characteristic or personal trait used to recognize the identity or verify the claimed identity of a person through an automated process. Unlike passwords and PINS, biometric signatures, such as fingerprints, cannot be forgotten, stolen or shared. Although there are similar characteristics in fingerprints, there are no two fingerprints that are identical.

Biometric Technologies and related devices will become the standard for secure user identification worldwide within the next twenty years. And, although there are a lot of companies now working in the field of biometric identification, none of them are able to store and process all of your personal information entirely on the card. All of our competitors are storing your personal information on hard discs and host systems and then they are transferring that information via telephone lines, set top boxes and via the Internet. This approach has proven to be an ineffective, unsecured method of transporting personal, private or transactional information.

SyntheSys, on the other hand, stores and processes all of the personal information on the card, and the SyntheSys card is built on proven technologies and is ready to install and deliver NOW! We work specifically with two secure platform marketplaces, one is the Compaq OpenVMS installed base and the other is the IBM WebSphere Enterprise Edition installed base. As one example Compaq OpenVMS has a base of over 450,000 installations and 10 million workstations represented in five vertical markets. These markets are; Government, Health, Finance, Telecommunications and Manufacturing. The goal for SyntheSys Technologies is to present our services and smart cards to three million users in the next three to five years. That market opportunity brings to SyntheSys approximately $350 million in Smart Card related fees and another $3 to $5 billion in related security systems integration and training.

**WSR:** *There are other components to your suite of products, services and lines of business. Give an example of customer experience and a notable client and the value you bring to your client.*
**PL:** We have secure electronic transactions, which provide fully secure B2B, B2C and transactional engine software for all the customers on Compaq's OpenVMS operating systems, as well as for IBM's WebSphere Enterprise Edition. These platform-software combinations provide secure Web transactions via digital signatures and are provided to us via our strategic alliance with one of our partners, the iMSure Network. This interconnection also has an optional National and International Fulfillment Network that is also available through this alliance.

**WSR:** *What are some key competitive advantages that make the SyntheSys solution unique and set it apart from the competition?*
**PL:** Our two largest barriers to entry are the strength of our technology and the deep skill sets of our people. Our copyrighted crypto processing technology on biometrics has the highest security standards in the world. This methodology sets us apart from all others providers in that our system stores and processes all of your information on the card, is built on proven technologies and is ready to implement today!

Secondly our founding group has over 260 years of high-level security integration experience. Dr. Hal Fitch, our Vice President of Projects leads our team. Hal spent four years in the United States Air Force in Missile Guidance and has top government security clearance and a Ph.D. from John zHopkins University. Hal has been involved in computer systems hardware and software development since 1958. During his career he has participated in pioneering projects in transform, pattern recognition and associative processing; passive radar; point of sale hardware and software; manufacturing MRP and configuration management; and wide area networks and distributed databases.

We also have as our Principal Technologist, William I. Tabor, who has over 30 years of experience in software development and database systems and database intensive applications on a large variety of hardware platforms. Bill Tabor also is one

of only 100 systems integrators worldwide who maintain a lifetime development license for Compaq OpenVMS. It is this depth of knowledge and experience in secured environments that gives SyntheSys the advantage in dealing with both the Compaq Open VMS marketplace as well as the IBM WebSphere marketplace, which are the only two operating systems in the world today that are can be made fully secure.

*WSR: Share with us a little of your background, the team, and your success.*
**PL:** The most important thing to remember is that to be successful, in this industry, it is essential that you have expertise in both the area of technology coupled with a management team proficient in standard business practices. We have bridged this gap by bringing together leaders from companies including Compaq Computers, Bechtel, Sun Microsystems, Bell Laboratories and Lockheed Missile & Space Co.

You also, as a global player, are responsible to negotiate through an abundance of government and private regulations concerning the complications initiating personal and corporate security. We are fortunate to have with our group, Dana I. Robinson, who was born in China and has over 50 years experience in all phases of international business and activities. As a matter of record, in 1968, Dana completed the International Marketing course at Harvard Business School. Dana brings to SyntheSys the advantages of foreign language skills combined with a thorough understanding of international procedures and customs in countries such as China, France, Germany and Japan. His experience includes spending twenty-one years in China, two years in Japan and several weeks each in every major European country during 1958 through 1996. What is important to understand is that the depth of our personnel allows us an entry into marketplaces that normally would not be available to your average systems integrators. It is because of this depth that our team is able to customize each and every solution, meeting each company's unique specific security requirements. We believe in teaching "Knowledge Engineering." The paramount importance, to this, is in the fact that while a company is considering upgrading the capacity or functionality of their operating systems, our method allows them to learn firsthand about the capacity of their systems and the options that are available to them without the risk of losing any investment in their software or hardware.

*WSR: Discuss your strategic partnerships or alliances and how they affect your business.*
**PL:** In the complex field of security you recognize the need to collaborate in order to flourish in this marketplace. SyntheSys prides itself on our ability to attract and contract with key service providers to our core business competencies. We have a Strategic Alliance with xbs21 Security Business Systems AG. They are our partners in providing the Biometric Smart Card System. This Smart Card is built on proven technologies and is currently being utilized

in Europe on about 8.5 million users in the secure practitioner, secure user identity representations in the medical industry.

When you realize that the marketplace boasts 350 million people living in Europe, 1.3 billion Chinese and 270 million Americans, plus the rest of the worlds population on one ,can easily see the enormous opportunities available in this field of providing secure user identification utilizing biometric personal security. Also, through our relationship with JabCast, we have developed a secure instant messaging communication system that includes both server and client software implementing a version of the interoperable Jabber protocol from the Linux Open Source Community. Our Jabcast package includes provisions for secure messaging, server data security and user path hiding that are not available in any other versions. Jabcast is taking Instant Messaging to a new level with a range of products that provide messaging facilities to any company or service provider, be it a small home office, right up to an international enterprise system.

*WSR: What should we be looking for from SyntheSys Technologies? Do you see any non-financial milestones going forward?*
**PL:** Yes, at SyntheSys Technologies we have scheduled plans to present our Biometric Smart Cards and Secure Systems Integration Solutions and Training to government agencies, private industries and learning institutions in the United States, China, Korea, Singapore, Sweden, Saudi Arabia and Australia later this year. We will be debuting our Jabcast secure instant messaging communications system at Jabbercon in Keystone, CO. this August 20-21. Read more about our solution at www.jabcast.com or www.jabbercon.com. We are also presenting our secure integration tools and training to the Ambassadors of Compaq OpenVMS in October of 2001.



*WSR: Our audience is made up of investors, analysts, VC's, upper management, and press worldwide. What message would you like to leave about SyntheSys Technologies?*
**PL:** SyntheSys Technologies' overall vision is that we are poised to take our place as a leader in Biometric Smart Cards, Secure Systems Integration Solutions and Training. SyntheSys, along with our strategic alliance partner, xbs21 Security Business Systems, are setting up the first of fifty (50) US Trust Centers to service the encryption certification market for remote identification and verification. This first Trust Center, in Florida, will provide the database for storage of all of the personal information stored on the Smart Card. In addition, we will be able to offer the market Biometrically Secure Hardware and Software, Crypto-processor Cards and Digital Signatures and a Virtual Education Platform for companies, universities and government entities. It will be the first time that any entity, public or private, will be able to offer fully secure systems solutions including Biometric Smart Cards, Secure Systems Interoperability with Secure Logons, Secure Transactional Software, Secure Message and Monitoring and Training.  ∎

# SyntheSys Secure Technologies, inc.
## Summary - 5 Year Operating Plan
### Years 2002 - 2007

(ooo's omitted)

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | |
| Safe - Gun | 2,500 | 16,000 | 16,960 | 17,978 | 19,056 | 22,000 |
| HMO - MCS (PR ) | 200 | 325 | 1,000 | 1,500 | 2,500 | 5,200 |
| Financial - Virtual Bank | 200 | 200 | 1,500 | 3,000 | 4,000 | 6,000 |
| Remote Education - Santo Domingo - | 4,600 | 9,000 | 27,000 | 54,000 | 63,000 | 72,000 |
| Healthcare Reform - PR | 4,600 | 9,200 | 15,000 | 20,000 | 35,000 | 37,000 |
| China | 600 | 600 | 2,000 | 4,000 | 6,000 | 8,000 |
| Other Projects (Secure IT) | 1,000 | 1,000 | 4,000 | 7,000 | 12,000 | 15,000 |
| Other | 500 | 500 | 2,000 | 5,000 | 8,000 | 10,000 |
| Total Revenues | $ 14,200 | $ 36,825 | $ 69,460 | $ 112,478 | $ 149,556 | $ 175,200 |
| Gross Margin | 9,656 | 25,041 | 57,167 | 92,000 | 124,333 | 144,667 |
| % | 68% | 68% | 82% | 82% | 83% | 83% |
| Operating Expenses | 6,423 | 8,041 | 9,000 | 10,000 | 11,000 | 12,000 |
| Operating Profit | 3,233 | 17,000 | 48,167 | 82,000 | 113,333 | 132,667 |
| Net Profit | $ 1,940 | 10,200 | 28,900 | 49,200 | 68,000 | 79,600 |

Assumptions:

**Revenues:**

<u>Gun Safes:</u>

| FORECAST UNITS | YEAR | UNITS |
|---|---|---|
| | 2002 | 125,000 |
| | 2003 | 800,000 |
| | 2004 | 848,000 |
| | 2005 | 900,000 |
| | 2006 | 953,000 |
| | 2007 | 1,100,000 |

<u>HMOs:</u>

Initial work on Physical Access control using SyntheSys biometrics is currently being worked on at a HMO . Additional projects to follow with other HMO's use SyntheSys biometrics to restrict access to confidential medical information.

With HIPPA compliance SyntheSys is forecasting $200 in revenue in 2002 with more rapid growth in the outer years of the plan as compliance becomes mandatory in the US.

<u>Financial:</u>

Business model plan includes initial software consulting services and an annual license fee of $3.00 per/card for each issued biometric card. Initial projects have a potential software consultancy of $50,000 and the roll out of initial biometric cards. 2004 reflects a combination of annual licensing fees (higher margin), increasing as the online banking business grows as well as physical access control for other financial institutions.

<u>Remote Education:</u>

The World Bank is financially backing the remote education. The initial proposal has been made to the University System in Santo Domingo. There are a total of 39 universities in the system. The proposal is for the use of SyntheSys biometrics for remote access for both the facility and student body. The total proposal is for $9,000,000. The implementation of the equipment must be functional by the beginning of the fall semester of 2002.

Below is an estimated number of universities using SyntheSys biometrics for remote learning:

| FORECAST | YEAR | Selling Price per/university | Number of Universities | TOTAL |
|---|---|---|---|---|
| | 2002 | $9,000,000 | 1 | $ 4,600,000 (partial comp.) |
| | 2003 | $9,000,000 | 1 | $ 9,000,000 |
| | 2004 | $9,000,000 | 3 | $27,000,000 |
| | 2005 | $9,000,000 | 6 | $54,000,000 |
| | 2006 | $9,000,000 | 7 | $63,000,000 |
| | 2007 | $9,000,000 | 8 | $72,000,000 |

Healthcare:

We currently are in the process of submitting a bid for reducing health care fraud in Puerto Rico with the use of SyntheSys biometric card identification system.  The total project is bid in Puerto Rico is approximately $9,200,000.  We estimate 50% of the project will be completed in 2002.  Based on the successful implementation we will bring the program to the U.S. mainland.  In the outer years we also plan international sales (2006-2007).

China/Far East:

There are various opportunities in China using our biometric technologies in the banking systems, air traffic control system, healthcare and as an importer of U.S. computers.  We presently have 3 people dedicated to these efforts in China.

Other projects (Secure IT):

There was a high level conference in Palm Springs, California.  Significant Fortune 500 companies attended the conference.  SyntheSys has several dozen qualified leads that should generate revenue flow, as stated in the Financial Plan.

Gross Margins:

Gross margins assume one time development costs to establish SyntheSys base technology in the Trust Center and other biometric secure security technologies in 2002 – 2003.  In 2004 – 2007, it is assumed that one time development costs will be recovered in higher margins, along higher margin revenues for licensing fees

Operating Expenses:

Assumes an increase of monthly operating expenses of approximately 400% on a monthly basis in the full year of 2003 from current run rate levels. The increase reflects additional staff and ancillary support costs necessary to manage growth in business.

In addition, operating expenses reflects commissions paid to third parties for new business contacts. In years 2003 – 2007 operating expenses are forecast to increase approximately 10% per year. R &D efforts will continue with costs coved in both the Cost of Goods sold as well as Operating Expenses.

Interest Income:
No interest income on excess cash balances is assumed.

Tax rate – 40%.

# APPENDIX II

# INDUSTRY AND ECONOMIC DATA

March 8, 2002                                                          Vol. 5 No. 9

# HOULIHAN LOKEY HOWARD & ZUKIN
## WEEKLY MARKET UPDATE

| Page 1 | Page 2 | Page 3 | Page 4 | Page 5 |
|---|---|---|---|---|
| Major Equity Market Indices | Currency | Houlihan Lokey - | Forward Calendar | Top Ten Announced M&A Transactions |
| U.S. Government Yield Curve | Significant Interest Rates | On a Roll | IPO Activity | Selected Equity Indices by |
| | Interest Rate Spreads | | U.S. Economic Releases | Industry Group |
| | Swap Spread Monitor | | | |

# Major Equity Market Indices

| | Friday Close | | | | % Change From | | |
|---|---|---|---|---|---|---|---|
| Index | Current | 1 Week | 1 Year | Dec 31 '01 | 1 Week | 1 Year | YTD |
| Dow Jones Industrial | 10,572.49 | 10,368.86 | 10,644.62 | 10,021.50 | 1.96% | -0.68% | 5.50% |
| S&P 500 | 1,164.31 | 1,131.78 | 1,233.42 | 1,148.08 | 2.87% | -5.60% | 1.41% |
| NASDAQ Composite | 1,929.67 | 1,802.74 | 2,052.78 | 1,950.40 | 7.04% | -6.00% | -1.06% |
| Wilshire 5000 | 10,890.67 | 10,560.01 | 11,331.73 | 10,707.68 | 3.13% | -3.89% | 1.71% |
| Russell 2000 | 499.85 | 478.34 | 473.65 | 488.50 | 4.50% | 5.53% | 2.32% |
| TSE 300 Index | 7,910.30 | 7,710.80 | 8,135.50 | 7,688.41 | 2.59% | -2.77% | 2.89% |
| Mexican Bolsa | 7,192.22 | 6,898.00 | 6,270.96 | 6,372.28 | 4.27% | 14.69% | 12.87% |
| Tokyo (Nikkei 225) | 11,885.79 | 10,812.00 | 12,627.90 | 10,542.62 | 9.93% | -5.88% | 12.74% |
| Hang Seng Stock Index | 11,233.23 | 10,425.31 | 14,194.35 | 11,397.21 | 7.75% | -20.86% | -1.44% |
| FTSE 100 Index | 5,285.70 | 5,169.00 | 5,917.30 | 5,217.40 | 2.26% | -10.67% | 1.31% |
| Korea Composite Index | 825.27 | 819.99 | 565.76 | 693.70 | 0.64% | 45.87% | 18.97% |

# U.S. Government Yield Curve



* No significant change between Current and 1 Week

---

**This publication is also available on Houlihan Lokey's web site at www.hlhz.com**

LOS ANGELES  NEW YORK  CHICAGO  SAN FRANCISCO  MINNEAPOLIS  WASHINGTON, D.C.  DALLAS  ATLANTA  TORONTO  HONG KONG

PHONE: (800) 971-2663          WWW.HLHZ.COM          FAX: (800) 554-4515

Copyright © 2002 Houlihan Lokey Howard & Zukin. All rights reserved. It is illegal under Federal copyright law to reproduce this publication or any portion of its contents without the publisher's permission. Houlihan Lokey Howard & Zukin gathers its data from sources it considers reliable; however, it does not guarantee the accuracy or completeness of the information provided within this publication.

March 8, 2002                                        Vol. 5 No. 9

# HOULIHAN LOKEY HOWARD & ZUKIN
## WEEKLY MARKET UPDATE

**2**

## Currency

| Denomination | Spot Rate | Friday Close | |
|---|---|---|---|
| | | 1 Week | 1 Year |
| Canadian Dollar | 1.586 | 1.592 | 1.547 |
| Mexican Peso | 9.074 | 9.086 | 9.644 |
| Euro Curr. Unit | 1.144 | 1.155 | 1.072 |
| British Pound | 0.704 | 0.705 | 0.680 |
| German Mark | 2.238 | 2.260 | 2.096 |
| French Franc | 7.506 | 7.579 | 7.030 |
| Italian Lira | 2,215.540 | 2,237.300 | 2,075.090 |
| Swiss Franc | 1.687 | 1.708 | 1.653 |
| Japanese Yen | 128.540 | 133.460 | 119.530 |
| S. Korean Won | 1,314.300 | 1,321.000 | 1,269.300 |
| Indonesian Rupiah | 10,015.000 | 10,100.000 | 10,155.000 |
| Malaysian Ringgit | 3.800 | 3.800 | 3.800 |
| Thailand Baht | 43.360 | 43.710 | 43.570 |

*Units of currency per US$*

## Significant Interest Rates

| | Current | Friday Close | |
|---|---|---|---|
| | | 1 Week | 1 Year |
| Prime Rate | 4.75% | 4.75% | 8.50% |
| 1-Month LIBOR | 1.90% | 1.87% | 5.19% |
| 3-Month LIBOR | 1.96% | 1.90% | 5.04% |
| 6-Month LIBOR | 2.18% | 2.04% | 4.91% |
| 1-Year LIBOR | 2.78% | 2.48% | 4.86% |

## Interest Rate Spreads

| Term | Treasury YTM | AA-Corporate YTM | Implied Spread | BBB Corporate YTM | Implied Spread | BB Corporate YTM | Implied Spread | B+ Corporate YTM | Implied Spread | B- Corporate YTM | Implied Spread |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 Mo. | 1.78% | 2.25% | 47 | 3.17% | 139 | 5.14% | 336 | 6.04% | 426 | 7.40% | 562 |
| 6 Mo. | 1.96% | 2.47% | 51 | 3.39% | 143 | 5.37% | 341 | 6.32% | 436 | 7.71% | 575 |
| 1 Year | 2.43% | 3.13% | 70 | 4.14% | 171 | 6.03% | 360 | 6.98% | 455 | 8.52% | 609 |
| 2 Year | 3.36% | 3.96% | 60 | 5.10% | 174 | 7.14% | 378 | 8.01% | 465 | 9.60% | 624 |
| 3 Year | 3.95% | 4.61% | 66 | 5.79% | 184 | 7.63% | 368 | 8.50% | 455 | 10.18% | 623 |
| 5 Year | 4.65% | 5.43% | 78 | 6.50% | 185 | 8.24% | 359 | 9.10% | 445 | 11.02% | 637 |
| 7 Year | 5.07% | 5.98% | 91 | 6.95% | 188 | 8.57% | 350 | 9.38% | 431 | 11.51% | 644 |
| 10 Year | 5.22% | 6.13% | 91 | 7.24% | 202 | 8.91% | 369 | 9.74% | 452 | 12.09% | 687 |
| 20 Year | 5.88% | 6.59% | 71 | 7.55% | 167 | 9.56% | 368 | 10.59% | 471 | 12.51% | 663 |
| 30 Year | 5.37% | 6.70% | 133 | 7.55% | 218 | 9.55% | 418 | 10.54% | 517 | 12.45% | 708 |

## Swap Spread Monitor

| Term | Current | | | | | 1 Week Ago | | | | | 1 Year Ago | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Treasury Rate | All in Rates Bid | Ask | Swap Spread Bid | Ask | Treasury Rate | All in Rates Bid | Ask | Swap Spread Bid | Ask | Treasury Rate | All in Rates Bid | Ask | Swap Spread Bid | Ask |
| 2 Year | 3.36% | 3.98% | 4.00% | 0.62% | 0.64% | 3.18% | 3.58% | 3.60% | 0.40% | 0.42% | 4.47% | 5.09% | 5.13% | 0.62% | 0.66% |
| 3 Year | 3.95% | 4.61% | 4.60% | 0.66% | 0.65% | 3.73% | 4.19% | 4.23% | 0.46% | 0.50% | 4.53% | 5.29% | 5.33% | 0.76% | 0.80% |
| 5 Year | 4.65% | 5.32% | 5.33% | 0.67% | 0.68% | 4.43% | 4.91% | 4.95% | 0.48% | 0.52% | 4.75% | 5.54% | 5.58% | 0.79% | 0.83% |
| 7 Year | 5.07% | 5.70% | 5.72% | 0.63% | 0.65% | 4.82% | 5.31% | 5.35% | 0.49% | 0.53% | 4.96% | 5.72% | 5.76% | 0.76% | 0.80% |
| 10 Year | 5.22% | 6.01% | 6.03% | 0.79% | 0.81% | 4.98% | 5.64% | 5.65% | 0.66% | 0.67% | 4.95% | 5.86% | 5.90% | 0.91% | 0.95% |
| 20 Year | 5.88% | 6.35% | 6.37% | 0.47% | 0.49% | 5.70% | 6.06% | 6.10% | 0.36% | 0.40% | 5.50% | 6.12% | 6.16% | 0.62% | 0.66% |

March 8, 2002                                                    Vol. 5 No. 9

# HOULIHAN LOKEY HOWARD & ZUKIN
## WEEKLY MARKET UPDATE

**5**

# Top Ten Announced M&A Transactions

For additional information on the current M&A market, visit www.mergerstat.com - or call Mergerstat© at 1 (800) 455-8871.

| Announce Date | Buyer Name | Seller Name | Unit Sold | Deal Size ($ in millions) | Seller Primary SIC Code | Industry Description |
|---|---|---|---|---|---|---|
| 3/7/02 | Publicis Groupe SA | Bcom3 Group Inc | | $2,436.9 | 7311 | Miscellaneous Services |
| 3/8/02 | Group 4 Falck AS | Wackenhut Corp | | $495.0 | 7381 | Miscellaneous Services |
| 3/7/02 | Deutsche Bank AG | RREEF | | $490.0 | 6798 | Brokerage, Investment & Mgmt. Consulting |
| 3/4/02 | General Growth Prptys Inc | JP Realty Inc | | $421.8 | 6798 | Brokerage, Investment & Mgmt. Consulting |
| 3/4/02 | Newell Rubbermaid Inc | American Tool Cos | | $419.0 | 3423 | Fabricated Metal Products |
| 3/6/02 | Kauai Island Electric Co-op | Citizens Communications Co | Kauai Electric | $215.0 | 4911 | Electric, Gas, Water & Sanitary Services |
| 3/6/02 | Compass Group PLC | Bon Appetit Mgmt. Co | | $155.8 | 5812 | Leisure & Entertainment |
| 3/6/02 | Glamis Gold Ltd | Francisco Gold Corp | | $118.0 | 1041 | Mining & Minerals |
| 3/7/02 | BISYS Group Inc (The) | Mutual Risk Mgmt. Ltd | Hemisphere Mgmt. Ltd | $110.0 | 8742 | Mining & Minerals |
| 3/4/02 | Wryco Group Inc | Florsheim Group Inc | Domestic Wholesale Ops. | $44.8 | 5139 | Wholesale & Distribution |

# Selected Equity Indices by Industry Group

| Index | Friday Close | | | | % Change From | | |
|---|---|---|---|---|---|---|---|
| | Current | 1 Week | 1 Year | Dec 31 '01 | 1 Week | 1 Year | YTD |
| Aerospace & Defense | 246.71 | 249.18 | 218.29 | 208.39 | -0.99% | 13.02% | 18.39% |
| Communications: | | | | | | | |
| Broadcasting & Cable TV | 324.41 | 320.46 | 315.93 | 329.71 | 1.23% | 2.68% | -1.61% |
| Movies & Entertainment | 194.74 | 195.77 | 183.01 | 201.15 | -0.53% | 6.41% | -3.19% |
| Communications Equipment | 190.97 | 177.68 | 208.15 | 206.52 | 7.48% | -8.25% | -7.53% |
| Construction & Engineering | 106.34 | 102.95 | 83.59 | 94.12 | 3.29% | 27.22% | 12.98% |
| Food Products | 197.83 | 199.86 | 198.76 | 202.71 | -1.02% | -0.47% | -2.41% |
| Health Care: | | | | | | | |
| Health Care Providers & Services | 149.46 | 144.68 | 151.49 | 147.15 | 3.30% | -1.34% | 1.57% |
| Managed Health Care | 178.47 | 172.34 | 178.48 | 172.35 | 3.56% | -0.01% | 3.55% |
| Health Care | 384.72 | 388.87 | 377.88 | 385.59 | -1.07% | 1.81% | -0.23% |
| Health Care Equipment | 383.41 | 392.02 | 386.81 | 415.46 | -2.20% | -0.88% | -7.71% |
| Insurance: | | | | | | | |
| Insurance Brokers | 308.79 | 312.14 | 291.84 | 308.80 | -1.07% | 5.81% | 0.00% |
| Life & Health Insurance | 192.76 | 193.60 | 180.45 | 183.25 | -0.43% | 6.82% | 5.19% |
| Property and Casualty | 224.90 | 228.06 | 207.33 | 210.97 | -1.39% | 8.47% | 6.60% |
| Retail: | | | | | | | |
| Specialty | 92.10 | 90.79 | 87.87 | 90.26 | 1.44% | 4.81% | 2.04% |
| Drugs | 390.49 | 389.46 | 360.57 | 342.74 | 0.26% | 8.30% | 13.93% |
| Apparel | 312.98 | 297.39 | 316.04 | 299.01 | 5.24% | -0.97% | 4.67% |
| Foods | 168.16 | 169.86 | 155.84 | 160.19 | -1.00% | 7.91% | 4.98% |
| Department Stores | 168.64 | 170.46 | 166.31 | 166.80 | -1.07% | 1.40% | 1.10% |
| Real Estate | 98.59 | 95.68 | 87.42 | 93.40 | 3.04% | 12.78% | 5.56% |
| Restaurants | 216.73 | 215.10 | 205.17 | 197.01 | 0.76% | 5.63% | 10.01% |
| Technology Hardware & Equipment | 317.96 | 301.90 | 320.45 | 316.24 | 5.32% | -0.78% | 0.54% |
| Textile & Apparel | 180.07 | 183.14 | 176.04 | 168.86 | -1.68% | 2.29% | 6.64% |



A Publication of the NOBLE FINANCIAL GROUP

INSIDE:

CONTRIBUTING
WRITERS
................ page 2

OVERVIEW ...... page 3

A SEANCE WITH
JOHN MAYNARD
KEYNES         page 4

THE MULTI-BILLION DOLLAR
WRITE-DOWN ... page 4

EARNINGS ESTIMATES:
A MOVING
TARGET         page 5

THE GREAT DIVIDE:
GROWTH VERSUS
VALUE          page 6

GREENBACK WORRIES:
               page 6

HOW FAR DOWN WILL
ENERGY GO?     page 8

U.S. INTEREST RATES:
               page 9

U.S. STOCK MARKET:
               page 9

SECTOR REVIEW
               page 10

TECH REBOUND?
               page 11

SEMICONDUCTOR
INDUSTRY
               page 13

America suffered a tragic loss on September 11, 2001.  The aftermath in the markets was a sign of worry and uncertainty.  As I write this, the markets are rallying as Americans return to normalcy and our forces are bombing Afghanistan.  Sadly, another terrorist attack will likely end this rally.

However, we must remember that a crisis period and great uncertainty is not new to America.  Look at any decade of the past 70 years and there are other political and economic crises which hurt confidence and led to market declines.

---

*Let's consider these events:*

1930's - The Great Depression
1940's - World War II
1950's - Korean War
         Cold War
1960's - Cuban Missile Crisis
         President Kennedy Assassination
         Viet Nam War
         Martin Luther King & Robert Kennedy Assassination
1970's - Lack of confidence in U.S. Government
         Resignation of President Nixon & Vice-President Agnew
         Very high inflation
         Huge deficits
         Very high interest rates
         Oil shortages & gas lines
         Hostage crisis in Iran
1980's - Two recessions - Recession in 1982 is worst in 40 years
         Market crash of 1987
         Record deficits
1990's - Gulf War & possible oil shortage
         Bankruptcy threat to major U.S. banks
         Crumbling of Japanese banking system
         Asian financial crisis of 1998
         Y2K scare

---

All of the above hurt confidence about the future and led to steep declines.  But, those investors who kept level heads and invested in large brand-name companies were well rewarded.  This time will be no different.  The U.S. will prevail in the Middle East, and we believe those who focus (although sometimes it is hard to do) on buying good value will be wealthier in a few years.

CONTINUED ON PAGE 3

# INVESTMENT POLICY COMMITTEE



### Nico P. Pronk
**PRESIDENT   Investment Policy Committee Member**

Mr. Pronk joined Noble in 1988 as COO. In 1997, he founded Noble Capital Management, Inc., an S.E.C. Registered Investment Advisor. A graduate of the Dutch Institute of Banking, Mr. Pronk holds various licenses and is on the Board of Directors of the National Investment Bankers Association and is a member of the Securities Traders Association of Florida. Mr. Pronk's international experience and diversified financial background have greatly contributed to the firm's success.



### Peter G. van Hengel, D.I.B.A.
**DIRECTOR OF RESEARCH   Chairman, Investment Policy Committee / Contributing Writer**

Mr. van Hengel joined the firm in 1988. He is a highly regarded financial professional who is a noted expert in macro-economics. Mr. van Hengel holds an M.B.A. and Doctorate degree in International business. Mr. van Hengel's  commentary and opinion has been published in the Wall Street Journal , Ticker and various other publications.



### Daniel A. Morgan, M.B.A.
**RESEARCH ANALYST AND PORTFOLIO MANAGER   Investment Policy Committee Member / Contributing Writer**

Mr. Morgan joined Noble Financial team in 1996.  He appears on CNBC's "Tech Tuesday" on a regular basis and has made appearances on CNN's Money Line and Bloomberg Financial News, just to name a few.  Mr. Morgan has been quoted in numerous publications including: The Wall Street Journal, New York Times, Palm Beach Post and The Miami Herald.  Mr. Morgan holds an M.B.A. in business and is the President of the Palm Beach County chapter of the American Association of Individual Investors.



### Mark Simon, M.B.A.
**MANAGING DIRECTOR   Investment Policy Committee Member  / Contributing Writer**

Mr. Simon, who most recently joined the firm, holds an MBA from The Wharton School of Finance has worked at some of the top investing banking firms in New York. His career progressed rapidly and he was named a General Partner at L.F. Rothschild. Later he moved to Florida to become President and Chief Investment Officer of Financial Benefit Group, a publicly traded life insurance and annuities company where he managed over $500 mm in assets and outperformed the market seven out of eight years.

CONTINUED FROM COVER

# OVERVIEW

The 11th of September was an international tragedy of unspeakable proportion. It changed the world forever. The loss of life of 62 nationalities in the World Trade Center is unforgettable. Our prayers and thoughts are with those that lost a loved one. America will overcome this tragedy. The stock markets were closed for four days: the longest since the outbreak of the Great War in 1914, when the markets were closed for 4 1/2 months. That gave the monetary authorities around the world time to help the currency and equity markets. Large one-month swap arrangements were made between the Central Banks to support the U.S. dollar. Also, interest rates were lowered substantially with a half point drop in federal funds rate to 2% and the discount rate to 1 1/2%. Furthermore, the Fed's aggressively bought bonds in the open market to increase the money supply. When the markets opened again for business the damage was contained to 7%. This was approximately the loss on other markets around the world. A week after starting the equities market we saw a fall of 14 percent on the Big Board and 16 percent for the NASDAQ.

Since the beginning of the year have now seen ten rate cuts in the U.S. five in Europe. That is unprecedented and shows the commitment from the Federal Reserve and the Treasury to support the economy. Hopefully, it can avoid a full-blown recession. Remember, it took over a year for the Fed's medication to have an effect on the great bull market of 1999 and the first part of 2000. No one cared much about monetary policies and interest hikes then. As investors were paying too much attention to their net worth, they lost interest in those pesky monetary policies. Well, the rest of the story is now history. Investors have learned that eventually the Fed's medicine does work. That will be true this time again. Unfortunately there is no particular timeframe. The influence of the Federal Reserve is still alive even if it takes much longer. The (world) economy has outgrown the direct influence of the Federal Reserve and any other central bank or the combination. That means it requires even stronger and faster medication to cure the ailments. The current interest policy of gradually reducing Federal Funds and the discount rate may be the correct policy, but what may have worked for decades may not work this time. When the economy is in a tailspin and corporate chieftains have to make capital investment decisions they will consider the Fed's actions more closely. Why would they commit the company to a major capital investment at the beginning of the fall in interest rates? Why not wait till the Fed is done and gives a clear signal that it is not prepared to go much further.

As long as the Fed is not giving a clear sign that it has turned its policy to neutral, the pain may continue. The second act of the manufacturing recession is well under way and it is not less depressing than the first act. The story began with production cutbacks in autos and related industries late last year in an effort to reduce excess inventories as demand fell short of targets. The scene has now shifted to the technology sector, where equipment makers are struggling with the same problem. Is there going to be a happy ending? The way it looks now is that there is no end to the bad news and the bears on the stock market are dancing. But that is the reverse of the charging bulls just a year and a half ago. There was no end in sight for the bulls!! Of course, the bears will have to do a disappearing act sooner or later. History shows that the turn comes at a time when investors are throwing in the towel. So far, stalwart consumers, a solid housing market, and stimulative government policies give reasons for optimism. We believe that investors are too pessimistic and driving the market down to levels that make little sense. However, the WTC tragedy will stay in the minds of consumers for some time and it tends to hold them back. Unemployment is still rising and with major cutbacks in the airline and tourist industries we must expect more caution. Shoppers' finances will get a boost from lower gasoline prices, interest rates and tax cuts beginning in the third quarter and well into the fourth quarter. Consumers' balance sheets have received a jolt from rising home prices that give them some equity to work with.

Bear markets have never been great times. Only investors with cash feel like kids in a candy store. However, we must compose ourselves and refuse to dance with the bears. Markets can regain their strength quickly and most of the losses can be wiped out within a year. Cash is king, but only if you use it smartly. Once the markets stabilize, most likely in the fourth quarter, investors can do some serious shopping and acquire stocks at prices that were unheard of only a year ago. Thanks to well-timed policy

be behind us. Although risks remain, we are generally confident that a full-fledged recession is not on the radar screen and the economic landscape will begin to brighten early next year.

# A SÉANCE WITH JOHN MAYNARD KEYNES

Investors may think that we are dipping in an economic recession and, indeed, manufacturing looks more like a depression. However, let's put this all in perspective and see how our ancestors figured out the policies by trial and error that got them out of the deep end of the depression. The Great Depression of the 1930s shook economists' belief in the classical model. Classical economists (Laissez Faire: hands-off government) believed the economy was capable of healing itself by allowing flexible wages, prices and interest rates to adjust or eliminate unemployment. Of course the classicals had very little background in dealing with these problems in a modern industrial economy. Then came the Great Depression after the market crash of 1929. Between 1929 and 1933, real GNP in the U.S. declined by 30 percent. The 1929 output level was not regained until 1939. Such a substantial downturn appeared to contradict the teachings of classical economics. There had been economic recessions and depressions before, but none this severe or sustained.

The Great Depression set the stage for the Keynesian revolution, which was sparked by the publication in 1936 of The General Theory of Employment, Interest, and Money by English economist Keynes. In this landmark book, Keynes argued that economies could reach a fairly stable equilibrium at much less than full employment. His theory opened up a new approach to macroeconomic policy - it argued that it is the responsibility of government to ensure that the economy operates at an acceptable rate of output and employment. Keynes believed that letting wage and price adjustments raise output and employment was too slow, unreliable, and unnecessary. Government economic action should be used to restore the economy to full employment more quickly and at much lower social costs. In Keynesian terms, government checks "inject" money into the economy, and as consumers spend money it will be multiplied to a higher aggregate demand. This is the "multiplier" effect.

The rebates, and the talk about taxpayers pockets, invoke the ghost of Keynes. The Keynesianism once universally taught in Econ 101 foundered on the question, where does the government get the money it injects? Well, it gets it from the bond markets. So why will it "stimulate" anything to take money from bondholders and give it to taxpayers? Because, the Keynes 101 answer goes, taxpayers have a higher "marginal propensity to consume." They will spend the money rather than save it, and it will multiply faster. This line of thinking may actually have had some relevance when Keynes thought it up during the Great Depression, since the banking system was broken. But in normal times the distinction between consumption and savings pretty much disappears. What anyone saves gets loaned to someone else who will consume. The government is writing $55 billion in checks to taxpayers instead of $55 billion in checks to bondholders. Thus, the administration should have lowered the marginal tax rate a little further. There was a time, indeed, when Keynesians spoke of a surplus as "fiscal drag." The (Keynesian) rebate checks may make a lot of people feel better, of course, and arguably that's some kind of stimulus in itself.

# THE MULTI-BILLION DOLLAR WRITE-DOWN

Welcome to the growth recession. No rebate checks in the corporate world. We can comfortably conclude that the late 90's growth was partly an illusion where companies were overproducing and moving unsold products from the factory floor to a barn somewhere else in the hope to of selling these inventories at a later date. That was wishful thinking. Especially when the economy fell off a cliff and the resulting financial problems in the technology sector started to surface. Unfortunately, there is a broader, little-understood problem lurking behind huge write-offs. It is one that is likely to lead to a wave of huge earnings charges throughout Corporate America. The problem is not only large inventories that have become worthless in the ever-changing technology world, but also acquisitions of fancy companies at exorbitant prices that are nearly worthless now. Lots of companies have joined the ranks of Cisco, Nortel and Juniper. Many of these companies were feeding on acquisitions to enhance growth and technology. This strategy is now becoming a liability as the stock market took a nosedive and these companies have lost their market value. Worse yet, new accounting rules are going into effect January 1 next year that will

...... ... ....u...ogy sector lost all of their earnings ($145 Billion) over the last five years during the first three quarters of 2001. And this is just what has been reported so far! Many other companies will be facing the music soon, contemplating huge charges in the next six month.

Typically, when a company makes an acquisition, the price that it pays is recorded on its balance sheet as an asset. If the value of that business declines, then the acquirer has to write down the asset on its balance sheet to reflect the new current value. This is true whether the acquisition is made in cash or stock. The Financial Accounting Standards Board (FASB) is implementing rules that force companies to be more rigorous about writing down goodwill, which is the amount a company pays in an acquisition beyond the value of an acquiree's existing assets. Specifically, companies will now have to justify the value at which they are carrying acquisitions on their books once a year. Companies and their auditors will fight tooth and nail to avoid confessing their buying sprees at unrealistic prices. If forced to come clean they may toss their dirty linen in the coming quarters that are already looking shaky.

There are several ways to determine fair value. The simplest way to calculate fair value is to look at the market value of comparable companies that have publicly traded stock. This valuation can create all sorts of headaches because stock prices have plunged dramatically, particularly for technology and telecom companies. Another method is calculating future cash flows and discount them at an interest rate that is applicable in the industry. However, most of these young companies have very little to show for sales and earnings other than a specific and interesting new technology. This means investors will have to scan balance sheets and look for shareholder equity on the books that is higher than the market value of the company. If shareholder equity is much higher than its market value, you can expect the assets are overstated and necessary for a write-down. Generally there is no cash involved in the write-down itself, but they are still costing shareholders. In the first place the company is admitting that it wasted money buying these fancy companies. If it was done in stock, than shareholders will have to divide earnings with a few more people who brought very little to the table.

# EARNINGS ESTIMATES - A MOVING TARGET

Write-downs are just one among many factors that bring on the great confusion and risk avoidance among investors. Corporate CEO's have also contributed to a vacuum in investing. For a few quarters, especially technology companies, have refused to give a reasonable forward-looking statement of affairs. The word "murky" has been used often to voice their lack of opinion. This is something new in the world of Wall Street. There was always some guidance for the next quarter, year and even two years. Lawsuits and regulation Fair Disclosure - the new Securities and Exchange Commission rule requiring companies to share corporate data equally among analysts and investors has reduced the openness of corporations. Many CEO's are offering analysts less guidance about earnings. The economy makes any guess of earnings hazardous and difficult. Regulation FD seems to give cover to companies whose internal forecasting may be showing some ugly numbers. If there would be positive news, companies would certainly give the news quickly. Whatever the reason for the estimate gaps, it is clear that they are growing. The ramification could be an increase in short-term swings in individual stocks and more difficulty for individual investors in gauging how companies are likely to perform. According to Zacks Investment Research the median difference between the high and the low estimates for stocks in the S&P 500 index has grown 40 percent in the past year to 35 cents from 25 cents.

These days, arriving at reliable estimates of next quarter earnings for technology companies has become more an art than a science. With little guidance from the corporation, and a murky overview of new orders and inventory levels, analysts and investors have to do with some improvisation and rough economics. Even some large non-tech companies are showing restraint in guiding analysts to workable numbers. A little more than a year ago we saw that the opposite companies were more than hyper leading analysts over the path of roses to the new world of unlimited prospects. If the guidance was not rosy enough, the estimates could be fertilized with some price targets that were out of this world. A lot can change in a short time frame. Analysts are now awakened by reality and are becoming too careful or pessimistic. This will lead to underestimating earnings capacity and in turn holding stock prices back. Reality will show that the economy has softened, but not in a way that investors have to fear that the

bottom is dropping out. We will have to live with a few more quarters of rough earnings guesses, but visibility and optimism should return in the next two quarters.

# THE GREAT DIVIDE:  GROWTH VERSUS VALUE.

The lack of visibility and the wide spread of earnings estimates leads us to the never-ending debate in the academic world and money managers. In fact, "growth vs. value", is a hot argument in these troubled times. For much of the 90s, growth stocks trounced value stocks. But since the market found it's Waterloo in March 2000 value has beaten growth hands down. When the economy moves at a crawl, value always looks the best bet. Does that mean that the gospel of value investing has finally handed a mortal blow to growth investing? Don't count on it! Even though current conditions favor value investing, and will continue to do so for a little longer, growth will rise again once a strong recovery in company earnings changes the market's dynamics.

It is also a debate that will never go away, because both styles over the long haul do nearly equally well. Academia, money managers and investors have contemplated this subject since the difference became to light and it is unlikely that this question will ever be answered. Each style comes into favor every few years - growth and value investors take turns in looking smart. To a growth investor a high stock price with lots of momentum is beautiful. Stellar growth of sales, earnings and a high return on equity will keep this momentum moving. To a value investor a low stock price with undervalued assets present an opportunity.  The idea is that growth investors may reconsider and seek out bargains.  The value investor has patience and can wait for better times, while the growth investor is more focused on immediate performance.

Since none of the studies has shown a significant statistical difference between the performance of growth or value there is something to learn for the prudent investor. Both should be a part of the investment strategy in a diversified portfolio. Whether you use growth or value criteria, in a difficult earnings environment like this one it's more important to pay attention to the fundamentals of a company's business than it is to set investment criteria based solely on ratios. Studies related to the modern portfolio theory have shown that a combination of 60 - 40 percent is the best way. Depending on risk tolerance the investor can chose which way to go. The two investing approaches tend to do better at opposite ends of the business cycle. Value outperforms when the cycle is near the bottom - as now - because earnings can't go much lower, and stocks are likely to be undervalued because of an overly pessimistic earnings outlook. Value continues to do well as earnings start to come back. Growth does better as the cycle builds and peaks.

# GREENBACK WORRIES:

Some American leaders and companies have the delusion that a weaker dollar would make them more competitive in foreign markets. Lately the dollar has softened somewhat against the world's basket of currencies. This happened by coincidence. The U.S. manufacturing economy has slowed to a crawl this summer and it is an old tradition among U.S. executives to look for a quick fix. Dropping the value of the dollar improves the cash flow of multinationals by giving them more dollars in exchange for other currencies when they consolidate their global income statements. Again, it is a delusion. Corporate executives can display an improved bottom line even though the underlying value may not have changed much from when earnings were expressed in stronger dollars. Corporations may tell you that they can compete better with a cheaper currency, but the historical record shows exactly the opposite. German, Dutch, Swiss and Japanese manufacturing companies built a huge global trade when their currencies were strong. On the other side, British, Italian and also for quite some time U.S. industries sank deeper in the hole when they were hiding behind a sliding currency. It is the discipline of a strong currency that forces greater efficiency and makes companies more competitive. The U.S. itself has enjoyed impressive productivity gains during its strong-dollar period. Also England, Ireland and Italy to a lesser degree showed impressive gains since their respective currencies strengthened in the cross rates.

General Motors and other automakers offer an excellent example of the benefits of a strong dollar. It was during a period of sliding value during the 70's that Japanese cars made serious inroads into the U.S. market, taking advantage of the fact that inflation has made U.S. less competitive than they should have been. When the Reagan-Volcker team firmed up the dollar in the 80's, producers began to get their act together, although they still have not recovered lost market share. The most important reasons for maintaining a strong currency are macro in nature. In the past two years American shoppers have become the consumers of "last resort." The muscular dollar has pulled many export countries out of the muck which was enough to keep the world economy humming. A lot of these dollars that were dropped off in the hands of foreign exporters have been recycled either by buying American goods and services or U.S. stocks and treasuries. In fact, the trade deficit, a perennial bugaboo to organized labor and protectionists in Congress has actually financed the dramatic economic growth creating jobs and wealth.

The failure of central banks to make an impact on currencies and economies underlines the failure of theory to provide a reliable guide to monetary policy. Just months ago, the financial media was reporting that the euro and the yen were about to weaken further against the dollar. As usual, when they make predictions the opposite can occur. The dollar has weakened ten percent against the euro and in lesser extend against the yen. Still, the media have not solved the issue of whether the yen and the euro are weak or the dollar is strong. The math is the same, but policy implications are as different as night and day. A weakening euro or yen indicates that the ECB or Bank of Japan should be tightening; a strengthening dollar indicates that the Fed should be easing. The collision between theory and reality suggests a skeptical view of conventional theory is warranted. The Fed has tried to lower (expected) inflation by raising interest rates. What it got was a serious drop in the rate of economic growth, which has become a larger problem than the expected inflation rate.

The recent weakening of the dollar and U.S. stock markets suggests that this virtuous process may be nearing an end. If so, we believe it will come from the dynamics of the global markets and not from CEO's or politicians. The latter have learned that the best way of dealing with the currency markets is to stay silent. There is absolutely no win in talking a currency up or down. That may be partly because of the recognition that there are no adequate tools available, other than jawboning. Also, talking down a currency can have serious adverse consequences. There are enough examples to learn from. The dollar bears will have to find a place to park their money - selling the greenback can only be done against another currency. What great alternatives exists that can absorb the massive quantity of dollars? The Japanese Yen is in great agony for many years and the euro is not in better shape. Any other currency will not be able to accommodate dollar flight without creation of massive inflation. It is good to stay home sweet home! We have compiled a few examples of companies that have major overseas sales and earnings:

| Company | ticker | 52 wk High $ | Range Low $ | Current Price $ | EPS 2001E $ | EPS 2002E $ | P/E 2001E | Div. % | Common Stock in MM | Market Value in $ B | Price Book X | ROE in % | Est. 5-y gr.% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Colgate | CL | 65.69 | 42.50 | 58.25 | 1.92 | 2.16 | 30.3 | 1.1 | 32328.1 | 44.4 | 38.7 | 95.50 | 60.1 |
| Gillette | G | 37.13 | 24.50 | 29.8 | 0.99 | 1.11 | 30.1 | 2.2 | 31439 | 14.9 | 21.2 | 20.40 | 9 |
| Proctor & G | PG | 79.31 | 55.38 | 72.79 | 3.11 | 3.34 | 23.4 | 2. | 94314 | 9.1 | 33.5 | 33.60 | 13.7 |
| Ford (show new Dividend) | F | 30.71 | 19.90 | 17.35 | 0.65 | 2.13 | 26.7 | 6.9 | 31434.7 | 2.3 | 16.6 | 18.50 | 8.4 |
| General Motors | GM | 75.75 | 48.81 | 42.9 | 3.82 | 4.83 | 11.2 | 4.7 | 23596.2 | 0.8 | 19.6 | 13.10 | 9.2 |
| Coca Cola | KO | 64.00 | 42.40 | 46.85 | 1.57 | 1.79 | 29.8 | 1.5 | 116538.9 | 11.2 | 56.7 | 23.40 | 5.3 |
| MacDonald | MCD | 35.06 | 24.75 | 27.14 | 1.39 | 1.56 | 19.5 | 0.8 | 45068.7 | 4.9 | 18.8 | 21.50 | 18.3 |
| Pepsi | PEP | 49.75 | 41.26 | 48.50 | 1.66 | 1.88 | 29.2 | 1.2 | 71149.5 | 8.2 | 17.3 | 30.10 | 18.8 |

# HOW FAR DOWN WILL ENERGY GO?

Since President Bush introduced the energy bill that was written by the energy industry and for the energy industry with the warning of a "crises" the markets have turned their back on them. It shows that nobody was impressed, and probably saw that this policy was heavily skewed to serve the oil industry. The approach to the crunch bears a close resemblance to tactics used in the tax fight. Step one:  Declare a crises.  Step two:  blame eight years of neglect by the prior administration. Step three:  Promote a long-term agenda that transcends the immediate problem. Step four: Brand opponents as being negative.  Will these tactics work the same way as the tax rebate debate? Probably not!  The argument for the tax rebate was not clear when it was mentioned in the election rhetoric, but when the economy deteriorated even the skeptics could agree.  The energy debate will center on "holy areas" that need to be explored and is an unnecessary expansion.  The debate will become a cacophony of opinions over the geographic divide between the West and the Northeast.  The West has, of course, the interests of the oil industry at heart, while the Northeast swings more to conservation.

In the meantime, the energy crisis has temporarily resolved itself.  California has bought and received more power than it needs and crude oil inventories have gone up.  The number of brownouts has been limited and the feeling of discomfort has subsided.  That is all good news and the President reiterated that "it is important to have stability, and stability can come in the form of low prices, stability can come in the form of moderate prices."  Low prices are not in the interest of the industry.  When California complains about high electricity prices, it gets a lecture about how you can't defy the laws of supply and demand.

In all practicality, President Bush will have very little impact on the global dynamics of supply and demand.  This also translates in the price for crude oil.  The price has slipped dramatically from a high of $35 earlier this year to $20 a barrel.  Energy stocks also slipped in sympathy with the price of "black gold."  The most damage has been done to the power brokers and the power generators.  As usual when Wall Street got exited on the prospects of these groups the market turned against them.  With all the great adventures that the Bush administration is proposing for oil exploration we notice that the oil service stocks have also plummeted 40-50%.  Obviously, they reacted to over-abundance of energy and lower prices.  But this also raises the question for investors of whether the current stock prices give good opportunities going in to the crucial winter period.  We believe that little has changed regarding the energy crunch in California or the consumption habits.  Another severe winter could open the floodgates again.  We believe that current conditions and the fall in stock prices warrant a closer look at these power producers with the prospects of a substantial recovery over winter.

| Company | Ticker | 52 wk range High $ | Low $ | Current Price $ | EPS 2001E $ | EPS 2002E $ | P/E 2001E | Div. % | Common Stock in MM | Market Value in $ B | Price Book x | ROE In % | est. 5-y Gr.% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gas and Coal** | | | | | | | | | | | | | |
| Apache | APA | 74.18 | 38.50 | 43 | 6.32 | 4.88 | 6.8 | 0.3 | 123.6 | 6.4 | 1.3 | 8 | 19.4 |
| Kerr -McGee | KMG | 74.1 | 46.50 | 51.91 | 7.16 | 5.96 | 7.5 | 3.5 | 125.0 | 6.3 | 2.2 | 32.1 | 10 |
| Noble Affiliates | NBL | 51.09 | 27.00 | 36.70 | 4.05 | 3.06 | 8.9 | 0.4 | 56.6 | 2.08 | 2.3 | 22.5 | 14 |
| Peabody Coal | BTU | 38.05 | 22.20 | 28.74 | 3.35 | Na | 8.6 | 0.7 | 51.95 | 1.5 | 2 | 17 | na |
| Philips Petr. | P | 70.05 | 50.10 | 55.26 | 8.54 | 5.47 | 6.4 | 2.6 | 256.2 | 14.6 | 2.2 | 29.5 | 9.5 |
| Williams Comp | WMB | 43.89 | 24.75 | 29.00 | 1.38 | 1.53 | 21 | 2.5 | 485.0 | 14 | 2.3 | 8.9 | 14.5 |
| **Broking** | | | | | | | | | | | | | |
| Enron | ENE | 90.75 | 24.60 | 9.00 | 0.13 | Na | 74.40 | 5.2 | 750 | 6.25 | 3.4 | 8.7 | 17 |
| **Utility** | | | | | | | | | | | | | |
| Calpine | CPN | 58.04 | 19.50 | 24.61 | 1.86 | 2.25 | 13.3 | na | 305 | 7.5 | 4.7 | 14.5 | 35 |
| Duke | DUK | 47.74 | 31.10 | 37.19 | 2.67 | 3.60 | 14.3 | 2.9 | 775 | 28.82 | 2.9 | 17.5 | 12 |
| Reliant | REI | 50.45 | 27.00 | 28.16 | 1.54 | 1.85 | 18.2 | 5.4 | 298 | 8.4 | 1.6 | 8.2 | 9 |

# U.S. INTEREST RATES:

The rapid-fire rate cuts from the Fed so far has done very little to improve the ailing economy and plummeting corporate earnings. The Federal Reserve's policy-making committee is ready to lower rates further if conditions do not improve. This shows the fading glory of the Fed: it is losing its grip on the domestic and international economy. Investors are focusing on the economy rather than the diminishing influence of the Fed. Greenspan is finding that taking the genie out of the bottle, or raising rates to slow the economy, is easier than stuffing it back, or lowering rates, to get it moving again. If there is going to be "monetary policy," the hard question is the target that policy should try to hit. There are three simple answers based on John Maynard Keynes principles - economic activity (technically, gross domestic product), inflation and employment. The Federal Reserve System, which creates and enforces monetary policy in the U.S., is enjoined by law to promote growth, eliminate inflation, and increase employment, all at once. To achieve these goals, it has exactly one tool: It can raise or lower the interest rate that financial institutions pay when they borrow from each other overnight. It's hard to hit three targets with one bullet, and easy to kill the wrong one.

Years ago the Fed had much more to work with and Fed watchers kept a very close eye on their actions and statements. In the 1950s, William Martin could and did change the reserves that banks had to keep at the Fed by increasing or decreasing activity at the "discount window." (through which the Fed provided money for banks to lend) He also changed the "margin requirements" that determine how much credit was available to stock market speculators, and set maximum interest rates banks could pay for deposits at a time when the only way banks could increase their total assets was by borrowing from each other. In those days lending by the banks provided about two-thirds of the financing of American commerce and industry. Today, banks provide probably one-fifth of the financing of American commerce and industry, and they are armored against a Fed trying to control them. "Reserve requirements" are meaningless, because most bank reserves are "vault-cash" in ATM machines that would have to be stocked anyway. Banks get most of the money they lend by borrowing in the money markets, and the banks do not want to utilize the discount window, as it may be perceived that they have some kind of trouble borrowing money.

This means that the fixed income markets are losing their "fear or respect" for the Fed and trade. When some kind of action is in the cards they will keep their professional ear to the ground and move on their own expectations trying to anticipate the Fed. However, we see the markets dictating the thoughts of the Fed. The dollars in circulation domestically and Eurodollars trading overseas are so huge in numbers that there is simply no way the Fed can dictate the markets. It can only come up with a fraction of the necessary muscle. The Fed has learned the hard way that strength is not on its side so it must be clever leading to more rate movements "out of the blue." The half percent cut after the WTC disaster was another unplanned drop. Thus, the fixed income markets have had enough time to adjust to the Feds action or inaction. Short-term rates follow the futures (Fed Funds) closely, while the bond market lives its own life based on the combination of the general direction of interest rates and the expected direction of inflation. We believe that there will be more action on the downside for short-term rates, but the long-term rates will have some marginal advantage from rate cutting. As soon as the economy picks up, the risks will increase dramatically and rates will rise.

# U.S. STOCK MARKET:

Propelled by the potent mix of information technology and ready capital, the economy broke free of the gravitational pull of slow growth and soared for the stars. The result was a virtuous cycle of prosperity. The nation experienced rapid growth, plentiful jobs, glorious - or so it seemed - investment opportunities, and not even a speck of inflation for the Fed to stomp on. Then everything went suddenly, spectacularly wrong. With a swiftness that caught business leaders and economists off guard the New Economy went dark. The year has been ugly and no end in sight yet. The Big Bust vaporized corporate profits, scorched investment portfolios, laid waste to the technology sector and gave the Fed a run for its money. Now investors have to deal with the fall-out of the WTC drama. After the large drop off the tragedy has turned the stock market into a candy store - sweet, but dangerous.

Robert Reich said, "This (America) is an overwhelmingly optimistic culture. We 're technophiles at heart. We believe that even after all the misery that the bear market has caused, the fundamentals of the vibrant economy are still in place." Most investors have been on the roller coaster so far and missed selling at the top. That's not a sin, because long-term investors usually hold on to quality stocks. There is nothing wrong with that. Once inventories have moved out of the warehouses to consumers, net inflow of orders will trigger the recovery. We have already seen 3 months of back-to-back improvements from the semi-conductor industry. The Book-to-Bill ratio has moved from a level of .43 to .67 and needs to move over 1.00 to give us the confidence that the industry is healthy again. However, the investor cannot wait for that and must take the opportunity to anticipate the recovery. The recovery will come and stock prices will move substantially higher.

According to the statistics that monitored equity investments after 6 cuts in Federal Funds (we have now 10), we can expect some serious moves between now and 12 months. The best area is still technology (general) with 31 percent upward move and semi-conductors up 71%. This sector is already showing some life signs. Basic materials came in second place with a twelve-month expectation of 29%. In third place we see consumer cyclicals (+27%), fourth capital goods (22%) and energy (21%). The S&P 500 has a statistical change of moving up 19% over the next twelve months. However, the ride is not going to be easy – investors will have to swallow some more bad fourth quarter earnings reports. If the market is a reliable discount mechanism then there is hope that it will look over the rest of the year to better times ahead next year.

# SECTOR REVIEW
Ratings Key: 1: Outperform  2: Slightly Outperform  3: Average  4: Slightly Underperform  5: Underperform
+ sector upgraded                           - sector downgraded

*(-2) Banks and Insurance: We have notched down banks and insurance companies in the light of The Federal Reserves interest rate cuts. We may be close to the finale of these rate cuts. The markets will anticipate this end and trade accordingly. Insurance companies and Savings and Loans are sensitive to interest rate movements. The WTC drama will cut some earnings from insurance companies earnings. Since these sectors have held up well we are becoming more cautious recommending buying on serious weakness. Banks are more diversified and can weather these issues better. Overall, this sector should be weighted and represented substantially because of their long-term favorable prospects.

*(2) Brokerages: Stock market volumes, M&A and IPO's are still at depressed levels. However, the sector has found a base and is trading at the support levels and holding on for better times. We expect the turn to arrive in the fourth quarter when interest rates and tax rebates are starting to work. Volumes will increase with better conditions for corporate America. It is too early to upgrade the sector, but it is close. We recommend buying on weakness with substantial higher prices in 12 months from here. Start looking at MWD, MER, GS and SCH.

*(+2) Energy: We have upgraded this sector because of the start of the winter cycle. Fundamentally nothing has changed in the nations energy requirements and supply. It takes years to iron out the differences. Another severe winter and last year's problems can surface again. OPEC has reduced crude oil deliveries by approximately 1.5 million barrels a day to keep supply in balance with current demand. Inventories are coming down again with refineries switching from gasoline to heating oil. We would keep a low profile in the integrated oil companies and buy on weakness the power companies CPN and DUK. Also, the service companies have dropped substantially from their highs earlier this year. They look attractive at current levels.

*(2) Healthcare: Holding on at somewhat lower levels. Merck has recovered from the vioxx problems. We see a slow, but steady move forward and would hold on to the current weighting. Biotechnology has received a boost from gene mapping and the limited approval of stem cell research. Quarterly earnings were in line with expectations for the pharmaceutical companies and somewhat better for biotechnology.

*(-3) Consumer Cyclical: Sector holding in line with the indices. There is some progress in the home improvement area: both HD and LOW produced quarterly results above expectations. Housing is starting to weaken and that may reflect in those shares in the next quarters. We would avoid homebuilders altogether. Harley Davidson showed the world that their motorcycles are still in high demand and they will introduce a new model in the fourth quarter. WMT, TGT, KM are seeing some improvements. We expect the stocks to trade along with consumer expectations. The crucial fourth quarter may prove to be disappointing.

*(+2) Consumer Staples: We see some more interest in the staple sector since the dollar has weakened against the major currencies. We are reluctant to give much attention to the dollar move, because we are not convinced that this is a turn in fortunes. More time is needed to convince the market that this dollar weakness has become structural. Of course, we like this sector as a haven of stability in these rocky markets.

*(-3) Capital Goods: General Electric showing considerable weakness and is trading just above its April lows. GE may see most of the problems in the economy; however, it has maintained its projected earnings growth of 15 percent. TYC has shown more resilience. We would hold on to positions and slowly buy more on weakness. Once the economy starts to recover this sector will see the benefits.

*(3) Manufacturing: Still in recession. Car manufacturing still showing a good year with sales slightly below last years level. Automobile companies are moving cars because of low interest rate and incentives. Ford under the gun from the Firestone tire problems and ignition switches had to cut dividends. GM reported that it would make good on the market's expectations. Buy the car manufacturers on weakness for recovery opportunities later next year.

*(5) Internet: We see no recovery yet in this sector. The only company of interest is AOL. We believe that AOL is strong enough to pull trough the current slump in advertising. Revenue target will be tough to match. Advertising is only 20 percent of revenues. Other divisions are doing quite well. Maintain position. Also the new Harry Potter movie is a blockbuster.

# Tech Rebound?

It is hard to imagine that things could get any worse for the technology sector. Yet, the WTC attack maybe a signal that the worst is behind us. Networks, Internet and telecommunication infrastructure has to be replaced by telecommunication service providers in the affected area. Additionally, the government, who is one of the tech's largest customer's, may look to beef up spending on security and defense. Further, telecommunication carriers may have to reevaluate security for networks carrying Internet, data and phone traffic. Thus, more dollars could be spent on network security and storage, as major companies re-evaluate initiatives to prevent possible damage from future terrorist activity. There are a few key indicators that investors can follow to determine when a price recovery in technology sector should begin.

PC Industry - The PC industry suffered its worst decline in ten years as 2Q unit shipments fell 1.9%. This was preceded by an increase of 14.5% in 2000 and a 24% increase in 1999. The long-term projected growth in PC shipments is around 10%. The corporate buyer was noticeably absent in last year's 14.5% increase, as retail buyers snatched up PCs to get access to the Internet. Traditionally, the corporate buyer upgrades equipment every three years, which would mean that the PC cycle should turn up again in 2002, as corporations upgrade to Intel's new 64-bit "Itanuim" and Microsoft's "Windows XP".

As 40% of global purchases are consumer-related, a stable consumer outlook is the key ingredient for unit recovery. Windows XP requires significant memory and disk capacity to run effectively, and at least 70% of consumers would need to upgrade their systems to run XP. Third quarter shipments should represent a trough, creating the possibility for sequential growth of 10% in the 4Q. PC stocks typically bottom at 1 times book or .5 times sales. Several top hardware players such as Compaq, Apple, Gateway, and HP are trading at or near these levels.

**Inventories** - Presently, most hardware, telecommunication equipment makers and Semiconductor Companies are taking write-downs on their inventories. An extreme example here is Cisco Systems' one-time charge of $2.25 billion. The recent economic slowdown has caused many technology company's customers to reduce their demand for equipment. This has created a dramatic jump in inventory levels of many technology companies over the past few quarters. When the semiconductor and hardware companies are able to clear through their current inventories, and the ratio of inventory- to-assets declines, this will be seen as a key indicator that overall demand is increasing and these companies are beginning to build new product on a large scale.

**Software Comeback** - Software remains one of the most innovative and fastest growing sectors of the global economy, generating revenues of more than $150 billion every year. About half of these sales come from software applications, with the remainder split into development tools and infrastructure software. Infrastructure software, such as operating systems, relational database, middleware, and security software, is used to allow a company's computer network to run efficiently. A major player in the operating system market is Microsoft, while Oracle dominates the relational database management area, Check Point Software is a leader in security software, and BEA Systems is the top gun in middleware. Buying patterns have switched from the formerly explosive market for enterprise resource planning (ERP) software, dominated by SAP, to customer relationship management (CRM) products, frontiered by Siebel Systems. ERP software helped companies to save money by integrating back-office operations such as accounting, distribution, and human resources, while CRM software allows companies to better manage their customer base. Software companies have been dramatically hurt by the general slowdown, due to customer's large up-front costs to purchase the program and the slow implementation time. Typically, Information Technology (IT) managers will spend millions of dollars to purchase software and then have to hire an army of consultants to come in to install it. Software company's derive their revenues from two sources: licensing (actual selling of the software) and maintenance (customer support/service). Most software company's earnings are "back loaded" to the end of the quarter, as customers stall to attempt to negotiate the best deal. With the movement by IT managers towards smaller projects with immediate ROI, the sales process has lengthened and license revenues have become less predictable. When licensing revenues begin to accelerate, becoming a larger portion of the overall revenue mix, this is a signal that customers are buying again.

**Semiconductor Book-to-Bill Ratio** -Semiconductor's are the backbone of today's technology products. Everything from a mobile phone, to a PC has chips in them. From its beginning in the 1950's, the semiconductor industry has been characterized by a four year cycle, sporadically modified by unexpected factors. The semiconductor industry has grown at a compound rate of 17% over the past 40 years. Despite a slight slowdown at the end of the year 2000 was a banner year for the semiconductor industry. The worldwide semiconductor market reached $222.1 billion in 2000, a 31 % increase over 1999. Currently, the environment has completely reversed as worldwide semiconductor revenue is projected to be $188 billion in 2001, a 17% decline from 2000, according to the latest forecast by Dataquest Inc. The PC slowdown along with the telecommunication carrier's delaying the migration towards the next generation standards has led to a deceleration of semiconductor sales growth. Chipmakers have seen five such downturns in the past 20 years. Of these, the 1998 downturn had a similar profile to what is happening today. It was also driven by falling demand. Will the second half of this year bring a rebound? Will it be a sharp V-shaped recovery or more of a U?

Computer makers snap up about half of all semiconductors produced. However, the telecommunications industry is demanding a larger piece of the pie as telephones, computers, and televisions converge into giant voice/data/video networks. The most commonly used indicator to determine the overall health of the semiconductor industry is the book-to-bill ratio. This figure relates the amount of orders for new chips coming into the manufacturers "fabs", to the amount of chips that are being shipped out to customers. A book-to-bill ratio that is above one would signify that customer demand is strong. While a book-to-bill ratio below one, would mean that customer demand is below full capacity. For the month of August, the book-to-bill ratio was .61. This means that for every $100 worth of chips that were shipped out of the "fab" only $61 on new orders came in. The book-to-bill ratio has shown four

companies are clearing inventory and subsequently buying chips to build new products.

**Where Do We Go From Here?** The largest factor that impacts Information Technology (IT) spending is overall profits. Technology spending is still capital spending, which is directly determined by corporate profit growth. We expect that profits for the S&P 500 Index to increase 12.3% in FY2002. This should create the strongest positive year-over-year earnings comparisons in the 3Q and 4Q of next year. The Federal Reserve has lowered rates nine consecutive times and President Bush is seeking a $60-75 billion economic stimulus package. These steps accompanied with further progress in the "Fight Against Terrorism", should get the economy back on track.

# Semiconductor Industry

In 1965, Gordon Moore postulated that about every 18 months the power of semiconductors would double, (and, conjointly, their prices halve). In the semiconductor industry, where (small) size does matter, developers and manufacturers are on a mission to pack more transistors onto smaller chips. More transistors means more complex functions and greater speeds; smaller chips can fit into ever-smaller, more mobile electronic devices. Computer makers snap up about half of all semiconductors produced. However, the telecommunications industry is becoming for these chips a big rival as telephones, computers, and televisions converge into giant voice/data/video networks. Advances in medical and scientific instruments are also fueling industry growth, and even the humble automobile has become a high-tech machine with as many as 60 chips controlling everything from power steering to antilock brakes and airbag deployment.

## Wafer Fabrication Equipment Market

Worldwide semiconductor capital spending is projected to be $47.3 billion in 2001, a 26 percent decline from 2000. In comparison, semiconductor capital spending and semiconductor equipment each increased 84 percent in 2000. The worldwide chip equipment market had been on a two year advance, after topping $25.5 billion in sales in 1999. Growth peaked in March of 2000 when the book-to-bill ratio hit 1.46.

Despite the current overcapacity position, top chip-makers are still making technological driven equipment purchases. The phrase "You must pay to play" still holds today. The industry is undergoing a major transition for the silicon wafer's diameter, from a 200-millimeter to a 300-millimeter standard. At the same time, the actual size of the elements that make up the chip, called line width, is shrinking from 0.25 microns to 0.18 microns. Many advanced chipmakers were using 0.18 micron geometries in production, with 0.15 micron and 0.13 micron generations in development. In other words, chips will be cut from a 12-inch silicon wafer instead of the current 8-inch disk, considerably increasing production, but costing the industry billions of dollars to replace manufacturing equipment. There has also been a movement towards the use of copper interconnect, (which is a complex matrix of microscopic wires that carry electrical signals throughout the chip), instead of aluminum as the main electrical conductor. Further, many chipmakers are planning to incorporate new dielectric (insulating) materials between the metal lines to replace conventional silicon dioxide films. All these changes have created an average life for equipment in a chip manufacturing facility to about 2.5 years. Some 70% of the cost of a new fabrication is related to semiconductor manufacturing equipment (SME). Big players like Applied Materials dominate the SME segment, with the top 10 firms supplying 75% of the world market.

Despite the recent downturn, top chipmakers from Intel to Texas Instruments are continuing to build new plants and refurbishing old ones, spending billions of dollars on machines that make semiconductors smaller and faster with new materials and processes. Intel plans to boost capital spending by 12% this year to $7.5 billion. Texas Instrument's the top maker of chips for cell phones, is expected to spend $1.8 billion this year compared to $2.8 billion in 2000.

Applied Materials is the world's largest maker of the complex manufacturing equipment used in semiconductor factories, or fabs, (25.3% Market Share). Applied Materials' customers include Advanced Micro Devices, Intel, Lucent and Motorola. Asia accounts for about half of sales. Applied Materials, Inc. recently announced that United Microelectronics Company (UMC), a leading semiconductor foundry, has

located in Tainan City, Taiwan. This purchase further extends Applied Materials' leadership in supplying 300mm equipment to the semiconductor industry. UMC will use the systems to deposit a variety of dielectric films for the production of advanced sub-0.18 micron device applications.

## Programmable Logic Devices

Programmable Logic Devices (PLDs) are "off the shelf" logic chips that the customer, rather than the chip manufacturer, programs to perform a specific function. PLDs are found in thousands of products that require digital logic. They switch traffic lights and operate video games. Medical imaging devices and computer printers provide unparalleled accuracy because of PLDs. The programming flexibility PLDs makes them ideal for use in communications equipment, which must be able to adapt to rapidly changing standards. Major equipment customers such as Nortel Networks, Cisco Systems and 3Com use PLDs in sophisticated routers and switches that keep worldwide networks, including the Internet, running around the clock. The programmable logic market is expected to grow to more than $66.7 billion by the year 2005. Dataquest calls programmable logic the fastest growing segment of the entire semiconductor market. The PLD market players include: Xlinix 35% MS, Altera 33% MS, Lattice Semiconductor 16% MS and Lucent with 4% MS. Market leaders Xilinx and Altera derive about 70% of their revenue's from the telecommunications industry.

## Digital Signal Processors

The digital signal processor (DSP), which converts sound and light signals into digital information, is used in CD players, digital cameras and cell phones. DSPs can handle operations requiring billions of calculations each second. Paired with analog devices that can turn heat, light, sound and other "real-world" energy into digital signals, DSPs make it possible to extend digital technology far beyond the office desktop - into thousands of devices that make it easier to talk, work, connect, shop, drive, research ... even relax and play. Sales of semiconductors used in cellular devices are expected to double to $38 billion in 2004, according to IDC. Cellular semiconductor revenue is expected to grow 18% each year for five years. Texas Instruments is the technology and market share leader in DSP with 47.1 % market share. The top four DSP makers collectively hold 95 % of the market: Lucent Technologies at 26.1 %, Motorola with 14.5 % and Analog Devices at 7.6 %.

Cell phones are pretty much everywhere in the industrial world. They currently operate at a clunky 9.4 kb data rate, low compared even to the 54 kb data rate of the standard dial-up modem. This is okay for conversation and messages but not much else. How to get things going? While techno-evangelists in the wireless market are convinced that wireless has to be carried to the full 3G level with voice over data at carrier transmission speeds of 2.5 GHz and above. This will allow for users to interface the internet fully with a net-enabled phone. Despite the expected 10% growth in mobile phone sales in 2001, these net-enabled phones should create a strong replacement market in coming years. Especially, when the number of worldwide mobile phone users is expected to grow from 550 million last year to an estimated 1 billion by 2004.

Over half the wireless phones sold worldwide contain TI's DSPs, which are also found in an array of devices including VCRs, automotive systems and computer modems. TI is betting that DSPs will become even more pervasive in years to come. Its semiconductors (over 85% of sales) also include logic chips, microprocessors, and microcontrollers. The company also makes calculators and electronic controls and connectors.

Analog Device, known as the technology leader in DSP, recently debuted a new line of digital signal processors that will drive high-speed video for a new generation of Internet appliances. The 16-bit chips, called Blackfin, take advantage of an architecture developed jointly with Intel to provide four times the processing power of currently available digital signal processors. That extra power is necessary to run video-intensive Internet devices such as video phones, gaming consoles, Web terminals, and handhelds. The first chip in the line, the ADSP-21535, runs at 300 MHz, nearly twice the clock speed of Analog Devices' current models, and will ship to manufacturers in the first quarter of 2002. The company says future versions will run as fast as 1 GHz.

## PC Chips

In 2000, microprocessor sales rose 17% from 1999, led by Intel and Advanced Micro Devices. Yet, the PC market has been slowing down over the past two quarters. Worldwide PC shipments (excluding PC servers)

...expected to total 138.9 million units in 2001, an increase of 5.85% over 2000 shipments. This compares to a growth rate of 1.5% in 2000 and a growth rate 23.5% in 1999. The second largest user of microprocessor's is the server market, which increased 11% in 2000. Microsoft may be coming to the rescue shortly. On October 25, Microsoft is scheduled to release Windows XP. It will include new "windows messenger" technology that goes beyond text-based messaging to integrate voice, video and a shared whiteboard for joint markup of documents. If this feature works well enough to become accepted - and demanded - by consumers, this may begin to influence new PC sales and broadband penetration.

With more than 80% of the PC microprocessor market, Intel is the world's #1 chip maker, Intel makes microprocessors — including the powerful Pentium and the low-end Celeron — that have provided the brains for IBM-compatible PCs since 1981. Intel's largest customers, top PC makers Compaq and Dell, each account for 13% of sales. Intel also provides flash memories and embedded chips for communications, industrial equipment, and military markets. Intel is preparing for the release of its Itanium IA-64 microprocessor. The Itanium is designed provide features that enable high availability, scalability, and performance for high-end servers and work stations. The McKinley is the second processor in the Itanium family and will extend the family into new solutions in the high-end enterprise server and technical computing market segments.

With the advent of Intel's new 64-bit Itanium processor, based on Explicitly Parallel Instruction Computing (EPIC) technology jointly developed by Hewlett-Packard and Intel, Advanced Micro Devices Inc. has had to create its own niche for 64-bit computing. AMD's answer to Itanium and to Intel's future IA-64 chips is the x86-64 architecture. The key difference between AMD's x86-64 architecture and Intel's IA-64 architecture is that while x86-64 is a direct extension of the x86 line, the IA-64 is an entirely new architecture. By designing a 64-bit chip that's an extension of the 32-bit x86 architecture, AMD hopes to bring to market a chip that's less expensive and offers better backward compatibility with the vast number of existing systems that customers have in place. Hammer is the first CPU in AMD's x86-64 line. The Hammer line includes the ClawHammer for single-processor desktop systems and the SledgeHammer for servers and high-end workstations.

## Telecommunications

This segment includes the many names that technology investors have learned to love so much when they go up, but hate when they plummet. These companies are readily identifiable by their high share-price volatility. The recent profit woes from big telecommunication equipment players like Nortel, Motorola, JDS Uniphase and Cisco has created a slowdown in demand for chips produced by Broadcom, Applied Micro Circuits, Vitesse Semiconductor and PMC-Sierra. Broadcom makes chips that allow networks to carry massive amounts of data, voice and video. The company's integrated circuits are used in over 90% of cable modems and digital set-top boxes. They are also used in digital subscriber line, satellite and terrestrial broadcasting, home networking and wireless devices. Applied Micro Circuits Corporation applies itself to making high-performance, high-bandwidth integrated circuits used to control the swift flow of voice and data transmissions across fiber-optic networks worldwide. Communications products, used in LANs and WANs account for 80% of sales. The company is a leading manufacturer of high-speed gallium arsenide (GaAs) integrated circuits, which, although harder to make, perform at higher speeds than silicon chips. Vitesse's chips are primarily used in communications and automated test equipment, with almost 90% of sales to makers of high-speed communications and networking equipment such as Lucent (15% of sales), Alcatel, Cisco, Ericsson, and IBM. PMC's high-end semiconductors drive telecommunications and optical networking gear at the heart of broadband networks. Its switches, mappers, multiplexers, and other chips handle various protocols, including Ethernet, voice over Internet Protocol (VoIP), and asynchronous transfer mode (ATM; PMC is the #1 ATM chip company in the world).

## Summary

Recent comments from PC microprocessor leader Intel, that industry conditions are stabilizing, shows that the worse of the chip downturn is behind us. Not only has the book-to-bill ratio shown four consecutive months of improvement. Typically, corporate America upgrades its computer hardware/software about every three years. The last upgrade year occurred in 1999 with PC unit volume increased by 23.5%. With the upcoming release of Microsoft's Windows XP and Intel's Itanium chip, we expect PC sales to increase about 12.2% in 2002. Further, the traditionally strong back-to-school and holiday seasons should help the retail market in the second half of this year.

CONTINUED FROM PAGE 15

Growth for communication ICs was stronger than that of PC-related chips in 2000, and thus the distribution channel stockpiled these items in anticipation of continued strong demand. Therefore, the recovery in the communications area will be more gradual. Wireless phone makers continue to work down handset inventories and are preparing for the rollout of 2.5G and 3G infrastructure. The cell phone replacement market should begin to pick up as expanded services, like fully internet-capable phones and streaming video, become mainstream. Finally, recent rate cuts from the "fed" should boost economic growth and help loosen frozen IT budgets. The Semiconductor Industry Association's (SIA) recent forecast, released in June, projects worldwide chip industry revenue growth to increase 6.6% sequentially in the third quarter and 6.9% in the fourth quarter. In 2002, SIA now expects a 20.5% growth in the semiconductor industry in 2002 over 2001,which would mean that the semiconductor equipment orders should start picking up by the fourth quarter of 2001. Already, in Japan demand for 300 mm and other technology investments has been strong.

We continue to focus on the market leaders in their respective segments- Applied Materials (worlds largest equipment maker), Intel (80% of the PC microprocessor market), Altera & Xilinx (both combine for 68% of the Programmable Logic Device market),  and  Texas Instruments & Analog Devices (top Digital Signal Processor makers with 47.1%  and 7.6% market share, respectively)



Visit us on the web
www.noblefinancialgroup.com
Toll-Free 1-800-688-6262



**Watch The First Word On Investing**
SUNDAY MORNINGS AT 10 A.M.
ON WPTV CHANNEL 5, WEST PALM BEACH

**Listen to**
**THE NOBLE FINANCIAL GROUP**
**ON RADIO!**
WEEKDAY MORNINGS BETWEEN
7:30 a.m. - 8 a.m. on
**WSBR 740 AM**

Internet Users Listen Online!
www.noblefinancialgroup.com

OUR CORPORATE HEADQUARTERS
6501 Congress Avenue • Suite 100
Boca Raton, Florida 33487

Copyright the Noble Financial Group and its subsidiaries and affiliates 2001. All rights reserved. This report is not directed to, or intended for, distribution or use by any person or entity who is a citizen or resident of, or located in, any locality, region, country or other jurisdiction where such distribution, publication availability or use would be contrary to law or regulation or which would subject the Noble Financial Group, its subsidiaries or affiliates (collectively "Noble") to any registration or licensing requirement. All material presented in this report, unless specifically indicated otherwise, is under copyright to Noble. None of the material, nor its content, nor any copy of it, may be altered, reproduced or quoted or transmitted or distributed to any other party without the prior express written permission of Noble. The information and material presented in this report is provided to you for informational purposes only and is not to be used or considered as an offer or solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. Noble has not taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. This report is not to be relied upon in substitution for the exercise of independent judgment. Information and opinions presented in this report have been obtained or derived from sources believed by Noble to be reliable, but Noble makes no representation as to their accuracy or completeness and Noble accepts no liability for loss resulting from the use of the material presented in this report where permitted by law and/or regulation. Noble may have issued other reports or made other statements that are inconsistent with, and reach different conclusions from, the information presented in this report. These reports or statements reflect the different assumptions, views and analytical methods of the analysts who prepared them. Noble may, to the extent permitted by law, act upon or use the information or opinions presented herein before the material is published. Past market performance or the past performance of any security should not be taken as an indication or guarantee of future performance and no representation or warranty, express or implied, is made regarding future performance. Information and opinions contained in this report reflect a judgment at the original date of the publication by Noble and are subject to change without notice. Investing always involves risk. Please consult with a financial professional before you invest in any security.

**APPENDIX III**

**PUBLIC MARKET AND TRANSACTION DATA**



**AOL** Personal Finance

AOL Personal Finance Main  [Go]

Investment
Research
▸ Main

Reuters Foundation
**DISASTERS**
BE FIRST TO HELP

AID
fund
CLICK TO DONATE ONLINE ▸

Search for Reports

Enter ticker or name:

◉ Symbol ○ Name

[Search]

**AUGC**
AUG Corp.

**Stocks**
▸ Stock Reports
▸ Financials
▸ Earnings
▸ **Comparisons**
▸ Company Descriptions
▸ Broker Research
▸ Insider
▸ SEC Filings
▸ Conference Calls
▸ Event Calendar

▸ Quotes, News, Charts
▸ Message Boards

▸ Stock Screening
▸ Fund Screening

[Help] [About IR] [Guide]

Featured Broker

SALOMON SMITH BARNEY

Ratio Comparison
report:
**AUG Corp.**
OTC: AUGC
Sector: Technology
Industry: Computer Networks

Provided By: market guide

### RATIO COMPARISON

| Valuation Ratios | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| P/E Ratio (TTM) | NM | 32.76 | 42.46 | 30.00 |
| P/E High - Last 5 Yrs. | NA | 48.45 | 67.34 | 50.14 |
| P/E Low - Last 5 Yrs. | NA | 14.62 | 18.79 | 17.63 |
| Beta | 0.73 | 1.43 | 1.80 | 1.00 |
| Price to Sales (TTM) | NM | 3.36 | 5.92 | 3.63 |
| Price to Book (MRQ) | NM | 4.10 | 5.18 | 5.34 |
| Price to Tangible Book (MRQ) | NM | 6.45 | 6.69 | 8.21 |
| Price to Cash Flow (TTM) | NM | 41.33 | 35.67 | 22.72 |
| Price to Free Cash Flow (TTM) | NM | 51.21 | 31.93 | 36.36 |
| % Owned Institutions | 0.08 | 43.30 | 45.20 | 60.72 |

| Dividends | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Dividend Yield | 0.00 | 1.06 | 0.73 | 1.76 |
| Dividend Yield - 5 Year Avg. | NA | 0.23 | 0.22 | 1.30 |
| Dividend 5 Year Growth Rate | NM | 15.79 | 7.62 | 8.40 |
| Payout Ratio (TTM) | 0.00 | 3.65 | 7.02 | 30.34 |

| Growth Rates(%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Sales (MRQ) vs Qtr. 1 Yr. Ago | NM | -5.23 | -6.04 | -1.44 |
| Sales (TTM) vs TTM 1 Yr. Ago | NA | -2.19 | -7.97 | 1.94 |
| Sales - 5 Yr. Growth Rate | NM | 31.10 | 23.32 | 12.88 |
| EPS (MRQ) vs Qtr. 1 Yr. Ago | NM | -0.38 | 4.70 | 6.73 |
| EPS (TTM) vs TTM 1 Yr. Ago | NA | -3.30 | -35.99 | -8.62 |
| EPS - 5 Yr. Growth Rate | NM | 24.08 | 12.14 | 8.20 |
| Capital Spending - 5 Yr. Growth Rate | -100.00 | 28.82 | 16.06 | 10.55 |

| Financial Strength | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Quick Ratio (MRQ) | 0.40 | 2.10 | 2.43 | 1.12 |
| Current Ratio (MRQ) | 0.40 | 2.49 | 3.02 | 1.67 |
| LT Debt to Equity (MRQ) | NM | 0.13 | 0.23 | 0.65 |
| Total Debt to Equity (MRQ) | NM | 0.17 | 0.30 | 1.04 |
| Interest Coverage (TTM) | -8.90 | 18.51 | 7.16 | 7.77 |

AOL Investment Research: Comparisons

| Profitability Ratios (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Gross Margin (TTM) | NM | 47.86 | 47.46 | 46.49 |
| Gross Margin - 5 Yr. Avg. | 38.72 | 50.09 | 51.96 | 47.64 |
| EBITD Margin (TTM) | NM | 4.05 | 13.52 | 19.71 |
| EBITD - 5 Yr. Avg. | -1,074.30 | 13.42 | 20.62 | 21.80 |
| Operating Margin (TTM) | NM | -1.01 | 6.24 | 15.78 |
| Operating Margin - 5 Yr. Avg. | NM | 7.88 | 14.87 | 17.95 |
| Pre-Tax Margin (TTM) | NM | 2.95 | 7.48 | 13.62 |
| Pre-Tax Margin - 5 Yr. Avg. | NM | 8.77 | 17.75 | 17.17 |
| Net Profit Margin (TTM) | NM | -5.64 | 1.45 | 8.40 |
| Net Profit Margin - 5 Yr. Avg. | NM | 4.63 | 10.76 | 11.25 |
| Effective Tax Rate (TTM) | NM | 40.42 | 32.76 | 34.22 |
| Effective Tax Rate - 5 Yr. Avg. | NM | 41.89 | 34.87 | 35.75 |

| Management Effectiveness (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Return On Assets (TTM) | -684.78 | -2.31 | 0.61 | 5.72 |
| Return On Assets - 5 Yr. Avg. | -386.21 | 6.44 | 9.27 | 7.94 |
| Return On Investment (TTM) | NM | -2.33 | 2.12 | 9.25 |
| Return On Investment - 5 Yr. Avg. | 694.75 | 9.52 | 14.13 | 12.69 |
| Return On Equity (TTM) | NM | -2.03 | 4.02 | 16.78 |
| Return On Equity - 5 Yr. Avg. | NA | 11.68 | 18.92 | 21.43 |

| Efficiency | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Revenue/Employee (TTM) | NM | 184,934 | 351,181 | 522,614 |
| Net Income/Employee (TTM) | NM | 14,050 | 48,406 | 78,618 |
| Receivable Turnover (TTM) | NM | 5.18 | 6.44 | 9.37 |
| Inventory Turnover (TTM) | NA | 17.92 | 11.04 | 10.29 |
| Asset Turnover (TTM) | 0.00 | 0.93 | 0.73 | 0.97 |

50 Companies in the Computer Networks industry listed in order of descending market capitalization.

| NTAP | DASTY | CVG | COMS | REY | JKHY | CERN | TTN | NOVL |
|---|---|---|---|---|---|---|---|---|
| BBOX | INGR | ASIA | SYKE | FFIV | CMNT | RADS | NYFX | RSYS |
| TIER | ETS | NTCT | DRCO | STEL | LEON | RDWR | LDCL | SCIX |
| NWK | SNIC | LNOP | PILL | VISG | ELTE | QSII | NTPA | VRSO |
| TSCC | AINN | MEDW | PXXI | CFLO | ISWI | TPPP | LANV | INTZ |
| HDRN | MADGF | DAOU | VOCL | LARS | | | | |

Alphabetical Listing of all Industries in the Technology Sector

Communications Equipment

Computer Hardware

Computer Networks

Computer Peripherals

Computer Services

Computer Storage Devices

AOL Investment Research: Comparisons

Electronic Instr. & Controls
Office Equipment
Scientific & Technical Instr.
Semiconductors
Software & Programming

© Copyright 2000 Multex.com, Inc. All rights reserved.

 Search - Finance Home - Yahoo! - Help 

Yahoo! Finance - Computer Networks Industry

**TD WATERHOUSE**

Sector Summary | Industry Summary

## Computer Networks Companies

As of 3-May-2002

Enter symbol:
symbol lookup    [ View Industry ]

Premium Document Search for **Computer Networks**

Sectors > Technology > Computer Networks

Click on column heading to sort.    Download Spreadsheet

| Description ▲ | 1-Day Price Chg % | Market Cap | P/E | ROE % | Div. Yield % | Debt to Equity | Price to Book | Rev Qtr vs Yr Ago |
|---|---|---|---|---|---|---|---|---|
| **Sector:** Technology | -2.58 | 2591.5B | 38.41 | 4.00 | 0.81 | 0.31 | 4.51 | -8.37 |
| **Industry:** Computer Networks | -1.42 | 32.6B | 30.45 | 0.45 | 1.05 | 0.18 | 3.72 | -4.22 |
| **Companies** |||||||||
| Affinity Technology Group (AFFI.OB) | 0.00 | 3.2M | NA | -608.27 | 0.00 | 0.66 | 9.38 | NA |
| Applied Innovation Inc. (AINN) | 1.06 | 72.1M | NA | -5.42 | 0.00 | 0.01 | 1.45 | -63.02 |
| Applied Microsystems Corp (APMC) | -0.99 | 7.2M | NA | -74.56 | 0.00 | 0.03 | 1.09 | -51.90 |
| ARI Network Services Inc. (ARIS.OB) | 6.67 | 2.0M | NA | NA | 0.00 | NA | NA | -18.80 |
| ASA International Ltd. (ASAA) | 0.74 | 4.1M | NA | -3.22 | 0.00 | 0.40 | 0.43 | -33.05 |
| Asante Technologies, Inc. (ASNT.OB) | 0.00 | 2.3M | NA | -68.38 | 0.00 | 0.00 | 1.14 | -21.15 |
| Asiainfo Holdings Inc. (ASIA) | 2.71 | 469.6M | 43.31 | 6.64 | 0.00 | 0.02 | 2.51 | -20.24 |
| AUG Corp. (AUGC.OB) | -5.00 | 6.2M | NA | NA | 0.00 | NA | NA | NA |
| Auto-Trol Technology Corp (ATRC.OB) | 0.00 | 9.5M | NA | NA | 0.00 | NA | NA | -6.60 |
| Black Box Corporation (BBOX) | 0.15 | 947.8M | 14.64 | 15.79 | 0.00 | 0.22 | 2.01 | -18.72 |
| CacheFlow Inc. (CFLO) | 8.77 | 27.4M | NA | -235.00 | 0.00 | 0.00 | 0.39 | -48.68 |
| CAM Commerce Solutions (CADA) | 2.31 | 12.2M | NA | -20.95 | 0.00 | 0.00 | 1.04 | -6.52 |
| Castelle (CSTL) | 0.00 | 3.7M | NA | -3.59 | 0.00 | 0.02 | 0.89 | 0.81 |
| Cerner Corporation (CERN) | 0.42 | 1.9B | NA | -10.47 | 0.00 | 0.29 | 4.54 | 44.87 |
| Computer Network Tech. (CMNT) | -7.68 | 266.9M | NA | -5.67 | 0.00 | 0.01 | 1.23 | 29.18 |
| CompuTrac, Inc. (LLB) | 0.00 | 2.2M | 13.75 | 3.21 | 0.00 | 0.13 | 0.45 | 9.43 |
| Convergys Corporation (CVG) | -3.07 | 4.5B | 32.63 | 11.46 | 0.00 | 0.12 | 3.51 | -0.68 |

Yahoo! Finance - Computer Networks Industry

<div align="right">Page 2 of 3</div>

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Creative Computer Applic. (CAP) | 0.00 | 4.5M | 14.29 | 9.86 | 0.00 | 0.06 | 1.30 | 41.17 |
| DAOU Systems, Inc. (DAOU.OB) | 0.96 | 22.6M | NA | -20.08 | 0.00 | 0.01 | 1.30 | -38.31 |
| Dassault Systemes S.A. (DASTY) | -0.99 | 4.9B | 57.52 | 18.11 | NA | 0.00 | 9.46 | 10.54 |
| Dynamics Research Corp. (DRCO) | -0.60 | 170.7M | 26.83 | 19.72 | 0.00 | 0.25 | 4.57 | 1.25 |
| ebix.com Inc. (EBIX) | 7.14 | 13.7M | 57.69 | 12.04 | 0.00 | 0.13 | 3.53 | 17.84 |
| ELITE Information Group (ELTE) | -0.50 | 98.1M | 18.21 | 15.88 | 0.00 | 0.00 | 2.59 | 28.48 |
| Enterasys Networks, Inc. (ETS) | -5.36 | 209.5M | NA | -64.58 | 0.00 | 0.00 | 0.27 | -50.42 |
| F5 Networks Inc. (FFIV) | 7.76 | 321.9M | NA | -18.24 | 0.00 | 0.00 | 3.33 | 0.13 |
| General Automation, Inc. (GAUM.OB) | 0.00 | 1.8M | NA | NA | 0.00 | NA | NA | -81.01 |
| Hadron, Inc. (HDRN.OB) | 4.32 | 27.8M | 49.49 | 12.90 | 0.00 | 0.74 | 2.48 | 208.18 |
| INSCI Corp. (INSS.OB) | 33.33 | 4.0M | NA | NA | 0.00 | NA | NA | -26.49 |
| Interactive Systems World (ISWI) | 0.72 | 25.0M | 4.91 | 108.67 | 0.00 | 0.00 | 3.06 | 69.06 |
| Intergraph Corporation (INGR) | 3.78 | 946.0M | 51.35 | 6.79 | 0.00 | 0.01 | 3.20 | -14.59 |
| International Fibercom (IFCQE.OB) | -16.67 | 0.2M | NA | -105.74 | 0.00 | 12.69 | 0.13 | -10.86 |
| Intrusion Inc. (INTZ) | -2.86 | 28.1M | NA | -71.79 | 0.00 | 0.00 | 0.84 | -52.73 |
| Jack Henry & Associates, (JKHY) | -0.52 | 2.1B | 37.50 | 18.86 | 0.60 | 0.00 | 6.28 | -0.28 |
| Jyra Research Inc. (JYRAE.OB) | 42.86 | 0.6M | NA | 154.32 | 0.00 | 0.01 | 0.97 | 196.32 |
| LanOptics, Ltd. (LNOP) | -3.28 | 90.1M | NA | -3.44 | 0.00 | 0.00 | 16.46 | -88.06 |
| LanVision Systems, Inc. (LANV) | 3.45 | 26.7M | 136.36 | 8.14 | 0.00 | 2.03 | 9.87 | -2.77 |
| Larscom Incorporated (LARS) | -7.83 | 20.0M | NA | -90.26 | 0.00 | 0.00 | 0.88 | -36.83 |
| LION bioscience AG (LEON) | -4.24 | 148.2M | NA | -15.95 | 0.00 | 0.02 | 0.74 | 34.06 |
| Loudcloud, Inc. (LDCL) | -14.86 | 113.7M | NA | -213.69 | 0.00 | 0.92 | 1.97 | 78.53 |
| Madge Networks N.V. (MADGF) | -5.00 | 20.6M | 0.93 | NA | 0.00 | NA | NA | -54.53 |
| MAI Systems Corporation (NOW) | -2.86 | 4.7M | 1.54 | NA | 0.00 | NA | NA | -23.98 |
| Mediware Info. Systems (MEDW) | 1.19 | 61.5M | 30.80 | 12.40 | 0.00 | 0.07 | 3.44 | 9.77 |
| Netopia, Inc. (NTPA) | 4.76 | 79.7M | NA | -49.17 | 0.00 | 0.00 | 1.21 | -24.58 |
| NetScout Systems, Inc. (NTCT) | -1.10 | 267.9M | NA | -9.77 | 0.00 | 0.00 | 2.35 | 6.58 |
| Network Appliance, Inc. (NTAP) | -6.34 | 4.9B | NA | -0.52 | 0.00 | 0.00 | 5.83 | -31.23 |
| Network Equipment Techs. (NWK) | 4.91 | 132.3M | NA | -24.97 | 0.00 | 0.18 | 0.99 | -1.20 |
| Novell, Inc. (NOVL) | 1.13 | 1.3B | NA | -20.75 | 0.00 | 0.00 | 1.01 | 10.62 |
| NYFIX Inc. (NYFX) | 10.29 | 292.7M | 37.23 | 10.16 | 0.00 | 0.01 | 2.92 | 59.64 |
| Olicom A/S (OLCMF.OB) | 0.00 | 13.9M | NA | -22.93 | 0.00 | 0.00 | 0.49 | NA |
| PowerCerv Corporation (PCRV.OB) | 0.00 | 0.7M | NA | -227.65 | 0.00 | 0.00 | 5.44 | -59.63 |
| Prophet 21, Inc. (PXXI) | -4.73 | 49.9M | 56.71 | 3.59 | 0.00 | 0.00 | 1.88 | -0.92 |
| ProtoSource Corporation (PSCO.OB) | 0.00 | 4.5M | NA | -69.72 | 0.00 | 0.11 | 5.88 | -3.53 |

Yahoo! Finance - Computer Networks Industry                                    Page 3 of 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ProxyMed, Inc. (PILL) | -0.99 | 102.8M | NA | -69.94 | 0.00 | 0.31 | 4.28 | 36.89 |
| Radiant Systems, Inc. (RADS) | 7.99 | 316.8M | 604.74 | 0.65 | 0.00 | 0.02 | 3.05 | -7.97 |
| RadiSys Corporation (RSYS) | 6.64 | 260.6M | NA | -16.86 | 0.00 | 0.69 | 1.72 | -6.07 |
| Radware Ltd. (RDWR) | -0.41 | 162.2M | NA | -8.11 | 0.00 | 0.00 | 1.26 | -21.15 |
| Reynolds & Reynolds (REY) | 0.78 | 2.1B | 20.69 | 21.81 | 1.49 | 0.68 | 4.41 | 1.52 |
| Saztec International Inc. (SAZZ.OB) | 0.00 | 0.6M | NA | NA | 0.00 | NA | NA | -17.66 |
| Scitex Corp. Ltd. (SCIX) | 1.29 | 135.1M | NA | -61.46 | 0.00 | 0.16 | 0.46 | -8.39 |
| Sento Corporation (SNTO) | 0.00 | 7.9M | 15.93 | 8.75 | 0.00 | 0.75 | 1.46 | -20.81 |
| SofTech, Inc. (SOFT.OB) | 0.00 | 1.8M | NA | -250.98 | 0.00 | 37.49 | 5.91 | -15.41 |
| Sonic Solutions (SNIC) | 8.37 | 112.8M | NA | -207.69 | 0.00 | 0.00 | 678.60 | 68.01 |
| Stellent, Inc. (STEL) | -22.22 | 108.3M | NA | -13.08 | 0.00 | 0.00 | 0.63 | -36.63 |
| Sykes Enterprises, Inc. (SYKE) | -1.37 | 406.9M | NA | -0.71 | 0.00 | 0.00 | 2.13 | -16.86 |
| Technology Solutions Co. (TSCC) | -2.78 | 74.5M | NA | -12.04 | 0.00 | 0.00 | 1.00 | -20.05 |
| Tier Technologies, Inc. (TIER) | -0.77 | 278.1M | 37.62 | 6.89 | 0.00 | 0.05 | 1.81 | -29.89 |
| Titan Corporation (TTN) | 0.00 | 1.8B | 23.58 | 17.95 | 0.00 | 0.70 | 3.31 | 30.92 |
| Triple P N.V. (TPPP) | 1.16 | 26.5M | 8.97 | 40.23 | 0.00 | 0.00 | 8.28 | -27.90 |
| V-ONE Corporation (VONE) | 25.00 | 18.2M | NA | -211.14 | 0.00 | 0.02 | 6.15 | 50.31 |
| Verso Technologies, Inc. (VRSO) | 5.32 | 77.2M | NA | -5.61 | 0.00 | 0.22 | 5.02 | NA |
| Vertel Corp. (VRTL) | -4.17 | 7.7M | NA | -84.56 | 0.00 | 0.00 | 0.72 | -58.24 |
| Viisage Technology, Inc. (VISG) | -5.37 | 80.4M | NA | -8.07 | 0.00 | 0.28 | 1.69 | 0.49 |
| VocalTec Communications (VOCL) | -1.51 | 15.8M | NA | -54.42 | 0.00 | 0.00 | 0.51 | -70.12 |
| Webb Interactive Services (WEBB.OB) | 0.00 | 12.7M | NA | NA | 0.00 | NA | NA | 947.27 |
| 1MAGE Software, Inc. (ISOL.OB) | 0.00 | 1.6M | 7.81 | 22.94 | 0.00 | 0.00 | 1.70 | -4.69 |
| 3Com Corporation (COMS) | -1.61 | 2.0B | NA | -44.74 | 0.00 | 0.10 | 0.99 | -43.46 |

Copyright © 2002 Yahoo! Inc. All rights reserved. Privacy Policy · Terms of Service
Copyright Market Guide. Data and information is provided for informational purposes only, and is not intended for trading purposes. Neither Yahoo nor any of its data or content providers shall be liable for any errors or delays in the content, or for any actions taken in reliance thereon.

**APPENDIX IV**
**HISTORICAL FINANCIAL STATEMENTS FOR AUG CORP.**
**FOR THE**
**TWO YEARS ENDED DECEMBER 31, 2001**

BLOOM AND COMPANY

Hempstead, NY
March 26, 2001

F-1

<PAGE>

INDEPENDENT AUDITORS' REPORT

To the Board of Directors of AUG Corp.

We have audited the accompanying balance sheet of AUG Corp. as of December 31,
2001 and the related statements of operations, changes in stockholders' equity
and cash flows for the year then ended. These financial statements are the
responsibility of the Company's management. Our responsibility is to express an
opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted
in the United States of America. Those standards require that we plan and
perform the audit to obtain reasonable assurance about whether the financial
statements are free of material misstatements. An audit includes examining, on a
test basis, evidence supporting the amounts and disclosures in the financial
statements. An audit also includes assessing the accounting principles used and
significant estimates made by management, as well as evaluating the overall
financial statement presentation. We believe that our audit provides a
reasonable basis for our opinion.

In our opinion, the financial statements referred to above, present fairly, in
all material respects, the financial position of AUG Corp. as of December 31,
2001 and the results of its operations and its cash flows for the year then
ended, in conformity with accounting principles generally accepted in the United
States of America.

The accompanying financial statements have been prepared assuming that the
Company will continue as a going concern. As discussed in Note 5 to the
financial statements, the Company has an accumulated deficit of $22,371,214 and
a negative cash flow from operations of $385,593. These matters raise
substantial doubt about the Company's ability to continue as a going concern.
Management's plan in regards to these matters is also described in Note 5. The
financial statements do not include any adjustments that might result from the
outcome of this uncertainty.

WEINBERG & COMPANY, P.A.

Boca Raton, Florida
April 12, 2002

F-2

<PAGE>

AUG CORP.
BALANCE SHEET

DECEMBER 31, 2001
-----------------

```
<TABLE>
<CAPTION>
                                    ASSETS
                                    ------
<S>                                                             <C>
CURRENT ASSETS
  Cash and cash equivalents                                     $       36,079
  Cash advance for pending merger                                      600,000
                                                                ------------

TOTAL ASSETS                                                    $      636,079
------------                                                    ============


              LIABILITIES AND STOCKHOLDERS' DEFICIENCY
              ----------------------------------------

CURRENT LIABILITIES
  Accrued expenses                                              $        7,258
                                                                ------------
       Total Current Liabilities                                         7,258
                                                                ------------


STOCKHOLDERS' EQUITY
  Common stock, $.0001 par value, 148,000,000 shares authorized,
    82,189,964 shares issued and outstanding                             8,220
  Additional paid-in capital                                        22,991,815
  Accumulated deficit                                              (22,371,214)
                                                                ------------

       Total Stockholders' Equity                                      628,821
                                                                ------------

TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY                      $      636,079
------------------------------------------                      ============

</TABLE>
              See accompanying notes to financial statements.
                                  F-3


<PAGE>
                                AUG CORP.
                        STATEMENTS OF OPERATIONS
              FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000
              --------------------------------------------------


<TABLE>
<CAPTION>
                                                        2001
                                                ------------        --
<S>                                             <C>                 <C
REVENUES, NET                                   $          --       $
                                                ------------        --
```

```
OPERATING EXPENSES
  General and administrative expenses                   350,280
  Loss on impairment of goodwill                            --
                                                      ------------    --
      Total Operating Expenses                            350,280
                                                      ------------    --

LOSS FROM OPERATIONS                                     (350,280)
                                                      ------------    --

OTHER INCOME (EXPENSE)
  Other income                                           108,134
  Interest income                                            --
  Interest expense                                          --
                                                      ------------    --
      Total Other Income (Expense)                       108,134
                                                      ------------    --

LOSS BEFORE EXTRAORDINARY ITEM                           (242,146)

  Gain from extinguishment of debt                      1,663,501
                                                      ------------    --

NET INCOME (LOSS)                                   $  1,421,355    $
-----------------                                   ============    ==

Net income (loss) per share of common stock
  Basic                                             $        .14    $
                                                    ============    ==
  Diluted                                           $        .06    $
                                                    ============    ==

Weighted average number of shares outstanding
  during the period
  Basic                                                 9,915,928
                                                    ============    ==
  Diluted                                              23,860,107
                                                    ============    ==
</TABLE>
```

See accompanying notes to financial statements.

F-4

<PAGE>

AUG CORP.
STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY (DEFICIENCY)
FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000
-----------------------------------------------

```
<TABLE>
<CAPTION>
                                     Preferred Stock                    Co
                                 Shares                              Shares
                              Outstanding          Amount          Outstanding
                              ------------       ------------       ------------
<S>                               <C>              <C>                  <C>
Balance, December 31, 1999            --       $        --             29,844

Issuance of common stock for cash     --                --              1,500

Issuance of preferred stock    1,416,700            14,167                 --
```

| | | | |
|---|---|---|---|
| Additional shares of common stock issued per 1997 Private Placement | -- | -- | 8,199 |
| Net loss | -- | -- | -- |
| Balance, December 31, 2000 | 1,416,700 | 14,167 | 39,543 |
| Issuance of common stock for extinguishment of debt | -- | -- | 65,743 |
| Conversion of preferred stock to common stock | (1,416,700) | (14,167) | 1,209,678 |
| Issuance of preferred stock and stock warrants to new owners | 2,000,000 | 20,000 | -- |
| Issuance of treasury stock | -- | -- | -- |
| Issuance of common stock for cash | -- | -- | 27,500,000 |
| Issuance of common stock for services | -- | -- | 1,375,000 |
| Conversion of preferred stock to common stock | (2,000,000) | (20,000) | 40,000,000 |
| Exercise of common stock purchase warrants | -- | -- | 12,000,000 |
| Net income | -- | -- | -- |
| BALANCE, DECEMBER 31, 2001 | -- | $ -- | 82,189,964 |

```
</TABLE>
(RESTUBBED TABLE), (Continued Next page)

<PAGE>
<TABLE>
<CAPTION>
(RESTUBBED TABLE)
```

| | Treasury Stock | | Accumulated Deficit |
|---|---|---|---|
| | Shares Outstanding | Amount | |
| <S> | <C> | <C> | <C> |
| Balance, December 31, 1999 | -- | $ -- | $(23,494,270 |
| Issuance of common stock for cash | -- | -- | -- |
| Issuance of preferred stock | -- | -- | -- |
| Additional shares of common stock issued per 1997 Private Placement | -- | -- | -- |
| Net loss | -- | -- | (298,298 |
| Balance, December 31, 2000 | -- | -- | (23,792,568 |

| | | | |
|---|---|---|---|
| Issuance of common stock for extinguishment of debt | -- | -- | -- |
| Conversion of preferred stock to common stock | -- | -- | -- |
| Issuance of preferred stock and stock warrants to new owners | 670,854 | 207,500 | -- |
| Issuance of treasury stock | (670,854) | (207,500) | -- |
| Issuance of common stock for cash | -- | -- | -- |
| Issuance of common stock for services | -- | -- | -- |
| Conversion of preferred stock to common stock | -- | -- | -- |
| Exercise of common stock purchase warrants | -- | -- | -- |
| Net income | -- | -- | 1,421,354 |
| | ------------ | ------------ | ------------ |
| BALANCE, DECEMBER 31, 2001 | -- | $          -- | $(22,371,214 |
| | ============ | ============ | ============ |

</TABLE>

                    See accompanying notes to financial statements.
                                      F-5
<PAGE>

                                   AUG CORP.
                           STATEMENTS OF CASH FLOWS
                   FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000
                   ----------------------------------------------

<TABLE>
<CAPTION>

|  | 20 |
|---|---|
|  | ------ |
| <S> | <C> |
| CASH FLOWS FROM OPERATING ACTIVITIES: | |
|  Net Income (Loss) | $ 1,42 |
|  Adjustments to reconcile net income (loss) to net cash used in operating activities: | |
|    Extraordinary gain on extinguishment of debt | (1,66 |
|    Loss from write-off of goodwill | |
|    Stock issued for consulting services | 3 |
|    Reversal of accounts payable, note payable and capital lease obligation | (10 |
|  Changes in assets and liabilities: | |
|    Accrued expenses | (7 |
|  | ------ |
|      Net Cash Used In Operating Activities | (38 |
|  | ------ |
| CASH FLOWS FROM INVESTING ACTIVITIES: | |
|  Payment for pending merger | (60 |
|  Purchase of common stock of former stockholder | (20 |
|  | ------ |
|      Net Cash Used In Investing Activities | (80 |

```
                                                              ------
CASH FLOWS FROM FINANCING ACTIVITIES:
 Proceeds from issuance of common stock                         1,20
 Note payable
                                                              ------
       Net Cash Provided By Financing Activities                1,20
                                                              ------

INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS

CASH AND CASH EQUIVALENTS - BEGINNING OF PERIOD                    2
                                                              ------

CASH AND CASH EQUIVALENTS - END OF PERIOD                    $     3
-----------------------------------------                    ======
</TABLE>
```

SUPPLEMENTAL DISCLOSURE OF NON-CASH INVESTING AND FINANCING ACTIVITIES

During the year ended December 31, 2001, 6,574,336 shares valued at $2,200 were
issued for the extinguishment of debt consisting of notes and interest valued at
$1,665,701. A gain on extinguishment of debt was recognized for $1,663,501.

                     See accompanying notes to financial statements.
                                      F-6

<PAGE>
                                  AUG CORP.
                       NOTES TO FINANCIAL STATEMENTS
                            DECEMBER 31, 2001
                            -----------------


NOTE 1 ORGANIZATION AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES
------ -----------------------------------------------------------

       (A) Organization and Change of Ownership
       ----------------------------------------

       AUG Corp. (the "Company") was incorporated in 1990 to develop and
       distribute fiber optic printed circuit boards in the publishing and
       printing markets. The fiber optic products had limited success and in
       fiscal 1994 the Company began phasing out the fiber optic operations and
       began the transition into a systems integration and engineering
       consulting business. In 1995, the Company made a strategic shift in its
       business operation into the server market.

       In November 1998, the Company was informed by the investment bank that
       had provided financing that they would be unable to secure the additional
       funding required to repay an outstanding bridge loan and provide the
       Company with the necessary working capital to support its plan and
       ongoing operations. The Company began to seek alternative financing, but
       was unable to secure the necessary funds (See Note 2(A) for
       extinguishment of the bridge loan).

       In January 1999, the Board of Directors decided to seek buyers, strategic
       partners and merger opportunities to make the Company economically
       viable.

       On March 11, 2000, Right2Web.Com, Inc. acquired 1,416,700 shares of the
       Company's preferred stock convertible into 92% of the outstanding shares
       of the Company's common stock. In return for the shares of preferred

stock, Right2Web.Com, Inc. undertook to satisfy the Company's current
debt and obligations and fund its operations. The transaction was valued
at $40,480 and was accounted for as a reverse merger in 2000. The
preferred stock was converted into common stock in 2001.

In September 2001, the Board of Directors and a majority of the
stockholders of the Company voted to change the name of the Company to
AUG Corp. The name change became effective on October 29, 2001.

Effective August 31, 2001, the Company entered into a Stock Purchase
Agreement ("Agreement") with the purchaser, a Curacao, Netherlands
Antilles corporation. Under this Agreement, the purchaser purchased
2,000,000 shares of the Company's Series A Preferred Stock, par value
$.01 and 670,854 shares of the Company's common stock (post 100:1 reverse
stock split) for the sum of $400,000 (See Notes 2(B) and 3). The
preferred shares are convertible into an aggregate of 40,000,000 common
shares, par value $.0001, upon the completion of a 100:1 reverse stock
split of the Company's common stock (See Note 3).

F-7

<PAGE>

AUG CORP.
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2001
------------------

In addition, under the Agreement, the Company issued warrants to a
company related to and controlled by the purchaser to purchase 10,000,000
shares of the Company's common stock exercisable at $.01 per share until
November 30, 2001; warrants to purchase 20,000,000 shares of the
Company's common stock exercisable at $.05 per share until August 31,
2004; and warrants to purchase 20,000,000 shares of the Company's common
stock exercisable at $.10 per share until August 31, 2006. In accordance
with the Agreement, the Company also issued to another company controlled
by the purchaser an option to purchase 2,000,000 shares of the Company's
common stock along with warrants to purchase 1,000,000 shares of the
Company's common stock exercisable at $.05 per share until August 31,
2004 and was also issued warrants to purchase 1,000,000 shares of the
Company's common stock at $.10 per share until August 31, 2006.

The Company entered into a share exchange agreement effective January 7,
2002. In accordance with the share exchange agreement, the Company
acquired 100% of the issued and outstanding common stock of Synthesys
Secure Technologies, Inc., ("Synthesys") a Florida corporation, in
exchange for 5,350,259 shares of common stock of the Company. As a result
of the exchange, Synthesys became a wholly owned subsidiary of the
Company and the stockholders of Synthesys became stockholders of
approximately 6% of the Company (See Note 6).

(B) Use of Estimates
--------------------

In preparing financial statements in conformity with generally accepted
accounting principles, management is required to make estimates and
assumptions that affect the reported amounts of assets and liabilities
and the disclosure of contingent assets and liabilities at the date of
the financial statements and revenues and expenses during the reported
period. Actual results could differ from those estimates.

(C) Cash and Cash Equivalents

------------------------------

For purposes of the cash flow statements, the Company considers all
highly liquid investments with original maturities of three months or
less at the time of purchase to be cash equivalents.

(D) Fair Value of Financial Instruments
---------------------------------------

The carrying amounts of the Company's accrued liabilities, approximates
fair value due to the relatively short period to maturity for these
instruments.

(E) Revenue Recognition
-----------------------

The Company did not have any revenues during 2001 or 2000.

<div align="center">F-8</div>

<PAGE>

<div align="center">
AUG CORP.
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2001
------------------
</div>

(F) Income Taxes
----------------

Deferred tax assets or liabilities are recognized for the future tax
consequences attributable to differences between the financial statement
carrying amounts of existing assets and liabilities and their respective
tax bases. Deferred tax assets and liabilities are measured using enacted
tax rates expected to apply to taxable income in the years in which those
temporary differences are expected to be recovered or settled. The effect
on deferred tax assets and liabilities of a change in tax rates is
recognized in income in the period that includes the enactment date.

(G) Impairment of Long-Lived Assets
-----------------------------------

The Company has evaluated its long-lived assets for financial impairment,
and will continue to evaluate them as events or changes in circumstances
indicated that the carrying amount of such assets may not be fully
recoverable.

The Company evaluates the recoverability of long-lived assets not held
for sale by measuring the carrying amount of the assets against the
estimated undiscounted future cash flows associated with them. At the
time such cash flows of certain long-lived assets are not sufficient to
recover the carrying value of such assets, the assets are adjusted to
their fair values.

(H) Income (Loss) Per Share
---------------------------

Basic earnings (loss) per common share are based on net income (loss)
divided by the weighted average number of common shares outstanding.
Diluted earnings per common share are adjusted to reflect the incremental
number of shares issuable for the assumed conversion of common stock
purchase warrants if such adjustments are dilutive.

(I) Business Segments
---------------------

The Company operates in one segment and therefore segment information is
not presented.

(J) New Accounting Pronouncements
---------------------------------

Statement of Financial Accounting Standards ("SFAS") No. 142, "Goodwill
and Other Intangible Assets" supercedes Accounting Principles Board
Opinion 17 and related interpretations. SFAS No. 142 establishes new
rules on accounting for the acquisition of intangible assets acquired in
a business combination and the manner in which goodwill and all other
intangibles should be accounted for subsequent to their initial
recognition in a business combination accounted for under SFAS No. 141.
Under SFAS No. 142, intangible assets should be recorded at fair value.
Intangible assets with finite useful lives should be amortized over such
period and those with indefinite lives should not be amortized. All
intangible assets being amortized as well as those that are not, are both

                                    F-9

<PAGE>

                                AUG CORP.
                    NOTES TO FINANCIAL STATEMENTS
                          DECEMBER 31, 2001
                          -----------------

subject to review for potential impairment under SFAS No. 121,
"Accounting for the Impairment of Long-Lived Assets and for Long-Lived
Assets to be Disposed of". SFAS No. 142 also requires that goodwill
arising in a business combination should not be amortized but is subject
to impairment testing at the reporting unit level to which the goodwill
was assigned to at the date of the business combination.

SFAS No. 142 is effective for fiscal years beginning after December 15,
2001 and must be applied as of the beginning of such year to all goodwill
and other intangible assets that have already been recorded in the
balance sheet as of the first day in which SFAS No. 142 is initially
applied, regardless of when such assets were acquired. Goodwill acquired
in a business combination whose acquisition date is on or after July 1,
2001, should not be amortized, but should be reviewed for impairment
pursuant to SFAS No. 121, even though SFAS No. 142 has not yet been
adopted. However, previously acquired goodwill should continue to be
amortized until SFAS No. 142 is first adopted.

SFAS No. 143 "Accounting for Asset Retirement Obligations" establishes
standards for the initial measurement and subsequent accounting for
obligations associated with the sale, abandonment, or other type of
disposal of long-lived tangible assets arising from the acquisition,
construction, or development and/or normal operation of such assets. SFAS
No. 143 is effective for fiscal years beginning after June 15, 2002, with
earlier application encouraged.

The adoption of these pronouncements may have a material effect on the
Company's financial position or results of operations in the year 2002
based on the Goodwill recognized as a result of the merger with Synthesys
on January 7, 2002 (See Note 6).

NOTE 2 EXTINGUISHMENT OF DEBT
------ ---------------------

     (A) Bridge Financing Loans
     -------------------------

     In September 1998, the Company obtained $1,500,000 in bridge financing
consisting of secured convertible promissory notes and 750,000 common
stock purchase warrants. The promissory notes had an interest rate of 8%
and were to be repaid at the earlier of July 31, 1999 or (i) any sale,
pledge, assignment or disposition of any assets of the Company; (ii) any
merger or consolidation of the borrower or change of control of the
Company; (iii) proceeds of at least $4,000,000 from the sale or issuance
of any debt or equity securities or proceeds of any loans. The common
stock warrants were exercisable at $.40 per share and expired five years
from the date of issuance.

     In March 2001, the Company issued 6,574,336 shares of common stock (post
4:1 reverse stock split; see Note 3) in exchange for the total
outstanding notes, warrants and accrued interest of $1,665,701. The stock
was valued at $2,200 based on an independent appraisal, creating a gain
on the extinguishment of debt in the amount of $1,663,501. This gain is
reflected on the statement of operations as an extraordinary gain on the
extinguishment of debt.

<div align="center">F-10</div>

&lt;PAGE&gt;

<div align="center">AUG CORP.<br>
NOTES TO FINANCIAL STATEMENTS<br>
DECEMBER 31, 2001<br>
-----------------</div>

     (B) Accounts Payable and Other Liabilities
     ------------------------------------------

     In accordance with the Agreement (See Note 1), the Company was to use the
$400,000 proceeds to satisfy any and all of the Company's obligations.
The Company made payments to settle accounts payable and other
liabilities totaling $192,500. The balance of funds remaining after
liquidating these liabilities, totaling $207,500, was paid to certain
previous stockholders to acquire their 670,854 (post 100:1 reverse stock
split) shares which where subsequently issued to the purchaser (See Note
3(C)).

     In addition, the Company wrote off a total of $108,134 of old (1999 and
prior) accounts payable and other liabilities. The Company determined
these previously recorded liabilities have no likelihood of ever being
paid, nor are the vendors requesting payment.

NOTE 3 STOCKHOLDERS' EQUITY
------ --------------------

     2001
     ----

     In February 2001, 15,778,406 common shares and 2,200,580 common stock
warrants were retired and replaced by 3,944,602 common shares and 550,212
common stock warrants according to the 4:1 reverse stock split approved
by the Board of Directors.

Humanassistant

In September 2001, the Board of Directors and a majority of the
shareholders of the Company voted to effectuate a 100:1 reverse stock
split of the Company's currently issued and outstanding shares of common
stock. The reverse stock split became effective on October 29, 2001.

All shares and per share amounts have been restated to reflect these
transactions.

(A) Issuance of Common Stock for Debt
-------------------------------------

In March 31, 2001, 65,743 shares of common stock were issued for the
settlement of debt. The shares were valued at $2,200 using the fair value
as determined by an independent appraiser (See Note 2A).

(B) Conversion of Outstanding Preferred Stock
---------------------------------------------

In March 31, 2001, the Company converted the 1,416,700 shares of
preferred stock outstanding to 1,209,678 shares of common stock.

(C) Purchase of Common Stock from Stockholders and Issuance of
--------------------------------------------------------------
Preferred Stock, Common Stock and Warrants to New Stockholders
--------------------------------------------------------------

Effective August 31, 2001, the Company entered into a Stock Purchase
Agreement whereby the purchaser purchased 670,854 shares of common stock
from existing stockholders, 2,000,000 shares of newly issued Series A
preferred stock and warrants and options to purchase 54,000,000 shares of

                                F-11

<PAGE>
                            AUG CORP.
                   NOTES TO FINANCIAL STATEMENTS
                       DECEMBER 31, 2001
                       -----------------

the Company's common stock at exercise prices ranging from $.01 to $.10
per share. The options and warrants expire from November 30, 2001 through
August 31, 2006. The purchase price of $400,000 has been allocated to
both the warrants and options and the Series A Preferred Stock. The
warrants were issued to the purchaser and related companies.

(D) Issuance of Common Stock for Cash
-------------------------------------

In November 2001 the Company issued 28,875,000 shares of common stock for
$700,000, according to a Term Sheet dated November 12, 2001. The Company
also incurred consulting fees related to the issuance of this stock, and
issued 1,375,000 additional shares of common stock in payment of these
expenses valued at $35,000.

(E) Conversion of Outstanding Preferred Stock
---------------------------------------------

In November 2001, the Company converted the 2,000,000 shares of preferred
stock to 40,000,000 shares of common stock, par value $0.0001, according
to the preferred stock conversion and redemption rights agreement.

(F) Exercise of Common Stock Warrants
-------------------------------------

In November 2001, the Company issued 10,000,000 shares of common stock in exchange for 10,000,000 warrants at the exercise price of $.01 per share. The Company also issued 2,000,000 shares of common stock for 2,000,000 warrants in a cash-less exercise option of those warrants with an exercise price of $.0001 per share.

2000
----

The following equity transactions for the year ended December 31, 2000 have been restated giving effect to the 4:1 and 100:1 stock splits in 2001.

(A) Issuance of Common Stock for Cash
-------------------------------------

In 2000, the Company issued 1,500 shares of common stock for $60,000.

(B) Issuance of Preferred Stock in Acquisition
----------------------------------------------

On March 11, 2000, Right2Web.Com, Inc. acquired 1,416,700 shares of the Company's preferred stock convertible into 92% of the outstanding shares of the Company's common stock. In return for the shares of preferred stock, Right2Web.Com, Inc. undertook to satisfy the Company's current debt and obligations and fund its operations. The transaction was valued at $40,480 and was accounted for as a reverse merger in 2000. The preferred stock was converted into common stock in 2001.

                                F-12
<PAGE>

                              AUG CORP.
                    NOTES TO FINANCIAL STATEMENTS
                         DECEMBER 31, 2001
                         ----------------

(C) Issuance of Common Stock in Connection with 1997 Private Placement
----------------------------------------------------------------------

During 2000, the Company issued 8,199 shares of common stock in accordance with a 1997 Private Placement Memorandum which required the Company to meet certain profit goals, which the Company did not meet, and therefore was, required to issue additional shares.

NOTE 4 EARNINGS (LOSS) PER SHARE
------ -------------------------

The following is a reconciliation of the numerators and denominators of the basic and diluted EPS computations for "loss before extraordinary item" and "extraordinary item".
<TABLE>
<CAPTION>

                                             For the Year End
                                 ----------------------------
                                      Income
                                    (Numerator)          (De
                                 ---------------       ------

| <S> | <C> | <C> |
|---|---|---|
| Basic EPS | | |
| Loss before extraordinary item | $ (242,146) | |
| Extraordinary item | $ 1,663,501 | |
| Effect of Dilutive Securities Warrants | | ------ |
| Diluted EPS | | |
| Extraordinary item | $ 1,663,501 | |
| Loss before extraordinary item | $ (242,146) | |

</TABLE>
Warrants to purchase 13,944,179 shares of common stock were not included in the calculation of diluted EPS for "loss before extraordinary item" as the effect would be anti-dilutive.

NOTE 5 GOING CONCERN
------ -------------

The Company's financial statements for the year ended December 31, 2001 have been prepared on a going concern basis which contemplated a realization of assets and the settlement of liabilities and commitments in the normal course of business. The Company has a significant accumulated deficit of $22,371,214 and a negative cash flow from operations of $385,593. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

F-13

<PAGE>

AUG CORP.
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2001
-----------------

The ability of the Company to continue as a going concern is dependant on the Company's ability to raise additional capital, and implement its business plan. Management believes that actions presently taken to obtain additional funding provide the opportunity for the Company to continue as a going concern.

NOTE 6 SUBSEQUENT EVENTS
------ -----------------

In January 2002, the Company acquired 100% of the common stock of Synthesys Secure Technologies (See Note 1(A)). The purchase price of the investment amounted to $20,181,948, and was comprised of a cash payment of $600,000 made in December 2001, and the issuance of 5,350,259 shares of restricted common stock valued at $19,581,948. The shares issued were valued at the average quoted trading price during the acquisition period. The fair value of the investment at the acquisition date was determined to be $212,069. The excess of the purchase price over the fair value of the investment will be accounted for as goodwill.

# M E M O R A N D U M

## May 23, 2002

## Value of a Control Ownership Position in SMX Corp. at December 31, 2001



# TABLE OF CONTENTS

1.0 INTRODUCTION ................................................................................................................. 1
      1.1 Fair Market Value ........................................................................................................ 1

2.0 SUMMARY .................................................................................................................... 1

3.0 SCOPE OF REVIEW ..................................................................................................... 1

4.0 BACKGROUND ........................................................................................................... 2
      4.1 Business Description ................................................................................................ 2
      4.2 Aspects of a "Public" Company .............................................................................. 2
      4.3 Comparison with Initial Public Offering ............................................................... 3
      4.4 Potential Target Companies .................................................................................... 3
      4.5 General Business Plan ............................................................................................. 4
      4.6 Terms of a Business Combination or Acquisition .................................................. 5
      4.7 Undertakings and Understandings Required of Target Companies ........................ 5
      4.8 Competition ............................................................................................................. 6
      4.9 Security Ownership of Certain Beneficial Owners and Management ..................... 6
      4.10 Directors, Executive Officers, Promoters and Control Persons ........................... 7

5.0 VALUATION APPROACH ........................................................................................... 8
      5.1 Fair Market Value ................................................................................................... 8
      5.2 Valuation Principles ................................................................................................ 8
      5.3 Capitalization Rates/Discount Rates ....................................................................... 8
      5.4 General Economic Conditions ................................................................................ 9
          5.4.1 Rates of Return ............................................................................................. 9
      5.5 The Earnings Approach ........................................................................................ 10
          5.5.1 Capitalization of Earnings .......................................................................... 10
      5.6 Discounted Cash Flow Analysis .......................................................................... 11
      5.7 Public Stock Market Comparisons to SMXP ...................................................... 12
          5.7.1 Control Premiums ....................................................................................... 12
              5.7.1.1 Premium and Discount Rules of Thumb ............................................. 14
              5.7.1.2 Measurement of the Applicable Premium ........................................... 15
              5.7.1.3 M&A: A Market for Whole Companies ............................................... 15
              5.7.1.4 A Better Way to Calculate the Value of a Control Block ..................... 16
          5.7.2 Blockage ..................................................................................................... 21

6.0 DETERMINATION OF VALUE ................................................................................ 24

APPENDIX I:           SMX CORP. FORECASTS

APPENDIX II:         INDUSTRY AND ECONOMIC DATA

APPENDIX III:        PUBLIC MARKET DATA

APPENDIX IV:        HISTORICAL FINANCIAL STATEMENTS FOR SMX CORP.
                                 FOR THE TWO YEARS ENDED DECEMBER 31, 2001

# MEMORANDUM

## May 23, 2002

### Re:  Value of a Control Ownership Position
### in SMX Corp. at December 31, 2001

## 1.0  INTRODUCTION

This Memorandum provides a Valuation of a control ownership position in SMX Corp. ("SMXP" or the "Company") as at December 31, 2001 (the "Valuation Date").

## 1.1  Fair Market Value

For the purposes herein, fair market value is based on the definition prescribed under Internal Revenue Service ("IRS") Revenue Ruling 59-60, as follows:

> *The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of all relevant facts.*

## 2.0  SUMMARY

According to the information and documents reviewed and the explanations and forecasts included herein, the assumptions on SMXP's business at the Valuation Date, and the other assumptions set out below, the value of a control ownership position in SMXP at the Valuation Date was approximately **$10.04 /share**.

## 3.0  SCOPE OF REVIEW

The scope of this analysis included discussions, reliance and review of the following:

a)      Certain descriptive literature prepared by SMXP was reviewed, including a forecast for SMXP prepared by Company management, included in Appendix I.  Also included in Appendix I is the Business Plan for SpaceLogic, Ltd. ("SLL"). SMXP management has entered into formal discussions to acquire or merge with SLL.

b)      Assumptions on SMXP's business and market position and its outlook, as relayed by Company management at the Valuation Date;

c)      Relevant external and internal public information including economic, investment, industry, public market data as a background against which to assess findings specific to the business were considered, and included in Appendices II and III;

d)      Major contracts both existing and anticipated in the very near future for SMXP were discussed with management, including any features or factors that may have an influence on value;

e)      The financial information and financial statements of SMXP were reviewed for the two (2) years ended December 31, 2001, included in Appendix IV; and,

f)      Reviewed valuation literature relating to blockage discounts and control premiums.

## 4.0  BACKGROUND

### 4.1  Business Description

SMX Corp. ("SMXP") was incorporated on March 25, 1997 under the laws of the State of Florida to engage in any lawful corporate undertaking, including, but not limited to, selected mergers and acquisitions. SMXP's business strategy is to locate and negotiate with a business entity for the combination of that target company with SMXP. The combination will normally take the form of a merger, stock-for-stock exchange or stock-for-assets exchange.  The Company has identified numerous potential acquisition candidates, one of which is SLL, and that Business Plan is included in Appendix I of this Memorandum.  SMXP has entered formal discussions to acquire or merge with SLL.  SMXP management has provided a forecast of results based upon acquiring SLL or a company with similar future potential.

SMXP has been positioned to provide a method for a foreign or domestic private company to become a public company with a class of securities registered under the Securities Exchange Act of 1934, as amended ("the Exchange Act"), and has a cash balance of approximately $1.0 million at the Valuation Date and the ability to expand its capital base to approximately $20 million upon the exercise of the Company's outstanding warrants. To acquire SLL , SMXP intends to pay $10 million by the exercise of the existing below-market warrants plus 3,000,000 Common Shares of SMXP as computed prior to the completed transaction.

### 4.2  Aspects of a "Public" Company

There are certain perceived benefits to being a public company.  These are commonly thought to include the following:

* increased visibility in the financial community;
* provision of information required under Rule 144 for trading of eligible securities;
* compliance with a requirement for admission to quotation on the NASD:OTC Bulletin Board or on the Nasdaq SmallCap Market;
* the facilitation of borrowing from financial institutions;
* improved trading efficiency;
* shareholder liquidity;
* greater ease in subsequently raising capital;
* compensation of key employees through stock options for which there may be a market valuation; and,
* enhanced corporate image.

There are also certain perceived disadvantages to being a public company. These are commonly thought to include the following:

* requirement for audited financial statements;
* required publication of corporate information;
* required filings of periodic and episodic reports with the Securities and Exchange Commission;
* increased rules and regulations governing management, corporate activities and shareholder relations; and,
* additional costs related to the above.

## 4.3  Comparison with Initial Public Offering

Certain private companies may find a business combination more attractive than an initial public offering of their securities.

Reasons for this may include the following:

* inability to obtain an underwriter;
* possible larger costs, fees and expenses of a public offering;
* possible delays in the public offering process; and,
* greater dilution of outstanding securities.

Certain private companies may find a business combination less attractive than an initial public offering of their securities.

Reasons for this may include the following:

* no investment capital raised through a business combination; and,
* no underwriter support of after-market Trading.

SMXP has positioned itself to be attractive to private companies for sale or seeking financing, since it is presently publicly traded, has approximately $1.0 million is cash at the Valuation Date, and could have up to approximately $20 million upon the exercise of the outstanding Company warrants.  Therefore, the $10.0 million in cash required to close the SLL deal would be available to SMXP.

## 4.4  Potential Target Companies

A business entity, if any, which may be interested in a business combination with SMXP may include the following:

* a company for which a primary purpose of becoming public is the use of its securities for the acquisition of assets or businesses;

* a company which is unable to find an underwriter of its securities or is unable to find an underwriter of securities on terms acceptable to it;

* a company which wishes to become public with less dilution of its common stock than would occur upon an underwriting;

* a company which believes that it will be able to obtain investment capital on more favorable terms after it has become public;

* a foreign company which may wish an initial entry into the United States securities market;

* a special situation company, such as a company seeking a public market to satisfy redemption requirements under a qualified Employee Stock Option Plan; and,

* a company seeking one or more of the other perceived benefits of becoming a public company.

A business combination with a target company will normally involve the transfer to the target company of the majority of the issued and outstanding common stock of SMXP and the substitution by the target company of its own management and selected members of the board of directors. Alternatively, SMXP may use its cash to acquire outright an operating business with significant upside potential. The SLL deal would be structured in this manner with $10.0 million in cash and 3.0 million Common Shares.

## 4.5  General Business Plan

The purpose of SMXP is to seek, investigate and, if such investigation warrants, acquire an interest or control of a business entity which desires to seek the perceived advantages of being publicly traded. SMXP will not restrict its search to any specific business, industry, or geographical location and SMXP may participate in a business venture of virtually any kind or nature.

SMXP may seek a business opportunity with entities which have recently commenced operations, or which wish to utilize the public marketplace in order to raise additional capital in order to expand into new products or markets, to develop a new product or service, or for other corporate purposes.

SMXP anticipates that the selection of a business opportunity in which to participate will be complex and extremely risky. Business opportunities may be available in many different industries and at various stages of development, all of which will make the task of comparative investigation and analysis of such business opportunities difficult and complex.

SMXP has, and will continue to have, available capital with which to provide the owners of business entities. SMXP may offer owners of acquisition candidates the opportunity to acquire a controlling ownership interest in a public company without the time required to become a public company by other means.

The analysis of new business opportunities will be undertaken by, or under the supervision of, the officers and directors of SMXP. In analyzing prospective business opportunities, SMXP may consider such matters as the available technical, financial and managerial resources; working capital and other financial requirements; history of operations, if any; prospects for the future; nature of present and expected competition; the quality and experience of management services which may be available and the depth of that management; the potential for further research, development, or exploration; specific risk factors not now foreseeable but which then may be anticipated to impact the proposed activities of SMXP; the potential for growth or expansion; the potential for profit; the perceived public recognition or acceptance of products, services, or trades; name identification; and other relevant factors.

SMXP intends to acquire or merge with a company for which audited financial statements are available or for which it believes audited financial statements can be obtained within the required period of time. SMXP may reserve the right in the documents for the business combination to void the transaction if the audited financial statements are not timely available or if the audited financial statements provided do not conform to the representations made by the target company.

SMXP will not restrict its search for any specific kind of business entities, but may acquire a venture which is in its preliminary or development stage, which is already in operation, or in essentially any stage of its business life. It is impossible to predict at this time the status of any business in which SMXP may become engaged, whether such business may need to seek additional capital, may desire to have its shares publicly traded, or may seek other perceived advantages which SMXP may offer.

Following a business combination or acquisition, SMXP may benefit from the services of others in regard to accounting, legal services, underwritings and corporate public relations.

SMXP has identified a number of possible merger or acquisition candidates. One acquisition candidate is SLL, whose Business Plan is included in Appendix I. SLL meets the Company's acquisition criteria and with the exercise of the Company's outstanding warrants, the Company would have the approximately $10 million needed to acquire and grow SLL. The forecasts included in Appendix I reflect how SMXP could perform with SLL, or a similar growth business, if it merged with or was acquired by SMXP. The only additional shares to be issued to effectuate the SLL acquisition would be the 3.0 million Company Common Shares.

The Company management of SMXP believes that even if SLL is not concluded, the Company has the resources and shareholders' support to be capitalized in a manner which would result in the forecasts in Appendix I being realized. The result could be achieved by an acquisition as explained, or a business combination which required little or no cash from SMXP, but still achieves the forecast results.

## 4.6 Terms of a Business Combination or Acquisition

In implementing a structure for a particular business acquisition, SMXP may become a party to a merger, acquisition, consolidation, reorganization, joint venture, licensing agreement or other arrangement with another corporation or entity. On the consummation of a transaction, it is possible that the present management and shareholders of SMXP will no longer be in control of SMXP. In addition, it is likely that the officer and director of SMXP will, as part of the terms of the business combination, resign and be replaced by one or more new officers and directors.

It is anticipated that any securities issued in any such business combination would be issued in reliance upon exemption from registration under applicable federal and state securities laws. In some circumstances, however, as a negotiated element of its transaction, SMXP may agree to register all or a part of such securities immediately after the transaction is consummated or at specified times thereafter. If such registration occurs, it will be undertaken by the surviving entity after SMXP has entered into an agreement for a business combination or has consummated a business combination.

While the terms of a business transaction to which SMXP may be a party cannot be predicted, it is expected that the parties to the business transaction will desire to avoid the creation of a taxable event and thereby structure the acquisition in a tax-free reorganization under Sections 351 or 368 of the Internal Revenue Code of 1986, as amended.

SMXP will participate in a business combination or target company acquisition, only after the negotiation and execution of appropriate agreements. Although the terms of such agreements cannot be predicted, generally such agreements will require certain representations and warranties of the parties thereto, will specify certain events of default, will detail the terms of closing and the conditions which must be satisfied by the parties prior to and after such closing and will include miscellaneous other terms.

## 4.7 Undertakings and Understandings Required of Target Companies

As part of a business combination or acquisition agreement, SMXP intends to obtain certain representations and warranties from a target company as to its conduct following the business combination or acquisition. Such representations and warranties may include (i) the agreement of the target company to make all necessary filings and to take all other steps necessary to remain a public company under the Exchange Act for at least a specified period of time; (ii) imposing certain restrictions on the timing and amount of the issuance of additional free-trading stock, including stock registered on Form S-8 or issued pursuant to Regulation S and (iii) giving assurances of ongoing compliance with the Securities Act, the Exchange Act, the General Rules and Regulations of the Securities and Exchange Commission, and other applicable laws, rules and regulations.

A business combination or acquisition with SMXP separates the process of becoming a public company from the raising of investment capital. As a result, a business combination with SMXP normally will not be a beneficial transaction for a target company whose primary reason for becoming a public company is the immediate infusion of capital. SMXP may require assurances from the target company that it has or that it has a reasonable belief that it will have sufficient sources of capital to continue operations following the business combination or SMXP may be able to fund such need.

Prior to completion of a business combination or acquisition, SMXP may require that it be provided with written materials regarding the target company containing such items as a description of products, services and company history; management resumes; financial information; available projections, with related assumptions upon which they are based; an explanation of proprietary products and services; evidence of existing patents, trademarks, or service marks, or rights thereto; present and proposed forms of compensation to management; a description of transactions between such company and its affiliates during relevant periods; a description of present and required facilities; an analysis of risks and competitive conditions; a financial plan of operation and estimated capital requirements; audited financial statements, or if they are not available, unaudited financial statements, together with reasonable assurances that audited financial statements would be able to be produced within a reasonable period of time not to exceed 75 days following completion of a business combination; and other information deemed relevant.

### 4.8  Competition

SMXP will remain an insignificant participant among the firms which engage in the acquisition of business opportunities. There are many established venture capital and financial concerns which have significantly greater financial and personnel resources and technical expertise than SMXP. In view of SMXP's financial resources and ability to bring in additional financial resoureces, SMXP will be at a significant competitive advantage compared to SMXP's competitors.

### 4.9  Security Ownership of Certain Beneficial Owners and Management

The following table sets forth each person known by SMXP to be the beneficial owner of two percent or more of the Common Stock of SMXP, all directors individually and all directors and officers of SMXP as a group. Except as noted, each person has sole voting and investment power with respect to the shares shown.

| Name and Address of Beneficial Owner | Amount of Beneficial Ownership |
|---|---|
| Lancer Offshore, Inc. Kaya Flamboyan 9 Curaçao, Netherlands Antilles | 10,759,950 |
| Orbiter Fund Ltd. Kaya Flamboyan 9 Curaçao, Netherlands Antilles | 831,200 |
| Viator Fund Ltd. Kaya Flamboyan 9 Curaçao, Netherlands Antilles | 379,800 |
|  | 11,970,950 |
| Warrants - Lancer | 3,125,000 |

At the Valuation Date, the following Common Shares were issued or could be issued:

| | | |
|---|---|---|
| Total Outstanding | | 14,871,224 |
| Add: | Assumed Exercise of Warrants | |
| | to Raise $10.0 Million | 2,093,750 |
| | | 16,964,974 |
| | Additional Warrants Outstanding | |
| | and not yet Exercised | 2,001,250 |
| Fully Diluted Shares | | 18,966,224 |
| Add: | Issuance of Shares to Purchase SLL | 3,000,000 |
| Total Fully Diluted Shares after SLL Acquisition | | 21,966,224 |

### 4.10  Directors, Executive Officers, Promoters and Control Persons

SMXP has two directors and one officer as follows:

| Name | Age | Positions and Offices Held |
|---|---|---|
| Laurence S. Isaacson | 54 | President, Director |
| Kathryn Braithwaite | 40 | Director |

*Laurence S. Isaacson* has served a member of the board of directors since July, 1999. Mr. Isaacson has been involved in over $3.0 billion in transactions over his 30 years as a senior financial executive. Since 1994, Mr. Isaacson has been a principal, president and CEO of Thornhill Group, Inc., a NASD member broker/dealer specializing in private placements. He has also been a principal, executive vice president and COO of Stenton Leigh Group, Inc., a Boca Raton based merchant banking firm, since 1999. In addition to serving as a director to various private and public companies, Mr. Isaacson was Managing Director of Strategica Capital Corporation, a Miami based merchant bank from 1994 to 1999.

Mr. Isaacson graduated in 1970 from Husson College, Bangor, Maine with a Bachelor of Science Degree in Accounting and holds Series 7, 24, 27 and 63 licenses along with a Florida Real Estate Broker and Florida Mortgage Broker licenses.

*Kathryn Braithwaite* has been a Director of the Company since October 1999. From March 1999 through January 2001, Ms. Braithwaite was Vice-President of ContractorHub.com, a technology firm with headquarters located in Kent, Washington, which provides construction company clients with electronic procurement of goods and services over the Internet. From 1997 to March 1999, Ms. Braithwaite was Director of Business Development for The IT Group, Inc., a provider of diversified services in the areas of consulting, engineering, construction, remediation and facilities management with headquarters located in Monroeville, Pennsylvania, which acquired the division of Fluor Daniel GTI, Inc., where Ms. Braithwaite had been employed. From September 1992 to August 1997, Ms. Braithwaite was Director of Business Development for TRC Environmental Solutions, Inc., an environmental construction and engineering firm. Ms. Braithwaite also previously served as Project Manager, Business Development & Engineering for Hughes Environmental Systems, Inc. and Senior Manufacturing Engineer for Hughes Aircraft Company. Ms. Braithwaite currently serves on the Board of Directors of the following public companies: Nu-D-Zine, Inc., AUG Corp., and Centrack International, Inc. Ms. Braithwaite was requested by Lancer Offshore, Inc. to be elected to the Company's Board of Directors and the Company plans to recommend to its shareholders that she be re-elected to the Board of Directors at Lancer's request.

## 5.0 VALUATION APPROACH

Having considered the generally accepted valuation methods and the particular attributes of the Company, in order to determine the value range of the controlling interest of the Common Shares of the Company it is necessary to analyze various methods of valuing Common Shares as discussed extensively in valuation literature.

This section outlines the concept of fair market value and identifies the criteria which have been applied in developing the Appraisal Opinion.

## 5.1 Fair Market Value

For the purposes herein, fair market value is defined based on the definition prescribed under Internal Revenue Service ("IRS") Revenue Ruling 59-60, as follows:

> *The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of all relevant facts.*

## 5.2 Valuation Principles

The fair market value of a going concern business is generally a function of the income and capital recovery returns that are expected in light of the risks associated with the realization of these future returns and the prospects for growth in the expected returns. In most going-concern situations the worth of a business is expressed as a capital sum through the application of a capitalization factor or multiple to an estimate of current or expected future earnings or cash flows, or through application of a discount rate to expected future cash flows.

Asset values will constitute the prime determinant of corporate worth where operations have historically been unprofitable or earnings marginal in relation to invested capital. In the case of a company which does not possess sufficient earnings potential to warrant treatment as a going-concern, assets are stated at their liquidation values.

Due to the Company's history of lack of profitability, combined with its positive future outlook as presented by management at the Valuation Date, a discounted cash flow approach for the Company is an appropriate approach to value determination. SLL was profitable in 2000 and 2001 but is expected to have a significant growth rate in the next few years, as reflected in the forecasts in Appendix I. As a result, the discounted cash flow approach was considered the most appropriate approach to value determination. Further, this analysis should be compared with other approaches to value to determine the appropriate valuation range for the Company.

## 5.3 Capitalization Rates/Discount Rates

Capitalization or discount rates are selected to provide the investor with a reasonable rate of return over the future period in light of assessed risk and opportunity, as well as prevailing economic conditions and available returns on comparable investments at the valuation date.

In more specific terms, the selected capitalization rates to be applied to net after tax earnings of the Company must be judged adequate to provide compensation to a potential investor for:

A.    A pure risk-free rate of return as basic compensation for the time value of money;

B.    A risk premium as compensation for the uncertainties inherent in the futurity of the cash flow return from the business under consideration; and,

C.    A premium to allow for expected inflationary erosion of the real purchasing power of the capital to be invested.

However, in empirical terms the various elements of rate of return as outlined above are not directly observable and only composite indicators of required returns as may be negotiated between purchaser and vendor are seen. These rates of return are estimated by reference to interest yields, stock market yields and trading, returns on equity being realized by corporations, and open market transactions involving comparable companies. The selection of capitalization rates to be applied to the net after tax earnings of a given business takes place against both a general framework of economic and investment considerations at the valuation date and factors specific to the industry and business to be valued. Factors and conditions that must normally be assessed in arriving at an appropriate range of discount rates include:

A.    General economic conditions and outlook as they may be judged to affect levels of investors' confidence and rate of return expectations in the market in which the transaction is deemed to take place and in the markets in which the business operations are being conducted;

B.    Rates of return being required by investors as estimated by reference to interest yields, stock market trading and yields, returns on equity being realized by corporations, and open market transactions involving comparable companies; and,

C.    Specific factors related to the business and its industry as they relate to the overall risk and opportunity associated with the Company's earnings potential.

The outlook for the United States economy at the valuation date, rate of return indicators, and specific factors related to the Company are discussed below.

## 5.4  General Economic Conditions

The state of the economy is important in that it has a direct bearing on the stability and growth of earnings and affects the level of investor confidence.

Appendix ll includes information about the economy at the Valuation Date.

With interest rates low, the economy recovering, and unemployment dropping the economic environment was turning positive at the Valuation Date.

## 5.4.1  Rates of Return

General indicators of rate of return requirements or expectations prevailing during a particular time period may be obtained through consideration of data from both debt and equity capital markets and information as to returns which appear to be available to companies operating in the relevant economy and industry.

A.    <u>Interest Yields</u>

Investment statistics provide a useful indicator of return on investment expectations and degree of investor confidence at the valuation date. Generally, indications of rate of return

requirements or expectations prevailing during particular time periods may be obtained through consideration of data from both debt and equity capital markets and information as to returns which appear to be available to companies operating in the relevant economic sector and industry.

Interest yields on various categories of debt finance provide a basic background to consideration of rates of return relevant to equity capital. Appendix II sets out the trend of interest rates of various fixed income, and low risk securities as a background to selecting appropriate capitalization rates.

B.       Stock Market and Transaction Activity

An indicator of changes in investor confidence regarding future prospects in the equity markets is to a certain extent reflected in changes in the stock market prices. Earnings yields prevalent in the stock market are an important source of information concerning investor expectations.

Appendix III includes data on the general stock market as well as companies in similar businesses to SLL. These companies are significantly larger than the Company, but do provide a basis for determining value.

| Comparables | P/E (TTM*) | Price to Tangible Book | Price to Sales | Return on Equity (TTM*) |
|---|---|---|---|---|
| S&P 500 | 30.0 | 8.21 | 3.63 | 16.78 |
| Sector - Technology | 42.46 | 6.69 | 5.92 | 4.02 |
| Industry ** | 32.39 | 3.75 | 2.64 | 10.68 |
| Industry - Software | 46.66 | 7.00 | 8.66 | -1.33 |

*TTM = Trailing Twelve Months
** Electronic Instruments and Controls

These valuation indicators were considered in determining the capitalization rate as computed below.

**5.5  The Earnings Approach**

**5.5.1  Capitalization of Earnings**

Under the capitalization of earnings methodology, the historic adjusted earnings are weighted for a determination of the historic earnings base. This base is then divided by the capitalization rate for a conclusion of total business value. These earnings are then capitalized into perpetuity using a rate that reflects returns for both the tangible as well as intangible assets in the business.

Capitalization rates vary among particular types of businesses and from one period of time to another. Expressed as a percentage, the more speculative the business's income stream, the higher the capitalization rate. Conversely, the more stable the income stream, the lower the capitalization rate.

In the instant situation, a capitalization rate based on a Quantitative Build-Up model was selected. In this model, the capitalization rate is calculated by summing a real return (risk-free rate of return), industry risk premium, and a specific risk premium. A growth rate is then deducted from the summation of the three rates.

The risk-free rate of return is the rate available as of January 16, 2002, on long-term treasury bonds. Long-term in this case is ten years. The industry risk premium is the rate of return on the market over the risk-free rate. The specific risk premium is subjective as it relates to the individual characteristics of a company. Continuity of management, key man, and small company characteristics are all taken into account when determining a specific risk premium. The growth rate is the long term rate of return plus population growth, which should approximate the inflation rate.

The Ibbotson Associates Stocks, Bonds, Bills, and Inflation Yearbook ("Ibbotson Yearbook") was used to determine the extra return earned by an average equity investor in excess of the return on long term treasury. The Common Stock index was reduced by the long term government bond rate.

Eight points was added for the specific risk premium for the Company. The capitalization rate calculated is to be used for next year's net cash flow. Two adjustments to this rate were made. First, the rate was increased by 2% to adjust the earnings base, which is adjusted net income. Since the income stream is rising, the discount and capitalization rates were increased. In other words, adjusted net income is a larger number than net cash flow. Next, the result was adjusted for the fact that historical earnings are being used as base instead of next year's earnings.

| | |
|---|---|
| Risk free rate of return for 20-year Treasury Bonds | 5.8% |
| Equity Risk Premium (1) | 7.4% |
| Small Size Premium (2) | 3.3% |
| Company Specific Premium | 3.0% |
| Net Cash Flow Discount rate | 19.5% |
| Rounded to | 20.0% |
| Add:  Flow to Earnings Conversion | 2.0% |
| Adjusted Discount Rate | 22.0% |
| Less:  Sustainable Growth | -7.0% |
| Base Capitalization Rate for Next Year | 15.0% |
| Less:  Discount to Current Year | -1.0% |
| Base Capitalization Rate for Current Year | 14.0% |

(1) Expected risk premium for large company stock total returns minus long-term government bond income returns.

(2) Expected equity size premium for companies with market capitalization below $400 million.

Appendix II includes economic data used as input for this analysis.

Since there are no historical earnings in SMXP, a pure earnings capitalization of earnings was applied to the forecast earnings in a discounted cash flow analysis which follows.

## 5.6 Discounted Cash Flow Analysis

The discounted cash flow approach is favored by those involved in the commitment of capital to fixed assets where reasonably reliable cash flow forecasts can be made. However, future business cash flows are often difficult to project accurately. Discounted cash flows are normally applied where future cash flows can be reasonably and consistently forecasted. Historically, the discounted cash flow approach to value has been used extensively on capital budgeting decisions. The discounted cash flow approach is simply the present value of future cash flows. Although the Company does not have a readily predictable stream of earnings, our value conclusion is based upon management's forecast. Taking into consideration the factors set out

above and the returns realized for various investments as discussed above, a discount rate of 14% was selected as reflective of investor expectations for an investment into the Company at the Valuation Date.

The discounted cash flow analysis that follows is based upon SMXP's management's forecasts, based upon the acquisition of SLL or a similar business. To acquire SLL, Company management anticipates the Company's outstanding warrants being exercised, raising approximately $10 million. These funds would then be used to acquire SLL.

| Fiscal Year Ended | Net After Tax Cash Flow* (millions) | Present Value @ 14% | Total Present Value (millions) |
|---|---|---|---|
| 2002 (E) | $ 1.0 | 1.00 | $ 1.00 |
| 2003 (E) | $ 6.7 | .877 | 5.87 |
| 2004 (E) | $ 11.2 | .769 | 8.61 |
| 2005 (E) | $ 18.9 | .675 | 12.75 |
| 2006 (E) | $ 29.5 | .592 | 17.46 |
| 2007 (E) | $ 45.0 | .519 | 19.72 |
| Future cash flows $45.0/.14 = $321.42 | | .519 | 166.82 |
| | | | $ 232.23 |

\*   The forecast Net Cash Flow was determined by taking SMXP management's forecasts as included in Appendix I and applying a 40% tax rate. SMXP has a substantial loss carry-forward which would further increase the resultant value conclusion. However, there is no assurance it will be used.

When computing net present value it is appropriate to capitalize the final year of the forecast to reflect the future cash flows to be realized.

The analysis above represents a value of **$10.57/share** at the Valuation Date on a fully diluted basis and based upon 21,966,224 shares outstanding (18,966,224 fully diluted plus 3,000,000 to be issued for the SLL acquisition).

## 5.7 Public Stock Market Comparisons to SMXP

The public stock market price of SMXP was reviewed as an indicator of the value of the Common Shares of the Company. According to valuation literature, the prices that result from stock market trades are generally derived from small lots that represent only minority interests; therefore, it is important to review valuation literature which discusses how to evaluate a control position.

### 5.7.1 Control Premiums

Most valuation experts are familiar with the standard concept of valuation premiums and valuation discounts. They are routinely applied in substantially the same form by the IRS and valuators.

Both the courts and the valuation commentators have tended to deal obliquely with the valuation of control. On the part of the courts this may be because so little has been written on this topic. Certainly the various aspects of control as they might affect value have not been discussed *per se*, nor has there been an attempt made to suggest methods by which the value of control might, in certain circumstances, be quantified. (There

has, however, been general recognition that control can have value in and of itself.) For example, in *Gold Coast Selection Trust Ltd. v Humphrey*, [1948] 2 All ER 379 (HL); affg in part [1946] 2 All ER 742 (CA), Lord Simon said, "there may also be value in control", and in *Short v Treasury Commissioners*, [1948] 1 KB 116 (CA); affd [1948] AC 534 (HL), which came out most clearly for a premium for control.

The rights of a controlling shareholder can be summarized generally as follows:

A.    The power to elect the the board of directors and thus indirectly govern the affairs of the company. In economic terms, this can be stated as control over the economic direction of this investment.

B.    Subject to the statutory provisions of the incorporating jurisdiction, the right to place the company in liquidation. In economic terms, this can be stated as the ability to minimize losses in the event the company proves unsuitable as a going concern.

C.    The right to sell control of the company. In economic terms, this can be stated as the ability to dictate the liquidity of the investment.

D.    The power to have himself appointed an officer of the company and thus receive remuneration and other emoluments in excess of what would normally be paid for management services rendered. In economic terms, this can be stated as the ability to draw out profits that would otherwise indirectly accrue to minority shareholders.

E.    The right to determine the timing and amount of dividend distributions. In economic terms, this can be stated as control over the rate of return directly realized by him on his investment.

Typically, the IRS's or taxpayer's valuation expert determines the value of a block of Common Stock in a closely held company (Subject Company) by first establishing the stock's going-concern value using the public guideline or comparable company (Comparable Company) method. This technique prices the Subject Company's stock by analogy.

1.    Public Comparable Companies are first selected based upon their similarity to the Subject Company in terms of line of business, domicile, size, and selected financial factors.

2.    Second, these public companies are compared to the Subject Company on various measures of economic and financial performance. Based on relative performance and the market multiples of the Comparable Companies, the valuator selects the pricing multiples to apply to the Subject Company.

3.    Third, on the assumption that the market prices of the shares of Comparable Companies reflect their value as minority interests, the valuator of a private company either:

4    **Adds** a control premium if the block of stock in the Subject Company is a controlling interest or

5.    Deducts a discount for lack of marketability because the block of stock in the Subject Company is not as marketable or liquid as the stock of the public corporations.

These concepts of premium for control and discount for lack of marketability are often presented in the form of a bar chart similar to the one in *Table* 1.

| TABLE 1:  LEVELS OF VALUE | | |
|---|---|---|
| Acquisition Value<br>*Synergy Value* | Additional Control<br>Premium for Synergy | ↑ |
| Enterprise Value<br>*Control Value* | Control Premium | ↑ |
| Market Value<br>*Freely Traded Value* | Discount for Lack<br>of Marketability | ↑ |
| Minority Value in a Closely<br>Held Company for<br>Estate and Gift Taxes | | |

1.   At the top of the bar is the Acquisition Value of a company's Common Stock. **This level represents the value to an acquirer who can achieve synergistic benefits from a transaction.**

2.   The level titled Enterprise Value[1] is the value of a company to the existing control party or to a non-synergistic buyer.

3.   The Market Value or Freely Traded Value is the market price of the common shares of a public company or of the Subject Company's Common Stock assuming that it were publicly traded.

4.   The difference between the Acquisition Value and the Freely Traded Value is often called the Control Premium. (However, the term Control Premium may refer to the difference between Freely Traded Value and Enterprise Value, and the difference between Enterprise Value and Acquisition Value may be called the Synergistic Premium.)

5.   The difference between the Freely Traded Value and the Minority Estate Tax Value is commonly called the discount for lack or marketability ("DLOM"). A hybrid control concept is the value of a minority interest in a control class of voting Common Stock.

### 5.7.1.1  Premium and Discount Rules of Thumb

Two decades ago, these concepts seemed to have an economic basis. Stockholders of majority blocks of Common Stock in a closely held corporation have the power to sell the company and its assets. Acquisitions of control interests in public companies **are made at substantial premiums** over the market prices of minority interests in these companies' Common Stocks prior to the announcement of these transactions. Therefore, it was believed that the premium in value of a control block of stock over a minority interest block must equal the average premium between the acquisition prices of the Common Stock in acquisition transactions and the Common Stocks' market prices before the announcements of the takeover transactions.

---

[1]Enterprise value has many definitions. Herein it is used as the value of 100% of the equity of a company on a stand-alone basis. This value incorporates benefits of control but not those of synergy. It is not the value of the firm's capital structure.

The discount for lack of marketability was computed by reviewing private placement discounts for issues sold under Rule 144 (or Rule 133) to private investors or equity funds.

With the passage of time, these techniques have been reduced to boilerplate formulas– "rules of thumb"–applied as a matter of rote.

  1.     The discount for lack of marketability is 30 to 45% from the taxpayer's point of view, 15% to 35% from the IRS's.

  2.     The premium for control is 30 to 40%, from the IRS's point of view, about half of this from the taxpayer's as result of removing the value of synergy.

  3.     The discount for minority interest for an operating company is approximately 25%.

The problem with applying these rules of thumb is that they are not based upon an analysis of the specific situation at hand. While their conclusions may be correct in some situations, in other situations they are inappropriate or simply wrong.

### 5.7.1.2  Measurement of the Applicable Premium

Generally, when a valuator applies an acquisition premium to the freely traded value of a Subject Company's Common Stock, there is a table similar to *Table 2*, which contains acquisition premium data from *Mergerstat/Shannon Pratt 's Control Premium Study*™ *(Control Premium Study)*, or a similar source that purports to support adding an acquisition premium:

| TABLE 2:  CONTROL PREMIUM ACROSS INDUSTRIES | | | | | |
|---|---|---|---|---|---|
| **Industry/Year** | **1996** | **1997** | **1998** | **1999** | **2000** |
| All Industries | 36.6% | 36.7% | 35.9% | 46.1% | 48.9% |
| Computer Software, Etc. (SIC 7371-7379 Inclusive) | 39.1% | 37.1% | 40.3% | 60.4% | 57.8% |
| Electronics (SIC 3612-3699 inclusive) | 31.0% | 30.5% | 43.5% | 55.5% | 66.4% |

  1.     The table is based on the comparison of the acquisition prices of the Common Stocks to their market prices before the announcement of the respective transactions.

  2.     The IRS's valuator may add a premium in the 35 to 40% range, while the taxpayer's valuator reduces these premiums, often by half, because these premiums incorporate synergy.

### 5.7.1.3  M&A: A Market for Whole Companies

The M&A market is a market for whole companies The principal buyers and sellers are controlling stockholders, corporations, and LBO houses. The market is not liquid; as a result, individual investment horizons tend to be longer. Risk tolerances in the short term tend to be lower than in a liquid market. Transactions are financed using long-term debt from banks, insurance companies, mezzanine funds, equity of large corporations, and private equity funds. M&A investors take an active role in managing their companies.

The relationship of the two markets is not linear. Linearity presupposes that acquisition premiums apply in all situations; and acquisition premiums are roughly the same amount generally or in each industry.

The relationship of the two markets is better shown as the two overlapping forms in *Figure 1*.



1.    The circle in the chart above is the M&A market. The box is the stock market (The sizes of the two are not proportionate.)

2.    If a potential acquirer believes that it can create sufficient added economic benefits, the acquisition value of the company will exceed its market value. The additional economic benefit can pay for the cost of the acquisition premium. These are the transactions reported in the Control Premium Study.

Most publicly traded companies were not taken over in a given year generally, for most companies there were no willing buyers available that believe they can create economic benefits large enough to justify payment of the premium required for the acquisition of these companies in view of other alternatives.

If there is no M&A market available to sell a company at a premium to its stock market value, then there is little or no acquisition premium much less a "theoretical" premium based on an average of acquisitions of dissimilar companies.

### 5.7.1.4  A Better Way to Calculate the Value of a Control Block

The problem with the old approaches is that they relied on averages and ignored the economic benefits available, if any, of the control block. A valid methodology for calculating the value of a control block should consider the following:

1.    The first step is to determine if the block of stock being valued has any **voting or other legal rights** that are not available to the other Common Stockholders of the corporation. (While these rights may seem to exist, they may be limited by other provisions of the Subject Company's articles of incorporation, by stockholders agreements, or by state law,

2.   The next step is to evaluate the **powers of the block** in terms of what extra economic benefits it can provide to its owners in addition to those provided to other shareholders.[2]

3.   If the block **can cause sale** of the Company, the next step is to determine the company's value.

a.   If there have been bonafide offers for the company, they my help establish the acquisition value of the company and the block.

b.   The Comparable Company Method should be used to evaluate the potential IPO value of the block, which may be greater than its acquisition value.

   i.   It should be noted, however, that a complete IPO of the block might not be possible depending on the importance of the seller in the management of the company.

   ii.   In addition, consideration should be given as to whether the IPO market would be open to the Subject Company.

c.   If there has been a number of current or pending acquisitions of similar companies in the industry, the Comparable Acquisitions Method should be used to establish the demand for similar companies and the acquisition multiples of those transactions that have taken place.

   i.   If no transactions have taken place in the industry, are they any willing buyers willing to pay a premium?

   ii.   If no acquisition transactions can be identified, then there may be no acquisition market for the company on a going-concern basis.

   iii.   If the acquisition multiples of the completed transactions are in the same range as the public company multiples, then the acquisition value of the company may be equal to its public company value.

d.   The Discounted Cash Flow Method should be used to establish the value of the Subject Company's projected cash flows on a stand-alone basis, without any synergies under the current or expected management of the company. The discounted cash flow value of a company calculated in this case is normally its Enterprise Value.

e.   The calculated discounted cash flow value should then be compared to the indicated values for the company based on the Comparable Acquisition Method.

   i.   If the indicated values from the two approaches coincide, this helps to confirm the acquisition value of the Subject Company excluding synergy.

   ii.   If the indicated values from the acquisition approach are higher than those indicated by the discounted cash flow approach and the acquisition data is

[2] See Gilbert E. Matthews' *Comments on the Reversal of Simplot, Shannon Pratt's Business Valuation Update, July 2001, p. 1.*

not conclusive, then more weight should be given to the discounted cash flow value, as it does not include synergy.

4.   Once the acquisition value of the company is established, a percentage based on the control block's rights and privileges can be allocated to it and the remainder of the acquisition value can be allocated on a pro rata basis.

**Business Valuation *Resources,*** LLC has performed analysis of the data in the *Mergerstat/Shannon Pratt's Control Premium Study[TM]* relating to the valuation multiples. The TIC/EBITDA multiple was focused upon.

Total Invested Capital ("TIC") is defined as the "target company's implied total invested capital based on the sum of implied market value of equity plus the face value of total interest bearing debt and the book value of preferred stock outstanding prior to the announcement date." EBITDA is the "target company's earnings before interest, taxes, depreciation and amortization based on the latest reported 12-month period ("LTM") prior to the transaction's announcement date. "

*Table 3* shows quarterly summary statistics for only domestic transactions. From left to right, the columns in this table read: Quarter, Number of Deals (including those with discounts and negative multiples), Median Control Premium (excluding negative premiums [discounts]), Median Control Premium (including negative premiums [discounts]) and Median TIC/EBITDA (excluding those with deficit EBITDA). It is important to note that the Number of Deals most likely does not directly relate to the quantity used in the median calculations for the control premium (excluding discounts) and the TIC/EBITDA.

| Quarter | Number of Deals[1] | Median Control Premium (Excludes Discounts) | Median Control Premium (Includes Discounts) | Median TIC/EBITDA[2] |
|---|---|---|---|---|
| **1Q98** | 75 | 33% | 29% | 15.1 |
| **2Q98** | 59 | 31% | 27% | 10.1 |
| **3Q98** | 58 | 17% | 11% | 12.3 |
| **4Q98** | 105 | 31% | 16% | 11.5 |
| **1Q99** | 109 | 33% | 29% | 11 |
| **2Q99** | 115 | 36% | 29% | 10.4 |
| **3Q99** | 141 | 32% | 30% | 10.2 |
| **4Q99** | 168 | 32% | 228% | 11.1 |
| **1Q00** | 103 | 34% | 32% | 13 |
| **2Q00** | 139 | 43% | 29% | 10.8 |
| **3Q00** | 137 | 42% | 37% | 11.2 |
| **4Q00** | 148 | 45% | 32% | 9.2 |
| **1Q01** | 121 | 35% | 26% | 8.8 |
| **2Q01** | 107 | 51% | 38% | 8.9 |

**TABLE 3:** QUARTERLY SUMMARY STATISTICS FROM THE *MERGERSTAT/SHANNON PRATT'S CONTROL PREMIUM STUDY*[TM] – ONLY DOMESTIC TRANSACTIONS

[1]Includes those with discounts and negative multiples.
[2]Excludes those with deficit EBITDA

In addition to the TIC/EBITDA multiple, the *Mergerstat/Shannon Pratt's Control Premium Study*[TM] also contains detailed information on the control premium. *Figure 2* shows a chart of the 12-month and 3- month median control premiums for all transactions (domestic and foreign), excluding negative premiums, by quarter.



Figure 2

Some observations on *Table 3* and *Figure 2* include:

- Median domestic quarterly control premiums (excluding discounts) increased dramatically in 2Q2000 and have stayed in the 40 to 50% range since 2Q2000 (except 1Q2001), with a value of 51% in 2Q2001.

**Based upon this analysis it is clear that a premium for control should be applied to the SMXP Control Shares at the Valuation Date.** Since SMXP is a smaller company than those companies in the studies above, and the fact that SMXP's shares are thinly traded, it was determined that a **10% control premium** would be reflective of the specific circumstances of SMXP at December 31, 2001, versus the 25% to 30% for larger, more liquid and more asset-intensive companies.

### 5.7.2 Blockage

### Should a Blockage Discount Apply?

While most business valuations focus on privately held companies due to the inherent uncertainty in their value, certain valuation topics also arise frequently with regard to publicly traded companies. One common problem that arises is how to price very large blocks of shares of stock that were never actually sold, but must be valued in the context of a gift, an estate, or some other type of "hypothetical construct" manner. This issue can be fairly complicated because (a) it would be difficult to unload such a large block of shares on the market immediately (or in a short period of time); (b) the block of stock may be large enough to constitute a control interest for its owner; and (c) the block may be large enough to give its owner significant voting power, if not control.

Common practice in the valuation Profession is to assign a "blockage discount" to blocks of publicly traded stock that would likely take a long time period to sell on the market, given the stock's typical sales volume. There is clearly some rationale in this logic in that if a large block needed to be disposed of immediately (or relatively quickly), it would have to be sold at a discount. Such results could be relatively far reaching in that a block of stock need only be large enough to incrementally affect the stock market of that day (time period) for a large block issue to exist. Common practice, however, does not involve applying a blockage discount unless "... the size of the block might represent several weeks or more of normal trading."[3] As described in more detail below, this is partially explained by judicial rulings, which focus on a "reasonable time" period to dispose of the stock.[4] As such, a common practice is to take **a 5-15 percent blockage discount** off of blocks of publicly traded stocks that are 10 or more times the size of the stock's typical daily volume.

While the common practice described above focuses on *the difficulty to sell a large block*, it is also important to consider *the difficulty in purchasing a large block*. In the context of most valuations involving a potential blockage discount (including estate and gift taxes), the value standard is the price to which a hypothetical willing buyer *and* a hypothetical willing Seller would agree. In this sense, the application of a blockage discount assumes that (a) a hypothetical willing seller exists, but that (b) a hypothetical willing buyer does

---

[3]Pratt, Shannon- Reilly, Robert; and Schweihs, Robert, *Valuing a Business, Third Edition*, Irwin Professional Publishing, 1996, p. 324.

[4]For example, the valuation experts agreed to a blockage discount of over 10 percent in Edwin A. Gallun, 33 T.C.M. 1316 (1974).

not exist. That is, the blockage discount assumes the market to be as it was (i.e., its typical volume), with the exception of an additional seller with a large block of shares coming to the market.

The potential for a blockage discount, however, varies tremendously when the hypothetical construct changes to be in accord with the valuation standard – the existence of both a willing seller and a willing buyer. A willing buyer would have to pay *above* market price under the existing market conditions (i.e., no willing seller) to acquire a large block of shares under the existing market conditions. If, however, both hypothetical parties existed, negotiation would be possible across this trading range between the discounted and premium prices. As described in more detail below, the ultimate price would be a function of bargaining. Yet, as a general and theoretical rule, one would not typically expect to have a significant discount (or premium) from the market price.

This paper is divided into four sections. This first section provides an overview and executive summary of the paper. A literature review of papers that have addressed the blockage discount make up the second section. The third section explains with the help of an example why a blockage discount may not be the appropriate default when valuing large blocks. Concluding remarks with examples are provided in the fourth section.

Although the Internal Revenue Service has issued general guidelines for the allowance of a blockage discount, particularly in Sections 2031 (Estate Tax) and 2512 (Gift Tax) of the Federal Tax Regulations, more specific information on the application and computation of a blockage discount can be found in certain Tax Court decisions.[5] In general, such legal opinions suggest that the facts and circumstances of each case determine whether or not a blockage discount is warranted, with the burden of proof on the petitioner.

Articles by Moore, in *Trusts and Estates,* and Julius, in *Mercer Capital Value Added,* detail some of the considerations used by practitioners in the calculation of a blockage discount. These considerations include the number of shares in the subject block in comparison to the total number of outstanding shares; the number of shares in the subject block in comparison to the trading volume of the total outstanding shares; the volatility of the stock price; the effect on the stock price given certain daily volume increases, and the length of time necessary to liquidate the subject block; the exchange on which the stock is traded; the trend of the stock price in comparison to the market as a whole; relevant company news or other information that may have had an effect on the price; and/or other large block trades of the stock.

Estabrook, in a chapter *of Handbook of Advanced Business Valuation,* concluded that, if it were most reasonable to sell the subject block of stock through a secondary distribution, **special offering**, exchange distribution, or private placement, the blockage discount would be a function of "the difference between (1) the hypothetical sales price and (2) the actual trading price on the date of the valuation."[6] If, however, it was most reasonable to sell the subject block in smaller lots over a period of time, the blockage discount would be based on "the net present value of the cash flow proceeds based on the various sale dates."[7]

---

[5]See, for instance, *Helvering v. Safe Deposit and Trust Company of Baltimore*, 35 BTA 259,263 (1937); *Bull v. Smith*, 119 F.2d 490 (CA-2, 1941); *L.C. Phipps v. Commissioner*, 127 F.2d 214 (10th Cir., 1942); *Estate of Kopperman v. Commissioner*, T.C. Memo 1978-475 (1978); *Estate of Sawade v. Commissioner*, T.C. Memo 1984-626 (1984); *Estate of Dorothy B. Foote v. Commissioner*, T.C. Memo 1999-37 (1999).

[6]Reilly, Robert and Schweihs, Robert, *Handbook of Advanced Business Valuation,* McGraw-Hill, 1999, p. 146.

[7]Ibid.

A presentation by Frazier to the Valuation Study Group outlined another methodology by which to estimate a blockage discount, based on a determination of "price pressure" and "market exposure." Price pressure is generally defined as the effect that a large block sale has on the stock price. It is measured by considering, among other items, the factors cited previously. Market exposure is defined as "the cost associated with bearing the risk of holding a position in the marketplace without the ability to close the position, for a specified period of time."[8] It is quantified by "calculating the cost of buying a put option on the subject company shares (1) at a strike price equal to the traded sales price at the valuation date (date of death or gift), (2) exercisable in the number of days determined under the different trading period scenarios, (3) based on the results of the analyst's due diligence. "[9]

Wills (1999) focuses the synergy analysis to technology purchased through acquisitions. His principal point on this topic is that such acquisitions occur precisely because the purchaser will derive more value from the technology than the seller. As such, the seller will be able to receive a premium over its own-use technology value. but not necessarily the full value that the technology is worth to the buyer.[10]

**In the instance of a control position in SMXP at the Valuation Date, a discount for blockage of <u>15%</u> should be applied. This discount also reflects the lack of marketability of the control block. However, a knowledgeable seller would not sell the whole block but place the block as a private placement transaction to yield a higher value, or full value for the ownership position.**

---

[8]Ibid., p. 148.

[9]Ibid.

[10]One example he uses is a person developing technology. He states that while the technology may only be worth $10 to the developer for its own use, it might be worth $100 to Microsoft. His point is well taken, but the developer's own-use value is not relevant. A rational developer of such technology would license or sell the technology to a firm like Microsoft where its use could be maximized. As such, the value of the technology to the developer might actually be closer to $100 (expected license fees it could receive from Microsoft.)

## 6.0 DETERMINATION OF VALUE

Set out below is a summary of the listings of the preceding analysis.

Appendix III includes details of the historical trading of SMXP which closed at $12.10/share at the Valuation Date. Appendix III also includes data for other public companies, generally comparable to SMXP. Based on this information, the following conclusion is derived:

|  |  | Closing Stock Price (12/31/01) | DCF Value |
|---|---|---|---|
|  |  | $12.10 | $ 10.57 |
| Less: | Blockage/Liquidity Discount (15%*) | (1.81) | ( 1.59) |
| Plus: | Control Premium (10%) | 1.21 | 1.06 |
| Control Block Value | | $11.50 | $ 10.04 |

*Despite the discussion above, the IRS and SEC both do not favor any discounts from market trading prices, even if there is little or no volume.

In the notional marketplace neither vendor nor purchaser is forced to sell and buy respectively. It is assumed that they are willing to sell and buy at a fair prices (see *Findlay's Trustees v IRC* [1938], 22 ATC 437). If a vendor is forced to sell, he might have to sell at a price less than he could otherwise negotiate. Similarly, if a purchaser is forced to buy he might have to pay more than he otherwise would pay.

This is consistent with the United Kingdom, Australian, Canadian, and American case law. In *Crane v. FC of T*, 75 ATC 4001, Stephen, J. states:

> "The task of valuation involves postulating of a hypothetical sale to a purchaser as at the date of death and in circumstances in which neither party is anxious but each is willing to become a party to such a sale; the value will be the price at which such a sale would, after proper negotiations between the parties, have been concluded."

In *Village of South Orange v Alden Corp.*, 365 A 2d 469, it was stated:

> "When we speak of a market value, we mean the price which would be mutually agreeable to a willing buyer and a willing seller, neither being under compulsion to act." (p 472)

Since transactions have occurred in the publicly listed shares of SMXP, which are arm's-length transactions, these certainly appear to support a valuation of the control position of at least $12.10/share, the closing public stock price at the Valuation Date. However, the discounted cash flow analysis results in a value below the closing bid price at December 31, 2001 and therefore the discounted cash flow adjusted for discounts and premiums has been selected as representative of the value of the Common Shares at the Valuation Date. This value is **$10.04**.

# APPENDIX I

## SMX CORP.
## FORECASTS

**SMX Projections**

| | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|
| Revenue | $15,200,000 | $42,782,000 | $71,929,000 | $98,225,000 | $159,185,000 |
| Cost of Sales | $7,273,000 | $22,244,000 | $31,204,000 | $36,092,000 | $59,191,000 |
| Gross margin | $7,927,000 | $20,538,000 | $40,725,000 | $62,133,000 | $99,994,000 |
| SGA | $6,072,000 | $14,083,000 | $21,849,000 | $29,416,000 | $48,842,000 |
| Net Profit | $1,855,000 | $6,455,000 | $18,876,000 | $32,717,000 | $51,152,000 |
| Allowance for Taxes | $742,000 | $2,582,000 | $7,550,400 | $13,086,800 | $20,460,800 |
| Earnings after Taxes | $1,113,000 | $3,873,000 | $11,325,600 | $19,630,200 | $30,691,200 |

**SpaceLogic**

SpaceLogic Ltd.
43 Hamelacha Street
Netanya 42504 Israel

Phone 972-9-8855565
sales@space-logic.com

# Business Plan

# Executives Summary

# Contents

Contents..................................................................................................... 2

Executive Summary................................................................................. 3
## SecureLogic for Aviation Security – Program Highlights.......... 4
Financial Data & Forecasts ($000)................................................... 5
Capital Requirements........................................................................ 5
Personnel .......................................................................................... 6

## Executive Summary

SpaceLogic is an established firm with staff possessing 20 years of experience in developing and implementing automated materials handling systems as well as Logistic software products. The company specializes in software and integration of warehousing, distribution, baggage-handling and security systems.



Based on the expertise gained through large number of projects over the years, SpaceLogic has developed methodologies which can be translated into marketable products; toolkits to be used by other system integrators in the industry. While it continues to implement projects with its strategic partners, SpaceLogic is developing products in three niches. The company is ISO 9000 certified.

SpaceLogic is currently operating in cooperation with market leaders. Partnerships for bids on world-wide projects are in advanced stages of discussions, and the probability of success in acquiring and executing these projects is very high. The company has been self-financed since its inception, and currently has a substantial backlog of orders.

SpaceLogic is concentrating in developing software tools and establishing a high market position in three areas of activity:

- **Airport Security for Baggage & Check-Points (SecureLogic)**. Comprehensive software system that enables the automation of the Explosives Detection process for airports baggage applications, as well as Check-Point procedures for passengers. This software product will boost up detection reliability and throughput of existing facilities, enabling integrated control of most available screening systems.

- **Baggage-Handling systems for airports (LogBH)**. Control software tool that combines baggage handling and automated storage of passengers' baggage, with special emphasis on a major bottleneck: Early Check-in (Early-Bags).

- **Warehouse Management Systems (ChainLogic)**. Integrative control applications for handling complex issues of shop floor warehouse management and home delivery from catalogs and e-commerce. Software for control of warehousing, operation of fulfillment centers, distribution to delivery vehicles, automated mailbox hardware, and customer confirmations and returns.

SpaceLogic is managed and staffed by experts in the relevant areas of airports, aviation security and logistics. The alliance that the company maintains with large players in the industry positions the company favorably for international success.

SpaceLogic's staff have executed projects with many large concerns and their Israeli affiliates, including Motorola, Intel, Renault/Nissan, Mazda, Volkswagen, S.R.E.L Medical, Textile Industries (Australia), Israeli Aircraft Industry, Ford Aerospace (US), EAB Bank (US), General Dynamics (US), and Kimberly Clark. SpaceLogic is currently bidding for airport projects in the US, Europe and the Far-East.

# SecureLogic for Aviation Security – Program Highlights

**USA**: On November 19th 2001 President Bush has signed the Aviation Security Bill, directing the FAA to develop a program leading to 100 percent screening of checked baggage by the end of 2002. The implementation of that directive will require a dramatic increase of screening volume, nevertheless, since the maximal capacity of the present baggage screening system within the USA, is limited to a very low percentage of passengers traffic (due to the nature of the current Baggage-Screening configuration), **the entire Screening concept will have to be modified.**

**Europe & Far-East**: The "multi-phase" Hold Baggage Screening system (HBS) is being broadly deployed (Europe and Fareast airports), nevertheless its major **disadvantage is widely recognized: Very low Probability of Detection** due to the "dilution effect". Directives for dramatic increase in deployment and detection reliability are anticipated in the near future.

In 1998 *SpaceLogic (SL)* has teamed up with Shalom Dolev, a world-leading expert in the areas of aviation security, to develop *IBHS (integrated Baggage Handling Security),* innovative software system that will respond to the **immediate need for dramatic increase in EDS screening percentages.** This software will boost screening capacity and detection reliability and at the same time reduce cost and improve the schedule for deployment.

*IBHS* is a comprehensive software system that enables the automation of the Explosives Detection process for airports baggage applications, **as well as Checkprints procedures for passengers.**

The *IBHS* and SL capabilities have been presented and discussed with key personnel of the aviation security community, including top officials within the FAA (US) and ECAC (EU) as well as top management of most Screening-Equipment suppliers.

We are greatly encouraged by their response, and we believe that based on our tools and methodology, we are in a position to become a world-leader in deploying and integrating Baggage-Screening Systems.

Currently SpaceLogic is establishing alliances with world leading companies as follows: FKI Logistex (US & DK); Perkin Elmer (US); BNP (US); Invision (US), Theses alliances may position SL as a front-runner in the HBS arena.

**The implementation plan** is based on three parallel courses of action: Supply of **"Tailor-Made"** HBS Systems (immediately); Complete development of new generic products for HBS; Complete development of passengers profiler. SpaceLogic is planning for the following milestones:

- First prototype – Q1 2001
- Qualifications (FAA + ECAC) – Q1 2001
- Design & Supply of "Tailor-Made" HBS systems – Q2 2001
- IBHS key installations and proof of reliability (FAA + ECAC) – Q3,Q4 2001
- Regular sales of PROFILER software – Q4 2002
- Regular sales of IBHS systems and software – Q1 2003

**Market Potential:**

Following the recent terrorist' attacks on US targets, it is announced that many billions of US Dollars will be spent on aviation security. It is assumed that the total expenditure for Baggage-Screening systems (HBS) will exceed **1.5 Billion Dollars per annum.**

SecureLogic's future revenues from the IBHS sales is estimated at:

- 5-10 turn-key installations per year (3-10 million dollars each)
- 25 software and adaptations per year (.6 – 2.0 million dollars each)
- 2005 sales will exceed 50 million US Dollars

**Future revenues from passengers PROFILER: TBD**

## Financial Data & Forcasts ($000)

| | 2000 A | 2001 A | 2002 E | 2003 E | 2004 E | 2005 E | 2006 E |
|---|---|---|---|---|---|---|---|
| **Revenue-** | | | | | | | |
| Sales of Projects | 4,632 | 6,000 | 11,039 | 30,923 | 53,161 | 64,535 | 106,917 |
| Software Applications | 1,600 | 1,850 | 3,200 | 7,800 | 10,200 | 14,475 | 20,755 |
| Package sales | 70 | 110 | 580 | 3,500 | 6,500 | 13,600 | 22,304 |
| Maintenance Revenue | 98 | 160 | 381 | 559 | 2,068 | 5,615 | 9,209 |
| **Total Revenue** | 6,400 | 8,120 | 15,200 | 42,782 | 71,929 | 98,225 | 159,185 |
| Cost of Projects | 4,438 | 4,300 | 7,062 | 21,557 | 28,210 | 31,752 | 52,073 |
| Cost of package Sales | 45 | 44 | 87 | 525 | 2,520 | 3,150 | 5,166 |
| Cost of maintenance | 47 | 31 | 124 | 162 | 474 | 1,190 | 1,952 |
| **Total Cost of revenues** | 4,530 | 4,375 | 7,273 | 22,244 | 31,204 | 36,092 | 59,191 |
| Gross margin | 1,870 | 3,745 | 7,927 | 20,538 | 40,725 | 62,133 | 99,994 |
| SGA | 1,187 | 2,984 | 6,072 | 14,083 | 21,849 | 29,416 | 48,842 |
| **PreTax Revenue** | 683 | 761 | 1,855 | 6,455 | 18,876 | 32,717 | 51,152 |
| Tax (40%) | 273 | 304 | 742 | 2,582 | 7,550 | 13,087 | 20,461 |
| **Net Profit** | 410 | 457 | 1,113 | 3,873 | 11,326 | 19,630 | 30,691 |

A - ACTUAL

E- ESTIMATE

### Capital Requirements

The company has been self-financed (approx. $3 million 1995-2001) since its inception and is now seeking an investment for significant expansion.

*SpaceLogic* plans to raise an investment of $3.0 million in order to meet its business targets, and position these products as technological leaders in the international markets. The required funds will be mostly used for marketing, to complete developments and for working capital needs. An additional investment of approximately $7 million will be required at a later stage (2002/3), for an enhanced program. The enhanced program will be targeted for much higher level of revenues.

SPACELOGIC—5—CONFIDENTIAL

## Personnel

SpaceLogic is staffed by subject matter experts in the areas in which it functions. The upper management has extensive experience in bringing companies from the start-up stage to profitability, in developing high-quality software and engineering products, and in project management.

### Gary Koren, (CEO)

Gary is an entrepreneur in the Israeli High-Tech industry, with a proven track record as a founder of several software companies. Gary has over 25 years experience in the industry with special emphasis on software–HMI integration. During his tenure with the Logistica group, he was responsible for developing business and market strategy, and for establishing a US-based sales and support unit. He is a graduate in Industrial and Management Engineering from the Technion, Israel's Institute of Technology.

### Michael Klein, Managing Director

Michael is an experienced manager with sales, marketing and implementation experience in the area of Baggage and Cargo handling in the European market. Michael has over 12 years of industry experience, having managed the marketing and implementation of major Automated Storage and Retrieval Systems, involving cooperation with world industry leaders. He developed and implemented a business and marketing plan for Warehouse Management Software (WMS) in the European market. Michael is a graduate in Mechanical Engineering from the Technion in Haifa, Israel with an MBA from INSEAD in Fontainebleau, France.

### Iftach Yeffet, CFO

Iftach has over a decade of experience in the financial and commercial aspects of high-tech management, as well as large materials-handling project execution. He graduated in Economics and Accounting from the Hebrew University in Jerusalem.

### Shalom Dolev, Manager, SecureLogic

Shalom is an expert in security methodologies, with special emphasis in Security Technologies for Airports Baggage Handling, with over 20 years experience in the area of Airport Security. Serving as a consultant for various manufacturers of Explosives Detection equipment (Vivid, Magal and others), Shalom played a major role in the development and certification process for innovative Explosives Detection technologies. As such, he maintains close working relations with key personnel of the FAA, ECAC, and many other top officials within the Aviation Security community. Shalom is a graduate in Electronics Engineering from the University of Tel-Aviv, and has a strong security background, including 7 years as Head of the Branch for Counter-Terrorism and Sabotage (Government of Israel), and 5 years as Security Officer at the Security Division of the Ben-Gurion airport.

### Maty Margulis, CTO

Maty is an ERP development expert, with extensive knowledge in the control and logistics modules. For several years, Maty served as a managing director for a software house in the area of ERP/Supply Chain solutions for industrial and service companies. Maty posses over 20 years experience software development and holds a  Master of Science degree in Quantum Electrodynamics, from the Voronezh Stste University, USSR.

### David Cohen SCADA / HMI Development

David is a Controls Engineer in SCADA development with 20 years experience in development of software and controls systems, as well as "off-the-shelf" software tools. Working for SpaceLogic David has gained worldwide reputation for his achievements in Baggage-handling controls. He is a graduate in Electronics Engineering from the University of Tel-Aviv.

SPACELOGIC—6—CONFIDENTIAL

# SpaceLogic Ltd.

## November 2001

# SpaceLogic Company

◆ Israeli company, founded 1998

◆ Software developers (proprietary) and integrators in the areas of baggage handling, airport security and distribution centers



# Areas of Activity

**SpaceLogic Ltd.**

Projects & Installations ⟷ Software & Control Products

Projects & Installations
- Airports
- Supply chains → ChainLogic

Software & Control Products
- ChainLogic
- Airports
  - LogBH
  - SecureLogic

# Company Background

- ◆ Major shareholder, founder Gary Koren, and key executives

- ◆ Key staff have been involved in the relevant areas for two decades (Logistica Systems)
  - ↳ Mem—Co
  - ↳ Synelogic

# Reference Projects (SL/LOG)

## SpaceLogic

- Ben Gurion 2000
- MOTOROLA
- Kimberley Clark
- IAI
- INTEL
- Renault / Nissan
- Six Airports BH
- S.R.E.L. Medical
- Volkswagen
- MAZDA

## Logistica Systems

- Textile Industries, Australia
- EAB Bank, US
- General Dynamics
- Ford Aerospace

# Airport Security Market

- Recent legislation & directives  (US 100%)
- Insufficient capacity of current system (US)
- Insufficient reliability of current system (EU)
- Approx. 3000 air terminals worldwide
- US potential $20B (est. 1.5B per annum)
- Primary markets - USA, EC, Far-East

# Strategic Alliances

VARS:

- Crisplant DK - *hardware* Logist Baggage Handling Systems supplier
- White Systems US - (hardware for Distribution centers)
- Perkin Elmer Instruments US - Screening Devices
- Aanestad Norway - *special* Conveyors for Baggage handling
- SAP ag -

# LogBH Milestones

- ◆ Complete development of preliminary LogBH Toolkit – Q3 2001
- ◆ Participate in bids for LogBH implementation (current).
- ◆ Complete development of EBS Toolkit – Q3 2002

# Airport Security: Challenge

- ◆ Need for dramatic increase in capacity of current systems – immediate (US)

- ◆ Need for dramatic increase in detection reliability (EU)  $> 70\%$

  *currently 7?.*

- • Competent price

- • Profiler to support Checkpoints

# SecureLogic Product Diagram



# SecureLogic Milestones

- First prototype ready Q1 2002.
- By Q1 2002:
  - Qualification Proof of concept (FAA+)
- Key installation and proof of reliability in 2002 (FAA, ECAC, +)
- HBS 2003 forward (SL only):
  - 5-10 turn-key installations per year
  - 25 software & adaptations per year
- PROFILER 2003 forward: TBD

# ChainLogic Milestones

- Completion of new version by Q2 2001.

- "Beta Site" by Q4 2001.

- Completion of development of the "Planning Master" by Q2 2002.

- Alliance with strategic partner by Q3 2002

- Bidding for projects in the Asia Pacific and Europe, targeting the fulfillment/ distribution centers.

# Israeli Development Center – An advantage for a strategic partner

- Extremely competitive costs:
  - **76% of the salary cost in west Europe.**
  - **Effective net hours are 32% higher.**

- Multi skilled personnel; computer programmers have engineering abilities.

- Highly professional and qualified team players!

- Work performed in English, on a regular basis.

- Israel is the world's 2nd leading country in computer software development.

# APPENDIX II

# INDUSTRY AND ECONOMIC DATA

February 1, 2002                                                                            Vol. 5 No. 4

# Houlihan Lokey Howard & Zukin
## WEEKLY MARKET UPDATE

| Page 1 | Page 2 | Page 3 | Page 4 | Page 5 |
|---|---|---|---|---|
| Major Equity Market Indices | Currency | 2001 M&A Advisory Rankings | Forward Calendar | Top Ten Announced M&A Transactions |
| U.S. Government Yield Curve | Significant Interest Rates | | IPO Activity | Selected Equity Indices by |
| | Interest Rate Spreads | | U.S. Economic Releases | Industry Group |
| | Swap Spread Monitor | | | |

## Major Equity Market Indices

| | Friday Close | | | | % Change From | | |
|---|---|---|---|---|---|---|---|
| Index | Current | 1 Week | 1 Year | Dec 31 '01 | 1 Week | 1 Year | YTD |
| Dow Jones Industrial | 9,907.26 | 9,840.08 | 10,864.10 | 10,021.50 | 0.68% | -8.81% | -1.14% |
| S&P 500 | 1,122.19 | 1,133.28 | 1,349.47 | 1,148.09 | -0.98% | -16.84% | -2.26% |
| NASDAQ Composite | 1,911.21 | 1,937.70 | 2,660.50 | 1,950.40 | -1.37% | -28.16% | -2.01% |
| Wilshire 5000 | 10,490.11 | 10,576.52 | 12,446.40 | 10,707.68 | -0.82% | -15.72% | -2.03% |
| Russell 2000 | 480.04 | 479.35 | 501.50 | 488.50 | 0.14% | -4.28% | -1.73% |
| TSE 300 Index | 7,690.50 | 7,659.29 | 9,224.10 | 7,688.41 | 0.41% | -16.63% | 0.03% |
| Mexican Bolsa | 6,901.81 | 6,831.43 | 6,522.23 | 6,372.28 | 1.03% | 5.82% | 8.31% |
| Tokyo (Nikkei 225) | 9,791.43 | 10,144.14 | 13,703.63 | 10,542.62 | -3.48% | -28.55% | -7.13% |
| Hang Seng Stock Index | 10,691.25 | 10,772.96 | 16,071.29 | 11,397.22 | -0.76% | -33.48% | -6.19% |
| FTSE 100 Index | 5,189.70 | 5,193.00 | 6,256.40 | 5,217.40 | -0.06% | -17.05% | -0.53% |
| Korea Composite Index | 742.42 | 774.68 | 608.48 | 693.70 | -4.16% | 22.01% | 7.02% |

## U.S. Government Yield Curve



* No significant change between Current and 1 Week

---

**This publication is also available on Houlihan Lokey's web site at www.hlhz.com**

LOS ANGELES  NEW YORK  CHICAGO  SAN FRANCISCO  MINNEAPOLIS  WASHINGTON, D.C.  DALLAS  ATLANTA  TORONTO

PHONE: (800) 971-2663          WWW.HLHZ.COM          FAX: (800) 554-4515

Copyright © 2002 Houlihan Lokey Howard & Zukin. All rights reserved. It is illegal under Federal copyright law to reproduce this publication or any portion of its contents without the publisher's permission. Houlihan Lokey Howard & Zukin gathers its data from sources it considers reliable; however, it does not guarantee the accuracy or completeness of the information provided within this publication.

February 1, 2002                    Vol. 5 No. 4

HOULIHAN LOKEY HOWARD & ZUKIN
**W E E K L Y   M A R K E T   U P D A T E**                    2

## Currency

| Denomination | Spot Rate | Friday Close 1 Week | Friday Close 1 Year |
|---|---|---|---|
| Canadian Dollar | 1.590 | 1.610 | 1.497 |
| Mexican Peso | 9.160 | 9.145 | 9.761 |
| Euro Curr. Unit | 1.160 | 1.156 | 1.068 |
| British Pound | 0.705 | 0.710 | 0.680 |
| German Mark | 2.268 | 2.261 | 2.090 |
| French Franc | 7.608 | 7.584 | 7.010 |
| Italian Lira | 2,245.730 | 2,238.590 | 2,069.220 |
| Swiss Franc | 1.715 | 1.704 | 1.645 |
| Japanese Yen | 133.070 | 134.460 | 115.750 |
| S. Korean Won | 1,315.500 | 1,327.500 | 1,248.500 |
| Indonesian Rupiah | 10,330.000 | 10,435.000 | 9,550.000 |
| Malaysian Ringgit | 3.801 | 3.800 | 3.801 |
| Thailand Baht | 44.030 | 44.070 | 42.360 |

*Units of currency per US$*

## Significant Interest Rates

| | Current | Friday Close 1 Week | Friday Close 1 Year |
|---|---|---|---|
| Prime Rate | 4.75% | 4.75% | 8.50% |
| 1-Month LIBOR | 1.86% | 1.83% | 5.57% |
| 3-Month LIBOR | 1.92% | 1.87% | 5.40% |
| 6-Month LIBOR | 2.08% | 2.02% | 5.23% |
| 1-Year LIBOR | 2.57% | 2.50% | 5.13% |

## Interest Rate Spreads

| Term | Treasury YTM | AA-Corporate YTM | AA-Corporate Implied Spread | BBB Corporate YTM | BBB Corporate Implied Spread | BB Corporate YTM | BB Corporate Implied Spread | B+ Corporate YTM | B+ Corporate Implied Spread | B- Corporate YTM | B- Corporate Implied Spread |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 Mo. | 1.76% | 2.23% | 47 | 3.05% | 129 | 5.29% | 353 | 6.03% | 427 | 7.51% | 575 |
| 6 Mo. | 1.89% | 2.31% | 42 | 3.17% | 128 | 5.40% | 351 | 6.19% | 430 | 7.67% | 578 |
| 1 Year | 2.29% | 2.93% | 64 | 3.78% | 149 | 5.87% | 358 | 6.84% | 455 | 8.33% | 604 |
| 2 Year | 3.16% | 3.66% | 50 | 4.56% | 140 | 6.82% | 366 | 7.70% | 454 | 9.24% | 608 |
| 3 Year | 3.70% | 4.17% | 47 | 5.37% | 167 | 7.39% | 369 | 8.27% | 457 | 9.88% | 618 |
| 5 Year | 4.42% | 5.14% | 72 | 6.15% | 173 | 8.06% | 364 | 8.97% | 455 | 10.82% | 640 |
| 7 Year | 4.82% | 5.67% | 85 | 6.71% | 189 | 8.41% | 359 | 9.23% | 441 | 11.33% | 651 |
| 10 Year | 5.07% | 5.89% | 82 | 7.02% | 195 | 8.82% | 375 | 9.66% | 459 | 11.98% | 691 |
| 20 Year | 5.68% | 6.26% | 58 | 7.23% | 155 | 9.46% | 378 | 10.43% | 475 | 12.37% | 669 |
| 30 Year | 5.44% | 6.44% | 100 | 7.27% | 183 | 9.43% | 399 | 10.36% | 492 | 12.32% | 688 |

## Swap Spread Monitor

| Term | Current Treasury Rate | Current All in Rates Bid | Current All in Rates Ask | Current Swap Spread Bid | Current Swap Spread Ask | 1 Week Ago Treasury Rate | 1 Week Ago All in Rates Bid | 1 Week Ago All in Rates Ask | 1 Week Ago Swap Spread Bid | 1 Week Ago Swap Spread Ask | 1 Year Ago Treasury Rate | 1 Year Ago All in Rates Bid | 1 Year Ago All in Rates Ask | 1 Year Ago Swap Spread Bid | 1 Year Ago Swap Spread Ask |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 Year | 3.16% | 3.46% | 3.48% | 0.30% | 0.32% | 3.17% | 3.52% | 3.56% | 0.35% | 0.39% | 4.65% | 5.30% | 5.34% | 0.65% | 0.69% |
| 3 Year | 3.70% | 4.17% | 4.19% | 0.47% | 0.49% | 3.71% | 4.26% | 4.28% | 0.55% | 0.57% | 4.71% | 5.44% | 5.48% | 0.73% | 0.77% |
| 5 Year | 4.42% | 4.97% | 4.99% | 0.55% | 0.57% | 4.46% | 5.06% | 5.08% | 0.60% | 0.62% | 4.86% | 5.64% | 5.68% | 0.78% | 0.82% |
| 7 Year | 4.82% | 5.37% | 5.39% | 0.55% | 0.57% | 4.86% | 5.45% | 5.47% | 0.59% | 0.61% | 5.09% | 5.81% | 5.85% | 0.72% | 0.76% |
| 10 Year | 5.07% | 5.70% | 5.72% | 0.63% | 0.65% | 5.10% | 5.75% | 5.79% | 0.65% | 0.69% | 5.17% | 5.98% | 6.02% | 0.81% | 0.85% |
| 20 Year | 5.68% | 6.06% | 6.10% | 0.38% | 0.42% | 5.72% | 6.11% | 6.15% | 0.39% | 0.43% | 5.60% | 6.22% | 6.26% | 0.62% | 0.66% |

February 1, 2002                                                    Vol. 5 No. 4

# HOULIHAN LOKEY HOWARD & ZUKIN
## WEEKLY MARKET UPDATE

**4**

## Forward Calendar

| Issuer | Type/ Maturity | Coupon (Percent) | Amount (in Millions) | | Lead Manager |
|---|---|---|---|---|---|
| Acxiom Corp | 7-Yr Sub Nts | 3.750 | $160 | Not Priced | NA |
| American Express Crd Crp | 3-Yr Nts | 4.250 | $250 | Priced | MS |
| Arcel Finance Ltd | 7-Yr Secured | 5.984 | $250 | Not Priced | NA |
| Asian Development Bank | 5-Yr Bonds | 4.875 | $2,000 | Priced | HSBC, MSDW, NIP |
| Azteca Holdings SA | 1-Yr Nts | 10.500 | $150 | Not Priced | NA |
| Cleco Power LLC | 15-Yr Bonds | 6.125 | $25 | Priced | EJONES |
| Computer Associates Intl | 5-Yr Nts | 7.500 | $400 | Priced | BAS, SSB |
| Computer Associates Intl | 10-Yr Nts | 8.375 | $600 | Not Priced | NA |
| Coventry Health Care Inc | 10-Yr Sr Nts | 8.125 | $175 | Priced | NA |
| Depfa Pfandbriefbank | 5-Yr Pfandbriefe | 4.750 | $3,000 | Not Priced | NA |
| Gatx Corp | 5-Yr Co Guarnt | 7.500 | $175 | Not Priced | NA |
| Jacobs Entertainment | 7-Yr Secured | 11.875 | $125 | Not Priced | NA |
| Macronix Intl Co | 5-Yr Sr Unsub Nts | 0.500 | $140 | Not Priced | NA |
| Meristar Hospitality Crp | 9-Yr Co Guarnt | 9.125 | $200 | Not Priced | NA |
| OSI Pharmaceuticals Inc | 7-Yr Sr Sub Nts | 4.000 | $200 | Not Priced | NA |
| Petrobras Intl Fin Co | 5-Yr Sr Nts | 9.125 | $400 | Not Priced | NA |
| Protective Life US Fndg | 3-Yr Secured | 3MO US$LIBOR +25BP* | $150 | Not Priced | NA |
| Ritek Corp | 5-Yr Unsub Nts | 0.500 | $175 | Not Priced | NA |
| Scotts Co | 7-Yr Sr Sub Nts | 8.625 | $70 | Not Priced | NA |
| Six Flags Inc | 8-Yr Sr Nts | 8.875 | $480 | Not Priced | NA |
| Solectron Corp | 7-Yr Sr Nts | 9.625 | $500 | Priced | GS |
| Southern Co Cap Funding | 5-Yr Bonds | 5.300 | $400 | Priced | GS |
| Southern Co Cap Funding | 2-Yr Sr Nts | 1MO US$LIBOR +35BP* | $25 | Not Priced | GS |
| US Bank NA | 12-Yr Nts | 6.300 | $1,000 | Priced | LEH |
| Wells Fargo & Co | 5-Yr Sr Nts | 5.125 | $1,000 | Priced | BEAR, CSFB |

\* Float Rate Note

## IPO Activity

| Company Name | Industry | Pricing Date | Manager | Dollar Total ($ in Millions) |
|---|---|---|---|---|
| Carolina Group | Agriculture | 01/31/02 | Morgan Stanley, Salomon SB | $828.79 |
| Synaptics Inc | Computers | 01/28/02 | Bear Stearns & Co | $55.00 |
| Zymogenetics Inc | Pharmaceuticals | 01/31/02 | Lehman Brothers, Merrill Lynch | $170.00 |

## U.S. Economic Releases

| Indicator | Time Period | Survey | Actual | Prior |
|---|---|---|---|---|
| Unemployment Rate | Jan | 5.9% | 5.6% | 5.8% |
| US Avg Hourly Earnings | Jan | 0.2% | 0.0% | 0.5% |
| Change in Nonfarm Payrolls | Jan | -50k | -89k | -124k |
| US Change in Manufact. Payroll | Jan | -75K | -89k | -133K |
| US Average Weekly Hours | Jan | 34.2 | 34.0 | 34.2 |
| U. of Michigan Confidence | Jan F | 94.2 | 93.0 | 94.2 |
| Construction Spending | Dec | 0.2% | 0.2% | 0.8% |
| ISM (NAPM) Manuf. | Jan | 50.0 | 49.9 | 48.2 |
| ISM (NAPM) Manuf. Prices Paid | Jan | 35.5 | 43.9 | 34.7 |
| Domestic Vehicle Sales | Jan | 12.9M | -- | 13.2M |
| ISM (NAPM) Non-Manufacturing | Jan | 52.0 | -- | 54.2 |
| Factory Orders | Dec | 1.0% | -- | -3.3% |
| Nonfarm Productivity | 4Q P | 3.0% | -- | 1.5% |
| Unit Labor Costs | 4Q P | 1.1% | -- | 2.3% |

**February 1, 2002**        **Vol. 5 No. 4**

# HOULIHAN LOKEY HOWARD & ZUKIN
### WEEKLY MARKET UPDATE

**5**

# Top Ten Announced M&A Transactions

For additional information on the current M&A market, visit www.mergerstat.com - or call Mergerstat® at 1 (800) 455-8871.

| Announce Date | Buyer Name | Seller Name | Unit Sold | Deal Size (in US$ Millions) | Seller Primary SIC Code | Industry Description |
|---|---|---|---|---|---|---|
| 1/30/02 | Koninklijke KPN NV | BellSouth Corp | E-Plus Mobilfunk GmbH & Co KG | $1,146.7 | 4812 | Communications |
| 1/30/02 | Beazer Homes USA Inc | Crossmann Communities Inc | | $489.7 | 1531 | Construction Contractors & Eng. Svcs. |
| 2/1/02 | Ironbridge Acquisition LLC | Ptti-Des. Moines Inc | | $258.1 | 3462 | Fabricated Metal Products |
| 1/28/02 | General Electric Co | Kingfisher PLC | Time Retail Finance | $212.0 | 6153 | Banking & Finance |
| 1/29/02 | Sempra Energy | Enron Corp | Enron Metals Ltd | $145.0 | 6211 | Brokerage, Invest. & Mgmt. Consulting |
| 1/30/02 | Aztar Corp | Tropicana Enterprises | | $117.5 | 7011 | Leisure & Entertainment |
| 1/28/02 | ACI Capital Co Inc | Craig (Jenny) Inc | | $109.7 | 7299 | Miscellaneous Services |
| 1/31/02 | Cabot Corp | Showa Denko KK | Showa Cabot SuperMetal KK | $105.4 | 3339 | Primary Metal Processing |
| 1/29/02 | InTown Suites Mgmt. Inc | Suburban Lodges of America Inc | | $98.8 | 7011 | Leisure & Entertainment |
| 1/29/02 | Corvis Corp | Dorsal Networks | | $90.4 | 7373 | Computer Software, Supplies & Services |

# Selected Equity Indices by Industry Group

| | Friday Close | | | | % Change From | | |
|---|---|---|---|---|---|---|---|
| Index | Current | 1 Week | 1 Year | Dec 31 '01 | 1 Week | 1 Year | YTD |
| Aerospace | 1,189.78 | 1,189.78 | 1,367.95 | 1,189.78 | 0.00% | -13.02% | 0.00% |
| Communications: | | | | | | | |
| Broadcast Media | 23,631.73 | 23,631.73 | 27,855.52 | 23,631.73 | 0.00% | -15.16% | 0.00% |
| Entertainment | 4,035.00 | 4,035.00 | 5,706.02 | 4,035.00 | 0.00% | -29.29% | 0.00% |
| Communications Equipment | 198.79 | 198.79 | 535.54 | 198.79 | 0.00% | -62.88% | 0.00% |
| Engineering & Construction | 147.84 | 147.84 | 134.88 | 147.84 | 0.00% | 9.61% | 0.00% |
| Foods | 1,687.27 | 1,687.27 | 1,582.75 | 1,687.27 | 0.00% | 6.60% | 0.00% |
| Healthcare: | | | | | | | |
| Healthcare Diversified | 1,756.62 | 1,756.62 | 1,646.77 | 1,756.62 | 0.00% | 6.67% | 0.00% |
| Hospital Management | 201.17 | 201.17 | 173.88 | 201.17 | 0.00% | 15.69% | 0.00% |
| Healthcare | 461.10 | 461.10 | 420.90 | 461.10 | 0.00% | 9.55% | 0.00% |
| Healthcare Miscellaneous | 554.21 | 554.21 | 586.40 | 554.21 | 0.00% | -5.49% | 0.00% |
| Insurance: | | | | | | | |
| Insurance Brokers | 793.49 | 793.49 | 802.82 | 793.49 | 0.00% | -1.16% | 0.00% |
| Life Insurance | 1,625.46 | 1,625.46 | 1,810.14 | 1,625.46 | 0.00% | -10.20% | 0.00% |
| Property and Casualty | 959.66 | 959.66 | 950.01 | 959.66 | 0.00% | 1.02% | 0.00% |
| Retail: | | | | | | | |
| Specialty | 3,010.78 | 3,010.78 | 2,715.89 | 3,010.78 | 0.00% | 10.86% | 0.00% |
| Drugs | 701.09 | 701.09 | 877.90 | 701.09 | 0.00% | -20.14% | 0.00% |
| Apparel | 744.40 | 744.40 | 1,139.34 | 744.40 | 0.00% | -34.66% | 0.00% |
| Foods | 901.27 | 901.27 | 1,031.89 | 901.27 | 0.00% | -12.66% | 0.00% |
| Department Stores | 2,013.95 | 2,013.95 | 1,898.90 | 2,013.95 | 0.00% | 6.06% | 0.00% |
| Real Estate | 93.33 | 93.00 | 87.61 | 93.40 | 0.35% | 6.53% | -0.07% |
| Restaurants | 639.02 | 639.02 | 652.55 | 639.02 | 0.00% | -2.07% | 0.00% |
| Technology | 964.24 | 964.24 | 1,426.03 | 964.24 | 0.00% | -32.38% | 0.00% |
| Textile | 242.26 | 242.26 | 224.08 | 242.26 | 0.00% | 8.11% | 0.00% |

CONTINUED FROM COVER

# OVERVIEW

The 11th of September was an international tragedy of unspeakable proportion. It changed the world forever. The loss of life of 62 nationalities in the World Trade Center is unforgettable. Our prayers and thoughts are with those that lost a loved one. America will overcome this tragedy. The stock markets were closed for four days: the longest since the outbreak of the Great War in 1914, when the markets were closed for 4 1/2 months. That gave the monetary authorities around the world time to help the currency and equity markets. Large one-month swap arrangements were made between the Central Banks to support the U.S. dollar. Also, interest rates were lowered substantially with a half point drop in federal funds rate to 2% and the discount rate to 1 1/2%. Furthermore, the Fed's aggressively bought bonds in the open market to increase the money supply. When the markets opened again for business the damage was contained to 7%. This was approximately the loss on other markets around the world. A week after re-starting the equities market we saw a fall of 14 percent on the Big Board and 16 percent for the NASDAQ.

Since the beginning of the year have now seen ten rate cuts in the U.S. five in Europe. That is unprecedented and shows the commitment from the Federal Reserve and the Treasury to support the economy. Hopefully, it can avoid a full-blown recession. Remember, it took over a year for the Fed's medication to have an effect on the great bull market of 1999 and the first part of 2000. No one cared much about monetary policies and interest hikes then. As investors were paying too much attention to their net worth, they lost interest in those pesky monetary policies. Well, the rest of the story is now history. Investors have learned that eventually the Fed's medicine does work. That will be true this time again. Unfortunately there is no particular timeframe. The influence of the Federal Reserve is still alive even if it takes much longer. The (world) economy has outgrown the direct influence of the Federal Reserve and any other central bank or the combination. That means it requires even stronger and faster medication to cure the ailments. The current interest policy of gradually reducing Federal Funds and the discount rate may be the correct policy, but what may have worked for decades may not work this time. When the economy is in a tailspin and corporate chieftains have to make capital investment decisions, they will consider the Fed's actions more closely. Why would they commit the company to a major capital investment at the beginning of the fall in interest rates? Why not wait till the Fed is done and gives a clear signal that it is not prepared to go much further.

As long as the Fed is not giving a clear sign that it has turned its policy to neutral, the pain may continue. The second act of the manufacturing recession is well under way and it is not less depressing than the first act. The story began with production cutbacks in autos and related industries late last year in an effort to reduce excess inventories as demand fell short of targets. The scene has now shifted to the technology sector, where equipment makers are struggling with the same problem. Is there going to be a happy ending? The way it looks now is that there is no end to the bad news and the bears on the stock market are dancing. But that is the reverse of the charging bulls just a year and a half ago. There was no end in sight for the bulls!! Of course, the bears will have to do a disappearing act sooner or later. History shows that the turn comes at a time when investors are throwing in the towel. So far, stalwart consumers, a solid housing market, and stimulative government policies give reasons for optimism. We believe that investors are too pessimistic and driving the market down to levels that make little sense. However, the WTC tragedy will stay in the minds of consumers for some time and it tends to hold them back. Unemployment is still rising and with major cutbacks in the airline and tourist industries we must expect more caution. Shoppers' finances will get a boost from lower gasoline prices, interest rates and tax cuts beginning in the third quarter and well into the fourth quarter. Consumers' balance sheets have received a jolt from rising home prices that give them some equity to work with.

Bear markets have never been great times. Only investors with cash feel like kids in a candy store. However, we must compose ourselves and refuse to dance with the bears. Markets can regain their strength quickly and most of the losses can be wiped out within a year. Cash is king, but only if you use it smartly. Once the markets stabilize, most likely in the fourth quarter, investors can do some serious shopping and acquire stocks at prices that were unheard of only a year ago. Thanks to well-timed policy

be behind us. Although risks remain, we are generally confident that a full-fledged recession is not on the radar screen and the economic landscape will begin to brighten early next year.

# A SÉANCE WITH JOHN MAYNARD KEYNES

Investors may think that we are dipping in an economic recession and, indeed, manufacturing looks more like a depression. However, let's put this all in perspective and see how our ancestors figured out the policies by trial and error that got them out of the deep end of the depression. The Great Depression of the 1930s shook economists' belief in the classical model. Classical economists (Laissez Faire: hands-off government) believed the economy was capable of healing itself by allowing flexible wages, prices and interest rates to adjust or eliminate unemployment. Of course the classicals had very little background in dealing with these problems in a modern industrial economy. Then came the Great Depression after the market crash of 1929. Between 1929 and 1933, real GNP in the U.S. declined by 30 percent. The 1929 output level was not regained until 1939. Such a substantial downturn appeared to contradict the teachings of classical economics. There had been economic recessions and depressions before, but none this severe or sustained.

The Great Depression set the stage for the Keynesian revolution, which was sparked by the publication in 1936 of The General Theory of Employment, Interest, and Money by English economist Keynes. In this landmark book, Keynes argued that economies could reach a fairly stable equilibrium at much less than full employment. His theory opened up a new approach to macroeconomic policy - it argued that it is the responsibility of government to ensure that the economy operates at an acceptable rate of output and employment. Keynes believed that letting wage and price adjustments raise output and employment was too slow, unreliable, and unnecessary. Government economic action should be used to restore the economy to full employment more quickly and at much lower social costs. In Keynesian terms, government checks "inject" money into the economy, and as consumers spend money it will be multiplied to a higher aggregate demand. This is the "multiplier" effect.

The rebates, and the talk about taxpayers pockets, invoke the ghost of Keynes. The Keynesianism once universally taught in Econ 101 foundered on the question, where does the government get the money it injects? Well, it gets it from the bond markets. So why will it "stimulate" anything to take money from bondholders and give it to taxpayers? Because, the Keynes 101 answer goes, taxpayers have a higher "marginal propensity to consume." They will spend the money rather than save it, and it will multiply faster. This line of thinking may actually have had some relevance when Keynes thought it up during the Great Depression, since the banking system was broken. But in normal times the distinction between consumption and savings pretty much disappears. What anyone saves gets loaned to someone else who will consume. The government is writing $55 billion in checks to taxpayers instead of $55 billion in checks to bondholders. Thus, the administration should have lowered the marginal tax rate a little further. There was a time, indeed, when Keynesians spoke of a surplus as "fiscal drag." The (Keynesian) rebate checks may make a lot of people feel better, of course, and arguably that's some kind of stimulus in itself.

# THE MULTI-BILLION DOLLAR WRITE-DOWN

Welcome to the growth recession. No rebate checks in the corporate world. We can comfortably conclude that the late 90's growth was partly an illusion where companies were overproducing and moving unsold products from the factory floor to a barn somewhere else in the hope to of selling these inventories at a later date. That was wishful thinking. Especially when the economy fell off a cliff and the resulting financial problems in the technology sector started to surface. Unfortunately, there is a broader, little-understood problem lurking behind huge write-offs. It is one that is likely to lead to a wave of huge earnings charges throughout Corporate America. The problem is not only large inventories that have become worthless in the ever-changing technology world, but also acquisitions of fancy companies at exorbitant prices that are nearly worthless now. Lots of companies have joined the ranks of Cisco, Nortel and Juniper. Many of these companies were feeding on acquisitions to enhance growth and technology. This strategy is now becoming a liability as the stock market took a nosedive and these companies have lost their market value. Worse yet, new accounting rules are going into effect January 1 next year that will

force companies to be more rigorous about writing down the value of these assets. Studies have shown that the technology sector lost all of their earnings ($145 Billion) over the last five years during the first three quarters of 2001. And this is just what has been reported so far! Many other companies will be facing the music soon, contemplating huge charges in the next six month.

Typically, when a company makes an acquisition, the price that it pays is recorded on its balance sheet as an asset. If the value of that business declines, then the acquirer has to write down the asset on its balance sheet to reflect the new current value. This is true whether the acquisition is made in cash or stock. The Financial Accounting Standards Board (FASB) is implementing rules that force companies to be more rigorous about writing down goodwill, which is the amount a company pays in an acquisition beyond the value of an acquiree's existing assets. Specifically, companies will now have to justify the value at which they are carrying acquisitions on their books once a year. Companies and their auditors will fight tooth and nail to avoid confessing their buying sprees at unrealistic prices. If forced to come clean they may toss their dirty linen in the coming quarters that are already looking shaky.

There are several ways to determine fair value. The simplest way to calculate fair value is to look at the market value of comparable companies that have publicly traded stock. This valuation can create all sorts of headaches because stock prices have plunged dramatically, particularly for technology and telecom companies. Another method is calculating future cash flows and discount them at an interest rate that is applicable in the industry. However, most of these young companies have very little to show for sales and earnings other than a specific and interesting new technology. This means investors will have to scan balance sheets and look for shareholder equity on the books that is higher than the market value of the company. If shareholder equity is much higher than its market value, you can expect the assets are overstated and necessary for a write-down. Generally there is no cash involved in the write-down itself, but they are still costing shareholders. In the first place the company is admitting that it wasted money buying these fancy companies. If it was done in stock, than shareholders will have to divide earnings with a few more people who brought very little to the table.

# EARNINGS ESTIMATES - A MOVING TARGET

Write-downs are just one among many factors that bring on the great confusion and risk avoidance among investors. Corporate CEO's have also contributed to a vacuum in investing. For a few quarters, especially technology companies, have refused to give a reasonable forward-looking statement of affairs. The word "murky" has been used often to voice their lack of opinion. This is something new in the world of Wall Street. There was always some guidance for the next quarter, year and even two years. Lawsuits and regulation Fair Disclosure - the new Securities and Exchange Commission rule requiring companies to share corporate data equally among analysts and investors has reduced the openness of corporations. Many CEO's are offering analysts less guidance about earnings. The economy makes any guess of earnings hazardous and difficult. Regulation FD seems to give cover to companies whose internal forecasting may be showing some ugly numbers. If there would be positive news, companies would certainly give the news quickly. Whatever the reason for the estimate gaps, it is clear that they are growing. The ramification could be an increase in short-term swings in individual stocks and more difficulty for individual investors in gauging how companies are likely to perform. According to Zacks Investment Research the median difference between the high and the low estimates for stocks in the S&P 500 index has grown 40 percent in the past year to 35 cents from 25 cents.

These days, arriving at reliable estimates of next quarter earnings for technology companies has become more an art than a science. With little guidance from the corporation, and a murky overview of new orders and inventory levels, analysts and investors have to do with some improvisation and rough economics. Even some large non-tech companies are showing restraint in guiding analysts to workable numbers. A little more than a year ago we saw that the opposite companies were more than hyper leading analysts over the path of roses to the new world of unlimited prospects. If the guidance was not rosy enough, the estimates could be fertilized with some price targets that were out of this world. A lot can change in a short time frame. Analysts are now awakened by reality and are becoming too careful or pessimistic. This will lead to underestimating earnings capacity and in turn holding stock prices back. Reality will show that the economy has softened, but not in a way that investors have to fear that the

bottom is dropping out. We will have to live with a few more quarters of rough earnings guesses, but visibility and optimism should return in the next two quarters.

# THE GREAT DIVIDE:  GROWTH VERSUS VALUE.

The lack of visibility and the wide spread of earnings estimates leads us to the never-ending debate in the academic world and money managers.  In fact, "growth vs. value", is a hot argument in these troubled times.  For much of the 90s, growth stocks trounced value stocks.  But since the market found it's Waterloo in March 2000 value has beaten growth hands down.  When the economy moves at a crawl, value always looks the best bet.  Does that mean that the gospel of value investing has finally handed a mortal blow to growth investing?  Don't count on it!  Even though current conditions favor value investing, and will continue to do so for a little longer, growth will rise again once a strong recovery in company earnings changes the market's dynamics.

It is also a debate that will never go away, because both styles over the long haul do nearly equally well.  Academia, money managers and investors have contemplated this subject since the difference became to light and it is unlikely that this question will ever be answered.  Each style comes into favor every few years - growth and value investors take turns in looking smart.  To a growth investor a high stock price with lots of momentum is beautiful.  Stellar growth of sales, earnings and a high return on equity will keep this momentum moving.  To a value investor a low stock price with undervalued assets present an opportunity.   The idea is that growth investors may reconsider and seek out bargains.  The value investor has patience and can wait for better times, while the growth investor is more focused on immediate performance.

Since none of the studies has shown a significant statistical difference between the performance of growth or value there is something to learn for the prudent investor.  Both should be a part of the investment strategy in a diversified portfolio.  Whether you use growth or value criteria, in a difficult earnings environment like this one it's more important to pay attention to the fundamentals of a company's business than it is to set investment criteria based solely on ratios.  Studies related to the modern portfolio theory have shown that a combination of 60 - 40 percent is the best way.  Depending on risk tolerance the investor can chose which way to go.  The two investing approaches tend to do better at opposite ends of the business cycle.  Value outperforms when the cycle is near the bottom - as now - because earnings can't go much lower, and stocks are likely to be undervalued because of an overly pessimistic earnings outlook.  Value continues to do well as earnings start to come back.  Growth does better as the cycle builds and peaks.

# GREENBACK WORRIES:

Some American leaders and companies have the delusion that a weaker dollar would make them more competitive in foreign markets.  Lately the dollar has softened somewhat against the world's basket of currencies.  This happened by coincidence. The U.S. manufacturing economy has slowed to a crawl this summer and it is an old tradition among U.S. executives to look for a quick fix.  Dropping the value of the dollar improves the cash flow of multinationals by giving them more dollars in exchange for other currencies when they consolidate their global income statements.  Again, it is a delusion. Corporate executives can display an improved bottom line even though the underlying value may not have changed much from when earnings were expressed in stronger dollars.  Corporations may tell you that they can compete better with a cheaper currency, but the historical record shows exactly the opposite.  German, Dutch, Swiss and Japanese manufacturing companies built a huge global trade when their currencies were strong.  On the other side, British, Italian and also for quite some time U.S. industries sank deeper in the hole when they were hiding behind a sliding currency.  It is the discipline of a strong currency that forces greater efficiency and makes companies more competitive.  The U.S. itself has enjoyed impressive productivity gains during its strong-dollar period.  Also England, Ireland and Italy to a lesser degree showed impressive gains since their respective currencies strengthened in the cross rates.

General Motors and other automakers offer an excellent example of the benefits of a strong dollar. It was during a period of sliding value during the 70's that Japanese cars made serious inroads into the U.S. market, taking advantage of the fact that inflation has made U.S. less competitive than they should have been. When the Reagan-Volcker team firmed up the dollar in the 80's, producers began to get their act together, although they still have not recovered lost market share. The most important reasons for maintaining a strong currency are macro in nature. In the past two years American shoppers have become the consumers of "last resort." The muscular dollar has pulled many export countries out of the muck which was enough to keep the world economy humming. A lot of these dollars that were dropped off in the hands of foreign exporters have been recycled either by buying American goods and services or U.S. stocks and treasuries. In fact, the trade deficit, a perennial bugaboo to organized labor and protectionists in Congress has actually financed the dramatic economic growth creating jobs and wealth.

The failure of central banks to make an impact on currencies and economies underlines the failure of theory to provide a reliable guide to monetary policy. Just months ago, the financial media was reporting that the euro and the yen were about to weaken further against the dollar. As usual, when they make predictions the opposite can occur. The dollar has weakened ten percent against the euro and in lesser extend against the yen. Still, the media have not solved the issue of whether the yen and the euro are weak or the dollar is strong. The math is the same, but policy implications are as different as night and day. A weakening euro or yen indicates that the ECB or Bank of Japan should be tightening; a strengthening dollar indicates that the Fed should be easing. The collision between theory and reality suggests a skeptical view of conventional theory is warranted. The Fed has tried to lower (expected) inflation by raising interest rates. What it got was a serious drop in the rate of economic growth, which has become a larger problem than the expected inflation rate.

The recent weakening of the dollar and U.S. stock markets suggests that this virtuous process may be nearing an end. If so, we believe it will come from the dynamics of the global markets and not from CEO's or politicians. The latter have learned that the best way of dealing with the currency markets is to stay silent. There is absolutely no win in talking a currency up or down. That may be partly because of the recognition that there are no adequate tools available, other than jawboning. Also, talking down a currency can have serious adverse consequences. There are enough examples to learn from. The dollar bears will have to find a place to park their money - selling the greenback can only be done against another currency. What great alternatives exists that can absorb the massive quantity of dollars? The Japanese Yen is in great agony for many years and the euro is not in better shape. Any other currency will not be able to accommodate dollar flight without creation of massive inflation. It is good to stay home sweet home! We have compiled a few examples of companies that have major overseas sales and earnings:

| Company | ticker | 52 wk High $ | Range Low $ | Current Price $ | EPS 2001E $ | EPS 2002E $ | P/E 2001E | Div. % | Common Stock in MM | Market Value in $ B | Price Book X | ROE in % | Est. 5-y gr.% |
|---------|--------|------|------|------|------|------|------|------|------|------|------|------|------|
| Colgate | CL | 65.69 | 42.50 | 58.25 | 1.92 | 2.16 | 30.3 | 1.1 | 32328.1 | 44.4 | 38.7 | 95.50 | 60.1 |
| Gillette | G | 37.13 | 24.50 | 29.8 | 0.99 | 1.11 | 30.1 | 2.2 | 31439 | 14.9 | 21.2 | 20.40 | 9 |
| Proctor & G | PG | 79.31 | 55.38 | 72.79 | 3.11 | 3.34 | 23.4 | 2. | 94314 | 9.1 | 33.5 | 33.60 | 13.7 |
| Ford (show new Dividens) | F | 30.71 | 19.90 | 17.35 | 0.65 | 2.13 | 26.7 | 6.9 | 31434.7 | 2.3 | 16.6 | 18.50 | 8.4 |
| General Motors | GM | 75.75 | 48.81 | 42.9 | 3.82 | 4.83 | 11.2 | 4.7 | 23596.2 | 0.8 | 19.6 | 13.10 | 9.2 |
| Coca Cola | KO | 64.00 | 42.40 | 46.85 | 1.57 | 1.79 | 29.8 | 1.5 | 116538.9 | 11.2 | 56.7 | 23.40 | 5.3 |
| MacDonald | MCD | 35.06 | 24.75 | 27.14 | 1.39 | 1.56 | 19.5 | 0.8 | 45068.7 | 4.9 | 18.8 | 21.50 | 18.3 |
| Pepsi | PEP | 49.75 | 41.26 | 48.50 | 1.66 | 1.88 | 29.2 | 1.2 | 71149.5 | 8.2 | 17.3 | 30.10 | 18.8 |

# HOW FAR DOWN WILL ENERGY GO?

Since President Bush introduced the energy bill that was written by the energy industry and for the energy industry with the warning of a "crises" the markets have turned their back on them. It shows that nobody was impressed, and probably saw that this policy was heavily skewed to serve the oil industry. The approach to the crunch bears a close resemblance to tactics used in the tax fight. Step one: Declare a crises. Step two: blame eight years of neglect by the prior administration. Step three: Promote a long-term agenda that transcends the immediate problem. Step four: Brand opponents as being negative. Will these tactics work the same way as the tax rebate debate? Probably not! The argument for the tax rebate was not clear when it was mentioned in the election rhetoric, but when the economy deteriorated even the skeptics could agree. The energy debate will center on "holy areas" that need to be explored and is an unnecessary expansion. The debate will become a cacophony of opinions over the geographic divide between the West and the Northeast. The West has, of course, the interests of the oil industry at heart, while the Northeast swings more to conservation.

In the meantime, the energy crisis has temporarily resolved itself. California has bought and received more power than it needs and crude oil inventories have gone up. The number of brownouts has been limited and the feeling of discomfort has subsided. That is all good news and the President reiterated that "it is important to have stability, and stability can come in the form of low prices, stability can come in the form of moderate prices." Low prices are not in the interest of the industry. When California complains about high electricity prices, it gets a lecture about how you can't defy the laws of supply and demand.

In all practicality, President Bush will have very little impact on the global dynamics of supply and demand. This also translates in the price for crude oil. The price has slipped dramatically from a high of $35 earlier this year to $20 a barrel. Energy stocks also slipped in sympathy with the price of "black gold." The most damage has been done to the power brokers and the power generators. As usual when Wall Street got exited at the prospects of these groups the market turned against them. With all the great adventures that the Bush administration is proposing for oil exploration we notice that the oil service stocks have also plummeted 40-50%. Obviously, they reacted to over-abundance of energy and lower prices. But this also raises the question for investors of whether the current stock prices give good opportunities going in to the crucial winter period. We believe that little has changed regarding the energy crunch in California or the consumption habits. Another severe winter could open the floodgates again. We believe that current conditions and the fall in stock prices warrant a closer look at these power producers with the prospects of a substantial recovery over winter.

| Company | Ticker | 52 wk range High $ | 52 wk range Low $ | Current Price $ | EPS 2001E $ | EPS 2002E $ | P/E 2001E | Div. % | Common Stock in MM | Market Value in $ B | Price Book x | ROE In % | est. 5-y Gr.% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gas and Coal** | | | | | | | | | | | | | |
| Apache | APA | 74.18 | 38.50 | 43 | 6.32 | 4.88 | 6.8 | 0.3 | 123.6 | 6.4 | 1.3 | 8 | 19.4 |
| Kerr -McGee | KMG | 74.1 | 46.50 | 51.91 | 7.16 | 5.96 | 7.5 | 3.5 | 125.0 | 6.3 | 2.2 | 32.1 | 10 |
| Noble Affiliates | NBL | 51.09 | 27.00 | 36.70 | 4.05 | 3.06 | 8.9 | 0.4 | 56.6 | 2.08 | 2.3 | 22.5 | 14 |
| Peabody Coal | BTU | 38.05 | 22.20 | 28.74 | 3.35 | Na | 8.6 | 0.7 | 51.95 | 1.5 | 2 | 17 | na |
| Philips Petr. | P | 70.05 | 50.10 | 55.26 | 8.54 | 5.47 | 6.4 | 2.6 | 256.2 | 14.6 | 2.2 | 29.5 | 9.5 |
| Williams Comp | WMB | 43.89 | 24.75 | 29.00 | 1.38 | 1.53 | 21 | 2.5 | 485.0 | 14 | 2.3 | 8.9 | 14.5 |
| | | | | | | | | | | | | | |
| **Broking** | | | | | | | | | | | | | |
| Enron | ENE | 90.75 | 24.60 | 9.00 | 0.13 | Na | 74.40 | 5.2 | 750 | 6.25 | 3.4 | 8.7 | 17 |
| | | | | | | | | | | | | | |
| **Utility** | | | | | | | | | | | | | |
| Calpine | CPN | 58.04 | 19.50 | 24.61 | 1.86 | 2.25 | 13.3 | na | 305 | 7.5 | 4.7 | 14.5 | 35 |
| Duke | DUK | 47.74 | 31.10 | 37.19 | 2.67 | 3.60 | 14.3 | 2.9 | 775 | 28.82 | 2.9 | 17.5 | 12 |
| Reliant | REI | 50.45 | 27.00 | 28.16 | 1.54 | 1.85 | 18.2 | 5.4 | 298 | 8.4 | 1.6 | 8.2 | 9 |

# U.S. INTEREST RATES:

The rapid-fire rate cuts from the Fed so far has done very little to improve the ailing economy and plummeting corporate earnings. The Federal Reserve's policy-making committee is ready to lower rates further if conditions do not improve. This shows the fading glory of the Fed: it is losing its grip on the domestic and international economy. Investors are focusing on the economy rather than the diminishing influence of the Fed. Greenspan is finding that taking the genie out of the bottle, or raising rates to slow the economy, is easier than stuffing it back, or lowering rates, to get it moving again. If there is going to be "monetary policy," the hard question is the target that policy should try to hit. There are three simple answers based on John Maynard Keynes principles - economic activity (technically, gross domestic product), inflation and employment. The Federal Reserve System, which creates and enforces monetary policy in the U.S., is enjoined by law to promote growth, eliminate inflation, and increase employment, all at once. To achieve these goals, it has exactly one tool: It can raise or lower the interest rate that financial institutions pay when they borrow from each other overnight. It's hard to hit three targets with one bullet, and easy to kill the wrong one.

Years ago the Fed had much more to work with and Fed watchers kept a very close eye on their actions and statements. In the 1950s, William Martin could and did change the reserves that banks had to keep at the Fed by increasing or decreasing activity at the "discount window." (through which the Fed provided money for banks to lend) He also changed the "margin requirements" that determine how much credit was available to stock market speculators, and set maximum interest rates banks could pay for deposits at a time when the only way banks could increase their total assets was by borrowing from each other. In those days lending by the banks provided about two-thirds of the financing of American commerce and industry. Today, banks provide probably one-fifth of the financing of American commerce and industry, and they are armored against a Fed trying to control them. "Reserve requirements" are meaningless, because most bank reserves are "vault-cash" in ATM machines that would have to be stocked anyway. Banks get most of the money they lend by borrowing in the money markets, and the banks do not want to utilize the discount window, as it may be perceived that they have some kind of trouble borrowing money.

This means that the fixed income markets are losing their "fear or respect" for the Fed and trade. When some kind of action is in the cards they will keep their professional ear to the ground and move on their own expectations trying to anticipate the Fed. However, we see the markets dictating the thoughts of the Fed. The dollars in circulation domestically and Eurodollars trading overseas are so huge in numbers that there is simply no way the Fed can dictate the markets. It can only come up with a fraction of the necessary muscle. The Fed has learned the hard way that strength is not on its side so it must be clever leading to more rate movements "out of the blue." The half percent cut after the WTC disaster was another unplanned drop. Thus, the fixed income markets have had enough time to adjust to the Feds action or inaction. Short-term rates follow the futures (Fed Funds) closely, while the bond market lives its own life based on the combination of the general direction of interest rates and the expected direction of inflation. We believe that there will be more action on the downside for short-term rates, but the long-term rates will have some marginal advantage from rate cutting. As soon as the economy picks up, the risks will increase dramatically and rates will rise.

# U.S. STOCK MARKET:

Propelled by the potent mix of information technology and ready capital, the economy broke free of the gravitational pull of slow growth and soared for the stars. The result was a virtuous cycle of prosperity. The nation experienced rapid growth, plentiful jobs, glorious - or so it seemed - investment opportunities, and not even a speck of inflation for the Fed to stomp on. Then everything went suddenly, spectacularly wrong. With a swiftness that caught business leaders and economists off guard the New Economy went dark. The year has been ugly and no end in sight yet. The Big Bust vaporized corporate profits, scorched investment portfolios, laid waste to the technology sector and gave the Fed a run for its money. Now investors have to deal with the fall-out of the WTC drama. After the large drop off the tragedy has turned the stock market into a candy store - sweet, but dangerous.

Robert Reich said, "This (America) is an overwhelmingly optimistic culture. We 're technophiles at heart. We believe that even after all the misery that the bear market has caused, the fundamentals of the vibrant economy are still in place." Most investors have been on the roller coaster so far and missed selling at the top. That's not a sin, because long-term investors usually hold on to quality stocks. There is nothing wrong with that. Once inventories have moved out of the warehouses to consumers, net inflow of orders will trigger the recovery. We have already seen 3 months of back-to-back improvements from the semi-conductor industry. The Book-to-Bill ratio has moved from a level of .43 to .67 and needs to move over 1.00 to give us the confidence that the industry is healthy again. However, the investor cannot wait for that and must take the opportunity to anticipate the recovery. The recovery will come and stock prices will move substantially higher.

According to the statistics that monitored equity investments after 6 cuts in Federal Funds (we have now 10), we can expect some serious moves between now and 12 months. The best area is still technology (general) with 31 percent upward move and semi-conductors up 71%. This sector is already showing some life signs. Basic materials came in second place with a twelve-month expectation of 29%. In third place we see consumer cyclicals (+27%), fourth capital goods (22%) and energy (21%). The S&P 500 has a statistical change of moving up 19% over the next twelve months. However, the ride is not going to be easy - investors will have to swallow some more bad fourth quarter earnings reports. If the market is a reliable discount mechanism then there is hope that it will look over the rest of the year to better times ahead next year.

# SECTOR REVIEW

Ratings Key: 1: Outperform  2: Slightly Outperform  3: Average  4: Slightly Underperform  5: Underperform

+ sector upgraded                    - sector downgraded

*(-2) Banks and Insurance: We have notched down banks and insurance companies in the light of The Federal Reserves interest rate cuts. We may be close to the finale of these rate cuts. The markets will anticipate this end and trade accordingly. Insurance companies and Savings and Loans are sensitive to interest rate movements. The WTC drama will cut some earnings from insurance companies earnings. Since these sectors have held up well we are becoming more cautious recommending buying on serious weakness. Banks are more diversified and can weather these issues better. Overall, this sector should be weighted and represented substantially because of their long-term favorable prospects.

*(2) Brokerages: Stock market volumes, M&A and IPO's are still at depressed levels. However, the sector has found a base and is trading at the support levels and holding on for better times. We expect the turn to arrive in the fourth quarter when interest rates and tax rebates are starting to work. Volumes will increase with better conditions for corporate America. It is too early to upgrade the sector, but it is close. We recommend buying on weakness with substantial higher prices in 12 months from here. Start looking at MWD, MER, GS and SCH.

*(+2) Energy: We have upgraded this sector because of the start of the winter cycle. Fundamentally nothing has changed in the nations energy requirements and supply. It takes years to iron out the differences. Another severe winter and last year's problems can surface again. OPEC has reduced crude oil deliveries by approximately 1.5 million barrels a day to keep supply in balance with current demand. Inventories are coming down again with refineries switching from gasoline to heating oil. We would keep a low profile in the integrated oil companies and buy on weakness the power companies CPN and DUK. Also, the service companies have dropped substantially from their highs earlier this year. They look attractive at current levels.

*(2) Healthcare: Holding on at somewhat lower levels. Merck has recovered from the vioxx problems. We see a slow, but steady move forward and would hold on to the current weighting. Biotechnology has received a boost from gene mapping and the limited approval of stem cell research. Quarterly earnings were in line with expectations for the pharmaceutical companies and somewhat better for biotechnology.

✳ (-3) Consumer Cyclical: Sector holding in line with the indices. There is some progress in the home improvement area: both HD and LOW produced quarterly results above expectations. Housing is starting to weaken and that may reflect in those shares in the next quarters. We would avoid homebuilders altogether. Harley Davidson showed the world that their motorcycles are still in high demand and they will introduce a new model in the fourth quarter. WMT, TGT, KM are seeing some improvements. We expect the stocks to trade along with consumer expectations. The crucial fourth quarter may prove to be disappointing.

✳ (+2) Consumer Staples: We see some more interest in the staple sector since the dollar has weakened against the major currencies. We are reluctant to give much attention to the dollar move, because we are not convinced that this is a turn in fortunes. More time is needed to convince the market that this dollar weakness has become structural. Of course, we like this sector as a haven of stability in these rocky markets.

✳ (-3) Capital Goods: General Electric showing considerable weakness and is trading just above its April lows. GE may see most of the problems in the economy; however, it has maintained its projected earnings growth of 15 percent. TYC has shown more resilience. We would hold on to positions and slowly buy more on weakness. Once the economy starts to recover this sector will see the benefits.

✳ (3) Manufacturing: Still in recession. Car manufacturing still showing a good year with sales slightly below last years level. Automobile companies are moving cars because of low interest rate and incentives. Ford under the gun from the Firestone tire problems and ignition switches had to cut dividends. GM reported that it would make good on the market's expectations. Buy the car manufacturers on weakness for recovery opportunities later next year.

✳ (5) Internet: We see no recovery yet in this sector. The only company of interest is AOL. We believe that AOL is strong enough to pull trough the current slump in advertising. Revenue target will be tough to match. Advertising is only 20 percent of revenues. Other divisions are doing quite well. Maintain position. Also the new Harry Potter movie is a blockbuster.

# Tech Rebound?

It is hard to imagine that things could get any worse for the technology sector. Yet, the WTC attack maybe a signal that the worst is behind us. Networks, Internet and telecommunication infrastructure has to be replaced by telecommunication service providers in the affected area. Additionally, the government, who is one of the tech's largest customer's, may look to beef up spending on security and defense. Further, telecommunication carriers may have to reevaluate security for networks carrying Internet, data and phone traffic. Thus, more dollars could be spent on network security and storage, as major companies re-evaluate initiatives to prevent possible damage from future terrorist activity. There are a few key indicators that investors can follow to determine when a price recovery in technology sector should begin.

**PC Industry** - The PC industry suffered its worst decline in ten years as 2Q unit shipments fell 1.9%. This was preceded by an increase of 14.5% in 2000 and a 24% increase in 1999. The long-term projected growth in PC shipments is around 10%. The corporate buyer was noticeably absent in last year's 14.5% increase, as retail buyers snatched up PCs to get access to the Internet. Traditionally, the corporate buyer upgrades equipment every three years, which would mean that the PC cycle should turn up again in 2002, as corporations upgrade to Intel's new 64-bit "Itanuim" and Microsoft's "Windows XP".

As 40% of global purchases are consumer-related, a stable consumer outlook is the key ingredient for unit recovery. Windows XP requires significant memory and disk capacity to run effectively, and at least 70% of consumers would need to upgrade their systems to run XP. Third quarter shipments should represent a trough, creating the possibility for sequential growth of 10% in the 4Q. PC stocks typically bottom at 1 times book or .5 times sales. Several top hardware players such as Compaq, Apple, Gateway, and HP are trading at or near these levels.

**Inventories** - Presently, most hardware, telecommunication equipment makers and Semiconductor Companies are taking write-downs on their inventories. An extreme example here is Cisco Systems' one-time charge of $2.25 billion. The recent economic slowdown has caused many technology company's customers to reduce their demand for equipment. This has created a dramatic jump in inventory levels of many technology companies over the past few quarters. When the semiconductor and hardware companies are able to clear through their current inventories, and the ratio of inventory- to-assets declines, this will be seen as a key indicator that overall demand is increasing and these companies are beginning to build new product on a large scale.

**Software Comeback** - Software remains one of the most innovative and fastest growing sectors of the global economy, generating revenues of more than $150 billion every year. About half of these sales come from software applications, with the remainder split into development tools and infrastructure software. Infrastructure software, such as operating systems, relational database, middleware, and security software, is used to allow a company's computer network to run efficiently. A major player in the operating system market is Microsoft, while Oracle dominates the relational database management area, Check Point Software is a leader in security software, and BEA Systems is the top gun in middleware. Buying patterns have switched from the formerly explosive market for enterprise resource planning (ERP) software, dominated by SAP, to customer relationship management (CRM) products, frontiered by Siebel Systems. ERP software helped companies to save money by integrating back-office operations such as accounting, distribution, and human resources, while CRM software allows companies to better manage their customer base.   Software companies have been dramatically hurt by the general slowdown, due to customer's large up-front costs to purchase the program and the slow implementation time. Typically, Information Technology (IT) managers will spend millions of dollars to purchase software and then have to hire an army of consultants to come in to install it. Software company's derive their revenues from two sources:  licensing (actual selling of the software) and maintenance (customer support/service). Most software company's earnings are "back loaded" to the end of the quarter, as customers stall to attempt to negotiate the best deal. With the movement by IT managers towards smaller projects with immediate ROI, the sales process has lengthened and license revenues have become less predictable. When licensing revenues begin to accelerate, becoming a larger portion of the overall revenue mix, this is a signal that customers are buying again.

**Semiconductor Book-to-Bill Ratio** -Semiconductor's are the backbone of today's technology products. Everything from a mobile phone, to a PC has chips in them. From its beginning in the 1950's, the semiconductor industry has been characterized by a four year cycle, sporadically modified by unexpected factors. The semiconductor industry has grown at a compound rate of 17% over the past 40 years. Despite a slight slowdown at the end of the year 2000 was a banner year for the semiconductor industry. The worldwide semiconductor market reached $222.1 billion in 2000, a 31 % increase over 1999. Currently, the environment has completely reversed as worldwide semiconductor revenue is projected to be $188 billion in 2001, a 17% decline from 2000, according to the latest forecast by Dataquest Inc.  The PC slowdown along with the telecommunication carrier's delaying the migration towards the next generation standards has led to a deceleration of semiconductor sales growth. Chipmakers have seen five such downturns in the past 20 years. Of these, the 1998 downturn had a similar profile to what is happening today. It was also driven by falling demand. Will the second half of this year bring a rebound? Will it be a sharp V-shaped recovery or more of a U?

Computer makers snap up about half of all semiconductors produced. However, the telecommunications industry is demanding a larger piece of the pie as telephones, computers, and televisions converge into giant voice/data/video networks.   The most commonly used indicator to determine the overall health of the semiconductor industry is the book-to-bill ratio. This figure relates the amount of orders for new chips coming into the manufacturers "fabs", to the amount of chips that are being shipped out to customers. A book-to-bill ratio that is above one would signify that customer demand is strong. While a book-to-bill ratio below one, would mean that customer demand is below full capacity. For the month of August, the book-to-bill ratio was .61.  This means that for every $100 worth of chips that were shipped out of the "fab" only $61 on new orders came in. The book-to-bill ratio has shown four

consecutive months of improvement, after hitting an April low of .44. This could be a sign that technology companies are clearing inventory and subsequently buying chips to build new products.

**Where Do We Go From Here?** The largest factor that impacts Information Technology (IT) spending is overall profits. Technology spending is still capital spending, which is directly determined by corporate profit growth. We expect that profits for the S&P 500 Index to increase 12.3% in FY2002. This should create the strongest positive year-over-year earnings comparisons in the 3Q and 4Q of next year. The Federal Reserve has lowered rates nine consecutive times and President Bush is seeking a $60-75 billion economic stimulus package. These steps accompanied with further progress in the "Fight Against Terrorism", should get the economy back on track.

# Semiconductor Industry

In 1965, Gordon Moore postulated that about every 18 months the power of semiconductors would double, (and, conjointly, their prices halve). In the semiconductor industry, where (small) size does matter, developers and manufacturers are on a mission to pack more transistors onto smaller chips. More transistors means more complex functions and greater speeds; smaller chips can fit into ever-smaller, more mobile electronic devices. Computer makers snap up about half of all semiconductors produced. However, the telecommunications industry is becoming for these chips a big rival as telephones, computers, and televisions converge into giant voice/data/video networks. Advances in medical and scientific instruments are also fueling industry growth, and even the humble automobile has become a high-tech machine with as many as 60 chips controlling everything from power steering to antilock brakes and airbag deployment.

## Wafer Fabrication Equipment Market

Worldwide semiconductor capital spending is projected to be $47.3 billion in 2001, a 26 percent decline from 2000. In comparison, semiconductor capital spending and semiconductor equipment each increased 84 percent in 2000. The worldwide chip equipment market had been on a two year advance, after topping $25.5 billion in sales in 1999. Growth peaked in March of 2000 when the book-to-bill ratio hit 1.46.

Despite the current overcapacity position, top chip-makers are still making technological driven equipment purchases. The phrase "You must pay to play" still holds today. The industry is undergoing a major transition for the silicon wafer's diameter, from a 200-millimeter to a 300-millimeter standard. At the same time, the actual size of the elements that make up the chip, called line width, is shrinking from 0.25 microns to 0.18 microns. Many advanced chipmakers were using 0.18 micron geometries in production, with 0.15 micron and 0.13 micron generations in development. In other words, chips will be cut from a 12-inch silicon wafer instead of the current 8-inch disk, considerably increasing production, but costing the industry billions of dollars to replace manufacturing equipment. There has also been a movement towards the use of copper interconnect, (which is a complex matrix of microscopic wires that carry electrical signals throughout the chip), instead of aluminum as the main electrical conductor. Further, many chipmakers are planning to incorporate new dielectric (insulating) materials between the metal lines to replace conventional silicon dioxide films. All these changes have created an average life for equipment in a chip manufacturing facility to about 2.5 years. Some 70% of the cost of a new fabrication is related to semiconductor manufacturing equipment (SME). Big players like Applied Materials dominate the SME segment, with the top 10 firms supplying 75% of the world market.

Despite the recent downturn, top chipmakers from Intel to Texas Instruments are continuing to build new plants and refurbishing old ones, spending billions of dollars on machines that make semiconductors smaller and faster with new materials and processes. Intel plans to boost capital spending by 12% this year to $7.5 billion. Texas Instrument's the top maker of chips for cell phones, is expected to spend $1.8 billion this year compared to $2.8 billion in 2000.

Applied Materials is the world's largest maker of the complex manufacturing equipment used in semiconductor factories, or fabs, (25.3% Market Share). Applied Materials' customers include Advanced Micro Devices, Intel, Lucent and Motorola. Asia accounts for about half of sales. Applied Materials, Inc. recently announced that United Microelectronics Company (UMC), a leading semiconductor foundry, has

ordered multiple Producer(R) S 300 CVD (chemical vapor deposition) systems for its new 300mm Fab 12A located in Tainan City, Taiwan. This purchase further extends Applied Materials' leadership in supplying 300mm equipment to the semiconductor industry. UMC will use the systems to deposit a variety of dielectric films for the production of advanced sub-0.18 micron device applications.

## Programmable Logic Devices

Programmable Logic Devices (PLDs) are "off the shelf" logic chips that the customer, rather than the chip manufacturer, programs to perform a specific function. PLDs are found in thousands of products that require digital logic. They switch traffic lights and operate video games. Medical imaging devices and computer printers provide unparalleled accuracy because of PLDs. The programming flexibility PLDs makes them ideal for use in communications equipment, which must be able to adapt to rapidly changing standards. Major equipment customers such as Nortel Networks, Cisco Systems and 3Com use PLDs in sophisticated routers and switches that keep worldwide networks, including the Internet, running around the clock. The programmable logic market is expected to grow to more than $66.7 billion by the year 2005. Dataquest calls programmable logic the fastest growing segment of the entire semiconductor market. The PLD market players include: Xlinix 35% MS, Altera 33% MS, Lattice Semiconductor 16% MS and Lucent with 4% MS. Market leaders Xilinx and Altera derive about 70% of their revenue's from the telecommunications industry.

## Digital Signal Processors

The digital signal processor (DSP), which converts sound and light signals into digital information, is used in CD players, digital cameras and cell phones. DSPs can handle operations requiring billions of calculations each second. Paired with analog devices that can turn heat, light, sound and other "real-world" energy into digital signals, DSPs make it possible to extend digital technology far beyond the office desktop - into thousands of devices that make it easier to talk, work, connect, shop, drive, research . . . even relax and play. Sales of semiconductors used in cellular devices are expected to double to $38 billion in 2004, according to IDC. Cellular semiconductor revenue is expected to grow 18% each year for five years. Texas Instruments is the technology and market share leader in DSP with 47.1 % market share. The top four DSP makers collectively hold 95 % of the market: Lucent Technologies at 26.1 %, Motorola with 14.5 % and Analog Devices at 7.6 %.

Cell phones are pretty much everywhere in the industrial world. They currently operate at a clunky 9.4 kb data rate, low compared even to the 54 kb data rate of the standard dial-up modem. This is okay for conversation and messages but not much else. How to get things going? While techno-evangelists in the wireless market are convinced that wireless has to be carried to the full 3G level with voice over data at carrier transmission speeds of 2.5 GHz and above. This will allow for users to interface the internet fully with a net-enabled phone. Despite the expected 10% growth in mobile phone sales in 2001, these net-enabled phones should create a strong replacement market in coming years. Especially, when the number of worldwide mobile phone users is expected to grow from 550 million last year to an estimated 1 billion by 2004.

Over half the wireless phones sold worldwide contain TI's DSPs, which are also found in an array of devices including VCRs, automotive systems and computer modems. TI is betting that DSPs will become even more pervasive in years to come. Its semiconductors (over 85% of sales) also include logic chips, microprocessors, and microcontrollers. The company also makes calculators and electronic controls and connectors.

Analog Device, known as the technology leader in DSP, recently debuted a new line of digital signal processors that will drive high-speed video for a new generation of Internet appliances. The 16-bit chips, called Blackfin, take advantage of an architecture developed jointly with Intel to provide four times the processing power of currently available digital signal processors. That extra power is necessary to run video-intensive Internet devices such as video phones, gaming consoles, Web terminals, and handhelds. The first chip in the line, the ADSP-21535, runs at 300 MHz, nearly twice the clock speed of Analog Devices' current models, and will ship to manufacturers in the first quarter of 2002. The company says future versions will run as fast as 1 GHz.

## PC Chips

In 2000, microprocessor sales rose 17% from 1999, led by Intel and Advanced Micro Devices. Yet, the PC market has been slowing down over the past two quarters. Worldwide PC shipments (excluding PC servers)

are expected to total 138.9 million units in 2001, an increase of 5.85% over 2000 shipments. This compares to a growth rate of 15.6% in 2000 and a growth rate 23.5% in 1999. The second largest user of microprocessor's is the server market, which increased 11% in 2000. Microsoft may be coming to the rescue shortly. On October 25, Microsoft is scheduled to release Windows XP. It will include new "windows messenger" technology that goes beyond text-based messaging to integrate voice, video and a shared whiteboard for joint markup of documents. If this feature works well enough to become accepted - and demanded - by consumers, this may begin to influence new PC sales and broadband penetration.

With more than 80% of the PC microprocessor market, Intel is the world's #1 chip maker. Intel makes microprocessors — including the powerful Pentium and the low-end Celeron — that have provided the brains for IBM-compatible PCs since 1981. Intel's largest customers, top PC makers Compaq and Dell, each account for 13% of sales. Intel also provides flash memories and embedded chips for communications, industrial equipment, and military markets. Intel is preparing for the release of its Itanium IA-64 microprocessor. The Itanium is designed to provide features that enable high availability, scalability, and performance for high-end servers and work stations. The McKinley is the second processor in the Itanium family and will extend the family into new solutions in the high-end enterprise server and technical computing market segments.

With the advent of Intel's new 64-bit Itanium processor, based on Explicitly Parallel Instruction Computing (EPIC) technology jointly developed by Hewlett-Packard and Intel, Advanced Micro Devices Inc. has had to create its own niche for 64-bit computing. AMD's answer to Itanium and to Intel's future IA-64 chips is the x86-64 architecture. The key difference between AMD's x86-64 architecture and Intel's IA-64 architecture is that while x86-64 is a direct extension of the x86 line, the IA-64 is an entirely new architecture. By designing a 64-bit chip that's an extension of the 32-bit x86 architecture, AMD hopes to bring to market a chip that's less expensive and offers better backward compatibility with the vast number of existing systems that customers have in place. Hammer is the first CPU in AMD's x86-64 line. The Hammer line includes the ClawHammer for single-processor desktop systems and the SledgeHammer for servers and high-end workstations.

## Telecommunications

This segment includes the many names that technology investors have learned to love so much when they go up, but hate when they plummet. These companies are readily identifiable by their high share-price volatility. The recent profit woes from big telecommunication equipment players like Nortel, Motorola, JDS Uniphase and Cisco has created a slowdown in demand for chips produced by Broadcom, Applied Micro Circuits, Vitesse Semiconductor and PMC-Sierra. Broadcom makes chips that allow networks to carry massive amounts of data, voice and video. The company's integrated circuits are used in over 90% of cable modems and digital set-top boxes. They are also used in digital subscriber line, satellite and terrestrial broadcasting, home networking and wireless devices. Applied Micro Circuits Corporation applies itself to making high-performance, high-bandwidth integrated circuits used to control the swift flow of voice and data transmissions across fiber-optic networks worldwide. Communications products, used in LANs and WANs account for 80% of sales. The company is a leading manufacturer of high-speed gallium arsenide (GaAs) integrated circuits, which, although harder to make, perform at higher speeds than silicon chips. Vitesse's chips are primarily used in communications and automated test equipment, with almost 90% of sales to makers of high-speed communications and networking equipment such as Lucent (15% of sales), Alcatel, Cisco, Ericsson, and IBM. PMC's high-end semiconductors drive telecommunications and optical networking gear at the heart of broadband networks. Its switches, mappers, multiplexers, and other chips handle various protocols, including Ethernet, voice over Internet Protocol (VoIP), and asynchronous transfer mode (ATM; PMC is the #1 ATM chip company in the world).

## Summary

Recent comments from PC microprocessor leader Intel, that industry conditions are stabilizing, shows that the worse of the chip downturn is behind us. Not only has the book-to-bill ratio shown four consecutive months of improvement. Typically, corporate America upgrades its computer hardware/software about every three years. The last upgrade year occurred in 1999 with PC unit volume increased by 23.5%. With the upcoming release of Microsoft's Windows XP and Intel's Itanium chip, we expect PC sales to increase about 12.2% in 2002. Further, the traditionally strong back-to-school and holiday seasons should help the retail market in the second half of this year.

CONTINUED FROM PAGE 15

Growth for communication ICs was stronger than that of PC-related chips in 2000, and thus the distribution channel stockpiled these items in anticipation of continued strong demand. Therefore, the recovery in the communications area will be more gradual. Wireless phone makers continue to work down handset inventories and are preparing for the rollout of 2.5G and 3G infrastructure. The cell phone replacement market should begin to pick up as expanded services, like fully internet-capable phones and streaming video, become mainstream. Finally, recent rate cuts from the "fed" should boost economic growth and help loosen frozen IT budgets. The Semiconductor Industry Association's (SIA) recent forecast, released in June, projects worldwide chip industry revenue growth to increase 6.6% sequentially in the third quarter and 6.9% in the fourth quarter. In 2002, SIA now expects a 20.5% growth in the semiconductor industry in 2002 over 2001,which would mean that the semiconductor equipment orders should start picking up by the fourth quarter of 2001. Already, in Japan demand for 300 mm and other technology investments has been strong.

We continue to focus on the market leaders in their respective segments- Applied Materials (worlds largest equipment maker), Intel (80% of the PC microprocessor market), Altera & Xilinx (both combine for 68% of the Programmable Logic Device market),  and  Texas Instruments & Analog Devices (top Digital Signal Processor makers with 47.1%  and 7.6% market share, respectively)



Visit us on the web
www.noblefinancialgroup.com
Toll-Free 1-800-688-6262



Watch The First Word On Investing
SUNDAY MORNINGS AT 10 A.M.
ON WPTV CHANNEL 5, WEST PALM BEACH

Listen to
THE NOBLE FINANCIAL GROUP
ON RADIO!
WEEKDAY MORNINGS BETWEEN
7:30 a.m. - 8 a.m. on
WSBR 740 AM
Internet Users Listen Online!
www.noblefinancialgroup.com

OUR CORPORATE HEADQUARTERS
6501 Congress Avenue • Suite 100
Boca Raton, Florida 33487

Copyright the Noble Financial Group and its subsidiaries and affiliates 2001. All rights reserved. This report is not directed to, or intended for, distribution or use by any person or entity who is a citizen or resident of, or located in, any locality, region, country or other jurisdiction where such distribution, publication availability or use would be contrary to law or regulation or which would subject the Noble Financial Group, its subsidiaries or affiliates (collectively "Noble") to any registration or licensing requirement. All material presented in this report, unless specifically indicated otherwise, is under copyright to Noble. None of the material, nor its content, nor any copy of it, may be altered, reproduced or quoted or transmitted or distributed to any other party without the prior express written permission of Noble. The information and material presented in this report is provided to you for informational purposes only and is not to be used or considered as an offer or solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. Noble has not taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. This report is not to be relied upon in substitution for the exercise of independent judgment. Information and opinions presented in this report have been obtained or derived from sources believed by Noble to be reliable, but Noble makes no representation as to their accuracy or completeness and Noble accepts no liability for loss resulting from the use of the material presented in this report where permitted by law and/or regulation. Noble may have issued other reports or made other statements that are inconsistent with, and reach different conclusions from, the information presented in this report. These reports or statements reflect the different assumptions, views and analytical methods of the analysis who prepared them. Noble may, to the extent permitted by law, act upon or use the information or opinions presented herein below the material is published. Past market performance or the past performance of any security should not be taken as an indication or guarantee of future performance and no representation or warranty express or implied is made regarding future performance. Information and opinions contained in this report reflect a judgment at the original date of the publication by Noble and are subject to change without notice. Investing always involves risk. Please consult with a financial professional before you invest in any security.

# APPENDIX III

# PUBLIC MARKET DATA



AOL Personal Finance Main ▾  Go

Reuters Foundation
DISASTERS YOU CAN HELP
AID fund
CLICK TO DONATE ONLINE►

**Search for Reports**
Enter ticker or name:

⊙ Symbol ○ Name

Search

**DALN**
Daleen Technologies Inc.

**Stocks**
► Stock Reports
► Financials
► Earnings
► Add to Portfolio
► Company Descriptions
► Broker Research
► Insider
► SEC Filings
► Conference Calls
► Event Calendar

► Quotes, News, Charts
► Message Boards

► Stock Screening
► Fund Screening

Help About IR Guide

**Featured Broker**

Salomon Smith Barney

**Ratio Comparison report:**

Provided By: market guide

# Daleen Technologies, Inc.
**NASD: DALN**
Sector: Technology
Industry: Software & Programming

## RATIO COMPARISON

| Valuation Ratios | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| P/E Ratio (TTM) | NM | 46.66 | 42.46 | 30.00 |
| P/E High - Last 5 Yrs. | NA | 85.20 | 67.34 | 50.14 |
| P/E Low - Last 5 Yrs. | NA | 21.52 | 18.79 | 17.63 |
| Beta | 1.93 | 1.88 | 1.80 | 1.00 |
| Price to Sales (TTM) | 0.35 | 8.66 | 5.92 | 3.63 |
| Price to Book (MRQ) | NM | 6.10 | 5.18 | 5.34 |
| Price to Tangible Book (MRQ) | NM | 7.00 | 6.69 | 8.21 |
| Price to Cash Flow (TTM) | NM | 37.34 | 35.67 | 22.72 |
| Price to Free Cash Flow (TTM) | NM | 25.58 | 31.93 | 36.36 |
| % Owned Institutions | 1.21 | 41.56 | 45.20 | 60.72 |

| Dividends | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Dividend Yield | 0.00 | 0.33 | 0.73 | 1.76 |
| Dividend Yield - 5 Year Avg. | NA | 0.01 | 0.22 | 1.30 |
| Dividend 5 Year Growth Rate | NM | -28.33 | 7.62 | 8.40 |
| Payout Ratio (TTM) | 0.00 | 0.18 | 7.02 | 30.34 |

| Growth Rates(%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Sales (MRQ) vs Qtr. 1 Yr. Ago | -82.10 | 6.51 | -6.04 | -1.44 |
| Sales (TTM) vs TTM 1 Yr. Ago | -71.51 | 9.88 | -7.97 | 1.94 |
| Sales - 5 Yr. Growth Rate | 37.28 | 28.51 | 23.32 | 12.88 |
| EPS (MRQ) vs Qtr. 1 Yr. Ago | NM | 5.16 | 4.70 | 6.73 |
| EPS (TTM) vs TTM 1 Yr. Ago | NA | -31.79 | -35.99 | -8.62 |
| EPS - 5 Yr. Growth Rate | NM | 27.23 | 12.14 | 8.20 |
| Capital Spending - 5 Yr. Growth Rate | 19.66 | 19.99 | 16.06 | 10.55 |

| Financial Strength | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Quick Ratio (MRQ) | 2.30 | 3.08 | 2.43 | 1.12 |
| Current Ratio (MRQ) | 2.44 | 3.42 | 3.02 | 1.67 |
| LT Debt to Equity (MRQ) | 0.00 | 0.07 | 0.23 | 0.65 |
| Total Debt to Equity (MRQ) | 0.00 | 0.08 | 0.30 | 1.04 |
| Interest Coverage (TTM) | NM | -8.04 | 7.16 | 7.77 |

| Profitability Ratios (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Gross Margin (TTM) | 28.02 | 77.05 | 47.46 | 46.49 |
| Gross Margin - 5 Yr. Avg. | 17.64 | 77.25 | 51.96 | 47.64 |
| EBITD Margin (TTM) | NM | 32.31 | 13.52 | 19.71 |
| EBITD - 5 Yr. Avg. | -932.82 | 33.56 | 20.62 | 21.80 |
| Operating Margin (TTM) | NM | 26.05 | 6.24 | 15.78 |
| Operating Margin - 5 Yr. Avg. | -80.43 | 26.75 | 14.87 | 17.95 |
| Pre-Tax Margin (TTM) | NM | 24.52 | 7.48 | 13.62 |
| Pre-Tax Margin - 5 Yr. Avg. | -74.02 | 32.63 | 17.75 | 17.17 |
| Net Profit Margin (TTM) | NM | 13.59 | 1.45 | 8.40 |
| Net Profit Margin - 5 Yr. Avg. | -74.02 | 20.18 | 10.76 | 11.25 |
| Effective Tax Rate (TTM) | NM | 32.89 | 32.76 | 34.22 |
| Effective Tax Rate - 5 Yr. Avg. | NM | 36.11 | 34.87 | 35.75 |

| Management Effectiveness (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Return On Assets (TTM) | -144.28 | 6.97 | 0.61 | 5.72 |
| Return On Assets - 5 Yr. Avg. | -85.57 | 14.35 | 9.27 | 7.94 |
| Return On Investment (TTM) | -185.70 | 10.00 | 2.12 | 9.25 |
| Return On Investment - 5 Yr. Avg. | -117.85 | 22.23 | 14.13 | 12.69 |
| Return On Equity (TTM) | -359.83 | 10.68 | 4.02 | 16.78 |
| Return On Equity - 5 Yr. Avg. | NA | 25.22 | 18.92 | 21.43 |

| Efficiency | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Revenue/Employee (TTM) | 107,172 | 416,732 | 351,181 | 522,614 |
| Net Income/Employee (TTM) | NM | 100,764 | 48,406 | 78,618 |
| Receivable Turnover (TTM) | 1.60 | 6.24 | 6.44 | 9.37 |
| Inventory Turnover (TTM) | NA | 21.25 | 11.04 | 10.29 |
| Asset Turnover (TTM) | 0.20 | 0.60 | 0.73 | 0.97 |

50 Companies in the Software & Programming industry listed in order of descending market capitalization.

MSFT ORCL SAP SEBL VRTS CA ADBE ERTS INFY
INTU WIT PSFT VRSN CDN SFTBF DOX SYMC BEAS
CHKP BMC TMIC NET MERQ SEGNY SNPS CPWR RATL
CTXS COGN BOBJ CSKKY ADSK TIBX SAY ADVS ATVI
PRGN ITWO SY JDEC THQI NTIQ RETK PMTC MENT
KEA QSFT MANH DARZ RLRN

Alphabetical Listing of all Industries in the Technology Sector
Communications Equipment
Computer Hardware
Computer Networks
Computer Peripherals
Computer Services
Computer Storage Devices

Electronic Instr. & Controls
Office Equipment
Scientific & Technical Instr.
Semiconductors
Software & Programming

© Copyright 2000 Multex.com, Inc. All rights reserved.

AOL Personal Finance Main ▾   **Go**

MarketBrowser® PE
for Multex Investor
**FREE DOWNLOAD!!**

Investment Research › Main

**Search for Reports**
Enter ticker or name:

⦿ Symbol ○ Name
Search

**Ratio Comparison report:**

## Bell Industries

**AMEX: BI**

Sector: Technology
Industry: Electronic Instr. & Controls

**BI**

Bell Industries

**Stocks**
▸ Stock Reports
▸ Financials
▸ Earnings
▸ Comparison
▸ Company Descriptions
▸ Broker Research
▸ Insider
▸ SEC Filings
▸ Conference Calls
▸ Event Calendar

▸ Quotes, News, Charts
▸ Message Boards

▸ Stock Screening
▸ Fund Screening

Help · About IR · Guide

**Featured Broker**

Salomon Smith Barney

Provided By: market guide

### RATIO COMPARISON

| Valuation Ratios | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| P/E Ratio (TTM) | NM | 32.39 | 42.46 | 30.00 |
| P/E High - Last 5 Yrs. | NA | 54.30 | 67.34 | 50.14 |
| P/E Low - Last 5 Yrs. | NA | 11.23 | 18.79 | 17.63 |
| Beta | 0.48 | 1.67 | 1.80 | 1.00 |
| Price to Sales (TTM) | 0.11 | 2.64 | 5.92 | 3.63 |
| Price to Book (MRQ) | 0.69 | 2.70 | 5.18 | 5.34 |
| Price to Tangible Book (MRQ) | 0.74 | 3.75 | 6.69 | 8.21 |
| Price to Cash Flow (TTM) | 16.55 | 21.52 | 35.67 | 22.72 |
| Price to Free Cash Flow (TTM) | NM | 21.45 | 31.93 | 36.36 |
| % Owned Institutions | 23.09 | 44.04 | 45.20 | 60.72 |

| Dividends | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Dividend Yield | 0.00 | 1.80 | 0.73 | 1.76 |
| Dividend Yield - 5 Year Avg. | 0.00 | 0.87 | 0.22 | 1.30 |
| Dividend 5 Year Growth Rate | NM | 0.97 | 7.62 | 8.40 |
| Payout Ratio (TTM) | 0.00 | 12.36 | 7.02 | 30.34 |

| Growth Rates(%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Sales (MRQ) vs Qtr. 1 Yr. Ago | -49.32 | -19.10 | -6.04 | -1.44 |
| Sales (TTM) vs TTM 1 Yr. Ago | -27.10 | -17.23 | -7.97 | 1.94 |
| Sales - 5 Yr. Growth Rate | 0.54 | 15.60 | 23.32 | 12.88 |
| EPS (MRQ) vs Qtr..1 Yr. Ago | NM | -41.91 | 4.70 | 6.73 |
| EPS (TTM) vs TTM 1 Yr. Ago | NA | -51.42 | -35.99 | -8.62 |
| EPS - 5 Yr. Growth Rate | NM | -1.22 | 12.14 | 8.20 |
| Capital Spending - 5 Yr. Growth Rate | -13.51 | 15.90 | 16.06 | 10.55 |

| Financial Strength | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Quick Ratio (MRQ) | 1.16 | 2.31 | 2.43 | 1.12 |
| Current Ratio (MRQ) | 1.87 | 3.56 | 3.02 | 1.67 |
| LT Debt to Equity (MRQ) | 0.00 | 0.49 | 0.23 | 0.65 |
| Total Debt to Equity (MRQ) | 0.00 | 0.55 | 0.30 | 1.04 |
| Interest Coverage (TTM) | NM | 2.24 | 7.16 | 7.77 |

AOL Investment Research: Comparisons

| Profitability Ratios (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Gross Margin (TTM) | 17.13 | 23.46 | 47.46 | 46.49 |
| Gross Margin - 5 Yr. Avg. | 18.30 | 29.27 | 51.96 | 47.64 |
| EBITD Margin (TTM) | 0.05 | 1.54 | 13.52 | 19.71 |
| EBITD - 5 Yr. Avg. | 1.61 | 11.19 | 20.62 | 21.80 |
| Operating Margin (TTM) | -0.94 | -2.86 | 6.24 | 15.78 |
| Operating Margin - 5 Yr. Avg. | -2.19 | 6.94 | 14.87 | 17.95 |
| Pre-Tax Margin (TTM) | -0.94 | -1.39 | 7.48 | 13.62 |
| Pre-Tax Margin - 5 Yr. Avg. | -2.19 | 6.97 | 17.75 | 17.17 |
| Net Profit Margin (TTM) | -0.57 | -2.49 | 1.45 | 8.40 |
| Net Profit Margin - 5 Yr. Avg. | -1.35 | 4.30 | 10.76 | 11.25 |
| Effective Tax Rate (TTM) | NM | 30.38 | 32.76 | 34.22 |
| Effective Tax Rate - 5 Yr. Avg. | 39.54 | 35.69 | 34.87 | 35.75 |

| Management Effectiveness (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Return On Assets (TTM) | -1.61 | -1.79 | 0.61 | 5.72 |
| Return On Assets - 5 Yr. Avg. | -0.18 | 5.76 | 9.27 | 7.94 |
| Return On Investment (TTM) | -3.12 | -2.22 | 2.12 | 9.25 |
| Return On Investment - 5 Yr. Avg. | 0.64 | 8.33 | 14.13 | 12.69 |
| Return On Equity (TTM) | -3.44 | -1.33 | 4.02 | 16.78 |
| Return On Equity - 5 Yr. Avg. | -0.40 | 12.11 | 18.92 | 21.43 |

| Efficiency | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Revenue/Employee (TTM) | 306,035 | 199,172 | 351,181 | 522,614 |
| Net Income/Employee (TTM) | NM | 6,453 | 48,406 | 78,618 |
| Receivable Turnover (TTM) | 7.19 | 5.89 | 6.44 | 9.37 |
| Inventory Turnover (TTM) | 11.23 | 4.71 | 11.04 | 10.29 |
| Asset Turnover (TTM) | 2.83 | 0.97 | 0.73 | 0.97 |

50 Companies in the Electronic Instr. & Controls industry listed in order of descending market capitalization.

| A | CLS | TEK | MOLX | SLR | SANM | ETN | JBL | CBE |
|---|---|---|---|---|---|---|---|---|
| ROK | AVX | TSL | AVT | BLDP | PWAV | EFC | ARW | APCC |
| JEN | PNR | PTK | HUBP | APH | KEM | SPM | ASTSF | TNB |
| FFP | AMT | ATIS | AXT | TLXS | ESIO | BRC | TNL | BEI |
| WGOV | VCR | AYI | LOR | BHE | OEM | AOS | VICR | FCEL |
| SOEN | PWER | CTS | HTCH | PEI | | | | |

Alphabetical Listing of all Industries in the Technology Sector

Communications Equipment

Computer Hardware

Computer Networks

Computer Peripherals

Computer Services

Computer Storage Devices

Electronic Instr. & Controls
Office Equipment
Scientific & Technical Instr.
Semiconductors
Software & Programming

© Copyright 2000 Multex.com, Inc. All rights reserved.

Paris

You are out of queries. Please try again later.

- Amsoft Inc. (xxSFT)
- Ashton Technology Group (ASTN)
- Aspec Technology, Inc. (ASPC)
- Aspect Development, Inc. (ACDV)
- Asia International, Inc. (ATEA)
- Autodesk, Inc. (ADSK)
- Avant! Corporation (AVNT)
- B.V.R. Technologies Ltd. (BVRTF)
- BARRA, Inc. (BARZ)
- BCT International, Inc. (xxxx)
- BUG Software, Inc. (BUGS)
- Baan Company (BAANF)
- RTG, Inc. (RTG)
- Baan Company N.V. (BAANF)
- BakBone Networks, Inc. (BKBN)
- Base Ten Systems, Inc. (BASEA)
- Be Incorporated (TBD)
- Best Software, Inc. (BEST)
- Beyond.com Corporation (BYND)
- Brilliant Digital Entertainment (BDE)
- Bitstream, Inc. (xxxx)
- Bluestone Software, Inc. (BLSW)
- BroadVision, Inc. (BVSN)
- Broadcom (BRCM)
- BroadVision, Inc. (BVSN)
- Broderbund (xxxx)
- BroadVision, Inc. (BVSN)
- BsquareCorporation (BSQR)
- Business Objects S.A. (BOBJ)
- Byron Preiss Multimedia (BPMC)
- CEC, Inc. (CEC)
- CBT Group PLC (CBTT)
- CE Software Holdings, Inc. (CESH)
- CSI ProServices, Inc. (CCLH)
- CIBER, Inc. (CBR)
- COGNICASE Inc. (COGC)
- CPR Systems, Inc. (CPS)
- CSK Corporation (CSKKY)
- CTI Group Holdings (CTIG)
- Cadence Design Systems (CDN)
- Calico Commerce, Inc. (CLIC)
- Capita Research Group (CEEG)
- Capti Corp. (CAPI)
- Catalyst International (CLYS)
- Celarity Solutions, Inc. (CLTY)
- Celarity Systems, Inc. (CLRT)
- Cellular Technical Serv. (CTSC)
- Cenure Software Corp. (CNTR)
- Check Point Software Tech. (CHKP)
- Citadel Technology, Inc. (CITN)
- Citrix Systems, Inc. (CTXS)
- Clarent Corporation (CLRN)
- Clarify, Inc. (CLFY)

Companies within the Software & Programming Industry,

- Clarus Corporation (CLRS)
- ClickAction Inc. (CLAC)
- Coda Music Technology Inc (CODM)
- Cognizant Technology Sol. (CTSH)
- Cognos Incorporated (COGN)
- Command Systems, Inc. (CMND)
- Commerce One, Inc. (CMRC)
- Complete Business Soluti (CBSL)
- Compuware Corporation (CMNF)
- Comshare Incorporated (CSRE)
- ConcourseNet, Inc. (GETG)
- Computron Associated Inc (CN)
- Computer Hardware Corp. (COFE)
- Computer Horizons Corp (CHRZ)
- Computer Task Group, Inc. (TSK)
- Computron Corporation (CMPT)
- Compuware Corporation (CPWR)
- Comshare, Incorporated (CSRE)
- CorelSystem, Inc. (CSLD)
- Corsair Technologies Inc. (CR DP)
- Connect.ns .com Concourt (CTHL)
- Continuus Software Group (CTNS)
- Corel Corporation (CORL)
- Corsair Communications, Inc (CAIR)
- Datawatch, Inc. (CUSB)
- Cover-All Technologies (COVT)
- Crosshams Solutions (CRSS)
- Crossbar Systems Corp. (CRDT)
- Crystal Systems Solutions (CRYSF)
- CyDear, Inc. (CYRA)
- CyPost Corporation (PCST)
- CyberCash, Inc. (CYCH)
- CyberGuard Corporation (CYRG)
- Cysive, Inc. (CYSV)
- DBT Online, Inc. (DBT)
- DSET Corporation (DSET)
- Daleen Technologies, Inc. (DALN)
- Data Dimensions, Inc. (DDIM)
- Datalink Corporation (DTLK)
- Datastream Systems, Inc. (DSTM)
- Datawave Technologies (DWTI)
- Datawatch Corporation (DWCH)
- Deja Technology, Inc. (DEGAC)
- DelSoft Consulting, Inc. (DSFT)
- Deltek Systems, Inc. (DLTK)
- Dendrite International (DRTE)
- Descartes Systems Group (DSGX)
- Diehl Graphsoft Inc. (DIEG)
- Digital Courier Tech. (DCTI)
- Digital Descriptor System (DDSG)
- Digital Lava, Inc. (DGV)

Companies within the Software & Programming Industry,

- Digital Origin, Inc. (DOGV)
- Digital River, Inc. (DRIV)
- Digitran Systems, Inc. (DGTSE)
- Diversinet Corp. (DVNT)
- DocuCorp International (DOCC)
- Document Sciences Corp. (DOCM)
- Documentum, Inc. (DCTM)
- DynamicWeb Enterprises (DWEB)
- E.SYS Ltd. (ESY)
- eLEC Communications (ECOM)
- ESPS, Inc. (ESPS)
- Eagle Point Software Corporation
- Echelon Corporation (ELON)
- Edmark Corporation (EDLR)
- Edify Corporation (EDFY)
- Effective Management Systems (EMSE)
- Edify Corporation (EGDP)
- Edgar, Inc. (EDGR)
- Eltron International, Inc. (ELOC)
- Elcom Avis, Inc. (ERTS)
- Electronic Clearing House (ECHO)
- Electronic Processing, Inc. (ESPO)
- Electronics for Imaging (EFII)
- Encore Distribution, Inc. (ENCG)
- eLoyalty Corporation (ELOY)
- Entium Software Sales (ENTM)
- Entrust Technologies (ENTU)
- Epicor Software Corp. (EPIC)
- Evolving Systems, Inc. (EVOL)
- Excalibur Technologies (EXCA)
- Exchange Applications (EXAP)
- Expert International (XQNT)
- ExpertIntelligence, Inc. (EXGP)
- FBR Capital Corporation (FBRR)
- FOCUS Enhancements, Inc. (FCSE)
- FVC.com, Inc. (FVCX)
- FileNET Corporation (FILE)
- Firstwave Technologies (FSTW)
- Flex/Internat'l Software (FLXI)
- Formula Systems (1985) (FORTY)
- Fourth Shift Corporation (FSFT)
- Fundtech Ltd. (FNDT)
- Futurelink Distribution (FLNKE)
- G.P. Properties, Inc (GPPY)
- GK Intelligent Systems (GKIS)
- GSE Systems, Inc. (GVP)
- GT Interactive Software (GTIS)
- Gateway Data Sciences (GDSCQ)
- General Magic, Inc. (GMGC)
- Genesys Telecommunication (GCTI)
- Geneva Corporation (GNSM)

- Genie Software plc (GNII)
- Global Entmt Hldgs Entm (GAMM)
- Global Med Technolgies (GLOB)
- GraphOn Corporation (GOxO)
- Great Plains Software Inc (GPSI)
- Greenland Corporation (GLGN)
- Group 1 Software, Inc. (GSOF)
- H.T.E., Inc. (HTEI)
- HIP, Inc. (HIPS)
- hhs. network co. (HhbS)
- Halloway Commputers (HPBC)
- hause corporation ltd (?.U)
- HomeCom Communications (HCOM)
- hyperion solutions corporation (HYSL)
- i.Level Solutions Corp d/ (I2L
- ICT Multimedia, Inc. (ICTE
- IDL Systems Corporation (IDLC)
- IFS International, Inc. (IFSH
- ikon.d.a., inc. (...)
- IntelliCorp Corp (INPS)
- Instant Input Systems (INS..?)
- INTO PLS Corporation (INTA)
- Iverify Technologies / LG (IVER)
- i2 Technologies, Inc. (IT.O)
- i-link incorporated, inc. (ILNK?)
- IBOCOR (IIDB
- ILS Group, Inc. (ILSX)
- iManSystem Corporation (IMCX)
- Imagon Co, Inc. (IMON)
- intus International, Inc. (INTI)
- industri.telematik infr. (IIRO)
- inference Corporation (INFR)
- Infinite Graphics (INFG)
- Infinium Software, Inc (INFM)
- inforCure Corporation (INQX)
- intedata Systems (INFD)
- infonautica Corporation (INFA)
- Information Analysis Inc. (IAIC)
- Information Architects (IARC)
- Information Mgmt. Assoc. (IMAA)
- Information Resources (IRIC)
- Informix Corporation (IFMX)
- Infosys Technologies Ltd (INFY)
- inktomi Corporation (INKT)
- innovaCom, Inc. (MPEG)
- Inprise Corporation (INPR)
- Input Software, Inc. (INPT)
- insyna Solutions plc (INSGY)
- Inso Corporation (INSO)
- Instant Video Technol (IVDO)
- Intl Microcomputer Soft. (IMSI)

Case 9:03-cv-80812-KAM   Document 15   Entered on FLSD Docket 07/09/2003   Page 271 of 643

- Incl Telecom. Data Svc. (ITDS)
- Integrated Systems Inc. (INTG)
- Intelligata Technologies (INTE)
- IntelliCorp. Inc. (INAI)
- Intelligent Decision Sys. (IDSI)
- Intelligent Systems Corp. (INS)
- InterVU Inc. (ITVU)
- Interworld Corporation (INTW)
- Intraware Interlinear – (ITRA)
- Intralogic Function Corp. (ILI)
- Intuit Inc. (IE (IF)
- Inverlink Software Corp. (INV C)
- Interleaphic Integration PLUS
- Intro Dev. Enterprises (IEIN)
- Ipanos Inc. Inc. (IMDY)
- Irint Inc. (IRTI)
- I.C. Equities & Company (IDEC)
- IDA Software Group, Inc. (JDAS)
- Jetende Ltd. (JEDA)
- Johann International Inc. (JIN I
- JetForm Corporation (FORM)
- Kana Communications Inc. (KAIVA)
- Keane Inc. (KEA)
- Kronos Inc. (KRON)
- Lolo Group Inc. (LOG)
- Lernout Systems Corp. (LERN)
- Language Ware Ltd. (LWNT)
- Latitude Communications (LATD)
- Learn2.com Inc. (LRNO)
- Legato Systems, Inc. (LGTO)
- Level 3 Systems, Inc. (LVEL)
- Liberate Technologies (LBRT)
- LitePath Systems, Inc. (LPSH)
- Logis Audio Inc. (LOID)
- Lernix Inc. (LRNX)
- Logility Inc. (LGTY)
- Lorenix Information Svs (LURX)
- LIAFIOS, Inc. (MAPX)
- MC Informatics, Inc. (MCIF)
- MDSI Mobile Data Solution (MDGI)
- MECON (MECN)
- MERANT plc (MRNT)
- MFSI Systems Inc. (MFSI)
- MSC Software Corp. (MNS)
- Macromedia, Inc. (MACR)
- Mace2Manage Systems, Inc. (MTMS)
- Magic Software Enterprise (MGIC)
- Management Technologies (MTCH)
- Manchester Equipment Co. (MANC)
- Manhattan Associates (MANH)

Companies within the Software & Programming Industry,

- Manugistics Group, Inc. (MANU)
- Mapinfo Corporation (MAPS)
- Maptek, Inc. (MRBG)
- Marine Management Systems (MMGY)
- Mastech Corporation (MAST)
- MapInfo, Inc. (MAPI)
- Mechanical Dynamics, Inc. (MDII)
- Moldflow Corporation (MMAX)
- Mentor Graphics Corp. (MENT)
- Mercury Interactive Corp. (MERQ)
- Metamor Worldwide, Inc. (MMWW)
- Micromuse Corporation (MUSE)
- Metamor Worldwide, Inc. (MMWW)
- MicroStrategy Inc. (MSTR)
- Micrografx, Inc. (MGX)
- Micromuse, Inc. (MUSE)
- Microsoft Corporation (MSFT)
- Microware Systems Corp. (MWAR)
- Mitech Corporation (MTCH)
- Midway Games Inc. (MWY)
- Mission Critical Software (MCSW)
- Mitek Systems Inc. (MITK)
- Mobius Management Systems (MOBI)
- Mol Sol Inc. (MSQF)
- Molt Solutions, Inc. (MOLT)
- Muse Technologies, Inc. (MUZE)
- Mustang.com, Inc. (MSTG)
- N2K2, Inc. (NTWO)
- NEON Systems, Inc. (NESY)
- National Transaction Net. (NTN.C)
- Navarre Corporation (NAVR)
- NetMedia Technologies (NEDM)
- Netsol, Inc. (NEST)
- Net Perceptions, Inc. (NETP)
- NetGravity, Inc. (NETG)
- NetIQ Corporation (NTIQ)
- NetManage, Inc. (NETM)
- NetObjects, Inc. (NETO)
- Netegrity, Inc. (NETE)
- Netsol International (NTWK)
- Network Systems Internat. (NESI)
- Network-1 Security Sol. (NSSI)
- Networks Associates, Inc. (NETA)
- New Era of Networks, Inc. (NEON)
- New Paradigm Software (NPSC)
- Newkidco International (NKCIF)
- Novadigm, Inc. (NVDM)
- OCG Technology, Inc. (OCGT)
- OCTuS, Inc. (OCTS)
- OMNIS Technology Corp. (OMNS)
- ON Technology Corporation (ONTC)

- Object Design, Inc. (ODIS)
- ObjectShare, Inc. (OBJS)
- Objective Sys. Integrator (OSII)
- Omega Research, Inc. (OMGA)
- Omtool, Ltd. (OMTL)
- OnHealth Network Company (ONHN)
- Online Resources & Commu. (ORCC)
- Onyx Software Corporation (ONXC)
- Open Market, Inc. (OMKT)
- Open Text Corporation (OTEX)
- OptiSystems Solutions Ltd (OPTL)
- Optical Systems Inc. (OPSY)
- Optika Imaging Systems (OPTK)
- Oracle Corporation (ORCL)
- PACE Health Mgmt. Systems (PCES)
- PRT Group Inc. (PRTG)
- Pacific Softworks, Inc. (PASA)
- PaperClip Imaging Softw. (PCLP)
- Paradigm Geophysical Ltd. (PGEO)
- Parametric Technology (PMTC)
- PeakSoft Multinet Corp. (PEAMF)
- Peerless Systems Corp. (PRLS)
- Pegasystems Inc. (PEGA)
- PeopleSoft Incorporated (PSFT)
- Peregrine Systems, Inc. (PRGN)
- Perficient, Inc. (PRFT)
- Pentus Software Services (PTUS)
- Persistence Software (PRSW)
- Pervasive Software (PVSW)
- Phoenix International Ltd (PHXX)
- Phoenix Technologies Ltd. (PTEC)
- Phone.com, Inc. (PHCM)
- Piranha Interactive Pubis (PRAN)
- Pivotal Corporation (PVTL)
- Point of Sale Limited (POS)
- Portal Software Inc. (PRSF)
- Portivity, Inc. (BRLS)
- Premis Corporation (PMIS)
- Primix Solutions, Inc. (PMIX)
- Primus Knowledge Solut. (PKSI)
- Princeton Video Image (PVII)
- Programmer's Paradise Inc (PROG)
- Progress Software (PRGS)
- Project Software & Devel. (PSDI)
- Prologic Management Sys. (PRLO)
- Proxicom, Inc. (PXCM)
- Puma Technology, Inc. (PUMA)
- PurchaseSoft, Inc. (PURO)
- Q-Seven Systems, Inc. (QSSY)
- QAD Inc. (QADI)
- QuadraMed Corporation (QMDC)

- QueryObject Systems Corp. (QUOE)
- Quest Software, Inc. (QSFT)
- RSA Security Inc. (RSAS)
- Radware Ltd. (RDWR)
- Ramp Networks, Inc. (RAMP)
- Rational Software Corp. (RATL)
- RealNetworks, Inc. (RNWK)
- Reelax Software AG (RLAXY)
- Realty Interactive, Inc. (RINT)
- Red Hat, Inc. (RHAT)
- Registry Magic Inc. (RMAG)
- Remedy Corporation (RMDY)
- Research Engineers, Inc. (RENG)
- Repocom Systems Int'l Inc. (RPMS)
- Rogue Wave Software (RWAV)
- Ross Systems, Inc. (ROSS)
- SAGA SYSTEMS, Inc. (AGS)
- SAP AG (SAP)
- SESC, Inc. (SESC)
- SELECT Software Tools (SLCTY)
- SERENA Software, Inc. (SRNA)
- SH Technologies Corp. (SHTC)
- SPSS Inc. (SPSS)
- SSAQ Technologies, Inc. (SSNC)
- SVI Holdings, Inc. (SVI)
- Sagent Technology, Inc. (SGNT)
- SalesLogix Corp. (SLGX)
- Sapiens International (SPNS)
- ScanSoft, Inc. (SSFT)
- Scientific Learning Corp. (SCIL)
- SeaChange International (SEAC)
- Sector Communications Inc. (SECT)
- Secure Computing Corp. (SCUR)
- Security First Technolog. (SONE)
- Segue Software, Inc. (SEGU)
- ShowCase Corporation (SHWC)
- Siebel Systems, Inc. (SEBL)
- Silicon Valley Research (SVRI)
- Silknet Software, Inc. (SILK)
- SilverStream Software (SSSW)
- Simiona Central Holdings (SCHI)
- Simulations Plus, Inc. (SIMU)
- Simware Inc. (SIMW)
- Siscom, Inc. (SATI)
- Site Technologies, Inc. (STCH)
- Smith Micro Software (SMSI)
- Smith-Gardner Associates (SGAI)
- Software Spectrum, Inc. (SSPE)
- Software.com, Inc. (SWCM)
- Softworks, Inc. (SWRX)
- Sonic Foundry, Inc. (SFO)

- Sound Source Interactive (SSII)
- Spatial Technology, Inc. (STY)
- Spyglass, Inc. (SPYG)
- Starbase Corporation (SBAS)
- Sterling Commerce, Inc. (SE)
- Sterling Software, Inc (SSW)
- StockUp.com, Inc. (S-UP)
- Storm Technology, Inc. (EASY)
- Strategia Corporation (SAA)
- Strategic Solutions Group (SSG)
- Structural Dynamics Res. (SDRC)
- Summit Design, Inc. (SUMT)
- Sybase, Inc (SYBS)
- Symantec Corporation (SYMC)
- Synbit Systems, Inc. (SYGX)
- Synopsys Software (SYCP)
- Synopsys, Inc. (SNPS)
- System Software Assocs. (SSAX)
- SystemSoft Corporation (SYSF)
- Systems & Computer Tech. (SCTC)
- T-NETIX Inc. (TNTX)
- TCSI Corporation (TCSI)
- THQ Incorporated (THQI)
- TMS, Inc. (TMSS)
- TREEV, Inc. (TREV)
- TSI Int'l Software Ltd. (TSFW)
- TSR, Inc. (TSR)
- TTI Team Telecom Int'l (TTIL)
- Tadeo Holdings, Inc (TDEO)
- Take-Two Interactive Sft. (TTWO)
- Tangram Enterprise (TESI)
- Tanning Technology Corp. (TANN)
- Tecnomatix Technologies (TCNO)
- Teknowledge Corp. (TEKC)
- Telemate.Net Software (TMNT)
- TenFold Corporation (TENF)
- Tenet Information Service (TISV)
- The 3DO Company (THDO)
- The American Education Co (AEDU)
- The Netplex Group, Inc. (NTPL)
- The Santa Cruz Operation (SCOC)
- The Vantive Corporation (VNTV)
- Tibco Software, Inc. (TIBX)
- Timberline Software (TMBS)
- Timeline, Inc. (TMLN)
- TouchStone Software Corp. (TSSW)
- Transaction Systems Arch. (TSAI)
- Transition Analysis Comp. (TRZA)
- TriTeal Corporation (TEALE)
- Trintech Group PLC (TTPA)
- Tripos, Inc. (TRPS)

- Troy Group, Inc. (TROY)
- Tumbleweed Communications (TMWD)
- UBICS, Inc. (UBIX)
- USA Video Interactive (USVO)
- USDATA Corporation (USDC)
- USinternetworking, Inc. (USIX)
- Ultimate Software Group (ULTI)
- Unify Corporation (UNFY)
- United Systems Technology (UST)
- Unitronix Corp. (UTRX)
- VASCO Data Security Int'l (VDSI)
- VCampus Corporation (VCMP)
- Veramark Technologies (VERA)
- VeriSign, Inc. (VRSN)
- Veritas Software Corp. (VRTS)
- Verity, Inc. (VRTY)
- Veronex Technologies, Inc (VXTP)
- Versant Corporation (VSNT)
- Vertex Industries, Inc. (VETX)
- Vient Corporation (VIAN)
- Viasoft, Inc. (VIAS)
- Vignette Corporation (VIGN)
- Visio Corporation (VSIO)
- Visual Networks, Inc. (VNWK)
- Vital Images, Inc. (VTAL)
- Vitria Technology, Inc. (VITR)
- Vizacom, Inc. (VIZY)
- Voicenet, Inc. (VNET)
- Walker Interactive System (WALK)
- Wall Data, Inc. (WALL)
- Warp 10 Technologies (WARP)
- WatchGuard Technologies (WGRD)
- WebTrends Corporation (WEBT)
- Webhire, Inc. (HIRE)
- White Pine Software, Inc. (WPNE)
- Wind River Systems, Inc. (WIND)
- Wiztec Solutions Ltd. (WiZTF)
- Worldtalk Communications (WTLK)
- XOX Corporation (XOXC)
- Xionics Document Tech. (XION)
- Xiox Corporation (XIOX)
- Zamba Corporation (ZMBA)
- Zi Corporation (ZICA)
- Zitel Corporation (ZITL)
- adam.com, Inc. (ADAM)
- e-Net, Inc. (ETEL)
- eGain Communications (EGAN)
- eGames, Inc. (EGAM)
- eSoft, Inc. (ESFT)
- i2 Technologies, Inc. (ITWO)
- iEntertainment Network (IMGK)

Companies within the Software & Programming Industry,                      Page 12 of 12

- iXOS Software AG (XOSY)
- nFront, Inc. (NFNT)
- pcOrder.com, Inc. (PCOR)

**APPENDIX IV**
**HISTORICAL FINANCIAL STATEMENTS FOR**
**SMX CORP.**
**FOR THE**
**TWO YEARS ENDED DECEMBER 31, 2001**

**SMX CORP.**
**(A DEVELOPMENT STAGE COMPANY)**
**FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2001**



**SMX CORP.**
**(A DEVELOPMENT STAGE COMPANY)**

## CONTENTS

PAGE       1        INDEPENDENT AUDITORS' REPORT

PAGE       2        BALANCE SHEET AS OF DECEMBER 31, 2001

PAGE       3        STATEMENTS OF OPERATIONS FOR THE YEARS ENDED
                    DECEMBER 31, 2001 AND 2000 AND FOR THE PERIOD FROM
                    MARCH 25, 1997 (INCEPTION) TO DECEMBER 31, 2001

PAGES      4 - 5    STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY FOR
                    THE PERIOD FROM MARCH 25, 1997 (INCEPTION) TO
                    DECEMBER 31, 2001

PAGE       6        STATEMENTS OF CASH FLOWS FOR THE YEARS ENDED
                    DECEMBER 31, 2001 AND 2000 AND FOR THE PERIOD FROM
                    MARCH 25, 1997 (INCEPTION) TO DECEMBER 31, 2001

PAGES      7 - 16   NOTES TO FINANCIAL STATEMENTS





WEINBERG & COMPANY, P.A.
CERTIFIED PUBLIC ACCOUNTANTS

## INDEPENDENT AUDITORS' REPORT

To the Board of Directors of:
SMX Corp.

We have audited the accompanying balance sheet of SMX Corp. (a development stage company) as of December 31, 2001 and the related statements of operations, changes in stockholders' equity and cash flows for the years ended December 31, 2001 and 2000 and for the period from March 25, 1997 (inception) to December 31, 2001. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly in all material respects, the financial position of SMX Corp. (a development stage company) as of December 31, 2001 and the results of its operations and its cash flows for the year ended December 31, 2001 and 2000 in conformity with accounting principles generally accepted in the United States of America.

*Weinberg + Company, P.A.*

WEINBERG & COMPANY, P.A.

Boca Raton, Florida
February 28, 2002

Town Executive Center
6100 Glades Road • Suite 314
Boca Raton, Florida 33434
Telephone: (561) 487-5765 • Facsimile: (561) 487-5766

Watt Plaza
1875 Century Park East • Suite 600
Los Angeles, California 90067
Telephone: (310) 407-5450 • Facsimile: (310) 407-5451

Website: www.cpaweinberg.com
American Institute of CPA's Division for CPA Firms SEC Practice Section

## SMX CORP.
## (A DEVELOPMENT STAGE COMPANY)
## BALANCE SHEET
## AS OF DECEMBER 31, 2001

### ASSETS

| | | |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash | $ | 532,034 |
| Settlement receivable, net | | 750,000 |
| Total Current Assets | | 1,282,034 |
| **TOTAL ASSETS** | $ | 1,282,034 |

### LIABILITIES AND STOCKHOLDERS' EQUITY

| | | |
|---|---|---|
| **LIABILITIES** | $ | - |
| **STOCKHOLDERS' EQUITY** | | |
| Common stock, $0.0001 par value, 100,000,000 shares authorized, 14,871,224 shares issued and outstanding | | 1,488 |
| Additional paid-in capital | | 8,502,361 |
| Accumulated deficit during development stage | | (7,221,815) |
| **TOTAL STOCKHOLDERS' EQUITY** | | 1,282,034 |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ | 1,282,034 |



See accompanying notes to financial statements.

2

**SMX CORP.**
**(A DEVELOPMENT STAGE COMPANY)**
**STATEMENTS OF OPERATIONS**

| | For the Year Ended December 31, 2001 | For the Year Ended December 31, 2000 | For the Period from March 25, 1997 (Inception) to December 31, 2001 |
|---|---|---|---|
| **SALES** | $ 99,441 | $ - | $ 99,441 |
| **COST OF SALES** | 93,340 | - | 93,340 |
| **GROSS PROFIT** | 6,101 | - | 6,101 |
| **OPERATING EXPENSES** | | | |
| Consulting fees | 3,475,814 | 5,000 | 3,638,554 |
| Loss on investments | - | - | 1,751,714 |
| Professional fees | 135,885 | 60,908 | 303,122 |
| Depreciation | - | - | 15,817 |
| Provision for bad debts - notes and accounts receivable | 687,484 | 350,000 | 1,037,484 |
| Other selling, general and administrative | 67,222 | 7,311 | 493,067 |
| Total Operating Expenses | 4,366,405 | 423,219 | 7,239,758 |
| **LOSS FROM OPERATIONS** | (4,360,304) | (423,219) | (7,233,657) |
| **OTHER INCOME (EXPENSE)** | | | |
| Interest income | 47,546 | 7,863 | 55,409 |
| Other income | 3,457 | - | 3,457 |
| Interest expense | - | - | (47,024) |
| Total Other Income (Expense) | 51,003 | 7,863 | 11,842 |
| **NET LOSS** | $ (4,309,301) | $ (415,356) | $ (7,221,815) |
| **NET LOSS PER SHARE - BASIC AND DILUTED** | $ (.38) | $ (0.19) | $ (2.35) |
| **WEIGHTED AVERAGE NUMBER OF SHARES OUTSTANDING DURING THE PERIOD - BASIC AND DILUTED** | 11,454,691 | 2,223,536 | 3,074,960 |



See accompanying notes to financial statements.

3

## SMX CORP.
### (A DEVELOPMENT STAGE COMPANY)
### STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY
### FOR THE PERIOD FROM MARCH 25, 1997 (INCEPTION) TO DECEMBER 31, 2001

| | Common Stock | | Common Stock to be Issued | | Additional Paid-In Capital | Deficit Accumulated During Development Stage | Total |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | |
| Stock issued to founders | 233,447 | $ 23 | - | $ - | $ 163,362 | $ - | $ 163,385 |
| Net loss for the period from March 25, 1997 (inception) to December 31, 1999 | - | - | - | - | - | (188,548) | (188,548) |
| Balance, December 31, 1997 | 233,447 | 23 | - | - | 163,362 | (188,548) | (25,163) |
| Stock to be issued for services | - | - | 37,930 | 3 | 409,251 | - | 409,254 |
| Stock to be issued for cash | - | - | 5,800 | 1 | 115,999 | - | 116,000 |
| Net loss for the year ended December 31, 1998 | - | - | - | - | - | (1,551,726) | (1,551,726) |
| Balance, December 31, 1998 | 233,447 | 23 | 43,730 | 4 | 688,612 | (1,740,274) | (1,051,635) |
| Stock issued for services | 41,990 | 4 | (37,930) | (3) | 20,083 | - | 20,084 |
| Stock issued for debt | 200,000 | 20 | - | - | 99,980 | - | 100,000 |
| Stock issued for cash | 1,447,485 | 145 | (5,800) | (1) | 814,123 | - | 814,267 |
| Stock issued for options | 2,500 | - | - | - | 50,000 | - | 50,000 |
| Stock issued for investment | 10,500 | 1 | - | - | 143,000 | - | 143,001 |
| Recission of stock | (11,425) | (1) | - | - | (149,105) | - | (149,106) |
| Cancellation of stock | (440,682) | (44) | - | - | 44 | - | - |

See accompanying notes to financial statements.

4



## SMX CORP.
### (A DEVELOPMENT STAGE COMPANY)
### STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY
### FOR THE PERIOD FROM MARCH 25, 1997 (INCEPTION) TO DECEMBER 31, 2001

| | Common Stock Shares | Common Stock Amount | Common Stock to be Issued Shares | Common Stock to be Issued Amount | Additional Paid-In Capital | Deficit Accumulated During Development Stage | Total |
|---|---|---|---|---|---|---|---|
| Replacement of cancelled stock | 117,493 | 12 | - | - | (12) | - | - |
| Stock to be issued for services | - | - | 66,838 | 7 | 14,313 | - | 14,320 |
| Stock to be issued for cash | - | - | 250,000 | 25 | 49,975 | - | 50,000 |
| Capital contribution | - | - | - | - | 818,066 | - | 818,066 |
| Net loss for the year ended December 31, 1999 | - | - | - | - | - | (756,884) | (756,884) |
| Balance, December 31, 1999 | 1,592,308 | 160 | 316,838 | 32 | 2,549,079 | (2,497,158) | 52,113 |
| Stock issued for services | 66,838 | 7 | (66,838) | (7) | - | - | - |
| Stock issued for cash | 5,675,000 | 567 | (250,000) | (25) | 2,307,890 | - | 2,308,432 |
| Stock options issued for cash | - | - | - | - | 191,568 | - | 191,568 |
| Net loss for the year ended December 31, 2000 | - | - | - | - | - | (415,356) | (415,356) |
| Balance, December 31, 2000 | 7,334,146 | 734 | - | - | 5,048,537 | (2,912,514) | 2,136,757 |
| Stock issued for services | 7,496,331 | 750 | - | - | 3,453,828 | - | 3,454,578 |
| Stock issued for cash less exercise of stock options | 40,747 | 4 | - | - | (4) | - | - |
| Net loss for the year ended December 31, 2001 | - | - | - | - | - | (4,309,301) | (4,309,301) |
| **BALANCE, DECEMBER 31, 2001** | 14,871,224 | $ 1,488 | - | $ - | $ 8,502,361 | $ (7,221,815) | $ 1,282,034 |

See accompanying notes to financial statements.

5



## SMX CORP.
## (A DEVELOPMENT STAGE COMPANY)
### STATEMENTS OF CASH FLOWS

| | For the Year Ended December 31, 2001 | For the Year Ended December 31, 2000 | For the Period from March 25, 1997 (Inception) to December 31, 2001 |
|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | | |
| Net loss | $ (4,309,301) | $ (415,356) | $ (7,221,815) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | |
| Common stock issued for services | 3,454,578 | - | 3,474,661 |
| Abandonment on leasehold improvements | - | - | 44,697 |
| Impairment loss on investment in subsidiaries | - | - | 1,751,714 |
| Common stock to be issued for services | - | - | 423,574 |
| Cancellation of common stock issued for services | - | - | (149,105) |
| Provision for bad debts - notes and accounts receivable | 687,484 | 350,000 | 1,037,484 |
| Depreciation | - | - | 15,817 |
| Changes in operating assets and liabilities: | | | |
| Increase (decrease) in: | | | |
| Receivables | (99,441) | - | (99,441) |
| Accounts payable | (17,487) | 17,487 | 68,674 |
| Net Cash Used In Operating Activities | (284,167) | (47,869) | (653,740) |
| | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | |
| Increase in notes receivable | (933,043) | (755,000) | (1,688,043) |
| Acquisition of property and equipment | - | - | (60,514) |
| Expenditures in former subsidiaries | - | - | (1,608,713) |
| Net Cash Used In Investing Activities | (933,043) | (755,000) | (3,357,270) |
| | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Proceeds from issuance of common stock and options | - | 2,500,000 | 3,643,463 |
| Forgiveness of debt | - | - | (339,200) |
| Common stock to be issued for cash | - | - | 50,000 |
| Notes payable | - | - | 2,796,950 |
| Repayment on notes payable | - | - | (1,608,358) |
| Repayments on stockholder receivable | - | - | 189 |
| Net Cash Provided By Financing Activities | - | 2,500,000 | 4,543,044 |
| | | | |
| **NET INCREASE (DECREASE) IN CASH** | (1,217,210) | 1,697,131 | 532,034 |
| | | | |
| **CASH AND CASH EQUIVALENTS - BEGINNING OF PERIOD** | 1,749,244 | 52,113 | - |
| | | | |
| **CASH AND CASH EQUIVALENTS - END OF PERIOD** | $ 532,034 | $ 1,749,244 | 532,034 |

### SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION

| | | | |
|---|---|---|---|
| Cash paid during the year for interest | $ - | $ - | $ 47,024 |

See accompanying notes to financial statements.

6

**SMX CORP.**
**(A DEVELOPMENT STAGE COMPANY)**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2001**

## NOTE 1   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### (A) Organization and Description of Business

SMX Corp. (the "Company") was incorporated in the State of Florida on March 25, 1997. The Company was primarily engaged in acquiring entities in the mechanical and landscaping contractor business. As of December 31, 2001, the Company was in the developmental stage, planned operations have not commenced and its activities were limited to acquiring and operating of target companies and raising initial capital.

In March 1999, the Company changed its name from Universal Home Services, Inc. to ServiceMax of America, Inc.

In October 1999, ServiceMax of America, Inc. "(SMXA") executed an agreement and plan of reorganization by and between SMXA and Lancer Offshore, Inc. (See Note 3). As part of the agreement, SMXA changed its name to SMX Corp..

### (B) Investments

Statement of Financial Accounting Standards No. 94, "Consolidation of All Majority-Owned Subsidiaries ("SFAS No. 94") requires consolidation of all majority-owned subsidiaries unless control is temporary or does not rest with the majority owner. Accordingly, the Company did not consolidate with its former majority-owned subsidiaries in prior years due to its temporary control (See Note 4).

### (C) Use of Estimates

In preparing financial statements in conformity with generally accepted accounting principles, management is required to make estimates and assumptions that affect the reported amounts of assets and liabilities and the disclosure of contingent assets and liabilities at the date of the financial statements and revenues and expenses during the reported period. Actual results could differ from those estimates.

### (D) Cash and Cash Equivalents

For purposes of the cash flow statements, the Company considers all highly liquid investments with original maturities of three months or less at time of purchase to be cash equivalents.



7

**SMX CORP.**
**(A DEVELOPMENT STAGE COMPANY)**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2001**

### (E) Fair Value of Financial Instruments

Statement of Financial Accounting Standards No. 107, "Disclosures about Fair Value of Financial Instruments", requires disclosures of information about the fair value of certain financial instruments for which it is practicable to estimate that value. For purposes of this disclosure, the fair value of a financial instrument is the amount at which the instrument could be exchanged in a current transaction between willing parties, other than in a forced sale or liquidation.

The carrying amount of the Company's settlement receivable approximates its fair value due to the relatively short period to maturity for this instruments.

### (F) Income Taxes

The Company accounts for income taxes under the Financial Accounting Standards Board Statement of Financial Accounting Standards No. 109. "Accounting for Income Taxes" ("Statement No. 109"). Under Statement No. 109, deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax basis. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. Under Statement 109, the effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date.

### (G) Concentration of Credit Risk

The Company maintains two bank accounts, which are insured by the FDIC up to $100,000 each. The amount in excess of the insured limit was $442,878 as of December 31, 2001.

### (H) Earnings Per Share

Net loss per common share for the years ended December 31, 2001 and 2000 and for the period from March 25, 1997 (inception) to December 31, 2001 is computed based on the weighted average common shares outstanding as defined by Financial Accounting Standards No. 128 "Earnings Per Share". Common stock equivalents were not included in the computation of diluted earnings per share in for the years ended December 31, 2001 and 2000 and for the period from March 25, 1997 (inception) to December 31, 2001 since the effect would have been antidilutive.



**SMX CORP.**
**(A DEVELOPMENT STAGE COMPANY)**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2001**

### *(I) New Accounting Pronouncements*

The Financial Accounting Standards Board has recently issued several new Statements of Financial Accounting Standards. Statement No. 141, "Business Combinations" supersedes APB Opinion 16 and various related pronouncements. Pursuant to the new guidance in Statement No. 141, all business combinations must be accounted for under the purchase method of accounting; the pooling-of-interests method is no longer permitted. SFAS 141 also establishes new rules concerning the recognition of goodwill and other intangible assets arising in a purchase business combination and requires disclosure of more information concerning a business combination in the period in which it is completed. This statement is generally effective for business combinations initiated on or after July 1, 2001.

Statement No. 142, "Goodwill and Other Intangible Assets" supercedes APB Opinion 17 and related interpretations. Statement No. 142 establishes new rules on accounting for the acquisition of intangible assets not acquired in a business combination and the manner in which goodwill and all other intangibles should be accounted for subsequent to their initial recognition in a business combination accounted for under SFAS No. 141. Under SFAS No. 142, intangible assets should be recorded at fair value. Intangible assets with finite useful lives should be amortized over such period and those with indefinite lives should not be amortized. All intangible assets being amortized as well as those that are not, are both subject to review for potential impairment under SFAS No. 121, "Accounting for the Impairment of Long-Lived Assets and for Long-Lived Assets to be Disposed of". SFAS No. 142 also requires that goodwill arising in a business combination should not be amortized but is subject to impairment testing at the reporting unit level to which the goodwill was assigned to at the date of the business combination.

SFAS No. 142 is effective for fiscal years beginning after December 15, 2001 and must be applied as of the beginning of such year to all goodwill and other intangible assets that have already been recorded in the balance sheet as of the first day in which SFAS No. 142 is initially applied, regardless of when such assets were acquired. Goodwill acquired in a business combination whose acquisition date is on or after July 1, 2001, should not be amortized, but should be reviewed for impairment pursuant to SFAS No. 121, even though SFAS No. 142 has not yet been adopted. However, previously acquired goodwill should continue to be amortized until SFAS No. 142 is first adopted.

Statement No. 143 "Accounting for Asset Retirement Obligations" establishes standards for the initial measurement and subsequent accounting for obligations associated with the sale, abandonment, or other type of disposal of long-lived tangible assets arising from the acquisition, construction, or development and/or normal operation of such assets. SFAS No. 143 is effective for fiscal years beginning after June 15, 2002, with earlier application encouraged.



## SMX CORP.
### (A DEVELOPMENT STAGE COMPANY)
### NOTES TO FINANCIAL STATEMENTS
### AS OF DECEMBER 31, 2001

The adoption of these pronouncements will not have a material effect on the Company's financial position or results of operations.

### (J) Accounting for Stock-Based Compensation

Statement of Financial Accounting Standards No. 123, "Accounting for Stock -Based Compensation" ("SFAS No. 123") establishes the use of fair value based method of accounting for stock-based compensation arrangements, under which compensation cost is determined using the fair value of stock-based compensation determined as of the grant date, and is recognized over the periods in which the related services are rendered.

The Company accounts for non-employee stock-based awards in which services are the consideration received for the equity instruments issued in accordance with SFAS No. 123 and Emerging Tasks Force No. 96-18, "Accounting for Equity Instruments that are Issued to Other than Employees for Acquiring, or in Conjunction with Selling, Goods or Services".

### (K) Stock Options

In accordance with Statement of Financial Accounting Standards No. 123, "Accounting for Stock -Based Compensation" ("SFAS No. 123"), the Company has elected to account for Stock Options issued to a loan guarantor in accordance with SFAS 123.

**NOTE 2**     **NOTES, ACCOUNTS AND SETTLEMENT RECEIVABLE**

During 2001, the Company advanced to, and paid expenses on behalf of, Raceway International aggregating $933,043 in exchange for accounts and notes receivable. As of December 31, 2001, pursuant to the terms of a settlement agreement, a total of $750,000 inclusive of all current and past accounts, notes and advances receivable, was deemed to be collectable (See Note 7(A)). To reflect the net realizable value of the accounts, notes and advances receivable as of December 31, 2001, the Company recorded a provision for bad debts totaling $687,484 for the year ended December 31, 2001.

During 2000 the Company advanced Raceway International $755,000 in exchange for two promissory notes of $480,000 and $275,000 dated December 7, 2000 and December 22, 2000, respectively. Both notes bore interest at 6% per annum and mature two years from the date they were issued. The net realizable value of the notes receivable at December 31, 2000, was $405,000, which resulted in a bad debt provision of $350,000 for the year ended December 31, 2000.



10

**SMX CORP.**
**(A DEVELOPMENT STAGE COMPANY)**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2001**

**NOTE 3    REORGANIZATION**

In October 1999, the Company entered into an agreement and plan of reorganization ("Reorganization") with Lancer Offshore, Inc. ("Lancer").  As part of the Reorganization, the Company agreed to exchange 1,400,000 shares of its common stock for $300,000.  As of the date of Reorganization, the Company made an amendment to its Articles of Incorporation to change its name to SMX Corp., to increase the authorized capital stock of the Company to 100,000,000 shares of common stock, and to cancel all options to purchase common stock and replace them with approximately 750,000 new options.  Prior to closing, a corporation controlled by a stockholder of the Company assumed all of the Company liabilities aggregating $818,066, which included $524,950 due to the stockholder, $68,674 for settlement of accounts payable and $224,442 for settlement of a note payable.  The Company therefore is contingently liable on $293,116 of these debts, which are guaranteed by a stockholder of the Company and which is also collateralized by cash and marketable securities of the stockholder.  The amounts assumed were considered paid in capital in connection with the issuance of 200,000 shares of common stock as payment for debt of $100,000 to a stockholder (See Note 5(A)).

**NOTE 4    INVESTMENTS**

In March 1998, the Company acquired all of the outstanding common shares of Mr. Roger's Landscape Services, Inc. ("Mr. Roger's") for $500,000.  The acquisition cost consisted of $150,000 and an 8%, $350,000 note payable to Mr. Rogers, payable in 72 equal installments.  The Company subsequently defaulted on the note payable.  In December 1999, a final settlement was reached that rescinded all existing agreements between the two parties.

In January 1999, the Company entered into a stock purchase agreement with an officer of the Company to purchase all of the outstanding common shares of Aloha for an aggregate purchase price of $250.  This investment was impaired in 1999 (See below).

In January 1999, the Company acquired all of the outstanding common shares of the electrical contracting business of Atom Electric, Inc. ("Atom") for $350,000.  The acquisition cost consisted of $50,000, an 8.5%, $75,000 note payable to Atom, payable over a four year period commencing July 1999, 75,000 shares of the Company's common stock, and $75,000 to be paid based on the profits of the Company, with a minimum annual payment of $12,500 and all payments due within a six-year period.  In September 1999, the Company commenced legal proceedings against the officers of Atom for false representations and the former principals of Atom have counterclaimed against the Company for Breach of Contract.  This matter was resolved and did not have a material adverse affect upon the Company.  In addition, as described in Note 3 above, a corporation controlled by a stockholder assumed any contingent liability that might arise from this matter.  Based on the circumstances, the Company has recorded a permanent impairment loss for the entire amount of this investment.

11

# SMX CORP.
## (A DEVELOPMENT STAGE COMPANY)
## NOTES TO FINANCIAL STATEMENTS
## AS OF DECEMBER 31, 2001

In February 1999, the Company acquired all of the outstanding common shares of ISD Sales & Services, Inc. ("ISD") for $300,000. The acquisition cost consisted of $30,000 cash, a $70,000 note payable to ISD, payable monthly at $1,000, a note payable to ISD for $50,000 payable monthly at 25% of the profits generated from the operations of ISD, and $150,000 in shares of the Company's common stock. The Company subsequently entered into a rescission agreement with ISD that cancelled all existing agreements between the two parties.

Based on the litigation with Atom and the disposition of all other investments, the Company had recorded a permanent impairment loss for the entire amount of all investments and advances to these entities in 1999.

## NOTE 5    EQUITY

### (A) Common Stock Issuance

The Company was initially capitalized through the issuance of 233,447 shares of common stock at $.0001 par value, to the founders during 1997 for aggregate consideration of $163,385.

During 1998, the Company authorized the issuance of 37,930 shares of common stock valued at $409,254 for services rendered. These shares were issued in 1999.

During 1998, the Company authorized the issuance of 5,800 shares of common stock valued at $116,000 for cash. These shares were issued in 1999.

During 1999, the Company issued and was to issue an aggregate of 70,898 shares of common stock valued at $34,404 for services rendered.

During 1999, the Company issued and authorized the issuance of 1,699,985 shares of common stock which resulted in cash proceeds of $914,267.

During March 1999, the Company issued 3,750 shares of common stock in two options to a stockholder. One stock option for 2,500 shares was exercised for $50,000. The other option for 1,250 shares was cancelled as of December 31, 1999.

Between March and June 1999, the Company issued an aggregate of 10,500 shares of common stock for the purchase of certain investments valued at $143,001.

In July 1999, the Company issued an aggregate of 200,000 shares of common stock at $0.50 per share to a stockholder of the Company in consideration for the assumption of debt amounting to 100,000 (See Note 3).



12

**SMX CORP.**
**(A DEVELOPMENT STAGE COMPANY)**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2001**

In October 1999, the Company cancelled an aggregate of 11,425 shares of common stock valued at $149,106 originally issued for services to be rendered due to the lack of performance.

In October 1999, as part of the Reorganization with Lancer, the Company cancelled 449,682 shares of common stock and replaced these shares with 117,493 shares of common stock.

During December 2000 the Board of Directors authorized a 10:1 reverse stock split. All shares and per share data reported have been retroactively restated since inception to reflect the reverse stock split.

During 2000, the Company issued 5,425,000 shares of common stock valued at $2,308,432 for cash.

During 2001, the Company issued 7,496,331 shares of common stock for services having a fair value of $3,454,578.

During 2001, the Company issued 40,747 shares of common stock in connection with the exercise of stock options. The options were exercised under a provision for cash less exercises related to certain options. The related expense associated with the options was recognized in 2000.

*(B) Stock Options*

On December 31, 1999, the Company had 75,023 options outstanding. These stock options were granted to key employees and independent contractors of the Company. The Company did not record compensation expense from the issuance of stock based on an insignificant option value that resulted from the Black-Scholes Option Pricing Model.

The Company issued 4,090,000 stock options during 2000 at various exercise prices between $0.25 and $1.00 per share in connection with the sale of common stock for services rendered. For financial statement disclosure purposes, the fair market value of the stock options granted in December 2000 were estimated on the date of grant using the Black-Scholes Option Pricing Model in accordance with Statement No. 123. The fair market value of the options, aggregating $191,568, was estimated on the grant date using the following weighted average assumptions: expected dividend yield 0%, volatility .001%, risk-free interest rate 4.68%, expected option life 1 year.

No stock options were issued during the year ended December 31, 2001.



13

**SMX CORP.**
**(A DEVELOPMENT STAGE COMPANY)**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2001**

The Company applies APB Opinion No. 25 and related interpretations in accounting for its stock-based compensation plans. Accordingly, no compensation cost has been recognized for options issued to employees, officers and directors under the plans for the year ended December 31, 2000. Had compensation cost for the Company's stock-based compensation plans been determined on the fair value basis at the grant dates for awards under the plans, consistent with Statement of Accounting Standards No 123, "Accounting for Stock Based Compensation" (Statement No. 123), the Company's net loss for the year ended December 31, 2000 would have been increased to the pro-forma amounts indicated below.

|  |  | 2000 |
|---|---|---|
| As reported | $ | (415,356) |
| Pro forma | $ | (415,356) |
| As reported | $ | (.19) |
| Pro forma | $ | (.19) |

The effect of applying Statement No. 123 is not likely to be representative of the effects on reported net loss for future years.

A summary of the Company's Stock Options as of December 31, 2001 and 2000 and changes during the years is presented below:

|  | 2001 | | 2000 | |
|---|---|---|---|---|
|  | Number of Options | Weighted Average Exercise Price | Number of Options | Weighted Average Exercise Price |
| Stock Options |  |  |  |  |
| Balance at beginning of period | 75,023 | $ 0.85 | 75,023 | $ 0.85 |
| Cancelled |  |  | - | - |
| Granted |  |  | - | - |
| Exercised |  |  | - | - |
| Forfeited/expired | (75,023) | (0.85) | - | - |
| Balance at end of period | - | $ - | 75,023 | $ 0.85 |

**NOTE 6   INCOME TAXES**

Income tax expense (benefit) for the years ended December 31, 2001 and 2000 is summarized as follows:



14

**SMX CORP.**
**(A DEVELOPMENT STAGE COMPANY)**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2001**

|  | 2001 | 2000 |
|---|---|---|
| Current: |  |  |
|   Federal | $ - | $ - |
|   State | - | - |
|   Deferred-Federal and State | - | - |
| Income tax expense (benefit) | $ - | $ - |

The Company's tax expense differs from the "expected" tax expense for the years ended December 31, 2001 and 2000, as follows:

|  | 2001 | 2000 |
|---|---|---|
| U.S. Federal and State income tax provision (benefit) | $ (321,000) | $ (155,000) |
| Effect of net operating loss carryforward | 321,000 | 155,000 |
|  | $ - | $ - |

The tax effects of temporary differences that gave rise to significant portions of deferred tax assets and liabilities at December 31 are as follows:

|  | 2001 | 2000 |
|---|---|---|
| Deferred tax assets: |  |  |
|   Net operating loss carryforward | $ 1,412,000 | $ 1,091,000 |
|     Total gross deferred tax assets | 1,412,000 | 1,091,000 |
|   Less valuation allowance | (1,412,000) | (1,091,000) |
| Net deferred tax assets | $ - | $ - |

As of December 31, 2001, the Company has net operating loss carryforwards of approximately $3,765,000 for U.S. Federal income tax purposes available to offset future taxable income expiring on various dates through 2021.

The valuation allowance at January 1, 2001 was $1,091,000. The net change in the valuation allowance during the year ended December 31, 2001 was an increase of approximately $321,000.

**NOTE 7   SUBSEQUENT EVENTS**

*(A) Settlement Agreement*

In March 2001, the Company commenced a civil action against Raceway Net, Inc. and Raceway Marketing, LLC ("Raceway") and their officers and directors in the U.S. District Court of Southern Florida. The Company alleged that the defendants violated Federal and

15

**SMX CORP.**
**(A DEVELOPMENT STAGE COMPANY)**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2001**

Florida securities laws when they fraudulently induced the Company to merge with Raceway in December 2000, caused the Company to suffer an actual loss of approximately $1,000,000 and sought rescission of the merger and monetary damages.

The parties, by stipulation, had agreed to a rescission of the Agreement and Plan of Merger and on April 29, 2001, the court approved the stipulation, ordering that the merger was rescinded and declared null and void.

On February 15, 2002 the Company executed a settlement agreement and stipulation of dismissal of the case (the "Agreement") with Raceway.   Under the terms of the Agreement, the Company will receive a total payment of $750,000 (See Note 2) as follows: first, the Company will receive $563,162 which is currently being held in the Company's attorney's trust account and the court registry; second, the Company will receive a promissory note for $186,838 payable in five equal monthly installments of principal and interest totaling $37,930.  The note bears interest at 6%.  The payments are scheduled to begin on March 1, 2002 and will continue until fully paid as of July 1, 2002. The note will be collateralized by the delivery to the Company's attorney of between 302 and 400 autographed sports posters.  The Company is presently awaiting the court's approval of the stipulation of dismissal.

*(B) Note Receivable*

On February 8, 2002, the Company signed an agreement whereby it would lend $375,000 to Aug Corporation ("AUGC") evidenced by a note bearing interest at 10% per annum. The note is scheduled to be repaid in full ninety days from the commencement of the agreement.  As consideration for the loan, the Company received a warrant to purchase 1,500,000 shares of AUGC stock, exercisable for five years at $.05 per share. Additionally, if the loan principal and interest has not been repaid in full after ninety days, a ninety day extension period will be granted and the Company will be eligible to receive an additional warrant to purchase an additional 1,500,000 shares of AUGC, exercisable for five years at $.05 per share.



# GEORGE R. LEVIE, CPA/ABV*

| | |
|---|---|
| 8211 West Broward Boulevard | TEL (954) 473-4512 |
| Suite 300 | FAX (954) 474-7699 |
| Plantation, Florida 33324 | E-mail:grlcpaabv@aol.com |

May 23, 2003

Mr. Michael Lauer
Investment Manager
Lancer Management, LLC
375 Park Avenue, Suite 2006
New York, NY 10152

<u>**Re:  Value of a Control Ownership Position
in XTRA Card Corp.  at December 31, 2002**</u>

## 1.0  INTRODUCTION

This Memorandum provides a Valuation of a control ownership position in XTRA Card Corp. ("XTRD" or the "Company") as at December 31, 2002 (the "Valuation Date"). Due to the Company's history of losses this Valuation Opinion has been performed based up the forecasts provided to us by Company management. No independent analysis has been performed to determine the validity or reasonableness of the Company's forecasts since the scope of this Valuation Opinion was performed based upon the forecasts provided as we were requested.

### 1.1  Fair Market Value

For the purposes herein, fair market value is based on the definition prescribed under Internal Revenue Service ("IRS") Revenue Ruling 59-60, as follows:

> *The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of all relevant facts.*

## 2.0  SUMMARY

According to the information and documents reviewed and the explanations and forecasts included herein, the assumptions on XTRD's business at the Valuation Date, and the other assumptions set out below, the value of the control ownership position in XTRD at the Valuation Date was approximately **$90,470,028 or $1.4254/share** at December 31, 2002.

*Certified Public Accountant (CPA) - Regulated by the State of Florida
*Accredited in Business Valuation by the American Institute of Certified Public Accountants (ABV)


EXHIBIT
E

## 3.0  RESTRICTION AND DISCLAIMER

This Appraisal Opinion Report is not intended for general circulation or publication, nor is it to be reproduced or used for any purpose other than that defined above without my written permission in each specific instance. I do not assume any responsibility or liability for losses occasioned users of this Appraisal Opinion Report, other than those responsibilities or liabilities outlined in my engagement letter to XTRD. I reserve the right to review all calculations included or referred to in this Appraisal Opinion Report and, if I consider it necessary, to revise my estimate in light of any new facts, trends or changing conditions existing at any date prior to or at the Valuation Date which become apparent to me subsequent to the date of this Appraisal Opinion Report.

## 4.0  UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE

Standards have established the minimum basis for the development of and the reporting of an appraisal. The standards are intended to aid users of appraisal services as well as set minimum requirements for appraisal practitioners.

These standards are based on the original Uniform Standards of Professional Appraisal Practice ("USPAP") developed in 1986-87 by the Ad Hoc Committee on Uniform Standards and copyrighted in 1987 by The Appraisal Foundation. Prior to the establishment of the Appraisal Standards Board in 1989, the USPAP had been adopted by major appraisal organizations in North America and became recognized as the generally accepted standards of appraisal practice.

Uniform Standards are the rules under which professional appraisers will work. The Standards are contained in a living document and, therefore, are subject to continual updating and change. The appraisers are required to keep current with the changes. A synopsis, brief reading or review of the standards will not suffice, and an appraiser must study, understand, obtain clarification of, comply and keep current with, and incorporate the standards into all appraisal practice.

This Appraisal Report was also prepared in accordance with Consulting Service Practice Aid 93-3, *Conducting a Valuation of a Closely Held Business*, as published by the American Institute of Certified Public Accountants.

Standards 9 and 10 pertain to business valuations. Standards Rule 9-4 specifies the major requirements of a business appraisal. This Report analyzes the appropriate approach to value and as set out herein is the background information as required under USPAP.

## 5.0  SCOPE OF REVIEW

The scope of this analysis included discussions, reliance and review of the following:

a)      Certain descriptive literature prepared by XTRD was reviewed;

b)      Assumptions on XTRD's market and competitive position and its outlook, as relayed by Company management at the Valuation Date, including being provided by management with an executive summary and included in Appendix I;

c)      Relevant external and internal public information including economic, investment, industry, public market and transaction data as a background against which to assess findings specific to the business were considered, and included in Appendices II and III;

    d)      Major contracts both existing and anticipated in the very near future for XTRD were discussed with management, including any features or factors that may have an influence on value;

    e)      The financial information and financial statements of XTRD were reviewed for the two (2) years ended December 31, 2002 and forecast financials for the five years ended December 31, 2007, included in Appendix IV; and,

    f)      Reviewed valuation literature relating to blockage discounts and control premiums.

## 6.0 BACKGROUND

### 6.1 Business Description

XTRD's business dates back to 1999 but merged with Nu-D-Zine, Inc., a publicly traded company in November 2002.

The Company is in the business of providing health and financial solutions for people who are uninsured or under-insured and those who are un-banked. This market place has over eighty million people, the majority of whom require both a health and financial solution.

With health care costs rising to where the average individual health insurance policy costs over $3500 per year, a greater number of Americans are becoming uninsured. For people who have insurance, the amount they are paying out of pocket for non-covered services is hitting new highs annually. Over $350 billion dollars is paid annually out-of-pocket for health care services. This is one out of every four health care dollars. Medicare beneficiaries are paying an average of over $1760 per year out of pocket for non-cover prescription medications. Dental insurance has become nothing more than a pass-through of premium dollars for services. All of these conditions make the need for a solution to access affordable health care more needed today than ever before.

The three discount health products offered by XtraHealth are, the Family Plan, Family Plus Plan and Senior Plan address the needs of everyone in this identified market segment.

1.      The Family Plan fills in the gaps in traditional insurance with discounted access to dentists, pharmacy, vision, audiology, chiropractic and a 24/7 toll-free bilingual nurse information line.

2.      The Family Plus Plan includes all of the services of the Family Plan and adds to them the ability to access over 300,000 medical doctors and hospitals at substantial discounts.

3.      The Senior Plus Plan addresses the needs of our Medicare population who have no coverage for prescription medications, dental care, vision care and hearing aids. It also provides the 24/7 bilingual nurse information line.

All of these Plans have a one-time registration fee and a modest monthly fee. These fees are how XtraCard derives its revenue. XtraCard contracts with national and regional networks of providers and pays them a monthly fee based on the number of cardholders. The network monthly rates plus marketing costs, overhead and profit determine the monthly fees charged by XtraCard for its products.

With the amount of people who cannot obtain a bank account, credit card, debit card or ATM card growing daily, our financial solutions are the answer for many, of these people. Over 80 million people in America cannot conduct their financial life with the ease they require because they are unbanked or underbanked. The statistics are staggering:

1.   40% of US workforce has no bank account (3 years ago this number was 25%).

2.   An additional 12% with bank accounts are denied a debit card.

3.   65% of US population has major credit card.

4.   60% of the people receiving social security have no bank account even though they are generally asset rich.

XtraCard has teamed up with Electronic Financial Group (EFG), to offer its financial products to the marketplace nationwide. EFG has been in business since 1988 and is based in Waco, Texas.

XtraCard offers a debit MasterCard and an ATM card as solutions to those who are in need of a financial vehicle. The Debit MasterCard is a stored value card account in which the cardholder has funds available for cash withdrawals and purchases equal to the amount he has deposited into the card account. A person's paycheck can be deposited directly onto the card and therefore acts as the individual's virtual bank account. This card can be used at over 600,000 ATMs worldwide and is accepted everywhere MasterCard is accepted.

The e-MoneyMover ATM card is a multi-purpose product. For a company providing this card to all of its employees it can now direct deposit all payroll checks electronically. This method is significantly more efficient than the traditional check system. For the employee the card serves as a virtual bank account. This product can be used at over 600,000 ATM worldwide and with all merchants that have PIN pads.

XtraCard has combined its Family Plan with the e-MoneyMovers ATM card to form a unique product called the E-Money Xtra Card. This product offers "one-stop" shopping for corporations and its employees who need both a payroll solution and a health solution.

Xtracard generates its revenues by charging a one-time registration fee and monthly fees for all of its products. Xtracard prices its products competitively and constantly reviews the marketplace to make sure it stays competitive. Xtracard's market advantage is its competitive pricing and its comprehensive product line.

The Company markets its products through Independent Sales Organizations (ISOs) who in turn market to corporations, credit unions, credit repair firms, credit card issuers, associations, schools, universities, senior citizen centers and Medicare Beneficiaries.

## 6.2 Management and Employees

Xtra's senior management team consists of:

Robert M. Steinberg, Chairman & CEO
Gordon Bayne, Vice President Marketing
Runar Petursson, Chief Information Officer
R. Samuel Perkins, General Counsel

XtraCard has less than twenty full time employees, none of whom are represented by a union. There is no litigation pending or threatened.

## 6.3 Financial Summary

Set out below is a summary financial position statement for the Company at December 31, 2002, and following this table is a summary of the Company's historical and forecasted results of operations for the years ended December 31, 2002 to 2007. The forecasts included in this summary have been provided to us by the Company management.

<p align="center">XtraCard, Corp.<br>Balance Sheet</p>

|  | December 31, 2002 |
|---|---|
| **Current Assets** | |
|     Cash | $   519,975 |
|     Notes Receivable | 550,000 |
| **Total Current Assets** | 1,069,975 |
| Fixed Assets, net | 400,438 |
| Other Assets | 416,187 |
| **Total Assets** | $  1,866,600 |
| **Current Liabilities** | |
|     Accounts Payable | $    61,410 |
|     Deferred Taxes | 184,788 |
|     Income Tax Payable | (1,162) |
| **Total Current Liabilities** | 245,036 |
| **Equity** | |
|     Common Stock | 750,850 |
|     Additional Paid In Capital | 3,233,844 |
|     Retained Earnings | (2,343,130) |
| **Total Equity** | 1,641,564 |
| **Total Liabilities and Equity** | $  1,866,600 |

XtraCard, Corp.
Summary Income Statement

|  | 2002 | 2003F | 2004F | 2005F | 2006F | 2007F |
|---|---|---|---|---|---|---|
| Revenues | 152,407 | 13,407,500 | 49,404,000 | 76,453,580 | 101,944,350 | 127,788,568 |
| Expenses and Other | 1,944,509 | 3,217,800 | 13,833,120 | 21,407,002 | 28,544,418 | 35,780,799 |
| Income before taxes | (1,792,102) | 10,189,700 | 35,570,880 | 55,046,578 | 73,399,932 | 92,007,769 |

F = Forecasted

Company management is forecasting a significant turnaround from a history of consistent losses to that of profitability due to the two planned acquisitions and continued contemplated growth thereafter. We have not independently verified the accuracy or reasonableness of such forecasts, but have performed this valuation under the assumption they are reasonable as requested by Company management.

## 7.0  VALUATION APPROACH

Having considered the generally accepted valuation methods and the particular attributes of the Company, we are of the opinion that in order to determine the value range of the Common Shares of the Company it is necessary to analyze various methods of valuing Common Shares as discussed extensively in valuation literature.

This section outlines the concept of fair market value and identifies the criteria which we have applied in developing the Valuation Opinion.

### 7.1  Fair Market Value

The term "fair market value," is based on the definition prescribed under Internal Revenue Service ("IRS") Revenue Ruling 59-60, as follows:

> *The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of all relevant facts.*

### 7.2  Valuation Principles

The fair market value of a going concern business is generally a function of the income and capital recovery returns that are expected in light of the risks associated with the realization of these future returns and the prospects for growth in the expected returns. In most going-concern situations the worth of a business is expressed as a capital sum through the application of a capitalization factor or multiple to an estimate of current or expected future earnings or cash flows, or through application of a discount rate to expected future cash flows.

Asset values will constitute the prime determinant of corporate worth where operations have historically been unprofitable or earnings marginal in relation to invested capital and the company may not be a going concern. In the case of a company which does not possess sufficient earnings potential to warrant treatment as a going-concern, assets are stated at their liquidation values.

Due to the Company's history of losses combined with a positive future outlook as presented to us by XTRD management at the Valuation Dates, we believe that Income, Market and Asset approaches to values for the Company are appropriate approaches to value determination.

There is no single correct method or approach to valuation, and a comprehensive valuation report will usually consider at least one method from each of the three broad valuation approaches - the market approach, the asset approach and the income approach. In some instances, one or more approaches to value may be either inappropriate or not applicable because of the purpose of the appraisal, the type of business or interest being appraised, or the lack of adequate information available to the appraiser.

The various methods often arrive at value estimates based on different levels of control and marketability. Therefore, the value estimates derived from the different methods must be adjusted to a consistent level (i.e., marketable majority, non-marketable majority, marketable minority, or non-marketable minority). Finally, these results are then reconciled to determine a final opinion of value for the entity being appraised.

During the course of this appraisal, we considered various valuation methodologies, and have relied on the chosen methods as being that most likely to be considered by the hypothetical willing buyer and willing seller and hence, "mirror the market." The chosen valuation method was also considered for its applicability in this particular appraisal. All relevant valuation approaches and methods were considered in performing the valuation of the subject equity interest. The basic approaches to valuing a business interests and their consideration in this appraisal are discussed below.

## Market Approach

The market approach suggests that the value of the entity can be determined by examining the "market" that has been established by historical experience. This approach is a general way of determining a value indication for a business interest by using one or more methods that compare the subject to similar businesses, or partial interests in similar businesses, that have been sold. Examples of market approach methods include the guideline company method and the analysis of prior transactions in the ownership of the subject business. The business used for comparison must serve as a reasonable basis for such comparison. In searching for guideline companies, factors to be considered in judging whether a reasonable basis for comparison exists include:

- A sufficient similarity of qualitative and quantitative investment characteristics.
- The amount and verifiability of data known about the similar investment.
- Whether or not the price of the similar investment was obtained in an arm's length transaction or was instead purchased in a forced or distressed sale.

Should comparable market transaction data be located that is deemed to be reasonably similar, comparisons are normally made through the use of valuation ratios. The computation and use of these ratios should provide meaningful insight and guidance about the subject, considering all relevant factors. Therefore, care should be exercised with respect to issues such as:

- The selection of the underlying data used to compute the valuation ratios.
- The selection of the time periods and/or the averaging methods used for the underlying data.
- The computation of the valuation ratios.
- The timing of the price data used in the valuation ratios.
- How the valuation ratios were selected and applied to the subject entity's underlying data.

Finally, comparisons should be made by using comparable definitions of the components of the valuation ratios, such as earnings and cash flow.

## Asset Approach

The asset approach, sometimes referred to as the cost approach, is conceptually the least complex of all approaches to consider and use as an appraisal guideline. The asset-based approach is a general way of determining a value indication of a business interest using one or more methods based directly on the value of the assets owned by the business less the business's liabilities. In theory, a buyer would not pay more than it would cost to create an entity of equivalent economic utility. Therefore, the concept is to adjust all assets and liabilities, whether or not recorded on the entity's balance sheet, to market value. Generally, the entity is presumed to be a going concern and the adjustments will reflect that premise. The asset approach typically does not take into consideration the "intangible" value of the enterprise, unless these assets are specifically identified and valued. The asset-based approach should be considered in valuations conducted at the total

entity level or involving a business appraised on a basis other than a going concern. Valuations of particular ownership interests in an entity may or may not require the use of the asset-based approach.

## Income Approach

The income approach develops a value that arises from the presumed ability of the entity to produce a profit or return on investment ("ROI") for its owner. This approach is a general way of determining a value indication of a business by using one or more methods through which anticipated benefits are converted into value as of the Valuation Dates. Anticipated benefits are expressed in monetary terms and may be reasonably represented by such items as dividends or various forms of earnings cash flow.

Both capitalization of benefits method and discounted future benefits methods are acceptable. In capitalization of benefits methods, a representative benefit level is divided or multiplied by an appropriate capitalization factor to convert the benefit of value. In discounted future benefits methods, benefits are estimated for each of several future periods. These benefits are converted to value by applying an appropriate discount rate and using present value procedures.

Anticipated benefits are converted to value by using procedures that consider the expected growth and timing of benefits, the risk profile of the benefits stream, and the time value of money.

The conversion of anticipated benefits to value normally requires the determination of a capitalization factor or discount rate. In that determination, the appraiser should consider such factors as the level of interest rates, the rates of return expected by investors on alternative investments, and the specific risk characteristics of the anticipated benefits. Therefore, the two basic components of the income approach are the measure of income and the required rate of return.

In capitalization of benefits methods, expected growth is incorporated in the capitalization factor. In discounted future benefits methods, expected growth is considered in estimated in the future stream of benefits.

## Approaches Considered

It is widely recognized that there is no one correct method of valuation, and that any valuation depends upon an analysis of the relevant facts, common sense, and the informed judgment of the appraiser. A full and complete appraisal requires the analyst to implement all relevant valuation methods that are appropriate to the particular valuation assignment. For this valuation, the appraiser has considered at least one method under each approach.

## MARKET APPROACH

### 7.3  Market Approach

### 7.3.1 Publicly Traded Guideline Companies

One method within the market approach is to search for transaction data for similar and relevant "guideline" corporations.  The appraiser must locate publicly traded companies that are similar in nature and operations to the company being valued.  When guideline companies can be identified and are deemed to be applicable, the appraiser may form comparisons between the performance of the group of guideline companies and the subject business.  These comparisons are known as indicators of value or price multiples and may include Tangible Book Value Multiple, Price/Earnings, TIC/Cash Flow, and TIC/Sales.

We conducted a search of public companies operating in the same industry as XTRD.

### 7.3.2  Selection of Guideline Comparable Companies

In order to select the appropriate multiples to be applied in this Valuation Report, we analyzed four principal approaches:

        1.      Reviewed companies in the Financial  and Services Sectors;

        2.      Reviewed companies in the Insurance (accident and health), Money Center Banks and Business Services Industries (listed in Appendix III);

        3.      Compared the results of numbers 1 and 2 above to the Company's historical results and to the S&P 500;

        4.      Selected a short list of "guideline" companies being the closest in comparability to XTRD.

The results of the findings for numbers 1 through 4 above are set out in the Ratio Comparison table later in this report.

The first step in applying the market approach to valuing a Company is to identify publicly traded companies that are comparable.  Analysts who regularly value companies in different industries have well-defined methods for determining which companies are comparable to the subject company.  The procedure used to develop the group of public companies includes the following steps, which may or may not be obvious depending on the situation:

- The industry or industries in which the Company operates are identified;

- Various databases are searched for a group of companies in a line of business similar to that of the Company;

- Detailed descriptions and business segment data for the potential guideline companies are reviewed to eliminate those with products or services that differ from the subject Company;

- Companies whose stock is thinly traded are typically eliminated, as such companies' transactions data is less meaningful; and,

XTRACard Corp.
VALUE OF A CONTROL OWNERSHIP POSITION

PAGE 11

- The remaining companies are further analyzed in terms of operating, financial, geographical, industry, and/or market characteristics to insure that they are reasonable for inclusion in the guideline company group.

The last step in this process is the most subjective. A thorough understanding of the financial standing and the operating performance of the subject Company is essential to establishing the parameters by which to screen guideline data. Screens should include revenue mix, market, products, size of company, revenue, margins, capital structure, and growth – both historical and estimated. While an optimal guideline group will contain numerous companies, the number of companies included will depend on the similarity to the Company, trading activity, and the financial information available.

A perfect guideline company is identical to the Company with regard to business type, capital structure, size, and primary market. It has similar management dynamics, has a stock that is widely traded, encounters the same risks and opportunities, and, importantly, has the same prospects for growth in the near term, immediate term, and long term. Because it is in essence a mirror image of the subject Company, a perfect market comparable provides a whole range of meaningful valuation multiples which can be applied to reported and/or prospective operating results and provide a meaningful and defensible valuation. Of course, perfect guideline companies rarely exist, and finding an entire group of, say, five to eight perfect guideline companies is almost unheard of. As a result, it is often necessary to make some adjustment to the multiples derived from the group.

Once the group of guideline companies is identified, critical valuation data about each company should be assembled into a table. This table includes critical balance sheet and income statement data, trading information about the guideline companies, and, of course, an array of valuation multiples implied by public market pricing.

We have selected a number of companies we see comparable to XTRD. Although none of the selected companies are "exact", they represent companies in the businesses indicative of XTRD.

To apply the market approach, we performed a computerized database search for guideline companies that could be considered "comparable" to XTRD. This search revealed the following companies:

| | |
|---|---|
| OHP | = Oxford Health Plans, Inc. |
| HNT | = Health Net, Inc. |
| ATH | = Anthem, Inc. |
| PCIS | = Precis, Inc. |
| WLP | = WellPoint Health Networks Inc. |
| FBF | = FleetBoston Financial |
| BAC | = Bank of America Corporation |
| C | = Citigroup Inc. |
| ONE | = Bank One Corporation |

Set out on the following page is a summary of the selected company analysis.

XTRACard Corp.
VALUE OF A CONTROL OWNERSHIP POSITION                                                        PAGE 12

| | | Valuation | | | | |
|---|---|---|---|---|---|---|
| | P/E (TTM) | TIC* to Sales (TTM) | Price to Book (TTM) | Price to Tangible Book (TTM) | TIC* to Cash Flow (TTM) | Market Cap. (millions) |
| OHP | 14.88 | 0.80 | 7.71 | 8.11 | 16.20 | 3,830 |
| HNT | 14.51 | 0.35 | 2.43 | 6.07 | 11.99 | 3,185 |
| ATH | 13.95 | 0.78 | 1.63 | 5.47 | 14.76 | 8,764 |
| PCIS | 12.00 | 1.58 | 2.22 | 7.78 | 10.59 | 65 |
| WLP | 15.24 | 0.67 | 2.68 | 6.89 | 14.35 | 10,656 |
| FBF | 21.77 | 4.56 | 1.52 | 1.55 | 28.29 | 25,510 |
| BAC | 11.77 | 7.96 | 2.07 | 2.76 | 25.26 | 104,403 |
| C | 11.97 | 7.03 | 2.09 | 3.53 | 33.66 | 180,901 |
| ONE | 13.05 | 12.72 | 1.90 | 1.90 | 28.63 | 42,546 |
| | | | | | | |
| TOTAL | 129.14 | 36.45 | 24.25 | 44.06 | 183.73 | 379,860 |
| AVG | 14.35 | 4.05 | 2.69 | 4.90 | 20.41 | 42,207 |
| MEDIAN | 13.95 | 1.58 | 2.09 | 5.47 | 16.20 | 10,656 |

\* TIC = Total Invested Capital

### 7.3.3  Comparable Analysis Summary

### Valuation Indicators :

Appendix III includes data on the general stock market as well as companies in similar businesses to the Company.  In most cases these companies are significantly larger than the Company, but do provide a basis for determining value, however, we also performed a search of transaction data of companies in a size range similar to XTRD as included in Appendix III, the general results of which are set out later in this report.

**December 31, 2002**

**RATIO COMPARISON**
Guideline (1)

| Valuation Ratios | Company | Companies | Industry* | Sector** | S&P 500 |
|---|---|---|---|---|---|
| P/E Ratio (A) | N/A | 14.35 | 19.99 | 19.67 | 25.58 |
| TIC to Sales (A) | N/A | 4.05 | 2.46 | 2.92 | 3.09 |
| TIC to Cash Flow (A) | N/A | 20.41 | 13.23 | 15.93 | 17.55 |
| Price to Book (A) | N/A | 2.69 | 4.33 | 3.47 | 4.51 |
| Price to Tangible Book (M) | N/A | 4.90 | 5.37 | 5.06 | 7.26 |

\* Industries include Insurance (accident and health), Money Center Banks and Business Services[1]
\*\* Sectors include Financial and Services[1]
(1) Data taken from "MultexInvestor"
(A) - Used average
(M) - Used median

**Price to Earnings Multiple ("P/E") Analysis:**

Due to losses in 2002, we could not use this multiple approach.

**TIC to Sales Multiple Analysis:**

Based upon the TIC to Sales Multiples above, we considered that due to the history of losses but expected significant growth in revenues and smaller size of XTRD, the following multiple, which is in line with the Guideline Companies is appropriate at the Valuation Date.

Applying the selected multiple to 2002 sales at the valuation date yields the following results:

|  | 12/31/02 |
|---|---|
| Sales | $ 152,407 |
| Multiple | 4.0 |
| Total Value | $ 609,628 |

**TIC to Cash Flow:**

XTRD had negative cash flow in 2002, and therefore this valuation approach would not provide meaningful results.

**Book Value Multiple Analysis**

As of December 31, 2002, XTRD's combined book value was approximately $806,447.

We applied a book value multiple of 2.70 compared to the Industry, Sector, S&P 500, and Guideline Company Data, which were in the range of 2.69 to 4.51 as set out in the table above. The multiple selection approximates the guideline company multiple.

Applying the multiple to the net book value equals $4.43 million as set out below.

| | |
|---|---|
| Net Book Value | $1,641,564 |
| Multiples | 2.70 |
| Total Value Range | $4,432,223 |

**Tangible Book Value Multiple Analysis**

As of December 31, 2002, XTRD had no intangibles. Therefore, this multiple will not be used.

**Prior Transaction Analysis**

The market approach suggests that the value of the entity can be determined by examining the "market" that has been established by historical experience. One method, usually applicable to larger, publicly held corporations, is to refer to the value set by the most recent trading of the stock by private and public investors who have made their own determination as to value. Most closely held businesses, however, generally have little or no trading activity to establish a market price for the shares. Because historically XTRD has been

traded on the NASDAQ Over the Counter Market and currently is actively traded on the Pink Sheets, this method will not be used.

**Mergers and Acquisitions Methodology**

This market approach obtains and analyzes information from mergers and acquisitions of entire guideline companies. The sales and pricing information is then applied to the subject company to determine its value. We performed a search of the Pratt's Stats, Mergerstat, and the Institute of Business Appraisers transaction databases. The following details the source and the results of the search:

| SIC Code | Pratt's Stats | | Public Company | | IBA | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | Selected | Total | Selected | Total | Selected | Total | Selected |
| 6021 | 8 | 5 | 14 | 10 | 45 | 0 | 67 | 15 |
| 6321 | 2 | 0 | 0 | 0 | 6 | 0 | 8 | 0 |

The majority of the transactions listed above were eliminated because their lines of business were materially different or the transactions were outdated. The remaining transactions selected took place between 1998 and 2000. Due to the limited number selected, we will use the mean and median results.

The following table reflects the mean (or average) and median results for the transactions selected from the above sources:

| | Net Sales Millions | Net Earnings Millions | Sale Price $000 | TIC/ Sales | Price/ Earnings |
|---|---|---|---|---|---|
| Mean | 8,505 | 2,080 | 52,003 | 17.33 | 49.69 |
| Median | 4,929 | 1,452 | 36,429 | 16.60 | 19.89 |

| Valuation Date | XTRD Sales | TIC/Sales Multiple | | Value Indication (000's) | | Mean Value (000's) |
|---|---|---|---|---|---|---|
| | | Mean | Median | Mean | Median | Total |
| 12/31/02 | 152,407 | 17.33 | 16.60 | 2,641 | 2,530 | 2,586 |

Note: Since XTRD had no earnings in 2002, the Price/Earnings multiple will not be used.

## 7.4 Asset Approach

### 7.4.1 Net Tangible Book Value Methodology

The net book value ("NBV") of a business is the historical value of that entity's assets less the value of its liabilities.

To calculate the net book value of XTRD, we referred to the internally prepared financial statements for December 31, 2002.

XTRD's assets consist of cash and cash equivalents, fixed assets and other assets.

Management has indicated that all liabilities are supported by adequate documentation to reflect evidence of an obligation of the Company.

**At December 31, 2002 XTRD a net book value of $1,641,564.**

### 7.4.2 Net Tangible Book Value Methodology

The net tangible book value ("NBV") of a business is the historical value of that entity's assets less the value of its intangible assets and liabilities.

To calculate the net tangible book value of XTRD, we referred to the internally prepared financial statements for December 31, 2002.

XTRD's assets consist of cash and cash equivalents, fixed assets and other assets.

Management has indicated that all liabilities are supported by adequate documentation to reflect evidence of an obligation of the Company.

XTRD has no intangible assets on its balance sheet and therefore, this method of value will not be used.

# INCOME APPROACH

## 7.5  The Income Approach

### *Capitalized Returns (Single -Period Model)*

Under the capitalized benefits method the normalized earnings or net cash flow for a single period are capitalized by applying a formulated capitalization rate, calculated from an appropriate discount rate, to arrive at the value of the business.

In valuation theory a discount rate represents the total expected rate of return, stated as a percentage, that a buyer or investor would demand on the purchase of an asset given the level of inherent risk in the asset.  The discount rate is not utilized as a divisor or multiplier; instead, it is used to determine present value factors that discount a future benefit stream to a present value.

The capitalized returns appraisal method determines the value of a company based on the availability of a stabilized stream of benefits to equity holders, or dividend paying capacity and therefore results in a going concern value.  The value is obtained by measuring an anticipated income or cash flow level and then determining its worth by using a rate of return which reflects the annual return an equity investor should require for an investment in a business of the risk level of XTRD.  This required return, or discount rate, is adjusted for the expected long-term growth of the benefit stream.

The capitalized benefits methodology is generally used when a company's future operations are not expected to change significantly from its current normalized operations.

## 7.5.1  Selection of Appropriate Capitalization and Discount Rates

The cost of capital is the total rate of return that a buyer or investor would demand from an ownership interest in a company.  This rate is either applied to the company's expected future earnings (discount rate) or is applied to the current or representative earnings of the company (capitalization rate).  The capitalization rate is derived from the discount rate by subtracting a company's expected long-term average annual compound growth rate from its discount rate.  It is used directly in the value computation as a divisor, and it is applied to a single year benefit stream.  This single year benefit stream represents what the company can be expected to generate in the future, based on historical normalized cash flows.  Determining a required rate of return on a closely held business is perhaps the single most difficult step in the appraisal process.

The discount rate represents the rate that would be required  by an investor considering the inherent risks of a particular company, as well as the rate of return available for investments with similar risks in the marketplace.  In other words, the discount rate is the required rate of return an investor would consider necessary to invest in an asset with the amount of risk comparable to that associated with the company being valued.

Consistent with the risk/reward relationship in almost any investment, the greater the investment risk, the greater the required reward.  The discount rate uses the risk/reward relationship to convert sums of cash to be received in the future into a present value.

In many cases, appraisers use a build-up approach to arrive at an appropriate discount rate.  The build-up approach is based on the principle that each investment has various levels or types of risk characteristic of

other investments in the financial markets. These components are added together to arrive at a "built-up" discount rate, which is then used to compute the cost of the capital.

## Components of the Cost of Capital

*Risk Free Rate:* The risk free rate of return an investor could obtain from a low risk guaranteed investment. Such a return is assumed to be approximately equal to the yield to maturity of long-term Treasury bonds even though this investment is not completely risk free. The rate of return on long-term U.S. Government bonds is considered a good proxy for the risk-free rate of return.

*Long-Horizon Equity Risk Premium:* The equity risk premium is the extra return earned by an average equity investor in excess of the return on long-term Treasury securities and was 7.4% through 2001. The source of this information is the Ibbotson Associates Stocks, Bonds, Bills, and Inflation Yearbook for 2001 (the 2002 Yearbook). The sum of the risk-free rate and the equity risk premium results in the average market return for publicly traded stocks.

*Expected Micro-Capitalization Equity Size Premium:* Historically, more risk has been associated with the typical small company than with a large, publicly traded company; therefore, investors in a typical small business will demand a higher rate of return. The Ibbotson Yearbook indicates that the difference between the total returns on large stocks and small stocks was 3.3% through 2001. The average small company in this study was listed on the New York Stock Exchange and has a market capitalization of less than $192 million.

*Specific Company Risk Premium:* Other risk factors that must be analyzed include the Company's industry, the Company's financial risk, the diversification of the Company's operations, depth and quality of management and other operational characteristics of the Company.

## Risk Factors

XTRD has had significant historical losses and is predicating its forecasts on the success of its recently completed merger. The failure to successfully integrate and execute its business plan could have a material adverse effect on XTRD's liquidity and forecasted results

In addition, XTRD has exposure to risks from competition and industry regulation.

We have assigned an additional risk premium of 10% for these risk factors.

### Determination of Cost of Capital

The calculation of this "build up" rate resulted in an estimated discount rates of 25% as shown in the following table. We have used this discount rate in our value calculations. The capitalization rate of 20% was used to calculate the terminal value of the Company.

|  | 12/31/02 |
|---|---|
| Risk free rate | 4.8% |
| Equity risk premium | 7.4% |
| Small company risk premium | 3.3% |
| Company specific risk premium | 10.0% |
| Discount rate (cost of capital) | 25.5% |
| Adjust for estimated growth rate | 5.0% |
| Capitalization rate for terminal value | 20.5% |

**The capitalized benefits methodology is generally used when income is normal and recurring and the company's future operations are not expected to change significantly from its current normalized operations. XTRD has had a history of losses and therefore, this method of determining value could not be applied.**

### 7.6 *Discounted Cash Flow Analysis*

The discounted cash flow approach is favored by those involved in the commitment of capital to fixed assets where reasonably reliable cash flow forecasts can be made. However, future business cash flows are often difficult to project accurately. Discounted cash flows are normally applied where future cash flows can be reasonably and consistently forecasted. Historically, the discounted cash flow approach to value has been used extensively on capital budgeting decisions. The discounted cash flow approach is simply the present value of future cash flows. Although the Company does not have a readily predictable stream of earnings, our value conclusion is based upon management's forecasts. Taking into consideration the factors set out above and the returns realized for various investments as discussed above, we selected a discount rate of 25% as reflective of investor expectations for an investment into the Company at the Valuation Date. This rate takes into account the public company capitalization rates as set out above plus a risk factor for the Company's size and shareholders having limited liquidity for their investment. Further, we examined interest rates and investor returns and selected those rates as representative.

When computing net present value it is appropriate to capitalize the final year of the forecast to reflect the future cash flows to be realized.

Following is a discounted cash flow analysis as of the valuation date.

XTRACard Corp.
VALUE OF A CONTROL OWNERSHIP POSITION

PAGE 19

XtraCard
Discounted Cashflow Analysis

| Fiscal Year Ended | EBITDA | Less: Depr. (2) & Non-Cash | EBIT | Less: (1) Taxes | Add: Application (4) Of Loss Carry. | EBI | Add: Depr. (2) & Non-Cash | Less: Capital Expend. | Less: Working Cap. Needs | Net Post Tax Cash Flow | Present (3) Value 25.50% | Total Present Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 (E) | $ 10,329,700 | $ 140,000 | $ 10,189,700 | $ (3,923,035) | $ 863,427 | $ 7,130,092 | $ 140,000 | $ 200,000 | - | $ 7,070,092 | 0.8926 | $ 6,310,764 |
| 2004 (E) | $ 35,955,880 | $ 385,000 | $ 35,570,880 | $ (13,694,789) | | $ 21,876,091 | $ 385,000 | $ 580,000 | - | $ 21,681,091 | 0.7113 | 15,421,760 |
| 2005 (E) | $ 56,114,078 | $ 1,067,500 | $ 55,046,578 | $ (21,192,933) | | $ 33,853,645 | $ 1,067,500 | $ 1,725,000 | - | $ 33,196,145 | 0.5667 | 18,812,255 |
| 2006 (E) | $ 74,467,432 | $ 1,067,500 | $ 73,399,932 | $ (28,258,974) | - | $ 45,140,958 | $ 1,067,500 | $ 1,725,000 | - | $ 44,483,458 | 0.4516 | 20,088,730 |
| 2007 (E) | $ 93,075,269 | $ 1,067,500 | $ 92,007,769 | $ (35,422,991) | - | $ 56,584,778 | $ 1,067,500 | $ 1,725,000 | - | $ 55,927,278 | 0.3598 | 20,122,635 |
| Terminal Value of future cash flows: | ($56,584,778*1.05/.205) | | | | | $ 289,824,473 | | | - | $ 289,166,973 | 0.3598 | 104,042,277 |
| | | | | | | | | | | | | $184,798,421 |

(1) Taxes at 38.5%
(2) Includes depreciation and amortization
(3) Utilizes mid-year discount rate
(4) Assumes loss carryforward benefit at 38.5%.

The Forecast EBITDA was determined by taking management's forecasts as included in Appendix IV.
Net Capital Expenditures and working capital needs were estimated by XTRD management.
For the Terminal Value, after discussion with XTRD management we selected a 5% long-term growth rate which reduces the capitalization rate.
The Discount Rate was selected based upon the determination of a Capitalization Rate described earlier in this Report, which equaled 25.5%.

**This results in a value of $184.798 million.**

## 7.7  CONTROL VALUE RELATIONSHIP

Having determined a business' value, the final step in concluding our Opinion is to determine if a premium or discount is appropriate for the shares being valued.

Although there are many types of premiums and discounts that may be encountered in performing a business valuation, the most common are control premiums, minority interest discounts and discounts for lack of marketability.

The Business Valuation Committee of the American Society of Appraisers has defined "control premium" and "minority interest discount" as follows:

| | |
|---|---|
| **Control Premium:** | The additional value inherent in the control interest, as contrasted to a minority interest that reflects its power of control. |
| **Minority Interest Discount:** | The reduction, from the pro rata share of the value of the entire business, to reflect the absence of the power of control. |

### 7.7.1  Prerogatives of Control

There are many things a control owner may be able to do that a minority cannot. These include, for example, the abilities to:

- Decide on levels of compensation for officers, directors, and employees;

- Decide with whom to do business and enter into binding contracts, including contracts with related parties;

- Decide whether to pay dividends and, if so, how much;

- Register the stock with the Securities and Exchange Commission for a public offering;

- Repurchase outstanding stock or issue new shares;

- Make acquisitions or divest subsidiaries or divisions;

- Buy, sell, or hypothecate any or all company assets;

- Determine capital expenditures;

- Change the capital structure;

- Amend the articles of incorporation or bylaws;

- Sell a controlling interest in the company with or without participation by minority shareholders;

- Select directors, officers, and employees; and,

- Determine policy, including changing the direction of the business.

Depending on state laws, the company's articles of incorporation and bylaws, and agreements with lenders, any of the above prerogatives of control may be exercised by a simple majority control, or they may require some level of supermajority. About half the states require some degree of supermajority, most often two-thirds, for certain major corporate actions such as selling out, merging, or liquidating the company's major assets. If the stock is widely distributed, or if certain contractual rights exist, a block of stock constituting less than a majority may have effective control over some of the above prerogatives.

The term 'premium for control' often is cited in transactions involving the takeover of publicly traded companies. Historical studies have suggested that when takeovers of companies whose shares are publicly traded occurs, average takeover prices often are in the order of 30% greater than the trading prices prior to a takeover announcement, although the range of premiums varies significantly. So-called "premiums for control" most often relate to the crystallization of purchaser-perceived post-acquisition net economic value added (i.e. synergies).

The quantification of minority discounts with respect to shareholdings in privately held companies sometimes is estimated based on the reciprocal of this so-called premium for control. That is, if a premium for control is taken on a "rule of thumb" basis to be in the order of 40%, then the minority discount is taken to be approximately 29% (determined as: $[1-1/(1 + 40\%)]$. However, quantification of a minority discount in this manner may lead to an inappropriate conclusion given that:

- importantly, where the shares of the acquired public company were actively traded prior to the bid on widely disseminated information, premiums to pre-bid market prices typically relate all or in part to purchaser perceived synergies;

- such a methodology presumes that daily trading prices of shares of publicly held companies incorporate a minority discount, which may be measured from a takeover price per share;

- where the shares of some publicly held companies are not widely traded, the 'premium' might reflect the elimination of a 'stock market' discount for illiquidity referable to that;

- when a public company is "in play", competitive bidding for the acquisition sometimes occurs, which in turn may distort the calculated premium;

- public company trading prices in some cases may gravitate upward on speculation of a takeover announcement. This effectively reduces the calculated premium in percentage terms;

- the premium for control normally is based on an average of the premiums of open market transactions. However, the actual premiums paid vary significantly, and in some cases are even negative amounts. Further, published statistics summarizing the premiums over stock market prices paid in open market transactions may not be reflective of appropriate fact specific control premiums for reasons such as:

  - negative premiums may not be considered, which inflates the computed average, and,

-   the statistics include both cash transactions and non-cash transactions (e.g. share for share exchanges). The latter may include certain restrictions on behalf of the vendor and therefore may not be reflective of a cash equivalent price;

•   importantly, studies of "takeover premiums" are specific to point in time prices, and reflect only transactions that are completed, and not those considered but not pursued. In this regard, transactions normally are not pursued where economic analysis does not support the price that would have to be paid to consummate a successful takeover bid. Accordingly, the average "takeover premium to market" statistics reflect only those transactions where takeovers are completed, and accordingly represent a skewed sample of the population of all transactions both contemplated and completed. Because information with respect to transactions that are contemplated but abandoned generally is not available, "takeover premiums to market statistics" are incomplete and accordingly, likely are not as meaningful as they frequently are represented to be;

•   takeovers of publicly traded companies occur at the price the purchaser believes it needs to offer to complete the transaction. That "offer price" (on which the "premium to market calculation" is based) may be less than the purchaser would have been prepared to pay based on its own internal analysis; and,

•   takeovers of publicly traded companies may reflect circumstances where the purchaser believes that the target company's shares are trading in the market at a "bargain price". As a result, quoted takeover "premium to market" statistics likely are, on average, greater than they otherwise might be.

Therefore, where a minority discount is determined by taking the reciprocal of the "rule of thumb" premium for control, the quantum of discount likewise would be distorted. It is important to take into account the specific facts of each situation when determining a minority discount. Furthermore, where practical, the segregation of that discount into its components of <u>non-control</u> and <u>illiquidity</u> (as discussed herein) may ultimately result in a more reasoned and supportable conclusion.

### 7.7.1.1  Factors Affecting Degree of Control

Many factors can affect the degree of control and, consequently, the magnitude of the discount for lack of control (if starting with a controlling interest value) or some premium for elements of control (if starting with a minority interest value).

*Anything Less Than 100%.* Any proportion of ownership less than 100% leaves room for attacks by minority shareholders on some prerogatives of control. For example, if the company were to sell out, or take certain other corporate actions, any minority stockholder might be able to exercise dissenting stockholder rights. There are many ways in which a minority stockholder can create a nuisance for the control stockholder, which could reduce the control premium and the discount for lack of control, thus increasing the minority owner's interest's value.

*Supermajority Requirements.* About a quarter of the states require something more than a mere 50%-plus-1-share vote to approve certain major corporate actions, such as selling out or merging.

Even in states that do not have statutory requirements of supermajority votes for major corporate actions, any individual company may require supermajority votes for given corporate actions through its articles of incorporation or bylaws.

If a block of stock constitutes control for certain actions but is not large enough to be able to cause other corporate actions, it falls in between a control value and a pure minority value. If starting with a control value, some discount for lack of absolute control usually is warranted. There are no empirical studies available to help quantify the amount of the underline{discount}, but such discounts usually fall in the range of **5 to 15%**.

If a minority block of stock is large enough to prevent certain corporate actions, this condition is referred to as *blocking power*. Such a block normally is accorded some premium over a pure minority value for blocking power. Because such power is invoked only rarely, the premium tends to be modest, perhaps in the range of 5 to 15%. This premium could be applied to an actively traded minority value (before any discount for lack of marketability) or could be reflected in a smaller discount for lack of control if control value is the base.

In any case, if the size of the block falls into the range where it may have operating but not absolute control, or in the range where it may have blocking power, the analyst should review the relevant state statutes, articles of incorporation, and bylaws to see whether a possible discount or premium for this characteristic should be considered.

*Shareholder Oppression Statutes*. In some states under certain circumstances, minority shareholders can institute a lawsuit to dissolve the corporation or partnership and be paid their proportionate share of the proceeds from the liquidation. In such states, the controlling stockholder can prevent the dissolution by paying the minority owners the fair value of their shares. About half the states now have such statutes, with California Corporation Code 2000 being one of the oldest and most frequently litigated.

*Swing Vote Potential*. Depending on the distribution of the stock, a block could have the potential to gain a premium price over a pure minority value because of its potential as a *swing block*. Consider this situation that was recently presented to the financial advisor to an employee stock ownership plan ("ESOP"). The ESOP in question owned about 35% of the stock, another stockholder owned 35%, and the third largest stockholder owned about 20%. The financial advisor had been conducting annual valuations of the ESOP stock on a minority basis. When the 20% block came up for sale, both the ESOP and the other 35% stockholder would quickly have paid the ESOP minority price to obtain the stock, and a somewhat prolonged series of negotiations ensued. The ESOP ultimately purchased the block at about a 17% premium over the ESOP minority price. The opinion expressed by the financial advisor was that the ESOP did *not* pay more than fair market value for the swing block, considering that it put the ESOP in a control position and otherwise would have put the remaining stockholder in a control position.

Many scenarios could be constructed where a swing block would have the potential to command some premium over a pure minority value. Generally, they arise when a sale of the block could cause a change (e.g., strengthening or weakening) in a control position. However, not all swing vote situations deserve a premium. In the instance of the shares being transferred, neither block separately would swing control. Therefore, we conclude that a swing vote will not apply to XTRD.

*Interests of 50%*. Interests of 50% are neither control nor minority. A 50% interest usually can prevent corporate actions but cannot cause them to happen. A 50% interest value usually lies about halfway between a controlling interest value and a pure minority value. There is no empirical data for guidance in quantifying 50% interest percentage discounts from control value or premiums over minority value. However, 50% interests sometimes are discounted at about 15% from control value to reflect lack of control.

In some circumstances two 50% interests do *not* have equal lack of control. Ibis situation can arise when one of the 50% interests exercises some prerogatives of control under a contractual arrangement. In this case, the

discount from control value should be less for the interest with some control prerogatives and a little greater for the interest without the control prerogatives.

*Legal or Regulatory Constraints*. Legal or regulatory conditions can prevent a control owner from exercising control prerogatives to the fullest extent. These conditions narrow the gap between control and minority value and reduce the potential minority discount or control premium.

*Minority Shareholder Ability to Elect Directors*  Some minority blocks of stock have the ability to elect one or more directors. This ability can arise from either of two circumstances: cumulative voting or contractual arrangement. In either case, this right tends to reduce the minority discount. However, there is no body of empirical data to assist in quantifying this factor, so the magnitude of the discount becomes a matter of negotiation in a transaction or of the appraiser's judgment in a non-transaction-related valuation.

*Cumulative Voting*. In most companies, a majority of the shares can elect all the directors. However, although it is becoming less common, some companies have cumulative voting, which enables a minority to elect one or more directors. The concept of cumulative voting is that all the shares may vote for a single director. Thus, if 10 directors are to be elected, the owner of a block of 10% of the stock can cast all of its votes for each share for a single director, thus ensuring the election of one director by the block.

Cumulative voting, however, does not automatically assure the minority of representation on the board; the minority must have the minimum shares necessary to elect the director desired and, second, must aggregate its cumulative votes properly.

Cumulative voting may also increase the discount applicable to a control block for lack of full control.

*Contractual Appointment*. For various reasons, certain blocks of stock may be granted a contractual right to appoint one or more directors. This is often the case in conjunction with venture capital financing. This may reduce the discount for lack of control.

Exhibit I sets out the basic concept of premium and discounts to determine the "Level of Value" in Terms of Ownership.

**EXHIBIT 1:   "Levels of Value" in terms of Characteristics of Ownership
EXAMPLE:**



Notes: [a]   Control shares in a privately held company also may be subject to some discount for lack of marketability, but usually not nearly as much as minority shares.

[b]   Minority and marketability discounts normally are multiplicative rather than additive.  That is, they are taken in sequence:

| | |
|---|---|
| $10.00 | Control Value |
| - 3.00 | Less: Minority interest discount (.30 x $10.00) |
| $ 7.00 | Marketability minority value |
| - 2.80 | Less lack of Marketability discount (.40 x $7.00) |
| $ 4.20 | Per share value of non-marketable minority shares |

[c]   Note that neither the minority/control nor the marketability issue are all-or-nothing matters. Each covers a spectrum of degrees.

Source: Copyright 2001 Practitioners Publishing Company. All rights reserved. Reproduced with written permission from *Guide to Business Valuations* (January 2001).

## 7.8  CONTROL PREMIUMS

Most valuation experts are familiar with the standard concept of valuation premiums and valuation discounts. They are routinely applied in substantially the same form by the IRS and valuators.

Both the courts and the valuation commentators have tended to deal obliquely with the valuation of control. On the part of the courts this may be because so little has been written on this topic.  Certainly the various aspects of control as they might affect value have not been discussed *per se*, nor has there been an attempt made to suggest methods by which the value of control might, in certain circumstances, be quantified.  (There has, however, been general recognition that control can have value in and of itself.)  For example, in *Gold Coast Selection Trust Ltd. v Humphrey*, [1948] 2 All ER 379 (HL); affg in part [1946] 2 All ER 742 (CA), Lord Simon said, "there may also be value in control", and in *Short v Treasury Commissioners*, [1948] 1 KB 116 (CA); affd [1948] AC 534 (HL), which came out most clearly for a premium for control.

The rights of a controlling shareholder can be summarized generally as follows:

| | | |
|---|---|---|
| A. | The power to elect the board of directors and thus indirectly govern the affairs of the company.  In economic terms, this can be stated as control over the economic direction of this investment. |
| B. | Subject to the statutory provisions of the incorporating jurisdiction, the right to place the company in liquidation.  In economic terms, this can be stated as the ability to minimize losses in the event the company proves unsuitable as a going concern. |
| C. | The right to sell control of the company.  In economic terms, this can be stated as the ability to dictate the liquidity of the investment. |
| D. | The power to have himself appointed an officer of the company and thus receive remuneration and other emoluments in excess of what would normally be paid for management services rendered.  In economic terms, this can be stated as the ability to draw out profits that would otherwise indirectly accrue to minority shareholders. |
| E. | The right to determine the timing and amount of dividend distributions.  In economic terms, this can be stated as control over the rate of return directly realized by him on his investment. |

Typically, the IRS's or taxpayer's valuation expert determines the value of a block of Common Stock in a closely held company (Subject Company) by first establishing the stock's going-concern value using the public guideline or comparable company (Comparable Company) method. This technique prices the Subject Company's stock by analogy.

1.  Public Comparable Companies are first selected based upon their similarity to the Subject Company in terms of line of business, domicile, size, and selected financial factors.

2.  Second, these public companies are compared to the Subject Company on various measures of economic and financial performance. Based on relative performance and the market

multiples of the Comparable Companies, the valuator selects the pricing multiples to apply to the Subject Company.

3.   Third, on the assumption that the market prices of the shares of Comparable Companies reflect their value as minority interests, the valuator of a private company either:

4    **Adds** a control premium if the block of stock in the Subject Company is a controlling interest or

5.   Deducts a discount for lack of marketability because the block of stock in the Subject Company is not as marketable or liquid as the stock of the public corporations.

These concepts of premium for control and discount for lack of marketability are often presented in the form of a bar chart similar to the one in *Table* 1.

| TABLE 1: LEVELS OF VALUE | | |
|---|---|---|
| Acquisition Value<br>*Synergy Value* | Additional Control<br>Premium for Synergy | ↑ |
| Enterprise Value<br>*Control Value* | Control Premium | ↑ |
| Market Value<br>*Freely Traded Value* | Discount for Lack<br>of Marketability | ↑ |
| Minority Value in a Closely<br>Held Company for<br>Estate and Gift Taxes | | |

1.   At the top of the bar is the Acquisition Value of a company's Common Stock. This level represents the value to an acquirer who can achieve synergistic benefits from a transaction.

2.   The level titled Enterprise Value[1] is the value of a company to the existing control party or to a non-synergistic buyer.

3.   The Market Value or Freely Traded Value is the market price of the common shares of a public company or of the Subject Company's Common Stock assuming that it were publicly traded.

4.   The difference between the Acquisition Value and the Freely Traded Value is often called the Control Premium. (However, the term Control Premium may refer to the difference

---

[1] Enterprise value has many definitions. Herein it is used as the value of 100% of the equity of a company on a stand-alone basis. This value incorporates benefits of control but not those of synergy. It is not the value of the firm's capital structure.

Case 9:03-cv-80612-KAM   Document 15   Entered on FLSD Docket 07/09/2003   Page 324 of 643

XTRACard Corp.
VALUE OF A CONTROL OWNERSHIP POSITION

PAGE 28

between Freely Traded Value and Enterprise Value, and the difference between Enterprise Value and Acquisition Value may be called the Synergistic Premium.)

5.    The difference between the Freely Traded Value and the Minority Estate Tax Value is commonly called the discount for lack or marketability ("DLOM"). A hybrid control concept is the value of a minority interest in a control class of voting Common Stock.

## 7.8.1  Premium and Discount Rules of Thumb

Two decades ago, these concepts seemed to have an economic basis. Stockholders of majority blocks of Common Stock in a closely held corporation have the power to sell the company and its assets. Acquisitions of control interests in public companies **are made at substantial premiums** over the market prices of minority interests in these companies' Common Stocks prior to the announcement of these transactions. Therefore, it was believed that the premium in value of a control block of stock over a minority interest block must equal the average premium between the acquisition prices of the Common Stock in acquisition transactions and the Common Stocks' market prices before the announcements of the takeover transactions.

The discount for lack of marketability was computed by reviewing private placement discounts for issues sold under Rule 144 (or Rule 133) to private investors or equity funds.

With the passage of time, these techniques have been reduced to boilerplate formulas– "rules of thumb"– applied as a matter of rote.

1.    The discount for lack of marketability is 30 to 45% from the taxpayer's point of view, 15% to 35% from the IRS's.

2.    The premium for control is 30 to 40%, from the IRS's point of view, about half of this from the taxpayer's as result of removing the value of synergy.

3.    The discount for minority interest for an operating company is approximately 25%.

The problem with applying these rules of thumb is that they are not based upon an analysis of the specific situation at hand. While their conclusions may be correct in some situations, in other situations they are inappropriate or simply wrong.

## 7.8.2  Measurement of the Applicable Premium

Generally, when a valuator applies an acquisition premium to the freely traded value of a Subject Company's Common Stock, there is a table similar to *Table 2*, which contains acquisition premium data from *Mergerstat/Shannon Pratt 's Control Premium Study*[TM] *(Control Premium Study)*, or a similar source that purports to support adding an acquisition premium:

| TABLE 2:  CONTROL PREMIUM ACROSS INDUSTRIES | | | | | |
|---|---|---|---|---|---|
| Industry/Year | 1996 | 1997 | 1998 | 1999 | 2000 |
| All Industries | 36.6% | 36.7% | 35.9% | 46.1% | 48.9% |

Case 9:03-cv-80612-KAM   Document 15   Entered on FLSD Docket 07/09/2003   Page 325 of 643

XTRACard Corp.
VALUE OF A CONTROL OWNERSHIP POSITION                                                    PAGE 29

1.       The table is based on the comparison of the acquisition prices of the Common Stock to their market prices before the announcement of the respective transactions.

2.       The IRS's valuator may add a premium in the 35 to 40% range, while the taxpayer's valuator reduces these premiums, often by half, because these premiums incorporate synergy.

In our review of transactions listed in Mergerstat/Shannon Pratt's Control Premium Study for the SIC codes 8011, 8062, 8069 and 8093 **Control Premiums for relevant transactions which took place in the period 1998 to 2002 were in the range of 5.3% to 141.2%.**

### 7.8.3  M&A: A Market for Whole Companies

The M&A market is a market for whole companies The principal buyers and sellers are controlling stockholders, corporations, and LBO houses. The market is not liquid; as a result, individual investment horizons tend to be longer. Risk tolerances in the short term tend to be lower than in a liquid market. Transactions are financed using long-term debt from banks, insurance companies, mezzanine funds, equity of large corporations, and private equity funds. M&A investors take an active role in managing their companies.

The relationship of the two markets is not linear. Linearity presupposes that acquisition premiums apply in all situations; and acquisition premiums are roughly the same amount generally or in each industry.

The relationship of the two markets is better shown as the two overlapping forms in *Figure 1*.



1.       The circle in the chart above is the M&A market. The box is the stock market (The sizes of the two are not proportionate.)

2.       If a potential acquirer believes that it can create sufficient added economic benefits, the acquisition value of the company will exceed its market value. The additional economic benefit can pay for the cost of the acquisition premium. These are the transactions reported in the Control Premium Study.

Most publicly traded companies were not taken over in a given year generally, for most companies there were no willing buyers available that believe they can create economic benefits large enough to justify payment of the premium required for the acquisition of these companies in view of other alternatives.

If there is no M&A market available to sell a company at a premium to its stock market value, then there is little or no acquisition premium much less a "theoretical" premium based on an average of acquisitions of dissimilar companies.

### 7.8.4  A Better Way to Calculate the Value of a Control Block

The problem with the old approaches is that they relied on averages and ignored the economic benefits available, if any, of the control block. A valid methodology for calculating the value of a control block should consider the following:

1.  The first step is to determine if the block of stock being valued has any **voting or other legal rights** that are not available to the other Common Stockholders of the corporation. (While these rights may seem to exist, they may be limited by other provisions of the Subject Company's articles of incorporation, by stockholders agreements, or by state law.)

2.  The next step is to evaluate the **powers of the block** in terms of what extra economic benefits it can provide to its owners in addition to those provided to other shareholders.[2]

3.  If the block **can cause sale** of the Company, the next step is to determine the company's value.

    a.  If there have been bonafide offers for the company, they my help establish the acquisition value of the company and the block.

    b.  The Comparable Company Method should be used to evaluate the potential IPO value of the block, which may be greater than its acquisition value.

        i.  It should be noted, however, that a complete IPO of the block might not be possible depending on the importance of the seller in the management of the company.

        ii.  In addition, consideration should be given as to whether the IPO market would be open to the Subject Company.

    c.  If there has been a number of current or pending acquisitions of similar companies in the industry, the Comparable Acquisitions Method should be used to establish the demand for similar companies and the acquisition multiples of those transactions that have taken place.

        i.  If no transactions have taken place in the industry, are they any willing buyers willing to pay a premium?

---

[2] See Gilbert E. Matthews' *Comments on the Reversal of Simplot, Shannon Pratt's Business Valuation Update, July 2001, p. 1.*

    ii.    If no acquisition transactions can be identified, then there may be no acquisition market for the company on a going-concern basis.

    iii.    If the acquisition multiples of the completed transactions are in the same range as the public company multiples, then the acquisition value of the company may be equal to its public company value.

    d.    The Discounted Cash Flow Method should be used to establish the value of the Subject Company's projected cash flows on a stand-alone basis, without any synergies under the current or expected management of the company. The discounted cash flow value of a company calculated in this case is normally its Enterprise Value.

    e.    The calculated discounted cash flow value should then be compared to the indicated values for the company based on the Comparable Acquisition Method.

    i.    If the indicated values from the two approaches coincide, this helps to confirm the acquisition value of the Subject Company excluding synergy.

    ii.    If the indicated values from the acquisition approach are higher than those indicated by the discounted cash flow approach and the acquisition data is not conclusive, then more weight should be given to the discounted cash flow value, as it does not include synergy.

4.    Once the acquisition value of the company is established, a percentage based on the control block's rights and privileges can be allocated to it and the remainder of the acquisition value can be allocated on a pro rata basis.

**Business Valuation *Resources,*** LLC has performed analysis of the data in the *Mergerstat/Shannon Pratt's Control Premium Study*[TM] relating to the valuation multiples. The TIC/EBITDA multiple was focused upon.

Total Invested Capital ("TIC") is defined as the "target company's implied total invested capital based on the sum of implied market value of equity plus the face value of total interest bearing debt and the book value of preferred stock outstanding prior to the announcement date." EBITDA is the "target company's earnings before interest, taxes, depreciation and amortization based on the latest reported 12-month period ("LTM") prior to the transaction's announcement date. "

*Table 3* shows quarterly summary statistics for only domestic transactions. From left to right, the columns in this table read: Quarter, Number of Deals (including those with discounts and negative multiples), Median Control Premium (excluding negative premiums [discounts]), Median Control Premium (including negative premiums [discounts]) and Median TIC/EBITDA (excluding those with deficit EBITDA). It is important to note that the Number of Deals most likely does not directly relate to the quantity used in the median calculations for the control premium (excluding discounts) and the TIC/EBITDA.

XTRACard Corp.
VALUE OF A CONTROL OWNERSHIP POSITION

PAGE 32

| Quarter | Number of Deals[1] | Median Control Premium (Excludes Discounts) | Median Control Premium (Includes Discounts) | Median TIC/EBITDA[2] |
|---|---|---|---|---|
| 1Q98 | 75 | 33% | 29% | 15.1 |
| 2Q98 | 59 | 31% | 27% | 10.1 |
| 3Q98 | 58 | 17% | 11% | 12.3 |
| 4Q98 | 105 | 31% | 16% | 11.5 |
| 1Q99 | 109 | 33% | 29% | 11 |
| 2Q99 | 115 | 36% | 29% | 10.4 |
| 3Q99 | 141 | 32% | 30% | 10.2 |
| 4Q99 | 168 | 32% | 228% | 11.1 |
| 1Q00 | 103 | 34% | 32% | 13 |
| 2Q00 | 139 | 43% | 29% | 10.8 |
| 3Q00 | 137 | 42% | 37% | 11.2 |
| 4Q00 | 148 | 45% | 32% | 9.2 |
| 1Q01 | 121 | 35% | 26% | 8.8 |
| 2Q01 | 107 | 51% | 38% | 8.9 |

**TABLE 3:** QUARTERLY SUMMARY STATISTICS FROM THE *MERGERSTAT/SHANNON PRATT'S CONTROL PREMIUM STUDY*[TM] – ONLY DOMESTIC TRANSACTIONS

[1] Includes those with discounts and negative multiples.
[2] Excludes those with deficit EBITDA

In addition to the TIC/EBITDA multiple, the *Mergerstat/Shannon Pratt's Control Premium Study*[TM] also contains detailed information on the control premium. *Figure 2* shows a chart of the 12-month and 3-month median control premiums for all transactions (domestic and foreign), excluding negative premiums, by quarter.

XTRACard Corp.
VALUE OF A CONTROL OWNERSHIP POSITION

PAGE 33



Mergerstat Control Premium Study Comparative Results

□ 12-Month Median   ■ 3-Month Median

| | 2Q98 | 3Q98 | 4Q98 | 1Q99 | 2Q99 | 3Q99 | 4Q99 | 1Q00 | 2Q00 | 3Q00 | 4Q00 | 1Q01 | 2Q01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| □ 12-Month Median | 31 | 28 | 29 | 29 | 30 | 32 | 32 | 33 | 34 | 36 | 37 | 37 | 38 |
| ■ 3-Month Median | 30 | 19 | 33 | 33 | 33 | 31 | 34 | 36 | 38 | 38 | 36 | 37 | 42 |
| Transactions | 79 | 93 | 141 | 138 | 150 | 176 | 214 | 165 | 269 | 244 | 247 | 228 | 203 |

*Figure 2*

Some observations on *Table 3* and *Figure 2* include:

- Median domestic quarterly control premiums (excluding discounts) increased dramatically in 2Q2000 and have stayed in the 40 to 50% range since 2Q2000 (except 1Q2001), with a value of 51% in 2Q2001.

**Based upon this analysis, it is our Opinion that a premium for control of 40% should be applied to the XTRD shares at the Valuation Date.**

Case 9:03-cv-80612-KAM   Document 15   Entered on FLSD Docket 07/09/2003   Page 330 of 643

### 7.8.5 Blockage

**Should a Blockage Discount Apply?**

While most business valuations focus on privately held companies due to the inherent uncertainty in their value, certain valuation topics also arise frequently with regard to publicly traded companies. One common problem that arises is how to price very large blocks of shares of stock that were never actually sold, but must be valued in the context of a gift, an estate, or some other type of "hypothetical construct" manner. This issue can be fairly complicated because (a) it would be difficult to unload such a large block of shares on the market immediately (or in a short period of time); (b) the block of stock may be large enough to constitute a control interest for its owner; and (c) the block may be large enough to give its owner significant voting power, if not control.

Common practice in the valuation Profession is to assign a "blockage discount" to blocks of publicly traded stock that would likely take a long time period to sell on the market, given the stock's typical sales volume. There is clearly some rationale in this logic in that if a large block needed to be disposed of immediately (or relatively quickly), it would have to be sold at a discount. Such results could be relatively far reaching in that a block of stock need only be large enough to incrementally affect the stock market of that day (time period) for a large block issue to exist. Common practice, however, does not involve applying a blockage discount unless "... the size of the block might represent several weeks or more of normal trading."[3] As described in more detail below, this is partially explained by judicial rulings, which focus on a "reasonable time" period to dispose of the stock.[4] As such, a common practice is to take **a 5-15 percent blockage discount** off of blocks of publicly traded stocks that are 10 or more times the size of the stock's typical daily volume.

While the common practice described above focuses on *the difficulty to sell a large block*, it is also important to consider *the difficulty in purchasing a large block*. In the context of most valuations involving a potential blockage discount (including estate and gift taxes), the value standard is the price to which a hypothetical willing buyer *and* a hypothetical willing Seller would agree. In this sense, the application of a blockage discount assumes that (a) a hypothetical willing seller exists, but that (b) a hypothetical willing buyer does not exist. That is, the blockage discount assumes the market to be as it was (i.e., its typical volume), with the exception of an additional seller with a large block of shares coming to the market.

The potential for a blockage discount, however, varies tremendously when the hypothetical construct changes to be in accord with the valuation standard – the existence of both a willing seller and a willing buyer. A willing buyer would have to pay *above* market price under the existing market conditions (i.e., no willing seller) to acquire a large block of shares under the existing market conditions. If, however, both hypothetical parties existed, negotiation would be possible across this trading range between the discounted and premium prices. As described in more detail below, the ultimate price would be a function of bargaining. Yet, as a general and theoretical rule, one would not typically expect to have a significant discount (or premium) from the market price.

---

[3] Pratt, Shannon- Reilly, Robert; and Schweihs, Robert, *Valuing a Business, Third Edition*, Irwin Professional Publishing, 1996, p. 324.

[4] For example, the valuation experts agreed to a blockage discount of over 10 percent in Edwin A. Gallun, 33 T.C.M. 1316 (1974).

XTRACard Corp.
VALUE OF A CONTROL OWNERSHIP POSITION

PAGE 35

This paper is divided into four sections. This first section provides an overview and executive summary of the paper. A literature review of papers that have addressed the blockage discount make up the second section. The third section explains with the help of an example why a blockage discount may not be the appropriate default when valuing large blocks. Concluding remarks with examples are provided in the fourth section.

Although the Internal Revenue Service has issued general guidelines for the allowance of a blockage discount, particularly in Sections 2031 (Estate Tax) and 2512 (Gift Tax) of the Federal Tax Regulations, more specific information on the application and computation of a blockage discount can be found in certain Tax Court decisions.[5] In general, such legal opinions suggest that the facts and circumstances of each case determine whether or not a blockage discount is warranted, with the burden of proof on the petitioner.

Articles by Moore, in *Trusts and Estates,* and Julius, in *Mercer Capital Value Added,* detail some of the considerations used by practitioners in the calculation of a blockage discount. These considerations include the number of shares in the subject block in comparison to the total number of outstanding shares; the number of shares in the subject block in comparison to the trading volume of the total outstanding shares; the volatility of the stock price; the effect on the stock price given certain daily volume increases, and the length of time necessary to liquidate the subject block; the exchange on which the stock is traded; the trend of the stock price in comparison to the market as a whole; relevant company news or other information that may have had an effect on the price; and/or other large block trades of the stock.

Estabrook, in a chapter *of Handbook of Advanced Business Valuation,* concluded that, if it were most reasonable to sell the subject block of stock through a secondary distribution, special offering, exchange distribution, or private placement, the blockage discount would be a function of "the difference between (1) the hypothetical sales price and (2) the actual trading price on the date of the valuation."[6] If, however, it was most reasonable to sell the subject block in smaller lots over a period of time, the blockage discount would be based on "the net present value of the cash flow proceeds based on the various sale dates."[7]

A presentation by Frazier to the Valuation Study Group outlined another methodology by which to estimate a blockage discount, based on a determination of "price pressure" and "market exposure." Price pressure is generally defined as the effect that a large block sale has on the stock price. It is measured by considering, among other items, the factors cited previously. Market exposure is defined as "the cost associated with bearing the risk of holding a position in the marketplace without the ability to close the position, for a specified period of time."[8] It is quantified by "calculating the cost of buying a put option on the subject company shares (1) at a strike price equal to the traded sales price at the valuation date (date of death or gift),

---

[5]See, for instance, *Helvering v. Safe Deposit and Trust Company of Baltimore,* 35 BTA259,263 (1937); *Bull v. Smith,* 119 F.2d490 (CA-2,1941); *L.C. Phipps v. Commissioner,* 127 F.2d 214 (10th Cir., 1942); *Estate of Kopperman v. Commissioner,* T.C. Memo 1978-475 (1978); *Estate of Sawade v. Commissioner,* T.C. Memo 1984-626 (1984); *Estate of Dorothy B. Foote v. Commissioner,* T.C. Memo 1999-37 (1999).

[6]Reilly, Robert and Schweihs, Robert, *Handbook of Advanced Business Valuation,* McGraw-Hill, 1999, p. 146.

[7]Ibid.

[8]Ibid., p. 148.

(2) exercisable in the number of days determined under the different trading period scenarios, (3) based on the results of the analyst's due diligence. "[9]

Wills (1999) focuses the synergy analysis to technology purchased through acquisitions. His principal point on this topic is that such acquisitions occur precisely because the purchaser will derive more value from the technology than the seller. As such, the seller will be able to receive a premium over its own-use technology value, but not necessarily the full value that the technology is worth to the buyer.

**In the instance of a control position in XTRD at the Valuation Date, a discount for blockage of 5% should be applied. We selected this discount percentage since a knowledgeable seller would not sell the whole block but place the block as a private placement transaction to yield a higher value, or full value for the ownership position.**

## 7.9  SUMMARY OF CONTROL PREMIUM AND BLOCKAGE DISCOUNT CONCLUSION

Based on the summarized research above, and our conclusions as set out above, we have concluded the following:

| | |
|---|---|
| **Control Block Premium** | **40%** |
| **Blockage** | **5%** |

The Control Block Premium was applied since Lancer Offshore beneficially owns 68.7% of the outstanding shares of XTRD and thus, controls the Company. The Lack of Marketability Discount is applied since the control block represents such a large percentage of the total ownership of XTRD and the underlying shares are not free-trading. A Blockage Discount was applied since if the control shareholder tried to sell their shares into the public market, assuming they were free-trading they would potentially dramatically reduce the trading price of the Company's public shares. Due to the limited market and low trading volumes of XTRD shares, it would be impractical to sell the control shares on the open market and therefore we selected a 5% discount as a reasonable reduction for this risk factor, recognizing that a prudent control shareholder would sell their complete position in a block trade.

---

[9] Ibid.

## 8.0  DETERMINATION OF VALUE

In determining the final Business Enterprise Value ("BEV") of the Company, we analyzed the results of the various approaches to value. To arrive at the final BEV we add to our Value Conclusion any preferred equity and long-term and short-term debt at the Valuation Dates and subtract cash and cash equivalents. The rationale is that, in buying a business, its current owners, the shareholders, and its creditors must be repaid. These costs become obligations of a prospective purchaser. The Company's cash, on the other hand, is a liquid asset than can be used at the prospective purchaser's discretion.

Set out below is a summary of the findings of the various approaches to value which we have examined to determine the value of the Voting Common Shares of XTRD at **December 31, 2002**:

|  | Value | Weighting | Total |
|---|---|---|---|
| I. MARKET |  |  |  |
| Publicly Traded Guideline Companies: |  |  |  |
| Book Value | $4,432,223 | 0.100 | $443,222 |
| Price/Earnings | N/A | N/A | 0 |
| TIC/Cash Flow | N/A | N/A | 0 |
| TIC/Sales | $609,628 | 0.125 | 76,204 |
| Prior Transactions | N/A | N/A | 0 |
| Mergers & Acquisitions | $2,586,000 | 0.125 | 323,250 |
|  |  |  |  |
| II. ASSET |  |  |  |
| Net Book Value | $1,641,564 | 0.125 | 205,196 |
| Net Tangible Book Value | N/A | N/A | 0 |
|  |  |  |  |
| III. INCOME |  |  |  |
| Capitalized Returns | N/A | N/A | 0 |
| Discounted Cash Flow | $184,798,421 | 0.525 | 97,019,171 |
|  |  | 100.0% | 98,067,043 |
| Add: Short-term and long-term debt |  |  | 0 |
| Less: Cash and cash equivalents |  |  | 519,975 |
|  |  |  |  |
| Total Value |  |  | $97,547,068 |

Based upon the foregoing, and the various factors and assumptions considered necessary to the development of our valuation conclusion, in our Opinion the fair market value of the all of the Common Shares of the Company at the Valuation Dates is as set out below, assuming the forecasts we have been provided are reasonable, as previously explained herein. Without the positive future outlook for the Company, the value at the Valuation Date would be significantly lower. Having performed the analysis above, it is our Opinion the control block should receive a Control Premium of **40%** and a Blockage Discount of **5%**.

This results in the following:

|  | Total Value | Control (68.70%)[1] | Value/Share |
|---|---|---|---|
| Value of XTRD | $97,547,068 | $67,014,836 | $1.0559 |
| Add: | | | |
| Control Premium 40% | | 26,805,934 | .4223 |
| Less: | | | |
| Blockage 5% | | 3,350,742 | .0528 |
| Control Interest Value | | $90,470,028 | $1.4254 |

[1] - 
| Lancer Offshore, Inc. | 42,539,872 |
|---|---|
| Lancer Partners LP | 20,928,694 |
| Total Lancer common shares | 63,468,566 |
| Total shares outstanding | 92,385,550 |
| % Ownership | 68.70% |

Yours very truly,

George Levie, CPA/ABV

Case 9:03-cv-80612-KAM   Document 15   Entered on FLSD Docket 07/09/2003   Page 335 of 643

XTRACard Corp.
VALUE OF A CONTROL OWNERSHIP POSITION                                                    PAGE 39

XTRACard Corp.

ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal incorporated the following assumptions and limiting conditions:

1.  This appraisal was made, and this letter has been prepared, for the purposes stated in the letter section, "RESTRICTION AND DISCLAIMER". Neither the letter nor the information that it contains should be used for any other purpose, and they are invalid if so used.

2.  This appraisal is based upon information obtained from sources that, with exceptions as noted herein, the appraiser believes to be reliable. However, the appraiser has not had the opportunity to confirm the validity of all information obtained. This includes technical information, competition analysis, market size and penetration which were provided by the Company management.

3.  The appraiser assumes no responsibility for matters of a legal nature affecting the Company Common Shares appraised.

4.  The distribution of total value of the Common Shares applies only for the purposes of this appraisal, and the separate value estimates for the Common Shares should not be used for any other purpose, and are invalid if so used.

5.  Neither this appraisal nor any part of it shall be used in connection with any other appraisal.

6.  The appraiser, by reason of performing this appraisal and preparing this letter, is not to be required to give testimony, nor to be in attendance in court or at any governmental hearing, with reference to the matters herein, unless prior arrangements have been made with the appraiser relative to such additional employment.

7.  There were no significant undisclosed liabilities, contingent liabilities, contractual obligations, commitments or litigation pending or threatened except as disclosed in the Company's financial statements or reflected in my Appraisal Opinion Report.

8.  There were no material, unusual or non-recurring expense or revenue items during the five-year period prior to the Valuation Date other than those reflected in this Appraisal Opinion Report.

9.  There were no redundant assets which were not necessary for day-to-day operations other than those discussed in this Appraisal Opinion Report.

10. It is appropriate for me to use and rely upon the various information prepared by management as detailed in the scope section of this Appraisal Opinion Report.

11. The financial statements are accurate and can be relied on.

12. This Valuation has been performed based on a going concern for the Company, therefore assuming it will obtain sufficient capital to continue operations.

The Fair Market Value for any specific security changes from time-to-time as a result of possible changes in internal and external conditions affecting the Company's business and future prospects. It should be appreciated that in accordance with the terms of my engagement, this valuation determination relates to a specific point in time, December 31, 2002. For purposes of my Appraisal Opinion, my review has not taken into account transactions or events that have taken place subsequent thereto.

XTRA Card Corp.
APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

1.  That the statements and Opinions expressed in this Valuation Opinion Report are correct to the best of my knowledge and belief, subject to the assumptions and conditions stated and are my personal, unbiased professional analyses, opinions, and conclusions.

2.  That my engagement to perform this appraisal, and my compensation therefore, are independent of the value conclusion.

3.  That I have no present ownership interest in the Company appraised.

4.  That this appraisal has been performed in accordance with the Code of Ethics of The American Society of Appraisers my analyses, opinions, and conclusions were developed, and this Report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

5.  That it is my Opinion as stated in this Valuation Opinion Report and no one provided significant professional assistance to the person signing this Valuation Opinion Report.


_____
George R. Levie, CPA/ABV

# GEORGE R. LEVIE, CPA/ABV

### PROFESSIONAL QUALIFICATIONS

**PRESENT POSITION:** Self-employed as a Certified Public Accountant in Plantation, Florida. Practice provides services in the areas of accounting, income tax planning and preparation, business valuation, and litigation support services.

**EDUCATION:** Masters in Business Administration – 1965
Northwestern University
Chicago, Illinois

Bachelor in Business Administration – 1964 (with honors)
Emory University
Atlanta, Georgia

**PROFESSIONAL DESIGNATIONS:** Certified Public Accountant
Florida – 1965
New York - 1974

Accredited in Business Valuation, The American Institute of Certified Public Accountants, February, 2000

**PROFESSIONAL SOCITIES:** American Institute of Certified Public Accountants (AICPA)

Florida Institute of Certified Public Accountants (FICPA)

**PROFESSIONAL EXPERIENCE:** Valuation & Litigation Services Section Committee member of the Florida Institute of CPA's (2001)

Lecturer at FICA seminar on Prospective Financial Information (1984)

Co-presenter with attorney at mock trial for business valuation seminar for Florida Bar (1989)

Chairman of University of Miami Accounting and Auditing Conference (1985)

Adjunct instructor in accounting, auditing and income tax at The University of Miami School of Business Administration (1977-1979)

Adjunct instructor in accounting at Florida International University (1980)

Member of the Task Force Committee of the AICPA on Projections and Forecasts (1981- 1983)

Lecturer on Personal Financial Statements at University of Miami Accounting Conference (1990)

GEORGE R. LEVIE. CPA/ABV
PROFESSIONAL EXPERIENCE (continued)

                           Lecturer on <u>Personal Financial Statements</u> at Florida Accounting Show (1997)

                           Lecturer on <u>Personal Financial Statements</u> at Gold Coast Chapter of FCPA (1997)

                           Guest Lecturer on <u>Role of CPA in Family Law</u> at Barry University May 10, 2001

                           Lecturer on <u>Forensic Accounting in Divorce</u> at 7th Annual Palm Beach

                           County Accounting & Auditing Seminar sponsored by Alpha Kappa Psi Professional Business Fraternity (June 8, 2001)

| | |
|---|---|
| EXPERT TESTIMONY: | Qualified as an expert and provided testimony in Dade, Broward, Lee and Palm Beach County Circuit Court in numerous litigation matters |
| AUTHORSHIPS: | Co-author of <u>Tax Aspects of Divorce and Separation</u>, a continuing professional education courses for the AICPA |
| | Co-author of <u>Going Concern Problems</u> for the Practitioner Forum for the <u>Journal of Accountancy</u> |
| | Co-author of <u>How to Build A Profitable Estate Planning Practice</u>, a continuing professional education course for the AICPA. |
| | Author of <u>Divorce Checklist</u> for the Marital Strategist and for the Practitioner Forum for the <u>Journal of Accountancy</u> |
| | Author of <u>Discounted Mortgages</u> for <u>Pension World</u> magazine |
| | Author of <u>Pre-Nuptial Agreements for Partnerships</u> for the <u>Sun-Sentinel</u> (1998) |
| | Author of <u>A Guide to Business Valuation for Mergers and Acquisition Candidates</u> for the <u>Daily Business Review</u> (April 2, 2001) |
| COMMUNITY SERVICE: | Lay member of the Florida Bar Grievance Committee 11(B) (1990 – 1993) |
| | Past Treasurer of Temple Beth Am, Miami, Florida |
| | Past Treasurer of Temple Dor Dorim, Weston, Florida |

**APPENDIX I**

**XTRACARD CORP.**

**XTRACARD EXECUTIVE SUMMARY**

**APPENDIX II**

**INDUSTRY AND ECONOMIC DATA**

APPENDIX III

PUBLIC MARKET DATA

**APPENDIX IV**

**HISTORICAL FINANCIAL STATEMENTS FOR THE
TWO YEARS ENDED DECEMBER 31, 2002**

**FORECAST FOR THE
FIVE YEARS ENDED DECEMBER 31, 2007**

**TABLE OF CONTENTS**

1.0 INTRODUCTION ................................................................................................................ 1
    1.1 Fair Market Value ...................................................................................................... 1

2.0 SUMMARY ...................................................................................................................... 1

3.0 RESTRICTION AND DISCLAIMER ................................................................................ 2

4.0 UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE ...................... 2

5.0 SCOPE OF REVIEW ...................................................................................................... 2

6.0 BACKGROUND ............................................................................................................... 3
    6.1 Business Description ................................................................................................... 3
    6.2 Management and Employees ....................................................................................... 4
    6.3 Financial Summary ..................................................................................................... 5

7.0 VALUATION APPROACH .............................................................................................. 7
    7.1 Fair Market Value ...................................................................................................... 7
    7.2 Valuation Principles ................................................................................................... 7
    7.3 Market Approach ...................................................................................................... 10
        7.3.1 Publicly Traded Guideline Companies .................................................. 10
        7.3.2 Selection of Guideline Comparable Companies .................................... 10
        7.3.3 Comparable Analysis Summary ............................................................ 12
    7.4 Asset Approach ........................................................................................................ 15
        7.4.1 Net Tangible Book Value Methodology ............................................... 15
        7.4.2 Net Tangible Book Value Methodology ............................................... 15
    7.5 The Income Approach ............................................................................................... 16
        7.5.1 Selection of Appropriate Capitalization and Discount Rates ................ 16
    7.6 *Discounted Cash Flow Analysis* ............................................................................. 18
    7.7 CONTROL VALUE RELATIONSHIP ..................................................................... 20
        7.7.1 Prerogatives of Control ......................................................................... 20
            7.7.1.1 Factors Affecting Degree of Control ...................................... 22
    7.8 CONTROL PREMIUMS .......................................................................................... 26
        7.8.1 Premium and Discount Rules of Thumb ............................................... 28
        7.8.2 Measurement of the Applicable Premium ............................................. 28
        7.8.3 M&A: A Market for Whole Companies ................................................. 29
        7.8.4 A Better Way to Calculate the Value of a Control Block ...................... 30
        7.8.5 Blockage ................................................................................................ 34
    7.9 Summary of Control Premium and Blockage Discount Conclusion ......................... 36

ASSUMPTIONS AND LIMITING CONDITIONS ................................................................ 39
APPRAISER'S CERTIFICATION ......................................................................................... 40
APPENDIX I:       XTRACARD CORP.EXECUTIVE SUMMARY
APPENDIX II:      INDUSTRY AND ECONOMIC DATA
APPENDIX III:     PUBLIC MARKET DATA
APPENDIX IV:     HISTORICAL FINANCIAL STATEMENTS FOR THE
                       TWO YEARS ENDED DECEMBER 31, 2002

# Value of a Control Ownership Position in XTRACard Corp. at December 31, 2002

# Report Date:  May 23, 2003

Report by:

## GEORGE R. LEVIE, CPA/ABV

8211 West Broward Boulevard
Suite 300
Plantation, Florida 33324

TEL (954) 473-4512
FAX (954) 474-7699
E-mail:grlcpaabv@aol.com

# M E M O R A N D U M

## October 21, 2002

## Value of a Control Ownership Position in Nu-D-Zine, Inc. at December 31, 2001 and September 30, 2002



# TABLE OF CONTENTS

1.0 INTRODUCTION ........................................................................................................... 1
    1.1 Fair Market Value ...................................................................................................... 1

2.0 SUMMARY .................................................................................................................... 1

3.0 SCOPE OF REVIEW ...................................................................................................... 1

4.0 BACKGROUND ............................................................................................................. 2
    4.1 Business Description .................................................................................................. 2
    4.2 Aspects of a "Public" Company ................................................................................ 2
    4.3 Comparison with Initial Public Offering ................................................................... 3
    4.4 Potential Target Companies ....................................................................................... 3
    4.5 General Business Plan ............................................................................................... 4
    4.6 Terms of a Business Combination or Acquisition ..................................................... 5
    4.7 Undertakings and Understandings Required of Target Companies ........................... 5
    4.8 Competition ............................................................................................................... 6

5.0 VALUATION APPROACH ............................................................................................ 7
    5.1 Fair Market Value ...................................................................................................... 7
    5.2 Valuation Principles .................................................................................................. 7
    5.3 Capitalization Rates/Discount Rates ......................................................................... 7
    5.4 General Economic Conditions ................................................................................... 8
        5.4.1 Rates of Return ................................................................................................. 8
    5.5 The Earnings Approach ............................................................................................. 16
    5.6 Discounted Cash Flow Analysis ............................................................................... 17
    5.7 Public Stock Market Comparisons to NUDZ ........................................................... 20
        5.7.1 Control Premiums ............................................................................................. 20
            5.7.1.1 Premium and Discount Rules of Thumb ............................................... 22
            5.7.1.2 Measurement of the Applicable Premium ............................................. 22
            5.7.1.3 M&A: A Market for Whole Companies ................................................. 23
            5.7.1.4 A Better Way to Calculate the Value of a Control Block ...................... 24
        5.7.2 Blockage ........................................................................................................... 28

6.0 DETERMINATION OF VALUE ................................................................................... 31

APPENDIX I:          • NU-D-ZINE, INC. - FORECASTS
                      • XTRACARD BUSINESS OVERVIEW
                      • PROPOSED AGREEMENT AND PLAN OF MERGER BETWEEN
                        NU-D-ZINE AND XTRACARD

APPENDIX II:        INDUSTRY AND ECONOMIC DATA

APPENDIX III:       PUBLIC MARKET DATA

APPENDIX IV:       HISTORICAL FINANCIAL STATEMENTS FOR
                         NU-D-ZINE, INC. FOR THE
                         TWO YEARS ENDED DECEMBER 31, 2001

# M E M O R A N D U M

### October 21, 2002

### Re: Value of a Control Ownership Position
### in Nu-D-Zine, Inc. at December 31, 2001 and September 30, 2002

## 1.0 INTRODUCTION

This Memorandum provides a Valuation of a control ownership position in Nu-D-Zine, Inc. ("NUDZ" or the "Company") as at December 31, 2001 and September 30, 2002 (the "Valuation Dates").

## 1.1 Fair Market Value

For the purposes herein, fair market value is based on the definition prescribed under Internal Revenue Service ("IRS") Revenue Ruling 59-60, as follows:

> *The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of all relevant facts.*

## 2.0 SUMMARY

According to the information and documents reviewed and the explanations and forecasts included herein, the assumptions on NUDZ's business at the Valuation Dates, and the other assumptions set out below, the value of a control ownership position in NUDZ at the Valuation Dates was approximately **$3.11 /share** at December 31, 2001 and **$3.78/share** at September 30, 2002.

## 3.0 SCOPE OF REVIEW

The scope of this analysis included discussions, reliance and review of the following:

a)   Certain descriptive literature prepared by NUDZ was reviewed, including a forecast for NUDZ prepared by Company management, included in Appendix I.  Also included in Appendix I is the Business Overview for XtraCard Services, Inc. (F/K/A 1ˢᵗ in Health, Inc.) ("XtraCard") and the proposed Agreement and Plan of Merger between NUDZ and XtraCard.

b)   Assumptions on NUDZ's business and market position and its outlook, as relayed by Company management at the Valuation Dates;

c)   Relevant external and internal public information including economic, investment, industry, public market data as a background against which to assess findings specific to the business were considered, and included in Appendices II and III;

d)   Major contracts both existing and anticipated in the very near future for NUDZ were discussed with management, including any features or factors that may have an influence on value;

e)   The financial information and financial statements of NUDZ were reviewed for the two (2) years ended December 31, 2001 and the nine months ended September 30, 2002, included in Appendix IV; and,

f)   Reviewed valuation literature relating to blockage discounts and control premiums.

## 4.0  BACKGROUND

### 4.1  Business Description

Nu-D-Zine Bedding & Bath, Inc. was incorporated on March 12, 1993 under the laws of the State of Florida and on December 27, 2000 effectuated a name change to Nu-D-Zine, Inc. ("NUDZ") to engage in any lawful corporate undertaking, including, but not limited to, selected mergers and acquisitions. NUDZ's business strategy is to locate and negotiate with a business entity for the combination of that target company with NUDZ. The combination will normally take the form of a merger, stock-for-stock exchange or stock-for-assets exchange. The Company has identified XtraCard as a potential merger candidate. XtraCard's Business Plan is included in Appendix I of this Memorandum. NUDZ has entered formal discussions to merge with XtraCard. NUDZ management has provided a forecast of results based upon acquiring XtraCard.

NUDZ has been positioned to provide a method for a foreign or domestic private company to become a public company with a class of securities registered under the Securities Exchange Act of 1934, as amended ("the Exchange Act"), and has total assets of approximately $1.8 million and $3.0 million at the respective Valuation Dates and the ability to expand its capital base to approximately $5.35 million upon the exercise of the Company's outstanding warrants. To consummate the merger, each and every outstanding XtraCard share will be exhanged for NUDZ shares. The shareholders of XtraCard will receive the equivalent of 30% of the issued and outstanding shares of NUDZ on a non-diluted basis.

### 4.2  Aspects of a "Public" Company

There are certain perceived benefits to being a public company. These are commonly thought to include the following:

* increased visibility in the financial community;
* provision of information required under Rule 144 for trading of eligible securities;
* compliance with a requirement for admission to quotation on the NASD:OTC Bulletin Board or on the Nasdaq SmallCap Market;
* the facilitation of borrowing from financial institutions;
* improved trading efficiency;
* shareholder liquidity;
* greater ease in subsequently raising capital;
* compensation of key employees through stock options for which there may be a market valuation; and,
* enhanced corporate image.

There are also certain perceived disadvantages to being a public company. These are commonly thought to include the following:

* requirement for audited financial statements;
* required publication of corporate information;

* required filings of periodic and episodic reports with the Securities and Exchange Commission;
* increased rules and regulations governing management, corporate activities and shareholder relations; and,
* additional costs related to the above.

## 4.3  Comparison with Initial Public Offering

Certain private companies may find a business combination more attractive than an initial public offering of their securities.

Reasons for this may include the following:

* inability to obtain an underwriter;
* possible larger costs, fees and expenses of a public offering;
* possible delays in the public offering process; and,
* greater dilution of outstanding securities.

Certain private companies may find a business combination less attractive than an initial public offering of their securities.

Reasons for this may include the following:

* no investment capital raised through a business combination; and,
* no underwriter support of after-market Trading.

NUDZ has positioned itself to be attractive to private companies for sale or seeking financing, since it is presently publicly traded, has approximately $536,000 and $1,045,000 of cash at the respective Valuation Dates, and could have an additional approximately $5.35 million upon the exercise of the outstanding Company warrants.

## 4.4  Potential Target Companies

A business entity, if any, which may be interested in a business combination with NUDZ may include the following:

* a company for which a primary purpose of becoming public is the use of its securities for the acquisition of assets or businesses;

* a company which is unable to find an underwriter of its securities or is unable to find an underwriter of securities on terms acceptable to it;

* a company which wishes to become public with less dilution of its common stock than would occur upon an underwriting;

* a company which believes that it will be able to obtain investment capital on more favorable terms after it has become public;

* a foreign company which may wish an initial entry  into the United States securities market;

* a special situation company, such as a company seeking a public market to satisfy redemption requirements under a qualified Employee Stock Option Plan; and,

* a company seeking one or more of the other perceived benefits of becoming a public company.

A business combination with a target company will normally involve the transfer to the target company of the majority of the issued and outstanding common stock of NUDZ and the substitution by the target company of its own management and selected members of the board of directors. Alternatively, NUDZ may use its cash to acquire outright an operating business with significant upside potential.

## 4.5 General Business Plan

The purpose of NUDZ is to seek, investigate and, if such investigation warrants, acquire an interest or control of a business entity which desires to seek the perceived advantages of being publicly traded. NUDZ will not restrict its search to any specific business, industry, or geographical location and NUDZ may participate in a business venture of virtually any kind or nature.

NUDZ may seek a business opportunity with entities which have recently commenced operations, or which wish to utilize the public marketplace in order to raise additional capital in order to expand into new products or markets, to develop a new product or service, or for other corporate purposes.

NUDZ anticipates that the selection of a business opportunity in which to participate will be complex and extremely risky. Business opportunities may be available in many different industries and at various stages of development, all of which will make the task of comparative investigation and analysis of such business opportunities difficult and complex.

NUDZ has, and will continue to have, available capital with which to provide the owners of business entities. NUDZ may offer owners of acquisition candidates the opportunity to acquire a controlling ownership interest in a public company without the time required to become a public company by other means.

The analysis of new business opportunities will be undertaken by, or under the supervision of, the officers and directors of NUDZ. In analyzing prospective business opportunities, NUDZ may consider such matters as the available technical, financial and managerial resources; working capital and other financial requirements; history of operations, if any; prospects for the future; nature of present and expected competition; the quality and experience of management services which may be available and the depth of that management; the potential for further research, development, or exploration; specific risk factors not now foreseeable but which then may be anticipated to impact the proposed activities of NUDZ; the potential for growth or expansion; the potential for profit; the perceived public recognition or acceptance of products, services, or trades; name identification; and other relevant factors.

NUDZ intends to acquire or merge with a company for which audited financial statements are available or for which it believes audited financial statements can be obtained within the required period of time. NUDZ may reserve the right in the documents for the business combination to void the transaction if the audited financial statements are not timely available or if the audited financial statements provided do not conform to the representations made by the target company.

NUDZ will not restrict its search for any specific kind of business entities, but may acquire a venture which is in its preliminary or development stage, which is already in operation, or in essentially any stage of its business life. It is impossible to predict at this time the status of any business in which NUDZ may become

engaged, whether such business may need to seek additional capital, may desire to have its shares publicly traded, or may seek other perceived advantages which NUDZ may offer.

Following a business combination or acquisition, NUDZ may benefit from the services of others in regard to accounting, legal services, underwritings and corporate public relations.

NUDZ has identified XtraCard as a merger candidate. XtraCard's Business Plan is included in Appendix I. XtraCard meets the Company's acquisition criteria and with the exercise of the Company's outstanding warrants, the Company would have an additional $5.35 million needed to grow the combined entity. The forecasts included in Appendix I reflect how NUDZ could perform with XtraCard, or a similar growth business, if it merged with NUDZ. The only additional shares to be issued to effectuate the XtraCard merger would be the 22.2 million Company Common Shares.

The Company management of NUDZ believes that even if XtraCard is not concluded, the Company has the resources and shareholders' support to be capitalized in a manner which would result in the forecasts in Appendix I being realized. The result could be achieved by an acquisition or merger as explained, or a business combination which required little or no cash from NUDZ, but still achieves the forecasted results.

### 4.6  Terms of a Business Combination or Acquisition

In implementing a structure for a particular business acquisition, NUDZ may become a party to a merger, acquisition, consolidation, reorganization, joint venture, licensing agreement or other arrangement with another corporation or entity.  On the consummation of a transaction, it is possible that the present management and shareholders of NUDZ will no longer be in control of NUDZ.  In addition, it is likely that the officer and director of NUDZ will, as part of the terms of the business combination, resign and be replaced by one or more new officers and directors.

It is anticipated that any securities issued in any such business combination would be issued in reliance upon exemption from registration under applicable federal and state securities laws.  In some circumstances, however, as a negotiated element of its transaction, NUDZ may agree to register all or a part of such securities immediately after the transaction is consummated or at specified times thereafter.  If such registration occurs, it will be undertaken by the surviving entity after NUDZ has entered into an agreement for a business combination or has consummated a business combination.

While the terms of a business transaction to which NUDZ may be a party cannot be predicted, it is expected that the parties to the business transaction will desire to avoid the creation of a taxable event and thereby structure the acquisition in a tax-free reorganization under Sections 351 or 368 of the Internal Revenue Code of 1986, as amended.

NUDZ will participate in a business combination or target company acquisition, only after the negotiation and execution of a definitive agreement. Although the terms of such agreements cannot be predicted, generally such agreements will require certain representations and warranties of the parties thereto, will specify certain events of default, will detail the terms of closing and the conditions which must be satisfied by the parties prior to and after such closing and will include miscellaneous other terms.

### 4.7  Undertakings and Understandings Required of Target Companies

As part of a business combination or acquisition agreement, NUDZ intends to obtain certain representations and warranties from a target company as to its conduct following the business combination or acquisition. Such representations and warranties may include (i) the agreement of the target company to make all necessary filings and to take all other steps necessary to remain a public company under the Exchange Act

for at least a specified period of time; (ii) imposing certain restrictions on the timing and amount of the issuance of additional free-trading stock, including stock registered on Form S-8 or issued pursuant to Regulation S and (iii) giving assurances of ongoing compliance with the Securities Act, the Exchange Act, the General Rules and Regulations of the Securities and Exchange Commission, and other applicable laws, rules and regulations.

A business combination or acquisition with NUDZ separates the process of becoming a public company from the raising of investment capital. As a result, a business combination with NUDZ normally will not be a beneficial transaction for a target company whose primary reason for becoming a public company is the immediate infusion of capital. NUDZ may require assurances from the target company that it has or that it has a reasonable belief that it will have sufficient sources of capital to continue operations following the business combination or NUDZ may be able to fund such need.

Prior to completion of a business combination or acquisition, NUDZ may require that it be provided with written materials regarding the target company containing such items as a description of products, services and company history; management resumes; financial information; available projections, with related assumptions upon which they are based; an explanation of proprietary products and services; evidence of existing patents, trademarks, or service marks, or rights thereto; present and proposed forms of compensation to management; a description of transactions between such company and its affiliates during relevant periods; a description of present and required facilities; an analysis of risks and competitive conditions; a financial plan of operation and estimated capital requirements; audited financial statements, or if they are not available, unaudited financial statements, together with reasonable assurances that audited financial statements would be able to be produced within a reasonable period of time not to exceed 75 days following completion of a business combination; and other information deemed relevant.

## 4.8  Competition

NUDZ will remain an insignificant participant among the firms which engage in the acquisition of business opportunities. There are many established venture capital and financial concerns which have significantly greater financial and personnel resources and technical expertise than NUDZ. In view of NUDZ's financial resources and ability to bring in additional financial resoureces, NUDZ will be at a significant competitive advantage compared to NUDZ's competitors.

## 5.0  VALUATION APPROACH

Having considered the generally accepted valuation methods and the particular attributes of the Company, in order to determine the value range of the controlling interest of the Common Shares of the Company it is necessary to analyze various methods of valuing Common Shares as discussed extensively in valuation literature.

This section outlines the concept of fair market value and identifies the criteria which have been applied in developing the Appraisal Opinion.

### 5.1  Fair Market Value

For the purposes herein, fair market value is defined based on the definition prescribed under Internal Revenue Service ("IRS") Revenue Ruling 59-60, as follows:

> *The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of all relevant facts.*

### 5.2  Valuation Principles

The fair market value of a going concern business is generally a function of the income and capital recovery returns that are expected in light of the risks associated with the realization of these future returns and the prospects for growth in the expected returns.  In most going-concern situations the worth of a business is expressed as a capital sum through the application of a capitalization factor or multiple to an estimate of current or expected future earnings or cash flows, or through application of a discount rate to expected future cash flows.

Asset values will constitute the prime determinant of corporate worth where operations have historically been unprofitable or earnings marginal in relation to invested capital.  In the case of a company which does not possess sufficient earnings potential to warrant treatment as a going-concern, assets are stated at their liquidation values.

Due to the Company's history of lack of profitability, combined with its positive future outlook as presented by management at the Valuation Dates, a discounted cash flow approach for the Company is an appropriate approach to value determination.  XtraCard was not profitable in 2001 but is expected to have a significant growth rate in the next few years, as reflected in the forecasts in Appendix I.  As a result, the discounted cash flow approach was considered the most appropriate approach to value determination.  Further, this analysis should be compared with other approaches to value to determine the appropriate valuation range for the Company.

### 5.3  Capitalization Rates/Discount Rates

Capitalization or discount rates are selected to provide the investor with a reasonable rate of return over the future period in light of assessed risk and opportunity, as well as prevailing economic conditions and available returns on comparable investments at the valuation dates.

In more specific terms, the selected capitalization rates to be applied to net after tax earnings of the Company must be judged adequate to provide compensation to a potential investor for:

A.    A pure risk-free rate of return as basic compensation for the time value of money;

B.    A risk premium as compensation for the uncertainties inherent in the futurity of the cash flow return from the business under consideration; and,

C.    A premium to allow for expected inflationary erosion of the real purchasing power of the capital to be invested.

However, in empirical terms the various elements of rate of return as outlined above are not directly observable and only composite indicators of required returns as may be negotiated between purchaser and vendor are seen. These rates of return are estimated by reference to interest yields, stock market yields and trading, returns on equity being realized by corporations, and open market transactions involving comparable companies. The selection of capitalization rates to be applied to the net after tax earnings of a given business takes place against both a general framework of economic and investment considerations at the valuation date and factors specific to the industry and business to be valued. Factors and conditions that must normally be assessed in arriving at an appropriate range of discount rates include:

A.    General economic conditions and outlook as they may be judged to affect levels of investors' confidence and rate of return expectations in the market in which the transaction is deemed to take place and in the markets in which the business operations are being conducted;

B.    Rates of return being required by investors as estimated by reference to interest yields, stock market trading and yields, returns on equity being realized by corporations, and open market transactions involving comparable companies; and,

C.    Specific factors related to the business and its industry as they relate to the overall risk and opportunity associated with the Company's earnings potential.

The outlook for the United States economy at the valuation dates, rate of return indicators, and specific factors related to the Company are discussed below.

## 5.4  General Economic Conditions

The state of the economy is important in that it has a direct bearing on the stability and growth of earnings and affects the level of investor confidence.

Appendix II includes information about the economy at the Valuation Dates.

With interest rates low, the economy recovering, and unemployment dropping the economic environment was turning positive at the Valuation Dates.

## 5.4.1  Rates of Return

General indicators of rate of return requirements or expectations prevailing during a particular time period may be obtained through consideration of data from both debt and equity capital markets and information as to returns which appear to be available to companies operating in the relevant economy and industry.

A.     Interest Yields

Investment statistics provide a useful indicator of return on investment expectations and
degree of investor confidence at the valuation date. Generally, indications of rate of return
requirements or expectations prevailing during particular time periods may be obtained
through consideration of data from both debt and equity capital markets and information as
to returns which appear to be available to companies operating in the relevant economic
sector and industry.

Interest yields on various categories of debt finance provide a basic background to
consideration of rates of return relevant to equity capital. Appendix II sets out the trend of
interest rates of various fixed income, and low risk securities as a background to selecting
appropriate capitalization rates.

B.     Stock Market and Transaction Activity

An indicator of changes in investor confidence regarding future prospects in the equity
markets is to a certain extent reflected in changes in the stock market prices. Earnings yields
prevalent in the stock market are an important source of information concerning investor
expectations.

Appendix III includes data on the general stock market as well as companies in similar
businesses to XtraCard. These companies are significantly larger than the Company, but do
provide a basis for determining value.

**5.4.2  Selection of Guideline Comparable Companies**

In order to select the appropriate multiples to be applied in this Valuation Report, we analyzed four principal
approaches:

1.     Reviewed companies in the Technology Sector;

2.     Reviewed companies in the Computer Services Industry (listed in Appendix III);

3.     Compared the results of numbers 1 and 2 above to the Company's historical results and to
       the S&P 500;

4.     Reviewed transactional data for companies' SIC codes similar to NUDZ; and,

5.     Selected a short list of "guideline" companies being the closest in comparability to NUDZ.

The results of the findings for numbers 1,2,and 3 above are set our later in this section. Transactional data
is included in Appendix III to this Report.

The first step in applying the market approach to valuing a Reporting Unit is to identify publicly traded
companies that are comparable. Analysts who regularly value companies in different industries have well-
defined methods for determining which companies are comparable to the subject company or Reporting Unit.
The procedure used to develop the group of public companies includes the following steps, which may or may
not be obvious depending on the situation:

Case 9:03-cv-80612-KAM   Document 15   Entered on FLSD Docket 07/09/2003   Page 356 of 643

VALUE OF A CONTROL OWNERSHIP                                              PAGE 10
POSITION IN NU-D-ZINE, INC.

- The industry or industries in which the Reporting Unit operates are identified;

- Various databases are searched for a group of companies in a line of business similar to that of the Reporting Unit;

- Detailed descriptions and business segment data for the potential guideline companies are reviewed to eliminate those with products or services that differ from the subject Reporting Unit;

- Companies whose stock is thinly traded are typically eliminated, as such companies' transactions data is less meaningful; and,

- The remaining companies are further analyzed in terms of operating, financial, geographical, industry, and/or market characteristics to insure that they are reasonable for inclusion in the guideline company group.

The last step in this process is the most subjective. A thorough understanding of the financial standing and the operating performance of the subject Reporting Unit is essential to establishing the parameters by which to screen guideline data. Screens should include revenue mix, market, products, size of company, revenue, margins, capital structure, and growth – both historical and estimated. While an optimal guideline group will contain numerous companies, the number of companies included will depend on the similarity to the Reporting Unit, trading activity, and the financial information available.

A perfect guideline company is identical to the Reporting Unit with regard to business type, capital structure, size, and primary market. It has similar management dynamics, has a stock that is widely traded, encounters the same risks and opportunities, and, importantly, has the same prospects for growth in the near term, immediate term, and long term. Because it is in essence a mirror image of the subject Reporting Unit, a perfect market comparable provides a whole range of meaningful valuation multiples which can be applied to reported and/or prospective operating results and provide a meaningful and defensible valuation. Of course, perfect guideline companies rarely exist, and finding an entire group of, say, five to eight perfect guideline companies is almost unheard of. As a result, it is often necessary to make some adjustment to the multiples derived from the group.

Once the group of guideline companies is identified, critical valuation data about each company should be assembled into a table. This table includes critical balance sheet and income statement data, trading information about the guideline companies, and, of course, an array of valuation multiples implied by public market pricing.

We have selected a number of companies we see comparable to NUDZ. Although none of the selected companies are "exact," they represent companies in the computer services business indicative of NUDZ.

To apply the market approach, we performed a computerized database search for guideline companies what could be considered "comparable" to NUDZ. This search revealed these companies:

FDC   =   First Data Corporation
HMSY  =   Health Management Systems
FISV  =   Fiserv, Inc.
NAP   =   National Processing, Inc.
EMED  =   Medcom USA, Inc.

*Set out on the following pages is a summary of the selected company analysis.*

| | Valuation | | | | | | | | | Dividends | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P/E (TTM) | P/E High - Last 5 yrs | P/E Low - Last 5 yrs | Beta | Price to Sales (TTM) | Price to Book (MRQ) | Price to Tangible Book (MRQ) | Price to Cash Flow (TTM) | Market Cap (millions) | Yield | Yield - 5 yr Avg | 5 yr Growth Rate | Payout Ratio (TTM) |
| FDC | 20.56 | 46.32 | 13.33 | 1.17 | 3.40 | 6.23 | NM | 15.60 | 23,910 | 0.26 | 0.20 | 4.24 | 2.60 |
| HMSY | NM | NA | NA | 1.05 | NM | 1.55 | 1.77 | NA | 73 | 0.00 | 0.00 | NM | 0.00 |
| FISV | 22.58 | 47.70 | 22.94 | 1.03 | 2.57 | 3.02 | 10.86 | 14.03 | 5,568 | 0.00 | 0.00 | NM | 0.00 |
| NAP | 11.47 | 39.70 | 14.72 | 0.71 | 1.41 | 1.53 | 2.22 | 8.47 | 615 | 0.00 | 0.00 | NM | 0.00 |
| EMED | NM | NA | NA | 0.00 | NM | NM | NM | NA | 2 | 0.00 | 0.00 | NM | 0.00 |
| TOTAL | 54.61 | 133.72 | 50.99 | 3.96 | 7.38 | 12.33 | 14.85 | 38.10 | 30,168 | 0.26 | 0.20 | 4.24 | 2.60 |
| AVG | 10.92 | 26.74 | 10.20 | 0.79 | 1.48 | 2.47 | 2.97 | 7.62 | 6,034 | 0.05 | 0.04 | 0.85 | 0.52 |
| MEDIAN | 20.56 | 46.32 | 14.72 | 1.03 | 2.57 | 2.29 | 2.22 | 14.03 | 615 | 0.00 | 0.00 | 4.24 | 0.00 |

FDC = First Data Corporation
HMSY = Health Management Systems

FISV = Fiserv, Inc.
NAP = National Processing, Inc.
EMED = Medcom USA, Inc.
NUDZ = Nu-D-Zine

| | Growth Rates (%) | | | | | Financial Strength | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sales (TTM) vs TTM 1 yr Ago | Sales - 5 yr Growth Rate | EPS (TTM) vs TTM 1 yr Ago | EPS - 5 yr growth Rate | Capital Spending - 5 yr Growth Rate | Quick Ratio (MRQ) | Current Ratio (MRQ) | LT Debt to Equity (MRQ) | Total Debt to Equity (MRQ) | Interest Coverage (TTM) |
| FDC | 9.89 | 5.49 | 46.85 | 9.97 | -11.42 | NM | NM | 0.78 | 0.78 | 12.53 |
| HMSY | NA | -8.08 | NA | NM | -10.72 | 3.45 | 3.62 | 0.00 | 0.00 | NM |
| FISV | 8.97 | 16.54 | 21.91 | 19.08 | 21.54 | NM | NM | 0.15 | 0.23 | NM |
| NAP | 3.79 | 4.84 | 32.41 | 8.33 | -10.69 | 4.03 | 4.17 | 0.00 | 0.00 | NM |
| EMED | NA | -26.83 | NA | NM | 81.60 | 0.05 | 0.09 | NM | NM | NM |
| TOTAL | 22.65 | -8.04 | 101.17 | 37.38 | 70.31 | 7.53 | 7.88 | 0.93 | 1.01 | 12.53 |
| AVG | 4.53 | -1.61 | 20.23 | 7.48 | 14.06 | 1.51 | 1.58 | 0.19 | 0.20 | 2.51 |
| MEDIAN | 8.97 | 4.84 | 32.41 | 9.97 | -10.69 | 3.45 | 3.62 | 0.08 | 0.12 | 12.53 |

| | Gross Margin (TTM) | Gross Margin - 5 yr Avg. | EBITD Margin (TTM) | EBITD - 5 yr Avg. | Pre-Tax Margin (TTM) | Pre-Tax Margin - 5 yr Avg. | Net Profit Margin (TTM) | Net Profit Margin - 5 yr Avg. | Effective Tax Rate - 5 yr Avg. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| FDC | 39.47 | 37.92 | 30.32 | 33.16 | 19.92 | 20.52 | 16.54 | 13.56 | 35.02 |
| HMSY | NM | 65.14 | NA | -10.53 | 0.00 | -9.18 | NM | -7.46 | 37.10 |
| FISV | 40.35 | 44.10 | 24.18 | 24.31 | 18.80 | 16.92 | 11.39 | 10.02 | 40.80 |
| NAP | 27.39 | 29.70 | 23.52 | 12.57 | 20.62 | 8.81 | 12.69 | 4.23 | 38.34 |
| EMED | NM | 53.94 | NA | -670.36 | 0.00 | NM | NM | NM | NM |
| | | | | | | | | | |
| TOTAL | 107.21 | 230.80 | 78.02 | -610.85 | 59.34 | 37.07 | 40.62 | 20.35 | 151.26 |
| | | | | | | | | | |
| AVG | 21.44 | 46.16 | 15.60 | -122.17 | 11.87 | 7.41 | 8.12 | 4.07 | 30.25 |
| | | | | | | | | | |
| MEDIAN | 39.47 | 44.10 | 24.18 | 12.57 | 18.80 | 12.87 | 12.69 | 7.13 | 37.72 |

Profitability Ratios (%)

| | Management Effectiveness (%) | | | | | | Efficiency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Return on Assets (TTM) | Return on Assets - 5 yr Avg. | Return on Invest (TTM) | Return on Invest - 5 yr Avg. | Return on Equity (TTM) | Return on Equity - 5 yr Avg. | Revenue/ Employee (TTM) | Net Income/ Employee (TTM) | Receivable Turnover (TTM) | Inventory Turnover (TTM) | Asset Turnover (TTM) |
| FDC | 5.40 | 4.47 | 18.10 | 13.73 | 32.42 | 20.41 | 244,617 | 40,455 | 6.72 | NA | 0.33 |
| HMSY | 0.00 | -4.63 | 0.00 | -5.48 | 0.00 | -5.59 | NM | 0 | 0.00 | NA | 0.00 |
| FISV | 4.47 | 3.18 | 12.49 | 10.29 | 15.13 | 14.13 | 114,481 | 13,034 | 1.16 | NA | 0.39 |
| NAP | 12.23 | 4.25 | 14.91 | 5.26 | 14.51 | 5.27 | 234,469 | 29,745 | 4.22 | NA | 0.96 |
| EMED | 0.00 | -105.78 | NM | -202.79 | NM | -236.82 | NM | 0 | 0.00 | 0.00 | 0.00 |
| TOTAL | 22.10 | -98.51 | 45.50 | -178.99 | 62.06 | -202.60 | 593,567.00 | 83,234.00 | 12.10 | 0.00 | 1.68 |
| AVG | 4.42 | -19.70 | 9.10 | -35.80 | 12.41 | -40.52 | 118,713.40 | 16,646.80 | 2.42 | 0.00 | 0.34 |
| MEDIAN | 4.47 | 3.18 | 13.70 | 5.26 | 14.82 | 5.27 | 234469.00 | 13034.00 | 1.16 | 0.00 | 0.33 |

VALUE OF A CONTROL OWNERSHIP                                                    PAGE 15
POSITION IN NU-D-ZINE, INC.

## 5.4.3  Comparable Analysis Summary

**Valuation Indicators:**

Market Capitalization:  NUDZ is a publicly traded company with a market capitalization of approximately $155.0 million.  The median of the guideline companies we examined was $615 million and the average market capitalization was approximately $6.03 billion.

Price to Earnings Multiples: Since NUDZ had no earnings in 2000, no earnings from operations in 2001 and no earnings forecast for 2002, this method cannot be utilized.

Price to Sales Multiple: Since NUDZ had no sales for 2001 or 2002, this method cannot be utilized.

**Profitability Ratio:**

EBITDA: Since NUDZ had no EBITDA in 2000, 2001 or forecast for 2002, this method cannot be utilized

Appendix III includes data on the general stock market as well as companies in similar businesses to NUDZ. Companies in this industry have performed well in this year and in recent years, and as a direct result these companies have traded at high price/earnings ratios as investors expect these high returns to continue.  Set out below is a summary of our findings from a broader base of companies outside the stricter guideline companies which do serve as a broad indicator of value.

### RATIO COMPARISON

| Valuation Ratios | Company | | Industry* | Sector** | S&P 500 | Guideline Companies |
|---|---|---|---|---|---|---|
| | 12/31/01 | 9/30/02 | | | | |
| P/E Ratio (TTM) | NM | NM | 24.39 | 34.16 | 24.28 | 9.11 |
| P/E High - Last 5 Yrs. | NM | NM | 57.06 | 67.46 | 49.99 | 1.68 |
| P/E Low - Last 5 Yrs. | NM | NM | 14.50 | 19.88 | 16.97 | 16.26 |
| Beta | N/A | NM | 1.81 | 1.76 | 1.00 | 1.54 |
| Price to Sales (TTM) | NM | NM | 2.34 | 4.21 | 2.82 | 1.47 |
| Price to Book (MRQ) | 103.04 | 149.62 | 3.01 | 4.13 | 4.37 | 1.14 |
| Price to Tangible Book (MRQ) | 103.04 | 149.62 | 6.70 | 5.09 | 7.26 | 3.24 |
| Price to Cash Flow (TTM) | NM | NM | 14.90 | 22.96 | 16.64 | 9.73 |
| % Owned Institutions | N/A | N/A | 43.20 | 46.20 | 61.36 | 9.73 |

* Industry is the Computer Services Industry [1]
** Sector is the Technology Sector [1]

[1] Data taken from "Market Guide", produced by Multex.com, Inc.

These valuation indicators were considered in determining the capitalization rate as computed below.

## 5.5  The Earnings Approach

### 5.5.1  Selection of an Appropriate Capitalization Discount Rate

Capitalization Rates vary among particular types of businesses and from one period of time to another. Expressed as a percentage, the more speculative or the lower the expected growth rate in the business's income stream, the higher the capitalization rate; conversely, the less speculative or the higher the expected growth rate in the income stream, the lower the capitalization rate.

The two basic components of a capitalization rate are the discount rate and a growth factor. The discount rate may be broken down into the risk-free rate of return and a risk premium (financial and market).

The risk-free rate of return includes the investors' required rate of return for the riskless use of their funds and a factor of inflation. The rate of return earned on long-term U.S. Government bonds is considered a good proxy for the risk-free rate of return. As of the December 31, 2001 Valuation Date, the rate of return on a twenty-year U.S. Government Treasure Bond was 5.7%. As of the September 30, 2002, Valuation Date, the rate of return on a twenty-year U.S. Government Treasure Bond was 4.8%. Therefore, the risk-free rates of return at the valuation dates were 5.7% and 4.8%, respectively.

The risk premium return is the additional rate of return required by investors in the market to compensate them for the additional risk in investing in a stock security as compared to long-term U.S. Government security. In the Ibbotson Associates' Stocks, Bonds, Bills and Inflation Yearbook, it is shown that, between 1926 and 2001, the average total returns earned on large corporate stocks has been approximately 7.4% higher than the average total annual returns for long-term U.S. Government bonds. Therefore, in developing a discount rate, we added an equity risk premium of 7.4% to the risk-free rate of return.

In addition to the equity risk premium, the same Ibbotson Associates' study indicates that the micro-cap size premium NYSE benchmark earned an additional 3.3% premium over the larger stocks traded on the exchange. This small stock premium was added to the risk-free rate of return and the equity risk premium.

Summing the risk-free rate of return with the equity and small stock risk premium equals the average total return required by investors to induce them to invest in the smallest stocks traded on the New York Stock Exchange. However, investing in the stock of a small public company may involve additional elements of risk which must be compensated by offering a higher rate of return. The additional risk may be from specific risks associated with the industry or the company as compared to the entire marketplace. Although there is little empirical evidence to assist the appraiser in determining this subjective risk premium, we have considered the following factors:

1.  The business's financial ratios.

2.  The long-term outlook for the subject company's industry.

3.  The depth of the subject company's management.

4.  The degree of competition for the subject business's revenues.

5.  The historical trend in the company's after-tax earnings.

After considering the aforementioned factors, it is our Opinion that the subjective industry risk and company specific risk premiums for the Company should be 5.0%.

Summing the risk-free rate of return, the equity risk premium, the small stock risk premium, and the subjective risk premium, equals a discount rate of approximately 21.0%. The sum of the aforementioned components equals the after-tax discount rate.

In order to calculate a capitalization rate, it is necessary to subtract the Company's expected long-term growth in earnings from the discount rate. The Company's average annual growth rate for the past 3 years has not been meaningful.

Set out below are the components that make up the capitalization rate for the Company as of December 31, 2001 and September 30, 2002, respectively:

|  | 9/30/02 | 12/31/01 |
|---|---|---|
| Risk free rate of return | 4.8% | 5.7% |
| Common Stock Equity Risk Premium | 7.4% | 7.4% |
| Small Stock Risk Premium | 3.3% | 3.3% |
| Company Specific/Industry Risk Premium | 5.0% | 5.0% |
| Net Cash Flow Discount rate | 20.5% | 21.4% |
| Rounded to | 21.0% | 21.0% |
| Adjusted Discount Rate | 21.0% | 21.0% |
| Less: Sustainable Growth | -7.0% | -7.0% |
| Net Cash Flow Discount Rate | 14.0% | 14.0% |

(1) Expected risk premium for large company stock total returns minus long-term government bond income returns.

(2) Expected equity size premium for companies with market capitalization below $400 million.

Appendix II includes economic data used as input for this analysis.

Since there are no historical earnings in NUDZ, a pure earnings capitalization of earnings was applied to the forecast earnings in a discounted cash flow analysis which follows.

## 5.6  Discounted Cash Flow Analysis

The discounted cash flow approach is favored by those involved in the commitment of capital to fixed assets where reasonably reliable cash flow forecasts can be made. However, future business cash flows are often difficult to project accurately. Discounted cash flows are normally applied where future cash flows can be reasonably and consistently forecasted. Historically, the discounted cash flow approach to value has been used extensively on capital budgeting decisions. The discounted cash flow approach is simply the present value of future cash flows. Although the Company does not have a readily predictable stream of earnings, our value conclusion is based upon management's forecast.  Taking into consideration the factors set out above and the returns realized for various investments as discussed above, a discount rate of 21% was selected as reflective of investor expectations for an investment into the Company at the Valuation Dates.

The discounted cash flow analysis that follows is based upon NUDZ's management's forecasts, based upon the acquisition of XtraCard or a similar business.

### 5.6.1 Discounted Cash Flow Analysis

Nu-D-Zine, Inc.
Discounted Cashflow Analysis
December 31, 2001

| Fiscal Year Ended | EBITDA (5) | Less: Depr. (2) & Non-Cash | EBIT | Less: (1) Taxes | Add: Application (4) Of Loss Carry. | EBI | Add: Depr. (2) & Non-Cash | Less: (6) Capital Expend. | Less: (6) Working Cap. Needs | Net Post Tax Cash Flow | Present (3) Value (8) @ 21.0% | Total Present Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 (E) | $ (591,859) | $ 300,000 | $ (891,859) | $ - | $ - | $ (891,859) | $ 300,000 | $ 500,000 | $ 500,000 | ($1,591,859) | 0.9091 | ($1,447,159) |
| 2003 (E) | $ 2,914,991 | $ 300,000 | $ 2,614,991 | $ 1,006,772 | $ - | $ 1,882,917 | $ 300,000 | $ 500,000 | $ 500,000 | $1,182,917 | 0.7513 | $888,726 |
| 2004 (E) | $ 21,127,282 | $ 300,000 | $ 20,827,282 | $ 8,018,504 | $ - | $ 12,808,778 | $ 300,000 | $ 500,000 | $ 500,000 | $12,108,778 | 0.6209 | $7,518,340 |
| 2005 (E) | $ 54,502,238 | $ 300,000 | $ 54,202,238 | $ 20,867,862 | $ - | $ 33,334,376 | $ 300,000 | $ 500,000 | $ 500,000 | $32,634,376 | 0.5132 | $16,747,962 |
| 2006 (E) | $ 102,901,950 | $ 300,000 | $ 102,601,950 | $ 39,501,751 | $ - | $ 63,100,199 | $ 300,000 | $ 500,000 | $ 500,000 | $62,400,199 | 0.4241 | $26,463,924 |
| Terminal Value of future cash flows (7) | | | | | | | | | | | | |
| $102,901,950/14 = $ 735,013,929 | | $300,000 | $ 734,713,929 | $ 282,980,363 | $ - | $ 451,733,566 | $ 300,000 | $ 500,000 | $ 500,000 | $451,033,566 | 0.4241 | $191,283,335 |
| | | | | | | | | | | | | $241,455,128 |

[1] Taxes at 38.5%
[2] Includes depreciation
[3] Utilizes mid-year discount rate
[4] Assumes no assumed tax loss carryforward
[5] The Forecast EBITDA was determined by taking management's forecasts as included in Appendix I and as previously provided of net income and adding back applicable interest, taxes and depreciation
[6] Net Capital Expenditures were estimated by NUDZ management as was working capital needs to meet the forecasted numbers.
[7] For the Terminal Value, after discussion with NUDZ management we selected a 7% long-term growth rate.
[8] The Discount Rate was selected based upon a number of factors:
    1.    Determination of a Capitalization Rate described earlier in this Report, which equaled 21.0%;
    2.    Subjective analysis of market and transaction rate of return which we considered appropriate as set out in Appendix III and described earlier in this Report; and,
    3.    The Weighted Average Cost of Capital ("WACC") was compared to the above two results and in our opinion was consistently represented by 21.0%. The WACC is a weighted average of the cost of debt, equity, preferred stock or other mezzanine items, where the weights represent the market value of the capital structure components. In this instance the Reporting Unit has no debt or specialized form of equity or quasi-equity, hence the weighting would be 100% of the after-tax cost of equity, which in this instance we believe is reflected by a 21.0% return as a range.

**This results in a value of $241.45 million.**

The analysis above represents a value of **$3.27/share** at the Valuation Date on a non-diluted basis and based upon 73,908,426 shares outstanding (51,735,898 shares outstanding plus 22,172,528 to be issued for the XtraCard merger).

VALUE OF A CONTROL OWNERSHIP
POSITION IN NU-D-ZINE, INC.

PAGE 19

Nu-D-Zine, Inc.
Discounted Cashflow Analysis
September 30, 2002

| Fiscal Year Ended | EBITDA (5) | Less: Depr. (2) & Non-Cash | EBIT | Less: (1) Taxes | Add: Application (4) Of Loss Carry. | EBI | Add: Depr. (2) & Non-Cash | Less: (6) Capital Expend. | Less: (6) Working Cap. Needs | Net Post Tax Cash Flow | Present (3) Value (8) @ 21.0% | Total Present Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 (E) | $ 2,914,991 | $ 300,000 | $ 2,614,991 | $ 1,006,772 | $ 274,698 | $ 1,882,917 | $ 300,000 | $ 500,000 | $ 500,000 | $1,182,917 | 0.9091 | $1,075,390 |
| 2004 (E) | $ 21,127,282 | $ 300,000 | $ 20,827,282 | $ 8,018,504 | $ - | $ 12,808,778 | $ 300,000 | $ 500,000 | $ 500,000 | $12,108,778 | 0.7513 | $9,097,325 |
| 2005 (E) | $ 54,502,238 | $ 300,000 | $ 54,202,238 | $ 20,867,862 | $ - | $ 33,334,376 | $ 300,000 | $ 500,000 | $ 500,000 | $32,634,376 | 0.6209 | $20,262,684 |
| 2006 (E) | $ 21,127,282 | $ 300,000 | $ 1,746,837 | $ 39,501,751 | $ - | $ 63,100,199 | $ 300,000 | $ 500,000 | $ 500,000 | $62,400,199 | 0.5132 | $32,023,782 |
| Terminal Value of Future cash flows (7) | | | | | | | | | | | | |
| $21,127,282/.14 = $ 735,013,929 | | $ 300,000 | $ 734,913,929 | $ 282,980,363 | $ - | $ 451,733,566 | $ 300,000 | $ 500,000 | $ 500,000 | $451,033,566 | 0.5132 | $231,470,426 |
| | | | | | | | | | | | | $293,929,607 |

[1] Taxes at 38.5%
[2] Includes depreciation
[3] Utilizes mid-year discount rate
[4] Assumes no assumed tax loss carryforward
[5] The Forecast EBITDA was determined by taking management's forecasts as included in Appendix I and as previously provided of net income and adding back applicable interest, taxes and depreciation
[6] Net Capital Expenditures were estimated by NUDZ management as was working capital needs to meet the forecasted numbers.
[7] For the Terminal Value, after discussion with NUDZ management we selected a 7% long-term growth rate.
[8] The Discount Rate was selected based upon a number of factors:
1.   Determination of a Capitalization Rate described earlier in this Report, which equalled 21.0%;
2.   Subjective analysis of market and transaction rate of return which we considered appropriate as set out in Appendix III and described earlier in this Report; and,
3.   The Weighted Average Cost of Capital ("WACC") was compared to the above two results and in our opinion was consistently represented by 21.0%. The WACC is a weighted average of the cost of debt, equity, preferred stock or other mezzanine items, where the weights represent the market value of the capital structure components. In this instance the Reporting Unit has no debt or specialized form of equity or quasi-equity, hence the weighting would be 100% of the after-tax cost of equity, which in this instance we believe is reflected by a 21.0% return as a range.

**This results in a value of $293.930 million.**

The analysis above represents a value of **$3.98/share** at the Valuation Date on a non-diluted basis and based upon 73,908,426 shares outstanding (51,735,898 shares outstanding plus 22,172,528 to be issued for the XtraCard merger).

### 5.7  Public Stock Market Comparisons to NUDZ

The public stock market price of NUDZ was reviewed as an indicator of the value of the Common Shares of the Company. According to valuation literature, the prices that result from stock market trades are generally derived from small lots that represent only minority interests; therefore, it is important to review valuation literature which discusses how to evaluate a control position.

### 5.7.1  Control Premiums

Most valuation experts are familiar with the standard concept of valuation premiums and valuation discounts. They are routinely applied in substantially the same form by the IRS and valuators.

Both the courts and the valuation commentators have tended to deal obliquely with the valuation of control. On the part of the courts this may be because so little has been written on this topic.  Certainly the various aspects of control as they might affect value have not been discussed *per se*, nor has there been an attempt made to suggest methods by which the value of control might, in certain circumstances, be quantified.  (There has, however, been general recognition that control can have value in and of itself.)  For example, in *Gold Coast Selection Trust Ltd. v Humphrey*, [1948] 2 All ER 379 (HL); affg in part [1946] 2 All ER 742 (CA), Lord Simon said, "there may also be value in control", and in *Short v Treasury Commissioners*, [1948] 1 KB 116 (CA); affd [1948] AC 534 (HL), which came out most clearly for a premium for control.

The rights of a controlling shareholder can be summarized generally as follows:

    A.    The power to elect the the board of directors and thus indirectly govern the affairs of the company.  In economic terms, this can be stated as control over the economic direction of this investment.

    B.    Subject to the statutory provisions of the incorporating jurisdiction, the right to place the company in liquidation.  In economic terms, this can be stated as the ability to minimize losses in the event the company proves unsuitable as a going concern.

    C.    The right to sell control of the company.  In economic terms, this can be stated as the ability to dictate the liquidity of the investment.

    D.    The power to have himself appointed an officer of the company and thus receive remuneration and other emoluments in excess of what would normally be paid for management services rendered.  In economic terms, this can be stated as the ability to draw out profits that would otherwise indirectly accrue to minority shareholders.

    E.    The right to determine the timing and amount of dividend distributions.  In economic terms, this can be stated as control over the rate of return directly realized by him on his investment.

Typically, the IRS's or taxpayer's valuation expert determines the value of a block of Common Stock in a closely held company (Subject Company) by first establishing the stock's going-concern value using the public guideline or comparable company (Comparable Company) method. This technique prices the Subject Company's stock by analogy.

    1.    Public Comparable Companies are first selected based upon their similarity to the Subject Company in terms of line of business, domicile, size, and selected financial factors.

2.    Second, these public companies are compared to the Subject Company on various measures of economic and financial performance. Based on relative performance and the market multiples of the Comparable Companies, the valuator selects the pricing multiples to apply to the Subject Company.

3.    Third, on the assumption that the market prices of the shares of Comparable Companies reflect their value as minority interests, the valuator of a private company either:

4     Adds a control premium if the block of stock in the Subject Company is a controlling interest or

5.    Deducts a discount for lack of marketability because the block of stock in the Subject Company is not as marketable or liquid as the stock of the public corporations.

These concepts of premium for control and discount for lack of marketability are often presented in the form of a bar chart similar to the one in *Table 1*.

| TABLE 1:  LEVELS OF VALUE | | |
|---|---|---|
| Acquisition Value<br>*Synergy Value* | Additional Control<br>Premium for Synergy | ↑ |
| Enterprise Value<br>*Control Value* | Control Premium | ↑ |
| Market Value<br>*Freely Traded Value* | Discount for Lack<br>of Marketability | ↑ |
| Minority Value in a Closely<br>Held Company for<br>Estate and Gift Taxes | | |

1.    At the top of the bar is the Acquisition Value of a company's Common Stock. This level represents the value to an acquirer who can achieve synergistic benefits from a transaction.

2.    The level titled Enterprise Value[1] is the value of a company to the existing control party or to a non-synergistic buyer.

3.    The Market Value or Freely Traded Value is the market price of the common shares of a public company or of the Subject Company's Common Stock assuming that it were publicly traded.

4.    The difference between the Acquisition Value and the Freely Traded Value is often called the Control Premium. (However, the term Control Premium may refer to the difference

---

[1]Enterprise value has many definitions. Herein it is used as the value of 100% of the equity of a company on a stand-alone basis. This value incorporates benefits of control but not those of synergy. It is not the value of the firm's capital structure.

between Freely Traded Value and Enterprise Value, and the difference between Enterprise Value and Acquisition Value may be called the Synergistic Premium.)

5.  The difference between the Freely Traded Value and the Minority Estate Tax Value is commonly called the discount for lack or marketability ("DLOM"). A hybrid control concept is the value of a minority interest in a control class of voting Common Stock.

### 5.7.1.1  Premium and Discount Rules of Thumb

Two decades ago, these concepts seemed to have an economic basis. Stockholders of majority blocks of Common Stock in a closely held corporation have the power to sell the company and its assets. Acquisitions of control interests in public companies are made at substantial premiums over the market prices of minority interests in these companies' Common Stocks prior to the announcement of these transactions. Therefore, it was believed that the premium in value of a control block of stock over a minority interest block must equal the average premium between the acquisition prices of the Common Stock in acquisition transactions and the Common Stocks' market prices before the announcements of the takeover transactions.

The discount for lack of marketability was computed by reviewing private placement discounts for issues sold under Rule 144 (or Rule 133) to private investors or equity funds.

With the passage of time, these techniques have been reduced to boilerplate formulas– "rules of thumb"– applied as a matter of rote.

1.  The discount for lack of marketability is 30 to 45% from the taxpayer's point of view, 15% to 35% from the IRS's.

2.  The premium for control is 30 to 40%, from the IRS's point of view, about half of this from the taxpayer's as result of removing the value of synergy.

3.  The discount for minority interest for an operating company is approximately 25%.

The problem with applying these rules of thumb is that they are not based upon an analysis of the specific situation at hand. While their conclusions may be correct in some situations, in other situations they are inappropriate or simply wrong.

### 5.7.1.2  Measurement of the Applicable Premium

Generally, when a valuator applies an acquisition premium to the freely traded value of a Subject Company's Common Stock, there is a table similar to *Table 2*, which contains acquisition premium data from *Mergerstat/Shannon Pratt 's Control Premium Study*™ *(Control Premium Study)*, or a similar source that purports to support adding an acquisition premium:

| TABLE 2: CONTROL PREMIUM ACROSS INDUSTRIES | | | | | |
|---|---|---|---|---|---|
| Industry/Year | 1996 | 1997 | 1998 | 1999 | 2000 |
| All Industries | 36.6% | 36.7% | 35.9% | 46.1% | 48.9% |

1.  The table is based on the comparison of the acquisition prices of the Common Stocks to their market prices before the announcement of the respective transactions.

2.      The IRS's valuator may add a premium in the 35 to 40% range, while the taxpayer's valuator
        *reduces these premiums, often by half, because these premiums incorporate synergy.*

### 5.7.1.3 M&A: A Market for Whole Companies

The M&A market is a market for whole companies The principal buyers and sellers are controlling
stockholders, corporations, and LBO houses. The market is not liquid; as a result, individual investment
horizons tend to be longer. Risk tolerances in the short term tend to be lower than in a liquid market.
Transactions are financed using long-term debt from banks, insurance companies, mezzanine funds, equity
of large corporations, and private equity funds. M&A investors take an active role in managing their
companies.

The relationship of the two markets is not linear. Linearity presupposes that acquisition premiums apply in
all situations; and acquisition premiums are roughly the same amount generally or in each industry.

The relationship of the two markets is better shown as the two overlapping forms in *Figure 1.*



1.      The circle in the chart above is the M&A market. The box is the stock market (The sizes of
        the two are not proportionate.)

2.      If a potential acquirer believes that it can create sufficient added economic benefits, the
        acquisition value of the company will exceed its market value. The additional economic
        benefit can pay for the cost of the acquisition premium. These are the transactions reported
        in the Control Premium Study.

Most publicly traded companies were not taken over in a given year generally, for most companies there were
no willing buyers available that believe they can create economic benefits large enough to justify payment
of the premium required for the acquisition of these companies in view of other alternatives.

If there is no M&A market available to sell a company at a premium to its stock market value, then there is
little or no acquisition premium much less a "theoretical" premium based on an average of acquisitions of
dissimilar companies.

### 5.7.1.4  A Better Way to Calculate the Value of a Control Block

The problem with the old approaches is that they relied on averages and ignored the economic benefits available, if any, of the control block. A valid methodology for calculating the value of a control block should consider the following:

1. The first step is to determine if the block of stock being valued has any voting or other legal rights that are not available to the other Common Stockholders of the corporation. (While these rights may seem to exist, they may be limited by other provisions of the Subject Company's articles of incorporation, by stockholders agreements, or by state law.

2. The next step is to evaluate the powers of the block in terms of what extra economic benefits it can provide to its owners in addition to those provided to other shareholders.[2]

3. If the block can cause sale of the Company, the next step is to determine the company's value.

   a. If there have been bonafide offers for the company, they my help establish the acquisition value of the company and the block.

   b. The Comparable Company Method should be used to evaluate the potential IPO value of the block, which may be greater than its acquisition value.

      i. It should be noted, however, that a complete IPO of the block might not be possible depending on the importance of the seller in the management of the company.

      ii. In addition, consideration should be given as to whether the IPO market would be open to the Subject Company.

   c. If there has been a number of current or pending acquisitions of similar companies in the industry, the Comparable Acquisitions Method should be used to establish the demand for similar companies and the acquisition multiples of those transactions that have taken place.

      i. If no transactions have taken place in the industry, are they any willing buyers willing to pay a premium?

      ii. If no acquisition transactions can be identified, then there may be no acquisition market for the company on a going-concern basis.

      iii. If the acquisition multiples of the completed transactions are in the same range as the public company multiples, then the acquisition value of the company may be equal to its public company value.

   d. The Discounted Cash Flow Method should be used to establish the value of the Subject Company's projected cash flows on a stand-alone basis, without any

---

[2]See Gilbert E. Matthews' *Comments on the Reversal of Simplot*, *Shannon Pratt's Business Valuation Update*, *July 2001, p. 1.*

Case 9:03-cv-80612-KAM   Document 15   Entered on FLSD Docket 07/09/2003   Page 371 of 643

VALUE OF A CONTROL OWNERSHIP                                                      PAGE 25
POSITION IN NU-D-ZINE, INC.

synergies under the current or expected management of the company. The discounted cash flow value of a company calculated in this case is normally its Enterprise Value.

    e.    The calculated discounted cash flow value should then be compared to the indicated values for the company based on the Comparable Acquisition Method.

        i.    If the indicated values from the two approaches coincide, this helps to confirm the acquisition value of the Subject Company excluding synergy.

        ii.    If the indicated values from the acquisition approach are higher than those indicated by the discounted cash flow approach and the acquisition data is not conclusive, then more weight should be given to the discounted cash flow value, as it does not include synergy.

    4.    Once the acquisition value of the company is established, a percentage based on the control block's rights and privileges can be allocated to it and the remainder of the acquisition value can be allocated on a pro rata basis.

Business Valuation Resources, LLC has performed analysis of the data in the *Mergerstat/Shannon Pratt's Control Premium Study*™ relating to the valuation multiples. The TIC/EBITDA multiple was focused upon.

Total Invested Capital ("TIC") is defined as the "target company's implied total invested capital based on the sum of implied market value of equity plus the face value of total interest bearing debt and the book value of preferred stock outstanding prior to the announcement date." EBITDA is the "target company's earnings before interest, taxes, depreciation and amortization based on the latest reported 12-month period ("LTM") prior to the transaction's announcement date. "

*Table 3* shows quarterly summary statistics for only domestic transactions. From left to right, the columns in this table read: Quarter, Number of Deals (including those with discounts and negative multiples), Median Control Premium (excluding negative premiums [discounts]), Median Control Premium (including negative premiums [discounts]) and Median TIC/EBITDA (excluding those with deficit EBITDA). It is important to note that the Number of Deals most likely does not directly relate to the quantity used in the median calculations for the control premium (excluding discounts) and the TIC/EBITDA.

**TABLE 3:** QUARTERLY SUMMARY STATISTICS FROM THE *MERGERSTAT/SHANNON PRATT'S CONTROL PREMIUM STUDY[TM]* – ONLY DOMESTIC TRANSACTIONS

| Quarter | Number of Deals[1] | Median Control Premium (Excludes Discounts) | Median Control Premium (Includes Discounts) | Median TIC/EBITDA[2] |
|---|---|---|---|---|
| 1Q98 | 75 | 33% | 29% | 15.1 |
| 2Q98 | 59 | 31% | 27% | 10.1 |
| 3Q98 | 58 | 17% | 11% | 12.3 |
| 4Q98 | 105 | 31% | 16% | 11.5 |
| 1Q99 | 109 | 33% | 29% | 11 |
| 2Q99 | 115 | 36% | 29% | 10.4 |
| 3Q99 | 141 | 32% | 30% | 10.2 |
| 4Q99 | 168 | 32% | 228% | 11.1 |
| 1Q00 | 103 | 34% | 32% | 13 |
| 2Q00 | 139 | 43% | 29% | 10.8 |
| 3Q00 | 137 | 42% | 37% | 11.2 |
| 4Q00 | 148 | 45% | 32% | 9.2 |
| 1Q01 | 121 | 35% | 26% | 8.8 |
| 2Q01 | 107 | 51% | 38% | 8.9 |

[1]Includes those with discounts and negative multiples.
[2]Excludes those with deficit EBITDA

In addition to the TIC/EBITDA multiple, the *Mergerstat/Shannon Pratt's Control Premium Study[TM]* also contains detailed information on the control premium. *Figure 2* shows a chart of the 12-month and 3- month median control premiums for all transactions (domestic and foreign), excluding negative premiums, by quarter.



**Mergerstat Control Premium Study Comparative Results**

■ 12-Month Median   ■ 3-Month Median

| | 2Q98 | 3Q98 | 4Q98 | 1Q99 | 2Q99 | 3Q99 | 4Q99 | 1Q00 | 2Q00 | 3Q00 | 4Q00 | 1Q01 | 2Q01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▨12-Month Median | 31 | 28 | 29 | 29 | 30 | 32 | 32 | 33 | 34 | 36 | 37 | 37 | 38 |
| ■3-Month Median | 30 | 19 | 33 | 33 | 33 | 31 | 34 | 36 | 38 | 38 | 36 | 37 | 42 |
| Transactions | 79 | 93 | 141 | 138 | 150 | 176 | 214 | 165 | 269 | 244 | 247 | 228 | 203 |

*Figure 2*

Some observations on *Table 3* and *Figure 2* include:

- Median domestic quarterly control premiums (excluding discounts) increased dramatically in 2Q2000 and have stayed in the 40 to 50% range since 2Q2000 (except 1Q2001), with a value of 51% in 2Q2001.

**Based upon this analysis it is clear that a premium for control should be applied to the NUDZ Control Shares at the Valuation Dates. Since NUDZ is a smaller company than those companies in the studies above, and the fact that NUDZ's shares are thinly traded, it was determined that a 10% control premium would be reflective of the specific circumstances of NUDZ at December 31, 2001 and September 30, 2002, versus the 25% to 30% for larger, more liquid and more asset-intensive companies.**

## 5.7.2  Blockage

### Should a Blockage Discount Apply?

While most business valuations focus on privately held companies due to the inherent uncertainty in their value, certain valuation topics also arise frequently with regard to publicly traded companies. One common problem that arises is how to price *very large blocks of shares of stock* that were never actually sold, but must be valued in the context of a gift, an estate, or some other type of "hypothetical construct" manner. This issue can be fairly complicated because (a) it would be difficult to unload such a large block of shares on the market immediately (or in a short period of time); (b) the block of stock may be large enough to constitute a control interest for its owner; and (c) the block may be large enough to give its owner significant voting power, if not control.

Common practice in the valuation Profession is to assign a "blockage discount" to blocks of publicly traded stock that would likely take a long time period to sell on the market, given the stock's typical sales volume. There is clearly some rationale in this logic in that if a large block needed to be disposed of immediately (or relatively quickly), it would have to be sold at a discount. Such results could be relatively far reaching in that a block of stock need only be large enough to incrementally affect the stock market of that day (time period) for a large block issue to exist. Common practice, however, does not involve applying a blockage discount unless "... the size of the block might represent several weeks or more of normal trading."[3] As described in more detail below, this is partially explained by judicial rulings, which focus on a "reasonable time" period to dispose of the stock.[4] As such, a common practice is to take **a 5-15 percent blockage discount** off of blocks of publicly traded stocks that are 10 or more times the size of the stock's typical daily volume.

While the common practice described above focuses on *the difficulty to sell a large block,* it is also important to consider *the difficulty in purchasing a large block.* In the context of most valuations involving a potential blockage discount (including estate and gift taxes), the value standard is the price to which a hypothetical willing buyer *and* a hypothetical willing Seller would agree. In this sense, the application of a blockage discount assumes that (a) a hypothetical willing seller exists, but that (b) a hypothetical willing buyer does not exist. That is, the blockage discount assumes the market to be as it was (i.e., its typical volume), with the exception of an additional seller with a large block of shares coming to the market.

The potential for a blockage discount, however, varies tremendously when the hypothetical construct changes to be in accord with the valuation standard – the existence of both a willing seller and a willing buyer. A willing buyer would have to pay *above* market price under the existing market conditions (i.e., no willing seller) to acquire a large block of shares under the existing market conditions. If, however, both hypothetical parties existed, negotiation would be possible across this trading range between the discounted and premium prices. As described in more detail below, the ultimate price would be a function of bargaining. Yet, as a general and theoretical rule, one would not typically expect to have a significant discount (or premium) from the market price.

---

[3]Pratt, Shannon- Reilly, Robert; and Schweihs, Robert, *Valuing a Business, Third Edition,* Irwin Professional Publishing, 1996, p. 324.

[4]For example, the valuation experts agreed to a blockage discount of over 10 percent in Edwin A. Gallun, 33 T.C.M. 1316 (1974).

Case 9:03-cv-80612-KAM   Document 15   Entered on FLSD Docket 07/09/2003   Page 375 of 643

VALUE OF A CONTROL OWNERSHIP                                                    PAGE 29
POSITION IN NU-D-ZINE, INC.

This paper is divided into four sections. This first section provides an overview and executive summary of the paper. A literature review of papers that have addressed the blockage discount make up the second section. The third section explains with the help of an example why a blockage discount may not be the appropriate default when valuing large blocks. Concluding remarks with examples are provided in the fourth section.

Although the Internal Revenue Service has issued general guidelines for the allowance of a blockage discount, particularly in Sections 2031 (Estate Tax) and 2512 (Gift Tax) of the Federal Tax Regulations, more specific information on the application and computation of a blockage discount can be found in certain Tax Court decisions.[5] In general, such legal opinions suggest that the facts and circumstances of each case determine whether or not a blockage discount is warranted, with the burden of proof on the petitioner.

Articles by Moore, in *Trusts and Estates,* and Julius, in *Mercer Capital Value Added,* detail some of the considerations used by practitioners in the calculation of a blockage discount. These considerations include the number of shares in the subject block in comparison to the total number of outstanding shares; the number of shares in the subject block in comparison to the trading volume of the total outstanding shares; the volatility of the stock price; the effect on the stock price given certain daily volume increases, and the length of time necessary to liquidate the subject block; the exchange on which the stock is traded; the trend of the stock price in comparison to the market as a whole; relevant company news or other information that may have had an effect on the price; and/or other large block trades of the stock.

Estabrook, in a chapter *of Handbook of Advanced Business Valuation,* concluded that, if it were most reasonable to sell the subject block of stock through a secondary distribution, special offering, exchange distribution, or private placement, the blockage discount would be a function of "the difference between (1) the hypothetical sales price and (2) the actual trading price on the date of the valuation."[6] If, however, it was most reasonable to sell the subject block in smaller lots over a period of time, the blockage discount would be based on "the net present value of the cash flow proceeds based on the various sale dates."[7]

A presentation by Frazier to the Valuation Study Group outlined another methodology by which to estimate a blockage discount, based on a determination of "price pressure" and "market exposure." Price pressure is generally defined as the effect that a large block sale has on the stock price. It is measured by considering, among other items, the factors cited previously. Market exposure is defined as "the cost associated with bearing the risk of holding a position in the marketplace without the ability to close the position, for a specified period of time."[8] It is quantified by "calculating the cost of buying a put option on the subject company shares (1) at a strike price equal to the traded sales price at the valuation date (date of death or gift), (2) exercisable in the number of days determined under the different trading period scenarios, (3) based on the results of the analyst's due diligence. "[9]

---

[5]See, for instance, *Helvering v. Safe Deposit and Trust Company of Baltimore,* 35 BTA259,263 (1937); *Bull v. Smith,* 119 F.2d490 (CA-2,1941); *L.C. Phipps v. Commissioner,* 127 F.2d 214 (10th Cir., 1942); *Estate of Kopperman v. Commissioner,* T.C. Memo 1978-475 (1978); *Estate of Sawade v. Commissioner,* T.C. Memo 1984-626 (1984); *Estate of Dorothy B. Foote v. Commissioner,* T.C. Memo 1999-37 (1999).

[6]Reilly, Robert and Schweihs, Robert, *Handbook of Advanced Business Valuation,* McGraw-Hill, 1999, p. 146.

[7]Ibid.

[8]Ibid., p. 148.

[9]Ibid.

Wills (1999) focuses the synergy analysis to technology purchased through acquisitions. His principal point on this topic is that such acquisitions occur precisely because the purchaser will derive more value from the technology than the seller. As such, the seller will be able to receive a premium over its own-use technology value. but not necessarily the full value that the technology is worth to the buyer.[10]

**In the instance of a control position in NUDZ at the Valuation Dates, a discount for blockage of <u>15%</u> should be applied.  This discount also reflects the lack of marketability of the control block.  However, a knowledgeable seller would not sell the whole block but place the block as a private placement transaction to yield a higher value, or full value for the ownership position.**

---

[10]One example he uses is a person developing technology. He states that while the technology may only be worth $10 to the developer for its own use, it might be worth $100 to Microsoft. His point is well taken, but the developer's own-use value is not relevant. A rational developer of such technology would license or sell the technology to a firm like Microsoft where its use could be maximized. As such, the value of the technology to the developer might actually be closer to $100 (expected license fees it could receive from Microsoft.)

## 6.0  DETERMINATION OF VALUE

Set out below is a summary of the listings of the preceding analysis.

Appendix III includes details of the historical trading of NUDZ which closed at **$3.10/share and $5.00/share** at the respective Valuation Dates. Appendix III also includes data for other public companies, generally comparable to NUDZ. Based on this information, the following conclusion is derived:

|  |  | Closing Stock Price | | DCF Value | |
|---|---|---|---|---|---|
|  |  | 12/31/01 | 9/30/02 | 12/31/01 | 9/30/02 |
|  |  | $ 3.10 | $ 5.00 | $ 3.27 | $3.98 |
| Less: | Blockage/Liquidity Discount (15%*) | (0.47) | (0.75) | ( 0.49) | ( 0.60) |
| Plus: | Control Premium (10%) | 0.31 | 0.50 | 0.33 | 0.40 |
| Control Block Value | | $ 2.94 | $ 4.75 | $ 3.11 | $ 3.78 |

*Despite the discussion above, the IRS and SEC both do not favor any discounts from market trading prices, even if there is little or no volume.

In the notional marketplace neither vendor nor purchaser is forced to sell and buy respectively. It is assumed that they are willing to sell and buy at a fair prices (see *Findlay's Trustees v IRC* [1938], 22 ATC 437). If a vendor is forced to sell, he might have to sell at a price less than he could otherwise negotiate. Similarly, if a purchaser is forced to buy he might have to pay more than he otherwise would pay.

This is consistent with the United Kingdom, Australian, Canadian, and American case law. In *Crane v. FC of T*, 75 ATC 4001, Stephen, J. states:

> "The task of valuation involves postulating of a hypothetical sale to a purchaser as at the date of death and in circumstances in which neither party is anxious but each is willing to become a party to such a sale; the value will be the price at which such a sale would, after proper negotiations between the parties, have been concluded."

In *Village of South Orange v Alden Corp.*, 365 A 2d 469, it was stated:

> "When we speak of a market value, we mean the price which would be mutually agreeable to a willing buyer and a willing seller, neither being under compulsion to act." (p 472)

Since transactions have occurred in the publicly listed shares of NUDZ, which are arm's-length transactions, these certainly appear to support a valuation of the control position of at least **$3.11/share** at December 31, 2001 and **$3.78/share** at September 30, 2002, the closing public stock price at the Valuation Dates. However, the discounted cash flow analysis results in a value below the closing bid price at December 31, 2001 and therefore the discounted cash flow adjusted for discounts and premiums has been selected as representative of the value of the Common Shares at the Valuation Dates. This value is **$3.11** at December 31, 2001 and **$3.78** at September 30, 2002.

**APPENDIX I**

**NU-D-ZINE, INC.**
**FORECASTS**

**XTRACARD BUSINESS OVERVIEW**

**PROPOSED AGREEMENT AND PLAN OF MERGER BETWEEN**
**NU-D-ZINE AND XTRACARD**

XtraCard
Projected P&L - 2002

|  | 9 Months Ended 9/30/2002 | Oct. 02 | Nov. 02 | Total Projected 2002 |
|---|---|---|---|---|
| Revenue | 250,000 | 20,000 | 286,000 | 556,000 |
| Net Income | (914,639) | (76,220) | 99,000 | (891,859) |
| Depr. | 225,000 | 25,000 | 50,000 | 300,000 |

## XtraCard Services, Inc.
## Internal Projections Years 1-4
## 2002 to 2006

| | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| **Income** | | | | |
| Registration Fees | $ 3,007,500 | $ 7,395,300 | $ 19,373,900 | $ 36,916,280 |
| Monthly Access Fees Health | $ 1,515,325 | $ 5,541,900 | $ 18,000,000 | $ 38,664,000 |
| Monthly Access Fees Debit | $ 1,282,360 | $ 8,736,000 | $ 34,200,000 | $ 70,020,000 |
| Product Sales | $ 13,000 | $ 24,000 | $ 36,000 | $ 48,000 |
| Debit Card Fees | $ 1,058,000 | $ 4,233,000 | $ 8,733,000 | $ 14,733,000 |
| Transaction Fees | $ 268,575 | $ 1,349,280 | $ 2,851,440 | $ 4,983,048 |
| Phone Fees | $ 2,116,000 | $ 8,466,000 | $ 17,466,000 | $ 29,466,000 |
| **Total** | $ 9,260,760 | $ 35,745,480 | $ 100,660,340 | $ 194,830,328 |
| | | 286% | 182% | 94% |
| **Cardholders** | | | | |
| Debit | 213,500 | 705,500 | 1,455,500 | 2,455,500 |
| Family | 12,700 | 46,600 | 96,500 | 171,500 |
| Family+ | 88,500 | 316,500 | 718,500 | 1,357,000 |
| Senior | 13,800 | 55,800 | 105,700 | 168,540 |
| Total Cardholders | 328,500 | 1,124,400 | 2,376,200 | 4,152,540 |
| **Expenses** | | | | |
| G&A | $ 4,167,342 | $ 7,149,096 | $ 20,132,068 | $ 38,966,066 |
| Network Fees | $ 424,351 | $ 1,282,554 | $ 4,860,000 | $ 10,439,280 |
| Debit MasterCard Fees | $ 1,128,000 | $ 2,912,000 | $ 11,400,000 | $ 23,340,000 |
| Other | $ 926,076 | $ 3,574,548 | $ 10,066,034 | $ 19,483,033 |
| **Total** | $ 6,645,769 | $ 14,918,198 | $ 46,458,102 | $ 92,228,378 |
| **Net Income (loss)** | $ 2,614,991 | $ 20,827,282 | $ 54,202,238 | $ 102,601,950 |

# Providing Solutions
## to
## People's
## Healthcare and Financial
## Needs



1



## Company Overview/History

- Company founded in 1999
- Company spent five million+ dollars on product research and IT development
- Developed Xtrahealth® Programs to save money on all health care services and products
- Developed a proprietary Information Technology data base and transaction system
- The XtraHealth Program offers unlimited access to healthcare savings for everyone and is **Not Insurance**

Corporate Offices: 777 Terrace Ave. Hasbrouck Heights, NJ 07604

2

# Company Overview/History



- In 2001, recognized that the target market for the health products also needed a financial component

- Conducted exhaustive search for a synergistic financial product...began marketing the Debit MasterCard® in 2nd quarter of 2002

- The financial product is a Stored Value Debit MasterCard that is available to everyone 18 & older residing in the US regardless of all past credit history.

- This card serves a huge segment of the US population recognized as "Unbankable" (approx. 75 million)

Corporate Offices: 777 Terrace Ave. Hasbrouck Heights, NJ 07604

3



## Our Goal....

is to provide those who live and work in this country, access to all the health related services and products that they need at substantial savings.
In addition, we provide our cardholders with the financial vehicle to help them thrive in a world that provides a "Better Way of Life".





4



# Focus On The Issues
## H E A L T H

- There are over 45 million uninsured people in the U.S.

- An additional 30 million people have minimal health insurance coverage with huge gaps

- Those who have health insurance coverage are paying more and getting less!... higher co-payments, reduced benefits, fewer provider choices

- Employers can no longer afford the financial burden of their share of health insurance premiums. ...employees are paying more at rates they cannot afford resulting in higher employee contributions

- Seniors have no affordable access to prescriptions, vision, dental, chiropractic or audiology services

5



# Focus On The Issues
## Individual Financial Needs

Approximately 75 million U.S. residents have no bank account, checking account, debit or credit card. They lack the financial tools to take advantage of all this country has to offer. This group overlaps with the 75 million uninsured and underinsured American residents that comprise our target market.

9



# XtraHealth
### PLATINUM ®

## A Plan for Everyone to Save

### Family Plan

One Time Registration Fee
Lifetime Benefits
With Full and
Unlimited Access To:

- Doctors
- Hospitals
- Online Prescriptions Health
  & Beauty Aids

### Family Plus Plan

One Time Registration Fee
Plus Monthly Fee
With Full and
Unlimited Access To:

- In-Store Prescriptions
- Dental • Vision
- Chiropractic • Hearing
  24/7 Nurse Info Hotline
- Doctors • Hospitals
- Online Prescriptions
  Health & Beauty Aids

### Senior Plus Plan

One Time Registration Fee
Plus Monthly Fee
With Full and
Unlimited Access To:

- In-Store Prescriptions
- Dental • Vision
- Chiropractic • Hearing
  24/7 Nurse Info Hotline
- Online Prescriptions
  Health & Beauty Aids

7



# *XtraHealth* PLATINUM ®

## Who Needs The XtraHealth Card?

### The "Uninsured"

#### Don't Have

- Doctors • Hospitals
- In-Store Prescriptions
- Dental • Vision
- Chiropractic • Hearing
- 24/7 Nurse Info Hotline
- Doctors • Hospitals
- Online Prescriptions
- Health & Beauty Aids
- Discount Vitamins

### The "Underinsured"

#### Don't Have

- In-Store Prescriptions
- Dental • Vision
- Chiropractic • Hearing
- 24/7 Nurse Info Hotline
- Online Prescriptions
- Health & Beauty Aids
- Discount Vitamins

...Everyone Needs The XtraHealth Card?

8



**XtraHealth**
PLATINUM

You'd need **all** of these Competitor's Plans and have to pay **all** of these annual fees, every year, to get the same benefits as **one** XtraHealth Family Plus Program

| | |
|---|---|
| • **Alternative Medicine Network Services** | $ 89.00 |
| • **Network for Holistic Health** | $ 92.00 |
| • **People's Prescription Plan (Rx)** | $ 96.00 |
| • **United Health Programs of America (Dental)** | $ 170.00 |
| • **Ameriplan (Dental, Vision, Rx, Chiropractic)** | $ 239.00 |
| • **Affordable Health & Benefits (PPO)** | $ 600.00 |
| • **Care Entrée (Medical, Dental, Vision, Rx)** | $ 659.00 |
| • **Liberty Plus Plans (PPO)** | $ 480.00 |

With XtraHealth, Register One Time and Get It All !

9



# Compare: XtraHealth Family Plus & Other Plans

## Family Plus

- Medical • Hospital • Dental
- Vision • Pharmacy
- Chiropractic
- 24/7 Toll-Free Nurse Hotline and Medical Info
- Audiology

**Total Only: $5.00 each month**
**Pay Much Less & Get More**

OR

## Other Plans Cost:

- Chiropractic
  $7.50 each month
- Rx & Dental
  $20 each month
- Medical & Hospital, Rx & Vision
  $50 each Month

**Total: $77.50 each month**
**Pay Much More and Get Less**

10



Lets you choose from over

500,000

Healthcare Providers Nationwide

Including

Virtually all Specialties and Products

11



# Nationwide Networks Include

| | |
|---|---|
| • **Medical Providers** | Over 300,000 |
| • **Hospitals** | Over 6,000 |
| • **Retail Pharmacies** | Over 40,000 |
| • **Dentists** | Over 30,000 |
| • **Ophthalmologists** | Over 7,000 |
| • **Retail Optical Locations** | Over 12,500 |
| • **Mental Health Providers** | Over 20,000 |
| • **Alternative Medicine Providers** | Over 40,000 |
| • **Audiologists** | Over 1,000 |

**On-Line/Mail Order Pharmacy and Drug Store**

**24 / 7 / 365 Toll-Free Medical Information Hotline**
**Staffed by Registered Nurses**

12

# XtraCard™

## The ChexCard Debit MasterCard®...

the financial alternative for America's "unbanked".

Good anywhere MasterCard® is accepted.

Financial Freedom Begins Here.



13



# XTraCard™

# The ChexCard Debit MasterCard®....

## The MasterCard That Everyone over 18 Can Have

### Regardless of Past Credit History

• No Credit Check Required • Name, Address & DOB
• Interest Free • No Bank Account Needed



14



The ChexCard Debit MasterCard®....

B E N E F I T S

- Use anywhere MasterCard® is accepted
- Payroll Direct Deposit ...Eliminates Costly Check Cashing
- Use at ATM Machines to Get Cash
- Shop Anywhere • Pay Bills By Phone
- No More Money Orders
- Get Cash at Most Supermarkets
- Rent a Car • Phone Card
- Make Hotel and Plane Reservations

15



<div align="center">AGREEMENT AND PLAN OF MERGER</div>

This Agreement and Plan of Merger dated as of_____, 2002, is entered into by and among NU-D-ZINE, INC., a Florida corporation ("Nu-D-Zine"), XTRACARD ACQUISITION CORP., a Delaware corporation to be formed as wholly-owned subsidiary of Nu-D-Zine ("SUB"), and XTRACARD SERVICES, INC., a Delaware corporation ("XtraCard").

WHEREAS, the issued and outstanding shares of capital stock of XtraCard are owned by the persons and in the amounts set forth on Schedule A hereto, as may be amended from time-to-time prior to the Closing (as hereinafter defined); and

WHEREAS, the Boards of Directors of Nu-D-Zine, SUB and XtraCard deem it advisable and in the best interests of each corporation and their respective stockholders that XtraCard be acquired by Nu-D-Zine in a merger consummated as hereinafter set forth and in accordance with the applicable laws of the State of Florida; and

WHEREAS, it is intended that the acquisition of XtraCard by Nu-D-Zine be effected by the merger of SUB with and into XtraCard, with XtraCard surviving such Merger, and which is intended to be treated for Federal income tax purposes as a reorganization described in Section 368(a) of the Internal Revenue Code of 1986, as amended (the "Code").

NOW THEREFORE, in consideration of the mutual promises and covenants herein set forth and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

<div align="center">ARTICLE I<br>MERGER</div>

1.1     Terms of the Merger.  Subject to the terms and conditions of this Agreement, at the Effective Time (as hereinafter defined), SUB shall be merged with and into XtraCard and the separate corporate existence of SUB shall thereupon cease (the "Merger").  XtraCard (sometimes hereinafter referred to as the "Surviving Corporation") shall be the surviving corporation to the Merger.  The Merger shall have the effects set forth in the applicable provisions of the Florida Corporation Law (the "FCL").  The Shareholders of XtraCard shall receive the equivalent of 30% of the issued and outstanding shares of Nu-D-Zine on a fully diluted basis.

1.2     Effective Time of the Merger.  Subject to the terms and conditions of this Agreement, on the Closing Date (as hereinafter defined), the parties hereto shall cause a Certificate of Merger (the "Certificate of Merger") that meets the applicable requirements of the FCL to be properly executed and filed with the Secretary of the State of Florida.  The Merger shall be effective at the time of filing of the Certificate of Merger with the Secretary of the State of Florida, or at such later time which the parties hereto shall have lawfully agreed upon and designated in such Certificate of Merger as the effective time of the Merger (the "Effective Time").

1.3     The Surviving Corporation.  At the Effective Time:

(a)     Articles of Incorporation.  The Articles of Incorporation of XtraCard in effect immediately prior to the Effective Time shall be the Articles of Incorporation of the Surviving Corporation until otherwise modified in accordance with applicable law.

(b)     By-Laws.  The Bylaws of XtraCard as in effect immediately prior to the Effective Time shall be the Bylaws of the Surviving Corporation until otherwise modified in accordance with applicable law.

BC/NUDZ-1stinHealthAgrmt.wpd

(c)  Directors and Officers. The directors and officers of SUB at the Effective Time shall resign, and the designees of XtraCard shall assume their duties as the initial directors and officers of the Surviving Corporation and shall hold office from the Effective Time until their respective successors are duly elected or appointed and qualify in the manner provided in the Articles of Incorporation and Bylaws of the Surviving Corporation, or as otherwise provided by law.

1.4  Directors and Officers of Nu-D-Zine. Subject to Section __, below, the directors and officers of Nu-D-Zine at the Effective Time shall resign, and the designees of XtraCard shall assume their duties as the directors and officers of Nu-D-Zine, and shall hold office from the Effective Time until their respective successors are duly elected or appointed and qualify in the manner provided in the Articles of Incorporation and Bylaws of Nu-D-Zine, or as otherwise provided by law. Robert Steinberg shall be appointed Chairman, President and Chief Executive Officer of Nu-D-Zine.

1.5  Name Change. At the Effective Time, or as soon thereafter as is practicable, Nu-D-Zine shall change its name to "XtraCard, Services. Inc." and XtraCard shall take such action as may be necessary to enable Nu-D-Zine to assume the use of such name.

1.6  Conversion of XtraCard Shares.

(a)  XtraCard Securities. At the Effective Time, by virtue of the Merger and without any action on the part of the Nu-D-Zine, SUB or XtraCard, or the holder of capital stock of any of them, each of the _____ shares of XtraCard common stock, par value $.001 per share (the "XtraCard Common Stock") issued and outstanding immediately prior to the Effective Time, shall be converted into the right to receive _____ share(s) (the "Nu-D-Zine Shares") of Nu-D-Zine common stock, par value $.001 per share ("Nu-D-Zine Common Stock"). The Nu-D-Zine Shares shall be issued to the persons and in the amounts set forth on Schedule A.

(b)  Effect of Merger. At the Effective Time all outstanding shares of XtraCard Common Stock shall be cancelled and retired and each certificate or other instrument theretofore evidencing the right to receive XtraCard Common Stock shall thereafter represent only the right to receive the Nu-D-Zine Shares issuable in exchange therefore upon surrender of such certificate or instrument to the Surviving Corporation.

(c)  Status of Registration. The Nu-D-Zine Shares have not been and will not be registered under the Securities Act of 1933, as amended (the "Act") or the securities laws of any state, and will be issued pursuant to exemptions afforded under the Act and the rules and regulations promulgated thereunder and under applicable state securities laws. Each certificate evidencing any of the Nu-D-Zine Shares will bear a legend disclosing that the Nu-D-Zine Shares may not be sold, assigned, pledged, hypothecated, transferred or otherwise disposed of absent registration under the Act and other applicable state securities laws, or the availability of applicable exemptions therefrom.

(d)  SUB Common Stock. Each share of capital stock of SUB issued and outstanding immediately prior to the Effective Time, shall, without further action, be converted into one fully paid and non-assessable share of common stock of the Surviving Corporation.

1.7  Stock Certificates. At or following the Effective Time, each holder of an outstanding certificate or certificates representing XtraCard Common Stock shall surrender the same to SUB and SUB shall, in exchange therefor, cause to be issued to the holder of such certificate(s) a new certificate representing shares of Nu-D-Zine Common Stock, and the surrendered certificate(s) shall be cancelled. Until so surrendered and exchanged, each such certificate shall represent solely the right to receive the consideration described in Section 1.6, without interest.

1.8  Fractional Shares. No fractional shares of Nu-D-Zine Common Stock shall be issued

in the Merger.  In the event that a holder of XtraCard Common Stock would otherwise be entitled to receive any fractional shares of Nu-D-Zine Common Stock as a result of the Merger, such holder shall be entitled to receive one full share in lieu thereof.

1.9     Transfers.  From and after the Effective Time, there shall be no further transfers on the stock transfer books of XtraCard or the Surviving Corporation.  If, subsequent to the Effective Time, certificates evidencing shares of XtraCard are presented to the Surviving Corporation, they shall be cancelled and exchanged as provided in this Article I.

1.10    Nu-D-Zine Guarantee.    Nu-D-Zine hereby unconditionally guarantees the performance of the obligations of SUB pursuant to the terms and conditions hereof.

1.11    Successor Acquiror.  Notwithstanding anything contained herein to the contrary, the parties acknowledge that in the event Nu-D-Zine is unable to consummate the transactions contemplated by this Agreement, for any reason, including without limitation its inability to become current in its filings with the Securities and Exchange Commission ("SEC"), then Nu-D-Zine may assign its rights and obligations under this Agreement to another entity (the "Assignee") (a) that is reasonably satisfactory to XtraCard, (b) that has no active business operations and no material liabilities, (c) that is capable of making substantially the same representations and warranties as are made by Nu-D-Zine hereunder, (d) that is capable of satisfying the obligations of Nu-D-Zine hereunder, and (e) that can otherwise consummate the transactions contemplated hereby on substantially the same relative terms and conditions as are applicable to Nu-D-Zine.  In the event of an assignment contemplated by this Section, Nu-D-Zine shall thereupon be released from its obligations under this Agreement and the parties shall enter into an amendment to this Agreement substituting the Assignee for Nu-D-Zine and otherwise modifying this Agreement to the extent necessary to effect the intent of this Section.

## ARTICLE II
## THE CLOSING

2.1     The closing of the transactions contemplated hereby (the "Closing") shall take place at the offices of Adorno & Yoss, P.A., 350 East Las Olas Blvd., Suite 1700, Fort Lauderdale, Florida 33301 on October ___, 2002 (the "Closing Date") or at such other place as Nu-D-Zine and XtraCard may agree.

2.2     Deliveries.  At the Closing:

(a)     XtraCard shall deliver certificates evidencing all of the XtraCard Common Stock, duly endorsed for transfer to SUB;

(b)     Nu-D-Zine shall deliver certificates evidencing the Nu-D-Zine Shares, registered to the persons and in the amounts set forth in Schedule A, as may be amended;

(c)     the parties shall execute and deliver the Certificate of Merger;

(d)     the parties shall deliver the certificates and other documents required by Article VI; and

(e)     the parties shall execute such other and further instruments and documents as may be necessary to consummate the Merger and the other transactions described in this Agreement.

## ARTICLE III
## REPRESENTATIONS AND WARRANTIES OF Nu-D-Zine

Nu-D-Zine represents and warrants to XtraCard that, as of the Closing Date, except as otherwise disclosed in this Agreement, shall be deemed adequate to disclose an exception to a representation or warranty made herein, unless Nu-D-Zine identifies the exception with reasonable particularity, including each numbered section and paragraph of this Agreement to which the exception relates, and describes the relevant facts in reasonable detail:

3.1     <u>Due Organization and Qualification; Due Authorization.</u>

(a)     Nu-D-Zine is a corporation duly incorporated, validly existing and in good standing under the laws of its jurisdiction of formation, with full corporate power and authority to own, lease and operate its respective business and properties and to carry on its respective business in the places and in the manner as presently conducted or proposed to be conducted. Nu-D-Zine is in good standing as a foreign corporation in each jurisdiction in which it is required to so qualify, except where the failure to qualify would not result in a material adverse effect on the business, operations or financial condition of Nu-D-Zine ("Nu-D-Zine Material Adverse Effect").

(b)     Nu-D-Zine does not own, directly or indirectly, any capital stock, equity or interest in any corporation, firm, partnership, joint venture or other entity.

(c)     Nu-D-Zine has all requisite corporate power and authority to execute and deliver this Agreement, and to consummate the transactions contemplated hereby and thereby. Nu-D-Zine has taken all corporate action necessary for the execution and delivery of this Agreement and the consummation of the transactions contemplated hereby, and this Agreement constitutes the valid and binding obligation of Nu-D-Zine, enforceable against Nu-D-Zine in accordance with its respective terms, except as may be affected by bankruptcy, insolvency, moratoria or other similar laws affecting the enforcement of creditors' rights generally and subject to the qualification that the availability of equitable remedies is subject to the discretion of the court before which any proceeding therefore may be brought.

3.2     <u>No Conflicts or Defaults.</u>  The execution and delivery of this Agreement by Nu-D-Zine and the consummation of the transactions contemplated hereby do not and shall not (a) contravene the Certificate of Incorporation or Bylaws of Nu-D-Zine or (b) with or without the giving of notice or the passage of time (i) violate, conflict with, or result in a breach of, or a default or loss of rights under, any material covenant, agreement, mortgage, indenture, lease, instrument, permit or license to which Nu-D-Zine is a party or by which Nu-D-Zine is bound, or any judgment, order or decree, or any law, rule or regulation to which Nu-D-Zine is subject, (ii) result in the creation of, or give any party the right to create, any lien, charge, encumbrance or any other right or adverse interest ("Liens") upon any of the assets of Nu-D-Zine, (iii) terminate or give any party the right to terminate, amend, abandon or refuse to perform, any material agreement, arrangement or commitment to which Nu-D-Zine is a party or by which Nu-D-Zine's assets are bound, or (iv) accelerate or modify, or give any party the right to accelerate or modify, the time within which, or the terms under which, Nu-D-Zine is to perform any duties or obligations or receive any rights or benefits under any material agreement, arrangement or commitment to which it is a party.

3.3     <u>Capitalization.</u>  The authorized capital stock of Nu-D-Zine immediately prior to giving effect to the transactions contemplated hereby consists of 125,000,000 shares of Common Stock par value $.0001 per share, of which 51,735,898 shares are issued and outstanding as of December 31, 2001. All of the outstanding shares of capital stock of Nu-D-Zine are, and the Nu-D-Zine Shares when issued in accordance with the terms hereof will be, duly authorized, validly issued, fully paid and non-assessable, and have not been or, with respect to Nu-D-Zine Shares, will not be, issued in violation of any preemptive right or similar right of any person. The Nu-D-Zine Shares are

BC/NUDZ-1stinHealthAgrmt.wpd                                   4

not subject to any preemptive or subscription right, any voting trust agreement or other contract, agreement, arrangement, option, warrant, call, commitment or other right of any character obligating or entitling Nu-D-Zine to issue, sell, redeem or repurchase any of its securities. Notwithstanding the foregoing, Nu-D-Zine has advised XtraCard that, prior to the Closing, Nu-D-Zine will be required to increase the number of shares of common stock it is authorized to issue to 350,000,000.

3.4     Financial Statements.  Nu-D-Zine's Audited Financial Statements include the consolidated balance sheet of Nu-D-Zine at December 31, 2001 and the related statements of operations, stockholders' equity and cash flows for the fiscal year then ended, including the notes thereto, as audited by Weinberg & Company, P.A., certified public accountants, (collectively, the "Nu-D-Zine Financial Statements"). The Nu-D-Zine Financial Statements have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP") applied on a basis consistent throughout all periods presented, subject to, in the case of the interim statements, full notes and audit adjustments, which are not expected to be material. Such statements present fairly the financial position of Nu-D-Zine as of the dates and for the periods indicated.

3.5     Further Financial Matters.  Nu-D-Zine does not have any liabilities or obligations, whether secured or unsecured, accrued, determined, absolute or contingent, asserted or unasserted or otherwise, which are required to be reflected or reserved in a balance sheet or the notes thereto under generally accepted accounting principles, but which are not reflected in the Nu-D-Zine Financial Statements.

3.6     Taxes.  Nu-D-Zine and each subsidiary of Nu-D-Zine has filed all United States federal, state, county, local and foreign national, provincial and local returns and reports which were required to be filed on or prior to the date hereof in respect of all income, withholding, franchise, payroll, excise, property, sales, use, value added or other taxes or levies, imposts, duties, license and registration fees, charges, assessments or withholdings of any nature whatsoever (together, "Taxes"), and has paid all Taxes (and any related penalties, fines and interest) which have become due pursuant to such returns or reports or pursuant to any assessment which has become payable, or, to the extent its liability for any Taxes (and any related penalties, fines and interest) has not been fully discharged, the same have been properly reflected as a liability on the books and records of Nu-D-Zine or such subsidiary and adequate reserves therefore have been established. All such returns and reports filed on or prior to the date hereof have been properly prepared and are true, correct (and to the extent such returns reflect judgments made by Nu-D-Zine, as the case may be, such judgments were reasonable under the circumstances) and complete in all material respects. No tax return or tax return liability of Nu-D-Zine or such subsidiary has been audited or, presently under audit. Nu-D-Zine has not given or been requested to give waivers of any statute of limitations relating to the payment of any Taxes (or any related penalties, fines and interest). There are no claims pending or, to the knowledge of Nu-D-Zine, threatened, against Nu-D-Zine or such subsidiary for past due Taxes. All payments for withholding taxes, unemployment insurance and other amounts required to be paid for periods prior to the date hereof to any governmental authority in respect of employment obligations of Nu-D-Zine or such subsidiary, including, without limitation, amounts payable pursuant to the Federal Insurance Contributions Act, have been paid or shall be paid prior to the Closing and have been duly provided for on the books and records of Nu-D-Zine and in Nu-D-Zine Financial Statements.

3.7     No Adverse Changes.  There has not been (a) any material adverse change in the business, prospects, the financial or other condition, or the respective assets or liabilities of Nu-D-Zine or any subsidiary of Nu-D-Zine as reflected in the Nu-D-Zine Financial Statements, (b) any material loss sustained by Nu-D-Zine or any subsidiary of Nu-D-Zine, including, but not limited to any loss on account of theft, fire, flood, explosion, accident or other calamity, whether or not insured, which has resulted in a Nu-D-Zine Material Adverse Effect, or (c) any event, condition or state of facts, including, without limitation, the enactment, adoption or promulgation of any law, rule or regulation, the occurrence of which would result in a Nu-D-Zine Material Adverse Effect.

BC/NUDZ-1stnHealthAgrmt.wpd                     5

3.8     Litigation. (a) There is no claim, dispute, action, suit, proceeding or investigation pending or, to the knowledge of Nu-D-Zine, threatened, against or affecting the business of Nu-D-Zine or challenging the validity or propriety of the transactions contemplated by this Agreement, at law or in equity or admiralty or before any federal, state, local, foreign or other governmental authority, board, agency, commission or instrumentality, nor to the knowledge of Nu-D-Zine, has any such claim, dispute, action, suit, proceeding or investigation been pending or threatened, during the 12-month period preceding the date hereof; (b) there is no outstanding judgment, order, writ, ruling, injunction, stipulation or decree of any court, arbitrator or federal, state, local, foreign or other governmental authority, board, agency, commission or instrumentality, against or materially affecting the business of Nu-D-Zine and (c) Nu-D-Zine has not received any written or verbal inquiry from any federal, state, local, foreign or other governmental authority, board, agency, commission or instrumentality concerning the possible violation of any law, rule or regulation or any matter disclosed in respect of its business.

3.9     Brokers.   All negotiations relative to this Agreement and the transactions contemplated hereby have been carried without the intervention of any person in such a manner as to give rise to any valid claim for a finder's fee, brokerage commission or similar payment.

ARTICLE IV
REPRESENTATIONS AND WARRANTIES OF XtraCard

XtraCard represents and warrants to Nu-D-Zine that, as of the Closing Date, except as otherwise disclosed in a disclosure schedule arranged in paragraphs corresponding to the lettered and numbered paragraphs contained in this Agreement, delivered to Nu-D-Zine by XtraCard not later than 30 days prior to the Closing Date (the "XtraCard Disclosure Schedule"); provided that nothing in the XtraCard Disclosure Schedule shall be deemed adequate to disclose an exception to a representation or warranty made herein, unless the XtraCard Disclosure Schedule identifies the exception with reasonable particularity, including each numbered section and paragraph of this Agreement to which the exception relates, and describes the relevant facts in reasonable detail:

4.1     Due Organization and Qualification; Subsidiaries; Due Authorization.

(a)     XtraCard is an entity duly organized, validly existing and in good standing under the laws of its jurisdiction of formation, with full power and authority to own, lease and operate its business and properties and to carry on its business in the places and in the manner as presently conducted or proposed to be conducted.  XtraCard is in good standing as a foreign corporation in each jurisdiction in which  it is required to so qualify, except where the failure to qualify would not result in a material adverse effect on the business, operations or financial condition of XtraCard ("XtraCard Material Adverse Effect").

(b)     XtraCard has no subsidiaries and does not own, directly or indirectly, any capital stock, equity or interest in any corporation, firm, partnership, joint venture or other entity.

(c)     XtraCard has requisite power and authority to execute and deliver this Agreement, and to consummate the transactions contemplated hereby and thereby.  XtraCard has taken all action necessary for the execution and delivery of this Agreement and the consummation of the transactions contemplated hereby, and this Agreement constitutes the valid and binding obligation of XtraCard, enforceable against XtraCard in accordance with its terms, except as may be affected by bankruptcy, insolvency, moratoria or other similar laws affecting the enforcement of creditors' rights generally and subject to the qualification that the availability of equitable remedies is subject to the discretion of the court before which any proceeding therefore may be brought.

4.2    No Conflicts or Defaults. The execution and delivery of this Agreement by XtraCard and the consummation of the transactions contemplated hereby do not and shall not (a) contravene the organizational documents of XtraCard or (b) with or without the giving of notice or the passage of time, (i) violate, conflict with, or result in a breach of, or a default or loss of rights under, any material covenant, agreement, mortgage, indenture, lease, instrument, permit or license to which XtraCard is a party or by which XtraCard or any of its assets are bound, or any judgment, order or decree, or any law, rule or regulation to which XtraCard or any of its assets are subject, (ii) result in the creation of, or give any party the right to create, any Lien upon any of the assets of XtraCard, or (iii) terminate or give any party the right to terminate, amend, abandon or refuse to perform, any material agreement, arrangement or commitment to which XtraCard is a party or by which any of its assets are bound, or (iv) accelerate or modify, or give any party the right to accelerate or modify, the time within which, or the terms under which XtraCard is to perform any duties or obligations or receive any rights or benefits under any material agreement, arrangement or commitment to which it is a party.

4.3    Capitalization. The authorized capital stock of XtraCard consists of _____ shares of Common Stock par value $___ per share, of which _____ shares are issued and outstanding, which shares constitute the XtraCard Shares. There are no other authorized classes of XtraCard capital stock. All of the XtraCard Shares were duly authorized and are validly issued, fully paid and non-assessable, and were not issued in violation of the preemptive or similar right of any person. There are no preemptive or subscription rights available to holders of the XtraCard Shares. There is no voting trust agreement or other contract, agreement, arrangement, option, warrant, call, commitment or other right of any character obligating or entitling any person to acquire any shares of XtraCard capital stock.  XtraCard is not a party to any agreement to issue, sell, redeem or repurchase any of its securities.

4.4    Financial Statements. XtraCard has delivered to Nu-D-Zine copies of the balance sheet of XtraCard at December 31, 2001, and September 30, 2002, and the related statements of operations and stockholders' equity  for the two years then ended, including the notes thereto, prepared by Nu-D-Zine's management (collectively, the "XtraCard Financial Statements").  The XtraCard Financial Statements have been prepared in accordance with reasonable principles adopted and applied on a consistent basis by XtraCard management on a basis consistent throughout all periods presented, subject to full GAAP footnotes and audit adjustments, which are not expected to be material.  Such statements present fairly the financial position of XtraCard as of the dates and for the periods indicated.

4.5    Further Financial Matters. XtraCard has no material liabilities or obligations, whether secured or unsecured, accrued, determined, absolute or contingent, asserted or unasserted or otherwise, which are required to be reflected or reserved in a balance sheet or the notes thereto under generally accepted accounting principles, but which are not reflected in the XtraCard Financial Statements.

4.6    Books and Records.  The books, records and documents of XtraCard accurately reflect in all material respects all material information relating to the business of XtraCard, the location and collection of its assets, and the nature of all transactions giving rise to the assets and liabilities of XtraCard.  XtraCard (a) maintains books and records that, in reasonable detail, accurately and fairly reflect transactions and dispositions of its assets, (b) has devised and maintains a system of accounting controls sufficient to provide reasonable assurances that (i) transactions are executed in accordance with management's general or specific authorization, (ii) transactions are recorded so as to permit financial statements to be prepared in accordance with GAAP and maintain accountability for assets (including cash), (c) access to assets is permitted only in accordance with management's general or specific authorization and (d) the recorded accountability for assets is compared with the existing assets at reasonable intervals and appropriate action is taken with respect to any differences.

4.7    Taxes.  XtraCard has complied with all relevant legal requirements relating to registration or notification for taxation purposes.  All tax returns and reports filed on or prior to the date hereof have been properly prepared and are true, correct (and to the extent such returns reflect judgments made by the subsidiaries, such judgments were reasonable under the circumstances) and complete in all material respects.  No extension for the filing of any such return or report is currently in effect.  No tax return or tax return liability of XtraCard has been audited or, presently under audit. All taxes which have been asserted to be payable as a result of any audits have been paid or have been provided for in the XtraCard Financial Statements. XtraCard has not given or been requested to give waivers of any statute of limitations relating to the payment of any Taxes (or any related penalties, fines and interest).  All payments for withholding taxes, unemployment insurance and other amounts required to be paid for periods prior to the date hereof to any governmental authority in respect of employment obligations of the subsidiaries have been paid or shall be paid prior to the Closing and have been duly provided for on the books and records of XtraCard and in the XtraCard Financial Statements.

4.8    Indebtedness; Contracts; No Defaults.

(a)    The Disclosure Schedule includes a summary description of all material instruments, agreements, leases, indentures, mortgages, guarantees, notes, commitments, accommodations, letters of credit or other arrangements or understandings, whether written or oral, to which XtraCard is a party (collectively, the "XtraCard Operating Agreements").  An agreement shall not be considered material for the purposes of this Section 4.9(a) if it provides for expenditures or receipts of less than US $25,000 and has been entered into by any subsidiary in the ordinary course of business. The XtraCard Operating Agreements constitute the material XtraCard contracts, agreements, understandings and arrangements required for the operation of the business of XtraCard or which have a material effect thereon.  True, complete and accurate copies of all such material written XtraCard Operating Agreements have been made available to Nu-D-Zine.

(b)    Neither XtraCard nor, to XtraCard's knowledge, any other person or entity, is in breach in any material respect of, or in default in any material respect under, any material contract, agreement, arrangement, commitment or plan to which XtraCard is a party, and no event or action has occurred, is pending or is threatened, which, after the giving of notice, passage of time or otherwise, would constitute or result in such a material breach or material default by XtraCard or any other person or entity.  XtraCard has received no notice of default under any contract, agreement, arrangement, commitment or plan to which it is a party, which default has not been cured to the satisfaction of, or duly waived by, the party claiming such default on or before the date hereof.

4.9    Personal Property.  XtraCard has legally sufficient right, title and interest to all of its tangible personal property and assets to permit it to operate its business as presently conducted, including, without limitation, all of the assets reflected in the XtraCard Financial Statements that have not been disposed of in the ordinary course of business since December 31, 2001, free and clear of all Liens or mortgages, except for any Lien for current taxes not yet due and payable and such restrictions, if any, on the disposition of securities as may be imposed by federal or applicable state securities laws.

4.10    Real Property.  Except for leasehold improvements, XtraCard owns no real property. The XtraCard Disclosure Schedule sets forth a true and complete list of all real property leased or subleased by or to, XtraCard.

4.11    Compliance with Law.  XtraCard is conducting its business or affairs in material compliance with applicable law, ordinance, rule, regulation, court or administrative order, decree or process, or any requirement of insurance carriers. XtraCard has received no notice of violation or claimed violation of any such law, ordinance, rule, regulation, order, decree, process or requirement.

4.12   No Adverse Changes. Since December 31, 2001, there has not been (a) any material adverse change in the business, prospects, the financial or other condition, or the assets or liabilities of XtraCard as reflected in the XtraCard Financial Statements, (b) any material loss sustained by XtraCard, including, but not limited to any loss on account of theft, fire, flood, explosion, accident or other calamity, whether or not insured, which has resulted in a XtraCard Material Adverse Effect, or (c) to the best knowledge of XtraCard, any event, condition or state of facts, including, without limitation, the enactment, adoption or promulgation of any law, rule or regulation, the occurrence of which would result in a XtraCard Material Adverse Effect. Notwithstanding the foregoing, Nu-D-Zine acknowledges and understands that XtraCard's business is in an early-stage and is subject to all of the risks and challenges to which such entities are normally subject, including those identified in the XtraCard Disclosure Schedule.

4.13   Litigation. Except in the ordinary course of business, an adverse determination to which would result in a XtraCard Material Adverse Effect, (a) there is no claim, dispute, action, suit, proceeding or investigation pending or, to the knowledge of XtraCard threatened, against or affecting the business of XtraCard, or challenging the validity or propriety of the transactions contemplated by this Agreement, at law or in equity or admiralty or before any authority, board, agency, commission or instrumentality, nor to the knowledge of XtraCard, has any such claim, dispute, action, suit, proceeding or investigation been pending or threatened, during the 12-month period preceding the date hereof; (b) there is no outstanding judgment, order, writ, ruling, injunction, stipulation or decree of any court, arbitrator or federal, state, local, foreign or other governmental authority, board, agency, commission or instrumentality, against or materially affecting the business of XtraCard; and (c) XtraCard has not received nor has any subsidiary received any written or verbal inquiry from any federal, state, local, foreign or other governmental authority, board, agency, commission or instrumentality concerning the possible violation of any law, rule or regulation or any matter disclosed in respect of its business.

4.14   Insurance. XtraCard maintains insurance against all risks customarily insured against by companies in its industry. All such policies are in full force and effect, and XtraCard has received no notice from any insurance company suspending, revoking, modifying or canceling (or threatening such action) any insurance policy issued to XtraCard or subsidiary.

4.15   Certificate of Incorporation; Minute Books. True, complete and correct copies of the Certificate of Incorporation of XtraCard, and all amendments thereto have been delivered to Nu-D-Zine. The minute books of XtraCard contain true and complete records of all meetings and consents in lieu of meetings of their Board of Directors (and any committees thereof), or similar governing bodies, since the time of their respective organization. The stock records of XtraCard are true, correct and complete.

4.16   Employee Benefit Plans. XtraCard does not have in existence any share incentive, share option scheme or profit sharing bonus or other such incentive scheme for any of its directors or employees. There are no arrangements, schemes, customs or practices (whether legally enforceable or not) in operation for the payment of or contributions towards any provident fund, pensions, allowances, lump sums or other like benefits on retirement or on death or during periods of sickness or disablement for the benefit of any director or former director or employee or former employee or for the benefit of the dependents of any such persons nor has any proposal been announced to establish any such agreement or agreements.

4.17   Patents; Trademarks and Intellectual Property Rights. XtraCard owns or possesses sufficient legal rights to all patents, trademarks, service marks, trade names, copyrights, trade secrets, licenses, information, internet web site(s) proprietary rights and processes necessary for its business as now conducted without any conflict with or infringement of the rights of others. There are no outstanding options, licenses or agreements of any kind relating to the foregoing, and no subsidiary is bound by, or a party to, any options, licenses or agreements of any kind with respect to the patents,

trademarks, service marks, trade names, copyrights, trade secrets, licenses, information, proprietary rights and processes of any other person or entity.

4.18    Brokers.    All negotiations relative to this Agreement and the transactions contemplated hereby have been carried without the intervention of any person in such a manner as to give rise to any valid claim for a finder's fee, brokerage commission or similar payment.

4.19    Nature of Stockholders.    XtraCard has no more than 35 stockholders who are not "accredited", within the meaning of Rule 501(a) of Regulation D promulgated under the Act. Any stockholder of XtraCard that is not accredited (a) has such knowledge in financial and business matters that he, she or it is capable of understanding the risks and merits of an investment in Nu-D-Zine; or, (b) XtraCard will provide any such stockholder a "purchaser representative", meeting the requirements of Rule 501(h) of Regulation D. Each XtraCard stockholder will acquire the Nu-D-Zine Shares for his, her or its own account, for investment purposes, and not with a view to the distribution of the Nu-D-Zine Shares, except in compliance with applicable law.

4.20    Acknowledgement of Lack of Nu-D-Zine Operations.    XtraCard acknowledges its understanding, and XtraCard will advise each of its stockholders, that Nu-D-Zine is an inactive corporation, does not conduct business operations, and has deemed itself "a company in liquidation". While Nu-D-Zine will, prior to the Closing, take appropriate corporate action to discontinue its status as "a company in liquidation", the success of Nu-D-Zine, including the ability of XtraCard stockholders to resell their Nu-D-Zine Shares in the future, will depend upon the ability of XtraCard, through its management, to develop its business and operate at a profit.

4.21    Disclosure.    No representation or warranty of XtraCard set forth herein or in any document or statement furnished and to be furnished by XtraCard hereunder, contains an untrue statement or a material fact, omits a material fact or omits any fact necessary to make the statements made herein or therein, in light of the circumstances under which they were made, not misleading.

ARTICLE V
INDEMNIFICATION

5.1    Indemnification by Nu-D-Zine.    Nu-D-Zine hereby indemnifies and holds XtraCard harmless from and against any and all damages, losses, liabilities, obligations, costs or expenses incurred by XtraCard and arising out of the breach of any representation or warranty of Nu-D-Zine hereunder, or Nu-D-Zine's failure to perform any covenant or obligation required to be performed by it hereunder.

5.2    Indemnification by XtraCard.    XtraCard hereby indemnifies and holds Nu-D-Zine harmless from and against any and all damages, losses, liabilities, obligations, costs or expenses incurred by Nu-D-Zine and arising out of the breach of any representation or warranty of XtraCard hereunder, or XtraCard's failure to perform any covenant or obligation required to be performed by it hereunder.

5.3    Procedure for Indemnification.    Any party entitled to indemnification under this Article V (an "Indemnified Party") will give written notice to the indemnifying party of any matters giving rise to a claim for indemnification; provided, that the failure of any party entitled to indemnification hereunder to give notice as provided herein shall not relieve the indemnifying party of its obligations under this Article V except to the extent that the indemnifying party is actually prejudiced by such failure to give notice. In case any action, proceeding or claim is brought against an Indemnified Party in respect of which indemnification is sought hereunder, the indemnifying party shall be entitled to participate in and, unless in the reasonable judgment of counsel to the Indemnified Party a conflict of interest between it and the indemnifying party may exist with respect of such action, proceeding or claim, to assume the defense thereof with counsel reasonably

satisfactory to the Indemnified Party.   In the event that the indemnifying party advises an Indemnified Party that it will contest such a claim for indemnification hereunder, or fails, within 30 days of receipt of any indemnification notice to notify, in writing, such person of its election to defend, settle or compromise, at its sole cost and expense, any action, proceeding or claim (or discontinues its defense at any time after it commences such defense), then the Indemnified Party may, at its option, defend, settle or otherwise compromise or pay such action or claim.  In any event, unless and until the indemnifying party elects in writing to assume and does so assume the defense of any such claim, proceeding or action, the Indemnified Party's costs and expenses arising out of the defense, settlement or compromise of any such action, claim or proceeding shall be losses subject to indemnification hereunder.  The Indemnified Party shall cooperate fully with the indemnifying party in connection with any settlement negotiations or defense of any such action or claim by the indemnifying party and shall furnish to the indemnifying party all information reasonably available to the Indemnified Party, which relates to such action or claim.  The indemnifying party shall keep the Indemnified Party fully apprised at all times as to the status of the defense or any settlement negotiations with respect thereto.  If the indemnifying party elects to defend any such action or claim, then the Indemnified Party shall be entitled to participate in such defense with counsel of its choice at its sole cost and expense.  The indemnifying party shall not be liable for any settlement of any action, claim or proceeding effected without its prior written consent.  Notwithstanding anything in this Article V to the contrary, the indemnifying party shall not, without the Indemnified Party's prior written consent, settle or compromise any claim or consent to entry of any judgment in respect thereof which imposes any future obligation on the Indemnified Party or which does not include, as an unconditional term thereof, the giving by the claimant or the plaintiff to the Indemnified Party of a release from all liability in respect of such claim.  The indemnity agreements contained herein shall be in addition to (a) any cause of action or similar rights of the Indemnified Party against the indemnifying party or others, and (b) any liabilities the indemnifying party may be subject to.

5.4   Time for Assertion.   No party to this Agreement shall have any liability (for indemnification or otherwise) with respect to any representation, warranty or covenant or obligation to be performed and complied hereunder, unless notice of any such liability is provided on or before one year from the date hereof.

5.5   Basket.  Notwithstanding any conflicting or inconsistent provisions hereof, XtraCard shall not be liable in damages, indemnity or otherwise to Nu-D-Zine or SUB in respect of the inaccuracy or breach of any representations, warranties, covenants or agreements herein, except to the extent that the damages to Nu-D-Zine and SUB, singularly or in the aggregate, exceed the sum of $25,000.  Notwithstanding any conflicting or inconsistent provisions hereof, Nu-D-Zine and SUB shall not be liable in damages, indemnity or otherwise to XtraCard in respect to the inaccuracy or breach of any representations, warranties, covenants or agreements herein except to the extent that damages to XtraCard exceed, individually or in the aggregate, the sum of $25,000.

<center>ARTICLE VI
CONDITIONS PRECEDENT</center>

6.1   Conditions Precedent to the Obligations of Nu-D-Zine. The obligations of Nu-D-Zine to consummate the transactions contemplated by this Agreement are subject to satisfaction of the following conditions at or prior to the Closing:

(a)   the representations and warranties of XtraCard contained in this Agreement, shall be true and correct in all material respects at and as of the Closing Date;

(b)   XtraCard shall have performed and complied with each of its covenants hereunder in all material respects as of and through the Closing;

(c)   there shall not be any injunction, judgment, order, decree, ruling, or charge

in effect preventing consummation of any of the transactions contemplated by this Agreement;

(d)      no event shall have occurred that results in or causes, or could reasonably result in or cause, a XtraCard Material Adverse Effect;

(e)      XtraCard shall have delivered to Nu-D-Zine "lock-up" agreements in the form of Exhibit 6.1(e), whereby each XtraCard stockholder agrees not to transfer or dispose of his, her or its Nu-D-Zine Shares for a period of at least three years following the Closing;

(f)      XtraCard shall have delivered to Nu-D-Zine the legally enforceable agreement of Robert Steinberg and _____, in form and substance reasonably acceptable to Nu-D-Zine, to vote their Nu-D-Zine Shares to implement the provisions of Section 7.6;

(g)      This Agreement shall have been approved by the stockholders of XtraCard, to the extent and in the manner required by Section ___ of the FCL;

(h)      XtraCard shall have delivered to Nu-D-Zine, the XtraCard Disclosure Schedule;

(i)      XtraCard shall have delivered to Nu-D-Zine a Certificate duly executed by its President and Chief Executive Officer, certifying that each of the conditions specified above in subsections (a) through (d) of this Section 6.1 has been satisfied in all material respects; and

(j)      all actions to be taken by XtraCard in connection with consummation of the transactions contemplated hereby and all certificates, opinions, instruments, and other documents required to effect the transactions contemplated hereby will be reasonably satisfactory in form and substance to Nu-D-Zine.

6.2      Conditions Precedent to the Obligations of XtraCard. The obligations of XtraCard to consummate the transactions contemplated by this Agreement are subject to satisfaction of the following conditions at or prior to the Closing:

(a)      the representations and warranties of Nu-D-Zine set forth in this Agreement, shall be true and correct in all material respects at and as of the Closing Date;

(b)      Nu-D-Zine shall have performed and complied with each of its covenants hereunder in all material respects as of and through the Closing;

(c)      there shall not be any injunction, judgment, order, decree, ruling, or charge in effect preventing consummation of any of the transactions contemplated by this Agreement;

(d)      no event shall have occurred that results in or causes, or could reasonably result in or cause, a Nu-D-Zine Material Adverse Effect;

(e)      Nu-D-Zine shall have increased the number of shares of common stock it is authorized to issue to 350,000,000.

(f)      Nu-D-Zine shall have delivered to XtraCard, the Nu-D-Zine Disclosure Schedule, to the extent that Nu-D-Zine has any information requiring disclosure;

(g)      Nu-D-Zine shall have delivered to XtraCard a Certificate duly executed by its President and Chief Executive Officer, certifying that each of the conditions specified above in subsections (a) through (d) of this Section 6.2 has been satisfied in all material respects; and

(h)    all actions to be taken by Nu-D-Zine in connection with consummation of the transactions contemplated hereby and all certificates, opinions, instruments, and other documents required to effect the transactions contemplated hereby will be reasonably satisfactory in form and substance to XtraCard.

## ARTICLE VII
## ADDITIONAL AGREEMENTS

7.1    <u>Consents; Filings</u>.  Upon the terms and subject to the conditions hereof, each of the parties hereto shall (a) use all commercially reasonable efforts to take, or cause to be taken, all appropriate action and do, or cause to be done, all things necessary, proper or advisable under applicable law or otherwise to consummate and make effective the Merger and this Agreement, (b) use all reasonable efforts to obtain from third parties any consents, licenses, permits, waivers, approvals, authorizations or orders required to be obtained or made by XtraCard or Nu-D-Zine or any XtraCard subsidiary, in connection with the authorization, execution and delivery of this Agreement and the consummation of the Merger and the other transactions contemplated by this Agreement and (c) make all necessary filings, and thereafter make any other required submissions, with respect to this Agreement, the asset sale and the other transactions contemplated by this Agreement that are required under any applicable law.

7.2    <u>Access to Books and Records</u>.  During the course of this transaction, from the date hereof through Closing, each party agrees to make available for inspection all corporate books, records and assets, and otherwise afford to each other and their respective representatives, reasonable access to all documentation and other information concerning the business, financial and legal conditions of each other for the purpose of conducting a due diligence investigation thereof.  Such due diligence investigation shall be for the purpose of satisfying each party as to the business, financial and legal condition of each other for the purpose of determining the desirability of consummating the proposed transaction.  The parties further agree to keep confidential and not use for their own benefit, except in accordance with this Agreement any information or documentation obtained in connection with any such investigation.

7.3    <u>No Public Disclosure</u>.  Without the prior written consent of the other, no party to this Agreement will, and will each cause their respective representatives not to, make any release to the press or other public disclosure with respect to either the fact that discussions or negotiations have taken place concerning the transactions contemplated by this Agreement, the existence or contents of this Agreement or any prior correspondence relating to this transactions contemplated by this Agreement, except for such public disclosure as may be necessary, in the written opinion of outside counsel (reasonably satisfactory to the other parties) for the party proposing to make the disclosure not to be in violation of or default under any applicable law, regulation or governmental order.  If either party proposes to make any disclosure based upon such an opinion, that party will deliver a copy of such opinion to the other party, together with the text of the proposed disclosure, as far in advance of its disclosure as is practicable, and will in good faith consult with and consider the suggestions of the other party concerning the nature and scope of the information it proposes to disclose.

7.4    <u>Confidential Information</u>.  In connection with the negotiation of this Agreement and the consummation of the transactions contemplated hereby, each party hereto will have access to data and confidential information relating to the other party.  Each party hereto shall treat such data and information as confidential, preserve the confidentiality thereof and not duplicate or use such data or information, except in connection with the transactions contemplated hereby, and in the event of the termination of this Agreement for any reason whatsoever, each party hereto shall return to the other all documents, work papers and other material (including all copies thereof) obtained in connection with the transactions contemplated hereby and will use reasonable efforts, including instructing its employees who have had access to such information, to keep confidential and not to use any such data or information; provided, however, that such obligations shall not apply to any data and information (a) which at the time of disclosure, is available publicly, (b) which, after disclosure, becomes available publicly through no fault of the receiving party, (c) which the receiving party knew or to which the receiving party had access prior to disclosure by the disclosing party, (d) which is required by law, regulation or exchange rule, or in connection with legal process, to be disclosed,

BC/NUDZ-1stinHealthAgrmt.wpd                                14

(e) which is disclosed by a receiving party to its attorneys or accountants, who shall respect the above restrictions, or (f) which is obtained in connection with any Tax matters and is disclosed in connection with the filing of Tax returns or claims for refund or in conducting an audit or other proceeding.

      7.5    Additional Information.

          (a)    Nu-D-Zine has advised XtraCard, and XtraCard shall, prior to any vote by XtraCard stockholders in connection with the transactions contemplated by this Agreement, advise each of its stockholders, that in connection with its obtaining stockholder approval for the Merger and the other transactions contemplated by this Agreement, XtraCard shall deliver to each of its stockholders a copy of this Agreement, as well as the Nu-D-Zine Annual Report.

          (b)    From the date hereof and continuing until the Closing, Nu-D-Zine agrees to afford XtraCard and each of its stockholders with the opportunity to ask questions of, and receive answers from, the officers and/or directors of Nu-D-Zine, concerning the terms and conditions of this transaction, and to obtain any additional information, to the extent that Nu-D-Zine possesses such information or can acquire it without unreasonable effort or expense, necessary to verify the accuracy of information furnished by Nu-D-Zine.

      7.6    Board Seats.    For a period of ten years following the Closing Date, XtraCard shall have the right to designate three persons who will be included on management's slate of nominees to serve as members of Nu-D-Zine's Board of Directors.

<div align="center">

ARTICLE VIII
TERMINATION

</div>

      8.1    Termination by Mutual Consent.  This Agreement may be terminated by mutual consent of all parties, in writing, signed by each of the parties hereto.

      8.2    Effect of Termination. Except as otherwise set forth in a mutual termination pursuant to Section 8.1, termination of this Agreement shall not preclude the parties from pursuing all remedies available to them under applicable law for any breach of this Agreement.

<div align="center">

ARTICLE IX
MISCELLANEOUS

</div>

      9.1    Survival of Representations, Warranties and Agreements.  All representations and warranties and statements made by a party to in this Agreement or in any document or certificate delivered pursuant hereto shall survive the Closing Date for a period of one year. Each of the parties hereto is executing and carrying out the provisions of this agreement in reliance upon the representations, warranties and covenants and agreements contained in this agreement or at the closing of the transactions herein provided for and not upon any investigation which it might have made or any representations, warranty, agreement, promise or information, written or oral, made by the other party or any other person other than as specifically set forth herein.

      9.2    Further Assurances. If, at any time after the Closing, the parties shall consider or be advised that any further deeds, assignments or assurances in law or that any other things are necessary, desirable or proper to complete the merger in accordance with the terms of this agreement or to vest, perfect or confirm, of record or otherwise, the title to any property or rights of the parties hereto, the Parties agree that their proper officers and directors shall execute and deliver all such proper deeds, assignments and assurances in law and do all things necessary, desirable or proper to vest, perfect or confirm title to such property or rights and otherwise to carry out the purpose of this

Agreement, and that the proper officers and directors the parties are fully authorized to take any and all such action.

9.3   Notice.   All communications, notices, requests, consents or demands given or required under this Agreement shall be in writing and shall be deemed to have been duly given when delivered to, or received by prepaid registered or certified mail or recognized overnight courier addressed to, or upon receipt of a facsimile sent to, the party for whom intended, as follows, or to such other address or facsimile number as may be furnished by such party by notice in the manner provided herein:

If to Nu-D-Zine:


Nu-D-Zine, Inc.
1900 Corporate Blvd., Suite 305W
Boca Raton, Florida 33431
Attention: President
Tel:  561-241-9921
Fax: 561-241-7011


With a copy to:

Adorno & Yoss, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Attention: James Schneider, Esq.
Tel:  954-763-1200
Fax:  954-766-7800


If to XtraCard:


c/o _____
_____
_____
Attention: _____
Tel: _____
Fax: _____


With a copy to:


_____
_____
_____
Attention: _____
Tel: _____
Fax: _____


Or such other as XtraCard may notify to the other parties to the Agreement by not less than five (5) Business Day's notice.

9.4    Entire Agreement.    This Agreement, the Schedules and any instruments and agreements to be executed pursuant to this Agreement, sets forth the entire understanding of the parties hereto with respect to its subject matter, merges and supersedes all prior and contemporaneous understandings with respect to its subject matter and may not be waived or modified, in whole or in part, except by a writing signed by each of the parties hereto. No waiver of any provision of this Agreement in any instance shall be deemed to be a waiver of the same or any other provision in any other instance. Failure of any party to enforce any provision of this Agreement shall not be construed as a waiver of its rights under such provision.

9.5    Successors and Assigns.    This Agreement shall be binding upon, enforceable against and inure to the benefit of, the parties hereto and their respective heirs, administrators, executors, personal representatives, successors and assigns, and nothing herein is intended to confer any right, remedy or benefit upon any other person. This Agreement may not be assigned by any party hereto except with the prior written consent of the other parties, which consent shall not be unreasonably withheld.

9.6    Governing Law; Venue.    This Agreement shall in all respects be governed by and construed in accordance with the laws of the State of Florida are applicable to agreements made and fully to be performed in such state, without giving effect to conflicts of law principles. The parties further: (a) agree that any legal suit, action or proceeding arising out of or relating to this Agreement shall be instituted exclusively in any Federal or State court of competent jurisdiction within the County of Palm Beach, State of Florida, (b) waive any objection that they may have now or hereafter to the venue of any such suit, action or proceeding, and (c) irrevocably consent to the in personam jurisdiction of any Federal or State court of competent jurisdiction within the County of Palm Beach, State of Florida in any such suit, action or proceeding. The parties each further agree to accept and acknowledge service of any and all process which may be served in any such suit, action or proceeding in a Federal or State court of competent jurisdiction within the County of Palm Beach, State of Florida, and that service of process upon the parties mailed by certified mail to their respective addresses shall be deemed in every respect effective service of process upon the parties, in any action or proceeding.

9.7    Counterparts.    This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

9.8    Construction.    Headings contained in this Agreement are for convenience only and shall not be used in the interpretation of this Agreement. References herein to Articles, Sections and Exhibits are to the articles, sections and exhibits, respectively, of this Agreement. The XtraCard Disclosure Schedule is hereby incorporated herein by reference and made a part of this Agreement. As used herein, the singular includes the plural, and the masculine, feminine and neuter gender each includes the others where the context so indicates.

9.9    Severability.    If any provision of this Agreement is held to be invalid or unenforceable by a court of competent jurisdiction, this Agreement shall be interpreted and enforceable as if such provision were severed or limited, but only to the extent necessary to render such provision and this Agreement enforceable.

9.10    Costs and Expenses.    Each party shall be responsible for its costs and expenses in connection with this Agreement.

IN WITNESS WHEREOF, each of the parties hereto has executed this Agreement as of the date first set forth above.

NU-D-ZINC, INC.

By:_____
Name:

1ST IN XTRACARD, INC.

By:_____
Name:

## SCHEDULE A

| Name and Address of Stockholder | Number of XtraCard Shares | Number of Nu-D-Zine Shares |
|---|---|---|
| | | |

BC/NUDZ-1stmHealthAgrmt.wpd

# APPENDIX II

## INDUSTRY AND ECONOMIC DATA

*For 9/30/02 Data*

September 27, 2002                                                    Vol. 4 No. 37

# HOULIHAN LOKEY HOWARD & ZUKIN
# WEEKLY MARKET UPDATE

| Page 1 | Page 2 | Page 3 | Page 4 | Page 5 | Page 6 |
|---|---|---|---|---|---|
| Major Equity Market Indices | Currency | Corporate Governance Headlines | Leadership through Integrity & Independence - Financial Opinions Advisory Services | Forward Calendar | Top Ten Announced M&A Transactions |
| U.S. Government Yield Curve | Significant Interest Rates Interest Rate Spreads Swap Spread Monitor | | | IPO Activity U.S. Economic Releases | Selected Equity Indices by Industry Group |

## Major Equity Market Indices

| Index | Friday Close | | | | % Change From | | |
|---|---|---|---|---|---|---|---|
| | Current | 1 Week | 1 Year | Dec. 31 '01 | 1 Week | 1 Year | YTD |
| Dow Jones Industrial | 7,701.45 | 7,986.02 | 8,847.56 | 10,021.50 | -3.56% | -12.95% | -23.15% |
| S&P 500 | 827.36 | 845.39 | 1,040.94 | 1,148.08 | -2.13% | -20.52% | -27.94% |
| NASDAQ Composite | 1,199.08 | 1,221.09 | 1,498.80 | 1,950.40 | -1.80% | -20.00% | -38.52% |
| Wilshire 5000 | 7,872.54 | 8,023.18 | 9,562.95 | 10,707.68 | -1.88% | -17.68% | -26.48% |
| Russell 2000 | 361.77 | 367.28 | 404.87 | 488.50 | -1.50% | -10.65% | -25.94% |
| TSE 300 Index | 6,111.11 | 6,202.03 | 6,838.56 | 7,688.41 | -1.47% | -10.64% | -20.52% |
| Mexican Bolsa | 5,801.12 | 5,788.78 | 5,403.53 | 6,372.28 | 0.21% | 7.36% | -8.96% |
| Tokyo (Nikkei 225) | 9,530.44 | 9,481.08 | 9,774.68 | 10,542.62 | 0.52% | -2.50% | -9.60% |
| Hang Seng Stock Index | 9,294.46 | 9,328.22 | 9,950.70 | 11,397.21 | -0.36% | -6.59% | -18.45% |
| FTSE 100 Index | 3,907.20 | 3,860.10 | 4,903.40 | 5,217.40 | 1.22% | -20.32% | -25.11% |
| Korea Composite Index | 663.72 | 704.12 | 479.68 | 693.70 | -5.74% | 38.37% | -4.32% |

## U.S. Government Yield Curve



* No significant change between Current and 1 Week.

LOS ANGELES  NEW YORK  CHICAGO  SAN FRANCISCO  MINNEAPOLIS  WASHINGTON, D.C.  DALLAS  ATLANTA  LONDON

PHONE: (800) 971-2663          WWW.HLHZ.COM          FAX: (800) 554-4515

Copyright © 2002 Houlihan Lokey Howard & Zukin. All rights reserved. It is illegal under Federal copyright law to reproduce this publication or any portion of its contents without the publisher's permission. Houlihan Lokey Howard & Zukin gathers its data from sources it considers reliable; however, it does not guarantee the accuracy or completeness of the information provided within this publication.

September 27, 2002    Vol. 4 No. 37

# HOULIHAN LOKEY HOWARD & ZUKIN

**WEEKLY MARKET UPDATE**    2

## Currency

| Denomination | Spot Rate | Friday Close 1 Week | Friday Close 1 Year |
|---|---|---|---|
| Canadian Dollar | 1.578 | 1.573 | 1.579 |
| Mexican Peso | 10.185 | 10.286 | 9.514 |
| Euro Curr. Unit | 1.019 | 1.018 | 1.097 |
| British Pound | 0.641 | 0.643 | 0.678 |
| German Mark | 1.994 | 1.991 | 2.146 |
| French Franc | 6.687 | 6.676 | 7.198 |
| Italian Lira | 1,973.770 | 1,970.560 | 2,124.730 |
| Swiss Franc | 1.493 | 1.491 | 1.620 |
| Japanese Yen | 122.560 | 123.400 | 119.560 |
| S. Korean Won | 1,230.000 | 1,209.400 | 1,304.500 |
| Indonesian Rupiah | 9,015.000 | 9,033.000 | 9,715.000 |
| Malaysian Ringgit | 3.800 | 3.801 | 3.800 |
| Thailand Baht | 43.380 | 43.350 | 44.510 |

*Units of currency per US$.*

## Significant Interest Rates

| | Current | Friday Close 1 Week | Friday Close 1 Year |
|---|---|---|---|
| Prime Rate | 4.75% | 4.75% | 6.00% |
| 1-Month LIBOR | 1.82% | 1.82% | 2.63% |
| 3-Month LIBOR | 1.81% | 1.80% | 2.59% |
| 6-Month LIBOR | 1.75% | 1.77% | 2.52% |
| 1-Year LIBOR | 1.81% | 1.87% | 2.64% |

## Interest Rate Spreads

| Term | Treasury YTM | AA- Corporate YTM | AA- Corporate Implied Spread | BBB Corporate YTM | BBB Corporate Implied Spread | BB Corporate YTM | BB Corporate Implied Spread | B+ Corporate YTM | B+ Corporate Implied Spread | B- Corporate YTM | B- Corporate Implied Spread |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 Mo. | 1.65% | 2.07% | 42 | 3.13% | 148 | 7.45% | 580 | 8.17% | 652 | 10.22% | 857 |
| 6 Mo. | 1.61% | 2.05% | 44 | 2.97% | 136 | 7.38% | 577 | 8.11% | 650 | 10.15% | 854 |
| 1 Year | 1.68% | 2.12% | 44 | 3.20% | 152 | 7.54% | 586 | 8.20% | 652 | 10.36% | 868 |
| 2 Year | 1.97% | 2.32% | 35 | 3.46% | 149 | 7.61% | 564 | 8.45% | 648 | 10.37% | 840 |
| 3 Year | 2.27% | 2.74% | 47 | 3.98% | 171 | 7.75% | 548 | 8.70% | 643 | 10.80% | 853 |
| 5 Year | 2.86% | 3.42% | 56 | 4.57% | 171 | 8.16% | 530 | 9.08% | 622 | 11.40% | 854 |
| 7 Year | 3.42% | 4.23% | 81 | 5.39% | 197 | 8.40% | 498 | 9.41% | 599 | 11.93% | 851 |
| 10 Year | 3.79% | 4.65% | 86 | 5.50% | 171 | 8.60% | 481 | 9.51% | 572 | 12.43% | 864 |
| 20 Year | 4.85% | 5.73% | 88 | 6.57% | 172 | 9.77% | 492 | 10.53% | 568 | 13.46% | 861 |
| 30 Year | 5.37% | 5.71% | 34 | 6.64% | 127 | 9.67% | 430 | 10.52% | 515 | 13.54% | 817 |

## Swap Spread Monitor

| Term | Current Treasury Rate | Current All in Rates Bid | Current All in Rates Ask | Current Swap Spread Bid | Current Swap Spread Ask | 1 Week Ago Treasury Rate | 1 Week Ago All in Rates Bid | 1 Week Ago All in Rates Ask | 1 Week Ago Swap Spread Bid | 1 Week Ago Swap Spread Ask | 1 Year Ago Treasury Rate | 1 Year Ago All in Rates Bid | 1 Year Ago All in Rates Ask | 1 Year Ago Swap Spread Bid | 1 Year Ago Swap Spread Ask |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 Year | 1.97% | 2.19% | 2.22% | 0.22% | 0.25% | 1.94% | 2.34% | 2.36% | 0.40% | 0.42% | 2.86% | 3.36% | 3.40% | 0.50% | 0.54% |
| 3 Year | 2.27% | 2.65% | 2.68% | 0.38% | 0.41% | 2.25% | 2.79% | 2.82% | 0.54% | 0.57% | 3.22% | 3.90% | 3.94% | 0.68% | 0.72% |
| 5 Year | 2.86% | 3.32% | 3.34% | 0.46% | 0.48% | 2.86% | 3.46% | 3.46% | 0.60% | 0.60% | 3.93% | 4.53% | 4.57% | 0.60% | 0.64% |
| 7 Year | 3.42% | 3.81% | 3.84% | 0.39% | 0.42% | 3.42% | 3.92% | 3.94% | 0.50% | 0.52% | 4.37% | 4.91% | 4.95% | 0.54% | 0.58% |
| 10 Year | 3.79% | 4.29% | 4.31% | 0.50% | 0.52% | 3.79% | 4.36% | 4.39% | 0.57% | 0.60% | 4.60% | 5.23% | 5.27% | 0.63% | 0.67% |
| 20 Year | 4.85% | 5.00% | 5.04% | 0.15% | 0.19% | 4.82% | 5.06% | 5.09% | 0.24% | 0.27% | 5.45% | 5.80% | 5.84% | 0.35% | 0.39% |

September 27, 2002                                    Vol. 4 No. 37
HOULIHAN LOKEY HOWARD & ZUKIN
**WEEKLY MARKET UPDATE**                                          3

# Corporate Governance Headlines

Corporate governance reforms and issues have recently become prevalent themes of the news media. Houlihan Lokey has recently introduced its Board of Directors Advisory Service to address concerns that have recently surfaced as a result of these recent events. News highlights this week include:

### *September 25, 2002*
**SEC Dismisses Claims It Will Not Go After Outside Directors**
SEC officials this week reaffirmed their intentions to fully investigate the conduct of all involved in recent corporate scandals, including outside directors. These comments came amid reports by the *Wall Street Journal* suggesting that some outside Enron board members might be spared of disciplinary action. SEC Chairman Harvey Pitt called these reports "factually inaccurate and irresponsible," with enforcement division director Stephen Cutler adding, "[t]here is no accounting or financial case in which we don't closely scrutinize the conduct of the board of directors," including independent directors.

### *September 26, 2002*
**BusinessWeek Identifies Bad Apples Among Company Boards**
In their October 7 issue, *BusinessWeek* named their top choices for best and worst company boards. Using board independence and stock ownership as criteria, the magazine conducted a survey among 51 experts in corporate governance, as well as a proxy analysis that yielded the corporate governance and performance ratings. Among the companies listed with were General Electric, 3M, Colgate-Palmolive, and Home Depot, with Walt Disney garnering honors for most improved board. Earning the opposite distinction were boards such as Apple Computer, Gap, Conseco, Dillard's, Kmart, Qwest, Tyson Foods, and Xerox.

### *September 26, 2002*
**Tyco Board Allegedly Aware of Executive Compensation Packages**
In the latest string of Tyco developments, recently disclosed minutes from a February board meeting appeared to contradict an internal investigation finding that board members had no knowledge of management's financial misdeeds. Internal documents further suggested that a board member pressured Human Resources Director Patricia Prue to engage in conduct she felt was "dishonest" during the investigation. Additional reports also suggested that Tyco's compensation committee offered then-CFO Mark Swartz a $44.8 million cash severance package in early August, even as he was being investigated for fraud by a Manhattan Grand Jury.

### *September 27, 2002*
**Regulators Crack Down on Corporate Fraud**
Citing substantial progress in enforcement against corporate fraud, President George W. Bush drew attention to over 100 investigations launched and 150 charges levied by the Department of Justice since his July announcement of a federal task force on corporate responsibility. In addition, the SEC has filed 156 actions related to fraud or disclosure violations, a 51% increase over 2000, and has secured 57 orders this year to freeze assets to protect investor interests. These orders, which apply to corporate as well as individual assets, consist of a 33% increase over last year.

September 27, 2002                                        Vol. 4 No. 37

# HOULIHAN LOKEY HOWARD & ZUKIN
## WEEKLY MARKET UPDATE                                           5

# Forward Calendar

| Issuer | Type/ Maturity | Coupon/ Percent | Amount (in Millions) | Priced | Lead Manager |
|---|---|---|---|---|---|
| Alabama Power Cap Tr V | 7-Yr Co Guarnt | 5.500 | $200 | Not Priced | Leh |
| Alabama Power Cap Tr V | 5-Yr Co Guarnt | 4.750 | $100 | Not Priced | Leh |
| Archer-Daniels-Midland | 30-Yr Nts | 5.875 | $500 | Priced | BAS, JPM, SSB |
| DePfa Pfandbriefbank | 5-Yr Nts | 3.375 | $2,000 | Not Priced | HSBC, ML, SSSB |
| Gillette Co | 5-Yr Nts | 3.500 | $500 | Priced | Leh |
| HSBC USA Inc | 2-Yr Nts | 3MO US$LIBOR +15BP* | $300 | Not Priced | HSBC |
| Otter Tail Corp | 30-Yr Nts | 6.800 | $25 | Priced | AGE |
| Otter Tail Corp | 15-Yr Nts | 5.625 | $40 | Priced | AGE |
| Pitney Bowes Inc | 10-Yr Nts | 4.625 | $400 | Priced | DBSI, JPM |
| Province of Ontario | 7-Yr Bonds | 3.750 | $300 | Priced | RBCCM |
| Royal Bk of Scot Grp PLC | 12-Yr Sub Nts | 5.000 | $750 | Priced | BAS, GS, JPM |
| Staples Inc | 10-Yr Nts | 7.375 | $325 | Priced | JPM, SSB |
| Verizon Florida Inc | 11-Yr Debentures | 6.125 | $350 | Priced | ABN, HSBC |

* Float Rate Note

# IPO Activity

| Company Name | Industry | Pricing Date | Manager | Dollar Total ($ in Millions) |
|---|---|---|---|---|
| Nuveen Quality Preferred Income Fund II | Closed-end Funds | 09/26/02 | Salomon Smith Barney | $1,629.00 |
| Neuberger Berman Intermediate Municipal Fund Inc | Closed-end Funds | 09/23/02 | Merrill Lynch | $292.50 |
| Neuberger Berman New York Inter. Muni. Fund Inc | Closed-end Funds | 09/23/02 | Merrill Lynch | $77.25 |
| Neuberger Berman California Inter. Muni. Fund Inc | Closed-end Funds | 09/23/02 | Merrill Lynch | $94.50 |

# U.S. Economic Releases

| Indicator | Time Period | Survey | Actual | Prior |
|---|---|---|---|---|
| Gross Domestic Product | 2Q F | 1.1% | 1.3% | 1.1% |
| GDP Price Deflator | 2Q F | 1.1% | 1.2% | 1.1% |
| U. of Michigan Confidence | Sep F | 86.0% | 86.1 | 86.2 |
| Personal Income | Aug | 0.5% | -- | 0.0% |
| Spending | Aug | 0.5% | -- | 1.0% |
| Chicago Purchasing Mgr | Sep | 53.0 | -- | 54.9 |
| Domestic Vehicle Sales | Sep | 13.9M | -- | 15.4M |
| Construction Spending | Aug | -0.1% | -- | 0.0% |
| ISM Manufacturing | Sep | 51.0 | -- | 50.5 |
| ISM Prices Paid | Sep | 60.0 | -- | 61.5 |
| Initial Jobless Claims | Sep 28 | 414K | -- | 406K |
| Continuing Claims | Sep 21 | -- | -- | 3678K |
| Factory Orders | Aug | -0.5% | -- | 4.7% |
| ISM Non-Manufacturing | Sep | 51.4 | -- | 50.9 |

September 27, 2002    Vol. 4 No. 37

**H** HOULIHAN LOKEY HOWARD & ZUKIN

**WEEKLY MARKET UPDATE**   6

# Top Ten Announced M&A Transactions

For additional information on the current M&A market, visit www.mergerstat.com - or call Mergerstat® at 1 (800) 455-8871.

| Announce Date | Buyer Name | Seller Name | Unit Sold | Deal Size ($ in Millions) | Seller Primary SIC Code | Industry Description |
|---|---|---|---|---|---|---|
| 9/26/02 | M&T Bank Corp | Allied Irish Banks PLC | Allfirst Financial Inc | $2,883.2 | 6021 | Banking & Finance |
| 9/23/02 | RH Donnelley Corp | Sprint Corp | Directory Publishing Ops | 2,230.0 | 2741 | Printing & Publishing |
| 9/22/02 | Management Group | Dole Food Co Inc | | 1,267.0 | 179 | Agricultural Production |
| 9/24/02 | Microsoft Corp | Rare Ltd | | 375.0 | 7372 | Computer Software, Supplies & Svcs |
| 9/23/02 | BMC Software Inc | Peregrine Systems Inc | Peregrine Remedy Inc | 350.0 | 7372 | Computer Software, Supplies & Svcs |
| 9/27/02 | Northern Trust Corp | Deutsche Bank AG | Index Tracking Fund Unit | 261.1 | 6282 | Brokerage, Investment & Mgmt. Consulting |
| 9/24/02 | Viva Ventures | Bulgarian Telecommunications Co | | 245.6 | 4813 | Communications |
| 9/24/02 | Private Group | Bulgarian Telecommunications Co | | 230.8 | 4813 | Communications |
| 9/23/02 | Enbridge Inc | The Williams Cos Inc | Alliance Pipeline LP | 173.2 | 4922 | Electric, Gas, Water & Sanitary Svcs |
| 9/26/02 | OpenTV Corp | Liberty Media Corp | Wink Communications Inc | 101.0 | 7372 | Computer Software, Supplies & Svcs |

# Selected Equity Indices by Industry Group

| Index | Friday Close | | | | % Change From | | |
|---|---|---|---|---|---|---|---|
| | Current | 1 Week | 1 Year | Dec 31 '01 | 1 Week | 1 Year | YTD |
| Aerospace & Defense | 201.35 | 206.82 | 180.83 | 208.39 | -2.64% | 11.35% | -3.38% |
| Communications: | | | | | | | |
| Broadcast & Cable | 214.42 | 212.00 | 275.27 | 329.71 | 1.14% | -22.11% | -34.97% |
| Movies & Entertainment | 122.66 | 121.06 | 181.83 | 201.15 | 1.32% | -32.54% | -39.02% |
| Communications Equipment | 101.43 | 107.18 | 156.09 | 206.52 | -5.36% | -35.02% | -50.89% |
| Construction & Engineering | 59.57 | 60.71 | 87.25 | 94.12 | -1.88% | -31.72% | -36.71% |
| Foods Products | 187.68 | 185.94 | 190.32 | 202.71 | 0.94% | -1.39% | -7.41% |
| Health Care: | | | | | | | |
| Health Care Providers & Services | 153.94 | 152.90 | 151.01 | 147.15 | 0.68% | 1.94% | 4.61% |
| Managed Health Care | 191.10 | 195.59 | 156.37 | 172.35 | -2.30% | 22.21% | 10.88% |
| Health Care | 296.02 | 296.54 | 380.04 | 385.59 | -0.18% | -22.11% | -23.23% |
| Health Care Equipment | 334.06 | 336.71 | 366.49 | 415.46 | -0.79% | -8.85% | -19.59% |
| Insurance: | | | | | | | |
| Insurance Brokers | 227.54 | 229.34 | 289.09 | 308.80 | -0.78% | -21.29% | -26.31% |
| Life & Health Insurance | 143.66 | 142.97 | 176.34 | 183.25 | 0.48% | -18.53% | -21.60% |
| Property & Casualty | 176.80 | 179.05 | 204.70 | 210.97 | -1.26% | -13.63% | -16.20% |
| Retail: | | | | | | | |
| Specialty | 75.20 | 75.77 | 63.95 | 90.26 | -0.75% | 17.59% | -16.69% |
| Drugs | 338.04 | 327.53 | 353.54 | 342.74 | 3.21% | -4.38% | -1.37% |
| Apparel | 269.85 | 291.48 | 228.43 | 299.01 | -7.42% | 18.13% | -9.75% |
| Foods | 105.16 | 108.75 | 162.95 | 160.19 | -3.30% | -35.46% | -34.35% |
| Department Stores | 136.84 | 149.61 | 119.59 | 166.80 | -8.54% | 14.42% | -17.96% |
| Real Estate | 92.36 | 94.41 | 89.23 | 93.40 | -2.17% | 3.51% | -1.11% |
| Restaurants | 169.24 | 165.67 | 183.27 | 197.01 | 2.15% | -7.66% | -14.10% |
| Technology Hardware & Equipment | 157.36 | 163.83 | 225.95 | 316.24 | -3.95% | -30.36% | -50.24% |
| Textile & Apparel | 146.31 | 152.85 | 133.43 | 168.86 | -4.28% | 9.65% | -13.35% |



January 11, 2002                                                                Vol. 5 No. 1

# HOULIHAN LOKEY HOWARD & ZUKIN
# WEEKLY MARKET UPDATE

| Page 1 | Page 2 | Page 3 | Page 4 | Page 5 |
|---|---|---|---|---|
| Major Equity Market Indices<br>U.S. Government Yield Curve | Currency<br>Significant Interest Rates<br>Interest Rate Spreads<br>Swap Spread Monitor | HLHZ #1 -<br>"Of All the Impressive<br>Numbers We Posted in 2001,<br>#1 is Our Favorite" | Forward Calendar<br>IPO Activity<br>U.S. Economic Releases | Top Ten Announced M&A Transactions<br>Selected Equity Indices by<br>Industry Group |

## Major Equity Market Indices

| | Friday Close | | | | % Change From | | |
|---|---|---|---|---|---|---|---|
| Index | Current | 1 Week | 1 Year | Dec 31 '00 | 1 Week | 1 Year | YTD |
| Dow Jones Industrial | 9,987.53 | 10,259.74 | 10,525.38 | 10,786.85 | -2.65% | -5.11% | -7.41% |
| S&P 500 | 1,145.60 | 1,172.51 | 1,318.32 | 1,320.28 | -2.30% | -13.10% | -13.23% |
| NASDAQ Composite | 2,022.48 | 2,059.38 | 2,626.50 | 2,470.52 | -1.79% | -23.00% | -18.14% |
| Wilshire 5000 | 10,698.26 | 10,932.32 | 12,181.33 | 12,175.88 | -2.14% | -12.17% | -12.14% |
| Russell 2000 | 489.95 | 499.28 | 485.75 | 483.53 | -1.87% | 0.86% | 1.33% |
| TSE 300 Index | 7,701.90 | 7,833.24 | 8,716.40 | 8,933.70 | -1.68% | -11.64% | -13.79% |
| Mexican Bolsa | 6,420.15 | 6,612.08 | 5,966.60 | 5,652.19 | -2.90% | 7.60% | 13.59% |
| Tokyo (Nikkei 225) | 10,441.59 | 10,871.49 | 13,347.74 | 13,785.69 | -3.95% | -21.77% | -24.26% |
| Hang Seng Stock Index | 11,166.46 | 11,702.15 | 15,295.42 | 15,095.53 | -4.58% | -26.99% | -26.03% |
| FTSE 100 Index | 5,198.60 | 5,323.80 | 6,165.50 | 6,222.50 | -2.35% | -15.68% | -16.45% |
| Korea Composite Index | 727.36 | 747.72 | 951.05 | 504.62 | -2.72% | -23.52% | 44.14% |

## U.S. Government Yield Curve



* No significant change between Current and 1 Week

---

**This publication is also available on Houlihan Lokey's web site at www.hlhz.com**

LOS ANGELES  NEW YORK  CHICAGO  SAN FRANCISCO  MINNEAPOLIS  WASHINGTON, D.C.  DALLAS  ATLANTA  TORONTO  HONG KONG

PHONE: (800) 971-2663        WWW.HLHZ.COM        FAX: (800) 554-4515

Copyright © 2002 Houlihan Lokey Howard & Zukin. All rights reserved. It is illegal under Federal copyright law to reproduce this publication or any portion of its contents without the publisher's permission. Houlihan Lokey Howard & Zukin gathers its data from sources it considers reliable; however, it does not guarantee the accuracy or completeness of the information provided within this publication.



January 11, 2002                                                Vol. 5 No. 1

# HOULIHAN LOKEY HOWARD & ZUKIN
# WEEKLY MARKET UPDATE

| Page 1 | Page 2 | Page 3 | Page 4 | Page 5 |
|---|---|---|---|---|
| Major Equity Market Indices<br>U.S. Government Yield Curve | Currency<br>Significant Interest Rates<br>Interest Rate Spreads<br>Swap Spread Monitor | HLHZ #1 -<br>"Of All the Impressive<br>Numbers We Posted in 2001,<br>#1 is Our Favorite " | Forward Calendar<br>IPO Activity<br>U.S. Economic Releases | Top Ten Announced M&A Transactions<br>Selected Equity Indices by<br>Industry Group |

## Major Equity Market Indices

| | Friday Close | | | | % Change From | | |
|---|---|---|---|---|---|---|---|
| Index | Current | 1 Week | 1 Year | Dec 31 '00 | 1 Week | 1 Year | YTD |
| Dow Jones Industrial | 9,987.53 | 10,259.74 | 10,525.38 | 10,786.85 | -2.65% | -5.11% | -7.41% |
| S&P 500 | 1,145.60 | 1,172.51 | 1,318.32 | 1,320.28 | -2.30% | -13.10% | -13.23% |
| NASDAQ Composite | 2,022.48 | 2,059.38 | 2,626.50 | 2,470.52 | -1.79% | -23.00% | -18.14% |
| Wilshire 5000 | 10,698.26 | 10,932.32 | 12,181.33 | 12,175.88 | -2.14% | -12.17% | -12.14% |
| Russell 2000 | 489.95 | 499.28 | 485.75 | 483.53 | -1.87% | 0.86% | 1.33% |
| TSE 300 Index | 7,701.90 | 7,833.24 | 8,716.40 | 8,933.70 | -1.68% | -11.64% | -13.79% |
| Mexican Bolsa | 6,420.15 | 6,612.08 | 5,966.60 | 5,652.19 | -2.90% | 7.60% | 13.59% |
| Tokyo (Nikkei 225) | 10,441.59 | 10,871.49 | 13,347.74 | 13,785.69 | -3.95% | -21.77% | -24.26% |
| Hang Seng Stock Index | 11,166.46 | 11,702.15 | 15,295.42 | 15,095.53 | -4.58% | -26.99% | -26.03% |
| FTSE 100 Index | 5,198.60 | 5,323.80 | 6,165.50 | 6,222.50 | -2.35% | -15.68% | -16.45% |
| Korea Composite Index | 727.36 | 747.72 | 951.05 | 504.62 | -2.72% | -23.52% | 44.14% |

## U.S. Government Yield Curve



*No significant change between Current and 1 Week*

---

**This publication is also available on Houlihan Lokey's web site at www.hlhz.com**

LOS ANGELES   NEW YORK   CHICAGO   SAN FRANCISCO   MINNEAPOLIS   WASHINGTON, D.C.   DALLAS   ATLANTA   TORONTO   HONG KONG

PHONE: (800) 971-2663        WWW.HLHZ.COM        FAX: (800) 554-4515

Copyright © 2002 Houlihan Lokey Howard & Zukin. All rights reserved. It is illegal under Federal copyright law to reproduce this publication or any portion of its contents without the publisher's permission. Houlihan Lokey Howard & Zukin gathers its data from sources it considers reliable; however, it does not guarantee the accuracy or completeness of the information provided within this publication.

**January 11, 2002**                                     **Vol. 5 No. 1**

# HOULIHAN LOKEY HOWARD & ZUKIN

**W E E K L Y   M A R K E T   U P D A T E**                      2

## Currency

| Denomination | Spot Rate | Friday Close 1 Week | Friday Close 1 Year |
|---|---|---|---|
| Canadian Dollar | 1.597 | 1.596 | 1.499 |
| Mexican Peso | 9.208 | 9.167 | 9.895 |
| Euro Curr. Unit | 1.121 | 1.117 | 1.051 |
| British Pound | 0.690 | 0.691 | 0.676 |
| German Mark | 2.192 | 2.185 | 2.055 |
| French Franc | 7.351 | 7.330 | 6.893 |
| Italian Lira | 2,169.730 | 2,163.550 | 2,034.750 |
| Swiss Franc | 1.656 | 1.653 | 1.619 |
| Japanese Yen | 132.130 | 131.040 | 118.540 |
| S. Korean Won | 1,310.500 | 1,302.500 | 1,278.000 |
| Indonesian Rupiah | 10,430.000 | 10,415.000 | 9,600.000 |
| Malaysian Ringgit | 3.800 | 3.800 | 3.800 |
| Thailand Baht | 43.980 | 43.880 | 43.360 |

*Units of currency per US$*

## Significant Interest Rates

| | Current | Friday Close 1 Week | Friday Close 1 Year |
|---|---|---|---|
| Prime Rate | 4.75% | 4.75% | 9.00% |
| 1-Month LIBOR | 1.82% | 1.86% | 5.88% |
| 3-Month LIBOR | 1.83% | 1.87% | 5.68% |
| 6-Month LIBOR | 1.93% | 1.98% | 5.51% |
| 1-Year LIBOR | 2.34% | 2.44% | 5.40% |

## Interest Rate Spreads

| Term | Treasury YTM | AA-Corporate YTM | AA-Corporate Implied Spread | BBB Corporate YTM | BBB Corporate Implied Spread | BB Corporate YTM | BB Corporate Implied Spread | B+ Corporate YTM | B+ Corporate Implied Spread | B- Corporate YTM | B- Corporate Implied Spread |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 Mo. | 1.68% | 2.15% | 47 | 3.01% | 133 | 5.20% | 352 | 5.89% | 421 | 7.40% | 572 |
| 6 Mo. | 1.75% | 2.24% | 49 | 3.10% | 135 | 5.28% | 353 | 6.02% | 427 | 7.53% | 578 |
| 1 Year | 2.10% | 2.60% | 50 | 3.51% | 141 | 5.57% | 347 | 6.48% | 438 | 8.00% | 590 |
| 2 Year | 2.94% | 3.37% | 43 | 4.45% | 151 | 6.60% | 366 | 7.46% | 452 | 9.03% | 609 |
| 3 Year | 3.46% | 3.98% | 52 | 5.19% | 173 | 7.23% | 377 | 8.08% | 462 | 9.72% | 626 |
| 5 Year | 4.27% | 5.01% | 74 | 6.03% | 176 | 7.98% | 371 | 8.83% | 456 | 10.69% | 642 |
| 7 Year | 4.74% | 5.58% | 84 | 6.60% | 186 | 8.36% | 362 | 9.11% | 437 | 11.25% | 651 |
| 10 Year | 5.00% | 5.80% | 80 | 6.93% | 193 | 8.79% | 379 | 9.58% | 458 | 11.95% | 695 |
| 20 Year | 5.64% | 6.23% | 59 | 7.26% | 162 | 9.50% | 386 | 10.42% | 478 | 12.41% | 677 |
| 30 Year | 5.42% | 6.42% | 100 | 7.25% | 183 | 9.48% | 406 | 10.36% | 494 | 12.37% | 695 |

## Swap Spread Monitor

| Term | Current Treasury Rate | Current All in Rates Bid | Current All in Rates Ask | Current Swap Spread Bid | Current Swap Spread Ask | 1 Week Ago Treasury Rate | 1 Week Ago All in Rates Bid | 1 Week Ago All in Rates Ask | 1 Week Ago Swap Spread Bid | 1 Week Ago Swap Spread Ask | 1 Year Ago Treasury Rate | 1 Year Ago All in Rates Bid | 1 Year Ago All in Rates Ask | 1 Year Ago Swap Spread Bid | 1 Year Ago Swap Spread Ask |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 Year | 2.94% | 3.12% | 3.16% | 0.18% | 0.22% | 3.19% | 3.56% | 3.60% | 0.37% | 0.41% | 4.90% | 5.55% | 5.59% | 0.65% | 0.69% |
| 3 Year | 3.46% | 3.89% | 3.93% | 0.43% | 0.47% | 3.72% | 4.35% | 4.39% | 0.63% | 0.67% | 4.91% | 5.66% | 5.70% | 0.75% | 0.79% |
| 5 Year | 4.27% | 4.72% | 4.76% | 0.45% | 0.49% | 4.50% | 5.13% | 5.17% | 0.63% | 0.67% | 4.97% | 5.84% | 5.88% | 0.87% | 0.91% |
| 7 Year | 4.74% | 5.14% | 5.18% | 0.40% | 0.44% | 4.97% | 5.51% | 5.55% | 0.54% | 0.58% | 5.24% | 5.97% | 6.01% | 0.73% | 0.77% |
| 10 Year | 5.00% | 5.51% | 5.55% | 0.51% | 0.55% | 5.18% | 5.83% | 5.87% | 0.65% | 0.69% | 5.25% | 6.12% | 6.16% | 0.87% | 0.91% |
| 20 Year | 5.64% | 5.93% | 5.97% | 0.29% | 0.33% | 5.87% | 6.21% | 6.25% | 0.34% | 0.38% | 5.74% | 6.33% | 6.37% | 0.59% | 0.63% |

**January 11, 2002**   Vol. 5 No. 1

# HOULIHAN LOKEY HOWARD & ZUKIN

## WEEKLY MARKET UPDATE

**4**

## Forward Calendar

| Issuer | Type/ Maturity | Coupon (Percent) | Amount (in Millions) | Lead Manager |
|---|---|---|---|---|
| Bayerische Landesbank NY | 3-Yr Nts | 4.125 | $250 Priced | SSB |
| Bear Stearns Co Inc | 5-Yr Nts | 5.700 | $1,000 Priced | BEAR |
| Carramerica Realty Corp | 10-Yr Nts | 7.125 | $400 Priced | BAS, JPM |
| Centex Corp | 10-Yr Nts | 7.500 | $350 Priced | JPM, SSB |
| Credit Suisse FB USA Inc | 10-Yr Nts | 6.500 | $2,000 Priced | CSFB |
| Daimlerchrysler NA Hldg | 10-Yr Co Guarnt | 7.300 | $1,500 Priced | BASL, DB, GS |
| Daimlerchrysler NA Hldg | 5-Yr Co Guarnt | 5.625 | $1,337 Priced | BASL, DB, GS |
| Duke Energy Corp | 10-Yr Nts | 6.250 | $750 Priced | UBSW, WACH |
| Duke Energy Corp | 3-Yr Nts | 3MO US$LIBOR +35BP* | $250 Not Priced | UBSW, WACH |
| El Paso Corp | 30-Yr Nts | 7.750 | $1,100 Priced | Banc of America |
| Estee Lauder Cos Inc | 10-Yr Sr Nts | 6.000 | $250 Priced | SSB |
| European Investment Bank | 3-Yr Bonds | 4.000 | $3,000 Priced | CSFB, JPM, |
| Fed Republic of Brazil | 10-Yr Bonds | 11.000 | $1,250 Priced | JPM, SSB |
| General Elec Cap Corp | 3-Yr Nts | 4.250 | $1,000 Priced | DBAB, MS |
| Interface Inc | 8-Yr Sr Nts | 10.375 | $175 Not Priced | N/A |
| May Dept Stores Co | 30-Yr Nts | 6.900 | $250 Priced | JPM, MS |
| Republic of Philippines | 15-Yr Bonds | 9.375 | $750 Priced | CSFB, MS |
| Washington Mutual Inc | 5-Yr Nts | 5.625 | $1,000 Priced | CSFB |
| XL Capital (Europe) PLC | 10-Yr Co Guarnt | 6.500 | $600 Priced | JPM, SSB |

\* Float Rate Note

## IPO Activity

| Company Name | Industry | Pricing Date | Manager | Dollar Total ($ in Millions) |
|---|---|---|---|---|

There were no announced initial public offerings this week.

## U.S. Economic Releases

| Indicator | Time Period | Survey | Actual | Prior |
|---|---|---|---|---|
| Producer Price index | Dec | -0.1% | -0.7% | -0.6% |
| Less Food & Energy | Dec | 0.1% | -0.1% | 0.2% |
| Advance Retail Sales | Dec | -1.3% | -- | -3.7% |
| Retail Sales Less Autos | Dec | 0.0% | -- | -0.5% |
| Consumer Price Index | Dec | 0.0% | -- | 0.0% |
| Less Food & Energy | Dec | 0.2% | -- | 0.4% |
| Consumer Price Index NSA | Dec | -- | -- | 177.4 |
| Real Earnings | Dec | -- | -- | 0.8% |
| Business Inventories | Nov | -0.6% | -- | -1.4% |
| Industrial Production | Dec | 0.0% | -- | -0.3% |
| Capacity Utilization | Dec | 74.6% | -- | 74.7% |
| Housing Starts | Dec | 1610K | -- | 1645K |
| Initial Jobless Claims | Jan 12 | 425K | -- | 395K |

January 11, 2002                                              Vol. 5 No. 1

# HOULIHAN LOKEY HOWARD & ZUKIN
**W E E K L Y   M A R K E T   U P D A T E**

5

# Top Ten Announced M&A Transactions

For additional information on the current M&A market, visit www.mergerstat.com - or call Mergerstat® at 1 (800) 455-8871.

| Announce Date | Buyer Name | Seller Name | Unit Sold | Deal Size ($ in millions) | Seller Primary SIC Code | Industry Description |
|---|---|---|---|---|---|---|
| 1/7/02 | AOL Time Warner Inc | Bertelsmann AG | AOL Europe | $6,450.0 | 2741 | Printing & Publishing |
| 1/9/02 | Alcoa Inc | Elkem ASA | | $512.7 | 3313 | Primary Metal Processing |
| 1/7/02 | Morgan Stanley Group Inc | Invensys PLC | Energy Storage Group | $505.0 | 3594 | Valves, Pumps & Hydraulics |
| 1/10/02 | Danaher Corp | Marconi PLC | Marconi Data Systems | $400.0 | 3579 | Office Equipment & Computer Hardware |
| 1/7/02 | VeriSign Inc | HO Systems Inc | | $340.0 | 7372 | Computer Software, Supplies & Svcs |
| 1/7/02 | Bain Capital Inc | USinternetworking Inc | | $106.0 | 7372 | Computer Software, Supplies & Svcs |
| 1/5/02 | TIBCO Software Inc | Talarian Corp | | $102.3 | 7372 | Computer Software, Supplies & Svcs |
| 1/7/02 | Castle Harlan Inc | Smorgon Steel Co | Bradken Group | $93.0 | 3423 | Fabricated Metal Products |
| 1/7/02 | Dycom Industries Inc | Arguss Communications Inc | | $83.7 | 1731 | Construction Contractors & Eng. Svcs. |
| 1/8/02 | deCODE genetics Inc | MediChem Life Sciences Inc | | $80.9 | 8731 | Miscellaneous Svcs |

# Selected Equity Indices by Industry Group

| | Friday Close | | | | % Change From | | |
|---|---|---|---|---|---|---|---|
| Index | Current | 1 Week | 1 Year | Dec 31 '00 | 1 Week | 1 Year | YTD |
| Aerospace | 1,189.78 | 1,189.78 | 1,350.12 | 1,454.30 | 0.00% | -11.88% | -18.19% |
| Communications: | | | | | | | |
| Broadcast Media | 23,631.73 | 23,631.73 | 28,162.73 | 24,714.36 | 0.00% | -16.09% | -4.38% |
| Entertainment | 4,035.00 | 4,035.00 | 5,734.48 | 4,677.51 | 0.00% | -29.64% | -13.74% |
| Communications Equipment | 198.79 | 198.79 | 547.22 | 519.83 | 0.00% | -63.67% | -61.76% |
| Engineering & Construction | 147.84 | 147.84 | 131.44 | 130.70 | 0.00% | 12.48% | 13.11% |
| Foods | 1,687.27 | 1,687.27 | 1,550.65 | 1,698.27 | 0.00% | 8.81% | -0.65% |
| Healthcare: | | | | | | | |
| Healthcare Diversified | 1,756.62 | 1,756.62 | 1,630.26 | 1,813.02 | 0.00% | 7.75% | -3.11% |
| Hospital Management | 201.17 | 201.17 | 174.01 | 194.40 | 0.00% | 15.61% | 3.48% |
| Healthcare | 461.10 | 461.10 | 391.30 | 444.01 | 0.00% | 17.84% | 3.85% |
| Healthcare Miscellaneous | 554.21 | 554.21 | 533.76 | 568.29 | 0.00% | 3.83% | -2.48% |
| Insurance: | | | | | | | |
| Insurance Brokers | 793.49 | 793.49 | 733.27 | 840.66 | 0.00% | 8.21% | -5.61% |
| Life Insurance | 1,625.46 | 1,625.46 | 1,631.91 | 1,808.12 | 0.00% | -0.40% | -10.10% |
| Property and Casualty | 959.66 | 959.66 | 868.57 | 1,057.42 | 0.00% | 10.49% | -9.25% |
| Retail: | | | | | | | |
| Specialty | 3,010.78 | 3,010.78 | 2,670.13 | 2,486.94 | 0.00% | 12.76% | 21.06% |
| Drugs | 701.09 | 701.09 | 788.96 | 869.19 | 0.00% | -11.14% | -19.34% |
| Apparel | 744.40 | 744.40 | 1,038.82 | 935.22 | 0.00% | -28.34% | -20.40% |
| Foods | 901.27 | 901.27 | 954.35 | 1,142.18 | 0.00% | -5.56% | -21.09% |
| Department Stores | 2,013.95 | 2,013.95 | 1,814.01 | 1,621.55 | 0.00% | 11.02% | 24.20% |
| Real Estate | 93.22 | 93.96 | 86.94 | 87.96 | -0.79% | 7.22% | 5.98% |
| Restaurants | 639.02 | 639.02 | 704.55 | 716.16 | 0.00% | -9.30% | -10.77% |
| Technology | 964.24 | 964.24 | 1,392.25 | 1,269.04 | 0.00% | -30.74% | -24.02% |
| Textile | 242.26 | 242.26 | 215.34 | 217.98 | 0.00% | 12.50% | 11.14% |

# Economagic.com: Economic Time Series Page

Browse Data Titles | Books | Charts | Excel | Reports | Search | Maps & Movies | Help | About | Contact Us

Subscriber Login | Subscription Info | Turn Advanced Features On | Change Defaults | Disclaimer

AMAZON.COM NOW OFFERS
new and used
BOOKS
Now you can save even more with used books!
Fiction
Books on Tape
Nonfiction
Bestsellers
amazon.com
and you're done
CLICK HERE
Sell your stuff too!

## Most Frequently Requested Data Series

| Series Link | | Last Period | Current | Prior | Year Ago |
|---|---|---|---|---|---|
| **Percentage Change** | | | Period-to-period | Period-to-period | From one year ago |
| Real Gross Domestic Product | chart | Q2 2002 | 9,392.4 | 9,363.2 | 9,193.1 |
| Annualized Percentage Changes* | chart | Q2 2002 | 1.25 | 5.04 | 2.17 |
| (*Media version of quarterly growth in real GDP) | | | | | |
| Annual Percentage Changes* | chart | 2001 | 0.26 | 4.04 | |
| (*Media version of annual growth in real GDP) | | | | | |
| Total U.S. Population | chart | Jul 2002 | 287,641 | 287,397 | 285,024 |
| Annualized Percentage Changes | chart | Jul 2002 | 1.02 | 0.95 | 0.92 |
| S&P 500 Total Return | chart | Sep 2002 | 2,516.491 | 2,823.329 | 3,164.838 |
| Annualized Percentage Changes | chart | Sep 2002 | -74.86 | 8.17 | -20.49 |
| Gross National Product in Current Dollars | chart | Q2 2002 | 10,356.8 | 10,314.9 | 10,081.0 |
| Annualized Percentage Changes | chart | Q2 2002 | 1.63 | 5.07 | 2.74 |
| GDP Implicit Price Deflator | chart | Q2 2002 | 110.5 | 110.1 | 109.3 |
| Annualized Percentage Changes | chart | Q2 2002 | 1.24 | 1.32 | 1.06 |
| Real Personal Consumption Expenditures | chart | Q2 2002 | 6,542.4 | 6,513.8 | 6,348.0 |
| Annualized Percentage Changes | chart | Q2 2002 | 1.77 | 3.12 | 3.06 |
| Personal Income in Current Dollars | chart | Aug 2002 | 9,001.6 | 8,968.6 | 8,701.0 |
| Annualized Percentage Changes | chart | Aug 2002 | 4.51 | 0.35 | 3.45 |
| Consumer Price Index - All Urban Consumers | chart | Sep 2002 | 180.8 | 180.5 | 178.1 |
| Monthly Inflation: media version in percent per month | chart | Sep 2002 | 0.17 | 0.33 | 0.40 |
| Monthly Inflation at Annual Rates | chart | Sep 2002 | 2.01 | 4.08 | 1.52 |
| Annual Inflation (Dec-Dec): media version of annual inflation | chart | 2001 | 1.55 | 3.38 | |
| Unemployment Rate | chart | Sep 2002 | 5.6 | 5.7 | 5.0 |
| Total Industrial Production Index | chart | Sep 2002 | 140.5 | 140.6 | 138.5 |
| Annualized Percentage Changes | chart | Sep 2002 | -1.21 | -3.53 | 1.47 |
| M1 Money Supply | chart | Sep 2002 | 1,192.2 | 1,184.0 | 1,199.9 |
| Annualized Percentage Changes | chart | Sep 2002 | 8.64 | -12.93 | -0.64 |
| M2 Money Supply | chart | Sep 2002 | 5,709.3 | 5,685.5 | 5,374.0 |
| Annualized Percentage Changes | chart | Sep 2002 | 5.15 | 9.85 | 6.24 |
| M3 Money Supply | chart | Sep 2002 | 8,332.7 | 8,306.2 | 7,824.0 |
| Annualized Percentage Changes | chart | Sep 2002 | 3.91 | 11.27 | 6.50 |
| M1 Velocity | chart | Q2 2002 | 8.8 | 8.7 | 9.0 |

| | | | | | |
|---|---|---|---|---|---|
| M2 Velocity | chart | Q2 2002 | 1.9 | 1.9 | 2.0 |
| M3 Velocity | chart | Q2 2002 | 1.3 | 1.3 | 1.3 |
| Exchange Rate: Japanese Yen to one U.S. Dollar | chart | Sep 2002 | 121.08 | 118.99 | 118.61 |
| Federal Funds Rate | chart | Sep 2002 | 1.75 | 1.74 | 3.07 |
| Discount Rate | chart | Sep 2002 | 1.25 | 1.25 | 2.77 |
| 30-Year Treasury Constant Maturity Rate | chart | Feb 2002 | 5.40 | 5.45 | 5.45 |
| Bank Prime Loan Rate | chart | Sep 2002 | 4.75 | 4.75 | 6.28 |
| 3-Month Treasury Bill Rate - Secondary Market | chart | Sep 2002 | 1.63 | 1.62 | 2.64 |
| 6-Month Treasury Bill Rate - Secondary Market | chart | Sep 2002 | 1.60 | 1.60 | 2.63 |
| 30 Year Conventional Mortgages - Federal Home Loan Mortgage Corporation | chart | Aug 2002 | 6.31 | 6.49 | 6.95 |
| Price of West Texas Intermediate Crude | chart | Oct 2002 | 29.7 | 29.7 | 22.2 |
| Annualized Percentage Changes | chart | Oct 2002 | 2.04 | 70.48 | 33.81 |

**Know where the word *economagic* comes from?**

### The Atlas of Economic Indicators : A Visual Guide to Market Forces and the Federal Reserve by W. Stansbury Carnes, and Stephen D. Slifer



Earth's **Biggest** Selection! amazon.com. Buy it now!

Subscriber Login | Subscription Info | Turn Advanced Features On | Change Defaults | Disclaimer

Browse Data Titles | Books | Charts | Excel | Reports | Search | Maps & Movies | Help | About | Contact Us

### Economagic.com: Economic Time Series Page

US Macro 1 | US Macro 2 | Canada | Japan | Europe | Australia

GDP by category | Gross State Product

Interest Rates | House Sales & Starts | Building Permits

Price and Cost Indices: Consumer | Producer | Employment Cost

Retail Sales | Industrial Production, Capacity & Utilization | Electric Power Use

Labor Force: US by categories | by State | by MSA (City)

Nonfarm Employment by categories: US | by State and City

Stock Price Indexes | Bridge/CRB Spot Indices

# Bank of America Corporation
## Global Research

**Bank of America.**

October 18, 2002

## Global Economics and Financial Markets Weekly

# Betting On A Quick Fix?

**Stock markets posted a sizeable technical rebound last week. The sell-off may be approaching its nadir amid moderation in investors' excessively negative sentiment. There are still huge uncertainties on the horizon, from the future path of oil prices to the sustainability of US consumer spending, not to mention looming risk of terrorist action. Moreover, near-term economic data—especially in Europe—will hardly be supportive, and we perceive the economic recovery will show up only very gradually over the course of the coming months. Unfortunately, there is no quick fix for the damage caused by several quarters of negative performance in stock markets, but at least the market mood may now be approaching the bottom.**

## Major Economies

*United States*
*Pages 4-6*

**Economic releases still mixed but market psychology jumps from doldrums**

Last week's economic releases continued to point to slow economic growth. But signs of better-than-expected earnings performance at some key firms dramatically buoyed market spirits, generating a sharp stock market reversal. Associated, a rapid sell-off in bonds raised interest rates from their unsustainable, panic-driven lows, and the markets' expectations of a near-term Fed easing washed away. No surprise: we've been arguing the Fed should show restraint. Amid the turbulent financial markets, our economic forecast remains intact: slow growth in the next several quarters.

*Eurozone*
*Pages 7-9*

**Germany's austerity deal: an unconvincing package**

Some of the details make sense but it is worrying that Germany is tightening fiscal policy during an economic downturn. Prospects for the country continue to look bleak and warrant further easing by the ECB. The latest ECB Bulletin provides scope for a lower repo later in the 4Q02.

*Japan*
*Pages 10-11*

**Japanese Government struggles to meet October 30 promise**

When reshuffling his cabinet last month, Japanese PM Koizumi promised substantive action to address Japan's banking crisis an soft economy, by October 30. Progress has been slower than expected, and we are likely to get only a vague interim report from the FSA this week and a rather tepid anti-deflation plan from the Government. There will be little positive for Japanese asset markets to grab hold of.

## Financial Markets

*FX Focus*

**Dollar's upside momentum requires further confirmation from asset markets**

Improved conditions in US equity and corporate bond markets during the past week has been associated with two big figures down in the yen and a two cent drop in the euro, while risk sensitive currencies such as the anglos and Mexican peso have done well. A continuation of these trends requires additional verification of stronger US markets, although the yen should keep falling anyway upon disappointment at the pace of policy response to the banking crisis and deflation. For the euro, an Irish "yes" on Saturday would be a relief.

*Fixed Income Focus*

**Bonds smashed by the equity rebound**

The link with stock markets remains extremely strong. The recent equity rebound produced a huge shift in rates at the long end, partly correcting the overbought position that had previously emerged, while the short end remains well bid as a result of strengthening interest rate expectations and high event risk. Sharp gyration in the asset swap market, with German BOBLs hitting the highs and the lows within a few days. On the one hand it looks like the excessive risk premium built in has reduced, and on the other hand worries about the fiscal position, especially in Germany, has come to the fore.

## Bank of America Corporation

*Global Economics and Financial Markets Weekly*

## Other Developed Economies

| | |
|---|---|
| *UK*<br>*Pages 12-13* | **All leads back to the housing market – again**<br>An analysis of retail prices discloses the negative impact that the buoyant housing market is having on inflation.  Once the housing market slows, inflation should also start to ease back.  The BoE minutes and retail sales provide this week's focal point. |
| *Other Europe*<br>*Pages 14-15* | **Riksbank close to easing**<br>The Riksbank may have opted to keep interest rates steady but the decision to hold an additional meeting in November, and the tone of the statement indicate that the Central Bank was very close to easing last Thursday.  With equity markets highlighted as a main concern, further weakness over the next month would take the repo back down. |
| *Canada*<br>*Pages 16-17* | **Canadian dollar again demonstrates links with risk, equity markets**<br>As for much of the past few months, the Canadian dollar rallied when equity and corporate bond markets improved.  The stronger CAD has tightened the BoC's monetary conditions index, but it still remains soft relative to inflation trends.  Governor Dodge has indicated that he is comfortable with Canada's economy growing at 3-4%, implying no rate hikes for now, because we are arguably at or below the bottom end of that range for a few quarters. |
| *Australia and New Zealand*<br>*Pages 18-19* | **RBA well aware of links between Australian and US economies**<br>In spite of Australia's economic outperformance versus the US in the past couple of years, the RBA remains highly aware of the economic linkages and will remain reluctant to again hike AUD interest rates even if CPI inflation stays above 3% for the fourth quarter in succession.  Much of the recent inflation is due to petrol and food (the drought), which is actually like a tax on the consumer. |

## Emerging Economies

| | |
|---|---|
| *Latin America*<br>*Pages 20-21* | **It's election time once again in Brazil**<br>Labor Party candidate Lula looks a sure winner—what will his policies be? Argentina moves toward an interim IMF agreement, at last.  Stronger US markets brighten Mexico's outlook. |
| *Emerging EMEA*<br>*Pages 22-23* | **Irish referendum crucial for the CEE convergence trade**<br>The October 19 Irish referendum on the Nice Treaty has hung over the CEE markets for a number of weeks and local markets and currencies have been volatile on the threat of a 'no' vote. Our base case scenario if for a 'yes' vote, although going into the weekend, we acknowledge that the polls are unreliable and the large undecided vote is crucial. The result is binary: CEE local markets and FX will rally on a 'yes', sell-off on a 'no' vote. |
| *Asia ex-Japan*<br>*Pages 24-25* | **Terror attacks in Indonesia underline the difference in risk between North and S-E Asia**<br>We expect Northeast Asian currencies, whose economies have better external liquidity and/or domestic fundamentals, to outperform the ASEAN currencies in an environment of risk aversion related to the war on terror, and increasing tension in the Middle East. |

*A product of Bank of America's Economics, Global Risk Management Products and Emerging Markets Research groups.*

Editors: Lorenzo Codogno, Holger Schmieding, Nathan Kemp, Deborah Read,

Chief Economist: Mickey D. Levy

Other contributors: Juliana Bajon, Edgar Camargo, Marcelo Carvalho, Stephen Cheung, Dwyfor Evans, Guillermo Estebanez, Simon Flint, Sameer Goel, Frank FX Gong, Callum Henderson, Peter E. Kretzmer, M.R Madhavan, David Mozina, Han Pham, Susan E. Polatz, David L Roberts, John Rothfield, Juliet Sampson, Xin Xie.

Web site: http://bofa.com/capitalmarkets

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

# MARKETS AT A GLANCE







# Bank of America Corporation

*Global Economics and Financial Markets Weekly*

# UNITED STATES

*Peter E. Kretzmer*
*Mickey Levy*

## Economic releases still mixed but market psychology jumps from doldrums

*Market perceptions of economy improve; we still expect slow growth in coming quarters*

Signs of better-than-expected earnings performance at some key firms have boosted market perceptions. The equity market reversals helped to calm the markets, easing concerns about the potential for economic downturn. We still expect about 4% annualized economic growth in 3Q02, and continued growth but at a slower pace in the next several quarters. However, the slowdown from 3Q02 to 4Q02 partly reflects quarter-over-quarter arithmetic rather than new economic trends; in particular, the decline in retail sales and consumption in September has only a modest impact on 3Q02, but lowers the starting point for 4Q02 and points toward a weak growth quarter.

*Inventories fell in August, following 3 consecutive monthly gains*

Following rapid inventory liquidation in 2001, production outpaced demand growth during the first half of this year. As production rates caught up to slowing demand growth in 2Q02, inventories stabilized. In 3Q02, businesses slowed production while final demand growth accelerated. In August, business inventories fell 0.1%, below expectations for a modest gain, following three consecutive monthly gains. The drop in inventories reflected a 0.3% decrease in retail stocks, a 0.2% gain in wholesale inventories, and unchanged factory inventories. Retail auto inventories fell 0.5% in August, the first decline since last November. Excluding autos, retail inventories fell 0.1% with gains in food and beverage, building materials, and furniture offset by declines in clothing and general merchandise inventories. Total business inventories ex-auto were flat in August. Amid major uncertainties in the economic environment, it looks like businesses have lowered their desired levels of inventories.

*Industrial production contracted for 2nd consecutive month in September*

Against expectations for modest growth, industrial production declined for a 2nd consecutive month in September. Production fell 0.1%, following a 0.3% decline in August. However, the Federal Reserve noted that tropical storm effects contributed -0.1%. Utility production rose 2.4%, while manufacturing production declined 0.3%, pushed down by a 1.6% drop in motor vehicle production. Excluding motor vehicle output, manufacturing output fell a more modest 0.1%. Durable goods output dropped 0.5%, while non-durable goods production was unchanged in the month. Output of consumer goods edged down 0.1%, and business equipment dropped 1.7%, while construction supplies rose 0.3%, a second consecutive month gain. Notably, production for select high-technology industries, including computer and office equipment and semiconductors, rose a healthy 1.1%. Industrial output is growing sluggishly, reflecting sluggish final demand growth and business caution in managing inventories. Stronger consumer demand growth in 3Q02 should stabilize industrial production this quarter.

*And the Philly Fed index for October showed declines in regional manufacturing*

According to the Philadelphia Fed Business Outlook Survey, its region's manufacturing activity weakened more than expected in October. The overall index of general business conditions, based on a summary question rather than the ISM-method of weighting other key components, fell to -13.1% from 2.3%. The market had expected a modest deceleration. Orders and shipments also weakened in October, but by smaller magnitudes. The orders index fell to -1.3% from 5.6%, and the shipments index dropped to -3.1% from 10.6%. Employment continued to contract in October, at a marginally faster rate, while the workweek fell more rapidly. The weakening of the Philly Fed index in October, and in the New York Fed Empire survey, highlights the slowdown in manufacturing in response to sluggish final demand growth.

*Housing starts surged to highest level in more than 15 years*

Meanwhile, housing starts surged 13.3% in September, following 3 consecutive monthly declines in June-August. Recent builder caution in the wake of strong gains in new home sales, as mortgage rates fell still further, appears to have given way to a jump in new construction late last quarter, extending into the current quarter. Single-family starts rose 18.2% last month to 1.477mn units, highest since November 1978. Wow! Multi-family starts fell 2.9%, following a strong gain in August. All regions showed strong gains, with starts in the Midwest and West recording double-digit increases. Building permits also rose 3.7% in September and are 10% above year-earlier levels. Start activity will likely remain very robust at least through October. The surge in housing starts reflects strong sales supported by record low mortgage rates. With interest rates showing signs of reversal, we can expect the growth contributions from interest-sensitive sectors to flatten in the quarters ahead.

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

*Recent trends in jobless claims point toward sluggish labor markets*

For the week ending October 12th, initial unemployment claims rose 22k to 411k, partially reversing a decline of 35k in the previous week. The 4-week moving average of initial claims declined for a second week, down to 408,750, following eight consecutive weekly gains. The BLS had attributed the previous week's decline to seasonal adjustment difficulties relating to the first week of the quarter. Noteworthy, continuing claims jumped 141k for the week ending October 5th. The October 12th week is the survey week for the October employment report. Initial claims are down 19k compared to the September survey period. Although these figures lag a week, continuing claims are already above the level reached during the September survey period (+107k). While the decline in September payrolls in the monthly establishment survey suggests a worsening of labor market conditions, a significant upward revision to July and August payrolls paint a more even-handed picture. Moreover, a stronger workweek, usually a leading indicator of hiring, suggests that the payroll decline may be a short-lived trend. We expect the October employment report will show continued sluggish payroll growth and a steady-to-slightly higher unemployment rate.

*Trade deficit widens to record level in August*

The U.S. trade deficit jumped to a record $38.5bn in August, about $3bn higher than expected, from a revised $35.1bn in July (previously $34.6bn). Imports rose 2%, while exports fell 1.3%, following 5 monthly gains. Inflation-adjusted exports fell more sharply, off 1.9%, while real imports rose 1.5%. August's increase in imports was concentrated in ex-auto consumer goods and industrial supplies. A sharp acceleration in imports led to a record deficit in 2Q02. Part of this acceleration was due to inventory rebuilding related to the threat of a strike in West Coast ports. The gain in August imports may well again partly reflect inventory rebuilding due to the threat of a work action. In inflation-adjusted terms, the merchandise trade deficit in August widened about $2.9bn (chained 96$), following a $1.2bn (chained 96$) narrowing in July. The higher-than-expected trade gap in August will likely push up our trade deficit estimate for the quarter. With our latest 3Q02 GDP growth estimate at 4.2% annualized, this result may push growth modestly lower. Nevertheless, we look for trade to be much less of a drag on the economy going forward.

# Bank of America Corporation

Global Economics and Financial Markets Weekly

## US ECONOMIC INDICATORS

| Day | GMT | Indicator | For | BAC | Mkt | Last |
|-----|-----|-----------|-----|-----|-----|------|
| Mon 21 | 14:00 | Leading Indicators | Sep | -0.2% | -0.2% | -0.2% |
| | 18:00 | Treasury Budget (USD) | Sep | 40.0bn | 42.0bn | -54.7bn |
| Thu 24 | 12:30 | Jobless Claims | Wk 10/19 | 404k | 404k | 411k |
| Fri 25 | 12:30 | Durable Goods Orders | Sep | -1.5% | -2.0% | -0.4% |
| | 14:00 | Existing Home Sales | Sep | 5.6mn | 5.35mn | 5.28mn |
| | 14:00 | New Home Sales | Sep | 970k | 985k | 996k |
| | 13:45 | Michigan Consumer Sentiment, Final | Oct | 80.2 | 80.2 | 80.4 |

Source: Bank of America.

**Leading Index**

The index of leading indicators likely fell modestly in September for a 4th consecutive month: rising jobless claims, lower stock prices, and a flatter yield curve were the primary negative contributors. A small decline in consumer expectations also subtracted modestly, while longer delivery times, an increase in building permits, and rising money supply provided a partial offset. The factory workweek was unchanged. After a sharp rise in 4Q01 and early this year, the leading index has been stagnant. While not decisively indicating renewed recession, its recent behavior is consistent with continued below-trend economic growth.

**Treasury Budget**

We anticipate a $40bn surplus for September, above the $35bn surplus of September 2001. Last year's surplus was suppressed by the Summer tax rebate, hence the positive comparison. For the full fiscal year, decelerating tax revenues, down more than 9% year-to-date, reflecting the weaker economy and stock market as well as legislated tax cuts, plus sharply higher expenditures, up about 6.9%, have produced a rapid deterioration of government finances. We expect the budget deficit for the full fiscal year to total about $160bn compared to a $127bn surplus for FY2001.

**Durable Goods Orders**

August orders retraced only a small portion of July's 9.2% gain and further declines are expected in this extremely volatile series. Civilian aircraft orders are expected to fall sharply, coming off large jumps in July and August. Automobiles will likely be an additional drag to transportation orders although stronger defense aircraft orders may provide some cushion. Excluding aircraft, non-defense capital goods orders and shipments are up 10.4% and 6.4% 3Q02-to-date annualized. Some retrenchment is likely as the various surveys of manufacturing activity point to continued weakness, and production of business equipment and machinery also dropped off during the month.

**New & Existing Home Sales**

Following a 1.9% gain to a record 996k units annualized, new home sales likely receded modestly, while existing home sales rose moderately. Housing activity remains firm, supported by record low mortgage rates, and start activity surged in September. Residential building is unlikely to sustain its record-breaking pace, especially as rates reverse in 2003, but it is also not expected to fall precipitously, with interest rates still near their forty-year lows and continued strong mortgage origination for home purchases.

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

# EUROZONE

*Holger Schmieding*
*Deborah Read*

### Germany's austerity deal: an unconvincing package

| | |
|---|---|
| *Fiscal policy taking a turn for the worse* | German fiscal policy is taking a turn for the worse. The re-election SPD-Green coalition agreed on an austerity package that will unduly tighten fiscal policy in a cyclical downturn and could weigh on private investment and consumption in the future. The deal does little to brighten growth prospects. It may not even suffice to push the fiscal deficit for 2003 below the 3% limit again. |
| *Tightening proposals worth 0.5% of GDP* | Unlike France, Germany has officially embraced the EU Commission proposal to reduce the structural budget deficit by 0.5% points of GDP each year. In line with this target, the ruling coalition has agreed to tighten fiscal policy at the federal level by EUR 11.6bn next year. Including extra tax receipts accruing to the states and municipalities, the austerity package is worth EUR14.4bn, equivalent to almost 0.7% of GDP. As some of the savings are supposed to fund additional discretionary spending, the net tightening of fiscal policy should be 0.5% of GDP |
| *Price for failing to reform earlier is now been paid* | Germany is now paying the price for the lack of serious structural and labour market reforms in the past few years. With such reforms, the German economy could have grown faster, thus expanding the tax base and reducing welfare spending. Expenditure cuts to streamline the welfare system and augment the incentive to work as well as cuts in market-distorting subsidies are warranted. But any ambitious tightening of fiscal policy for the sake of meeting a fiscal target seems inadequate. |
| *Spending to be cut, taxes to be cut* | The key aspects of the deal for 2003 are the federal government will cut spending by EUR 7.4bn, hike taxes by 4.2bn and raise the federal deficit target by EUR2.5bn to 18bn. Germany still wants to balance the budget by 2006, in line with the new and softer interpretation of the Stability Pact. To do so, Germany wants to save an extra EUR20bn later on after the savings scheduled for 2003. |
| *Growth assumption for 2003 too high* | The deficit targets are based on GDP growth assumptions of 1.5% for 2003-04 and 2.0% for 2005-06. The figure for 2003 is well above our own 0.9% forecast for German growth. As a result, we see a risk that this austerity package at the federal level will not suffice to push Germany's overall budget deficit below 3% again next year, after the 3.5% deficit which we expect for the current year. If growth were to fall short of the government's targets, we would expect Germany to tolerate the resulting deficit overshoot instead of tightening fiscal policy further. |
| *Taxe changes to hit companies who are already struggling* | The tax hikes fall heavily on companies. The changes come on top of the one-off hike in the corporate tax rate from 25% to 26.5% for 2003 already announced to partly pay for the damage done by the East German floods in August. The government wants to introduce a minimum tax on corporate earnings. For this purpose, it wants to restrict the possibilities to set past losses against present earnings. Since the tax reform of 2001, Germany's corporate sector has not paid any corporate income tax at all. Instead, the cut in tax rates and changes in the rules on how past losses can be set against current profits had meant that the tax authorities repaid some past income tax receipts to the corporate sector. Putting an end to this anomaly is bad news for corporates. But it should not drive a lot of capital abroad. |
| *Unemployment benefits to be cut for those who could be supported by their spouse* | Germany also wants to tighten the rules for capital gains tax on equities. At present, private investors only need to pay a capital gains tax if they sell the respective stock within one year. While details of the new rules have not yet been disclosed at the time of writing, Germany's finance ministry emphasised that there will not be a capital gains tax on the disposal of cross-shareholdings of companies. As many market participants had worried about this issue, this statement should be good news for the market, and for the prospects of restructuring the German economy. Further tax details include the closure of some loopholes in the value added tax, the energy tax and the income tax. On the expenditure side, the cuts include less unemployment benefits for recipients who could be supported by their spouse. |

# Bank of America Corporation

*Global Economics and Financial Markets Weekly*

| | |
|---|---|
| *Fiscal changes may negatively impact investment* | Some aspects of the package make sense, notably some of the envisaged cuts worth a total of EUR 6.3 bn in unemployment benefits and discretionary labour market spending. The changes in tax laws for corporates are not as severe as some market participants had feared. But the fact remains that Germany is attempting to tighten fiscal policy during an economic downturn. It would have been better to agree on major confidence-boosting structural reforms – but to introduce an austerity package only once the economy has turned up noticeably again. At a time when German business investment is still falling rapidly, higher taxes on corporates could further hurt the propensity to invest. |
| *Fiscal outlook for Germany remains a cause for concern* | Finance Minister Eichel has called the austerity package a "strong signal to the ECB". We are not sure that the ECB will be impressed. Any political pressure tends to make the ECB more reluctant to cut rates. But the package keeps the hope for an ECB rate cut alive. For financial markets, Germany's fiscal policy and its fiscal outlook remains a cause for concern. The risk remains that Germany's federal states will add to the fiscal tightening by re-introducing a wealth tax shortly. |
| *ECB does not view either M3 not Inflation as a near-term threat* | The October bulletin provides ground for the ECB to lower interest rates. In contrast to the September edition, M3 was reported not to be a risk in the near future. In reference to the second pillar, the Central Bank was less optimistic about the economic recovery both in the timing and strength, and downside risks were particularly emphasised. Notably the ECB also discussed the prospect of inflation moving and remaining beneath 2%. The latest inflation data was also slightly positive towards additional ECB easing, with the headline rate revised down from the flash estimate to 2.1%, and the more important core rate standing at 2.4%. Although the core rate is currently remaining stubbornly above 2%, we believe that base effects and moderating inflation pressures should push inflation firmly beneath 2% by the end of the first quarter. However it was ECB source comments that raised market expectations that interest rates may be cut as early as next month. The source was reported as saying that the Council expects to have a better picture of inflation by then with the general feeling that the one painted will be of inflation moving beneath 2%. It was also reported that at the last meeting a minority led by Germany had voted for softer interest rates. Partially balancing these comments though were reports that the ECB is sceptical as to the benefit that would be gained from softer rates, and the fact liquidity is clearly ample. If economic data persists weak, as we expect, a 50bp rate cut from the ECB in November or December remains likely. |
| *Economic data still weak* | The key real side data continues to paint a bleak picture of Eurozone growth. The German ZEW balance fell to 23.4, thereby boding poorly for manufacturing, and French industrial output continues to contract. For the coming week inflation data from both Italy and Germany and French household consumption data should provide the key. |

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

# EUROZONE ECONOMIC INDICATORS

| Day | GMT | Country | Indicator | For | BAC | Mkt | Last |
|-----|-----|---------|-----------|-----|-----|-----|------|
| Mon 21 | 07:00 | Italy | Industrial Turnover yoy | Aug | -5.9% | -2.4% | 2.8% |
| | | | Industrial Orders yoy | | 1.6% | -2.4% | 9.4% |
| Tue 22 | 06:45 | France | Household Consumption (sa) mom | Sep | 1.0% | 0.2% | -0.1% |
| | 07:30 | Netherlands | Consumer Confidence (sa) | Oct | -36 | -34 | -34 |
| | 10:00 | Eurozone | Trade, Ex EMU, Preliminary (€) | Aug | 8.0bn | 8.0bn | 12.0bn |
| | 10:30 | Italy | Cities CPI mom | Oct | 0.2% | 0.2% | 0.2% |
| | | | yoy | | 2.6% | 2.6% | 2.6% |
| Tue+ | 06:00 | Germany | PPI yoy | Sep | -1.2% | -0.8% | -1.0% |
| | | Germany | Preliminary COL mom | Oct | -0.1% | -0.1% | -0.1% |
| | | | yoy | | 1.2% | 1.2% | 1.0% |
| Wed 23 | 13:00 | Belgium | Leading Indicator | Oct | -9.0 | -8.6 | -8.2 |
| Thu 24 | 06:45 | France | CPI, Final (nsa) mom | Sep | 0.2% | 0.2% | 0.2% |
| | | | (sa) yoy | | 1.8% | 1.8% | 1.8% |
| | 07:00 | Italy | Retail Sales yoy | Aug | 2.1% | 2.0% | 2.4% |
| Thu+ | 06:00 | Germany | Import Prices yoy | Sep | -2.3% | -1.6% | -2.6% |
| Fri 25 | 07:30 | Netherlands | Producer Confidence | Sep | -2.0 | -0.5% | -0.3 |
| | - | Spain | PPI mom | Sep | 0.1% | 1.1% | 0.1% |

Source: Bank of America

| | |
|---|---|
| *Italian Cities CPI* | These numbers will provide the first insight into Eurozone inflation in October. The floods earlier this year raised the spectre that food prices might edge high, as of yet, this has not materialised but it does provide upside risk to October's number, as do higher oil prices. Notably the national and harmonised indices diverged sharply last year with the former rising 0.2% and the latter 0.5%. |
| *German COL* | Similar factors as to those threatening Italian inflation should push the German index higher. |
| *French Household Consumption* | Strength in spending in both June and July provides a good start to the 3Q02 household consumption of manufactured goods. In fact so far 3Q/2Q growth averages +1.5%. Auto registrations were exceptionally robust in September, following August's weakness; and given that other components of household durable spending have remained intact, we look for a growth in household spending in September in the region of 1%. This should put provide solid underpinning to overall consumer spending fort he quarter. |
| *Dutch Consumer Confidence* | Has trended sharply lower throughout the year and now stands at the worst level since 1983. Persistently bleak economic news points for a new low for October. |
| *Eurozone Trade Balance* | Weak domestic demand should keep imports pressured lower but seasonal effects in August usually make for a weaker balance. |
| *German Import /producer prices* | Slightly higher oil prices should offer a partial offset to a small appreciation in the EURO. |
| *Dutch Producer Confidence* | Concerns over the global recovery and additional weakness in stocks are likely to push the index lower. |
| *Belgium Leading Indicator* | Increasing gloom in Germany is likely to have ricocheted across the Eurozone. |
| *Spanish PPI* | The PMI reported a modest increase in input prices and oil prices crept higher in September. This point to a small monthly increase. |
| *Italian Retail Sales* | Consumer confidence is trending lower but sales have maintained very modest expansion over 2002. 0.1% mom gain is forecast with base effects taking the annual rate lower. |
| *French CPI* | No revision to preliminary data is expected. |

*Global Research– October 18, 2002*

9

## Bank of America Corporation

Global Economics and Financial Markets Weekly

# JAPAN

*John Rothfield*

### Japanese Government struggles to meet October 30 promise

| | |
|---|---|
| *Interim report on bank NPL resolution due Tuesday* | A general policy speech delivered by PM Koizumi late last week, at the opening of an extraordinary Diet session, failed to remove economic policy uncertainties. Bad loan disposal will move forward and a private/public sector panel headed by financial services and economic and fiscal policy minister Heizo Takenaka will deliver an interim report on its plans early this coming week. The interim report follows the commitment made by the PM on September 30 when he reshuffled his Cabinet in favor of Takenaka, appointing at that time an 11-man "Project Team for Emergency Strategy for the Financial Sector", and charged the team with elaborating a concrete bad-loan disposal plan by end-October. |
| *Don't expect too much from this interim report* | But as no precise fiscal and regulatory measures to offset the deflationary impact of loan write-offs and ensuing bankruptcies have been decided, the economic (and yen) outlook thus remains negative for the time being. A net tax cut of ¥1-1.5tn for fiscal 2003, in and of itself frightfully inadequate, is in the works. But as it will likely be balanced by tax increases down the road to achieve revenue neutrality, even its marginal positive impact will be diluted. In the three months to September, as wind of the Japanese banking crisis began to affect investor behavior, there were net outflows from Japanese securities of a huge ¥10tn (about $80bn) in those three months, including both increased outflows by Japanese investors and selling of Japanese securities by foreigners. In the September 17 to October 11 period alone (i.e., since the shock announcement of the BoJ's stock buying program), there have been net outflows of ¥1.9tn yen, even though these policy changes are supposed to represent a stab at solving the problem. In fact, since these announcements were made, the Nikkei has lost further ground and the yen has fallen. |
| *Market reaction has been disappointing* | Such seemingly perverse reaction to an initiative markets have long demanded has three causes: |
| | • Bad-loan clean-up remains a bare concept. No specific approach has been spelled out. Uncertainty prevails. |
| | • Takenaka has said that no banks or corporations are "too big to fail." Such tall and dare-devil talk aside, serious bad-loan resolution will certainly increase deflationary pressures arising from added bankruptcies and unemployment unless—and initially even if—offsetting fiscal measures (substantial tax cuts, a supplementary budget) are adopted. But no such measures have been agreed among contending political factions. |
| | • Takenaka's and his team's determination notwithstanding, a worst-case outcome of toned-down loan disposal and halfway fiscal measures leaving Japan in the same old morass can not be ruled out. |
| *A program will eventually be agreed to, but it will probably be yen negative to begin with* | We believe that accelerated bad loan disposal featuring more stringent loan classification and injection of public funds into banks and/or loan transfer to the government-owned Resolution and Collection Corporation (RCC) will be initiated in the course of this quarter. The early, three-to-six months impact will be deflationary, forcing further BoJ monetary easing, and hence, will be yen negative. Provided that in conjunction the government enacts sizeable tax cuts for fiscal 2003 and business deregulation of the unproductive domestic sector (constituting two-thirds of GDP), sustainable economic recovery could set in by mid-2003. Chances for speedy enactment of such measures, however, are limited. Hence yen downside should prevail through at least the first quarter of 2003. A more thorough assessment of our reasoning is included in our Currency Alert: JPY of October 16. |
| *Thereafter (by next summer), the sum of all change going on in Japan could start to attract foreign financial flows* | Beyond the end of fiscal 2002 (March 31), the possibility of sustained yen recovery—other things (global risk) being equal—will be conditioned by fiscal and regulatory measures (tax cuts, domestic business deregulation) to extend financial sector restructuring to the corporate arena. We are not optimistic in that regard. Current Ministry of Finance (MoF) proposals for a net tax cut of $12bn USD are inadequate. Business deregulation faces the usual "cultural" obstacles and will take time to come to pass. We nonetheless believe that Japan and the LDP will find no alternative to Koizumi and policy consensus will over time converge on deregulation measures allowing the yen to eventually return to this year's summer levels (115–120 range) by the summer of 2003. |

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

*A busy week ahead, for both announcements and economic data*

In the week ahead, apart from the interim report on the bad loan disposal plan, due Tuesday, the ruling coalition parties are also likely to conclude recommendations for an anti-inflation package next Friday. US Treasury Under-Secretary Taylor (formulator of the Taylor rule) will be in Japan most of this week, and will discuss with Japanese officials the elements of their upcoming stimulus policies. There will also be copious amounts of Japanese data on the state of their economy and a Bank of Japan quarterly branch managers meeting, at which regional conditions in the economy are typically discussed at length. The most prominent of these will be the August tertiary sector index, 3Q02 consumer sentiment and September figures for department store sales. By the middle of the following week, a strong picture will have emerged about the likely 3Q02 GDP performance of Japan, although the GDP report is not due until November 13.

# JAPAN ECONOMIC INDICATORS

| Day | GMT | Indicator | For | BAC | Mkt | Last |
|-----|-----|-----------|-----|-----|-----|------|
| Mon | 23:50 | Tertiary Sector Index  mom | Aug | 0.5% | 0.5% | 0.3% |
| | | All Industry Index  mom | Aug | 0.5% | 0.5% | 0.2% |
| Tues | 05:00 | Consumer Sentiment | 3Q02 | n.a. | n.a. | 39.3 |
| | 23:50 | Corporate Service Price Index  mom | Sep | n.a. | n.a. | -0.4% |
| Wed | 23:50 | Merchandise Trade  JPY bn | Sep | +1100 | +1150 | +644 |
| Thurs | 23:30 | Tokyo CPI  yoy | Sep | -0.8% | -0.8% | -0.9% |
| | | Department Store sales  yoy | Sep | n.a. | n.a. | -0.3% |

Source: Bank of America.

# Bank of America Corporation

Global Economics and Financial Markets Weekly

# UNITED KINGDOM

*Deborah Read*

### All leads back to the housing market - again

| | |
|---|---|
| *Development in consumer spending is key economic concern* | The outlook for consumer spending and business investment were stated as the two main economic concerns of MPC member Kate Barker. We would agree, but only see real uncertainty as to the direction of household consumption, for the outlook for investment looks bleak over a six-month horizon, given capacity utilisation and uncertainty are too high, and demand and profits are too low. Regarding consumption, Barker highlighted the importance of continued domestic demand growth to ensure that inflation is on target. After analysing the latest inflation data, we concur fully with this assessment. |
| *A softer housing market should benefit RPIX on 1-2 year horizon.* | The September retail price data indicates that upward price pressures are particularly acute in housing related components, and the more discretionary service components. In fact depreciation of housing adds 0.5% to the annual rate of RPIX. Given that the raw materials of house repairs have not increased, we conclude that the 13% yoy increase in depreciation costs is solely a reflection of high demand of tradesman. We believe that the rate of house inflation will slow sharply over 2003. Deterioration in this sector of the economy would be expected to reduce both demand for house repairs and increase the supply of builders, and hence lower depreciation costs. Also it would cap increases in estate agents fees, which are usually linked to the selling price. Currently, rises in estate agents fees add 0.2% to RPIX. However, these positive effects are unlikely to be felt until mid-2003. But assuming that the manufacturing recovery in 2003 is sluggish and household consumption progresses softer than in 2002, we believe that RPIX will generally remain beneath 2.5% on a one to two year horizon. However, further sharp gains in house prices risk pushing the housing related components of the RPI higher and hence taking RPIX back towards target over the near term. |
| *Pipeline inflation pressures positive* | Pipeline inflation pressures continue to support the premise that targeted inflation will remain well behaved into 2003. Average earnings growth slipped to 3.8% yoy in August and should remain comfortably beneath the BoE's objective of 4.5% yoy as reduced business profitably decreases job security and lowers the bargaining power of employees. Producer price pressures are weak. Input prices continue to deflate but admittedly at a slower pace, whilst output prices remain virtually zero. Producer prices are expected to remain subdued, with evidence suggesting that the pricing power of manufacturers has decreased and demand for goods is forecast to remain soft. |
| *Recent MPC comment reduce the odds of an interest rate* | Regarding future monetary policy, Kate Barker inferred that she would vote for lower rates, if household expenditure shows signs of easing. This is in line with the message contained within the September MPC minutes. Further comments indicate that she does not currently believe that additional rate cuts would fuel the housing market further. This stance may become importance if consumer spending slips before house price inflation. Overall Governor George's latest interest rate rhetoric was neutral, and we believe that he is not yet ready to vote for lower interest rates, although he acknowledges that the global economic environment and associated risks to the economy have intensified. Both MPC members have indicated that the growth forecasts in the November Inflation Report will be revised down. Overall recent comments by BoE officials reduce the odds of an interest rate cut in the remainder of 2002. |
| *Highlights this week MPC minutes Wednesday...* | The MPC minutes Wednesday and retail sales Thursday will provide the weekly highlights. The MPC minutes are paramount for assessing the likely direction of interest rates this year. We anticipate that the debate over whether interest rates should be cut would have intensified in October, and there is a possibility that there may have been one of more dissenters to keeping interest rates steady. If this is not the case, we favour interest rates remaining on hold at both the November and December meetings. |
| *...and retail sales Thursday* | Developments in the consumer sector are also key for future interest rate decisions. Thus, Tuesday's retail sales data is important. As explained in the UK indicators section below, we look for spending to have been fairly sluggish in September. However, with unusually seasonally weather probably playing a role, an analysis of the composition will be required to ascertain whether any weakness is confirmation of a more cautious consumer. |

12

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

## UK ECONOMIC INDICATORS

| Day | GMT | Indicator | For | BAC | Mkt | Last |
|-----|-----|-----------|-----|-----|-----|------|
| Tue 15 | 10:00 | CBI Quarterly Trends | 3Q02 | -5 | n.a. | +4 |
| | | Monthly Trends – Order Book | Sep | -31 | n.a. | -29 |
| Thu 16 | 08:30 | Retail Sales Volume mom (sa) | Sep | 0.0% | 0.5% | 0.6% |
| | | yoy | | 4.5% | 4.9% | 5.0% |
| Fri 18 | 08:30 | GDP qoq | 3Q02 | 0.5% | 0.6% | 0.6% |
| | | yoy | | 1.5% | 1.6% | 1.3% |

Source: Bank of America

*Retail Sales*   The BRC survey reported that September sales were adversely impacted by the unseasonally warm weather. Softer price data also suggests that retailers were struggling. The CBI distributive trades survey reflected a different picture but this was probably more a reflection of the timing of the survey in both August and September. Overall we look for soft September sales.

*GDP*   Household consumption remained firm over the summer, and due to the unusual holiday effects created by the Queen's Jubilee manufacturing looks set to provide a boost to overall GDP. Public consumption should post a fairly healthy expansion, whilst investment at best is forecast flat. However preliminary release details are sparse.

*CBI trends*   Monthly data suggests that the more detailed quarterly survey will decline. For details, we look for broad-based weakness for all major questions. As of yet, the export orders component has shown little further deterioration from the Summer's economic malaise. This is unlikely to continue.

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

## OTHER EUROPE

Deborah Read
Nathan Kemp

### Riksbank close to easing

| | |
|---|---|
| Additional monetary meeting called for November | **Sweden:** The Riksbank kept interest rates steady at 4.25% but it was announced that an additional monetary meeting is to be held on 14th November. This came as a surprise and suggests that the executive board must have been very close to trimming interest rates. Between now and then several key domestic data releases are scheduled, namely retail sales, CPI, PMI and consumer confidence. Also an update on both the US and Eurozone economies and global equity markets will be available. The minutes due on 30th October should provide an indication of what the board is looking for and the probability of a reduction in rates. But development in equity markets looks to be key, with the Riksbank noting particular concern as to the impact on both consumption and investment were markets to slide further. In fact, statement comments suggested that had equities slipped further this week, the Central Bank may have been tempted to trim rates Thursday. |
| Riksbank very close to easing | The dovish tone of the Riksbank came as a surprised when compared with the latest publicly available data on the economy. Retail sales in August were weak but with previous months holding firm and little easing in consumer confidence, there appeared no direct evidence that household consumption is going to take a sharp turn for the worse, despite sharp equity falls. The IMX is off 70% from its peak. We suspected that solid employment and a good social security system were allowing consumers to put wealth concerns to one side. The industrial data was not terribly weak either but July and August's data was not at the time available to us. Clearly the PMI was trending lower but still in expansion territory. However, the statistics released after the decision, reflect a more negative picture. Industrial production contracted through the three months to August by nearly 2%, showing clear deterioration through the year. The prospects for future output remain poor with orders contracting. The unemployment rate was also up, as were the number of people on labour market programs implemented in response to economic difficulties. Although too early to conclude a deteriorating trend, the rise in unemployment was reported to be outside statistical margins of error. Thus, data confirms the negative impact of slowing global growth. A combination of weak equities and softer output provides a bleak outlook for investment prospects. The only missing negative key is consumer spending, and we await the next retail sales data with interest. |
| Riksbank lowers inflation and GDP estimates | The Riksbank revised lower its GDP estimates for 2003 and 2004. At 2.3% and 2.1% they are within the bounds considered to represent potential growth. Inflation on the one to two year horizon was forecast at 1.8% and 1.9% respectively but the risk profile was skewed to the downside. This is just beneath the mid-point of the Riksbank target (2.0%). |
| Unusual comments from Governor Gjedrem | **Norway:** Some interesting comments from Norges Bank Governor Gjedrem point towards steady rates on October 30, with little to suggest a change from the central bank's neutral policy bias. Gjedrem's remarks on domestic demand indicates that Norges Bank research shows that household demand is, and should, remain firm despite disappointing summer's retail sales. The Governor also took the unusual step of outlining the illiquid nature of the NOK market, warning that "there is a risk associated in investing in NOK." Whilst we do not foresee any reason for a large exodus from NOK assets, the comments seem aimed at talking the currency down somewhat. Recent NOK strength, based on interest rate differentials and high oil prices, have dampened inflationary pressures, leading to a shift to a neutral stance. We suspect that a slightly weaker currency would be welcomed at the central bank, which would sit more comfortably with current interest rate policy. The Norges Bank do not appear to be in a hurry to loosen rates and we expect no change in policy on October 30. Past interest rate moves have been flagged by a change of bias at the meeting beforehand. Whilst clearly not certain, this tentatively suggests that the Norges Bank will hold steady through year-end. |
| NOK loses ground | After hitting record highs against the EUR in the past few weeks, the NOK retreated on the back of Governor Gjedrem's comments and reduced safe haven flows. Still, many of the factors which drove the NOK higher in the first place remain and we see renewed upward potential in coming months. |

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

| | |
|---|---|
| *Budget negotiations begin* | The 2003 budget proposal continues to be a thorn in the side of the government. A one-hour strike last week saw thousands of Norwegians take to the streets in protest at the proposed budget, which is seen as too neutral, thus threatening jobs and prosperity. Last week saw the start of negotiations needed for the budget to be approved in parliament by the December 15 deadline. The Progress Party stated that in order to lend its support, it would require some NOK10bn of tax cuts and extra spending, though failed to suggest how to fund the measures. The government said that the "demands were tough" and initial signs are that there could be a difficult path ahead. Should the two groups fail to reach an agreement, the government will attempt to negotiate with the opposition Labour Party. The government's tight-looking budget clearly looks at risk and whilst there is a long way to go, chances are that the final approval will add to the inflationary risks, thus adding to the likely on-hold stance at the Norges Bank. |
| *Softer CHF will please the SNB* | **Switzerland:** The authorities will have been pleased with the CHF's softer tone in the past week. The unit surprisingly failed to react to the Bali atrocity, suggesting that safe haven flows are largely factored in for now. The equity market rally also helped boost market confidence, reducing the scope for the flight to quality bids seen in recent months. Nevertheless, the failure to break through €1.47 reflects the level of global uncertainty and suggests that the CHF is not ready to retreat just yet. Fears over an Iraqi conflict and future terrorist attacks should be enough to keep the unit well bid, though near-term trading is likely to remain within recent ranges. Note too that the SNB shaved its one-week repo rate from 0.56% to 0.54%, the first such move since September 30. The move was described as being a "technical adjustment", aimed at counteracting the rise in the CHF 3-month LIBOR above the middle of its target band. Even so, the SNB will hope that the move further discourages currency inflows in its attempt to move the EUR/CHF cross back towards 1.50. |
| *Quiet week for data* | In a typically quiet week for economic data, the warning from the Economics Ministry that unemployment could rise to 3.0% in October (from 2.8%) took most of the headlines. Labour market developments have quickly declined in recent months, reflecting the laggard nature of the indicator. This will likely dent consumer confidence further. With traditional export industries struggling in the midst of an over-valued CHF and softer global demand, private consumption is especially important for the Swiss economy. In light of recent poor economic data, we look for zero GDP growth in 2002, rising to 1.3% next year. Next week's economic calendar is bare, focus instead will be on global trends. |
| *DKK weakening may delay a small rate cut* | **Denmark:** An extremely quiet week for economic data saw the August current account surplus surge to DKK5.4bn—the highest level for a year. The release bodes well for the state of the domestic economy, though a decline in the pace of trade to and from the export industry was a slight black spot. Nevertheless, markets remain focused on external developments. The bounce in equity markets last week helped take some of the shine from the DKK against the EUR. This may delay an Nationalbank rate cut, though we do expect the policy rate spread to tighten over the ECB in the coming months. |

# OTHER EUROPE ECONOMIC INDICATORS

| Day | GMT | Country | Indicator | For | BAC | Mkt | Last |
|---|---|---|---|---|---|---|---|
| Tue 23 | 07:30 | Denmark | Consumer Confidence | Oct | 2.0 | 2.0 | 3.0 |
| | 08:00 | Norway | Retail Sales (sa) mom | Sep | 0.3% | 0.3% | -0.2% |
| Fri 25 | 08:00 | Sweden | Trade Balance (nsa, SEK) | Sep | 13.0bn | 13.0bn | 7.2bn |

Source: Bank of America.

*Norwegian Retail Sales*   Retail Sales have trended poorly over the course of the year and in contrast to other household data/surveys. August was a particularly soft month, and we look for some reversal.

## Bank of America Corporation

Global Economics and Financial Markets Weekly

# CANADA

*John Rothfield*

### Canadian dollar again demonstrates links with risk, equity markets

| | |
|---|---|
| *Dodge speech was a prelude to monetary statement* | During a speech in Quebec last week, BoC Governor Dodge gave his audience some notion of why his committee failed to hike rates at the latest opportunity. Although we had not expected a hike, the reasoning of the central bank, which will be further elaborated in the October 23 monetary policy statement, is important. Dodge noted that Canadian inflation is accelerating fairly persistently to be now almost right on top of the 2.75% benchmark lending rate (core inflation is 2.6%). Yet he expected the economy to now grow, for two or three quarters, at the bottom end of the bank's "potential" 3-4% range. The 3-4% range confirms that the BoC has raised its bar on the rate of growth that it will "tolerate" without intervention in the form of tighter monetary conditions (including trying to guide the currency stronger). The MCI has tightened from –10 ½ to –10 ¼ in the past week simply because of the stronger currency, but remains unusually easy. In our discussion on these pages last week, we also referred to the bank's shifting assessment of whether the economy was close to or beyond its output gap. The unemployment rate is still high, the capacity utilization rate is low and productivity growth is high, all compared with what is typical during this stage of a typical economic up-cycle. |
| *Some evidence of slowing growth in Canada* | Canadian data releases continue to err on the healthy side into the middle of the third quarter, but have begun to exhibit at least some signs of cooling off. Manufacturing shipments rose by 0.6% mom in August, after a 1.0% gain in July and making the quarter on quarter gain quite strong. However, much of the improvement has been in wood products (coming back after having been hurt by US tariffs in May) and energy output. Other categories are a bit soft still, or any increase recently has been in prices, not volumes. Canadian exports in aggregate were a bit soft in August. Imports rose by more than 2% in August although much of this was related to the surge in auto sales during the month, probably a one-time increase. With corporate tax revenues lower this fiscal year (just ended) the Canadian budget surplus fell from CAD18.1bn in FY 00-01 to CAD8.9bn in FY 01-02. The announced surplus actually exceeded expectations of CAD6.0 to 7.0bn, and is enough to keep Ottawa's plans alive for a fiscal stimulus in 2003, ranging from health care, infrastructure and defense. This is a policy tack that will annoy some at the central bank. |
| *More evidence this week* | Additional 3Q02 monthly data this week will be helpful in determining whether the BoC will consider a rate hike on December 3 (this data will not be out in time to be considered for this Wednesday's monetary policy statement). Specifically, the data out this week will include Canadian September CPI inflation, the leading index and August retail trade. |
| *Flow data also of interest* | This week StatsCan will also report international financial flows in and out of Canadian securities, for the month of August. As reported in the data analysis below, July 2002 represented the first time since during the terrorist attacks on the US ten months earlier, that foreigners were net sellers of CAD securities. And in July 2002, USD/CAD rose from 1.51 to almost 1.60 at one stage, a move that pretty much captured the whole weakening trend in CAD since mid-year. Most of those sales were of Canadian equities and was associated with a 1000 point (14%) drop in the TSE stock index in local currency terms during July. In USD terms, both the TSE and the US S&P 500 dropped by 20% from top to bottom in July. Stocks rebounded in August and the CAD recovered somewhat. Subsequently of course, stocks dropped yet again but the latest rally in NthAm stocks since October 10 has also been associated with a recovering CAD (from 1.60 to 1.57), thus reinforcing the strong relationship between equities and the loonie. |

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

## CANADA ECONOMIC INDICATORS

| Day | GMT | Indicator | For | BAC | Mkt | Last |
|-----|-----|-----------|-----|-----|-----|------|
| Mon 21 | 12:30 | Wholesale Trade mom | Aug | 0.5% | 0.5% | 0.7% |
| Wed 23 | 12:30 | CPI mom | Sep | 0.2% | n.a. | 0.4% |
|  |  | yoy |  | 2.6% | n.a. | 2.6% |
|  |  | Core CPI yoy |  | 2.6% | n.a. | 2.5% |
|  |  | Retail Trade mom | Aug | 0.5% | 0.5% | -0.3% |
| Thu 24 | 12:30 | Leading Index mom | Sep | 0.2% | 0.2% | 0.2% |
|  |  | International Securities Transactions CAD mn | Aug | +3.0 | n.a. | -4.8 |

Source: Bank of America.

| | |
|---|---|
| Consumer Price Index | The BoC measure of core inflation rose an unexpectedly high 0.5% in August, accelerating the year on year rate from 2.1% to 2.5% and two alternative measures of underlying inflation also ramped up to above 2% (the mid point of the 1-3% target range). Headline inflation was 0.4% mom and 2.6% yoy. For the headline, we expect another 0.2%/2.6% result, and for the core rate to notch up a little to 2.6% as well. |
| Retail Trade | We already know that Canadian retail sales rebounded by 4.1% in August after two weak months, buoyed by financing incentives. Markets will focus on the ex autos figure, which slumped to −0.1% in July but is expected to recover to +0.3% in August. |
| International Securities Transactions | There were net outflows of CAD 4.8bn from Canadian securities in July, comprising foreign sales of 4.0bn of CAD securities and Canadian outward flows of 0.8bn. The big news was foreign selling of CAD securities for the first time since the month of the US terrorist attacks, when everybody was pulling money back home. It is hardly surprising then, that USD/CAD rose from 1.51 in early July to almost 1.60 toward the end. |

## Bank of America Corporation

*Global Economics and Financial Markets Weekly*

# AUSTRALIA AND NEW ZEALAND

*John Rothfield*

### RBA well aware of links between Australian and US economies

| | |
|---|---|
| *Why AUD didn't rally that much* | During a week in which the Dow rose by more than 1000 points and US corporate yield spreads narrowed after a spate of better US earnings announcements, the accompanying recovery in the Australian dollar was rather tepid. Undoubtedly the increased risk in Asia due to the Bali attack on the imminent resolution of the Japanese banking crisis limited the AUD gains. So too did the fact that the USD was generally stronger against all currencies except those in its region such as CAD and MXN. Additionally, the improvement in US earnings was not matched by any improvement in global industrial sentiment, so the Westpac commodity futures price index actually continued to fall. Metal and steel markets are suffering from a recent slowing of industrial activity in non-China Asia, for example. Finally, the improvement in the US stock market probably attracted some funds out of Australian institutions into the US equity market (these have restrained the AUD's upside for some years now). |
| *IMF country report discusses linkages between US and Australian GDP* | The IMF country report on Australia (October 2002) concludes that financial linkages have played an important part in keeping the Australian and US economic cycles closely linked in spite of the low US weight in Australia's trade basket; most importantly, shocks to the US corporate bond market (spreads vs Treasuries) influence Australian activity. |
| *The RBA adopts a more cautious approach to additional monetary tightening* | This fact continues to be recognized by the RBA, which continues to put its monetary policy in the context of US as well as Australian conditions. The fact is that, the most recent rally in US stocks notwithstanding, we are still anticipating a lower trajectory of US economic growth between 4Q02 and 2Q03 as the fiscal stimulus from earlier this year and the benefits of the housing boom begin to wane. For the next three quarters, we are expecting US real domestic final sales to grow at an annual rate of only 1.75%. This US scenario increases the risk that the Australian economy, which experienced 3.8% yoy GDP growth in the June 2002 quarter, begins to slow. Early last week, RBA deputy Governor Stevens spoke to all these issues in a speech. Although promising a more effusive analysis at the time of the November 11 monetary policy statement, Stevens pointed to the great uncertainty about the path of recovery in the US, against the backdrop of a possible military conflict in the Middle East – suggesting that the US recovery may well end up looking like the shallow one experienced in the early 1990s. For Australia's part, Stevens again focused on the house price boom of the recent past, i.e.: "we are keen to see the pace of both price gains and the run-up in debt abate". Still, one senses that the RBA is becoming more attuned to the risk that a premature additional tightening might hurt the economy at a fragile point of the cycle, than before. |
| *The drop in consumer sentiment and imports is telling* | Reinforcing a more cautious view about the Australian economy going forward, we learned last week that consumer sentiment fell from 108.5 to 102.3 in October, a factor which in itself is probably enough to prevent the RBA hiking its interest rate on Melbourne Cup day, November 5. Moreover, imports data for September showed a 5% monthly drop which will help the monthly trade balance but is a sign that rabid domestic demand growth (7% real increase in year to June) is starting to cool off. Data on inward tourism for the month is due this Thursday, giving the next clue as to a demand slowdown. The attack on Bali has occurred only very recently, and there is likely to be a switching away from trips to Asia to, instead, spending holiday money at home. This week's Australian leading index, if it shows another low result, would also increase focus on possible economic deceleration. |
| *Inflation data* | Lower inflation makes it more likely that the PacRim central banks will hold their fire on further rate hikes, and even consider rate cuts if growth starts to stall. New Zealand inflation decelerated, as expected, to 0.5% qoq in 3Q02, dropping the yoy rate from 2.8% to 2.6%, further inside the 1-3% target range. NZ goods inflation was only 2.0% yoy, with government and services inflation, less subject to the business cycle, being higher. Aussie inflation is due this week (see below). We expect another high result, but the main impetus would be higher food (and wool) prices related to the local drought, a factor the RBA would not consider offsetting with tighter monetary policy. In fact, in this context, higher prices act as a tax on consumers, and is thus contractionary for the economy. |

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

# AUSTRALIA AND NEW ZEALAND ECONOMIC INDICATORS

| Day | GMT | Country | Indicator | For | BAC | Mkt | Last |
|---|---|---|---|---|---|---|---|
| Mon 21 | 01:30 | Australia | PPI qoq | 3Q02 | 0.2% | 0.2% | 0.2% |
| Wed 23 | 01:30 | Australia | CPI qoq | 3Q02 | 0.7% | 0.6% | 0.7% |
| | | | Leading Index yoy growth | Aug | 2.0% | n.a. | -0.5% |
| Thu 24 | 21:45 | New Zealand | Merchandise Trade (NZD) | Sep | -450mn | -300mn | -551mn |
| | | | Building Consents Issued mom | Sep | +2.0% | n.a. | -18.3% |

Source: Bank of America.

*Australian CPI*

The CPI rose by 0.7% in 2Q02, and by 2.8% year on year. Higher energy prices were the big contributor, along with a one-time increase in private medical insurance costs. The core inflation measure ("CPI for market goods and services ex volatile items") rose by 0.6%, but the year on year rate fell from 3.6% to 3.1%, now just above the 2-3% medium term target band. Another 0.7% result is in the offing, which would push headline inflation back above 3% and the core rate would stay above 3% for the fourth quarter in succession.

*Australian Leading Index*

The index plunged to -0.5% in July, a forecast for economic growth in the year ahead. New data will see last month revised up and this month higher, but clearly the leaders are predicting a lower trajectory of demand growth ahead.

*New Zealand Merchandise Trade*

The deficit for August was higher than expected at NZD551mn in August on the back of softer commodity export prices but imports holding up. A smaller but still substantive deficit is expected for September and the quarterly result will eventually show another widening of the current account deficit to what we expect to approach 5% of GDP by next year.

*Global Research– October 18, 2002*

19

## Bank of America Corporation

Global Economics and Financial Markets Weekly

# LATIN AMERICA

*Guillermo Estebanez*
*David Roberts*
*Edgar Camargo*
*Marcelo Carvalho*

## It's Election Time Again in Brazil

*Looking for clues about how a Lula government will function*

**Brazil:** This is the last week before the October 27 runoff election and Lula increasingly looks like the next Brazilian president. Even so, markets will track Serra's position in the latest polls, keeping in mind that the government candidate needs roughly 30mn votes to gather 50% of the valid votes. We expect Serra will lose further political support as more politicians become convinced that the PSDB candidate will not win. Investors will also watch the last TV debate (October 25) between the presidential candidates, as well as new developments on prospects for the transition period until the next president takes office in January 2003. Most importantly, investors are looking for clues about how a Lula government will function, especially the new economics team. Election results should be known within 24 hours after the Sunday voting. An advisor to Lula said last week that Lula could announce his principal appointments shortly after the election.

*An impressive September current account surplus expected Thursday*

Thursday's September current account data release should reveal an impressive external adjustment. We project a $1.2bn surplus, up from the $0.4bn surplus in August, which was the first monthly current account surplus seen since 1995. September's positive result is driven by the large, $2.5bn trade surplus. The 12-month cumulative trade balance continues to improve, surging to a $9.3bn surplus through September. The current account balance for January-September should stand at a small deficit of $7.4bn, less than half the $17.4bn gap posted in the year-earlier period. On the financing side, however, foreign direct investment should remain at low levels, around $1.0bn. On monetary policy, attention will be on the Tue-Wed COPOM meeting. The COPOM is likely to keep interest rates at 21.0%, after last week's surprising 300bp hike in the Selic rate.

*Currency a likely key driver for the yield curve*

The currency will likely remain a key driver for the local yield curve. If the BRL weakens further due to the $1bn swaps to be rolled over October 23, we may see rates going up in the local yield curve. Markets will also watch developments in the political arena, and could react positively if the Worker's Party surprises with indications of market-friendly policies and names for key government positions.

*Agreement with the IMF?*

**Argentina** At long last, the government and IMF appear to be converging on an interim agreement to cover the period until the new government takes office following the March elections. Last week, Economy Minister Roberto Lavagna proposed a revised Letter of Intent that at least addresses the IMF's major issues. The proposal still falls short of the Fund's requirements, especially by targeting a 2% primary fiscal surplus rather than the 2 ½% surplus the IMF has insisted on, but the IMF seems likely to see the latest proposal as a basis upon which an acceptable agreement can be fashioned.

IMF Western Hemisphere Department head Anoop Singh signaled this more cooperative atmosphere in comments last week that Argentina has an opportunity to seize the moment to put in place a program that will entrench the recent relative stability. As usual, Minister Lavagna's goal of reaching an agreement within three weeks seems over-optimistic, but there is a good chance that an agreement will be reached in time for Argentina to meet its heavy November multilateral debt payments. The ARS's recent stability seems likely to continue for some time—possibly until the presidential election campaign arouses renewed concerns over Argentina's commitment to rational policymaking.

*Busy economic calendar*

**Mexico:** August's industrial production posted a modest 0.7% increase—in seasonally adjusted monthly terms it increased 0.2% —maintaining hope that although gradual, Mexico's recovery continues on track. However, the increase of industrial activity once again relied on domestic factors. Important data for the week: September retail and wholesale sales, September trade balance, October's first half inflation and the August global economic activity indicator.

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

Local markets have been supported by the positive performance of US financial markets. The MXN strengthened to 10.0, accumulating an appreciation of almost 2% in the last week Interest rates declines continued along the curve but could be reaching a short-term floor if the MXN stabilizes around current levels

*2003 macro-economic assumptions give clues on budget plans*

In coming days investors will closely follow the announcement of the government's macroeconomic assumptions for next year, which will frame the 2003 budget proposal that the executive should send to Congress during November's first half. There is a clear emphasis from the government on the maintenance of a prudent fiscal policy stance—a reduction of the fiscal deficit to 0.5% of GDP, maintaining PSBR stable around 3.2%—relying on conservative macroeconomic assumptions. The discussion is likely to be centered rather on the expenditures side than on the revenues side. Oil price assumptions and increases in public administered prices are key points to follow.

# LATIN AMERICA ECONOMIC INDICATORS

| Day | GMT | Country | Indicator | For | BAC | Mkt | Last |
|-----|-----|---------|-----------|-----|-----|-----|------|
| Tue 22 | | Mexico | Retail Sales, yoy | Aug | 2.3% | 2.0% | 2.1% |
| | | | Wholesale Sales, yoy | Aug | -4.5% | -4.0% | -5.2% |
| Wed 23 | | Mexico | Prel. Trade Balance ($) | Sep | -497mn | -582mn | -545mn |
| Thu 24 | | Brazil | Current account ($) | Sep | 1.2bn | n.a. | 0.4bn |
| | | Mexico | CPI, mom (1H) | Oct | 0.20% | 0.17% | 0.49% |
| Fri 25 | | Mexico | Global Economic Activity Indicator (IGAE), yoy | Aug | 1.8% | 2.1% | 2.7% |

Source: Bank of America.

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

# EMERGING EMEA

*Dwyfor Evans*
*Callum Henderson*

## Irish referendum crucial for the CEE convergence trade

| | |
|---|---|
| *Irish vote key to CEE market near-term* | **Region:** On Saturday, October 19, the Irish vote in a referendum on the Nice Treaty, a charter that sets out the institutional framework for EU enlargement. This follows the first referendum in June last year, in which the Treaty was rejected by 54–46%, albeit on a very low turnout. This time around the opinion polls appear to suggest a narrow 'yes' vote, although 30% of the electorate appear undecided, rendering tentative any conclusions on the likely result. In terms of the likely implications of the vote, although prior positioning and risk aversion could limit the impact of a 'yes' vote, fundamentals and the recent outperformance of the CEE local markets suggest a significant rally. In contrast, a 'no' vote would likely see CEE yields rise across the region amid general concerns over the EU accession timetable and CEE currencies weaken as portfolio inflows slow/reverse, straining the ability of the regional capital accounts to fund widening current account deficits. For a detailed outlook of the referendum and its impact on the regional convergence trade, see our note *Regional Alert: Central and Eastern Europe – The Convergence Trade and the Irish Referendum*, published on October 8. |
| *The NBP to act on soft inflation and sluggish growth, but not yet* | **Poland:** The underlying picture remains unchanged as we head into this week's monthly MPC meeting. Inflation – both consumer and producer – look to have bottomed although excise tax cuts in October suggest that the CPI rate is set to remain at current levels at least for another month before rising gradually to our year-end forecast of 1.7% yoy. Thursday's IP figure came in stronger than expected at 6.7% yoy, but strip out the working day effects and the series remains on only a tentative upward trend, but is enough to suggest that 3Q02 growth should exceed both first and second quarters. The data is likely to have little impact on market expectations for further rate cuts, particularly as PPI surprised on the downside and with output growth sluggish. Rather than whether the MPC cuts, the more pertinent question is one of timing. While a cut at this week's meeting is not out of the question, it is likely that the MPC will wait for another month's data, not least budget data which was surprisingly good last week, with the YTD deficit at 75% of target. This is leading the market to think that this year's deficit target can be met, a result that would be a boost to the government's fiscal credibility. |
| *September PPI key to SAGB price action* | **S Africa:** The fundamental picture, specifically, inflation outlook, remains cloudy. Following dovish comments from SARB governor Mboweni recently, last week's CPIX surprised on the upside. Higher food and oil prices do appear to be having secondary round effects within the economy. With September CPIX having come in at 11.8% yoy, we now expect CPIX to end the year around 12.2% given our mom increase assumptions. We expect the effects of the 400bp of interest rate hikes seen so far this year to become increasingly evident in the South African real economy, as hinted at by recent money supply and real economic data. However, we still see very strong risks of one more rate hike at the November MPC of 100bp. PPI released Wednesday is key for S African markets in the week ahead and we expect another strong figure. Having been extremely bullish in July on SAGBs and got the initial rally and then experienced a significant reversal we still think it is too early to get back into the market. Having cut our allocation considerably to SAGBs within the Emerging EMEA Local Asset Allocator, we take a neutral view from here until such time as the inflation peak is confirmed. |

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

## EMERGING EMEA ECONOMIC INDICATORS

| Day | GMT | Country | Indicator | For | BAC | Mkt | Last |
|-----|-----|---------|-----------|-----|-----|-----|------|
| Mon 21 | | Israel | Industrial production, yoy | Aug | -0.5% | n.a | -1.5% |
| Tue 22 | 08:00 | Czech | Trade balance (CZK) | Sep | -1.5bn | -2.50 | -11.85bn |
| | 08:00 | Hungary | Real wages | Jan-Aug | 11.0% | n.a | 11.5% |
| | 15:00 | Poland | Core inflation, yoy | Sep | 2.8% | n.a | 2.8% |
| Wed 23 | 10:30 | S Africa | PPI, yoy | Sep | 16.1% | 15.9% | 15.4% |
| Wed+ | | Turkey | Trade balance ($) | Aug | n.a | n.a | 1.43bn |
| Thu 24 | 08:00 | Hungary | Retail trade, yoy | Aug | 9.0% | n.a | 9.0% |
| | | Russia | Gold and FX reserves ($) | To Oct 18 | 45.9bn | n.a | 45.7bn |
| Fri 25 | 15:00 | Poland | Food prices | 1H Oct | 0.5% | n.a | 0.8% |

Source: Bank of America.

## Bank of America Corporation

Global Economics and Financial Markets Weekly

# ASIA (EX JAPAN)

*Xin Xie*
*M. R. Madhavan*

### Terror attacks in Indonesia underline the difference in risk between North and S-E Asia

| | |
|---|---|
| *We recommend a KRW/SGD trade* | The terror attacks in Indonesia have brought back into focus risk differentiation between North and South East Asian economies, and reaffirmed our 'Go North' strategy outlined in the Situation Room publication on September 11. To reiterate, we expect Northeast Asian currencies, whose economies have better external liquidity and/or domestic fundamentals, to outperform the ASEAN currencies in an environment of risk aversion related to the war on terror, and increasing tension in the Middle East. We would like to recommend a long KRW short SGD trade as a relative value play on this intra-Asian risk differentiation. We remain bullish on the KRW, though the currency has been hit hard recently by the contagion from US equity. We recommend shorting SGD/KRW, targeting a decline in the cross to 680. This position has a nice positive carry of 17bps/month, and we would stop out of the position if the cross were to move higher to 710. The main risk to our call is that, if $/JPY moves out of its recent trading range on the upside, and if the US stock market tumbles, $/KRW's upside could be higher than $/SGD, given that KOSPI could be subject to significantly more foreign selling than the STI (foreigners own around 35% of the Korean stock market). |
| *HK forwards supported by weak economy and budget deficit problems* | **Hong Kong:** The 1-year forward is well supported at 300 since the local economy is still struggling, and the budget deficit promises to be a lingering issue. The Financial Secretary's comments that he wouldn't introduce sales tax are likely to further worry the market on this count. So, expect a trading range of 300-400 for the 1yr forward. HKMA's chief reiterated his pledge to the currency peg in his weekly column and highlighted the strength in HK's external financial position. His comments indicate that HKMA's stance on the peg is still very strong. In our view, de-pegging is very unlikely to happen in 1 year's time and the 1-year forward is more of a trading instrument rather than a hedging instrument. To hedge against the de-pegging risk, going long the 2yr HKD/USD spread would be a better strategy. |
| *Bonds rally on rate cut hopes* | **India:** The government announced that it would pull back some of its troops from the advance positions at the Indo-Pak border; Pakistan has responded with a similar move. This de-escalation will likely help reduce the chances of a sudden spike in tensions if an event such as a terrorist attack happens. Meanwhile, RBI Governor reiterated his comfort with falling interest rates. Bond yields have been declining on expectations of a rate cut in the forthcoming monetary policy review meeting on 29th October. We maintain our bullish stance on interest rates and expect the 10-year to dip below 7%. |
| *We do not expect a rate hike in the November MPC meeting* | **Korea:** Consumer confidence hit a 9-month low of 103.9 in September, from 106.2 in August. The data suggests that the Korean economy might slow down a bit in 4Q02 and is likely to provide extra support to USD/KRW. Indications from commercial banks that the growth pace of household borrowing was slowing in October reinforces our view that the central bank is unlikely to hike interest rates in its November MPC meeting. Rising consumer debt was one of the main concerns of BoK and the need to hike interest rates is likely to be reduced if household borrowing slows down. Strong rebound in global equities brought portfolio inflows into the Korean stock market again and would enable KRW to outperform JPY and SE Asian currencies. We expect near-term trading range for JPY/KRW to be 9.9-10.0. Revelations of North Korea's nuclear weapon program so far brought limited impact to the currency and bond markets in Korea, since it appears that the US administration would seek peaceful solutions, instead of military actions, to solve the issue. |
| *Focus on risks associated with terrorism* | **Indonesia:** The bomb attacks in Bali over the weekend brought yet again into focus the risks associated with terrorism in Indonesia – and the vulnerability of Indonesian assets to such risks. There are two major implications of the weekend's incidents. First, this is likely to significantly increase the international pressure on Megawati's government to take stern measures against terror networks within the country. Of course, any attempts by the government to clamp down on the terror groups domestically could also induce further backlash from such groups, and increase dramatically the domestic security risks. And second, the perception of such security risks is likely to damage |

*Global Research – October 18, 2002*

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

Indonesia's capability to attract much needed foreign capital, and hurt its already fragile economy. Lack of investment remains one of the big drags on Indonesia's economic prospects; while the surge in consumption has constrained the economy's capability to build capital stock domestically, the country also remains starved of foreign (especially, private) capital. Estimates of the net capital outflow since the Asian crisis vary, but figures from the IFC suggest that as much as $10bn of net private capital has left Indonesia every year in the last four years. Some of the portfolio capital did return earlier this year, as the global investment community found itself increasingly comfortable with a new found political stability in the country. However, if the recent round of IBRA sales is any indication, the initial optimism too has worn off. As the IMF itself noted in a recent paper on Indonesia, "investors remain wary about committing funds to Indonesia, given continued concerns related to weaknesses of the legal and judicial infrastructure, which lessen the ability of investors to enforce their property rights, as well as security issues".

**Philippines:** A grenade explosion in Manila, coming on top of the two explosions in Southern Philippines, unnerved markets, leading to USD/PHP being bid up to a high of 53.24. The central bank warned that it will "take measures, if necessary, to maintain orderly market movement". BSP has maintained its stance that it expects PHP to strengthen in 4Q02 due to increased $ remittances from abroad. While some downward pressure on $/PHP cannot be ruled out due to these seasonal remittances, we expect the pair to remain well supported on continued (though temporarily reduced) risk aversion towards Asian assets (our year-end forecast is 53).

*SGD likely to weaken against NEER*

**Singapore:** September non-oil domestic exports (NODX) numbers were within the market's range of expectations, at +16.9% yoy, boosted by the very weak base from last September when shipments has plunged in the aftermath of the September 11 events. Given our bearish outlook on the Singapore economy, we would expect the balance of risks to be against tightening of policy by the central bank over the next 6-9 months. The SGD has climbed to around 0.75% above the centre of its trade weighted bands. We think these are good levels to add to short positions on SGD against the NEER (our preferred trade of Aug 1 includes 10 parts long USD/SGD, 2 parts short USD/JPY and 2 parts long EUR/USD). We would also consider a long EUR/SGD position to play this view, though with a lesser hedge.

# ASIA (EX JAPAN) ECONOMIC INDICATORS

| Day | GMT | Country | Indicator | For | BAC | Mkt | Last |
|-----|-----|---------|-----------|-----|-----|-----|------|
| Mon 21 | 08:00 | Taiwan | Industrial Output yoy | Sep | 12.4% | 8.8% | 5.9% |
| | | | Export orders yoy | Sep | 24.3% | n.a. | 13.9% |
| | 08:15 | Hong Kong | Unemployment | Sep | 7.5% | 7.6% | 7.6% |
| Tue 22 | 08:15 | Hong Kong | Composite CPI yoy | Sep | -3.1% | -3.1% | -3.3% |
| Wed 23 | 05:00 | Singapore | CPI yoy | Sep | -0.6% | -0.1% | -0.5% |
| | 08:00 | Taiwan | Unemployment | Sep | 5.4% | 5.3% | 5.4% |
| Fri 25 | 08:00 | Taiwan | Money Supply M2 yoy | Sep | 2.9% | 2.7% | 2.9% |
| | 08:15 | Hong Kong | Exports yoy | Sep | 5.5% | 6.0% | 5.7% |
| | | | Imports yoy | Sep | 6% | 5.0% | 5.8% |
| | | | Trade Balance (billions of HK$) | Sep | 8.9% | -4.5 | -3.1 |

Source: Bank of America

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

# CRITICAL EVENTS

| Date | GMT | Venue | Event |
|------|-----|-------|-------|
| Sat 19 | | Ireland | Second referendum on the Nice Treaty |
| Mon 21 | | Japan | BoJ Governor Hayami speaks |
| | | | US Treasury Under-Secretary Taylor begins four day visit to Japan |
| | | Mexico | Asia Pacific Economic Cooperation informal meeting (to Oct. 22) |
| | 06:30 | Thailand | Thai Central Bank holds Monetary Policy Committee Meeting |
| | 13:20 | US | Fed's Stern speaks on global and economic conditions |
| Tue 22 | | Japan | Preliminary FSA report on bank NPL resolution. |
| | 16:00 | Switzerland | SNB's Blattner speaks on "The Euro: Implications for the Monetary Policy of the SNB" |
| | 17:15 | St. Louis | Fed's Olson speaks on community development |
| Wed 23 | | Germany | Verdi public sector union announces wage demands ahead of negotiations to begin on Nov. 15 |
| | | Mexico | Asia Pacific Economic Cooperation 14th Ministerial Meeting (to Oct. 24) and CEO summit (to Oct. 25) |
| | | Warsaw | Polich MPC policy announcement |
| | 06:30 | London | Boe MPC minutes from Oct. 09-10 |
| | 09:25 | Sweden | Riksbank DG Persson speaks on stabilisation policy in stage three of EMU |
| | 14:30 | St. Louis | Fed's Poole speaks on community development |
| | 14:30 | Ottawa | Bank of Canada quarterly monetary policy report |
| | 16:30 | Washington | Fed Chairman Greenspan speaks on "Productivity in the 21[st] Century" |
| | 18:00 | US | Fed's Beige Book released |
| Thu 24 | | Japan | BoJ's Fukuma Speaks to Business Leaders |
| | | Frankfurt | ECB Central Banking Conference "The Transformation of the European Financial System" (to Oct. 25) |
| | | Frankfurt | ECB Governing Council meeting. No interest rate announcements scheduled |
| | | Brussels | European heads of state and government meet to discuss EU enlargement (to Oct. 25) |
| Fri 25 | | Berlin | BBK President Welteke speaks |
| | | Japan | Coalition's anti deflation package is unveiled. |
| | | Texas | Chinese Premier Zemin meets President Bush |

# UPCOMING EVENTS

| Date | GMT | Venue | Event |
|------|-----|-------|-------|
| Oct 27 | | Brazil | Presidential election |
| Oct 27 | | | Summer time ends in Continental Europe and US |
| Nov 03 | | Turkey | Parliamentary electictions |
| Nov 05 | | US | Congressional elections |

# CENTRAL BANK POLICY MEETINGS

| Fed | ECB | BoJ | BoE | BoC | SNB | Riksbank |
|-----|-----|-----|-----|-----|-----|----------|
| November 6 | November 07 | October 30 | November 07 | October 16 | December 13 | November 14 |
| December 10 | December 05 | November 19 | December 05 | December 03 | | December 04 |
| | | November 17 | | | | |

| Norges Bank | RBA | RBNZ | Brazil COPOM | S Africa MPC | Czech NB | Hungary NB |
|-------------|-----|------|--------------|--------------|----------|------------|
| October 30 | November 05 | November 20 | October 23 | November 28 | October 31 | October 28 |
| December 11 | December 03 | | November 20 | | November 28 | |
| | | | December 18 | | December 19 | |

*Global Research – October 18, 2002*

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

# ECONOMIC INDICATORS

| | IMF Weight | GDP % change | | | Unemployment (%) | | | CPI % change | | | Current Account as % of GDP | | | Budget Balance as % of GDP | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2001 | 2002 | 2003 | 2001 | 2002 | 2003 | 2001 | 2002 | 2003 | 2001 | 2002 | 2003 | 2001 | 2002 | 2003 |
| WORLD | 100.00 | 1.1 | 1.7 | 2.4 | | | | | | | | | | | | |
| THE AMERICAS | 39.96 | 0.3 | 2.1 | 2.6 | | | | | | | | | | | | |
| United States | 31.56 | 0.3 | 2.5 | 2.6 | 4.8 | 5.8 | 6.1 | 2.8 | 1.6 | 2.3 | -3.9 | -4.7 | -4.4 | 1.3 | -1.9 | -2.3 |
| Canada | 2.27 | 1.5 | 3.5 | 3.1 | 7.2 | 7.4 | 7.1 | 2.5 | 1.8 | 2.2 | 2.6 | 3.0 | 2.0 | 1.2 | 0.6 | 0.3 |
| Latin America | 6.13 | 0.1 | -0.7 | 2.6 | | | | | | | | | | | | |
| Brazil | 1.90 | 1.5 | 0.8 | 1.3 | 6.3 | 7.2 | 6.2 | 7.7 | 8.3 | 15.0 | -4.6 | -2.9 | -1.6 | -5.3 | -3.9 | -2.6 |
| Mexico | 1.84 | -0.3 | 1.8 | 3.9 | 2.5 | 2.4 | 2.2 | 4.4 | 5.0 | 4.2 | -2.9 | -2.6 | -3.1 | -0.7 | -0.7 | -0.5 |
| Argentina | 0.91 | -5.1 | -11.2 | 3.0 | 16.3 | 20.4 | 22.5 | -1.1 | 28.5 | 44.3 | -1.8 | 3.8 | 4.6 | -3.5 | -7.5 | -8.5 |
| Chile | 0.22 | 2.9 | 2.1 | 3.6 | 9.0 | 9.2 | 9.2 | 2.6 | 2.4 | 3.0 | -1.9 | -1.0 | -2.4 | -0.3 | -0.8 | -0.8 |
| EUROPE | 29.48 | 1.5 | 1.1 | 1.8 | | | | | | | | | | | | |
| Eurozone | 19.34 | 1.4 | 0.7 | 1.3 | 8.0 | 8.3 | 8.2 | 2.4 | 2.2 | 1.6 | 0.0 | 0.5 | 0.1 | -1.3 | -2.5 | -2.0 |
| Germany | 5.98 | 0.7 | 0.2 | 0.9 | 7.8 | 8.2 | 8.5 | 2.5 | 1.3 | 0.8 | | | | -2.7 | -3.5 | -3.0 |
| France | 4.15 | 1.8 | 0.9 | 1.3 | 8.7 | 9.0 | 8.8 | 1.8 | 2.0 | 1.5 | | | | -1.4 | -2.7 | -2.2 |
| Italy | 3.44 | 1.8 | 0.4 | 1.3 | 9.6 | 9.2 | 8.9 | 2.3 | 2.4 | 1.8 | | | | -2.2 | -2.7 | -2.5 |
| Other Western Europe | 7.09 | 1.7 | 1.3 | 1.9 | | | | | | | | | | | | |
| United Kingdom | 4.53 | 2.0 | 1.4 | 1.9 | 5.1 | 5.2 | 4.9 | 2.1 | 2.1 | 2.2 | -2.1 | -2.2 | -2.0 | 0.3 | -1.1 | -1.6 |
| Switzerland | 0.77 | 0.8 | 0.0 | 1.5 | 1.9 | 2.7 | 3.0 | 1.0 | 0.6 | 0.8 | 8.2 | 9.5 | 10.7 | -0.7 | 0.5 | 0.1 |
| Sweden | 0.73 | 1.4 | 1.9 | 2.2 | 4.0 | 3.9 | 3.8 | 2.6 | 2.3 | 2.1 | 3.0 | 3.0 | 3.2 | 1.8 | 0.5 | -1.9 |
| Denmark | 0.52 | 1.0 | 1.4 | 2.0 | 5.2 | 5.1 | 5.0 | 2.3 | 2.4 | 2.7 | 2.6 | 2.1 | 2.2 | 2.8 | 2.3 | 2.5 |
| Norway | 0.52 | 1.5 | 1.6 | 2.0 | 3.5 | 3.8 | 3.6 | 3.0 | 1.1 | 2.1 | 15.5 | 13.0 | 15.0 | 16.0 | 9.0 | 8.0 |
| Other Europe | 3.04 | 1.9 | 3.0 | 4.1 | | | | | | | | | | | | |
| Russia | 0.80 | 5.2 | 3.0 | 3.8 | 8.8 | 8.6 | 8.1 | 18.6 | 16.3 | 14.0 | 11.3 | 6.6 | 4.2 | 3.0 | 0.9 | -0.3 |
| Turkey | 0.64 | -7.0 | 2.9 | 5.0 | 9.4 | 9.2 | 7.8 | 68.5 | 49.8 | 37.1 | 2.1 | -0.7 | -2.8 | -15.9 | -10.8 | -9.5 |
| Poland | 0.50 | 1.1 | 1.4 | 3.5 | 16.1 | 18.0 | 17.5 | 5.5 | 3.1 | 3.6 | -3.9 | -3.4 | -3.6 | -4.1 | -5.3 | -5.5 |
| Czech Republic | 0.16 | 3.3 | 2.9 | 3.5 | 8.5 | 8.5 | 7.5 | 4.7 | 3.3 | 3.0 | -4.4 | -4.3 | -4.1 | -2.3 | -2.2 | -1.4 |
| Hungary | 0.15 | 3.8 | 2.8 | 3.5 | 5.6 | 5.5 | 5.2 | 9.1 | 7.1 | 7.2 | -2.0 | -2.9 | -3.0 | -3.5 | -3.7 | -3.8 |
| ASIA & PACIFIC | 26.81 | 1.3 | 1.9 | 2.8 | | | | | | | | | | | | |
| Japan | 15.19 | -0.6 | -0.5 | 0.7 | 5.2 | 5.6 | 6.2 | -0.7 | -0.5 | -0.1 | 2.0 | 2.9 | 3.5 | -6.5 | -6.7 | -7.5 |
| China | 3.45 | 7.3 | 7.7 | 7.5 | 9.0 | 10.0 | 9.5 | 0.7 | -0.6 | 0.8 | 1.5 | 1.7 | 1.7 | -2.6 | -3.0 | -2.5 |
| Other Asia | 6.76 | 2.3 | 4.0 | 5.0 | | | | | | | | | | | | |
| India | 1.51 | 5.4 | 4.0 | 5.7 | | | | 3.6 | 3.0 | 4.5 | 0.3 | 0.0 | -0.6 | 10.0 | 10.0 | 9.8 |
| South Korea | 1.46 | 3.0 | 6.1 | 6.6 | 3.7 | 2.9 | 2.3 | 4.1 | 2.9 | 3.5 | 2.0 | 1.5 | 1.4 | 1.3 | 1.6 | 2.0 |
| Taiwan | 0.99 | -1.9 | 3.2 | 4.2 | 4.6 | 5.3 | 4.8 | 0.0 | 0.2 | 1.2 | 8.0 | 8.9 | 9.4 | -6.5 | -7.6 | -5.8 |
| Hong Kong | 0.52 | 0.6 | 1.3 | 3.0 | 5.1 | 7.6 | 6.6 | -1.6 | -3.0 | -2.2 | 7.4 | 8.3 | 8.2 | -5.4 | -4.3 | -2.9 |
| Indonesia | 0.49 | 3.3 | 3.0 | 3.2 | 8.1 | 7.9 | 7.7 | 11.5 | 12.1 | 9.3 | 5.1 | 3.1 | 3.1 | -3.7 | -3.0 | -2.5 |
| Thailand | 0.39 | 1.8 | 4.5 | 4.7 | 3.2 | 2.5 | 2.5 | 1.7 | 0.7 | 1.8 | 5.4 | 3.6 | 2.0 | -2.1 | -3.3 | -2.7 |
| Singapore | 0.30 | -2.0 | 2.3 | 3.3 | 2.0 | 4.4 | 5.7 | 1.0 | -0.4 | 0.3 | 20.9 | 23.0 | 23.6 | -0.9 | 0.9 | 1.2 |
| Malaysia | 0.29 | 0.4 | 4.0 | 4.8 | 3.2 | 3.7 | 3.2 | 1.4 | 2.0 | 2.3 | 8.1 | 6.0 | 6.0 | -4.8 | -3.5 | -2.6 |
| Oceania | 1.41 | 2.6 | 3.0 | 2.6 | | | | | | | | | | | | |
| Australia | 1.22 | 2.7 | 3.7 | 3.0 | 6.7 | 6.4 | 6.6 | 4.4 | 2.9 | 2.7 | -2.6 | -2.9 | -2.5 | 1.2 | 1.4 | 1.2 |
| AFRICA / MID EAST | 3.67 | 3.1 | 2.5 | 3.5 | | | | | | | | | | | | |
| Israel | 0.35 | -0.5 | -0.2 | 3.0 | 10.2 | 9.5 | 9.0 | 1.4 | 5.0 | 2.0 | -1.4 | -1.6 | -1.7 | -3.3 | -3.9 | -3.1 |
| Other Near & Middle East | 1.50 | 3.3 | 2.1 | 2.7 | | | | | | | | | | | | |
| South Africa | 0.40 | 2.3 | 2.1 | 3.0 | 0.0 | 0.0 | 0.0 | 6.6 | 8.7 | 6.2 | -0.4 | -1.2 | -0.8 | -2.3 | -2.6 | -2.5 |
| Other Africa | 1.41 | 4.1 | 3.8 | 4.5 | | | | | | | | | | | | |

| ASSUMPTIONS | 2001 | 2002 | 2003 |
|---|---|---|---|
| Oil Prices (WTI) | 24.2 | 25.0 | 25.5 |
| World Trade | -0.7 | -2.0 | 2.8 |

Note: GDP and CPI data are annual averages. Weights are calculated according to current USD value. (Source: IMF).

*Global Research– October 18, 2002*

## Bank of America Corporation

*Global Economics and Financial Markets Weekly*

# INTEREST RATES AND MONETARY POLICY FORECASTS

| Key Central Bank Rates | Current | 3-Month Forecast | 6-Month Forecast | 12-Month Forecast |
|---|---|---|---|---|
| Fed Funds | 1.75 | 1.75 | 1.75 | 2.00 |
| EMU Refi | 3.25 | 2.75 | 2.75 | 2.75 |
| JPY ON Call | 0.00 | 0.00 | 0.00 | 0.00 |
| UK Base | 4.00 | 3.75 | 3.50 | 3.50 |
| SNB 3-month Libor Target | 0.25-1.25 | 0.25-1.25 | 0.25-1.25 | 0.50-1.50 |
| BOC Operating Band | 2.50-3.00 | 2.75-3.25 | 2.75-3.25 | 3.75-4.25 |
| RBA Cash Rate | 4.75 | 4.75 | 4.75 | 5.00 |
| RBNZ OCR | 5.75 | 5.75 | 5.75 | 5.50 |
| Swedish Repo | 4.25 | 4.25 | 4.25 | 4.50 |
| Norway Deposit Rate | 7.00 | 7.00 | 7.00 | 7.00 |
| Brazilian Selic ON | 21.00 | 23.00 | 21.00 | 21.00 |
| Mexican 28-day Cetes | 7.20 | 6.90 | 6.80 | 6.60 |

| Interest Rates | Current | 3-Month Forward | 3-Month Forecast | 6-Month Forward | 6-Month Forecast | 12-Month Forward | 12-Month Forecast |
|---|---|---|---|---|---|---|---|
| USD: 3mo | 1.84 | 1.79 | 1.70 | 1.92 | 1.80 | 2.52 | 2.20 |
| 10yr | 4.22 | 4.34 | 3.90 | 4.43 | 4.10 | 4.60 | 4.80 |
| EUR: 3mo | 3.30 | 3.05 | 2.70 | 3.05 | 2.80 | 3.35 | 3.00 |
| 10yr | 4.61 | 4.65 | 4.20 | 4.71 | 4.50 | 4.82 | 5.00 |
| JPY: 3mo | 0.02 | 0.10 | 0.06 | 0.11 | 0.06 | 0.13 | 0.06 |
| 10yr | 1.09 | 1.19 | 1.00 | 1.19 | 0.90 | 1.20 | 1.50 |
| GBP: 3mo | 3.96 | 3.96 | 3.70 | 4.05 | 3.50 | 4.41 | 3.60 |
| 10yr | 4.69 | 4.76 | 4.10 | 4.78 | 4.60 | 4.82 | 5.20 |
| CHF: 3mo | 0.80 | 0.79 | 0.80 | 0.94 | 0.80 | 1.44 | 1.40 |
| 10yr | 2.79 | | 2.70 | | 3.00 | | 3.10 |
| CAD: 3mo | 2.85 | 3.07 | 3.15 | 3.32 | 3.25 | 3.73 | 4.00 |
| 10yr | 5.32 | 5.39 | 5.50 | 5.47 | 5.70 | 5.63 | 6.10 |

| 3m Interest Rates | Current | 3 Month Forecast | 6 Month Forecast | 12-Month Forecast |
|---|---|---|---|---|
| SEK | 4.290 | 4.35 | 4.40 | 4.75 |
| NOK | 6.940 | 7.05 | 7.15 | 7.20 |
| DKK | 3.480 | 2.90 | 3.00 | 3.15 |
| CZK | 2.720 | 2.50 | 2.50 | 3.00 |
| HUF | 9.610 | 9.65 | 9.40 | 9.25 |
| PLN | 7.350 | 7.10 | 6.75 | 6.30 |
| ARS | 31.300 | 45.00 | 40.00 | 30.00 |
| BRL | 24.050 | 26.50 | 26.00 | 26.00 |
| MXN | 7.200 | 6.90 | 6.80 | 6.60 |
| AUD | 4.825 | 4.90 | 4.95 | 5.20 |
| NZD | 5.775 | 6.00 | 5.95 | 5.75 |
| HKD | 2.185 | 1.80 | 2.00 | 2.30 |
| SGD | 0.970 | 0.70 | 0.70 | 0.90 |
| ZAR | 13.865 | 14.10 | 14.10 | 13.10 |

**Bank of America Corporation**

Global Economics and Financial Markets Weekly

# EXCHANGE RATE FORECASTS

| | | 3-Month | | 6-Month | | 12-Month | |
|---|---|---|---|---|---|---|---|
| Exchange Rates | Current | Forward | Forecast | Forward | Forecast | Forward | Forecast |
| USD vz | | | | | | | |
| EUR | 0.97 | 0.97 | 0.99 | 0.97 | 1.02 | 0.96 | 1.05 |
| JPY | 125.3 | 124.7 | 129.0 | 124.2 | 130.0 | 122.9 | 118.0 |
| GBP | 1.55 | 1.54 | 1.58 | 1.53 | 1.59 | 1.52 | 1.62 |
| CHF | 1.51 | 1.51 | 1.48 | 1.50 | 1.45 | 1.50 | 1.47 |
| CAD | 1.57 | 1.58 | 1.58 | 1.58 | 1.55 | 1.59 | 1.51 |

| Exchange Rates | Current | 3 Month Forecast | 6 Month Forecast | 12-Month Forecast |
|---|---|---|---|---|
| USD vz | | | | |
| ARS | 3.59 | 4.28 | 4.41 | 4.52 |
| BRL | 3.87 | 4.03 | 4.15 | 4.39 |
| MXN | 9.98 | 10.14 | 10.23 | 10.21 |
| CNY | 8.28 | 8.28 | 8.28 | 8.31 |
| KRW | 1239 | 1268 | 1285 | 1185 |
| HKD | 7.80 | 7.80 | 7.80 | 7.80 |
| SGD | 1.79 | 1.82 | 1.82 | 1.78 |
| ZAR | 10.4 | 10.58 | 10.74 | 11.90 |
| PLN | 4.17 | 4.01 | 4.03 | 4.04 |
| AUD | 0.551 | 0.54 | 0.57 | 0.60 |
| NZD | 0.481 | 0.46 | 0.48 | 0.49 |
| | | | | |
| EUR vz | | | | |
| JPY | 121.8 | 127 | 133 | 124 |
| GBP | 0.628 | 0.63 | 0.64 | 0.65 |
| CHF | 1.47 | 1.46 | 1.48 | 1.54 |
| DKK | 7.43 | 7.44 | 7.44 | 7.44 |
| SEK | 9.10 | 9.06 | 9.01 | 8.70 |
| NOK | 7.40 | 7.28 | 7.34 | 7.64 |
| CZK | 30.6 | 31.19 | 31.05 | 28.68 |
| HUF | 244.9 | 243 | 246 | 243 |
| PLN | 4.05 | 3.95 | 4.10 | 4.24 |

For more information, log on to http://bofa.com/capitalmarkets

*The information contained in this publication is for information purposes only. The information contained herein has been obtained or derived from public sources believed by us to be reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. Any opinions or predictions constitute our judgement as of the date of this publication and are subject to change without notice. The information contained herein is not meant to be, nor shall it be construed as, an offer by Bank of America Corporation or any of its affiliates (together, the "Bank") to offer to buy or sell any currency or financial product. The Bank may from time to time hold positions in, and may effect transactions*

October 18, 2002                                                    Vol. 4 No. 40

# Houlihan Lokey Howard & Zukin
## WEEKLY MARKET UPDATE

| Page 1 | Page 2 | Page 3 | Page 4 | Page 5 | Page 6 |
|--------|--------|--------|--------|--------|--------|
| Major Equity Market Indices U.S. Government Yield Curve | Currency Significant Interest Rates Interest Rate Spreads Swap Spread Monitor | Corporate Governance Headlines | Rolling Out Optimal Capital Structures | Forward Calendar IPO Activity U.S. Economic Releases | Top Ten Announced M&A Transactions Selected Equity Indices by Industry Group |

# Major Equity Market Indices

| Index | Friday Close | | | | % Change From | | |
|-------|--------------|---------|---------|-------------|-------|--------|---------|
|       | Current | 1 Week | 1 Year | Dec. 31 '01 | 1 Week | 1 Year | YTD |
| Dow Jones Industrial | 8,322.40 | 7,850.29 | 9,204.11 | 10,021.50 | 6.01% | -9.58% | -16.95% |
| S&P 500 | 884.39 | 835.32 | 1,073.48 | 1,148.08 | 5.87% | -17.61% | -22.97% |
| NASDAQ Composite | 1,287.86 | 1,210.47 | 1,671.31 | 1,950.40 | 6.39% | -22.94% | -33.97% |
| Wilshire 5000 | 8,323.78 | 7,873.03 | 9,894.90 | 10,707.68 | 5.73% | -15.88% | -22.26% |
| Russell 2000 | 363.37 | 344.93 | 425.70 | 488.50 | 5.35% | -14.64% | -25.62% |
| TSE 300 Index | 6,326.61 | 5,978.66 | 6,910.96 | 7,688.41 | 5.82% | -8.46% | -17.71% |
| Mexican Bolsa | 5,973.21 | 5,845.33 | 5,588.23 | 6,372.28 | 2.19% | 6.89% | -6.26% |
| Tokyo (Nikkei 225) | 9,086.13 | 8,529.61 | 10,538.79 | 10,542.62 | 6.52% | -13.78% | -13.82% |
| Hang Seng Stock Index | 9,613.07 | 8,965.73 | 9,825.84 | 11,397.21 | 7.22% | -2.17% | -15.65% |
| FTSE 100 Index | 4,130.50 | 3,953.40 | 5,017.70 | 5,217.40 | 4.48% | -17.68% | -20.83% |
| Korea Composite Index | 670.79 | 587.51 | 528.04 | 693.70 | 14.18% | 27.03% | -3.30% |

# U.S. Government Yield Curve



* No significant change between Current and 1 Week.

Los Angeles New York Chicago San Francisco Minneapolis Washington, D.C. Dallas Atlanta London

Phone: (800) 971-2663        www.hlhz.com        Fax: (800) 554-4515

Copyright © 2002 Houlihan Lokey Howard & Zukin. All rights reserved. It is illegal under Federal copyright law to reproduce this publication or any portion of its contents without the publisher's permission. Houlihan Lokey Howard & Zukin gathers its data from sources it considers reliable; however, it does not guarantee the accuracy or completeness of the information provided within this publication.

**October 18, 2002**

**Vol. 4 No. 40**

# HOULIHAN LOKEY HOWARD & ZUKIN

**WEEKLY MARKET UPDATE**

2

## Currency

| Denomination | Spot Rate | Friday Close 1 Week | Friday Close 1 Year |
|---|---|---|---|
| Canadian Dollar | 1.574 | 1.587 | 1.574 |
| Mexican Peso | 9.971 | 10.110 | 9.212 |
| Euro Curr. Unit | 1.029 | 1.013 | 1.112 |
| British Pound | 0.647 | 0.640 | 0.698 |
| German Mark | 2.012 | 1.981 | 2.176 |
| French Franc | 6.749 | 6.643 | 7.297 |
| Italian Lira | 1,992.050 | 1,960.780 | 2,154.040 |
| Swiss Franc | 1.512 | 1.482 | 1.643 |
| Japanese Yen | 125.510 | 124.050 | 121.200 |
| S. Korean Won | 1,246.900 | 1,259.300 | 1,299.500 |
| Indonesian Rupiah | 9,214.000 | 9,007.000 | 10,090.000 |
| Malaysian Ringgit | 3.801 | 3.800 | 3.801 |
| Thailand Baht | 43.750 | 43.880 | 44.750 |

*Units of currency per US$.*

## Significant Interest Rates

| | Current | Friday Close 1 Week | Friday Close 1 Year |
|---|---|---|---|
| Prime Rate | 4.75% | 4.75% | 5.50% |
| 1-Month LIBOR | 1.83% | 1.80% | 2.45% |
| 3-Month LIBOR | 1.83% | 1.78% | 2.37% |
| 6-Month LIBOR | 1.82% | 1.72% | 2.32% |
| 1-Year LIBOR | 1.94% | 1.77% | 2.50% |

## Interest Rate Spreads

| Term | Treasury YTM | AA- Corporate YTM | AA- Corporate Implied Spread | BBB Corporate YTM | BBB Corporate Implied Spread | BB Corporate YTM | BB Corporate Implied Spread | B+ Corporate YTM | B+ Corporate Implied Spread | B- Corporate YTM | B- Corporate Implied Spread |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 Mo. | 1.67% | 2.12% | 45 | 3.11% | 144 | 7.19% | 552 | 8.03% | 636 | 10.17% | 850 |
| 6 Mo. | 1.69% | 2.16% | 47 | 3.10% | 141 | 7.16% | 547 | 8.02% | 633 | 10.10% | 841 |
| 1 Year | 1.78% | 2.27% | 49 | 3.44% | 166 | 7.41% | 563 | 8.30% | 652 | 10.40% | 862 |
| 2 Year | 2.10% | 2.54% | 44 | 3.77% | 167 | 7.65% | 555 | 8.73% | 663 | 10.50% | 840 |
| 3 Year | 2.47% | 3.11% | 64 | 4.26% | 179 | 7.86% | 539 | 8.99% | 652 | 10.99% | 852 |
| 5 Year | 3.20% | 3.87% | 67 | 4.95% | 175 | 8.37% | 517 | 9.46% | 626 | 11.69% | 849 |
| 7 Year | 3.77% | 4.56% | 79 | 5.76% | 199 | 8.60% | 483 | 9.78% | 601 | 12.21% | 844 |
| 10 Year | 4.16% | 5.01% | 85 | 5.90% | 174 | 8.83% | 467 | 9.82% | 566 | 12.73% | 857 |
| 20 Year | 5.18% | 6.15% | 97 | 7.00% | 182 | 9.95% | 477 | 10.78% | 560 | 13.72% | 854 |
| 30 Year | 5.37% | 6.07% | 70 | 7.05% | 168 | 9.63% | 426 | 10.75% | 538 | 13.78% | 841 |

## Swap Spread Monitor

| Term | Current Treasury Rate | Current All in Rates Bid | Current All in Rates Ask | Current Swap Spread Bid | Current Swap Spread Ask | 1 Week Ago Treasury Rate | 1 Week Ago All in Rates Bid | 1 Week Ago All in Rates Ask | 1 Week Ago Swap Spread Bid | 1 Week Ago Swap Spread Ask | 1 Year Ago Treasury Rate | 1 Year Ago All in Rates Bid | 1 Year Ago All in Rates Ask | 1 Year Ago Swap Spread Bid | 1 Year Ago Swap Spread Ask |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 Year | 2.10% | 2.47% | 2.50% | 0.37% | 0.40% | 1.85% | 2.24% | 2.27% | 0.39% | 0.42% | 2.77% | 3.20% | 3.24% | 0.43% | 0.47% |
| 3 Year | 2.47% | 2.98% | 3.01% | 0.51% | 0.54% | 2.17% | 2.68% | 2.71% | 0.51% | 0.54% | 3.19% | 3.80% | 3.84% | 0.61% | 0.65% |
| 5 Year | 3.20% | 3.71% | 3.75% | 0.51% | 0.55% | 2.83% | 3.38% | 3.41% | 0.55% | 0.58% | 3.96% | 4.52% | 4.56% | 0.56% | 0.60% |
| 7 Year | 3.77% | 4.23% | 4.27% | 0.46% | 0.50% | 3.45% | 3.91% | 3.94% | 0.46% | 0.49% | 4.37% | 4.93% | 4.97% | 0.56% | 0.60% |
| 10 Year | 4.16% | 4.71% | 4.75% | 0.55% | 0.59% | 3.83% | 4.41% | 4.44% | 0.58% | 0.61% | 4.63% | 5.28% | 5.32% | 0.65% | 0.69% |
| 20 Year | 5.18% | 5.41% | 5.44% | 0.23% | 0.26% | 4.91% | 5.13% | 5.17% | 0.22% | 0.26% | 5.39% | 5.80% | 5.84% | 0.41% | 0.45% |

October 18, 2002                           Vol. 4 No. 40

# HOULIHAN LOKEY HOWARD & ZUKIN
**WEEKLY MARKET UPDATE**

3

# Corporate Governance Headlines

Corporate governance reforms and issues have recently become prevalent themes of the news media. Houlihan Lokey has recently introduced its Board of Directors Advisory Service to address concerns that have recently surfaced as a result of these recent events. News highlights this week include:

### October 15, 2002
### S&P Rates Companies on Disclosure

Earning high marks in S&P's latest company disclosure evaluations were Baker-Hughes, Bausch & Lomb and Progress Energy Inc. for overall disclosure, as well as Comcast Corp., W.W. Grainger Inc., Kroger Co., McDonald's Corp, Synovus Financial Corp., and Torchmark Corp. for annual report disclosure. The rankings were based on inclusion in company filings of 98 items deemed consistent with good corporate governance practices by the major credit ratings agency. Companies ranking the lowest included American Power Conversion Corp., Apollo Group, Bed Bath & Beyond Inc., and Sanmina-SCI Corp, which reported fewer than 61% of S&P's suggested items in their filings. While over 98% of companies disclosed 71% or more of the recommended items, S&P President Leo O'Neill suggested that improvements were needed to accommodate investors.

### October 16, 2002
### Enron Trader Admits to Scheme Allegedly Behind California Energy Crisis

Tim Belden pleaded guilty to wire fraud conspiracy charges, agreeing to cooperate with prosecutors in their attempt to link corporate misdeeds at Enron with the energy crisis characterized by rolling blackouts and skyrocketing prices that plagued California for the better part of 2000 and into 2001. According to prosecutors, internal memos released in May suggest Enron may have rerouted California power out and back into the state at inflated prices in an attempt to avoid the state's wholesale energy price caps. Belden served as trading head at the company's Portland, Oregon office.

### October 17, 2002
### SEC Approves Additional Governance Proposals

In accordance with Sarbanes-Oxley Act stipulations, the SEC unanimously adopted four additional governance reform proposals related to disclosure and internal control mechanisms. Under these new regulations, companies would be required to state if they have at least one audit committee member who meets a prescribed definition of "financial expert." In a departure from Sarbanes-Oxley, these rules would also require that companies identify such individuals and indicate any affiliations with management. The SEC has also suggested requiring companies to disclose their executive code of ethics, prohibiting directors and officers from inappropriately interfering with internal audit processes, and mandating the filing of internal financial control analyses along with annual reports.

### October 17, 2002
### Report Highlights Economic Losses Caused by Fraud

According to a report released by "No More Enrons," a consumer and labor governance watchdog, recent scandals have generated over $200 billion in losses related to investment savings, pensions, jobs, and tax revenue, with $175 billion of these losses have coming from 401(k) accounts. In addition, the report estimates that over one million jobs were lost at affected companies alone as a result of these incidents.

October 18, 2002                              Vol. 4 No. 40

# HOULIHAN LOKEY HOWARD & ZUKIN
**WEEKLY MARKET UPDATE**                                         5

## Forward Calendar

| Issuer | Type/<br>Maturity | Coupon/<br>Percent | Amount<br>(in Millions) | Priced | Lead<br>Manager |
|---|---|---|---|---|---|
| Alabama Power Co | 15-Yr Nts | 5.500 | $225 | Priced | GS, Leh |
| Autozone Inc | 10-Yr Nts | 5.875 | $300 | Priced | JPM, ML |
| Bank One Corp | 11-Yr Sub Nts | 5.250 | $700 | Priced | BOCM |
| Citigroup Inc | 2-Yr Nts | 3MO US$ LIBOR+15BP* | $1,500 | Not Priced | SSB, LUX |
| Detroit Edison Company | 10-Yr 1st Mortgage | 5.200 | $225 | Priced | BCLY, SSB |
| PMA Capital Corp | 20-Yr Sr Nts | 4.250 | $75 | Not Priced | BAS, CSFB |
| Province of New Brunswick | 5-Yr Sr Unsub | 3.500 | $500 | Priced | CIBCWM, SSB, LUX |
| Region Of Lombardy | 30-Yr Nts | 5.804 | $1,000 | Not Priced | ML, UBSW |

*Float Rate Note

## IPO Activity

| Company Name | Industry | Pricing Date | Manager | Dollar Total<br>($ in Millions) |
|---|---|---|---|---|
| LocatePlus Holdings Corp | Internet | 10/16/02 | Oftring & Co | $3.60 |
| Dick's Sporting Goods inc | Retail | 10/15/02 | Merrill Lynch | $87.47 |
| Taylor Capital Group Inc | Banks | 10/15/02 | Keefe Bruyette & Woods | $45.79 |

## U.S. Economic Releases

| Indicator | Time<br>Period | Survey | Actual | Prior |
|---|---|---|---|---|
| Consumer Price Index (MoM) | Sep | 0.2% | 0.2% | 0.3% |
| CPI Ex Food & Energy (MoM) | Sep | 0.2% | 0.1% | 0.3% |
| Consumer Price Index (YoY) | Sep | -- | 1.5% | 1.8% |
| CPI Ex Food & Energy (YoY) | Sep | -- | 2.2% | 2.4% |
| Consumer Price Index NSA | Sep | -- | 181.0 | 180.7 |
| Real Earnings | Sep | 0.6% | 0.7% | 0.3% |
| Trade Balance | Aug | -$35.5B | -$38.5B | -$34.6B |
| Leading Indicators | Sep | -0.2% | -- | -0.2% |
| Monthly Budget Statement | Sep | $42.5B | -- | $35.3B |
| Initial Jobless Claims | Oct 19 | 406K | -- | 411K |
| Continuing Claims | Oct 12 | -- | -- | 3755K |
| Durable Goods Orders | Sep | -1.8% | -- | -0.4% |
| Less Transportation | Sep | -0.3% | -- | -0.9% |

October 18, 2002

**HOULIHAN LOKEY HOWARD & ZUKIN**

Vol. 4 No. 40

**W E E K L Y   M A R K E T   U P D A T E**

6

# Top Ten Announced M&A Transactions

For additional information on the current M&A market, visit www.mergerstat.com - or call Mergerstat® at 1 (800) 455-8871.

| Announce Date | Buyer Name | Seller Name | Unit Sold | Deal Size ($ in Millions) | Seller Primary SIC Code | Industry Description |
|---|---|---|---|---|---|---|
| 10/16/02 | Vodafone Group PLC | SBC Communications Inc | Cegetel | $2,270.0 | 4813 | Communications |
| 10/16/02 | ING Group NV | Crow Holdings Industrial Trust | | 1,500.0 | 6798 | Brokerage, Investment & Mgmt. Consulting |
| 10/14/02 | Pharma Services Co | Quintiles Transnational Corp | | 1,250.1 | 8731 | Miscellaneous Services |
| 10/16/02 | HCA Inc | Health Midwest | | 1,125.0 | 8062 | Health Services |
| 10/16/02 | The Timken Co | Ingersoll-Rand Co | Torrington Co | 840.0 | 3562 | Industrial & Farm Equip. & Mach. |
| 10/16/02 | Apollo Management LP | USX Corp | Minntac, Transtar & Coke Ops | 500.0 | 1411 | Stone, Clay & Glass |
| 10/16/02 | Piedmont Natural Gas Co Inc | Progress Energy Inc | North Carolina Natural Gas Corp | 425.0 | 4923 | Electric, Gas, Water & Sanitary Svcs. |
| 10/16/02 | ONEOK Inc | Southern Union Co | Texas Ops | 420.0 | 4924 | Electric, Gas, Water & Sanitary Svcs. |
| 10/17/02 | Legacy Hotels REIT | Monarch Hotel | | 145.0 | 7011 | Leisure & Entertainment |
| 10/15/02 | RF Micro Devices | Resonext Communications Inc | | 133.0 | 4813 | Communications |

# Selected Equity Indices by Industry Group

| Index | Friday Close | | | | % Change From | | |
|---|---|---|---|---|---|---|---|
| | Current | 1 Week | 1 Year | Dec 31 '01 | 1 Week | 1 Year | YTD |
| Aerospace & Defense | 187.02 | 191.11 | 184.75 | 208.39 | -2.14% | 1.23% | -10.25% |
| Communications: | | | | | | | |
| Broadcast & Cable | 220.26 | 197.22 | 287.52 | 329.71 | 11.68% | -23.39% | -33.20% |
| Movies & Entertainment | 128.71 | 120.60 | 175.58 | 201.15 | 6.72% | -26.69% | -36.01% |
| Communications Equipment | 97.82 | 97.28 | 197.56 | 206.52 | 0.56% | -50.49% | -52.63% |
| Construction & Engineering | 49.60 | 48.55 | 101.24 | 94.12 | 2.16% | -51.01% | -47.30% |
| Foods Products | 195.07 | 189.60 | 186.05 | 202.71 | 2.89% | 4.85% | -3.77% |
| Health Care: | | | | | | | |
| Health Care Providers & Services | 162.08 | 156.56 | 150.14 | 147.15 | 3.53% | 7.95% | 10.15% |
| Managed Health Care | 208.27 | 196.92 | 157.24 | 172.35 | 5.76% | 32.45% | 20.84% |
| Health Care | 324.84 | 306.35 | 388.74 | 385.59 | 6.04% | -16.44% | -15.76% |
| Health Care Equipment | 348.13 | 344.67 | 368.11 | 415.46 | 1.00% | -5.43% | -16.21% |
| Insurance: | | | | | | | |
| Insurance Brokers | 250.01 | 226.82 | 308.87 | 308.80 | 10.22% | -19.06% | -19.04% |
| Life & Health Insurance | 154.19 | 142.26 | 162.48 | 183.25 | 8.39% | -5.10% | -15.86% |
| Property & Casualty | 197.42 | 185.47 | 206.10 | 210.97 | 6.44% | -4.21% | -6.42% |
| Retail: | | | | | | | |
| Specialty | 82.60 | 73.94 | 73.10 | 90.26 | 11.71% | 13.00% | -8.49% |
| Drugs | 343.67 | 337.03 | 355.77 | 342.74 | 1.97% | -3.40% | 0.27% |
| Apparel | 272.37 | 251.92 | 271.48 | 299.01 | 8.12% | 0.33% | -8.91% |
| Foods | 110.43 | 101.97 | 174.83 | 160.19 | 8.30% | -36.84% | -31.06% |
| Department Stores | 116.70 | 118.37 | 131.65 | 166.80 | -1.41% | -11.36% | -30.04% |
| Real Estate | 87.53 | 86.54 | 89.27 | 93.40 | 1.14% | -1.95% | -6.28% |
| Restaurants | 160.80 | 162.76 | 202.24 | 197.01 | -1.20% | -20.49% | -18.38% |
| Technology Hardware & Equipment | 168.41 | 159.12 | 267.84 | 316.24 | 5.84% | -37.12% | -46.75% |
| Textile & Apparel | 149.92 | 142.02 | 143.15 | 168.86 | 5.56% | 4.73% | -11.22% |

 **Merrill Lynch**

*Comment*

**Global** ▮

18 October 2002



# Global Research Highlights

## The Merrill Lynch View


Global Weekly

### Last Legs?

So far, October has been running true to form as the most-volatile month for the stock market. This time, a large part of the volatility has been on the upside, aided by encouraging earnings reports from a number of large companies.

Is the market turning, or will its recent strength prove to be another fleeting, frustrating rally? Although no one really knows, a look at the market's technical position shows that there are good reasons for optimism.

Our technicians have been saying for some time that the market seems to be bottoming and working on a fourth-quarter recovery that could lead to a cyclical bull move in 2003-04. Market analyst Walter Murphy points out that conditions have been improving in four broad categories during the recent upsurge. The first is price: the major averages have moved above their August-October downtrend lines, and they did so on rising volume. The second is time: historically, the November-to-April period includes five of the six-strongest months of the year for stocks. Third, momentum readings were much better at the market's low on October 9 than they were at the low in July, setting up what could be an important positive divergence. Finally, sentiment has been favorable lately; sentiment measures were very oversold when the mid-October jump began, and they continue to reflect a healthy level of disbelief.

Even if this does prove to be the market's turning point, caution remains in order. The market never moves in a straight line: all advances encounter setbacks, just as all declines are interrupted by rallies. Moreover, the worries that have preoccupied investors for many months— the health of the economy, earnings prospects, valuations, corporate scandals, Iraq, terrorism, and geopolitical concerns—are still in the news, and some may flare up again in the weeks and months ahead.

In addition, any turnaround will take time. As chief U.S. strategist Rich Bernstein notes, a sustainable market upturn will almost certainly be accompanied (eventually) by a sustainable earnings upturn; history shows that such earnings advances are usually measured in years, not months. He believes that earnings are improving, but neither as quickly nor as strongly as the consensus wants them to. Moreover, there is still an element of speculation in the market as investors pay to take on additional risk (lower-quality stocks continue to have higher valuations than better-quality ones), and investors are still scaling back their expectations for long-term returns. Indeed, the two-and-a-half-year bear market may have made investors wary of stocks once again, as they were for most of the post-Depression era. By the market's contrarian logic, greater wariness would help to clear the way for a better performance in the years ahead, when average annual total returns could be roughly 5-to-7% and dividends could account for a significant portion of that figure.

What should investors do? We suggest that they maintain a conservative, quality-oriented approach that emphasizes diversification and dividend yield and that they consider the possibility that the bear market is on its last legs.

<div align="right">

Steven R. Narker
Director of Research, Private Client

</div>

**Refer to important disclosures at the end of this report.**

Merrill Lynch Global Securities Research & Economics Group
Equity Research Marketing Services Department
#17524

**Investors should assume that Merrill Lynch is seeking or will seek investment banking or other business relationships with the companies in this report.**

RC#41229110

Global Research Highlights – 18 October 2002

**Merrill Lynch**

# Economic Focus

## United States

• **The equity market has been strong lately, even though recent economic data have been mixed. That's what often happens when pessimism becomes excessive.**

• The gloom that had built up in recent weeks regarding the economy and the financial markets collided with the recent run of better-than-expected third-quarter earnings reports. The result was the jump in the stock market. The good earnings showing shouldn't have been a surprise in light of the economy's strength during the third quarter, when GDP probably grew at a rate of about 4%. We think that S&P 500 operating EPS were up by 30% for the third quarter and will rise by about 17% for the fourth quarter.

• That said, the latest data paint a spotty picture. Low interest rates are spurring housing activity, but the industrial sector is more or less at a standstill and the labor market remains weak. Crucially, payrolls are likely to decline for October. If they do, we think that the Federal Reserve will ease.

**Earnings Better Than Expected**
S&P 500 Operating EPS



Source: Standard & Poor's, Merrill Lynch

• On the bright side, the interest-rate-sensitive housing sector is extremely strong. Single-family starts for September soared by 18% to a 1.48-million-unit rate, a 24-year high. Part of the strength was a catch-up after several months in which starts trailed building permits. We think that construction spending will continue to add to GDP growth; even after the recent backup, interest rates remain at very low levels.

• Meanwhile, the industrial sector stalled as production shrank for the second month in a row. Manufacturing output fell by 0.3% for September, pulled down by a 2.2% drop in vehicle production; excluding autos, factory production edged down by 0.1%. Technology was one of the few strong points: tech-sector production jumped by 1.1% as gains in computers and semiconductors more-than offset a decline of 0.7% in communication equipment. With inventories very lean, factory production should pick up strongly in tandem with demand in the spring.

• Factory utilization levels are low as the industrial side of the economy sputters. The manufacturing capacity utilization rate for September was 74.2%, a bit below the reading for August. However, low utilization rates are normal early in recoveries, and they usually point to a healthy pickup in investment. Capacity utilization was as low as it is now after five of the last nine post-World War II recessions. In six of the last nine recessions, capital spending began growing at a double-digit rate when utilization was between 73% and 78%.

• As expected, initial jobless claims jumped to about 411,000 for the week ended October 12; they posted a seasonally biased decline the week before. Business confidence may improve in the period ahead, but we don't believe that a hiring spree is imminent. We expect payrolls to show a decline for October. If so, we think that the Fed would be likely to ease at the November 6 FOMC meeting.

**Weak Labor Market**
Initial Unemployment Claims



Source: Department of Labor

• Inflation remains low, and deflation isn't about to emerge, in our view. The September CPI rose by 0.2%; the core CPI edged up by 0.1% and is 2.2% above its year-earlier level. Goods prices are deflating—the core CPI for goods is down by 1.1% year-to-year—but they account for only 24% of the CPI. Core services, which account for 54% of the index (the rest is food and energy), show no signs of deflating; they're ahead by 3.6% year-to-year. Any threat of general deflation is a long way off: we estimate that, if the U.S. economy were to grow at a meager average annual rate of 2% for the next three years, deflation might develop in 2005.

Bruce Steinberg
Chief Economist

**Merrill Lynch**                                                      Global Research Highlights – 18 October 2002

## Economic Focus

### Global

• Many investors say that wide credit spreads are a cause for concern, particularly for lower-quality investment-grade corporate issues. Just how high are those spreads, and how much have they risen?  The answer depends on whom you ask.

• Moody's index for Baa industrials places spreads over Treasurys at 250 basis points, up 50 basis points from early in June. Our index of BBB issues (essentially the same rating) puts spreads at 340 basis points, up about 120 basis points since early in June. The 90-basis-point gap between the two spread measures is the largest on record.

**U.S. Industrial Spreads Over Treasurys**



Source: Moody's, Merrill Lynch

• Which index provides the better measure of credit spreads? The answer depends on what you're trying to learn. Moody's Baa index is based on a basket of about 25 securities, chosen to have constant-credit characteristics representative of the Baa class. If an issue in the index suffers a significant decline in credit-quality (leading to higher yields), it is likely to be removed from the index well-before its credit rating is actually changed. Our BBB index is based on a basket of roughly 1,250 securities, capturing essentially the entire market. A decline in actual or perceived credit quality for firms at the bottom end of the index will be fully reflected in index yields and in index credit spreads.

• We suggest that investors think of spreads based on the Moody's index as a measure of the market's willingness to take on a roughly constant level of risk, that is, as a measure of *pure risk appetite*. Meanwhile, think of spreads based on our index as a measure of pure risk appetite and another factor: the market's *re-assessment of the riskiness* of the securities in the index.

• Pure risk appetite has declined in recent months, as shown by the 50-basis-point increase in credit spreads since June measured using Moody's Baa index. At the same time, investors have apparently decided that many of the issues that fall under the broad Baa category are simply riskier than they used to be. That's reflected in the additional 70-basis-point rise in spreads measured using our BBB index. The translation: investors want to take on less risk, and they think that there is more of it in the marketplace.

**Matthew Higgins**, Senior International Economist

**Refer to important disclosures at the end of this report.**

## Strategy Focus

### Global

• Global fund managers seem to be clearing the decks for a rally, but they still have doubts about the nature of the economic recovery. That's the message in our October survey of fund managers around the world.

• At first glance, the survey's results appear to be bullish for world equity markets. Fund managers think that global equities are oversold, that world stock markets are under-valued, and that interest rates can and should come down in the absence of inflation. In addition, they're overweight cash. Moreover, more asset allocators are now underweight equities than overweight equities. The situation was similar last fall, when world stock markets recorded a strong fourth quarter. That could happen again.

• The big difference between then and now, however, is that investors were confident last year that easings by the Federal Reserve would kindle a strong economic recovery, one that would be accompanied by industrial pricing power and would extend into 2003. This year, investors have discovered that companies' need to rebuild their balance sheets has undermined the effectiveness of monetary policy. Roughly 53% of the managers now think that companies should use cash flow to repay debt; only 10% think they should use it to increase capital spending.

• Another change from last year to this year is this: the financial markets may appear to be inexpensively priced, but growth expectations and the outlook for pricing power are deteriorating, not improving. About 70% of the panel think that cost-cutting efforts will be the primary drivers of corporate earnings growth during the next 12 months.

• Managers think that the markets are inexpensive because many of them continue to use relatively low assumptions for the equity risk premium (ERP). Indeed, 70% of the managers who think that equities are undervalued assume that the ERP will return to 4% or less.

• Asset allocators continue to overweight "good balance-sheet" sectors. Their three top overweights are consumer staples, pharmaceuticals/healthcare, and resources (mainly energy). Their three least-favorite sectors are technology, utilities, and telecoms. We also asked fund managers which global sectors they regarded as most overvalued and most undervalued. The tech sector was their pick for most overvalued, but it is striking to note that the consumer-staples sector was a close second. The financials lead the most-undervalued list, although that didn't stop the allocators from going to a net underweight position in the sector for the first time in 2002.

• Our proprietary Stock Market Conditions indicator improved from 13.9 for September to 15.8 for October, it's highest reading since November 2001. The interest-rate and equity-valuations components of the indicator improved, while profits expectations deteriorated and investor sentiment drifted a bit lower.

**David Bowers**
Chief Global Investment Strategist

3

Global Research Highlights – 18 October 2002



## Strategy Focus

### United States

• Our utility theme continues to focus on the shares of "boring" distributors with predictable dividend yields. The key words are boring and predictable.

• We continue to believe that dividend yield is a greatly underappreciated concept. If long-term equity returns are going to be between 5% and 10% in the years ahead, dividend yield should probably be of paramount importance to investors. Taking a broader view, we think that companies should issue dividends to entice investors to their stocks, particularly in the current environment of uncertainty about corporate governance and the economic outlook.

• We believe that there are three kinds of utilities: "sexy" power generators and traders (which have not been a part of our strategy), "growth" utilities (they have been part of our strategy, but have not been the primary focus), and the conservative "boring" distributors with predictable dividend yields (our primary focus during the past year).

• The major utility indexes have performed very poorly so far this year, but the "sexier" issues have caused much of the shortfall. In fact, performance within the utility sector so far this year seems to have been directly associated with a stock's "boring-ness." Looking at the 37 stocks in the S&P Utilities Index, we found that the ones with the higher yields generally have been better performers than those with lower yields since the start of 2002

• We continue to believe that investors do not adequately appreciate the benefits of dividend yield. Our sense is that they are still looking for stocks with spectacular capital-appreciation potential. That isn't good, in our view, because it is an indication that the speculative fervor of the technology bubble persists to some extent.

• A related point is that many investors have incorrectly assessed their risk tolerances, taking on extreme amounts of risk using the rationalization that "stocks outperform for the long term." If we're correct, equity investors will probably begin to demand more dividend yield in lieu of potential capital appreciation.

• The table below shows utility stocks that have dividend yields of more than 4% and an S&P Common Stock Ranking of B+ or better; all of them have outperformed the S&P 500 during the past three months. In addition, we have checked our fundamental analysts' opinions regarding the security of the dividends; they believe that the dividends will either stay the same or be increased. The list is sorted by potential total return, which is the sum of a stock's dividend yield and our analysts' forecast of its five-year dividend-growth rate.

**Richard Bernstein**
Chief U.S. Strategist

### When "Boring" Is a Compliment

| Name | Symbol | Price 10/11/02 | Market Value | Rel Prc %Ch 3Mo | Div Yield | DPS Grwth Next 5 Year | Potential Return based on DPS Growth Estimate | Investment Opinion | S&P Quality Rating | Analyst |
|---|---|---|---|---|---|---|---|---|---|---|
| ENERGY EAST CORP /pgsv | EAS | $20.01 | 2,891.73 | 6.0 | 4.8 | 5.0 | 9.80 | A27 | 4 (B+) | Fleishman |
| VECTREN CORP /pgsv | VVC | $22.80 | 1,545.84 | 9.6 | 4.8 | 5.0 | 9.80 | B17 | 4 (B+) | Brothwell |
| PIEDMONT NATURAL GA /v | PNY | $34.94 | 1,151.52 | 10.8 | 4.5 | 5.0 | 9.50 | A27 | 3 (A-) | Brothwell |
| FPL GROUP INC /spgv | FPL | $52.87 | 9,629.21 | 6.4 | 4.3 | 3.5 | 7.80 | A17 | 3 (A-) | Fleishman |
| CONSOLIDATED EDISON /pgsv | ED | $42.49 | 9,052.20 | 18.6 | 5.5 | 2.0 | 7.50 | A27 | 3 (A-) | Fleishman |
| ATMOS ENERGY CORP. /prv | ATO | $21.27 | 881.56 | 7.4 | 5.5 | 1.8 | 7.30 | A27 | 4 (B+) | Brothwell |
| HAWAIIAN ELECTRIC I /psgv | HE | $45.48 | 1,652.97 | 22.6 | 5.8 | 1.5 | 7.30 | A27 | 4 (B+) | Fleishman |
| WGL HOLDINGS, INC. /pvs | WGL | $23.75 | 1,153.42 | 9.0 | 5.3 | 1.6 | 6.90 | A17 | 3 (A-) | Brothwell |
| SOUTHERN CO /pgsv | SO | $28.89 | 20,457.18 | 20.8 | 4.8 | 2.0 | 6.80 | A27 | 3 (A-) | Fleishman |
| AMEREN CORP /v | AEE | $40.87 | 5,917.98 | 12.4 | 6.1 | 0.0 | 6.10 | A27 | 3 (A-) | Fleishman |
| CINERGY /psgv | CIN | $30.94 | 5,182.02 | 2.2 | 5.7 | 0.0 | 5.70 | A17 | 4 (B+) | Fleishman |
| DTE ENERGY /psgv | DTE | $41.94 | 7,023.57 | 12.4 | 5.1 | 0.0 | 5.10 | A17 | 4 (B+) | Fleishman |
| FIRSTENERGY CORP. /pv | FE | $28.91 | 8,604.66 | 10.1 | 5.0 | 0.0 | 5.00 | B17 | 3 (A-) | Fleishman |
| SCANA CORP /gpsv | SCG | $27.62 | 2,892.70 | 4.2 | 4.9 | 0.0 | 4.90 | A17 | 4 (B+) | Fleishman |

Source: Merrill Lynch Quantitative Strategy

Refer to important disclosures at the end of this report.

4

**Merrill Lynch**                                    Global Research Highlights – 18 October 2002

## Technical Focus

### United States

• The recent strong NYSE breadth and advancing volume/declining volume ratios appear to reinforce our opinion that the stock market has been in a summer/early-fall bottoming process. That process now appears to be evolving into a tradable fourth-quarter recovery, one that could lead to a 2003-04 cyclical bull market.

• We note that most longer-term bear markets usually take measures of technical overbought/oversold, fundamental overvaluation/undervaluation, and individual and institutional ownership of equities vs. other financial assets from extremely high levels at the start of a secular bear market to the opposite extremes at the start of a secular bull market. The market decline of the past two-and-a-half years has corrected the excesses of 2000 in those three conditions to some extent, but few, if any, have reached the downside extremes that prevailed at the start of the last secular bull market in 1982.

• That suggests that, although the market can, and probably will, have a cyclical bull market during the next year or two, a new secular bull market may have to await more-extensive improvement in those measures. That, in turn, could be accomplished by further weakness at some point or by a wide trading-range environment with cyclical bull and bear markets in coming years that enable the measures to correct gradually.

• Shorter term, the market's performance has reinforced our thesis that the averages have likely made secondary lows in relation to what we thought were their primary lows late in July. The number of stocks setting new 52-week lows on the NYSE and trading volume on the NYSE and NASDAQ never reached or exceeded their highest levels of July during the recent phase of market decline. In addition, many rate-of-change measures failed to exceed their negative extremes of July during the recent setback. Such bullish divergences are characteristic of market-bottom patterns because they suggest that selling pressure has been exhausted.

• Another point: the market's recent sharp rebound produced several good technical readings, including a 3.6-to-one advance/decline ratio and an 8.7-to-one advancing volume/ declining volume ratio on the NYSE. Such combinations are usually a sign of at least a near-term shift in market momentum from down to up, and they have usually been followed by at least several weeks of rally. Meanwhile, continued improvement in sentiment measures also suggests that the market is likely in at least an intermediate-term bottoming pattern.

• Among the groups we favor are healthcare services, education and training, specialty chemicals, agricultural machinery, medical products/technology, and oil and gas producers.

**Richard T. McCabe**
Chief Market Analyst

## Fixed-Income Focus

### United States

• Investors should be aware that, although it could be several months in the future, yields are likely to rise and spreads are likely to narrow as the economy regains its footing. Meanwhile, the performance of the bond market during the equity-market rally from October 10 to October 17 illustrates that the investment backdrop can change quickly. The yield on the 10-year Treasury rose by 55 basis points in a few trading days, sending its price down by about 4.6%.

• We recommend high-quality alternatives to Treasury securities, such as municipals, mortgage-backed securities, and a mix of corporate bonds. The corporate sectors we favor are banks, consumer products, energy, and selected utilities. In the taxable market, we emphasize maturities of 10 years and less; in munis, 15 years and less.

• Despite GM having reported good core profitability, S&P lowered its long-term debt rating on GM and GMAC obligations from BBB+ to BBB, with a stable outlook. S&P cited GM's $21-billion pension-fund-liability gap, which has grown as falling stock prices have reduced the value of pension fund assets. S&P also noted the poor performance of Fiat Motors, which is 20% owned by GM, and the possibility that Fiat S.p.A. will exercise its right to sell the remaining 80% to the company.

• S&P also placed Ford and FMCC's term debt, now rated BBB+, on negative credit watch. Unlike the case with GM, S&P's concerns about Ford are primarily associated with core auto-business profitability and questions about its "revitalization plan" given economic conditions. At the same time, S&P acknowledged the nearly $26 billion in liquidity that Ford has at its disposal for weathering the downturn.

**Credit Spreads on 10-Year Obligations and on BBB Index**



Source: Merrill Lynch.

• As the chart shows, the credit-risk premiums on the debt of Ford (Baa1/BBB+↓) and General Motors (A3/BBB) have widened substantially. We expect auto-company debt to remain volatile for some time. However, the auto companies have taken important measures to shore up their operations against a slowdown. Challenges are present, but bondholder protections remain generally sound, in our view.

**Martin J. Mauro, William Scapell, CFA**
Fixed-Income Strategists

**Merrill Lynch**

Global Research Highlights – 18 October 2002

# Industry Focus

## Autos

The continuing deterioration in new and used car prices is an increasingly strong headwind that we believe is increasing the risk of further margin compression for a number of automobile companies. Accordingly, we have lowered our investment opinion on the shares of **Dana (DCN; $10.41; C-2-7)**, **Delphi (DPH; $7.52; B-2-7)**, **Ford (F; $8.32; B-2-8)**, and **General Motors (GM; $34.82; B-2-8)** from Buy to Neutral to reflect worsening auto-industry fundamentals. In addition, all four companies have high operating leverage and constrained financial flexibility. The reason we are making these changes now—during a period of already-negative sentiment—is that, even if the group were to have a reactionary bounce, the same difficult-to-answer questions about the fundamental outlook will need to be addressed. Moreover, our opinion changes are based on worsening fundamentals, not lower stock prices; the lower stock prices simply underscore what has hurt these companies. At the same time, some companies' shares have become even-more attractive, and we believe that those of **American Axle & Manufacturing (AXL; $21.25; C-1-9)**, **Lear (LEA; $35.13; B-1-9)**, and **Magna International (MGA; $51.41; B-1-7)** offer a good combination of low valuations and high potential returns.

## Investment Overview

- There are many factors for auto investors to worry about, from lease residuals to pension liabilities to shifts in market share. However, the one factor that we believe reflects a secular change in the auto industry more than any other is the deterioration in vehicle prices that began in 1996. Indeed, the rate of decline in prices has accelerated dramatically in 2002, driving deflation through the entire value chain from car makers to suppliers to the used-car market.

- Deflation is manifested in the auto market through incentives, which lately have been concentrated in offers of 0% or low-rate financing. For September, incentives rose by 11.3% year-to-year to $1,775 per vehicle, with most of the increase in light-truck incentives, which were up by 17.1% vs. 5.1% for passenger cars. Moreover, lower prices for new cars lead to lower prices for used cars. Vehicles leased in 1999 are reaching the used-car market now, depressing trade-in values and putting further downward pressure on new-car prices.

- In our view, the main reason for declining prices is excess capacity. That is not a new problem, but it has become more of a problem over time as the new domestic car makers have opened new plants faster than the Big Three automakers have closed plants. Although price-cutting has sustained the seasonally adjusted annual rate (SAAR) at the expense of margins, eventually either the OEMs' capacity to support the market will diminish and/or consumer demand will contract on its own as it has in other cycles. A key macroeconomic indicator that historically has been highly correlated to auto sales is consumer confidence. However, the gap in those two measures has widened dramatically lately, and the latest

confidence figure, the preliminary October reading of 80.4, not only represents a further widening, but is approaching the level of the last traditional auto-sales downturn in the early-1990s.

- Reflecting our long-held belief that some portion of today's demand is being pulled forward from tomorrow, we recently raised our 2002 forecast of auto sales from 16.5 million units to 16.9 million units, but lowered our estimate for 2003 from 16.8 million units to 16.5 million. The expected sales decline in 2003 is a result, we believe, of the incentive-driven extension of the 2002 sales boom. The net effect of that incentive-driven demand situation for the Big Three is that their volumes are still high, but their operating margins are at recession levels.

- On balance, although the OEMs have the liquidity to fund the incentives, it's hard to see a way out of the situation, barring a material acceleration in demand (unlikely) or a material contraction of capacity (which historically only occurs in crisis environments). As we see it, either OEMs will continue to cut prices or consumers will stop buying—both unappealing outcomes.

- As noted, we recently lowered our investment opinion on the shares of four auto-industry companies. We discuss them in the paragraphs below.

- For **Dana**, acquisitions made during the late-1990s both leveraged the company's balance sheet and, in our opinion, distracted management from focusing on Dana's profitable core businesses of frames and axles. Since the first quarter, the company has been successfully implementing a restructuring plan, which primarily comprises asset sales and internal efficiency improvements. Although management has been disciplined, transparent, and focused on executing the plan, we are increasingly concerned that falling equity prices will reduce the value of assets for divestiture. A point to note: Dana has high operating leverage: its margins are among the most-sensitive in the group to industry-volume variations.

- **Delphi's** stock has performed poorly since the IPO in January 1999, although management has continued to execute a restructuring plan to fix, sell, or close underperforming operations inherited by the company, a former GM-captive supplier. Although the company has made operating progress, much cash flow has been used for special items. For example, the company has used operating cash flow largely for true-up payments to GM (resulting from the separation), pension-fund injections, and restructuring payments to exit underperforming operations. Payments to GM ended this year, and the company says it plans no restructuring charges. That means that only $400 million in annual pension contributions through 2006 remain. However, worsening industry conditions suggest that Delphi may need more restructuring—with its attendant cash costs—to boost its margins. Despite the 16.9-million-unit SAAR for this

Global Research Highlights – 18 October 2002

 **Merrill Lynch**

year (an above-trend level), we estimate Delphi's net margin at only 1.9%, well-below its 5% target.

- Our stance on **Ford** earlier this year was that successful execution of its restructuring plan and a solid balance sheet offered an excellent risk/reward profile for the stock. Since May, the company has apparently gained traction with its restructuring, and it recently reached an agreement with the CAW to close its Ontario truck plant. In addition, the company remains very liquid with $24.9 billion in cash at the parent level. Moreover, Ford Credit has slowed its lending activity and reduced its leverage, and concerns that the company could default on its debt seem to be overdone. Ford Motor, when run well, generates good cash flow, and Ford Credit's debt is offset with assets (car loans).

- Nonetheless, auto-industry fundamentals are causing an earnings squeeze, and the industry's intensifying price war means that Ford will have a tougher time than we thought retaining its cost savings in the form of better profits; it is also likely to take the company awhile to realize that profit improvement. Ultimately, we think that Ford will succeed in restructuring, but we don't know how long that might take. We are also increasingly concerned that industry conditions could become worse, diverting cost reductions from profits to price cuts.

- Our previous view of **General Motors** depended heavily on the company's ability to continue to improve its mix from cars to trucks, which, in turn, would boost its earnings. That has indeed happened in 2002, and should continue, albeit to a lesser extent, in 2003. However, what we failed to anticipate was the sharp setback in the equity markets, which made GM's pension problem—a lingering concern since last year—a front-and-center issue. Had the market done better, we believe that GM's earnings would have driven its stock higher.

- GM's problems are now the industry's problems. The company's intense desire to stop both its market-share slide and its physical downsizing (to avoid compounding its legacy cost problem) is, in our view, its key motivation for cutting prices to drive volume. That strategy has helped GM to increase share, improve its mix and earnings, and drive the industry SAAR; it has also intensified the price war. If consumers continue to spend, GM should continue to generate enough cash flow to fund its pension obligations. However, because it takes more cash each month to induce consumers to buy, margins are increasingly at risk even if volumes hold. Moreover, although GM's strong truck line-up is driving mix improvement, Ford will have a new F-150 truck next year, and we expect the Japanese OEMs to greatly increase their presence in this most-profitable part of the market by mid-decade.

- In the meantime, the sell-off in some stocks has created an opportunity to buy the shares of other companies at attractive prices, particularly companies that offer a combination of relatively low valuation and relatively high returns. In our view, American Axle, Lear, and Magna fit that description and appear to be the most-attractive issues in the group. Furthermore, we believe that each of them has a straightforward business model, improving balance sheet, strong track record, management stability, and good growth prospects.

- The key risk to our outlook, in addition to temporary sector rotation, would be if industry pricing were to improve on a sustained basis. However, we think that a rapid acceleration in economic growth and/or a sharp capacity reduction, both of which appear to be unlikely, would be necessary for that to occur.

John A. Casesa, John J. Murphy, Jacqueline S. Weiss
Arman C. Gokgol-Kline

Footnotes: AXL, F, GM, g; AXL, DPH, F, GM, LEA, MG, p; GM, r; AXL, DCN, DPH, F, GM, LEA, s; AXL, DCN, DPH, F, GM, LEA, MGA, v; please see footnotes on last page. Stock prices as of 10/14/02.

**Refer to important disclosures at the end of this report.**

**Merrill Lynch**

# Industry Focus

## Energy

Merrill Lynch is hosting its annual Energy Conference in New York on November 5-7. We expect close to 50 oil and gas and oil-service companies to make presentations, including 24 exploration and production (E&P) firms. We discuss below the main themes that we think will be addressed for each sector.

## Investment Overview

- We believe that one of the predominant themes for **oil and gas producers** will be renewed growth trends after the activity pullbacks, restructurings, and fine tunings by companies in the sector during 2002.

- With reporting season for E&Ps having begun, we think that results will be closely watched for information about natural-gas production trends as 10 E&Ps and four integrated oils report third-quarter results the week of October 21. We expect the data to show that third-quarter U.S. gas production was down sequentially for those companies. However, we believe that the market may overlook the injections to natural-gas storage during the past three-to-four weeks and will begin looking forward to the heating season.

- We sense that E&Ps are gearing back to a growth mode and will increase spending in 2003 vs. 2002. The high prices for 2002 combined with conservative spending plans created a windfall that has helped the sector to deleverage. Furthermore, valuations for the shares of the E&Ps are still below those of energy peers. As a result, even if many in the group have outperformed the market on an absolute or relative basis, we don't think that those stocks are overvalued. In fact, prices for many E&Ps appear to be discounting crude-oil prices in the low-$20s and gas prices of $3.00/Mcf.

- We continue to rate most of the stocks in the oil and gas producers group Buy, and we remain bullish on the sector in general.

- When 19 of the leading **oil-service** companies make their presentations, we believe that the dominant theme will be the increasing difficulty the industry is having in maintaining production, or, in the case of North American gas, in keeping production from falling. Partly because of the increasing recognition of that trend in the commodity trading markets, prices for oil and natural gas—and therefore cash flows for the oil companies—are running well-above those companies' expectations.

- The premium stemming from concerns about war with Iraq will eventually be taken out of oil prices and, to a lesser extent, out of natural-gas prices. We believe that the underlying fundamental trends in the oil market will support prices of more than $20/Bbl for oil and more than $3.50/mcf for U.S. natural gas.

- Our oil and gas analysts expect the cash flows of the companies they cover to remain strong. If they are correct, we think that the combination of strong cash flows and the accelerating declines of the existing production base is likely to result in a solid increase in drilling activity in 2003. Under that scenario, we would expect North American spending to increase by 12-to-15% or more and spending outside North America to rise by 3-to-5%.

- In addition to the potential for a strong upturn in spending in North America, we expect important oil-service themes to include improvement in deepwater development and positive trends in production enhancement/remedial spending. We also think that a positive inflection point in natural-gas drilling in North America is likely during the next several months, reflecting a very strong winter drilling season in Canada and a contra-seasonal first-quarter increase in the U.S. rig count. Our base-case forecast is for the U.S. rig count to average 960 in 2003 (up 13.8% vs. the 2002 level) and for the Canadian rig count to average 305 (up 15.6% year-to-year).

- The oil-service group has rallied sharply during the past two weeks, with the OSX Index having risen by 16% to 83.29 in the course of a three-day period during that time. In our view, the rally reflects the rebound in the market and strength in U.S. natural-gas prices. Although we would not be surprised if some profit-taking were to occur, we believe that the group should perform well in the intermediate term. We rate a number of stocks in our group Buy because we expect a positive spending cycle that we think should benefit a broad base of our companies.

- We believe that the key themes that will emerge from the presentations by the **integrated oil** companies will include financial discipline, the abundance of cash flow, reserve-growth challenges, and deepwater areas as a means for growth and improved returns.

- The integrated oil companies remain focused on improving financial returns. Three years into the current industry upcycle, the companies are still highly disciplined in their capital-investment plans. As a result, the integrateds are generating robust returns on new growth capital under current macro conditions, and we think that they could generate reasonable returns at much-lower oil prices.

- We believe that one of the most-striking attributes of the integrated oil companies is their sizable free-cash-flow generation in relation to companies in other market sectors. We expect the integrated oil companies to discuss their plans for using that robust free cash flow to increase dividends, repurchase shares, or pursue acquisitions.

Global Research Highlights – 18 October 2002                    **Merrill Lynch**

- Most of the companies in the group have already reduced their oil and gas growth targets for 2002. We believe that the companies' discussion at the conference will include the challenges of offsetting the production declines in mature areas with new project start-ups. Questions about the ongoing declines in the companies' North American gas production (a likely highlight of third-quarter reporting) will undoubtedly be asked.

- Declining U.S. gas production will require the development of Canadian arctic gas to help companies to meet growing demand. ExxonMobil and ConocoPhillips will likely comment on the development of arctic gas at Mackenzie Delta, Canada.

- We also expect the integrated oils to highlight their increasing investment to develop large deepwater fields in the Gulf of Mexico and West Africa. In view of the integrated oil companies' strict capital-investment discipline, those fields appear to offer prospects not only for replacing maturing reserves, but also for producing attractive returns based on the companies' moderate oil-price projections.

Kevin Simpson, Mike Clark, Alan D. Laws,
Steven A. Pfeifer, Christopher Moore, Craig Fowlkes
John P. Herrlin, Jr.

20-year Treasury Constant Maturity (daily)

| Year | Month | Day | Rate |
|------|-------|-----|------|
| 2001 | 8  | 31 | 5.47 |
| 2001 | 9  | 4  | 5.59 |
| 2001 | 9  | 5  | 5.57 |
| 2001 | 9  | 6  | 5.50 |
| 2001 | 9  | 7  | 5.45 |
| 2001 | 9  | 10 | 5.50 |
| 2001 | 9  | 13 | 5.41 |
| 2001 | 9  | 14 | 5.38 |
| 2001 | 9  | 17 | 5.44 |
| 2001 | 9  | 18 | 5.59 |
| 2001 | 9  | 19 | 5.59 |
| 2001 | 9  | 20 | 5.67 |
| 2001 | 9  | 21 | 5.62 |
| 2001 | 9  | 24 | 5.61 |
| 2001 | 9  | 25 | 5.60 |
| 2001 | 9  | 26 | 5.52 |
| 2001 | 9  | 27 | 5.46 |
| 2001 | 9  | 28 | 5.45 |
| 2001 | 10 | 1  | 5.39 |
| 2001 | 10 | 2  | 5.36 |
| 2001 | 10 | 3  | 5.34 |
| 2001 | 10 | 4  | 5.33 |
| 2001 | 10 | 5  | 5.34 |
| 2001 | 10 | 9  | 5.42 |
| 2001 | 10 | 10 | 5.38 |
| 2001 | 10 | 11 | 5.45 |
| 2001 | 10 | 12 | 5.45 |
| 2001 | 10 | 15 | 5.40 |
| 2001 | 10 | 16 | 5.38 |
| 2001 | 10 | 17 | 5.35 |
| 2001 | 10 | 18 | 5.34 |
| 2001 | 10 | 19 | 5.39 |
| 2001 | 10 | 22 | 5.38 |
| 2001 | 10 | 23 | 5.40 |
| 2001 | 10 | 24 | 5.32 |
| 2001 | 10 | 25 | 5.28 |
| 2001 | 10 | 26 | 5.27 |
| 2001 | 10 | 29 | 5.24 |
| 2001 | 10 | 30 | 5.21 |
| 2001 | 10 | 31 | 5.05 |
| 2001 | 11 | 1  | 5.00 |
| 2001 | 11 | 2  | 5.14 |
| 2001 | 11 | 5  | 5.06 |
| 2001 | 11 | 6  | 5.05 |
| 2001 | 11 | 7  | 4.95 |
| 2001 | 11 | 8  | 5.03 |
| 2001 | 11 | 9  | 5.05 |

20-year Treasury Constant Maturity (daily)

| Year | Month | Day | Rate |
|------|-------|-----|------|
| 2001 | 11 | 13 | 5.10 |
| 2001 | 11 | 14 | 5.20 |
| 2001 | 11 | 15 | 5.41 |
| 2001 | 11 | 16 | 5.52 |
| 2001 | 11 | 17 | 5.91 |
| 2001 | 11 | 18 | 5.81 |
| 2001 | 11 | 19 | 5.42 |
| 2001 | 11 | 20 | 5.50 |
| 2001 | 11 | 21 | 5.59 |
| 2001 | 11 | 23 | 5.65 |
| 2001 | 11 | 26 | 5.66 |
| 2001 | 11 | 27 | 5.64 |
| 2001 | 11 | 28 | 5.63 |
| 2001 | 11 | 29 | 5.52 |
| 2001 | 11 | 30 | 5.54 |
| 2001 | 12 | 3 | 5.49 |
| 2001 | 12 | 4 | 5.43 |
| 2001 | 12 | 5 | 5.61 |
| 2001 | 12 | 6 | 5.72 |
| 2001 | 12 | 7 | 5.90 |
| 2001 | 12 | 10 | 5.86 |
| 2001 | 12 | 11 | 5.83 |
| 2001 | 12 | 12 | 5.74 |
| 2001 | 12 | 13 | 5.81 |
| 2001 | 12 | 14 | 5.89 |
| 2001 | 12 | 17 | 5.91 |
| 2001 | 12 | 18 | 5.81 |
| 2001 | 12 | 19 | 5.73 |
| 2001 | 12 | 20 | 5.73 |
| 2001 | 12 | 21 | 5.76 |
| 2001 | 12 | 24 | 5.81 |
| 2001 | 12 | 26 | 5.84 |
| 2001 | 12 | 27 | 5.78 |
| 2001 | 12 | 28 | 5.82 |
| 2001 | 12 | 31 | 5.74 |
| 2002 | 1 | 2 | 5.86 |
| 2002 | 1 | 3 | 5.83 |
| 2002 | 1 | 4 | 5.87 |
| 2002 | 1 | 7 | 5.76 |
| 2002 | 1 | 8 | 5.77 |
| 2002 | 1 | 9 | 5.76 |
| 2002 | 1 | 10 | 5.64 |
| 2002 | 1 | 11 | 5.60 |
| 2002 | 1 | 14 | 5.62 |
| 2002 | 1 | 15 | 5.56 |
| 2002 | 1 | 16 | 5.58 |
| 2002 | 1 | 17 | 5.65 |

20-year Treasury Constant Maturity (daily)

| Year | Month | Day | Rate |
|------|-------|-----|------|
| 2002 | 1 | 18 | 5.59 |
| 2002 | 1 | 22 | 5.62 |
| 2002 | 1 | 23 | 5.73 |
| 2002 | 1 | 24 | 5.71 |
| 2002 | 1 | 25 | 5.72 |
| 2002 | 1 | 28 | 5.72 |
| 2002 | 1 | 29 | 5.63 |
| 2002 | 1 | 30 | 5.64 |
| 2002 | 1 | 31 | 5.68 |
| 2002 | 2 | 1 | 5.63 |
| 2002 | 2 | 4 | 5.57 |
| 2002 | 2 | 5 | 5.56 |
| 2002 | 2 | 6 | 5.61 |
| 2002 | 2 | 7 | 5.64 |
| 2002 | 2 | 8 | 5.60 |
| 2002 | 2 | 11 | 5.63 |
| 2002 | 2 | 12 | 5.69 |
| 2002 | 2 | 13 | 5.72 |
| 2002 | 2 | 14 | 5.64 |
| 2002 | 2 | 15 | 5.58 |
| 2002 | 2 | 19 | 5.61 |
| 2002 | 2 | 20 | 5.60 |
| 2002 | 2 | 21 | 5.58 |
| 2002 | 2 | 22 | 5.55 |
| 2002 | 2 | 25 | 5.56 |
| 2002 | 2 | 26 | 5.63 |
| 2002 | 2 | 27 | 5.56 |
| 2002 | 2 | 28 | 5.61 |
| 2002 | 3 | 1 | 5.70 |
| 2002 | 3 | 4 | 5.71 |
| 2002 | 3 | 5 | 5.70 |
| 2002 | 3 | 6 | 5.74 |
| 2002 | 3 | 7 | 5.88 |
| 2002 | 3 | 8 | 5.95 |
| 2002 | 3 | 11 | 5.96 |
| 2002 | 3 | 12 | 5.96 |
| 2002 | 3 | 13 | 5.95 |
| 2002 | 3 | 14 | 6.05 |
| 2002 | 3 | 15 | 5.98 |
| 2002 | 3 | 18 | 5.95 |
| 2002 | 3 | 19 | 5.96 |
| 2002 | 3 | 20 | 6.04 |
| 2002 | 3 | 21 | 6.02 |
| 2002 | 3 | 22 | 6.04 |
| 2002 | 3 | 25 | 6.03 |
| 2002 | 3 | 26 | 5.96 |
| 2002 | 3 | 27 | 5.96 |

20-year Treasury Constant Maturity (daily)

| Year | Month | Day | Rate |
|------|-------|-----|------|
| 2002 | 3 | 28 | 6.03 |
| 2002 | 4 | 1 | 6.04 |
| 2002 | 4 | 2 | 5.96 |
| 2002 | 4 | 3 | 5.92 |
| 2002 | 4 | 4 | 5.89 |
| 2002 | 4 | 5 | 5.84 |
| 2002 | 4 | 8 | 5.89 |
| 2002 | 4 | 9 | 5.84 |
| 2002 | 4 | 10 | 5.88 |
| 2002 | 4 | 11 | 5.85 |
| 2002 | 4 | 12 | 5.81 |
| 2002 | 4 | 15 | 5.78 |
| 2002 | 4 | 16 | 5.83 |
| 2002 | 4 | 17 | 5.90 |
| 2002 | 4 | 18 | 5.88 |
| 2002 | 4 | 19 | 5.85 |
| 2002 | 4 | 22 | 5.85 |
| 2002 | 4 | 23 | 5.83 |
| 2002 | 4 | 24 | 5.77 |
| 2002 | 4 | 25 | 5.77 |
| 2002 | 4 | 26 | 5.73 |
| 2002 | 4 | 29 | 5.77 |
| 2002 | 4 | 30 | 5.74 |
| 2002 | 5 | 1 | 5.71 |
| 2002 | 5 | 2 | 5.74 |
| 2002 | 5 | 3 | 5.70 |
| 2002 | 5 | 6 | 5.71 |
| 2002 | 5 | 7 | 5.71 |
| 2002 | 5 | 8 | 5.84 |
| 2002 | 5 | 9 | 5.80 |
| 2002 | 5 | 10 | 5.77 |
| 2002 | 5 | 13 | 5.86 |
| 2002 | 5 | 14 | 5.94 |
| 2002 | 5 | 15 | 5.92 |
| 2002 | 5 | 16 | 5.87 |
| 2002 | 5 | 17 | 5.94 |
| 2002 | 5 | 20 | 5.88 |
| 2002 | 5 | 21 | 5.84 |
| 2002 | 5 | 22 | 5.80 |
| 2002 | 5 | 23 | 5.83 |
| 2002 | 5 | 24 | 5.83 |
| 2002 | 5 | 28 | 5.83 |
| 2002 | 5 | 29 | 5.79 |
| 2002 | 5 | 30 | 5.74 |
| 2002 | 5 | 31 | 5.77 |
| 2002 | 6 | 3 | 5.76 |
| 2002 | 6 | 4 | 5.75 |

**20-year Treasury Constant Maturity (daily)**

| Year | Month | Day | Rate |
|------|-------|-----|------|
| 2002 | 6 | 5 | 5.79 |
| 2002 | 6 | 6 | 5.75 |
| 2002 | 6 | 7 | 5.81 |
| 2002 | 6 | 10 | 5.76 |
| 2002 | 6 | 11 | 5.71 |
| 2002 | 6 | 12 | 5.68 |
| 2002 | 6 | 13 | 5.65 |
| 2002 | 6 | 14 | 5.54 |
| 2002 | 6 | 17 | 5.61 |
| 2002 | 6 | 18 | 5.60 |
| 2002 | 6 | 19 | 5.51 |
| 2002 | 6 | 20 | 5.59 |
| 2002 | 6 | 21 | 5.54 |
| 2002 | 6 | 24 | 5.60 |
| 2002 | 6 | 25 | 5.62 |
| 2002 | 6 | 26 | 5.53 |
| 2002 | 6 | 27 | 5.63 |
| 2002 | 6 | 28 | 5.65 |
| 2002 | 7 | 1 | 5.64 |
| 2002 | 7 | 2 | 5.56 |
| 2002 | 7 | 3 | 5.57 |
| 2002 | 7 | 5 | 5.67 |
| 2002 | 7 | 8 | 5.63 |
| 2002 | 7 | 9 | 5.57 |
| 2002 | 7 | 10 | 5.48 |
| 2002 | 7 | 11 | 5.47 |
| 2002 | 7 | 12 | 5.45 |
| 2002 | 7 | 15 | 5.49 |
| 2002 | 7 | 16 | 5.58 |
| 2002 | 7 | 17 | 5.54 |
| 2002 | 7 | 18 | 5.52 |
| 2002 | 7 | 19 | 5.47 |
| 2002 | 7 | 22 | 5.40 |
| 2002 | 7 | 23 | 5.39 |
| 2002 | 7 | 24 | 5.42 |
| 2002 | 7 | 25 | 5.39 |
| 2002 | 7 | 26 | 5.42 |
| 2002 | 7 | 29 | 5.54 |
| 2002 | 7 | 30 | 5.54 |
| 2002 | 7 | 31 | 5.41 |
| 2002 | 8 | 1 | 5.41 |
| 2002 | 8 | 2 | 5.29 |
| 2002 | 8 | 5 | 5.26 |
| 2002 | 8 | 6 | 5.35 |
| 2002 | 8 | 7 | 5.31 |
| 2002 | 8 | 8 | 5.34 |
| 2002 | 8 | 9 | 5.22 |

20-year Treasury Constant Maturity (daily)

| Year | Month | Day | Rate |
|------|-------|-----|------|
| 2002 | 8 | 12 | 5.16 |
| 2002 | 8 | 13 | 5.09 |
| 2002 | 8 | 14 | 5.03 |
| 2002 | 8 | 15 | 5.12 |
| 2002 | 8 | 16 | 5.24 |
| 2002 | 8 | 19 | 5.21 |
| 2002 | 8 | 20 | 5.12 |
| 2002 | 8 | 21 | 5.14 |
| 2002 | 8 | 22 | 5.22 |
| 2002 | 8 | 23 | 5.15 |
| 2002 | 8 | 26 | 5.12 |
| 2002 | 8 | 27 | 5.20 |
| 2002 | 8 | 28 | 5.14 |
| 2002 | 8 | 29 | 5.08 |
| 2002 | 8 | 30 | 5.06 |
| 2002 | 9 | 3 | 4.92 |
| 2002 | 9 | 4 | 4.91 |
| 2002 | 9 | 5 | 4.88 |
| 2002 | 9 | 6 | 5.00 |
| 2002 | 9 | 9 | 4.99 |
| 2002 | 9 | 10 | 4.96 |
| 2002 | 9 | 11 | 5.01 |
| 2002 | 9 | 12 | 4.93 |
| 2002 | 9 | 13 | 4.87 |
| 2002 | 9 | 16 | 4.85 |
| 2002 | 9 | 17 | 4.83 |
| 2002 | 9 | 18 | 4.85 |
| 2002 | 9 | 19 | 4.80 |
| 2002 | 9 | 20 | 4.82 |
| 2002 | 9 | 23 | 4.75 |
| 2002 | 9 | 24 | 4.74 |
| 2002 | 9 | 25 | 4.83 |
| 2002 | 9 | 26 | 4.85 |
| 2002 | 9 | 27 | 4.78 |
| 2002 | 9 | 30 | 4.75 |
| 2002 | 10 | 1 | 4.81 |
| 2002 | 10 | 2 | 4.78 |
| 2002 | 10 | 3 | 4.79 |
| 2002 | 10 | 4 | 4.77 |
| 2002 | 10 | 7 | 4.75 |
| 2002 | 10 | 8 | 4.75 |
| 2002 | 10 | 9 | 4.72 |
| 2002 | 10 | 10 | 4.78 |
| 2002 | 10 | 11 | 4.91 |
| 2002 | 10 | 15 | 5.09 |
| 2002 | 10 | 16 | 5.10 |
| 2002 | 10 | 17 | 5.18 |

**20-year Treasury Constant Maturity (daily)**

| Year | Month | Day | Rate |
|------|-------|-----|------|
| 2002 | 10 | 18 | 5.17 |

**APPENDIX III**

**PUBLIC MARKET DATA**

## Pratt's Stats™ Advanced Search Results   Prepared: 10/17/02 12:45:38 PM (PST)

### Search Criteria

**Total transactions found meeting criteria: 38**
**Your search results are based upon this criteria:**

1. SIC (7374)

### Transaction Summary

| Statistic | Count | Range | Mean | Median | Coefficient of Variance |
|---|---|---|---|---|---|
| Sale Date | 38 | 9/30/94 - 6/6/01 | N/A | N/A | N/A |
| Net Sales | 38 | $4,754 - $51,462,874 | $6,996,021 | $2,463,938 | N/A |
| Market Value of Invested Capital (MVIC) | 38 | $100,000 - $109,500,000 | $14,640,980 | $5,650,000 | N/A |
| EBIT | 38 | ($17,431,000) - $1,993,287 | ($861,225) | ($106,583) | N/A |
| Net Income | 38 | ($14,793,000) - $1,993,287 | ($810,650) | ($108,264) | N/A |
| Equity Price/Net Sales | 38 | 0.000 - 210.349 | 11.193 | 1.628 | 3.187 |
| Equity Price/Gross Cash Flow | 13 | 2.888 - 89.659 | 26.394 | 21.008 | 1.092 |
| Equity Price/EBT | 15 | 1.132 - 205.250 | 44.674 | 10.848 | 1.375 |
| Equity Price/Net Income | 15 | 1.132 - 306.847 | 63.082 | 10.848 | 1.451 |
| Equity Price/Book Value of Equity | 0 | --No statistics available-- | | | |
| MVIC/Net Sales | 38 | 0.310 - 210.349 | 11.385 | 1.702 | 3.129 |
| MVIC/EBIT | 15 | 1.132 - 148.845 | 33.803 | 10.848 | 1.295 |
| MVIC/EBITDA | 13 | 2.806 - 89.659 | 23.184 | 19.317 | 1.094 |
| MVIC/DiscEarnings | 0 | --No statistics available-- | | | |
| MVIC/Book Value of Invested Capital | 0 | --No statistics available-- | | | |

### Transactions

| No | SIC Code | Business Description | Market Value of Invested Capital | Sale Date | Net Sales | MVIC To Sales | MVIC To EBIT | Equity Price To Income |
|---|---|---|---|---|---|---|---|---|
| 1 | 7374 | Check Processing, Application Development, Marketing, and Support | $109,500,000 | 6/6/01 | $40,098,049 | 2.731 | N/A | N/A |
| 2 | 7374 | Communications Business | $150,000 | 6/21/99 | $231,688 | 0.647 | 1.132 | 1.132 |
| 3 | 7374 | Computer Network Integration and Data Management Services | $16,200,000 | 8/14/00 | $51,462,874 | 0.315 | N/A | N/A |
| 4 | 7374 | Data Acquisition, Processing, Storage and Archiving | $6,000,000 | 5/26/00 | $5,198,608 | 1.154 | 2.921 | 3.010 |
| 5 | 7374 | Data Processing for the Financial Services Industry on a Contractual Basis | $4,111,523 | 8/6/99 | $4,228,552 | 0.972 | 4.568 | 4.628 |
| 6 | 7374 | Database Management for Bulk Mailings, Website Design and Maintenance. | $3,598,000 | 3/21/00 | $2,979,109 | 1.208 | 44.157 | 142.371 |
| 7 | 7374 | Design and Implementation of Data Warehousing and Electric Commerce Solutions for Mid Market Companies. | $21,889,000 | 9/22/99 | $15,138,470 | 1.446 | 11.972 | 20.439 |
| 8 | 7374 | Develop Enhanced E-mail Products | $22,814,000 | 5/3/99 | $355,450 | 64.183 | N/A | N/A |
| 9 | 7374 | Develop, Market and License U.S. Internet Based Multiple Listing Services | $8,160,320 | 9/30/99 | $605,306 | 13.481 | 85.547 | 89.600 |
| 10 | 7374 | Develop, Publish, Market and Support Software Applications for Creative Press Markets | $45,200,000 | 6/21/00 | $20,933,000 | 2.159 | N/A | N/A |
| 11 | 7374 | Electronic Commerce Focusing on Women | $1,000,000 | 10/9/98 | $4,754 | 210.349 | N/A | N/A |
| 12 | 7374 | Full Service Computer Data Mining Company | $6,750,640 | 12/31/98 | $3,369,000 | 2.004 | 86.547 | 306.847 |
| 13 | 7374 | Hospital Information Systems to the Healthcare Industry | $13,000,000 | 9/30/94 | $24,549,000 | 0.530 | N/A | N/A |
| 14 | 7374 | Internet Service Provider | $136,000 | 10/9/98 | $180,569 | 0.753 | N/A | N/A |
| 15 | 7374 | Internet Service Provider | $3,696,330 | 6/20/00 | $1,191,278 | 3.103 | N/A | N/A |
| 16 | 7374 | Operate an Internet Delivered Commercial Real Estate Research and Listings Service | $989,692 | 8/27/99 | $231,057 | 4.283 | 4.469 | 4.018 |
| 17 | 7374 | Provide Data Processing, Check Imaging, and Item Capture Services to Banks | $1,100,000 | 8/1/98 | $1,224,020 | 0.899 | 4.223 | 6.923 |

**VMarketData | Advanced Search Report**                                              Page 2 of

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | 7374 | Provider of Content Transformation Solutions that Convert Existing Data from Multiple Sources into XML | $4,802,449 | 11/20/00 | $1,384,288 | 3.469 | N/A | N/A |
| 19 | 7374 | Provider of Document and Data Management Products and Services | $17,976,250 | 3/23/00 | $2,301,552 | 7.810 | 60.771 | 101.644 |
| 20 | 7374 | Provider of Internet Access | $10,560,309 | 2/18/99 | $2,761,438 | 3.824 | N/A | N/A |
| 21 | 7374 | Provider of Internet Access and Telephone Services | $17,216,500 | 12/5/99 | $10,028,358 | 1.717 | 10.848 | 10.848 |
| 22 | 7374 | Providers of Information Services | $3,133,000 | 9/10/99 | $3,477,837 | 0.901 | 4.450 | 7.219 |
| 23 | 7374 | Provides Core Data Processing, Check Imaging, and Item Capturing Services to Financial Institutions | $6,500,000 | 5/28/99 | $3,853,000 | 1.687 | N/A | N/A |
| 24 | 7374 | Provides Data Processing Service and Equipment to Clients in the Health Care Industry Using Proprietary Software | $4,399,828 | 12/22/99 | $2,626,323 | 1.675 | N/A | N/A |
| 25 | 7374 | Provides Data Storage Management Services to Major Securities Firms | $1,281,069 | 6/28/00 | $4,135,273 | 0.310 | 5.011 | 5.011 |
| 26 | 7374 | Provides Data Warehousing and Database Analytics used by Software Providers | $17,555,000 | 7/26/00 | $4,001,852 | 4.387 | N/A | N/A |
| 27 | 7374 | Provides High-Speed Internet Access | $1,900,000 | 7/30/99 | $721,589 | 2.633 | 148.845 | 205.250 |
| 28 | 7374 | Provides High-speed Internet Access and Related Services | $2,123,775 | 4/26/99 | $1,353,746 | 1.569 | N/A | N/A |
| 29 | 7374 | Provides High-speed Internet Access and Related Services to Small Business | $1,175,000 | 4/29/99 | $819,307 | 1.434 | N/A | N/A |
| 30 | 7374 | Provides Internet Access | $5,300,000 | 4/14/99 | $2,085,511 | 2.541 | 31.582 | 37.294 |
| 31 | 7374 | Provides Internet Access and Website Hosting | $566,000 | 10/23/98 | $610,564 | 0.927 | N/A | N/A |
| 32 | 7374 | Provides Internet and Voice Telecommunications Services to Residential and Commercial Customers | $3,197,571 | 3/31/00 | $4,680,760 | 0.683 | N/A | N/A |
| 33 | 7374 | Provides Internet Search and Navigation Technology | $55,000,000 | 8/4/99 | $1,770,922 | 31.057 | N/A | N/A |
| 34 | 7374 | Provides Software, Hardware, and Account Processing Capabilities to Over 800 Community Banks. | $55,475,000 | 9/8/99 | $40,164,000 | 1.381 | N/A | N/A |
| 35 | 7374 | Streaming Media Services Provider | $67,000,000 | 4/3/00 | $1,442,305 | 46.453 | N/A | N/A |
| 36 | 7374 | Video, Voice, and Data Transmissions Between Caregivers and Patients | $6,200,001 | 6/16/00 | $1,299,869 | 4.770 | N/A | N/A |
| 37 | 7374 | Web design and web hosting services. | $100,000 | 1/31/01 | $156,091 | 0.641 | N/A | N/A |
| 38 | 7374 | Writes, Markets, and Distributes Technical Support Information | $10,600,000 | 3/12/99 | $4,193,412 | 2.528 | N/A | N/A |

Copyright © 2002 Business Valuations Resources, LLC. All rights reserved.  www.BVResources.com<sup>SM</sup>
88) BUS-VALU, (503) 291-7963

VMarketData | Advanced Search Report

# BIZCOMPS® Advanced Search Results   Prepared: 10/17/02 12:48:58 PM (PST)

## Search Criteria

Total transactions found meeting criteria: 7
Your search results are based upon this criteria:

1. SIC Code (7374)

## Transaction Summary

| Statistic | Count | Range | Mean | Median | Coefficient of Variation |
|---|---|---|---|---|---|
| Sale Date | 7 | 3/31/92 - 9/29/00 | N/A | N/A | N/A |
| Annual Gross | 7 | $90 - $3,294 | $730 | $283 | N/A |
| SDCF | 7 | 20.000 - 982.000 | 219.143 | 128.000 | N/A |
| Sale Price | 7 | $20 - $9,400 | $1,452 | $165 | N/A |
| SDCF To Annual Gross | 7 | 0.172 - 1.000 | 0.370 | 0.222 | 0.802 |
| Sale Price To Annual Gross | 7 | 0.221 - 2.854 | 0.788 | 0.382 | 1.215 |
| Sale Price To SDCF | 7 | 0.800 - 9.572 | 2.510 | 1.078 | 1.258 |

## Transactions

| No | SIC Code | Business Description | Annual Gross | SDCF | SDCF To Annual Gross | Sale Date | Sale Price | Sale Price To Annual Gross | Sale Price To SDCF |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7374 | Software Duplication | $90 | $20 | 0.222 | 3/31/92 | $20 | 0.222 | 1.000 |
| 2 | 7374 | Computer Data Entry | $122 | $27 | 0.221 | 6/30/95 | $27 | 0.221 | 1.000 |
| 3 | 7374 | Data Management Serv | $153 | $153 | 1.000 | 9/29/00 | $165 | 1.078 | 1.078 |
| 4 | 7374 | Computer Scanning Service | $283 | $135 | 0.477 | 7/14/95 | $108 | 0.382 | 0.800 |
| 5 | 7374 | Computer Data Entry | $518 | $89 | 0.172 | 4/10/96 | $193 | 0.373 | 2.169 |
| 6 | 7374 | Computer Data Entry | $650 | $128 | 0.197 | 5/31/96 | $250 | 0.385 | 1.953 |
| 7 | 7374 | Data Processing services | $3,294 | $982 | 0.298 | 1/7/00 | $9,400 | 2.854 | 9.572 |

Copyright © 2002 Business Valuations Resources, LLC. All rights reserved.   www.BVResources.com^SM
(888) BUS-VALU, (503) 291-7963

BVMarketData | Advanced Search Report

# Mergerstat / Shannon Pratt's Control Premium Study™ Advanced Search Results

Prepared: 10/17/02 12:48:40 PM (PST)

## Search Criteria

**Total transactions found meeting criteria: 7**
**Your search results are based upon this criteria:**

1. **Target SIC Code (7374)**

## Transaction Summary

| Statistic | Count | Range | Mean | Median | Coefficient of Variation |
|---|---|---|---|---|---|
| DateEffective | 7 | 12/15/98 - 7/30/01 | N/A | N/A | N/A |
| Net Sales LTM | 7 | $3 - $1,578 | $361 | $114 | N/A |
| EBITDA CashFlow LTM | 6 | ($22) - $109 | $37 | $23 | N/A |
| Value Deal | 7 | $3 - $2,396 | $754 | $293 | N/A |
| **MergerStat Control Premium** | **7** | **-0.069 - 1.903** | **0.580** | **0.332** | **1.130** |
| Price/Sales | 7 | 1.152 - 9.163 | 3.599 | 3.021 | 0.755 |
| Price/Income | 6 | -424.948 - 53.184 | -56.026 | 6.051 | -3.248 |
| Price/Book Value | 6 | 1.770 - 9.930 | 4.752 | 4.145 | 0.643 |
| Target Invested Capital/EBIT | 6 | -5.140 - 134.940 | 36.067 | 25.385 | 1.410 |
| Target Invested Capital/EBITDA | 5 | 2.100 - 27.100 | 16.306 | 17.070 | 0.583 |

## Transactions

| No | Target SIC | Target Business Description | Date Effective | Shares Acquired | Net Sales LTM | EBITDA Cash Flow LTM | Deal Value | MergerStat Control Premium |
|---|---|---|---|---|---|---|---|---|
| 1 | 7374 | Provides data-processing services | 12/15/98 | 100.0 | $114 | 17.169 | $292.667 | 0.169 |
| 2 | 7374 | Provide data processing and computer programming services | 3/2/99 | 51.0 | $20 | N/A | $45.100 | -0.069 |
| 3 | 7374 | Converts source documents into electronic form | 6/6/00 | 100.0 | $3 | 1.970 | $3.100 | 0.841 |
| 4 | 7374 | Provides services, software and systems for the collection and interpretation of data | 9/8/00 | 100.0 | $678 | 109.280 | $2,395.930 | 0.256 |
| 5 | 7374 | Provides legal and related information to lawyers and law firms over the internet and CD Rom | 1/31/01 | 100.0 | $12 | -21.710 | $111.240 | 1.903 |
| 6 | 7374 | Provides integrated transaction processing services and software | 7/24/01 | 100.0 | $1,578 | 85.509 | $2,057.174 | 0.332 |
| 7 | 7374 | Provides healthcare information systems | 7/30/01 | 100.0 | $124 | 28.567 | $373.876 | 0.628 |

Copyright © 2002 Business Valuations Resources, LLC. All rights reserved.  www.BVResources.com℠
(88) BUS-VALU, (503) 291-7963

# Valuation Advisors' Lack of Marketability Discount Study™ Advanced Search Results

Prepared: 10/17/02 12:49:18 PM (PST)

## Search Criteria

**Total transactions found meeting criteria: 74**
**Your search results are based upon this criteria:**

1. **SIC Code (7374)**

## Transaction Summary

| Statistic | Count | Range | Mean | Median | Coefficient of Variation |
|-----------|-------|-------|------|--------|--------------------------|
| Transaction Date | 74 | 6/22/94 - 9/1/00 | N/A | N/A | N/A |
| IPO Date | 74 | 1/26/96 - 6/7/01 | N/A | N/A | N/A |
| Revenues | 74 | $154,653 - $781,621,000 | $44,101,233 | $8,474,970 | N/A |

## Transactions (limit 5)

| No | SIC | NAICS | Trans | IPO | Timeframe | Business Description | Revenues |
|----|-----|-------|-------|-----|-----------|----------------------|----------|
| 1 | 7374 | 514191 | 7/22/98 | 5/7/99 | 10 mth(s) | Provider of outsourced ad management and delivery services for the Internet | $4,286,000 |
| 2 | 7374 | 514191 | 6/27/97 | 5/7/99 | 23 mth(s) | Provider of outsourced ad management and delivery services for the Internet | $4,286,000 |
| 3 | 7374 | 52399 | 9/1/00 | 6/7/01 | 9 mth(s) | Financial services to retail companies | $678,195,000 |
| 4 | 7374 | 514 | 2/10/98 | 5/26/98 | 3 mth(s) | Information Technology Consulting | $42,830,000 |
| 5 | 7374 | 514 | 1/11/98 | 5/26/98 | 4 mth(s) | Information Technology Consulting | $42,830,000 |

Copyright © 2002 Business Valuations Resources, LLC. All rights reserved.  www.BVResources.com™
(88) BUS-VALU, (503) 291-7963

**AOL** Personal Finance

AOL Personal Finance Main ▾   Go

**Investment Research** Main

**Unbiased Research? You Decide**  Download Analyst Research from multex **Investor**

**Ratio Comparison report:**

Provided By: market guide

**First Data Corporation**
NYSE: FDC
Sector: Technology
Industry: Computer Services

Search for Reports

Enter ticker or name:

◉ Symbol ○ Name

Search

**FDC**
First Data Corporation
- Stocks
- Stock Reports
- Financials
- Earnings
- Comparisons
- Company Descriptions
- Broker Research
- SSB Research
- Insider
- SEC Filings
- Conference Calls
- Event Calendar

- Quotes, News, Charts
- Message Boards

- Stock Screening
- Fund Screening

Help | About IR | Guide

Featured Broker

SALOMON SMITH BARNEY

### RATIO COMPARISON

| Valuation Ratios | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| P/E Ratio (TTM) | 20.56* | 24.39 | 34.16 | 24.28 |
| P/E High - Last 5 Yrs. | 46.32 | 57.06 | 67.46 | 49.99 |
| P/E Low - Last 5 Yrs. | 13.33 | 14.50 | 19.88 | 16.97 |
| Beta | 1.17 | 1.81 | 1.76 | 1.00 |
| Price to Sales (TTM) | 3.40* | 2.34 | 4.21 | 2.82 |
| Price to Book (MRQ) | 6.23 | 3.01 | 4.13 | 4.37 |
| Price to Tangible Book (MRQ) | NM | 6.70 | 5.09 | 7.26 |
| Price to Cash Flow (TTM) | 15.60 | 14.90 | 22.96 | 16.64 |
| Price to Free Cash Flow (TTM) | 18.13 | 20.82 | 23.29 | 27.30 |
| % Owned Institutions | 87.97 | 43.20 | 46.20 | 61.36 |

| Dividends | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Dividend Yield | 0.26 | 1.58 | 1.21 | 2.31 |
| Dividend Yield - 5 Year Avg. | 0.20 | 0.09 | 0.21 | 1.33 |
| Dividend 5 Year Growth Rate | 4.24 | 4.50 | 6.54 | 7.94 |
| Payout Ratio (TTM) | 2.60 | 10.31 | 7.48 | 29.26 |

| Growth Rates(%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Sales (MRQ) vs Qtr. 1 Yr. Ago | 23.31* | 17.21 | 6.95 | 3.89 |
| Sales (TTM) vs TTM 1 Yr. Ago | 9.89* | 25.36 | -2.33 | 1.52 |
| Sales - 5 Yr. Growth Rate | 5.49 | 42.98 | 19.19 | 11.35 |
| EPS (MRQ) vs Qtr. 1 Yr. Ago | 136.84* | 57.62 | 14.66 | 13.15 |
| EPS (TTM) vs TTM 1 Yr. Ago | 46.85* | 19.21 | -13.46 | 4.48 |
| EPS - 5 Yr. Growth Rate | 9.97 | 18.88 | 10.40 | 8.80 |
| Capital Spending - 5 Yr. Growth Rate | -11.42 | 36.12 | 15.59 | 10.25 |

| Financial Strength | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Quick Ratio (MRQ) | NM | 1.20 | 2.34 | 1.11 |
| Current Ratio (MRQ) | NM | 1.45 | 2.84 | 1.63 |
| LT Debt to Equity (MRQ) | 0.78 | 0.37 | 0.24 | 0.72 |
| Total Debt to Equity (MRQ) | 0.78 | 0.45 | 0.32 | 0.99 |
| Interest Coverage (TTM) | 12.53 | 12.42 | 9.44 | 9.78 |

| Profitability Ratios (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Gross Margin (TTM) | 39.47 | 42.41 | 51.07 | 47.96 |

AOL Investment Research: Comparisons

| | | | | |
|---|---|---|---|---|
| Gross Margin - 5 Yr. Avg. | 37.92 | 42.80 | 53.47 | 49.15 |
| EBITD Margin (TTM) | 30.32 | 18.22 | 18.63 | 21.27 |
| EBITD - 5 Yr. Avg. | 33.16 | 17.01 | 23.19 | 22.28 |
| Operating Margin (TTM) | 19.92 | 10.25 | 12.25 | 17.85 |
| Operating Margin - 5 Yr. Avg. | 20.52 | 8.48 | 17.32 | 18.38 |
| Pre-Tax Margin (TTM) | 19.92 | 6.08 | 12.72 | 15.13 |
| Pre-Tax Margin - 5 Yr. Avg. | 20.52 | 10.08 | 20.42 | 17.29 |
| Net Profit Margin (TTM) | 16.54* | 2.88 | 7.30 | 10.65 |
| Net Profit Margin - 5 Yr. Avg. | 13.56 | 4.01 | 12.73 | 11.38 |
| Effective Tax Rate (TTM) | 26.61 | 30.80 | 31.55 | 33.28 |
| Effective Tax Rate - 5 Yr. Avg. | 35.02 | 34.24 | 33.61 | 35.75 |

| Management Effectiveness (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Return On Assets (TTM) | 5.40* | 2.37 | 4.13 | 6.40 |
| Return On Assets - 5 Yr. Avg. | 4.47 | 4.40 | 10.23 | 8.11 |
| Return On Investment (TTM) | 18.10* | 5.23 | 6.75 | 10.19 |
| Return On Investment - 5 Yr. Avg. | 13.73 | 7.29 | 15.50 | 12.96 |
| Return On Equity (TTM) | 32.42* | 9.33 | 9.30 | 18.12 |
| Return On Equity - 5 Yr. Avg. | 20.41 | 13.25 | 20.64 | 21.95 |

| Efficiency | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Revenue/Employee (TTM) | 244,617* | 280,797 | 373,076 | 633,064 |
| Net Income/Employee (TTM) | 40,455* | 22,306 | 58,990 | 77,117 |
| Receivable Turnover (TTM) | 6.72* | 6.96 | 6.98 | 9.37 |
| Inventory Turnover (TTM) | NA | 19.60 | 19.47 | 11.41 |
| Asset Turnover (TTM) | 0.33* | 0.60 | 0.75 | 0.98 |

50 Companies in the Computer Services industry listed in order of descending market capitalization.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AOL | FDC | TOC | YHOO | FJTSY | EDS | ACS | FISV | SDS |
| CSC | RX | DST | TRLY | IVNSY | TMCS | TSS | NCR | CEN |
| UIS | BSG | OVER | HLTH | GIB | GTK | ACXM | ADS | IDCO |
| CKFR | CAI | ARB | PER | ANT | FDS | PQE | ELNK | MEDQ |
| NAP | PECS | CSTR | ESPD | AMSY | WEBX | DGIN | SYNT | TTEC |
| UNTD | CCCG | ARBA | EFDS | SRCP | | | | |

Alphabetical Listing of all Industries in the Technology Sector

Communications Equipment

Computer Hardware

Computer Networks

Computer Peripherals

Computer Services

Computer Storage Devices

Electronic Instr. & Controls

Office Equipment

Scientific & Technical Instr.

Semiconductors

Software & Programming

Page 3 of

© Copyright 2000 Multex.com, Inc. All rights reserved.

AOL Investment Research- Financials

**AOL** Personal Finance

AOL Personal Finance Main ▼ | Go



Investment Research Main

We did your homework for you

Analyst Research from multex investor

**Annual Income report:**
**First Data Corporation**
NYSE: FDC
Sector: Technology
Industry: Computer Services

**Provided By:** market guide.

See Also...
Quarterly Financials

### ANNUAL INCOME STATEMENT

| In Millions of U.S. Dollars (except for per share items) | 12 Months Ending 12/31/01 | 12 Months Ending 12/31/00 | 12 Months Ending 12/31/99 Reclass. 12/31/00 | 12 Months Ending 12/31/98 Reclass. 12/31/00 | 12 Months Ending 12/31/97 |
|---|---|---|---|---|---|
| Revenue | 6,450.8 | 5,705.2 | 5,479.9 | 5,047.1 | 5,234.5 |
| Other Revenue, Total | – | – | – | – | – |
| **Total Revenue** | **6,450.8** | **5,705.2** | **5,479.9** | **5,047.1** | **5,234.5** |
| Cost of Revenue | 3,850.7 | 3,501.7 | 3,472.3 | 3,179.6 | 3,296.4 |
| **Gross Profit** | **2,600.1** | **2,203.5** | **2,007.6** | **1,867.5** | **1,938.1** |
| Selling/General/Admin. Expenses, Total | 1,084.3 | 867.3 | 794.2 | 732.4 | 745.9 |
| Research & Development | – | – | – | – | – |
| Depreciation/Amortization | – | – | – | – | 0.0 |
| Interest Expense, Net Operating | 119.6 | 99.2 | 103.8 | 104.1 | 116.5 |
| Interest Expense/Income, Net | 119.6 | 99.2 | 103.8 | 104.1 | 116.5 |
| Unusual Income/Expense | 184.8 | (71.3) | (715.8) | 319.1 | 369.3 |
| **Total Operating Expense** | **5,239.4** | **4,396.9** | **3,654.5** | **4,335.2** | **4,528.1** |
| **Operating Income** | **1,211.4** | **1,308.3** | **1,825.4** | **711.9** | **706.4** |
| Interest Expense/Income, Net Non-Op. | – | – | – | – | – |
| Gain/(Loss) Sale of Assets | – | – | – | – | – |
| Other, Net | – | – | – | – | 0.0 |
| **Income Before Tax** | **1,211.4** | **1,308.3** | **1,825.4** | **711.9** | **706.4** |
| Income Tax - Total | 336.8 | 378.7 | 625.7 | 246.2 | 349.7 |
| **Income After Tax** | **874.6** | **929.6** | **1,199.7** | **465.7** | **356.7** |
| Minority Interest | – | – | – | – | – |
| Equity In Affiliates | – | – | – | – | – |
| **Net Income Before Extra. Items** | **874.6** | **929.6** | **1,199.7** | **465.7** | **356.7** |
| Accounting Change | (2.7) | 0.0 | 0.0 | – | – |
| Discontinued Operations | – | – | – | – | 0.0 |
| Extraordinary Item | – | – | – | – | – |
| **Net Income** | **871.9** | **929.6** | **1,199.7** | **465.7** | **356.7** |
| Preferred Dividends | – | – | – | – | – |
| Interest Adjustment-Primary EPS | – | – | – | – | 0.0 |
| **Inc Avail To Com Ex XOrd** | **874.6** | **929.6** | **1,199.7** | **465.7** | **356.7** |
| **Inc Avail To Com In XOrd** | **871.9** | **929.6** | **1,199.7** | **465.7** | **356.7** |
| Basic/Primary Weighted Average Shares | 778.20 | 813.80 | 855.40 | 890.40 | 884.60 |

^OL Investment Research: Financials

| | | | | | |
|---|---|---|---|---|---|
| **Basic/Primary EPS Excl. Extra Items** | **1.124** | **1.142** | **1.403** | **0.523** | **0.403** |
| **Basic/Primary EPS Incl. Extra Items** | **1.120** | **1.142** | **1.403** | **0.523** | **0.403** |
| Dilution Adjustment | 0.0 | 0.0 | 0.0 | 0.0 | 12.8 |
| Diluted Weighted Average Shares | 795.00 | 828.20 | 870.20 | 896.60 | 933.80 |
| **Diluted EPS Exl. Extra Items** | **1.100** | **1.122** | **1.379** | **0.519** | **0.396** |
| **Diluted EPS Incl. Extra Items** | **1.097** | **1.122** | **1.379** | **0.519** | **0.396** |
| DPS-Common Stock | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 |
| Gross Dividends Common | 29.6 | 32.0 | 34.4 | 35.7 | 35.5 |
| Stock Based Compensation | 70.6 | 46.5 | 42.2 | 48.1 | 36.6 |
| Net Income after Stock Based Comp. Exp. | 801.3 | 883.1 | 1,157.5 | 417.6 | 320.1 |
| Basic EPS after Stock Based Comp. Exp. | 1.030 | 1.085 | 1.355 | 0.470 | 0.360 |
| Diluted EPS after Stock Based Comp. Exp. | 1.010 | 1.070 | 1.335 | 0.470 | 0.360 |
| Interest Expense | 119.6 | 99.2 | 103.8 | 104.1 | 116.5 |
| Depreciation | 638.4 | 588.8 | 617.8 | 591.1 | 534.2 |
| Total Special Items | 184.8 | (71.3) | (715.8) | 319.1 | 369.3 |
| **Normalized Pre-Tax Income** | **1,396.2** | **1,237.0** | **1,109.6** | **1,031.0** | **1,075.7** |
| Effect of Sp.Charge on Inc.Taxes (Anlst) | 51.4 | (20.6) | (245.4) | 110.4 | 182.8 |
| Income Taxes Ex. Impact of Special Items | 388.2 | 358.1 | 380.3 | 356.6 | 532.5 |
| **Normalized Income After Taxes** | **1,008.0** | **878.9** | **729.3** | **674.4** | **543.2** |
| **Normalized Income Available To Common** | **1,008.0** | **878.9** | **729.3** | **674.4** | **543.2** |
| Basic Normalized EPS | 1.295 | 1.080 | 0.853 | 0.757 | 0.614 |
| Diluted Normalized EPS | 1.268 | 1.061 | 0.838 | 0.752 | 0.595 |

Copyright ©2002Market Guide Inc. All rights reserved.

## ANNUAL BALANCE SHEET

| In Millions of U.S. Dollars (except for per share items) | As of 12/31/01 | As of 12/31/00 | As of 12/31/99 | As of 12/31/98 | As of 12/31/97 |
|---|---|---|---|---|---|
| Cash & Equivalents | 917.5 | 853.3 | 1,044.0 | 459.5 | 410.5 |
| Cash and Short Term Investments | 917.5 | 853.3 | 1,044.0 | 459.5 | 410.5 |
| Accounts Receivable (Trade), Net | 1,051.0 | 970.7 | 908.5 | 940.1 | 984.2 |
| Other Receivable | – | – | – | – | 0.0 |
| Total Receivable, Net | 1,051.0 | 970.7 | 908.5 | 940.1 | 984.2 |
| Total Inventory | 79.3 | 47.6 | 57.7 | – | – |
| Prepaid Expenses | 121.6 | 58.9 | 32.8 | – | 0.0 |
| Other Current Assets, Total | – | – | – | – | – |
| **Total Current Assets** | – | – | – | – | – |
| Property/Plant/Equipment - Total Cost | 1,847.1 | 1,678.3 | 1,629.7 | 1,632.8 | 1,567.4 |
| Accum. Deprec. Total | (1,192.2) | (1,054.0) | (919.1) | (851.8) | (792.5) |
| Property/Plant/Equip., Net Total | 654.9 | 624.3 | 710.6 | 781.0 | 774.9 |
| Goodwill, Net | 3,439.0 | 2,563.3 | 2,480.2 | 2,885.4 | 3,101.6 |
| Intangibles, Net | 1,231.5 | 1,005.6 | 1,002.3 | 1,107.9 | 1,100.5 |
| Long Term investments | 1,063.4 | 1,223.3 | 1,025.1 | 340.0 | 0.0 |
| Other Long Term Assets, Total | – | – | – | – | – |

OL Investment Research: Financials                                                              Page 3 of

| | | | | | |
|---|---|---|---|---|---|
| Other Assets, Total | 13,354.0 | 9,948.1 | 9,743.6 | 10,073.1 | 8,943.5 |
| **Total Assets** | **21,912.2** | **17,295.1** | **17,004.8** | **16,587.0** | **15,315.2** |
| Accounts Payable | – | – | – | – | – |
| Payable/Accrued | 2,189.6 | 1,964.2 | 1,824.0 | 1,642.4 | 1,657.4 |
| Notes Payable/Short Term Debt | – | – | – | – | – |
| Current Port. LT Debt/Capital Leases | – | – | – | – | 0.0 |
| Other Current liabilities, Total | – | – | – | – | 0.0 |
| Long Term Debt | 3,102.1 | 1,830.0 | 1,578.1 | 1,571.7 | 1,750.7 |
| Capital Lease Obligations | – | – | – | – | – |
| **Total Long Term Debt** | **3,102.1** | **1,830.0** | **1,578.1** | **1,571.7** | **1,750.7** |
| **Total Debt** | **3,102.1** | **1,830.0** | **1,578.1** | **1,571.7** | **1,750.7** |
| Deferred Income Tax | – | – | – | – | 0.0 |
| Minority Interest | – | – | – | – | – |
| Other Liabilities, Total | 13,100.6 | 9,773.2 | 9,694.6 | 9,617.0 | 8,249.8 |
| **Total Liabilities** | **18,392.3** | **13,567.4** | **13,097.1** | **12,831.1** | **11,657.9** |
| Redeemed Preferred Stock, Total | – | – | – | – | – |
| Preferred Stock (Non Redeemable), Total | – | – | – | – | – |
| Common Stock, Total | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 |
| Additional Paid-In Capital | 2,415.6 | 2,292.7 | 2,180.7 | 2,143.2 | 2,132.9 |
| Retained Earnings/Accum. Deficit | 4,365.2 | 3,717.1 | 2,964.1 | 1,893.9 | 1,509.9 |
| Treasury Stock Common ($ Amount) | (3,122.1) | (2,267.7) | (1,153.9) | (339.8) | (55.8) |
| Other Equity, Total | (143.3) | (18.9) | (87.7) | 54.1 | 65.8 |
| **Total Equity** | **3,519.9** | **3,727.7** | **3,907.7** | **3,755.9** | **3,657.3** |
| **Total Liability & Shareholders' Equity** | **21,912.2** | **17,295.1** | **17,004.8** | **16,587.0** | **15,315.2** |
| S/O-Common Stock | 761.00 | 786.60 | 835.80 | 871.00 | 893.80 |
| **Total Common Shares Outstanding** | **761.00** | **786.60** | **835.80** | **871.00** | **893.80** |
| Employees | 27,550 | 25,380 | 28,520 | 32,000 | 36,000 |
| Number of Common Shareholders | 2,966 | 3,185 | 3,343 | 3,720 | – |

Copyright ©2002Market Guide Inc. All rights reserved.

## ANNUAL CASH FLOW STATEMENT (Indirect Method)

| In Millions of U.S. Dollars (except for per share items) | 12 Months Ending 12/31/01 | 12 Months Ending 12/31/00 | 12 Months Ending 12/31/99 | 12 Months Ending 12/31/98 | 12 Months Ending 12/31/97 |
|---|---|---|---|---|---|
| Net Income | 871.9 | 929.6 | 1,199.7 | 465.7 | 356.7 |
| Depreciation/Depletion | 638.4 | 588.8 | 617.8 | 591.1 | 534.2 |
| Amortization | – | – | – | – | 0.0 |
| Deferred Taxes | – | – | – | – | 0.0 |
| Non-Cash Items | 233.6 | (122.4) | (733.5) | 320.0 | 341.2 |
| Changes in Working Capital | (336.2) | (214.8) | 235.4 | (107.9) | (60.6) |
| **Total Operating Activity** | **1,407.7** | **1,181.2** | **1,319.4** | **1,268.9** | **1,171.5** |
| Capital Expenditures | (365.9) | (292.4) | (430.3) | (649.8) | (616.9) |
| Other Investing Cash Flow Items, Total | (1,071.1) | (147.9) | 639.0 | (18.6) | 12.7 |
| **Total Investing Activity** | **(1,437.0)** | **(440.3)** | **208.7** | **(668.4)** | **(604.2)** |
| Financing Cash Flow Items | 22.2 | 135.0 | 0.0 | 0.0 | 0.0 |
| Dividends Paid | (31.2) | (32.3) | (34.5) | (35.7) | (35.5) |

OL Investment Research: Financials                                                    Page 4 of

| | | | | | |
|---|---|---|---|---|---|
| Issuance/Retirement of Stock, Net | (1,067.3) | (1,257.9) | (915.0) | (335.8) | (868.0) |
| Issuance/Retirement of Debt, Net | 1,169.8 | 223.6 | 5.9 | (180.0) | 475.0 |
| **Total Financing Activity** | **93.5** | **(931.6)** | **(943.6)** | **(551.5)** | **(428.5)** |
| Foreign Exchange Effects | – | – | – | – | 0.0 |
| **Net Change in Cash** | **64.2** | **(190.7)** | **584.5** | **49.0** | **138.8** |
| Cash Interest Paid (Indirect Format) | 111.5 | 97.2 | 103.1 | 107.2 | 102.6 |
| Cash Taxes Paid (Indirect Format) | 270.7 | 569.9 | 266.6 | 234.2 | 144.0 |

Copyright ©2002 Market Guide Inc. All rights reserved.

© Copyright 2000 Multex.com, Inc. All rights reserved.

**AOL** Personal Finance

AOL Personal Finance Main ▾  | Go |

**Investment Research** Main

## Get AOL at *Lightning Fast Speed!*

Search for Reports
Enter ticker or name:

● Symbol ○ Name
| Search |

DC
First Data Corporation

**Stocks**
Stock Reports
▶ Financials
Earnings
Comparisons
▶ Company Descriptions
Broker Research
SSB Research
▶ Insider
SEC Filings
▶ Conference Calls
▶ Event Calendar

Quotes, News, Charts
▶ Message Boards

Stock Screening
▶ Fund Screening

Help | About IR | Guide

Featured Broker

SALOMON SMITH BARNEY

## Earnings Estimates Summary
**FIRST DATA CORP.(EX GW) (NYSE:**FDC )
*Industry: Industrial Services*
Sector: Industrial
09-OCT-2002

**FIRST CALL**
**THOMSON FINANCIAL**

### First Call Analysts Recommendation Chart (10/09/02)

| Buy | Buy/Hold | Hold | Hold/Sell | Sell | No. of Analysts Reporting |
|-----|----------|------|-----------|------|---------------------------|
| 1 | 2 | 3 | 4 | 5 | 25 |

1.7

### Current EPS Data

| | |
|---|---|
| Current Qtr. Mean Estimate  (Sept/2002) | **0.45** |
| Current Fiscal Yr. Mean  (Dec/2002) | **1.66** |
| Recommendation | **2.0** |
| Growth Rate | **15.0%** |
| Future P/E | **14.8** |
| PEG Ratio | **1.13** |

### RECOMMENDATIONS - Number of brokers over the last 90 days

| | Current | 30 Days Ago | 60 Days Ago | 90 Days Ago |
|---|---|---|---|---|
| Strong Buy (1.0 - 1.5) | 9 | 11 | 11 | 11 |
| Buy (1.6 - 2.5) | 8 | 6 | 8 | 8 |
| Hold (2.6 - 3.5) | 8 | 7 | 6 | 6 |
| Underperform (3.6 - 4.5) | 0 | 0 | 0 | 0 |
| Sell (4.6 - 5.0) | 0 | 0 | 0 | 0 |
| | | | | |
| Mean | 2.0 | 1.8 | 1.8 | 1.8 |
| Number of Brokers | 25 | 24 | 25 | 25 |

### CONSENSUS EPS ESTIMATES

| Current Quarter (Sept/2002) | Next Quarter (Dec/2002) | Current Fiscal Yr. (Dec/2002) | Next Fiscal Yr. (Dec/2003) |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Current Mean | 0.45 | 0.48 | 1.66 | 1.91 |
| Number of Brokers | 24 | 23 | 25 | 25 |
| High | 0.46 | 0.50 | 1.68 | 1.94 |
| Low | 0.44 | 0.46 | 1.63 | 1.87 |
| Year Ago | 0.35 | 0.38 | 1.26 | 1.66 |
| Current vs. Year Ago | 29% | 26% | 32% | 15% |
| Median | 0.45 | 0.49 | 1.66 | 1.91 |
| Standard Deviation | 0.01 | 0.01 | 0.01 | 0.02 |
| Next Report Date | 10-Oct-2002 | 23-Jan-2003 | 23-Jan-2003 | - |

## EARNINGS SURPRISES

| | Last Qtr | 2 Qtrs. Ago | 3 Qtrs. Ago | 4 Qtrs. Ago |
|---|---|---|---|---|
| Estimate | 0.40 | 0.32 | 0.37 | 0.33 |
| Actual EPS | 0.41 | 0.32 | 0.38 | 0.35 |
| Surprise | 3% | 0% | 3% | 6% |

## EPS ESTIMATE REVISION TRENDS

| | Current Quarter (Sept/2002) | Next Quarter (Dec/2002) | Current Fiscal Yr. (Dec/2002) | Next Fiscal Yr. (Dec/2003) |
|---|---|---|---|---|
| Current Mean | 0.45 | 0.48 | 1.66 | 1.91 |
| 7 Days Ago | 0.45 | 0.48 | 1.66 | 1.91 |
| 30 Days Ago | 0.45 | 0.48 | 1.66 | 1.91 |
| 60 Days Ago | 0.45 | 0.48 | 1.66 | 1.91 |
| 90 Days Ago | 0.45 | 0.49 | 1.65 | 1.91 |
| **Number of Revisions** | | | | |
| Up (Last Week) | 0 | 0 | 0 | 0 |
| Down (Last Week) | 0 | 0 | 0 | 0 |
| Up (30 Days Ago) | 0 | 0 | 0 | 0 |
| Down (30 Days Ago) | 0 | 0 | 0 | 0 |

## CALENDARIZED COMPARATIVE ESTIMATES

| | Current Quarter (Dec) | Next Quarter (Mar) | Calendar Year (2002) | Calendar Year (2003) |
|---|---|---|---|---|
| Company | 0.45 | 0.48 | 1.66 | 1.91 |
| Current vs. Year Ago | 29% | 26% | 32% | 15% |
| Industry (Industrial Services) | 1.38 | 1.37 | 5.15 | 6.15 |
| Current vs. Year Ago | 24% | 15% | 14% | 19% |
| Sector | | | | |

^OL Investment Research: Earnings                                      Page 3 of

|                      |        |        |         |         |
|----------------------|--------|--------|---------|---------|
| (Industrial)         | 2.78   | 2.56   | 10.28   | 11.74   |
| Current vs. Year Ago | 18%    | 18%    | 6%      | 14%     |
| WSJ/DJ US - Universe | 3.04   | 3.00   | 11.03   | 13.26   |
| Current vs. Year Ago | 33%    | 19%    | 11%     | 20%     |

© Copyright 2000, Thomson Financial Interactive          Powered by:

**THOMSON**

INVESTORS
NETWORK
*www.thomsoninvest.net*

## FDC - FIRST DATA

| | |
|---|---|
| Last Price: | 31.58 |
| Change: | Unchanged (0.00%) |
| High: | -- |
| Low: | -- |
| Open: | Not Available |
| Previous Close: | 31.58 on 10/16 |
| Volume: | 1,000 |
| 30-Day Avg. Volume: | 6,247,000 |
| Shares Outstanding: | 757,128,000 |
| Market Cap.: | 23,910,102,240 |
| 52-Week High: | 45.07 |
| 52-Week Low: | 23.75 |
| Beta: | 1.05 |
| Yield: | 0.20% |
| P/E Ratio: | 21.05 |
| EPS: | 1.50 |
| Currency Units: | US Dollar |
| Exchange/Delay: | NYSE: 20 minutes |

Confirm all data with your broker or financial advisor before trading.

Data by: S&P ComStock

OL Investment Research: Stock Reports





**AOL** Personal Finance

AOL Personal Finance Main ▾  Go

Investment Research Main

Search for Reports

Enter ticker or name:

○ Symbol ○ Name

**Search**

DC
First Data Corporation

**Locks**

**Stock Reports**

**Financials**
**Earnings**
**Comparisons**
**Company Descriptions**
**Broker Research**
**SSB Research**
**Insider**
**SEC Filings**
**Conference Calls**
**Earnings Calendar**
**Quotes, News, Charts**
**Message Boards**
**Stock Screening**
**Fund Screening**

Help | About IR | Guide

**Featured Broker**

SALOMON SMITH BARNEY

**Stock report:**

# First Data Corporation

**NYSE: FDC**

Sector: Technology
Industry: Computer Services

First Data Corporation provides high-volume information processing and related services, payment instruments, card issuer services, and merchant processing services. For the 6 months ended 6/30/02, revenues rose 8% to $3.6B. Net income before acct. change rose 25% to $542.9M. Results reflect continued strong increases in worldwide money transfer transactions, the acquisition of TASQ Technology and improved operating margins.

**Provided By:** market guide

See Also...
Broker Research

**First Data Corporation**
6200 South Quebec Street
Greenwood
Village, CO 80111
**Phone:** (303 ) 967-7000
**Fax:** (303 ) 967-7000

**Sector:** Technology

**Industry:** Computer Services

**Employees:** 29,000
(09/23/2002)

**Market Cap (Mil) $ :**
23,614.82

**Complete Financials:** Jun 2002

**Updated:** 10/12/2002

**Earnings Announcements:**
*Sep 2002

Click Here For Advanced Charting

[chart: First Data Corp Daily 10.11.2002]

*Earnings Announcement:  PRELIMINARY: For the 3 months ended 09/30/2002, revenues were 1,988,600; after tax earnings were 342,500. (Thousands)

**OFFICERS:** Henry C. Duques, Chmn., Charles F. Fote, Pres./CEO, Kimberly Patmore, CFO/Exec. VP, Pamela H. Patsley, Sr. Exec. VP. TRANSFER AGENT: Norwest Bank Minnesota, N.A. Company incorporated in DE. Direct inquiries to: Barbara Marxer, VP Investor Relations.

### Key Ratios & Statistics

| Price & Volume | | Valuation Ratios | |
|---|---|---|---|
| Recent Price $ | 31.19 | Price/Earnings (TTM) | 20.56* |
| 52 Week High $ | 45.08 | Price/Sales (TTM) | 3.40* |
| 52 Week Low $ | 23.75 | Price/Book (MRQ) | 6.23 |
| Avg Daily Vol (Mil) | 4.94 | Price/Cash Flow (TTM) | 15.60 |
| Beta | 1.17 | **Per Share Data** | |
| **Share Related Items** | | Earnings (TTM) $ | 1.52* |
| Mkt. Cap. (Mil) $ | 23,614.82 | Sales (TTM) $ | 9.16* |
| Shares Out (Mil) | 757.13 | Book Value (MRQ) $ | 5.01 |
| Float (Mil) | | | |

OL Investment Research: Stock Reports                                                    Page 2 of

|  | | | |
|---|---|---|---|
| | 754.80 | Cash Flow (TTM) $ | 2.00 |
| **Dividend Information** | | Cash (MRQ) $ | 1.10 |
| Yield % | 0.26 | **Mgmt Effectiveness** | |
| Annual Dividend | 0.08 | Return on Equity (TTM) | 32.42* |
| Payout Ratio (TTM) % | 2.60 | Return on Assets (TTM) | 5.40 |
| **Financial Strength** | | Return on Investment (TTM) | 18.10* |
| Quick Ratio (MRQ) | NM | **Profitability** | |
| Current Ratio (MRQ) | NM | Gross Margin (TTM) % | 39.47 |
| LT Debt/Equity (MRQ) | 0.78 | Operating Margin (TTM) % | 19.92 |
| Total Debt/Equity (MRQ) | 0.78 | Profit Margin (TTM) % | 16.54* |

Mil = Millions   MRQ = Most Recent Quarter   TTM = Trailing Twelve Months
Asterisks (*) Indicates numbers are derived from Earnings Announcements
Pricing and volume data as of 10/11/2002

## GROWTH RATES

| | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Sales % | 13.07 | 8.52 | 5.49 |
| EPS % | -1.96 | 28.45 | 9.97 |
| Dividend % | 0.00 | 0.00 | 4.24 |

## REVENUE

| Quarters | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| MAR | 1,257,900 | 1,343,200 | 1,617,800 | 1,727,300 |
| JUN | 1,383,000 | 1,413,900 | 1,717,300 | 1,875,000 |
| SEP | 1,383,000 | 1,440,300 | 1,652,200 | 1,988,600* |
| DEC | 1,456,000 | 1,507,800 | 1,463,500 | |
| **Totals** | **5,479,900** | **5,705,200** | **6,450,800** | **5,590,900*** |

**Note:** Units in Thousands of U.S. Dollars

## EARNINGS PER SHARE

| Quarters | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| MAR | 0.160 | 0.195 | 0.235 | 0.315 |
| JUN | 0.220 | 0.260 | 0.305 | 0.389 |
| SEP | 0.240 | 0.375 | 0.190 | 0.450* |
| DEC | 0.775 | 0.300 | 0.370 | |
| **Totals** | **1.395** | **1.130** | **1.100** | **1.154*** |

**Note:** Units in U.S. Dollars

**Equity:** Common Stock $.005 Par, 6/02, 2B auth., 897,900,000 issd., less
140,800,000 shares in Treas. @ $3.34B. Insiders own  2% (incl. 12.8M options). IPO
4/92, 44M shares @ $22 by  Lehman Brothers Ltd. PO 3/93, 32M shares @ $32 by
Lehman  Brothers. 6/02, 11/96, 2-for-1 stock splits. *FY'98 Qs  are reclassified.

**Analyst Footnotes:**  FY'98-'99 and FY'99-'00 Q's are reclassified. FY'01 Q's  are
being reclassified to reflect Cardservice Intl. as a  consolidated subsidiary. FY'01
Summ. Q's reflect reclass.

^OL Investment Research: Stock Reports

## SELECTED INCOME STATEMENT ITEMS

| | ANNUAL | | | YEAR TO DATE | |
|---|---|---|---|---|---|
| | 12 MONTHS ENDING 12/31/99 | 12 MONTHS ENDING 12/31/00 | 12 MONTHS ENDING 12/31/01 | 6 MONTHS ENDING 06/30/01 | 6 MONTHS ENDING 06/30/02 |
| Revenue | 5,479,900 | 5,705,200 | 6,450,800 | 3,335,100 | 3,602,300 |
| Operating Expenses | 3,654,500 | 4,396,900 | 5,239,400 | 2,722,700 | 2,863,300 |
| **Operating Income** | **1,825,400** | **1,308,300** | **1,211,400** | **612,400** | **739,000** |
| Non-Operating Income | 0 | 0 | 0 | 0 | 0 |
| Non-Operating Expenses | 0 | 0 | 0 | 0 | 0 |
| **Income Before Taxes** | **1,825,400** | **1,308,300** | **1,211,400** | **612,400** | **739,000** |
| Income Taxes | 625,700 | 378,700 | 336,800 | 176,800 | 196,100 |
| **Income After Taxes** | **1,199,700** | **929,600** | **874,600** | **435,600** | **542,900** |
| Adjustments to Income | 0 | 0 | 0 | 0 | 0 |
| **Inc. for Primary EPS** | **1,199,700** | **929,600** | **874,600** | **435,600** | **542,900** |
| **Pri/Bas EPS Ex. XOrd** | **1.403** | **1.142** | **1.124** | **0.555** | **0.713** |
| Disc Opns + Xord Items | 0 | 0 | -2,700 | -2,700 | 0 |
| **Pri/Bas EPS In. XOrd** | **1.403** | **1.142** | **1.120** | **0.552** | **0.713** |
| Primary/Basic Avg Sh | 855,400.00 | 813,800.00 | 778,200.00 | 785,750.00 | 761,300.00 |
| Common Dividends/Shr | 0.040 | 0.040 | 0.040 | 0.020 | 0.020 |
| **Dilutd EPS Excl XOrd** | **1.379** | **1.122** | **1.100** | **0.543** | **0.698** |
| **Dilutd EPS Incl XOrd** | **1.379** | **1.122** | **1.097** | **0.540** | **0.698** |

**Note:** Units in Thousands of U.S. Dollars except for per share items.

## SELECTED BALANCE SHEET ITEMS

| | YEAR ENDING | | | QUARTER ENDING | |
|---|---|---|---|---|---|
| | 12/31/99 | 12/31/00 | 12/31/01 | 06/30/01 | 06/30/02 |
| Cash & ST Investments | 1,044,000 | 853,300 | 917,500 | 880,600 | 833,600 |
| Receivables | 908,500 | 970,700 | 1,051,000 | 959,500 | 1,158,000 |
| Other Assets | 14,341,700 | 14,846,800 | 19,288,800 | 17,094,500 | 19,956,300 |
| LT Investments | 0 | 0 | 0 | 0 | 0 |

^OL Investment Research: Stock Reports                                                                Page 4 of

| | | | | | |
|---|---|---|---|---|---|
| Fixed Assets | 710,600 | 624,300 | 654,900 | 611,600 | 682,300 |
| **Total Assets** | **17,004,800** | **17,295,100** | **21,912,200** | **19,546,200** | **22,630,200** |
| Accounts Payable | 1,824,400 | 1,964,200 | 2,189,600 | 1,867,100 | 2,470,800 |
| ST Debt & Curr LTD | 0 | 0 | 0 | 0 | 0 |
| Other Liabilities | 9,694,600 | 9,773,200 | 13,100,600 | 11,540,100 | 13,399,400 |
| LT Debt & Cap Leases | 1,578,100 | 1,830,000 | 3,102,100 | 2,292,200 | 2,967,200 |
| **Total Liabilities** | **13,097,100** | **13,567,400** | **18,392,300** | **15,699,400** | **18,837,400** |
| Preferred Stock | 0 | 0 | 0 | 0 | 0 |
| Common & Paid In Capital | 2,185,200 | 2,297,200 | 2,420,100 | 2,399,100 | 2,517,500 |
| Retained Earnings | 2,964,100 | 3,717,100 | 4,365,200 | 4,019,100 | 4,685,600 |
| Other Equity | -1,241,600 | -2,286,600 | -3,265,400 | -2,571,400 | -3,410,300 |
| **Total Equity** | **3,907,700** | **3,727,700** | **3,519,900** | **3,846,800** | **3,792,800** |
| Shares Outstanding | 835,800 | 786,600 | 761,000 | 781,400 | 757,100 |

**Note:** Units in Thousands of U.S. Dollars.

### SELECTED STATEMENT OF CASH FLOW ITEMS
### (INDIRECT Method)

| | ANNUAL | | | YEAR TO DATE | |
|---|---|---|---|---|---|
| | 12 MONTHS ENDING 12/31/99 | 12 MONTHS ENDING 12/31/00 | 12 MONTHS ENDING 12/31/01 | 6 MONTHS ENDING 06/30/01 | 6 MONTHS ENDING 06/30/02 |
| Net Income | 1,199,700 | 929,600 | 871,900 | 432,900 | 542,900 |
| Depreciation & Amort. | 617,800 | 588,800 | 638,400 | 312,800 | 257,100 |
| Non Cash Items | -733,500 | -122,400 | 233,600 | -300 | 28,600 |
| Other Operating CF | 235,400 | -214,800 | -336,200 | -157,900 | 122,700 |
| **Total Operating CF** | **1,319,400** | **1,181,200** | **1,407,700** | **587,500** | **951,300** |
| Capital Expenditures | -430,300 | -292,400 | -365,900 | -193,900 | -221,800 |
| Other Investing CF | 639,000 | -147,900 | -1,071,100 | -469,900 | -314,400 |
| **Total Investing CF** | **208,700** | **-440,300** | **-1,437,000** | **-663,800** | **-536,200** |
| Dividends Paid | -34,500 | -32,300 | -31,200 | -15,700 | -15,300 |

OL Investment Research: Stock Reports

| | | | | | |
|---|---|---|---|---|---|
| Sale (Purch.) of Stock | -915,000 | -1,257,900 | -1,067,300 | -360,000 | -418,400 |
| Net Borrowings | 5,900 | 223,600 | 1,169,800 | 457,100 | -65,300 |
| Other Financing CF | 0 | 135,000 | 22,200 | 22,200 | 0 |
| **Total Financing CF** | **-943,600** | **-931,600** | **93,500** | **103,600** | **-499,000** |
| Exchange Rate Effect | 0 | 0 | 0 | 0 | 0 |
| **Net Change In Cash** | **584,500** | **-190,700** | **64,200** | **27,300** | **-83,900** |

**Note:** Units in Thousands of U.S. Dollars.

**multex investor.**   <u>Click Here For Broker Research Reports</u>

© Copyright 2000 Multex.com, Inc. All rights reserved.

**AOL** Personal Finance

| AOL Personal Finance Main | Go |

nvestment Research | Reuters Foundation | **DISASTERS** BE FIRST TO HELP | AID fund CLICK TO DONATE ONLINE>

Main

**search for Reports**
Enter ticker or name:

( Symbol ( Name

Search

**HMSY**
Health Management
Systems

- **tocks**
- **Stock Reports**
- **Financials**
- **Earnings**
- **Comparisons**
- **Company Descriptions**
- **Broker Research**
- **SSB Research**
- **Insider**
- **SEC Filings**
- **Conference Calls**
- **Event Calendar**
- **Quotes, News, Charts**
- **Message Boards**
- **Stock Screening**
- **Fund Screening**

Help | About IR | Guide

**Featured Broker**

SALOMON SMITH BARNEY

**Ratio Comparison report:**

# Health Management Systems
**NASD: HMSY**
Sector: Technology
Industry: Computer Services

Provided By: market guide

## RATIO COMPARISON

| Valuation Ratios | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| P/E Ratio (TTM) | NM | 24.39 | 34.16 | 24.28 |
| P/E High - Last 5 Yrs. | NA | 57.06 | 67.46 | 49.99 |
| P/E Low - Last 5 Yrs. | NA | 14.50 | 19.88 | 16.97 |
| Beta | 1.05 | 1.81 | 1.76 | 1.00 |
| Price to Sales (TTM) | NM | 2.34 | 4.21 | 2.82 |
| Price to Book (MRQ) | 1.55 | 3.01 | 4.13 | 4.37 |
| Price to Tangible Book (MRQ) | 1.77 | 6.70 | 5.09 | 7.26 |
| Price to Cash Flow (TTM) | NA | 14.90 | 22.96 | 16.64 |
| Price to Free Cash Flow (TTM) | NM | 20.82 | 23.29 | 27.30 |
| % Owned Institutions | 44.52 | 43.20 | 46.20 | 61.36 |

| Dividends | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Dividend Yield | 0.00 | 1.58 | 1.21 | 2.31 |
| Dividend Yield - 5 Year Avg. | 0.00 | 0.09 | 0.21 | 1.33 |
| Dividend 5 Year Growth Rate | NM | 4.50 | 6.54 | 7.94 |
| Payout Ratio (TTM) | 0.00 | 10.31 | 7.48 | 29.26 |

| Growth Rates(%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Sales (MRQ) vs Qtr. 1 Yr. Ago | -18.74 | 17.21 | 6.95 | 3.89 |
| Sales (TTM) vs TTM 1 Yr. Ago | NA | 25.36 | -2.33 | 1.52 |
| Sales - 5 Yr. Growth Rate | -8.08 | 42.98 | 19.19 | 11.35 |
| EPS (MRQ) vs Qtr. 1 Yr. Ago | NM | 57.62 | 14.66 | 13.15 |
| EPS (TTM) vs TTM 1 Yr. Ago | NA | 19.21 | -13.46 | 4.48 |
| EPS - 5 Yr. Growth Rate | NM | 18.88 | 10.40 | 8.80 |
| Capital Spending - 5 Yr. Growth Rate | -10.72 | 36.12 | 15.59 | 10.25 |

| Financial Strength | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Quick Ratio (MRQ) | 3.45 | 1.20 | 2.34 | 1.11 |
| Current Ratio (MRQ) | 3.62 | 1.45 | 2.84 | 1.63 |
| LT Debt to Equity (MRQ) | 0.00 | 0.37 | 0.24 | 0.72 |
| Total Debt to Equity (MRQ) | 0.00 | 0.45 | 0.32 | 0.99 |
| Interest Coverage (TTM) | NM | 12.42 | 9.44 | 9.78 |

| Profitability Ratios (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Gross Margin (TTM) | NM | 42.41 | 51.07 | 47.96 |

| | | | |
|---|---|---|---|
| Gross Margin - 5 Yr. Avg. | 65.14 | 42.80 | 53.47 | 49.15 |
| EBITD Margin (TTM) | NA | 18.22 | 18.63 | 21.27 |
| EBITD - 5 Yr. Avg. | -10.53 | 17.01 | 23.19 | 22.28 |
| Operating Margin (TTM) | NM | 10.25 | 12.25 | 17.85 |
| Operating Margin - 5 Yr. Avg. | -11.36 | 8.48 | 17.32 | 18.38 |
| Pre-Tax Margin (TTM) | 0.00 | 6.08 | 12.72 | 15.13 |
| Pre-Tax Margin - 5 Yr. Avg. | -9.18 | 10.08 | 20.42 | 17.29 |
| Net Profit Margin (TTM) | NM | 2.88 | 7.30 | 10.65 |
| Net Profit Margin - 5 Yr. Avg. | -7.46 | 4.01 | 12.73 | 11.38 |
| Effective Tax Rate (TTM) | NM | 30.80 | 31.55 | 33.28 |
| Effective Tax Rate - 5 Yr. Avg. | 37.10 | 34.24 | 33.61 | 35.75 |

| Management Effectiveness (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Return On Assets (TTM) | 0.00 | 2.37 | 4.13 | 6.40 |
| Return On Assets - 5 Yr. Avg. | -4.63 | 4.40 | 10.23 | 8.11 |
| Return On Investment (TTM) | 0.00 | 5.23 | 6.75 | 10.19 |
| Return On Investment - 5 Yr. Avg. | -5.48 | 7.29 | 15.50 | 12.96 |
| Return On Equity (TTM) | 0.00 | 9.33 | 9.30 | 18.12 |
| Return On Equity - 5 Yr. Avg. | -5.59 | 13.25 | 20.64 | 21.95 |

| Efficiency | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Revenue/Employee (TTM) | NM | 280,797 | 373,076 | 633,064 |
| Net Income/Employee (TTM) | 0 | 22,306 | 58,990 | 77,117 |
| Receivable Turnover (TTM) | 0.00 | 6.96 | 6.98 | 9.37 |
| Inventory Turnover (TTM) | NA | 19.60 | 19.47 | 11.41 |
| Asset Turnover (TTM) | 0.00 | 0.60 | 0.75 | 0.98 |

50 Companies in the Computer Services industry listed in order of descending market capitalization.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AOL | FDC | TOC | YHOO | FJTSY | EDS | ACS | FISV | SDS |
| CSC | RX | DST | TRLY | IVNSY | TMCS | TSS | NCR | CEN |
| UIS | BSG | OVER | HLTH | GIB | GTK | ACXM | ADS | IDCO |
| CKFR | CAI | ARB | PER | ANT | FDS | PQE | ELNK | MEDQ |
| NAP | PECS | CSTR | ESPD | AMSY | WEBX | DGIN | SYNT | TTEC |
| UNTD | CCCG | ARBA | EFDS | SRCP | | | | |

Alphabetical Listing of all Industries in the Technology Sector

Communications Equipment

Computer Hardware

Computer Networks

Computer Peripherals

Computer Services

Computer Storage Devices

Electronic Instr. & Controls

Office Equipment

Scientific & Technical Instr.

Semiconductors

Software & Programming

AOL Investment Research: Comparisons

© Copyright 2000 Multex.com, Inc. All rights reserved.

OL Investment Research: Financials

 **AOL** Personal Finance

| AOL Personal Finance Main ▾ | Go |

 

**Annual Income report:**   Provided By:  market guide

## Health Management Systems

**NASD: HMSY**

Sector: Technology          See Also...
Industry: Computer Services     Quarterly Financials

### ANNUAL INCOME STATEMENT

| In Millions of U.S. Dollars (except for per share items) | 12 Months Ending 12/31/01 | 2 Months Ending 12/31/00 | 12 Months Ending 10/31/00 Restated 12/31/01 | 12 Months Ending 10/31/99 Restated 12/31/01 | 12 Months Ending 10/31/98 Reclass. 12/31/00 |
|---|---|---|---|---|---|
| Revenue | 58.7 | 9.2 | 64.8 | 68.0 | 105.3 |
| Other Revenue, Total | – | – | – | – | – |
| **Total Revenue** | **58.7** | **9.2** | **64.8** | **68.0** | **105.3** |
| Cost of Revenue | 25.4 | 3.2 | 24.9 | 24.1 | 23.5 |
| **Gross Profit** | **33.4** | **6.0** | **39.9** | **43.9** | **81.8** |
| Selling/General/Admin. Expenses, Total | 33.8 | 6.2 | 37.7 | 34.2 | 59.3 |
| Research & Development | – | – | – | – | – |
| Depreciation/Amortization | 0.4 | 0.1 | 0.4 | 0.3 | 2.0 |
| Interest Expense/Income, Net | – | – | – | – | – |
| Unusual Income/Expense | 3.6 | 0.0 | 0.8 | 0.0 | 0.0 |
| Other Operating Expenses, Total | 13.7 | 1.4 | 12.7 | 7.4 | 12.8 |
| **Total Operating Expense** | **76.8** | **10.9** | **76.5** | **65.9** | **97.6** |
| **Operating Income** | **(18.1)** | **(1.7)** | **(11.7)** | **2.0** | **7.7** |
| Interest Expense, Net Non-Operating | – | – | – | – | 0.0 |
| Interest/Investment Income, Non-Op. | – | – | – | – | 1.7 |
| Interest Expense/Income, Net Non-Op. | 0.7 | 0.1 | 1.0 | 1.2 | 1.7 |
| Gain/(Loss) Sale of Assets | 1.6 | 0.0 | 0.0 | 0.0 | – |
| Other, Net | – | – | – | – | 0.6 |
| **Income Before Tax** | **(15.8)** | **(1.6)** | **(10.6)** | **3.3** | **10.0** |
| Income Tax - Total | 0.0 | (0.6) | (4.5) | 1.1 | 3.9 |
| **Income After Tax** | **(15.8)** | **(0.9)** | **(6.1)** | **2.1** | **6.1** |
| Minority Interest | – | – | – | – | – |
| Equity In Affiliates | – | – | – | – | – |
| **Net Income Before Extra. Items** | **(15.8)** | **(0.9)** | **(6.1)** | **2.1** | **6.1** |
| Accounting Change | 0.0 | 0.0 | (22.0) | 0.0 | 0.0 |
| Discontinued Operations | (3.7) | (0.0) | 2.7 | 5.4 | – |
| Extraordinary Item | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net Income** | **(19.5)** | **(0.9)** | **(25.4)** | **7.5** | **6.1** |
| Preferred Dividends | – | – | – | – | 0.0 |
| **Inc Avail To Com Ex XOrd** | **(15.8)** | **(0.9)** | **(6.1)** | **2.1** | **6.1** |
| **Inc Avail To Com In XOrd** | **(19.5)** | **(0.9)** | **(25.4)** | **7.5** | **6.1** |

| | | | | | |
|---|---|---|---|---|---|
| Basic/Primary Weighted Average Shares | 17.86 | 17.52 | 17.47 | 17.36 | 17.37 |
| **Basic/Primary EPS Excl. Extra Items** | (0.885) | (0.052) | (0.350) | 0.121 | 0.351 |
| **Basic/Primary EPS Incl. Extra Items** | (1.090) | (0.054) | (1.456) | 0.431 | 0.351 |
| Dilution Adjustment | 0.0 | 0.0 | 0.0 | 0.0 | – |
| Diluted Weighted Average Shares | 17.86 | 17.52 | 17.47 | 17.36 | 17.83 |
| **Diluted EPS Exl. Extra Items** | (0.885) | (0.052) | (0.350) | 0.121 | 0.341 |
| **Diluted EPS Incl. Extra Items** | (1.090) | (0.054) | (1.456) | 0.431 | 0.341 |
| DPS-Common Stock | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Gross Dividends Common | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stock Based Compensation | 0.5 | 0.2 | 2.3 | 1.2 | 3.9 |
| Net Income after Stock Based Comp. Exp. | (19.9) | (1.1) | (27.8) | 6.3 | 2.2 |
| Basic EPS after Stock Based Comp. Exp. | (1.120) | (0.070) | (1.590) | 0.360 | 0.130 |
| Diluted EPS after Stock Based Comp. Exp. | (1.120) | (0.070) | (1.590) | 0.360 | 0.120 |
| Interest Expense | – | – | – | – | 0.0 |
| Depreciation | 2.0 | 0.4 | 2.2 | 1.9 | 3.5 |
| Total Special Items | 2.0 | 0.0 | 0.8 | 0.0 | 0.0 |
| **Normalized Pre-Tax Income** | (13.8) | (1.6) | (9.8) | 3.3 | 10.0 |
| Effect of Sp.Charge on Inc.Taxes (Anlst) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Income Taxes Ex. Impact of Special Items | 0.0 | (0.6) | (4.5) | 1.1 | 3.9 |
| **Normalized Income After Taxes** | (13.8) | (0.9) | (5.3) | 2.1 | 6.1 |
| **Normalized Income Available To Common** | (13.8) | (0.9) | (5.3) | 2.1 | 6.1 |
| Basic Normalized EPS | (0.772) | (0.052) | (0.303) | 0.121 | 0.351 |
| Diluted Normalized EPS | (0.772) | (0.052) | (0.303) | 0.121 | 0.341 |

Copyright ©2002 Market Guide Inc. All rights reserved.

### ANNUAL BALANCE SHEET

| In Millions of U.S. Dollars (except for per share items) | As of 12/31/01 | As of 12/31/00 | As of 10/31/00 Restated 12/31/01 | As of 10/31/99 | As of 10/31/98 Reclass. 10/31/99 |
|---|---|---|---|---|---|
| Cash & Equivalents | 21.0 | 6.2 | 10.6 | 16.3 | 13.9 |
| Short Term Investments | 4.0 | 7.4 | 6.2 | 17.5 | 14.5 |
| Cash and Short Term Investments | 25.0 | 13.6 | 16.7 | 33.8 | 28.4 |
| Accounts Receivable (Trade), Net | 12.7 | 18.6 | 19.3 | 58.7 | 55.0 |
| Total Receivable, Net | 12.7 | 18.6 | 19.3 | 58.7 | 55.0 |
| Total Inventory | – | – | – | – | – |
| Prepaid Expenses | 2.4 | 4.8 | 5.3 | 3.9 | 4.0 |
| Other Current Assets, Total | 0.0 | 1.6 | 1.6 | 0.6 | 2.3 |
| **Total Current Assets** | 40.2 | 38.5 | 43.0 | 97.0 | 89.8 |
| Property/Plant/Equipment - Total Cost | 17.9 | 21.1 | 21.1 | 30.4 | 26.6 |
| Accum. Deprec. Total | (13.6) | (16.0) | (15.6) | (22.6) | (19.9) |
| Property/Plant/Equip., Net Total | 4.2 | 5.1 | 5.5 | 7.8 | 6.7 |
| Goodwill, Net | 5.7 | 7.4 | 7.4 | – | – |

OL Investment Research: Financials

Page 3 of

| | | | | | |
|---|---|---|---|---|---|
| Intangibles, Net | 0.5 | 2.1 | 1.8 | 20.0 | 15.9 |
| Long Term investments | – | – | – | 0.0 | 0.0 |
| Other Long Term Assets, Total | 9.8 | 22.6 | 21.8 | 5.2 | 4.7 |
| **Total Assets** | **60.4** | **75.6** | **79.6** | **130.9** | **117.8** |
| Accounts Payable | – | – | – | – | – |
| Payable/Accrued | 13.4 | 9.2 | 10.8 | 18.1 | 15.4 |
| Notes Payable/Short Term Debt | – | – | – | – | – |
| Current Port. LT Debt/Capital Leases | – | – | – | 0.0 | 0.0 |
| Other Current liabilities, Total | 0.5 | 0.2 | 1.6 | 20.5 | 17.6 |
| **Total Current Liability** | **13.9** | **9.5** | **12.4** | **38.6** | **33.1** |
| Long Term Debt | – | – | – | 0.0 | 0.0 |
| Capital Lease Obligations | – | – | – | – | – |
| **Total Long Term Debt** | **–** | **–** | **–** | **0.0** | **0.0** |
| **Total Debt** | **–** | **–** | **–** | **0.0** | **0.0** |
| Deferred Income Tax | – | – | – | 0.0 | 0.0 |
| Minority Interest | – | – | – | – | – |
| Other Liabilities, Total | 0.7 | 1.5 | 1.5 | 1.1 | 1.5 |
| **Total Liabilities** | **14.6** | **11.0** | **14.0** | **39.7** | **34.5** |
| Redeemed Preferred Stock, Total | – | – | – | – | – |
| Preferred Stock (Non Redeemable), Total | – | – | – | 0.0 | 0.0 |
| Common Stock, Total | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Additional Paid-In Capital | 73.6 | 72.2 | 72.2 | 71.7 | 71.1 |
| Retained Earnings/Accum. Deficit | (18.8) | 0.7 | 1.7 | 27.1 | 19.6 |
| Treasury Stock Common ($ Amount) | (8.3) | (8.3) | (8.3) | (7.8) | (7.8) |
| Other Equity, Total | (0.9) | (0.1) | (0.1) | 0.0 | 0.1 |
| **Total Equity** | **45.8** | **64.7** | **65.6** | **91.2** | **83.3** |
| **Total Liability & Shareholders' Equity** | **60.4** | **75.6** | **79.6** | **130.9** | **117.8** |
| S/O-Common Stock | 18.02 | 17.25 | 17.25 | 17.40 | 17.28 |
| **Total Common Shares Outstanding** | **18.02** | **17.25** | **17.25** | **17.40** | **17.28** |
| Employees | 433 | – | – | 900 | 860 |
| Number of Common Shareholders | 6,000 | – | – | 9,500 | – |

Copyright ©2002 Market Guide Inc. All rights reserved.

### ANNUAL CASH FLOW STATEMENT (Indirect Method)

| In Millions of U.S. Dollars (except for per share items) | 12 Months Ending 12/31/01 | 2 Months Ending 12/31/00 | 12 Months Ending 10/31/00 Restated 12/31/01 | 12 Months Ending 10/31/99 Restated 12/31/01 | 12 Months Ending 10/31/98 Reclass. 10/31/99 |
|---|---|---|---|---|---|
| Net Income | (19.5) | (0.9) | (25.4) | 7.5 | 6.1 |
| Depreciation/Depletion | 2.2 | 0.4 | 2.2 | 1.9 | 3.5 |
| Amortization | 0.7 | 0.1 | 0.4 | 0.3 | 2.0 |
| Deferred Taxes | 0.0 | (0.7) | (2.2) | 4.2 | 4.0 |
| Non-Cash Items | 8.3 | 0.0 | 19.4 | (5.1) | 0.8 |
| Changes in Working Capital | 8.2 | (0.3) | (9.9) | (4.7) | (18.7) |
| **Total Operating Activity** | **(0.1)** | **(1.4)** | **(15.5)** | **4.1** | **(2.3)** |
| Capital Expenditures | (2.2) | (0.1) | (2.1) | (1.7) | (4.4) |

OL Investment Research: Financials                                                                          Page 4 of

| | | | | | |
|---|---|---|---|---|---|
| Other Investing Cash Flow Items, Total | 5.8 | (1.4) | 10.0 | (7.7) | 2.5 |
| **Total Investing Activity** | **3.5** | **(1.5)** | **7.9** | **(9.4)** | **(1.9)** |
| Financing Cash Flow Items | – | – | – | – | 0.0 |
| Dividends Paid | – | – | – | – | – |
| Issuance/Retirement of Stock, Net | 0.2 | 0.0 | (0.1) | 0.5 | (2.7) |
| Issuance/Retirement of Debt, Net | 0.0 | 0.0 | 0.9 | (0.2) | 0.0 |
| **Total Financing Activity** | **0.2** | **0.0** | **0.8** | **0.4** | **(2.7)** |
| Foreign Exchange Effects | – | – | – | – | – |
| **Net Change in Cash** | **3.7** | **(2.8)** | **(6.9)** | **(4.9)** | **(6.8)** |
| Cash Interest Paid (Indirect Format) | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 |
| Cash Taxes Paid (Indirect Format) | 0.2 | 0.0 | 0.2 | 0.5 | 2.4 |

Copyright ©2002Market Guide Inc. All rights reserved.

© Copyright 2000 Multex.com, Inc. All rights reserved.

## HMSY - HEALTH MANAGEMENT SYSTEMS

| | |
|---|---|
| Last Price: | 4.00 |
| Change: | Unchanged (0.00%) |
| High: | -- |
| Low: | -- |
| Open: | Not Available |
| Previous Close: | 4.00 on 10/16 |
| Volume: | 0 |
| 30-Day Avg. Volume: | 60,000 |
| Shares Outstanding: | 18,295,000 |
| Market Cap.: | 73,180,000 |
| 52-Week High: | 5.55 |
| 52-Week Low: | 1.61 |
| Beta: | 1.28 |
| Yield: | Nil |
| P/E Ratio: | Not Material |
| EPS: | -0.57 |
| Currency Units: | US Dollar |
| Exchange/Delay: | Nasdaq: 15 minutes |

Confirm all data with your broker or financial advisor before trading.

Data by: S&P ComStock

· OL Investment Research: Stock Reports

Page 1 of



**AOL** Personal Finance

AOL Personal Finance Main ▾ | Go



Reuters Foundation
**DISASTERS**
BE FIRST TO HELP
**AID** fund
CLICK TO DONATE ONLINE

Investment Research Main

Search for Reports

Enter ticker or name:

⊙ Symbol ○ Name

**Search**

HMSY
Health Management Systems

tocks

Stock Reports

Financials

Earnings

Comparisons

Company Descriptions

Broker Research

SSB Research

Insider

SEC Filings

Conference Calls

Event Calendar

Quotes, News, Charts

Message Boards

Stock Screening

Fund Screening

Help | About IR | Guide

Featured Broker

SALOMON SMITH BARNEY

Stock report:                    Provided By: market guide

# Health Management Systems
**NASD: HMSY**

Sector: Technology
Industry: Computer Services

Health Management Systems furnishes proprietary information management, data processing, & software services to healthcare providers and payors, including government health service agencies. For the comparable 6 months ended 6/30/02, revenues increased 11% to $33.6M. Net loss from continuing operations totaled $2.5M, up from $1.1M. Revenues reflect three new state clients. Net loss reflects higher compensation expenses due to an increase in staff.

**See Also...**
Broker Research

**Health Management Systems**
401 Park Avenue South
New York, NY 10016
**Phone:** (212) 685-4545
**Fax:** (212) 889-8776

**Sector:** Technology

**Industry:** Computer Services

**Employees:** 433 (12/31/2001)

**Market Cap (Mil) $ :** 73.55

**Complete Financials:** Jun 2002

**Updated:** 10/12/2002

**Earnings Announcements:** NA

Click Here For Advanced Charting
Health Management System    Daily 10.11.2002
Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep
VOL(in 1000s)    ©2002 Stockpoint Inc.
*stockpoint*

**OFFICERS:** William F. Miller III, Chmn./CEO, Robert M. Holster, Pres./COO, Philip Rydzewski, CFO/Sr. VP. TRANSFER AGENT: Chase Mellon Shareholder Services. Company incorporated 1974 in NY. Direct inquiries to: Director of Investor Relations.

### Key Ratios & Statistics

| Price & Volume | | Valuation Ratios | |
|---|---|---|---|
| Recent Price $ | 4.02 | Price/Earnings (TTM) | NM |
| 52 Week High $ | 5.55 | Price/Sales (TTM) | NM |
| 52 Week Low $ | 1.61 | Price/Book (MRQ) | 1.55 |
| Avg Daily Vol (Mil) | 0.06 | Price/Cash Flow (TTM) | NA |
| Beta | 1.05 | **Per Share Data** | |
| **Share Related Items** | | Earnings (TTM) $ | 0.00 |
| Mkt. Cap. (Mil) $ | 73.55 | Sales (TTM) $ | NA |
| Shares Out (Mil) | 18.30 | Book Value (MRQ) $ | 2.60 |
| Float (Mil) | 17.60 | Cash Flow (TTM) $ | NA |
| **Dividend Information** | | Cash (MRQ) $ | 1.36 |
| Yield % | 0.00 | **Mgmt Effectiveness** | |
| Annual Dividend | 0.00 | Return on Equity (TTM) | 0.00 |

· OL Investment Research: Stock Reports                                         Page 2 of

| | | | |
|---|---|---|---|
| Payout Ratio (TTM) % | 0.00 | Return on Assets (TTM) | 0.00 |
| **Financial Strength** | | Return on Investment (TTM) | 0.00 |
| Quick Ratio (MRQ) | 3.45 | **Profitability** | |
| Current Ratio (MRQ) | 3.62 | Gross Margin (TTM) % | NM |
| LT Debt/Equity (MRQ) | 0.00 | Operating Margin (TTM) % | NM |
| Total Debt/Equity (MRQ) | 0.00 | Profit Margin (TTM) % | NM |

Mil = Millions   MRQ = Most Recent Quarter   TTM = Trailing Twelve Months
Asterisks (*) Indicates numbers are derived from Earnings Announcements
Pricing and volume data as of 10/11/2002

## GROWTH RATES

| | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Sales % | 538.08 | -4.74 | -8.08 |
| EPS % | NM | NM | NM |
| Dividend % | NM | NM | NM |

## REVENUE

| Quarters | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| MAR | 27,369 | 0 | 14,515 | 16,870 |
| JUN | 28,857 | 0 | 15,645 | 16,744 |
| SEP | 27,655 | 0 | 14,267 | |
| DEC | 30,174 | 9,207 | 14,321 | |
| **Totals** | **114,055** | **9,207** | **58,748** | **33,614** |

**Note:** Units in Thousands of U.S. Dollars

## EARNINGS PER SHARE

| Quarters | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| MAR | 0.090 | 0.000 | 0.030 | -0.040 |
| JUN | 0.100 | 0.000 | -0.310 | -0.100 |
| SEP | 0.120 | 0.000 | -0.280 | |
| DEC | 0.120 | -0.050 | -0.530 | |
| **Totals** | **0.430** | **-0.050** | **-1.090** | **-0.140** |

**Note:** Units in U.S. Dollars

**Equity:** Common Stock $.01 Par, 6/02, 45M auth., 19,710,107 issd., less 1,317,016 shares in Treas. @ $8.3M. Insiders own 9% (includes 1M options). IPO 12/92, 2M shares @$15 by Merrill Lynch. 1/96, 4/95, 3-for-2 splits. *NOTE: FY'00 = 2 months due to FYE change from October to December. 12/01  Q = 12 months.

**Analyst Footnotes:** FY'96 & 95 Q's restated to reflect the 1/95 merger with HCM Acqu. Corp. FY'96 Q's restated for merger w/QSM. FY'98  Q's are restated. FY'98, '99 & '99 Q's are reclassified.

## SELECTED INCOME STATEMENT ITEMS

| | ANNUAL | | YEAR TO DATE | |
|---|---|---|---|---|
| **12 MONTHS ENDING 10/31/00** | **2 MONTHS ENDING 12/31/00** | **12 MONTHS ENDING 12/31/01** | **6 MONTHS ENDING 07/31/01** | **6 MONTHS ENDING 06/30/02** |

` OL Investment Research: Stock Reports                                                Page 3 of

|  | Restated 12/31/01 |  |  |  |  |
|---|---|---|---|---|---|
| Revenue | 64,849 | 9,207 | 58,748 | 39,250 | 33,614 |
| Operating Expenses | 76,520 | 10,895 | 76,818 | 42,774 | 36,381 |
| **Operating Income** | **-11,671** | **-1,688** | **-18,070** | **-3,524** | **-2,767** |
| Non-Operating Income | 1,024 | 138 | 2,272 | 1,997 | 289 |
| Non-Operating Expenses | 0 | 0 | 0 | 0 | 0 |
| **Income Before Taxes** | **-10,647** | **-1,550** | **-15,798** | **-1,527** | **-2,478** |
| Income Taxes | -4,530 | -642 | 0 | -567 | 0 |
| **Income After Taxes** | **-6,117** | **-908** | **-15,798** | **-960** | **-2,478** |
| Adjustments to Income | 0 | 0 | 0 | 0 | 0 |
| **Inc. for Primary EPS** | **-6,117** | **-908** | **-15,798** | **-960** | **-2,478** |
| **Pri/Bas EPS Ex. XOrd** | **-0.350** | **-0.052** | **-0.885** | **-0.054** | **-0.136** |
| Disc Opns + Xord Items | -19,309 | -35 | -3,666 | -6,492 | 2,900 |
| **Pri/Bas EPS In. XOrd** | **-1.456** | **-0.054** | **-1.090** | **-0.418** | **0.023** |
| Primary/Basic Avg Sh | 17,467.00 | 17,522.00 | 17,857.00 | 17,844.00 | 18,152.00 |
| Common Dividends/Shr | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| **Dilutd EPS Excl XOrd** | **-0.350** | **-0.052** | **-0.885** | **-0.054** | **-0.136** |
| **Dilutd EPS Incl XOrd** | **-1.456** | **-0.054** | **-1.090** | **-0.418** | **0.023** |

**Note:** Units in Thousands of U.S. Dollars except for per share items.

### SELECTED BALANCE SHEET ITEMS

| | YEAR ENDING | | | QUARTER ENDING | |
|---|---|---|---|---|---|
| | 10/31/00 Restated 12/31/01 | 12/31/00 | 12/31/01 | 07/31/01 | 06/30/02 |
| Cash & ST Investments | 16,740 | 13,574 | 25,042 | 20,458 | 24,964 |
| Receivables | 19,286 | 18,579 | 12,720 | 17,228 | 14,012 |
| Other Current Assets | 6,955 | 6,387 | 2,420 | 4,548 | 1,958 |
| **Total** | | | | | |

' OL Investment Research: Stock Reports

| | | | | | |
|---|---|---|---|---|---|
| Current Assets | 42,981 | 38,540 | 40,182 | 42,234 | 40,934 |
| LT Investments | 0 | 0 | 0 | 0 | 0 |
| Fixed Assets | 5,509 | 5,051 | 4,228 | 4,895 | 3,490 |
| Other LT Assets | 31,073 | 32,046 | 15,984 | 27,592 | 15,378 |
| Total Assets | 79,563 | 75,637 | 60,394 | 74,721 | 59,802 |
| Accounts Payable | 10,799 | 9,244 | 13,417 | 11,718 | 10,615 |
| ST Debt & Curr LTD | 0 | 0 | 0 | 0 | 0 |
| Other Current Liab. | 1,620 | 241 | 527 | 3,550 | 697 |
| Total Current Liab. | 12,419 | 9,485 | 13,944 | 15,268 | 11,312 |
| LT Debt & Cap Leases | 0 | 0 | 0 | 0 | 0 |
| Other LT Liabilities | 1,546 | 1,479 | 669 | 1,039 | 698 |
| Total Liabilities | 13,965 | 10,964 | 14,613 | 16,307 | 12,010 |
| Preferred Stock | 0 | 0 | 0 | 0 | 0 |
| Common & Paid In Capital | 72,356 | 72,356 | 73,743 | 73,137 | 74,832 |
| Retained Earnings | 1,652 | 709 | -18,755 | -5,650 | -18,333 |
| Other Equity | -8,410 | -8,392 | -9,207 | -9,073 | -8,707 |
| Total Equity | 65,598 | 64,673 | 45,781 | 58,414 | 47,792 |
| Shares Outstanding | 17,252 | 17,252 | 18,015 | 17,865 | 18,393 |

**Note:** Units in Thousands of U.S. Dollars.

## SELECTED STATEMENT OF CASH FLOW ITEMS
### (INDIRECT Method)

| | ANNUAL | | | YEAR TO DATE | |
|---|---|---|---|---|---|
| | 12 MONTHS ENDING 10/31/00 Restated 12/31/01 | 2 MONTHS ENDING 12/31/00 | 12 MONTHS ENDING 12/31/01 | 9 MONTHS ENDING 07/31/01 | 6 MONTHS ENDING 06/30/02 |
| Net Income | -25,426 | -943 | -19,464 | 0 | 422 |
| Depreciation & Amort. | 2,590 | 452 | 2,855 | 0 | 1,798 |
| Non Cash Items | 17,167 | -619 | 8,314 | 0 | -2,250 |
| Other Operating | -9,859 | -257 | 8,228 | 1,240 | -3,414 |

OL Investment Research: Stock Reports                                       Page 5 of

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| CF |  |  |  |  |  |
| **Total Operating CF** | **-15,528** | **-1,367** | **-67** | **1,240** | **-3,444** |
| Capital Expenditures | -2,096 | -54 | -2,246 | -3,973 | -954 |
| Other Investing CF | 9,957 | -1,417 | 5,765 | 4,855 | 1,592 |
| **Total Investing CF** | **7,861** | **-1,471** | **3,519** | **882** | **638** |
| Dividends Paid | 0 | 0 | 0 | 0 | 0 |
| Sale (Purch.) of Stock | -105 | 0 | 217 | 59 | 542 |
| Net Borrowings | 900 | 0 | 0 | 0 | 0 |
| Other Financing CF | 0 | 0 | 0 | 0 | 0 |
| **Total Financing CF** | **795** | **0** | **217** | **59** | **542** |
| Exchange Rate Effect | 0 | 0 | 0 | 0 | 0 |
| **Net Change In Cash** | **-6,872** | **-2,838** | **3,669** | **2,181** | **-2,264** |

**Note:** Units in Thousands of U.S. Dollars.

 Click Here For Broker Research Reports

© Copyright 2000 Multex.com, Inc. All rights reserved.

**AOL** Personal Finance                          | AOL Personal Finance Main ▾ |  Go |



nvestment **We pick the best. You do the rest.**
Research **Selected offers from multexInvestor**
Main



**Ratio Comparison**                    Provided By: ·:̇· market
**report:**                                              guide
**Fiserv, Inc.**
**NASD: FISV**
Sector: Technology
Industry: Computer Services

ISV
Fiserv Inc.

Stocks
Stock Reports
Financials
Earnings
Comparisons
Company Description
Broker Research
SEC Research
Insider
SEC Filings
Conference Calls
Event Calendar

Quotes, News, Charts
Message Boards

Stock Screening
Fund Screening

Help  About IR  Guide
Featured Broker

SALOMON SMITH BARNEY

### RATIO COMPARISON

| Valuation Ratios | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| P/E Ratio (TTM) | 22.58 | 24.39 | 34.16 | 24.28 |
| P/E High - Last 5 Yrs. | 47.70 | 57.06 | 67.46 | 49.99 |
| P/E Low - Last 5 Yrs. | 22.94 | 14.50 | 19.88 | 16.97 |
| Beta | 1.03 | 1.81 | 1.76 | 1.00 |
| Price to Sales (TTM) | 2.57 | 2.34 | 4.21 | 2.82 |
| Price to Book (MRQ) | 3.02 | 3.01 | 4.13 | 4.37 |
| Price to Tangible Book (MRQ) | 10.86 | 6.70 | 5.09 | 7.26 |
| Price to Cash Flow (TTM) | 14.03 | 14.90 | 22.96 | 16.64 |
| Price to Free Cash Flow (TTM) | 16.53 | 20.82 | 23.29 | 27.30 |
| % Owned Institutions | 81.54 | 43.20 | 46.20 | 61.36 |

| Dividends | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Dividend Yield | 0.00 | 1.58 | 1.21 | 2.31 |
| Dividend Yield - 5 Year Avg. | 0.00 | 0.09 | 0.21 | 1.33 |
| Dividend 5 Year Growth Rate | NM | 4.50 | 6.54 | 7.94 |
| Payout Ratio (TTM) | 0.00 | 10.31 | 7.48 | 29.26 |

| Growth Rates(%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Sales (MRQ) vs Qtr. 1 Yr. Ago | 16.34 | 17.21 | 6.95 | 3.89 |
| Sales (TTM) vs TTM 1 Yr. Ago | 8.97 | 25.36 | -2.33 | 1.52 |
| Sales - 5 Yr. Growth Rate | 16.54 | 42.98 | 19.19 | 11.35 |
| EPS (MRQ) vs Qtr. 1 Yr. Ago | 25.37 | 57.62 | 14.66 | 13.15 |
| EPS (TTM) vs TTM 1 Yr. Ago | 21.91 | 19.21 | -13.46 | 4.48 |
| EPS - 5 Yr. Growth Rate | 19.08 | 18.88 | 10.40 | 8.80 |
| Capital Spending - 5 Yr. Growth Rate | 21.54 | 36.12 | 15.59 | 10.25 |

| Financial Strength | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Quick Ratio (MRQ) | NM | 1.20 | 2.34 | 1.11 |
| Current Ratio (MRQ) | NM | 1.45 | 2.84 | 1.63 |
| LT Debt to Equity (MRQ) | 0.15 | 0.37 | 0.24 | 0.72 |
| Total Debt to Equity (MRQ) | 0.23 | 0.45 | 0.32 | 0.99 |
| Interest Coverage (TTM) | NM | 12.42 | 9.44 | 9.78 |

| Profitability Ratios (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Gross Margin (TTM) | 40.35 | 42.41 | 51.07 | 47.96 |

AOL Investment Research: Comparisons

| | | | | |
|---|---|---|---|---|
| Gross Margin - 5 Yr. Avg. | 44.10 | 42.80 | 53.47 | 49.15 |
| EBITD Margin (TTM) | 24.18 | 18.22 | 18.63 | 21.27 |
| EBITD - 5 Yr. Avg. | 24.31 | 17.01 | 23.19 | 22.28 |
| Operating Margin (TTM) | 19.11 | 10.25 | 12.25 | 17.85 |
| Operating Margin - 5 Yr. Avg. | 17.94 | 8.48 | 17.32 | 18.38 |
| Pre-Tax Margin (TTM) | 18.80 | 6.08 | 12.72 | 15.13 |
| Pre-Tax Margin - 5 Yr. Avg. | 16.92 | 10.08 | 20.42 | 17.29 |
| Net Profit Margin (TTM) | 11.39 | 2.88 | 7.30 | 10.65 |
| Net Profit Margin - 5 Yr. Avg. | 10.02 | 4.01 | 12.73 | 11.38 |
| Effective Tax Rate (TTM) | 39.45 | 30.80 | 31.55 | 33.28 |
| Effective Tax Rate - 5 Yr. Avg. | 40.80 | 34.24 | 33.61 | 35.75 |

| Management Effectiveness (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Return On Assets (TTM) | 4.47 | 2.37 | 4.13 | 6.40 |
| Return On Assets - 5 Yr. Avg. | 3.18 | 4.40 | 10.23 | 8.11 |
| Return On Investment (TTM) | 12.49 | 5.23 | 6.75 | 10.19 |
| Return On Investment - 5 Yr. Avg. | 10.29 | 7.29 | 15.50 | 12.96 |
| Return On Equity (TTM) | 15.13 | 9.33 | 9.30 | 18.12 |
| Return On Equity - 5 Yr. Avg. | 14.13 | 13.25 | 20.64 | 21.95 |

| Efficiency | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Revenue/Employee (TTM) | 114,481 | 280,797 | 373,076 | 633,064 |
| Net Income/Employee (TTM) | 13,034 | 22,306 | 58,990 | 77,117 |
| Receivable Turnover (TTM) | 1.16 | 6.96 | 6.98 | 9.37 |
| Inventory Turnover (TTM) | NA | 19.60 | 19.47 | 11.41 |
| Asset Turnover (TTM) | 0.39 | 0.60 | 0.75 | 0.98 |

50 Companies in the Computer Services industry listed in order of descending market capitalization.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AOL | FDC | TOC | YHOO | FJTSY | EDS | ACS | FISV | SDS |
| CSC | RX | DST | TRLY | IVNSY | TMCS | TSS | NCR | CEN |
| UIS | BSG | OVER | HLTH | GIB | GTK | ACXM | ADS | IDCO |
| CKFR | CAI | ARB | PER | ANT | FDS | PQE | ELNK | MEDQ |
| NAP | PECS | CSTR | ESPD | AMSY | WEBX | DGIN | SYNT | TTEC |
| UNTD | CCCG | ARBA | EFDS | SRCP | | | | |

Alphabetical Listing of all Industries in the Technology Sector

Communications Equipment

Computer Hardware

Computer Networks

Computer Peripherals

Computer Services

Computer Storage Devices

Electronic Instr. & Controls

Office Equipment

Scientific & Technical Instr.

Semiconductors

Software & Programming

Case 9:03-cv-80612-KAM    Document 15    Entered on FLSD Docket 07/09/2003    Page 516 of 643

© Copyright 2000 Multex.com, Inc. All rights reserved.

**FISV - FISERV INC**

| | |
|---|---|
| Last Price: | **28.96 on 10/16** |
| Change: | Unchanged (0.00%) |
| High: | — |
| Low: | — |
| Open: | Not Available |
| Previous Close: | 28.96 on 10/16 |
| Volume: | 700 |
| 30-Day Avg. Volume: | 2,613,000 |
| Shares Outstanding: | 192,257,000 |
| Market Cap.: | 5,567,762,720 |
| 52-Week High: | 47.24 |
| 52-Week Low: | 22.50 |
| Beta: | 0.89 |
| Yield: | Nil |
| P/E Ratio: | 23.74 |
| EPS: | 1.22 |
| Currency Units: | US Dollar |
| Exchange/Delay: | Nasdaq: 15 minutes |

Confirm all data with your broker or financial advisor before trading.

Data by: S&P ComStock

AOL Investment Research: Stock Reports                                                    Page 1 of

**AOL Personal Finance**                        [ AOL Personal Finance Main ▾ ] [ Go ]



nvestment
Research
Main

Search for Reports

Enter ticker or name:

◉ Symbol ○ Name
[ Search ]

**FISV**
Fiserv Inc.
Stocks
Stock Reports
▶ Financials
▶ Earnings
▶ Comparisons
▶ Company Description
▶ Broker Research
▶ SSB Research
▶ Insider
▶ SEC Filings
▶ Conference Calls
▶ Event Calendar

Quotes, News, Charts
Advisor Search

Stock Screener
Fund Screening
[ Help ][ About IR ][ Guide ]
Featured Broker

SALOMON SMITH BARNEY

**Stock report:**

# Fiserv, Inc.
**NASD: FISV**
Sector: Technology
Industry: Computer Services

FISV provides information management technology and related services to banks, broker-dealers, credit unions, financial planners and investment advisers, insurance companies, leasing companies, mortgage lenders and savings institutions. For the 6 months ended 6/30/02, revenues rose 18% to $1.26B. Net income rose 28% to $131.8M. Results reflect acquisitions and increased sales to new clients. Earnings also reflect a decrease in depreciation expense.

Provided By: **market guide**

**See Also...**
Broker Research

**Fiserv, Inc.**
255 Fiserv Drive
Brookfield, WI 53045
Phone: (262 ) 879-5000
Fax: (262 ) 879-5275

**Sector:** Technology

**Industry:** Computer Services

**Employees:** 18,200
(12/31/2001)

**Market Cap (Mil) $ :**
5,313.79

**Complete Financials:** Jun 2002

**Updated:** 10/12/2002

**Earnings Announcements:** NA

Click Here For Advanced Charting



**OFFICERS:** Donald F. Dillon, Chmn., Leslie Muma, Pres./CEO, Kenneth Jensen, Sr. Exec. VP/CFO/Treas./Asst. Secy. TRANSFER AGENT: EquiServe LP. Company incorporated in WI. Direct inquiries to: Director of Investor Relations.

### Key Ratios & Statistics

| Price & Volume | | Valuation Ratios | |
|---|---|---|---|
| Recent Price $ | 27.64 | Price/Earnings (TTM) | 22.58 |
| 52 Week High $ | 47.24 | Price/Sales (TTM) | 2.57 |
| 52 Week Low $ | 22.50 | Price/Book (MRQ) | 3.02 |
| Avg Daily Vol (Mil) | 2.38 | Price/Cash Flow (TTM) | 14.03 |
| Beta | 1.03 | **Per Share Data** | |
| **Share Related Items** | | Earnings (TTM) $ | 1.22 |
| Mkt. Cap. (Mil) $ | 5,313.79 | Sales (TTM) $ | 10.76 |
| Shares Out (Mil) | 192.26 | Book Value (MRQ) $ | 9.14 |
| Float (Mil) | 184.40 | Cash Flow (TTM) $ | 1.97 |
| **Dividend Information** | | Cash (MRQ) $ | 0.98 |
| Yield % | 0.00 | **Mgmt Effectiveness** | |

| | | | |
|---|---|---|---|
| Annual Dividend | 0.00 | Return on Equity (TTM) | 15.13 |
| Payout Ratio (TTM) % | 0.00 | Return on Assets (TTM) | 4.47 |
| **Financial Strength** | | Return on Investment (TTM) | 12.49 |
| Quick Ratio (MRQ) | NM | **Profitability** | |
| Current Ratio (MRQ) | NM | Gross Margin (TTM) % | 40.35 |
| LT Debt/Equity (MRQ) | 0.15 | Operating Margin (TTM) % | 19.11 |
| Total Debt/Equity (MRQ) | 0.23 | Profit Margin (TTM) % | 11.39 |

Mil = Millions   MRQ = Most Recent Quarter   TTM = Trailing Twelve Months
Asterisks (*) Indicates numbers are derived from Earnings Announcements
Pricing and volume data as of 10/11/2002

### GROWTH RATES

| | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Sales % | 14.32 | 15.29 | 16.54 |
| EPS % | 16.51 | 21.97 | 19.08 |
| Dividend % | NM | NM | NM |

### REVENUE

| Quarters | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| MAR | 337,129 | 396,402 | 527,651 | 631,928 |
| JUN | 343,252 | 416,434 | 543,624 | 632,426 |
| SEP | 352,663 | 406,189 | 467,173 | |
| DEC | 374,501 | 434,581 | 352,019 | |
| **Totals** | **1,407,545** | **1,653,606** | **1,890,467** | **1,264,354** |

Note: Units in Thousands of U.S. Dollars

### EARNINGS PER SHARE

| Quarters | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| MAR | 0.173 | 0.230 | 0.270 | 0.330 |
| JUN | 0.180 | 0.240 | 0.270 | 0.340 |
| SEP | 0.187 | 0.230 | 0.270 | |
| DEC | 0.187 | 0.230 | 0.270 | |
| **Totals** | **0.727** | **0.930** | **1.080** | **0.670** |

Note: Units in U.S. Dollars

**Equity:** Common Stock $.01 Par, 7/02, 300M auth, 192,256,689 issd. Insiders own 7% (includes 5.6M options). PO: 5/91, 1.2M shares @ $38.25 by Merrill Lynch. PO 5/93, 3.85M shs @ $19.25. 9/01, 5/99, 6/98, 5/93, 6/92, 7/91, 3-for-2 stock splits. FY'01 Q's are being reclassified for customer reimbursements.

**Analyst Footnotes:** FY'95 - '97 fncls. restated for the 5/97 acquisition of BHC Financial for 5.7M shs. FY'93 - '95 fncls. restated for the acquisitions of Information Technology & Lincoln Holdings.

### SELECTED INCOME STATEMENT ITEMS

| | ANNUAL | | | YEAR TO DATE | |
|---|---|---|---|---|---|
| | 12 MONTHS ENDING | 12 MONTHS ENDING | 12 MONTHS ENDING | 6 MONTHS ENDING | 6 MONTHS ENDING |

| | 12/31/99 | 12/31/00 | 12/31/01 | 06/30/01 | 06/30/02 |
|---|---|---|---|---|---|
| Revenue | 1,407,545 | 1,653,606 | 1,890,467 | 1,071,275 | 1,264,354 |
| Operating Expenses | 1,154,460 | 1,339,300 | 1,536,770 | 896,291 | 1,044,975 |
| **Operating Income** | **253,085** | **314,306** | **353,697** | **174,984** | **219,379** |
| Non-Operating Income | -19,410 | -14,271 | -6,669 | -3,727 | -3,383 |
| Non-Operating Expenses | 0 | 0 | 0 | 0 | 0 |
| **Income Before Taxes** | **233,675** | **300,035** | **347,028** | **171,257** | **215,996** |
| Income Taxes | 95,807 | 123,014 | 138,811 | 68,503 | 84,238 |
| **Income After Taxes** | **137,868** | **177,021** | **208,217** | **102,754** | **131,758** |
| Adjustments to Income | 0 | 0 | 0 | 0 | 0 |
| **Inc. for Primary EPS** | **137,868** | **177,021** | **208,217** | **102,754** | **131,758** |
| **Pri/Bas EPS Ex. XOrd** | **0.746** | **0.958** | **1.114** | **0.552** | **0.690** |
| Disc Opns + Xord Items | 0 | 0 | 0 | 0 | 0 |
| **Pri/Bas EPS In. XOrd** | **0.746** | **0.958** | **1.114** | **0.552** | **0.690** |
| Primary/Basic Avg Sh | 184,714.50 | 184,788.00 | 186,929.00 | 186,360.00 | 191,044.50 |
| Common Dividends/Shr | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| **Dilutd EPS Excl XOrd** | **0.726** | **0.933** | **1.087** | **0.538** | **0.675** |
| **Dilutd EPS Incl XOrd** | **0.726** | **0.933** | **1.087** | **0.538** | **0.675** |

Note: Units in Thousands of U.S. Dollars except for per share items.

### SELECTED BALANCE SHEET ITEMS

| | YEAR ENDING | | | QUARTER ENDING | |
|---|---|---|---|---|---|
| | 12/31/99 | 12/31/00 | 12/31/01 | 06/30/01 | 06/30/02 |
| Cash & ST Investments | 80,554 | 98,856 | 136,088 | 77,963 | 188,329 |
| Receivables | 2,431,418 | 2,458,931 | 1,738,268 | 1,768,230 | 1,757,893 |
| Other Assets | 2,600,405 | 2,822,978 | 3,200,138 | 2,887,607 | 3,367,871 |
| LT Investments | 0 | 0 | 0 | 0 | 0 |
| Fixed Assets | 195,333 | 205,555 | 247,748 | 217,131 | 262,678 |
| **Total Assets** | **5,307,710** | **5,586,320** | **5,322,242** | **4,950,931** | **5,576,771** |

^OL Investment Research: Stock Reports                                    Page 4 of

| | | | | | |
|---|---|---|---|---|---|
| Accounts Payable | 66,400 | 80,633 | 83,303 | 77,847 | 88,298 |
| ST Debt & Curr LTD | 234,350 | 19,725 | 112,800 | 36,125 | 137,390 |
| Other Liabilities | 3,443,120 | 3,898,932 | 3,178,220 | 3,150,788 | 3,334,960 |
| LT Debt & Cap Leases | 472,824 | 334,958 | 343,093 | 310,186 | 262,503 |
| **Total Liabilities** | **4,216.694** | **4,334,248** | **3,717,416** | **3,574,946** | **3,823,151** |
| Preferred Stock | 0 | 0 | 0 | 0 | 0 |
| Common & Paid In Capital | 459,804 | 456,698 | 566,862 | 464,448 | 593,200 |
| Retained Earnings | 576,510 | 753,531 | 961,748 | 856,285 | 1,093,506 |
| Other Equity | 54,702 | 41,843 | 76,216 | 55,252 | 66,914 |
| **Total Equity** | **1,091,016** | **1,252,072** | **1,604,826** | **1,375,985** | **1,753,620** |
| Shares Outstanding | 183,875 | 185,705 | 190,281 | 186,865 | 191,773 |

**Note:** Units in Thousands of U.S. Dollars.

## SELECTED STATEMENT OF CASH FLOW ITEMS
### (INDIRECT Method)

| | ANNUAL | | | YEAR TO DATE | |
|---|---|---|---|---|---|
| | 12 MONTHS ENDING 12/31/99 | 12 MONTHS ENDING 12/31/00 | 12 MONTHS ENDING 12/31/01 | 6 MONTHS ENDING 06/30/01 | 6 MONTHS ENDING 06/30/02 |
| Net Income | 137,868 | 177,021 | 208,217 | 102,754 | 131,758 |
| Depreciation & Amort. | 119,507 | 148,842 | 147,696 | 71,388 | 68,114 |
| Non Cash Items | 14,183 | -3,005 | 6,296 | 1,663 | 18,090 |
| Other Operating CF | -93,721 | 261,610 | 79,926 | 11,298 | -16,834 |
| **Total Operating CF** | **177,837** | **584,468** | **442,135** | **187,103** | **201,128** |
| Capital Expenditures | -95,749 | -106,987 | -104,609 | -50,661 | -78,316 |
| Other Investing CF | -419,598 | 47,962 | -297,413 | -78,937 | -183,309 |
| **Total Investing CF** | **-515,347** | **-59,025** | **-402,022** | **-129,598** | **-261,625** |
| Dividends Paid | 0 | 0 | 0 | 0 | 0 |
| Sale (Purch.) of Stock | -22,800 | 10,692 | 15,053 | 9,092 | 3,338 |
| Net | 169,959 | -353,520 | 86,762 | -8,375 | -55,645 |

AOL Investment Research: Stock Reports

| | | | | | |
|---|---|---|---|---|---|
| Borrowings | | | | | |
| Other Financing CF | 199,347 | -164,313 | -104,696 | -79,115 | 165,045 |
| **Total Financing CF** | **346,506** | **-507,141** | **-2,881** | **-78,398** | **112,738** |
| Exchange Rate Effect | 0 | 0 | 0 | 0 | 0 |
| **Net Change In Cash** | **8,996** | **18,302** | **37,232** | **-20,893** | **52,241** |

**Note:** Units in Thousands of U.S. Dollars.

multex
investor.  Click Here For Broker Research Reports

© Copyright 2000 Multex.com, Inc. All rights reserved.

**AOL Personal Finance**

| AOL Personal Finance Main ▾ | Go |

## Investment Research
Main

Search for Reports

Enter ticker or name:

◉ Symbol ○ Name

[ Search ]

**FISV**
Fiserv Inc.

**Stocks**
  Stock Reports
▸ **Financials**
  ▸ Earnings
  ▸ Comparisons
▸ Company Descriptions
  Broker Research
  SSB Research
▸ Insider
  SEC Filings
▸ Conference Calls
▸ Event Calendar

  Quotes, News, Charts
  Message Boards

  Stock Screening
  Fund Screening

Help | About IR | Guide

**Featured Broker**

SALOMONSMITHBARNEY

### Annual Income report:
### Fiserv, Inc.
**NASD: FISV**
Sector: Technology
Industry: Computer Services

Provided By:  market guide

See Also...
Quarterly Financials

### ANNUAL INCOME STATEMENT

| In Millions of U.S. Dollars (except for per share items) | 12 Months Ending 12/31/01 | 12 Months Ending 12/31/00 | 12 Months Ending 12/31/99 | 12 Months Ending 12/31/98 | 12 Months Ending 12/31/97 |
|---|---|---|---|---|---|
| Revenue | 1,890.5 | 1,653.6 | 1,407.5 | 1,233.7 | 974.4 |
| Other Revenue, Total | – | – | – | – | – |
| **Total Revenue** | **1,890.5** | **1,653.6** | **1,407.5** | **1,233.7** | **974.4** |
| Cost of Revenue | 1,048.1 | 907.8 | 788.4 | 692.4 | 555.5 |
| **Gross Profit** | **842.3** | **745.8** | **619.2** | **541.3** | **419.0** |
| Selling/General/Admin. Expenses, Total | – | – | – | – | – |
| Research & Development | – | – | – | – | – |
| Depreciation/Amortization | 111.1 | 114.8 | 93.5 | 72.5 | 63.2 |
| Interest Expense/Income, Net | – | – | – | – | – |
| Unusual Income/Expense | – | – | – | – | 0.0 |
| Other Operating Expenses, Total | 377.6 | 316.6 | 272.6 | 259.1 | 190.0 |
| **Total Operating Expense** | **1,536.8** | **1,339.3** | **1,154.5** | **1,024.0** | **808.7** |
| **Operating Income** | **353.7** | **314.3** | **253.1** | **209.6** | **165.8** |
| Interest Expense/Income, Net Non-Op. | (12.1) | (22.1) | (19.4) | (16.0) | (11.9) |
| Gain/(Loss) Sale of Assets | 5.4 | 7.8 | 0.0 | 0.0 | 0.0 |
| **Income Before Tax** | **347.0** | **300.0** | **233.7** | **193.7** | **153.9** |
| Income Tax - Total | 138.8 | 123.0 | 95.8 | 79.4 | 63.1 |
| **Income After Tax** | **208.2** | **177.0** | **137.9** | **114.3** | **90.8** |
| Minority Interest | – | – | – | – | – |
| Equity In Affiliates | – | – | – | – | – |
| **Net Income Before Extra. Items** | **208.2** | **177.0** | **137.9** | **114.3** | **90.8** |
| Accounting Change | – | – | – | – | – |
| Discontinued Operations | – | – | – | – | – |
| Extraordinary Item | – | – | – | – | – |
| **Net Income** | **208.2** | **177.0** | **137.9** | **114.3** | **90.8** |
| Preferred Dividends | – | – | – | – | – |
| **Inc Avail To Com Ex XOrd** | **208.2** | **177.0** | **137.9** | **114.3** | **90.8** |
| **Inc Avail To Com In XOrd** | **208.2** | **177.0** | **137.9** | **114.3** | **90.8** |
| Basic/Primary Weighted Average Shares | 186.93 | 184.79 | 184.71 | 184.31 | 175.53 |
| **Basic/Primary EPS Excl. Extra Items** | **1.114** | **0.958** | **0.746** | **0.620** | **0.517** |
| **Basic/Primary EPS Incl. Extra Items** | **1.114** | **0.958** | **0.746** | **0.620** | **0.517** |
| Dilution Adjustment | – | – | – | – | – |

AOL Investment Research: Financials

| | | | | | |
|---|---|---|---|---|---|
| Diluted Weighted Average Shares | 191.58 | 189.80 | 190.02 | 190.73 | 180.66 |
| **Diluted EPS Exl. Extra Items** | **1.087** | **0.933** | **0.726** | **0.599** | **0.503** |
| **Diluted EPS Incl. Extra Items** | **1.087** | **0.933** | **0.726** | **0.599** | **0.503** |
| DPS-Common Stock | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Gross Dividends Common | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stock Based Compensation | 13.4 | 9.7 | 6.0 | 3.7 | 2.2 |
| Net Income after Stock Based Comp. Exp. | 194.8 | 167.3 | 131.9 | 110.6 | 88.6 |
| Diluted EPS after Stock Based Comp. Exp. | 1.020 | 0.880 | 0.690 | 0.580 | 0.489 |
| Depreciation | 76.7 | 70.1 | 63.7 | 60.7 | 49.1 |
| Total Special Items | (5.4) | (7.8) | 0.0 | 0.0 | 0.0 |
| **Normalized Pre-Tax Income** | **341.6** | **292.2** | **233.7** | **193.7** | **153.9** |
| Effect of Sp.Charge on Inc.Taxes (Anlst) | (2.2) | (3.2) | 0.0 | 0.0 | 0.0 |
| Income Taxes Ex. Impact of Special Items | 136.6 | 119.8 | 95.8 | 79.4 | 63.1 |
| **Normalized Income After Taxes** | **205.0** | **172.4** | **137.9** | **114.3** | **90.8** |
| **Normalized Income Available To Common** | **205.0** | **172.4** | **137.9** | **114.3** | **90.8** |
| Basic Normalized EPS | 1.097 | 0.933 | 0.746 | 0.620 | 0.517 |
| Diluted Normalized EPS | 1.070 | 0.908 | 0.726 | 0.599 | 0.503 |

Copyright ©2002 Market Guide Inc. All rights reserved.

## ANNUAL BALANCE SHEET

| In Millions of U.S. Dollars (except for per share items) | As of 12/31/01 | As of 12/31/00 Reclass. 12/31/01 | As of 12/31/99 Reclass. 12/31/00 | As of 12/31/98 Reclass. 12/31/99 | As of 12/31/97 Reclass. 12/31/98 |
|---|---|---|---|---|---|
| Cash & Equivalents | 136.1 | 98.9 | 80.6 | 71.6 | 89.4 |
| Cash and Short Term Investments | 136.1 | 98.9 | 80.6 | 71.6 | 89.4 |
| Accounts Receivable (Trade), Net | 311.2 | 265.6 | 235.4 | 246.9 | 197.8 |
| Other Receivable | 1,427.1 | 2,193.3 | 2,196.1 | 1,402.7 | 1,386.2 |
| Total Receivable, Net | 1,738.3 | 2,458.9 | 2,431.4 | 1,649.5 | 1,583.9 |
| Total Inventory | – | – | – | – | – |
| Prepaid Expenses | 108.0 | 91.1 | 89.4 | 83.5 | 91.3 |
| Other Current Assets, Total | – | – | – | – | – |
| **Total Current Assets** | – | – | – | – | – |
| Property/Plant/Equipment - Total Cost | 632.8 | 532.0 | 492.9 | 464.9 | 370.2 |
| Accum. Deprec. Total | (385.1) | (326.5) | (297.6) | (285.4) | (221.1) |
| Property/Plant/Equip., Net Total | 247.7 | 205.6 | 195.3 | 179.4 | 149.1 |
| Goodwill, Net | – | – | – | 595.2 | 405.7 |
| Intangibles, Net | 1,207.1 | 935.0 | 877.3 | 85.8 | 73.2 |
| Long Term investments | 1,885.1 | 1,796.9 | 1,633.7 | 1,278.9 | 1,208.7 |
| Other Long Term Assets, Total | – | – | 0.0 | 14.5 | 35.2 |
| **Total Assets** | **5,322.2** | **5,586.3** | **5,307.7** | **3,958.3** | **3,636.5** |
| Accounts Payable | 83.3 | 80.6 | 66.4 | 65.4 | 53.8 |
| Accrued Expenses | 257.3 | 204.3 | 189.2 | 165.3 | 131.8 |
| Notes Payable/Short Term Debt | 112.8 | 19.7 | 234.4 | 38.4 | 95.0 |

AOL Investment Research: Financials | Page 3 of

| | | | | | |
|---|---|---|---|---|---|
| Current Port. LT Debt/Capital Leases | – | – | – | – | 0.0 |
| Other Current liabilities, Total | 2,710.4 | 3,503.0 | 3,062.5 | 1,098.8 | 1,082.7 |
| Long Term Debt | 343.1 | 335.0 | 472.8 | 389.6 | 252.0 |
| Capital Lease Obligations | – | – | – | – | – |
| **Total Long Term Debt** | **343.1** | **335.0** | **472.8** | **389.6** | **252.0** |
| **Total Debt** | **455.9** | **354.7** | **707.2** | **428.0** | **347.0** |
| Deferred Income Tax | 39.4 | 35.0 | 60.0 | 0.0 | 0.0 |
| Minority Interest | – | – | – | – | – |
| Other Liabilities, Total | 171.1 | 156.7 | 131.5 | 1,315.1 | 1,251.8 |
| **Total Liabilities** | **3,717.4** | **4,334.2** | **4,216.7** | **3,072.5** | **2,867.2** |
| Redeemed Preferred Stock, Total | – | – | – | – | – |
| Preferred Stock (Non Redeemable), Total | – | – | – | – | – |
| Common Stock, Total | 1.9 | 1.9 | 1.3 | 1.2 | 0.8 |
| Additional Paid-In Capital | 565.0 | 454.8 | 458.6 | 448.5 | 427.5 |
| Retained Earnings/Accum. Deficit | 961.7 | 753.5 | 576.5 | 438.6 | 324.4 |
| Treasury Stock Common ($ Amount) | 0.0 | (37.0) | (70.3) | (42.4) | 0.0 |
| Other Equity, Total | 76.2 | 78.9 | 125.0 | 39.9 | 16.6 |
| **Total Equity** | **1,604.8** | **1,252.1** | **1,091.0** | **885.8** | **769.3** |
| **Total Liability & Shareholders' Equity** | **5,322.2** | **5,586.3** | **5,307.7** | **3,958.3** | **3,636.5** |
| S/O-Common Stock | 190.28 | 185.71 | 183.87 | 184.62 | 182.00 |
| **Total Common Shares Outstanding** | **190.28** | **185.71** | **183.87** | **184.62** | **182.00** |
| Employees | 18,200 | 14,000 | 13,500 | 12,500 | 10,090 |
| Number of Common Shareholders | 2,842 | 2,859 | 2,590 | – | – |

Copyright ©2002 Market Guide Inc. All rights reserved.

### ANNUAL CASH FLOW STATEMENT (Indirect Method)

| In Millions of U.S. Dollars (except for per share items) | 12 Months Ending 12/31/01 | 12 Months Ending 12/31/00 | 12 Months Ending 12/31/99 | 12 Months Ending 12/31/98 Reclass. 12/31/99 | 12 Months Ending 12/31/97 Reclass. 12/31/99 |
|---|---|---|---|---|---|
| Net Income | 208.2 | 177.0 | 137.9 | 114.3 | 90.8 |
| Depreciation/Depletion | 76.7 | 70.1 | 63.7 | 60.7 | 49.1 |
| Amortization | 71.0 | 78.7 | 55.8 | 42.4 | 39.1 |
| Deferred Taxes | 11.7 | 4.8 | 14.2 | 2.5 | 4.2 |
| Non-Cash Items | (5.4) | (7.8) | – | – | – |
| Changes in Working Capital | 79.9 | 261.6 | (93.7) | 60.6 | 11.3 |
| **Total Operating Activity** | **442.1** | **584.5** | **177.8** | **280.4** | **194.6** |
| Capital Expenditures | (104.6) | (107.0) | (95.7) | (108.1) | (64.8) |
| Other Investing Cash Flow Items, Total | (297.4) | 48.0 | (419.6) | (248.6) | (232.8) |
| **Total Investing Activity** | **(402.0)** | **(59.0)** | **(515.3)** | **(356.7)** | **(297.6)** |
| Financing Cash Flow Items | (104.7) | (164.3) | 199.3 | 16.0 | 112.2 |
| Dividends Paid | – | – | – | – | – |
| Issuance/Retirement of Stock, Net | 15.1 | 10.7 | (22.8) | (37.4) | 10.0 |
| Issuance/Retirement of Debt, Net | 86.8 | (353.5) | 170.0 | 79.8 | (31.1) |
| **Total Financing Activity** | **(2.9)** | **(507.1)** | **346.5** | **58.5** | **91.1** |
| Foreign Exchange Effects | – | – | – | – | – |

AOL Investment Research: Financials

| | | | | | |
|---|---|---|---|---|---|
| **Net Change in Cash** | **37.2** | **18.3** | **9.0** | (17.8) | (11.9) |
| Cash Interest Paid (Indirect Format) | 19.5 | 29.3 | 26.1 | 21.1 | 17.4 |
| Cash Taxes Paid (Indirect Format) | 117.4 | 87.6 | 81.5 | 66.1 | 58.6 |

Copyright ©2002 Market Guide Inc. All rights reserved.

© Copyright 2000 Multex.com, Inc. All rights reserved.

**AOL** Personal Finance

AOL Personal Finance Main    Go

Investment
Research
▸ Main

▸ Search for Reports
Enter ticker or name:

⊙ Symbol ○ Name
**Search**

NAP
National Processing Inc.
**Stocks**
▸ Stock Reports
▸ Financials
▸ Earnings
**Comparisons**
▸ Company Descriptions
▸ Broker Research
▸ SSB Research
▸ Insider
▸ SEC Filings
▸ Conference Calls
▸ Event Calendar

▸ Quotes, News, Charts
▸ Message Boards

▸ Stock Screening
▸ Fund Screening

**Help** | **About IR** | **Guide**
Featured Broker

SALOMON SMITH BARNEY

**Ratio Comparison
report:**                    Provided By: 🔹 market guide

# National Processing, Inc.
**NYSE: NAP**
Sector: Technology
Industry: Computer Services

## RATIO COMPARISON

| Valuation Ratios | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| P/E Ratio (TTM) | 11.47 | 24.39 | 34.16 | 24.28 |
| P/E High - Last 5 Yrs. | 39.70 | 57.06 | 67.46 | 49.99 |
| P/E Low - Last 5 Yrs. | 14.72 | 14.50 | 19.88 | 16.97 |
| Beta | 0.71 | 1.81 | 1.76 | 1.00 |
| Price to Sales (TTM) | 1.41 | 2.34 | 4.21 | 2.82 |
| Price to Book (MRQ) | 1.53 | 3.01 | 4.13 | 4.37 |
| Price to Tangible Book (MRQ) | 2.22 | 6.70 | 5.09 | 7.26 |
| Price to Cash Flow (TTM) | 8.47 | 14.90 | 22.96 | 16.64 |
| Price to Free Cash Flow (TTM) | 14.27 | 20.82 | 23.29 | 27.30 |
| % Owned Institutions | 14.50 | 43.20 | 46.20 | 61.36 |

| Dividends | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Dividend Yield | 0.00 | 1.58 | 1.21 | 2.31 |
| Dividend Yield - 5 Year Avg. | 0.00 | 0.09 | 0.21 | 1.33 |
| Dividend 5 Year Growth Rate | NM | 4.50 | 6.54 | 7.94 |
| Payout Ratio (TTM) | 0.00 | 10.31 | 7.48 | 29.26 |

| Growth Rates(%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Sales (MRQ) vs Qtr. 1 Yr. Ago | -4.42 | 17.21 | 6.95 | 3.89 |
| Sales (TTM) vs TTM 1 Yr. Ago | 3.79 | 25.36 | -2.33 | 1.52 |
| Sales - 5 Yr. Growth Rate | 4.84 | 42.98 | 19.19 | 11.35 |
| EPS (MRQ) vs Qtr. 1 Yr. Ago | 51.97 | 57.62 | 14.66 | 13.15 |
| EPS (TTM) vs TTM 1 Yr. Ago | 32.41 | 19.21 | -13.46 | 4.48 |
| EPS - 5 Yr. Growth Rate | 8.33 | 18.88 | 10.40 | 8.80 |
| Capital Spending - 5 Yr. Growth Rate | -10.69 | 36.12 | 15.59 | 10.25 |

| Financial Strength | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Quick Ratio (MRQ) | 4.03 | 1.20 | 2.34 | 1.11 |
| Current Ratio (MRQ) | 4.17 | 1.45 | 2.84 | 1.63 |
| LT Debt to Equity (MRQ) | 0.00 | 0.37 | 0.24 | 0.72 |
| Total Debt to Equity (MRQ) | 0.00 | 0.45 | 0.32 | 0.99 |
| Interest Coverage (TTM) | NM | 12.42 | 9.44 | 9.78 |

| Profitability Ratios (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Gross Margin (TTM) | 27.39 | 42.41 | 51.07 | 47.96 |

| | | | |
|---|---|---|---|
| Gross Margin - 5 Yr. Avg. | 29.70 | 42.80 | 53.47 | 49.15 |
| EBITD Margin (TTM) | 23.52 | 18.22 | 18.63 | 21.27 |
| EBITD - 5 Yr. Avg. | 12.57 | 17.01 | 23.19 | 22.28 |
| Operating Margin (TTM) | 19.59 | 10.25 | 12.25 | 17.85 |
| Operating Margin - 5 Yr. Avg. | 7.69 | 8.48 | 17.32 | 18.38 |
| Pre-Tax Margin (TTM) | 20.62 | 6.08 | 12.72 | 15.13 |
| Pre-Tax Margin - 5 Yr. Avg. | 8.81 | 10.08 | 20.42 | 17.29 |
| Net Profit Margin (TTM) | 12.69 | 2.88 | 7.30 | 10.65 |
| Net Profit Margin - 5 Yr. Avg. | 4.23 | 4.01 | 12.73 | 11.38 |
| Effective Tax Rate (TTM) | 38.48 | 30.80 | 31.55 | 33.28 |
| Effective Tax Rate - 5 Yr. Avg. | 38.34 | 34.24 | 33.61 | 35.75 |

| Management Effectiveness (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Return On Assets (TTM) | 12.23 | 2.37 | 4.13 | 6.40 |
| Return On Assets - 5 Yr. Avg. | 4.25 | 4.40 | 10.23 | 8.11 |
| Return On Investment (TTM) | 14.91 | 5.23 | 6.75 | 10.19 |
| Return On Investment - 5 Yr. Avg. | 5.26 | 7.29 | 15.50 | 12.96 |
| Return On Equity (TTM) | 14.51 | 9.33 | 9.30 | 18.12 |
| Return On Equity - 5 Yr. Avg. | 5.27 | 13.25 | 20.64 | 21.95 |

| Efficiency | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Revenue/Employee (TTM) | 234,469 | 280,797 | 373,076 | 633,064 |
| Net Income/Employee (TTM) | 29,745 | 22,306 | 58,990 | 77,117 |
| Receivable Turnover (TTM) | 4.22 | 6.96 | 6.98 | 9.37 |
| Inventory Turnover (TTM) | NA | 19.60 | 19.47 | 11.41 |
| Asset Turnover (TTM) | 0.96 | 0.60 | 0.75 | 0.98 |

50 Companies in the Computer Services industry listed in order of descending market capitalization.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AOL | FDC | TOC | YHOO | FJTSY | EDS | ACS | FISV | SDS |
| CSC | RX | DST | TRLY | IVNSY | TMCS | TSS | NCR | CEN |
| UIS | BSG | OVER | HLTH | GIB | GTK | ACXM | ADS | IDCO |
| CKFR | CAI | ARB | PER | ANT | FDS | PQE | ELNK | MEDQ |
| NAP | PECS | CSTR | ESPD | AMSY | WEBX | DGIN | SYNT | TTEC |
| UNTD | CCCG | ARBA | EFDS | SRCP | | | | |

Alphabetical Listing of all Industries in the Technology Sector

Communications Equipment

Computer Hardware

Computer Networks

Computer Peripherals

Computer Services

Computer Storage Devices

Electronic Instr. & Controls

Office Equipment

Scientific & Technical Instr.

Semiconductors

Software & Programming

AOL Investment Research: Comparisons

© Copyright 2000 Multex.com, Inc. All rights reserved.



**AOL** Personal Finance

AOL Personal Finance Main ▼  Go

Investment Research
Main

Reuters Foundation
**DISASTERS**
**BE FIRST TO HELP**



AID fund
CLICK TO DONATE ONLINE▶

**Search for Reports**

Enter ticker or name:

⦿ Symbol ○ Name
**Search**

**NAP**
National Processing, Inc.

**Stocks**
Stock Reports

▶ **Financials**

Earnings

Comparisons

▶ Company Descriptions

Broker Research

SSB Research

▶ Insider

SEC Filings

Conference Calls

Report Calendar

Quotes, News, Charts

▶ Message Boards

Stock Screening

Fund Screening

Help | About IR | Guide

Featured Broker

SALOMON SMITH BARNEY

**Annual Income report:**        Provided By: ▸▸ **market guide.**

# National Processing, Inc.
**NYSE: NAP**

Sector: Technology
Industry: Computer Services

See Also...
Quarterly Financials

## ANNUAL INCOME STATEMENT

| In Millions of U.S. Dollars (except for per share items) | 12 Months Ending 12/31/01 | 12 Months Ending 12/31/00 | 12 Months Ending 12/31/99 Reclass. 12/31/00 | 12 Months Ending 12/31/98 Reclass. 12/31/00 | 12 Months Ending 12/31/97 |
|---|---|---|---|---|---|
| Revenue | 473.3 | 427.3 | 431.0 | 483.2 | 405.7 |
| Other Revenue, Total | – | – | – | – | – |
| **Total Revenue** | **473.3** | **427.3** | **431.0** | **483.2** | **405.7** |
| Cost of Revenue | 343.8 | 308.4 | 331.3 | 396.9 | 193.4 |
| **Gross Profit** | **129.4** | **118.9** | **99.7** | **86.3** | **212.3** |
| Selling/General/Admin. Expenses, Total | 22.8 | 26.7 | 30.1 | 36.7 | 152.3 |
| Research & Development | – | – | – | – | – |
| Depreciation/Amortization | 20.3 | 21.5 | 22.1 | 26.8 | 17.8 |
| Interest Expense/Income, Net | – | – | – | – | – |
| Unusual Income/Expense | 3.9 | 8.6 | 71.7 | 0.0 | 13.3 |
| Other Operating Expenses, Total | – | – | – | (1.4) | 0.0 |
| **Total Operating Expense** | **390.9** | **365.1** | **455.2** | **459.0** | **376.8** |
| **Operating Income** | **82.4** | **62.2** | **(24.2)** | **24.2** | **28.8** |
| Interest Expense/Income, Net Non-Op. | 6.9 | 8.3 | 4.5 | 0.9 | 4.0 |
| Gain/(Loss) Sale of Assets | – | – | – | – | – |
| **Income Before Tax** | **89.3** | **70.5** | **(19.7)** | **25.1** | **32.8** |
| Income Tax - Total | 35.8 | 27.1 | 17.7 | 9.8 | 11.7 |
| **Income After Tax** | **53.5** | **43.4** | **(37.4)** | **15.3** | **21.1** |
| Minority Interest | (0.8) | – | – | – | – |
| Equity In Affiliates | – | – | – | – | – |
| **Net Income Before Extra. Items** | **52.7** | **43.4** | **(37.4)** | **15.3** | **21.1** |
| Accounting Change | – | – | – | – | – |
| Discontinued Operations | – | – | – | – | – |
| Extraordinary Item | – | – | – | – | – |
| **Net Income** | **52.7** | **43.4** | **(37.4)** | **15.3** | **21.1** |
| Preferred Dividends | – | – | – | – | – |
| **Inc Avail To Com Ex XOrd** | **52.7** | **43.4** | **(37.4)** | **15.3** | **21.1** |
| **Inc Avail To Com In XOrd** | **52.7** | **43.4** | **(37.4)** | **15.3** | **21.1** |
| Basic/Primary Weighted Average Shares | 51.35 | 50.82 | 50.71 | 50.62 | 50.58 |
| **Basic/Primary EPS Excl. Extra Items** | **1.025** | **0.854** | **(0.738)** | **0.301** | **0.418** |
| **Basic/Primary EPS Incl. Extra Items** | **1.025** | **0.854** | **(0.738)** | **0.301** | **0.418** |

| | | | | | |
|---|---|---|---|---|---|
| Dilution Adjustment | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Diluted Weighted Average Shares | 51.98 | 51.05 | 50.71 | 50.71 | 50.71 |
| **Diluted EPS Exl. Extra Items** | **1.013** | **0.850** | **(0.738)** | **0.301** | **0.417** |
| **Diluted EPS Incl. Extra Items** | **1.013** | **0.850** | **(0.738)** | **0.301** | **0.417** |
| DPS-Common Stock | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Gross Dividends Common | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stock Based Compensation | 4.5 | 1.7 | (2.4) | 3.1 | 2.7 |
| Net Income after Stock Based Comp. Exp. | 48.2 | 41.7 | (35.0) | 12.2 | 18.4 |
| Basic EPS after Stock Based Comp. Exp. | – | – | – | 0.240 | 0.360 |
| Diluted EPS after Stock Based Comp. Exp. | 0.930 | 0.820 | (0.690) | 0.240 | 0.360 |
| Depreciation | 20.3 | 21.5 | 22.1 | 26.8 | 17.8 |
| Total Special Items | 3.9 | 8.6 | 71.7 | 0.0 | 13.3 |
| **Normalized Pre-Tax Income** | **93.1** | **79.0** | **52.0** | **25.1** | **46.2** |
| Effect of Sp.Charge on Inc.Taxes (Anlst) | 1.6 | 3.3 | 25.1 | 0.0 | 4.8 |
| Income Taxes Ex. Impact of Special Items | 37.3 | 30.4 | 42.8 | 9.8 | 16.4 |
| **Normalized Income After Taxes** | **55.8** | **48.7** | **9.2** | **15.3** | **29.7** |
| **Normalized Income Available To Common** | **55.0** | **48.7** | **9.2** | **15.3** | **29.7** |
| Basic Normalized EPS | 1.071 | 0.958 | 0.181 | 0.301 | 0.588 |
| Diluted Normalized EPS | 1.058 | 0.953 | 0.181 | 0.301 | 0.586 |

Copyright ©2002Market Guide Inc. All rights reserved.

### ANNUAL BALANCE SHEET

| In Millions of U.S. Dollars (except for per share items) | As of 12/31/01 | As of 12/31/00 Restated 12/31/01 | As of 12/31/99 Reclass. 12/31/00 | As of 12/31/98 | As of 12/31/97 Restated 12/31/98 |
|---|---|---|---|---|---|
| Cash & Equivalents | 101.3 | 58.1 | 32.0 | 7.3 | 40.1 |
| Short Term Investments | 0.0 | 56.0 | 60.0 | – | – |
| Cash and Short Term Investments | 101.3 | 114.1 | 92.0 | 7.3 | 40.1 |
| Accounts Receivable (Trade), Net | 163.6 | 128.6 | 104.5 | 104.8 | 104.8 |
| Total Receivable, Net | 163.6 | 128.6 | 104.5 | 104.8 | 104.8 |
| Total Inventory | – | – | – | 2.9 | 7.4 |
| Prepaid Expenses | – | – | – | – | – |
| Other Current Assets, Total | 10.4 | 12.2 | 34.7 | 108.6 | 105.4 |
| **Total Current Assets** | **275.3** | **254.9** | **231.3** | **223.5** | **257.7** |
| Property/Plant/Equipment - Total Cost | 100.0 | 119.6 | 127.5 | 170.8 | 132.6 |
| Accum. Deprec. Total | (50.2) | (58.7) | (62.4) | (82.7) | (66.5) |
| Property/Plant/Equip., Net Total | 49.8 | 61.0 | 65.1 | 88.1 | 66.2 |
| Goodwill, Net | 91.2 | 79.4 | 88.4 | 171.5 | 170.3 |
| Intangibles, Net | 45.0 | 29.7 | 34.6 | 18.3 | 21.1 |
| Long Term investments | – | – | – | – | – |
| Other Long Term Assets, Total | 17.1 | 10.5 | 9.8 | 11.0 | 8.0 |
| **Total Assets** | **478.3** | **435.4** | **429.2** | **512.4** | **523.3** |
| Accounts Payable | 19.1 | 15.2 | 12.3 | 3.1 | 5.2 |

OL Investment Research: Financials                                                                                          Page 3 of

| | | | | | |
|---|---|---|---|---|---|
| Accrued Expenses | 48.5 | 47.6 | 56.1 | 48.5 | 50.4 |
| Notes Payable/Short Term Debt | – | – | – | – | – |
| Current Port. LT Debt/Capital Leases | – | – | – | – | – |
| Other Current liabilities, Total | 8.1 | 7.9 | 38.5 | 99.6 | 122.7 |
| **Total Current Liability** | **75.7** | **70.7** | **106.8** | **151.1** | **178.3** |
| Long Term Debt | – | – | – | – | – |
| Capital Lease Obligations | 1.9 | 2.0 | 2.1 | 2.3 | 2.6 |
| **Total Long Term Debt** | **1.9** | **2.0** | **2.1** | **2.3** | **2.6** |
| **Total Debt** | **1.9** | **2.0** | **2.1** | **2.3** | **2.6** |
| Deferred Income Tax | 0.0 | 1.2 | 3.0 | 5.6 | 2.9 |
| Minority Interest | 0.8 | 0.0 | – | – | – |
| Other Liabilities, Total | – | 0.0 | 0.8 | 0.8 | 2.7 |
| **Total Liabilities** | **78.3** | **73.9** | **112.8** | **159.8** | **186.4** |
| Redeemed Preferred Stock, Total | – | – | – | – | – |
| Preferred Stock (Non Redeemable), Total | – | – | – | – | – |
| Common Stock, Total | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Additional Paid-In Capital | 193.6 | 178.7 | 177.0 | 175.8 | 175.2 |
| Retained Earnings/Accum. Deficit | 206.9 | 182.8 | 139.4 | 176.9 | 161.6 |
| Treasury Stock Common ($ Amount) | – | – | – | – | – |
| Other Equity, Total | (0.5) | 0.0 | – | – | – |
| **Total Equity** | **400.0** | **361.6** | **316.4** | **352.7** | **336.8** |
| **Total Liability & Shareholders' Equity** | **478.3** | **435.4** | **429.2** | **512.4** | **523.3** |
| S/O-Common Stock | 51.82 | 50.94 | 50.79 | 50.64 | 50.58 |
| **Total Common Shares Outstanding** | **51.82** | **50.94** | **50.79** | **50.64** | **50.58** |
| Employees | 2,000 | 7,000 | 7,900 | 10,478 | 10,244 |
| Number of Common Shareholders | 118 | 64 | 81 | 127 | – |

Copyright ©2002 Market Guide Inc. All rights reserved.

## ANNUAL CASH FLOW STATEMENT (Indirect Method)

| In Millions of U.S. Dollars (except for per share items) | 12 Months Ending 12/31/01 | 12 Months Ending 12/31/00 Restated 12/31/01 | 12 Months Ending 12/31/99 Restated 12/31/00 | 12 Months Ending 12/31/98 | 12 Months Ending 12/31/97 Restated 12/31/98 |
|---|---|---|---|---|---|
| Net Income | 52.7 | 43.4 | (37.4) | 15.3 | 21.1 |
| Depreciation/Depletion | 20.3 | 21.5 | 22.1 | 26.8 | 17.8 |
| Deferred Taxes | 4.0 | (3.8) | (0.6) | 6.3 | (3.8) |
| Non-Cash Items | 4.1 | 9.2 | 59.0 | 2.4 | 10.6 |
| Changes in Working Capital | (31.3) | (25.3) | 15.9 | (6.1) | (11.1) |
| **Total Operating Activity** | **49.9** | **45.1** | **58.9** | **44.6** | **34.6** |
| Capital Expenditures | (20.1) | (14.4) | (16.9) | (42.5) | (28.3) |
| Other Investing Cash Flow Items, Total | 4.8 | 2.3 | (19.9) | (34.1) | 30.6 |
| **Total Investing Activity** | **(15.3)** | **(12.1)** | **(36.8)** | **(76.6)** | **2.3** |
| Financing Cash Flow Items | (0.1) | (0.1) | (0.1) | (0.3) | (0.1) |
| Dividends Paid | – | – | – | – | – |
| Issuance/Retirement of Stock, Net | 8.7 | 1.8 | 1.2 | 0.6 | 0.0 |
| Issuance/Retirement of Debt, Net | – | 0.0 | 0.0 | (1.1) | 0.0 |

^OL Investment Research: Financials                                    Page 4 of

| | | | | | |
|---|---|---|---|---|---|
| **Total Financing Activity** | **8.5** | **1.6** | **1.0** | **(0.8)** | **(0.1)** |
| Foreign Exchange Effects | – | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net Change in Cash** | **43.2** | **34.6** | **23.1** | **(32.8)** | **36.7** |
| Cash Interest Paid (Indirect Format) | – | – | 0.0 | 0.0 | 0.0 |
| Cash Taxes Paid (Indirect Format) | 26.4 | 37.3 | 5.1 | 5.2 | 14.4 |

Copyright ©2002 Market Guide Inc. All rights reserved.

© Copyright 2000 Multex.com, Inc. All rights reserved.



**AOL** Personal Finance

AOL Personal Finance Main ▼  Go

Get the most out of the Internet.

CLICK HERE TO SIGN UP

Investment Research
Main

Search for Reports

Enter ticker or name:

◉ Symbol ○ Name
Search

**AP**
National Processing Inc.

Stocks
Stock Reports
Financials
Earnings
Comparison
Company Description
Broker Research
SSB Research
Insider
SEC Filings
Conference Calls
Event Calendar
Quotes, News, charts
Message Boards
Stock Screening
Fund Screening
Help | About IR | Guide
Featured Broker

SALOMON SMITH BARNEY

## Earnings Estimates Summary

**NATIONAL PROCESSING INC. (NYSE:NAP )**
Industry: Industrial Services
Sector: Industrial
09-OCT-2002

**FIRST CALL**
THOMSON FINANCIAL

### First Call Analysts Recommendation Chart (10/09/02)

| Buy | Buy/Hold | Hold | Hold/Sell | Sell |
|-----|----------|------|-----------|------|
| 1 | 2 | 3 | 4 | 5 |

1.5

No. of Analysts Reporting

7

### Current EPS Data

| | |
|---|---|
| Current Qtr. Mean Estimate  (Sept/2002) | **0.29** |
| Current Fiscal Yr. Mean  (Dec/2002) | **1.15** |
| Recommendation | **2.6** |
| Growth Rate | **15.0%** |
| Future P/E | **11.1** |
| PEG Ratio | **0.84** |

### RECOMMENDATIONS - Number of brokers over the last 90 days

| | Current | 30 Days Ago | 60 Days Ago | 90 Days Ago |
|---|---|---|---|---|
| Strong Buy (1.0 - 1.5) | 1 | 4 | 4 | 4 |
| Buy (1.6 - 2.5) | 2 | 2 | 2 | 3 |
| Hold (2.6 - 3.5) | 3 | 1 | 1 | 0 |
| Underperform (3.6 - 4.5) | 1 | 0 | 0 | 0 |
| Sell (4.6 - 5.0) | 0 | 0 | 0 | 0 |
| Mean | 2.6 | 1.6 | 1.6 | 1.4 |
| Number of Brokers | 7 | 7 | 7 | 7 |

### CONSENSUS EPS ESTIMATES

| | Current Quarter (Sept/2002) | Next Quarter (Dec/2002) | Current Fiscal Yr. (Dec/2002) | Next Fiscal Yr. (Dec/2003) |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Current Mean | 0.29 | 0.35 | 1.15 | 1.31 |
| Number of Brokers | 7 | 7 | 7 | 7 |
| High | 0.30 | 0.36 | 1.17 | 1.35 |
| Low | 0.29 | 0.34 | 1.14 | 1.22 |
| Year Ago | 0.29 | 0.32 | 1.10 | 1.15 |
| Current vs. Year Ago | 0% | 9% | 5% | 14% |
| Median | 0.29 | 0.34 | 1.15 | 1.33 |
| Standard Deviation | 0.01 | 0.01 | 0.01 | 0.04 |
| Next Report Date | 16-Oct-2002 | 22-Jan-2003 | 22-Jan-2003 | - |

## EARNINGS SURPRISES

| | Last Qtr | 2 Qtrs. Ago | 3 Qtrs. Ago | 4 Qtrs. Ago |
|---|---|---|---|---|
| Estimate | 0.28 | 0.22 | 0.32 | 0.29 |
| Actual EPS | 0.28 | 0.23 | 0.32 | 0.29 |
| Surprise | 0% | 5% | 0% | 0% |

## EPS ESTIMATE REVISION TRENDS

| | Current Quarter (Sept/2002) | Next Quarter (Dec/2002) | Current Fiscal Yr. (Dec/2002) | Next Fiscal Yr. (Dec/2003) |
|---|---|---|---|---|
| Current Mean | 0.29 | 0.35 | 1.15 | 1.31 |
| 7 Days Ago | 0.30 | 0.35 | 1.16 | 1.32 |
| 30 Days Ago | 0.30 | 0.35 | 1.17 | 1.34 |
| 60 Days Ago | 0.31 | 0.36 | 1.17 | 1.35 |
| 90 Days Ago | 0.31 | 0.36 | 1.19 | 1.39 |
| **Number of Revisions** | | | | |
| Up (Last Week) | 0 | 0 | 0 | 0 |
| Down (Last Week) | 1 | 1 | 1 | 1 |
| Up (30 Days Ago) | 0 | 0 | 0 | 0 |
| Down (30 Days Ago) | 3 | 4 | 4 | 4 |

## CALENDARIZED COMPARATIVE ESTIMATES

| | Current Quarter (Dec) | Next Quarter (Mar) | Calendar Year (2002) | Calendar Year (2003) |
|---|---|---|---|---|
| Company | 0.29 | 0.35 | 1.15 | 1.31 |
| Current vs. Year Ago | 0% | 9% | 5% | 14% |
| Industry (Industrial Services) | 1.38 | 1.37 | 5.15 | 6.15 |
| Current vs. Year Ago | 24% | 15% | 14% | 19% |
| Sector | | | | |

AOL Investment Research: Earnings

Page 3 of

| | | | | |
|---|---|---|---|---|
| (Industrial) | **2.78** | **2.56** | **10.28** | **11.74** |
| Current vs. Year Ago | **18%** | **18%** | **6%** | **14%** |
| WSJ/DJ US - Universe | **3.04** | **3.00** | **11.03** | **13.26** |
| Current vs. Year Ago | **33%** | **19%** | **11%** | **20%** |

© Copyright 2000, Thomson Financial Interactive

Powered by:

**THOMSON**

**INVESTORS
NETWORK**
www.thomsoninvest.net

**NAP - NATL PROCESSING**

| | |
|---|---|
| Last Price: | **11.80** |
| Change: | Unchanged (0.00%) |
| High: | — |
| Low: | — |
| Open: | Not Available |
| Previous Close: | 11.80 on 10/16 |
| Volume: | 0 |
| 30-Day Avg. Volume: | 115,000 |
| Shares Outstanding: | 52,079,000 |
| Market Cap.: | 614,532,200 |
| 52-Week High: | 34.33 |
| 52-Week Low: | 11.75 |
| Beta: | 0.64 |
| Yield: | Nil |
| P/E Ratio: | 10.83 |
| EPS: | 1.09 |
| Currency Units: | US Dollar |
| Exchange/Delay: | NYSE: 20 minutes |

Confirm all data with your broker or financial advisor before trading.

Data by: S&P ComStock

**AOL Personal Finance**

AOL Personal Finance Main  Go

Analyst Research from **multex invester**

**nvestment Research** Main

We did your homework for you

[Pr4W%Chg] ▲

Enter ticker or name:

◉ Symbol ○ Name

**Search**

**AP**
National Processing, Inc.

**Stocks**
**Stock Reports**

Help | About IR | Guide
Featured Broker
SALOMON SMITH BARNEY

**Stock report:**

# National Processing, Inc.
**NYSE: NAP**
Sector: Technology
Industry: Computer Services

National Processing, Inc. is a provider of low-cost, high volume transaction processing services and customized processing solutions. For the 6 months ended 06/02, revenues fell 2% to $222.6M. Net income rose 25% to $24.2M. Revenues reflect lower sales from Payment Services segment. Earnings benefitted from lower restructuring, divesturing, and impairment charges, and lower depreciation and amortization expenses.

**Provided By:** market guide

**See Also...**
Broker Research

**National Processing, Inc.**
1231 Durrett Lane
Louisville, KY 40213
**Phone:** (502 ) 315-2000
**Fax:** (502 ) 575-2284

**Sector:** Technology

**Industry:** Computer Services

**Employees:** 2,000 (12/31/2001)

**Market Cap (Mil) $ :** 656.72

**Complete Financials:** Jun 2002

**Updated:** 10/12/2002

**Earnings Announcements:** NA


Click Here For Advanced Charting

**OFFICERS:** Jon L. Gorney, Chmn./CEO, David E. Fountain, CFO/Sr. VP, Mark D. Pyke, Exec. VP/COO, Norman M. Martin, Exec. VP. TRANSFER AGENT: National City Bank. Company incorporated in OH. Direct inquiries to: Julie I. Sabroff, Investor Relations.

**Key Ratios & Statistics**

| Price & Volume | | Valuation Ratios | |
|---|---|---|---|
| Recent Price $ | 12.61 | Price/Earnings (TTM) | 11.47 |
| 52 Week High $ | 34.33 | Price/Sales (TTM) | 1.41 |
| 52 Week Low $ | 11.75 | Price/Book (MRQ) | 1.53 |
| Avg Daily Vol (Mil) | 0.09 | Price/Cash Flow (TTM) | 8.47 |
| Beta | 0.71 | **Per Share Data** | |
| **Share Related Items** | | Earnings (TTM) $ | 1.10 |
| Mkt. Cap. (Mil) $ | 656.72 | Sales (TTM) $ | 8.96 |
| Shares Out (Mil) | 52.08 | Book Value (MRQ) $ | 8.23 |
| Float (Mil) | 51.60 | Cash Flow (TTM) $ | 1.49 |
| **Dividend Information** | | Cash (MRQ) $ | 3.51 |
| Yield % | 0.00 | **Mgmt Effectiveness** | |
| Annual Dividend | 0.00 | Return on Equity (TTM) | 14.51 |

ᴬOL Investment Research: Stock Reports

| | | | |
|---|---|---|---|
| Payout Ratio (TTM) % | 0.00 | Return on Assets (TTM) | 12.23 |
| **Financial Strength** | | Return on Investment (TTM) | 14.91 |
| Quick Ratio (MRQ) | 4.03 | **Profitability** | |
| Current Ratio (MRQ) | 4.17 | Gross Margin (TTM) % | 27.39 |
| LT Debt/Equity (MRQ) | 0.00 | Operating Margin (TTM) % | 19.59 |
| Total Debt/Equity (MRQ) | 0.00 | Profit Margin (TTM) % | 12.69 |

Mil = Millions   MRQ = Most Recent Quarter   TTM = Trailing Twelve Months
Asterisks (*) Indicates numbers are derived from Earnings Announcements
Pricing and volume data as of 10/11/2002

## GROWTH RATES

| | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Sales % | 10.76 | -0.69 | 4.84 |
| EPS % | 19.18 | 49.86 | 8.33 |
| Dividend % | NM | NM | NM |

## REVENUE

| Quarters | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| MAR | 124,463 | 97,867 | 109,045 | 109,945 |
| JUN | 109,813 | 104,513 | 117,876 | 112,664 |
| SEP | 94,909 | 108,631 | 122,376 | |
| DEC | 101,799 | 116,250 | 123,953 | |
| **Totals** | **430,984** | **427,261** | **473,250** | **222,609** |

Note: Units in Thousands of U.S. Dollars

## EARNINGS PER SHARE

| Quarters | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| MAR | -1.350 | 0.190 | 0.220 | 0.230 |
| JUN | 0.240 | 0.210 | 0.150 | 0.230 |
| SEP | 0.160 | 0.250 | 0.290 | |
| DEC | 0.210 | 0.200 | 0.350 | |
| **Totals** | **-0.740** | **0.850** | **1.010** | **0.460** |

Note: Units in U.S. Dollars

**Equity:** Common Stock no Par, 7/02, 95M auth., 52,078,812 issd.  Insiders control less than 1%. IPO 8/96, 7,475,000 shares @ $16 by Salomon Brothers Inc.

**Analyst Footnotes:** FY'96 Q's reclassified. 12/95 B/S reclassified. FY'97  Q's reclassified. 12/99 B/S reclassified. FY'99 fncls.  reclassified. FY'00 Qs reclassified.

## SELECTED INCOME STATEMENT ITEMS

| | ANNUAL | | | YEAR TO DATE | |
|---|---|---|---|---|---|
| | 12 MONTHS ENDING 12/31/99 | 12 MONTHS ENDING 12/31/00 | 12 MONTHS ENDING 12/31/01 | 6 MONTHS ENDING 06/30/01 | 6 MONTHS ENDING 06/30/02 |
| Revenue | 430,984 | 427,261 | 473,250 | 226,921 | 222,609 |
| Operating Expenses | 455,178 | 365,090 | 390,854 | 195,736 | 181,976 |

' OL Investment Research: Stock Reports                                                    Page 3 of

| | | | | | |
|---|---|---|---|---|---|
| **Operating Income** | -24,194 | 62,171 | 82,396 | 31,185 | 40,633 |
| Non-Operating Income | 4,454 | 8,282 | 6,866 | 4,113 | 2,104 |
| Non-Operating Expenses | 0 | 0 | 0 | 0 | 0 |
| **Income Before Taxes** | -19,740 | 70,453 | 89,262 | 35,298 | 42,737 |
| Income Taxes | 17,678 | 27,066 | 35,775 | 15,841 | 17,277 |
| **Income After Taxes** | -37,418 | 43,387 | 53,487 | 19,457 | 25,460 |
| Adjustments to Income | 0 | 0 | -827 | 0 | -1,213 |
| **Inc. for Primary EPS** | -37,418 | 43,387 | 52,660 | 19,457 | 24,247 |
| **Pri/Bas EPS Ex. XOrd** | -0.738 | 0.854 | 1.026 | 0.381 | 0.467 |
| Disc Opns + Xord Items | 0 | 0 | 0 | 0 | 0 |
| **Pri/Bas EPS In. XOrd** | -0.738 | 0.854 | 1.026 | 0.381 | 0.467 |
| Primary/Basic Avg Sh | 50,705.00 | 50,821.00 | 51,352.00 | 51,157.50 | 51,935.00 |
| Common Dividends/Shr | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| **Dilutd EPS Excl XOrd** | -0.738 | 0.850 | 1.013 | 0.375 | 0.460 |
| **Dilutd EPS Incl XOrd** | -0.738 | 0.850 | 1.013 | 0.375 | 0.460 |

**Note:** Units in Thousands of U.S. Dollars except for per share items.

### SELECTED BALANCE SHEET ITEMS

| | YEAR ENDING | | | QUARTER ENDING | |
|---|---|---|---|---|---|
| | 12/31/99 | 12/31/00 Restated 12/31/01 | 12/31/01 | 06/30/01 Restated 06/30/02 | 06/30/02 |
| Cash & ST Investments | 92,042 | 114,107 | 101,257 | 136,249 | 182,679 |
| Receivables | 104,486 | 128,627 | 163,644 | 83,230 | 108,003 |
| Other Current Assets | 34,732 | 12,184 | 10,437 | 48,171 | 9,833 |
| **Total Current Assets** | 231,260 | 254,918 | 275,338 | 267,650 | 300,515 |
| LT Investments | 0 | 0 | 0 | 0 | 0 |
| Fixed Assets | 65,088 | 60,954 | 49,772 | 44,966 | 54,665 |

| | | | | | |
|---|---|---|---|---|---|
| Other LT Assets | 132,866 | 119,573 | 153,228 | 163,169 | 149,063 |
| **Total Assets** | **429,214** | **435,445** | **478,338** | **475,785** | **504,243** |
| Accounts Payable | 12,262 | 15,243 | 19,080 | 13,578 | 21,533 |
| ST Debt & Curr LTD | 0 | 0 | 0 | 0 | 0 |
| Other Current Liab. | 94,580 | 55,470 | 56,573 | 99,420 | 50,531 |
| **Total Current Liab.** | **106,842** | **70,713** | **75,653** | **112,998** | **72,064** |
| LT Debt & Cap Leases | 2,123 | 1,993 | 1,862 | 1,927 | 1,797 |
| Other LT Liabilities | 3,843 | 1,181 | 827 | 2,271 | 2,040 |
| **Total Liabilities** | **112,808** | **73,887** | **78,342** | **117,196** | **75,901** |
| Preferred Stock | 0 | 0 | 0 | 0 | 0 |
| Common & Paid In Capital | 176,965 | 178,730 | 193,585 | 184,904 | 197,571 |
| Retained Earnings | 139,441 | 182,828 | 206,888 | 173,685 | 231,135 |
| Other Equity | 0 | 0 | -477 | 0 | -364 |
| **Total Equity** | **316,406** | **361,558** | **399,996** | **358,589** | **428,342** |
| Shares Outstanding | 50,786 | 50,935 | 51,819 | 51,293 | 52,041 |

**Note:** Units in Thousands of U.S. Dollars.

### SELECTED STATEMENT OF CASH FLOW ITEMS
### (INDIRECT Method)

| | ANNUAL | | | YEAR TO DATE | |
|---|---|---|---|---|---|
| | 12 MONTHS ENDING 12/31/99 Restated 12/31/01 | 12 MONTHS ENDING 12/31/00 Restated 12/31/01 | 12 MONTHS ENDING 12/31/01 | 6 MONTHS ENDING 06/30/01 Restated 06/30/02 | 6 MONTHS ENDING 06/30/02 |
| Net Income | -37,418 | 43,387 | 52,660 | 19,457 | 24,247 |
| Depreciation & Amort. | 22,050 | 21,503 | 20,346 | 10,364 | 8,479 |
| Non Cash Items | 58,336 | 5,448 | 8,154 | 8,850 | 3,947 |
| Other Operating CF | 15,908 | -25,272 | -31,250 | 31,929 | 52,007 |
| **Total Operating CF** | **58,876** | **45,066** | **49,910** | **70,600** | **88,680** |
| Capital | -16,931 | -14,406 | -20,089 | -8,931 | -10,559 |

| | | | | | |
|---|---|---|---|---|---|
| Expenditures | | | | | |
| Other Investing CF | -19,914 | 2,314 | 4,786 | 12,034 | 0 |
| **Total Investing CF** | **-36,845** | **-12,092** | **-15,303** | **3,103** | **-10,559** |
| Dividends Paid | 0 | 0 | 0 | 0 | 0 |
| Sale (Purch.) of Stock | 1,165 | 1,765 | 8,674 | 4,505 | 3,366 |
| Net Borrowings | 0 | 0 | 0 | 0 | 0 |
| Other Financing CF | -141 | -130 | -131 | -66 | -65 |
| **Total Financing CF** | **1,024** | **1,635** | **8,543** | **4,439** | **3,301** |
| Exchange Rate Effect | 0 | 0 | 0 | 0 | 0 |
| **Net Change In Cash** | **23,055** | **34,609** | **43,150** | **78,142** | **81,422** |

**Note:** Units in Thousands of U.S. Dollars.

**multex invest&r** Click Here For Broker Research Reports

© Copyright 2000 Multex.com, Inc. All rights reserved.



**AOL** Personal Finance | AOL Personal Finance Main ▾ | Go

nvestment
Research
Main

earch for Reports
Enter ticker or name:

◉ Symbol ◯ Name

**Search**

**MED**
Medcom USA Inc.

Stocks
Stock Reports
Financials
Earnings
**Comparisons**
Company Descriptions
Broker Research
SSB Research
Insider
SEC Filings
Conference Calls
Event Calendar

Quotes, News, Charts
Message Boards

Stock Screening
Fund Screening

Help | About IR | Guide

Featured Broker

SALOMON SMITH BARNEY

SELL    UNDERPERFORM    HOLD    BUY    ST

**Ratio Comparison report:**          Provided By: market guide

## Medcom USA, Inc.
**OTC: EMED**
Sector: Technology
Industry: Computer Services

### RATIO COMPARISON

| Valuation Ratios | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| P/E Ratio (TTM) | NM | 24.39 | 34.16 | 24.28 |
| P/E High - Last 5 Yrs. | NA | 57.06 | 67.46 | 49.99 |
| P/E Low - Last 5 Yrs. | NA | 14.50 | 19.88 | 16.97 |
| Beta | 0.00 | 1.81 | 1.76 | 1.00 |
| Price to Sales (TTM) | NM | 2.34 | 4.21 | 2.82 |
| Price to Book (MRQ) | NM | 3.01 | 4.13 | 4.37 |
| Price to Tangible Book (MRQ) | NM | 6.70 | 5.09 | 7.26 |
| Price to Cash Flow (TTM) | NA | 14.90 | 22.96 | 16.64 |
| Price to Free Cash Flow (TTM) | NM | 20.82 | 23.29 | 27.30 |
| % Owned Institutions | 0.00 | 43.20 | 46.20 | 61.36 |

| Dividends | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Dividend Yield | 0.00 | 1.58 | 1.21 | 2.31 |
| Dividend Yield - 5 Year Avg. | 0.00 | 0.09 | 0.21 | 1.33 |
| Dividend 5 Year Growth Rate | NM | 4.50 | 6.54 | 7.94 |
| Payout Ratio (TTM) | 0.00 | 10.31 | 7.48 | 29.26 |

| Growth Rates(%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Sales (MRQ) vs Qtr. 1 Yr. Ago | -46.25 | 17.21 | 6.95 | 3.89 |
| Sales (TTM) vs TTM 1 Yr. Ago | NA | 25.36 | -2.33 | 1.52 |
| Sales - 5 Yr. Growth Rate | -26.83 | 42.98 | 19.19 | 11.35 |
| EPS (MRQ) vs Qtr. 1 Yr. Ago | NM | 57.62 | 14.66 | 13.15 |
| EPS (TTM) vs TTM 1 Yr. Ago | NA | 19.21 | -13.46 | 4.48 |
| EPS - 5 Yr. Growth Rate | NM | 18.88 | 10.40 | 8.80 |
| Capital Spending - 5 Yr. Growth Rate | 81.60 | 36.12 | 15.59 | 10.25 |

| Financial Strength | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Quick Ratio (MRQ) | 0.05 | 1.20 | 2.34 | 1.11 |
| Current Ratio (MRQ) | 0.09 | 1.45 | 2.84 | 1.63 |
| LT Debt to Equity (MRQ) | NM | 0.37 | 0.24 | 0.72 |
| Total Debt to Equity (MRQ) | NM | 0.45 | 0.32 | 0.99 |
| Interest Coverage (TTM) | NM | 12.42 | 9.44 | 9.78 |

| Profitability Ratios (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Gross Margin (TTM) | NM | 42.41 | 51.07 | 47.96 |

·OL Investment Research: Comparisons

| | | | | |
|---|---|---|---|---|
| Gross Margin - 5 Yr. Avg. | 53.94 | 42.80 | 53.47 | 49.15 |
| EBITD Margin (TTM) | NA | 18.22 | 18.63 | 21.27 |
| EBITD - 5 Yr. Avg. | -670.36 | 17.01 | 23.19 | 22.28 |
| Operating Margin (TTM) | NM | 10.25 | 12.25 | 17.85 |
| Operating Margin - 5 Yr. Avg. | NM | 8.48 | 17.32 | 18.38 |
| Pre-Tax Margin (TTM) | 0.00 | 6.08 | 12.72 | 15.13 |
| Pre-Tax Margin - 5 Yr. Avg. | NM | 10.08 | 20.42 | 17.29 |
| Net Profit Margin (TTM) | NM | 2.88 | 7.30 | 10.65 |
| Net Profit Margin - 5 Yr. Avg. | NM | 4.01 | 12.73 | 11.38 |
| Effective Tax Rate (TTM) | NM | 30.80 | 31.55 | 33.28 |
| Effective Tax Rate - 5 Yr. Avg. | NM | 34.24 | 33.61 | 35.75 |

| Management Effectiveness (%) | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Return On Assets (TTM) | 0.00 | 2.37 | 4.13 | 6.40 |
| Return On Assets - 5 Yr. Avg. | -105.78 | 4.40 | 10.23 | 8.11 |
| Return On Investment (TTM) | NM | 5.23 | 6.75 | 10.19 |
| Return On Investment - 5 Yr. Avg. | -202.79 | 7.29 | 15.50 | 12.96 |
| Return On Equity (TTM) | NM | 9.33 | 9.30 | 18.12 |
| Return On Equity - 5 Yr. Avg. | -236.82 | 13.25 | 20.64 | 21.95 |

| Efficiency | Company | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Revenue/Employee (TTM) | NM | 280,797 | 373,076 | 633,064 |
| Net Income/Employee (TTM) | 0 | 22,306 | 58,990 | 77,117 |
| Receivable Turnover (TTM) | 0.00 | 6.96 | 6.98 | 9.37 |
| Inventory Turnover (TTM) | 0.00 | 19.60 | 19.47 | 11.41 |
| Asset Turnover (TTM) | 0.00 | 0.60 | 0.75 | 0.98 |

50 Companies in the Computer Services industry listed in order of descending market capitalization.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AOL | FDC | TOC | YHOO | FJTSY | EDS | ACS | FISV | SDS |
| CSC | RX | DST | TRLY | IVNSY | TMCS | TSS | NCR | CEN |
| UIS | BSG | OVER | HLTH | GIB | GTK | ACXM | ADS | IDCO |
| CKFR | CAI | ARB | PER | ANT | FDS | PQE | ELNK | MEDQ |
| NAP | PECS | CSTR | ESPD | AMSY | WEBX | DGIN | SYNT | TTEC |
| UNTD | CCCG | ARBA | EFDS | SRCP | | | | |

Alphabetical Listing of all Industries in the Technology Sector

Communications Equipment

Computer Hardware

Computer Networks

Computer Peripherals

Computer Services

Computer Storage Devices

Electronic Instr. & Controls

Office Equipment

Scientific & Technical Instr.

Semiconductors

Software & Programming

© Copyright 2000 Multex.com, Inc. All rights reserved.

**E M E D - M E D C O M  U S A  I N C**

| | |
|---|---|
| Last Price: | **0 . 1 7  a t  1 4 : 2 8  E D T** |
| Change: | Unchanged (0.00%) |
| High: | 0.17 at 12:05 EDT |
| Low: | 0.17 at 12:05 EDT |
| Open: | 0.17 |
| Previous Close: | 0.17 on 10/15 |
| Volume: | 500 |
| Shares Outstanding: | 12,888,000 |
| Market Cap.: | 2,190,960 |
| Beta: | -0.14 |
| Currency Units: | US Dollar |
| Exchange/Delay: | Other OTC: 15 minutes |

Confirm all data with your broker or financial advisor before trading.

Data by: S&P ComStock

**AOL** Personal Finance

AOL Personal Finance Main | Go

Investment Research Main

We did your homework for you

Analyst Research from multex investor

**Stock report:**
**Medcom USA, Inc.**
OTC: EMED
Sector: Technology
Industry: Computer Services

**Provided By:** market guide.

**See Also...**
Broker Research

Search for Reports
Enter ticker or name:

⊙ Symbol ○ Name
Search

**MED**
Medcom USA Inc.

Stocks
Stock Reports
Financials
Earnings
Comparison
Company Description
Broker Research
SSR Research
Insider
SEC Filings
Conference Calls
Event Calendar

Quotes, News, Charts
Message Boards

Stock Screening
Fund Screening

Help  About IR  Guide

Featured Broker

SALOMON SMITH BARNEY

Medcom USA, Inc. provides technology-based solutions for the health care industry that help users to efficiently collect, use, analyze and disseminate data from payers, providers and patients. For the 6 months ended 12/31/01, revenues fell 30% to $258K. Net loss from cont. ops. applic. to Common decreased 54% to $1.7M. Revenues reflect a decrease in terminal sales. Lower loss reflects a decrease in S/G/A expenses.

**Medcom USA, Inc.**
7975 North Hayden Road
Suite C-260
Scottsdale, AZ 85258
**Phone:** (480 ) 675-8865
**Fax:**

**Sector:** Technology

**Industry:** Computer Services

**Employees:** 25 (05/31/2002)

**Market Cap (Mil) $ :** 5.90

**Complete Financials:** Dec 2001

**Updated:** 10/12/2002

**Earnings Announcements:** NA

Click Here For Advanced Charting



**OFFICERS:** Bill Williams, CEO, David Robinson, VP/CTO. TRANSFER AGENT: Corporate Stock Transfer, Inc. Company incorporated 1991 in DE. Direct inquiries to: Director of Investor Relations.

**Key Ratios & Statistics**

| Price & Volume | | Valuation Ratios | |
|---|---|---|---|
| Recent Price $ | 0.20 | Price/Earnings (TTM) | NM |
| 52 Week High $ | 0.35 | Price/Sales (TTM) | NM |
| 52 Week Low $ | 0.03 | Price/Book (MRQ) | NM |
| Avg Daily Vol (Mil) | 0.01 | Price/Cash Flow (TTM) | NA |
| Beta | 0.00 | **Per Share Data** | |
| **Share Related Items** | | Earnings (TTM) $ | 0.00 |
| Mkt. Cap. (Mil) $ | 5.90 | Sales (TTM) $ | NA |
| Shares Out (Mil) | 29.52 | Book Value (MRQ) $ | -0.05 |
| Float (Mil) | 28.90 | Cash Flow (TTM) $ | NA |
| **Dividend Information** | | Cash (MRQ) $ | 0.00 |
| Yield % | 0.00 | **Mgmt Effectiveness** | |
| Annual Dividend | 0.00 | Return on Equity (TTM) | NM |

AOL Investment Research: Stock Reports

| | | | |
|---|---|---|---|
| Payout Ratio (TTM) % | 0.00 | Return on Assets (TTM) | 0.00 |
| **Financial Strength** | | Return on Investment (TTM) | NM |
| Quick Ratio (MRQ) | 0.05 | **Profitability** | |
| Current Ratio (MRQ) | 0.09 | Gross Margin (TTM) % | NM |
| LT Debt/Equity (MRQ) | NM | Operating Margin (TTM) % | NM |
| Total Debt/Equity (MRQ) | NM | Profit Margin (TTM) % | NM |

Mil = Millions   MRQ = Most Recent Quarter   TTM = Trailing Twelve Months
Asterisks (*) Indicates numbers are derived from Earnings Announcements
Pricing and volume data as of 10/11/2002

## GROWTH RATES

| | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Sales % | -70.92 | -17.69 | -26.83 |
| EPS % | NM | NM | NM |
| Dividend % | NM | NM | NM |

## REVENUE

| Quarters | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| SEP | 377 | 995 | 113 | 122 |
| DEC | 394 | 796 | 253 | 136 |
| MAR | 512 | 421 | 567 | |
| JUN | 929 | 869 | 424 | |
| **Totals** | **2,212** | **3,081** | **1,357** | **258** |

**Note:** Units in Thousands of U.S. Dollars

## EARNINGS PER SHARE

| Quarters | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| SEP | -0.850 | -0.241 | -0.270 | -0.070 |
| DEC | -0.737 | -0.463 | -0.300 | -0.020 |
| MAR | -0.643 | -0.460 | -0.390 | |
| JUN | -1.075 | -0.290 | -1.360 | |
| **Totals** | **-3.305** | **-1.454** | **-2.320** | **-0.090** |

**Note:** Units in U.S. Dollars

**Equity:** Com. $.0001 Par, 1/02, 80M auth., 29,518,080 issd. Insiders own 2%. IPO 2/95, 1,811,250 Unts(1 Com. sh+1 Cl.A Warr. + 1 Cl B Warr) @ $3.50 by Harriman Grp. 2/97, Co. sold 1.3M Com @ $.70/sh in private placement. Pref. Stk. Ser. A $.001 Par, 52,900 auth., 2,900 issd., Ser D $.01 Par, 50,000 auth. 7,100 issd. *6/01 Q = 9 months.

**Analyst Footnotes:** 10/99, Name chgd. from SIMS Communications Inc. Rev. splts: 5/01, 1-for-5; 2/98, 1-for-4; 3/96, 1-for-10; 6/95, 2-for-1 split. FY'01&'02 Q's being rest. 7/01, Delisted from NASDAQ.

## SELECTED INCOME STATEMENT ITEMS

| | ANNUAL | | | YEAR TO DATE | |
|---|---|---|---|---|---|
| | 12 MONTHS ENDING | 12 MONTHS ENDING | 12 MONTHS ENDING | 6 MONTHS ENDING | 6 MONTHS ENDING |

AOL Investment Research: Stock Reports

| | 06/30/99 Restated 06/30/00 | 06/30/00 Restated 06/30/01 | 06/30/01 | 12/31/00 Restated 12/31/01 | 12/31/01 |
|---|---|---|---|---|---|
| Revenue | 2,212 | 1,881 | 547 | 366 | 258 |
| Operating Expenses | 8,520 | 8,601 | 13,247 | 4,046 | 1,909 |
| **Operating Income** | **-6,308** | **-6,720** | **-12,700** | **-3,680** | **-1,651** |
| Non-Operating Income | 37 | -221 | -871 | 19 | 0 |
| Non-Operating Expenses | -337 | -129 | -111 | -24 | -8 |
| **Income Before Taxes** | **-6,608** | **-7,070** | **-13,682** | **-3,685** | **-1,659** |
| Income Taxes | 0 | 45 | 0 | 6 | 0 |
| **Income After Taxes** | **-6,608** | **-7,115** | **-13,682** | **-3,691** | **-1,659** |
| Adjustments to Income | -483 | -80 | -114 | -57 | -57 |
| **Inc. for Primary EPS** | **-7,091** | **-7,195** | **-13,796** | **-3,748** | **-1,716** |
| **Pri/Bas EPS Ex. XOrd** | **-3.324** | **-1.473** | **-1.800** | **-0.565** | **-0.092** |
| Disc Opns + Xord Items | -481 | -1,117 | -11,884 | -716 | -116 |
| **Pri/Bas EPS In. XOrd** | **-3.549** | **-1.701** | **-3.350** | **-0.671** | **-0.099** |
| Primary/Basic Avg Sh | 2,133.43 | 4,886.31 | 7,666.13 | 6,621.59 | 21,525.00 |
| Common Dividends/Shr | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| **Dilutd EPS Excl XOrd** | **-3.324** | **-1.473** | **-1.800** | **-0.565** | **-0.092** |
| **Dilutd EPS Incl XOrd** | **-3.549** | **-1.701** | **-3.350** | **-0.671** | **-0.099** |

**Note:** Units in Thousands of U.S. Dollars except for per share items.

### SELECTED BALANCE SHEET ITEMS

| | YEAR ENDING | | | QUARTER ENDING | |
|---|---|---|---|---|---|
| | 06/30/99 | 06/30/00 | 06/30/01 | 12/31/00 | 12/31/01 |
| Cash & ST Investments | 190 | 2,044 | 0 | 649 | 5 |
| Receivables | 401 | 968 | 99 | 875 | 134 |
| Other Current Assets | 814 | 1,159 | 218 | 1,206 | 83 |
| **Total Current** | **1,405** | **4,171** | **317** | **2,730** | **222** |

**Assets**

| | | | | | |
|---|---|---|---|---|---|
| LT Investments | 0 | 0 | 0 | 0 | 0 |
| Fixed Assets | 2,060 | 7,315 | 2,076 | 8,696 | 565 |
| Other LT Assets | 2,910 | 3,665 | 632 | 3,430 | 557 |
| **Total Assets** | **6,375** | **15,151** | **3,025** | **14,856** | **1,344** |
| Accounts Payable | 649 | 592 | 1,128 | 1,029 | 1,148 |
| ST Debt & Curr LTD | 812 | 85 | 1,188 | 591 | 122 |
| Other Current Liab. | 681 | 1,098 | 1,417 | 1,045 | 1,355 |
| **Total Current Liab.** | **2,142** | **1,775** | **3,733** | **2,665** | **2,625** |
| LT Debt & Cap Leases | 126 | 114 | 43 | 686 | 63 |
| Other LT Liabilities | 0 | 2,110 | 0 | 2,014 | 45 |
| **Total Liabilities** | **2,268** | **3,999** | **3,776** | **5,365** | **2,733** |
| Preferred Stock | 0 | 0 | 0 | 0 | 0 |
| Common & Paid In Capital | 31,671 | 47,452 | 61,229 | 50,319 | 62,368 |
| Retained Earnings | -27,564 | -36,300 | -61,980 | -40,766 | -63,755 |
| Other Equity | 0 | -2 | 0 | -65 | 0 |
| **Total Equity** | **4,107** | **11,150** | **-751** | **9,488** | **-1,387** |
| Shares Outstanding | 3,346 | 6,364 | 12,888 | 6,973 | 29,193 |

**Note:** Units in Thousands of U.S. Dollars.

### SELECTED STATEMENT OF CASH FLOW ITEMS
### (INDIRECT Method)

| | ANNUAL | | | YEAR TO DATE | |
|---|---|---|---|---|---|
| | 12 MONTHS ENDING 06/30/99 | 12 MONTHS ENDING 06/30/00 Restated 06/30/01 | 12 MONTHS ENDING 06/30/01 | 6 MONTHS ENDING 12/31/00 | 6 MONTHS ENDING 12/31/01 |
| Net Income | -7,089 | -8,231 | -25,566 | -4,409 | -1,775 |
| Depreciation & Amort. | 697 | 533 | 398 | 1,229 | 213 |
| Non Cash Items | 3,432 | 4,276 | 16,830 | 118 | 709 |
| Other Operating CF | -428 | -253 | 2,866 | 310 | 385 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Operating CF** | -3,388 | -3,675 | -5,472 | -2,752 | -468 |
| Capital Expenditures | -57 | -340 | -1,027 | -1,112 | -78 |
| Other Investing CF | -462 | -2,742 | -23 | -65 | -82 |
| **Total Investing CF** | -519 | -3,082 | -1,050 | -1,177 | -160 |
| Dividends Paid | 0 | -95 | 0 | 0 | 0 |
| Sale (Purch.) of Stock | 4,000 | 8,311 | 4,778 | 2,532 | 620 |
| Net Borrowings | 84 | -244 | -362 | 64 | -3 |
| Other Financing CF | 0 | -2 | 61 | -63 | 17 |
| **Total Financing CF** | 4,084 | 7,970 | 4,477 | 2,533 | 634 |
| Exchange Rate Effect | 0 | 0 | 0 | 0 | 0 |
| **Net Change In Cash** | 176 | 1,211 | -2,044 | -1,395 | 5 |

**Note:** Units in Thousands of U.S. Dollars.

 Click Here For Broker Research Reports

© Copyright 2000 Multex.com, Inc. All rights reserved.



**AOL** Personal Finance

| AOL Personal Finance Main | Go |

nvestment Research Main

We did your homework for you [Pr4V°cDh₂] ▲

Analyst Research from **multex investor**

search for Reports

Enter ticker or name:

( ) Symbol ( ) Name

**Search**

**MED**
Medcom USA Inc.

Stocks
Stock Reports
**Financials**
Earnings
Comparison
Company Descriptions
Broker Research
SEC Research
Inside
SEC Filings
Conference Calls
Quote
Quotes News Charts
AI Manager Interviews

Stock Screening
Fund Screening

Help | About IR | Guide

Featured Broker

SALOMON SMITH BARNEY

**Annual Income report:**
**Medcom USA, Inc.**
OTC: EMED
Sector: Technology
Industry: Computer Services

Provided By: **market guide**

See Also...
Quarterly Financials

**ANNUAL INCOME STATEMENT**

| In Millions of U.S. Dollars (except for per share items) | 12 Months Ending 06/30/01 | 12 Months Ending 06/30/00 Restated 06/30/01 | 12 Months Ending 06/30/99 Restated 06/30/00 | 12 Months Ending 06/30/98 | 12 Months Ending 06/30/97 Restated 06/30/98 |
|---|---|---|---|---|---|
| Revenue | 0.5 | 1.9 | 2.2 | 1.0 | 2.9 |
| Other Revenue, Total | – | – | – | – | – |
| **Total Revenue** | **0.5** | **1.9** | **2.2** | **1.0** | **2.9** |
| Cost of Revenue | 0.1 | 1.0 | 1.1 | 0.5 | 1.6 |
| **Gross Profit** | **0.4** | **0.9** | **1.1** | **0.5** | **1.3** |
| Selling/General/Admin. Expenses, Total | 5.8 | 7.1 | 6.7 | 3.8 | 2.9 |
| Research & Development | – | – | 0.0 | 0.0 | 0.0 |
| Depreciation/Amortization | 0.4 | 0.5 | 0.7 | 2.2 | 1.7 |
| Interest Expense/Income, Net | – | – | – | – | – |
| Unusual Income/Expense | – | – | 0.0 | 1.2 | 0.0 |
| Other Operating Expenses, Total | 6.9 | 0.0 | – | – | – |
| **Total Operating Expense** | **13.2** | **8.6** | **8.5** | **7.7** | **6.2** |
| **Operating Income** | **(12.7)** | **(6.7)** | **(6.3)** | **(6.7)** | **(3.3)** |
| Interest Expense, Net Non-Operationg | (0.1) | (0.1) | (0.3) | (0.2) | (0.1) |
| Interest/Investment Income, Non-Op. | 0.0 | 0.1 | 0.0 | 0.0 | – |
| Interest Expense/Income, Net Non-Op. | (0.1) | (0.0) | (0.3) | (0.1) | (0.1) |
| Gain/(Loss) Sale of Assets | – | (0.3) | – | – | – |
| Other, Net | (0.9) | – | 0.0 | (0.2) | 0.0 |
| **Income Before Tax** | **(13.7)** | **(7.1)** | **(6.6)** | **(7.0)** | **(3.3)** |
| Income Tax - Total | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Income After Tax** | **(13.7)** | **(7.1)** | **(6.6)** | **(7.0)** | **(3.3)** |
| Minority Interest | – | – | – | – | – |
| Equity In Affiliates | – | – | – | – | – |
| **Net Income Before Extra. Items** | **(13.7)** | **(7.1)** | **(6.6)** | **(7.0)** | **(3.3)** |
| Accounting Change | – | – | – | – | – |
| Discontinued Operations | (11.9) | (1.1) | (0.5) | (0.1) | 0.6 |
| Extraordinary Item | – | – | – | – | – |
| **Net Income** | **(25.6)** | **(8.2)** | **(7.1)** | **(7.1)** | **(2.8)** |
| Preferred Dividends | (0.1) | (0.1) | (0.5) | 0.0 | – |
| **Inc Avail To Com Ex XOrd** | **(13.8)** | **(7.2)** | **(7.1)** | **(7.0)** | **(3.3)** |
| **Inc Avail To Com In XOrd** | **(25.7)** | **(8.3)** | **(7.6)** | **(7.1)** | **(2.8)** |

| | | | | | |
|---|---|---|---|---|---|
| Basic/Primary Weighted Average Shares | 7.67 | 4.89 | 2.13 | 0.79 | 0.33 |
| **Basic/Primary EPS Excl. Extra Items** | (1.800) | (1.472) | (3.324) | (8.891) | (10.028) |
| **Basic/Primary EPS Incl. Extra Items** | (3.350) | (1.701) | (3.549) | (8.972) | (8.366) |
| Dilution Adjustment | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Diluted Weighted Average Shares | 7.67 | 4.89 | 2.13 | 0.79 | 0.33 |
| **Diluted EPS Exl. Extra Items** | (1.800) | (1.472) | (3.324) | (8.891) | (10.028) |
| **Diluted EPS Incl. Extra Items** | (3.350) | (1.701) | (3.549) | (8.972) | (8.366) |
| DPS-Common Stock | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Gross Dividends Common | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stock Based Compensation | 0.1 | 4.1 | 2.4 | 2.1 | – |
| Net Income after Stock Based Comp. Exp. | (25.6) | (12.4) | (9.5) | (9.2) | – |
| Basic EPS after Stock Based Comp. Exp. | (3.350) | (2.530) | (4.450) | (11.650) | – |
| Diluted EPS after Stock Based Comp. Exp. | (3.350) | (2.530) | (4.450) | (11.650) | – |
| Interest Expense | 0.1 | 0.1 | 0.3 | 0.2 | 0.1 |
| Depreciation | 0.5 | 0.4 | 0.7 | 0.5 | 0.2 |
| Total Special Items | – | 0.3 | 0.0 | 1.2 | 0.0 |
| **Normalized Pre-Tax Income** | (13.7) | (6.7) | (6.6) | (5.8) | (3.3) |
| Effect of Sp.Charge on Inc.Taxes (Anlst) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Income Taxes Ex. Impact of Special Items | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Normalized Income After Taxes** | (13.7) | (6.8) | (6.6) | (5.8) | (3.3) |
| **Normalized Income Available To Common** | (13.8) | (6.9) | (7.1) | (5.8) | (3.3) |
| Basic Normalized EPS | (1.800) | (1.404) | (3.324) | (7.366) | (10.028) |
| Diluted Normalized EPS | (1.800) | (1.404) | (3.324) | (7.366) | (10.028) |

Copyright ©2002Market Guide Inc. All rights reserved.

## ANNUAL BALANCE SHEET

| In Millions of U.S. Dollars (except for per share items) | As of 06/30/01 | As of 06/30/00 | As of 06/30/99 | As of 06/30/98 | As of 06/30/97 |
|---|---|---|---|---|---|
| Cash & Equivalents | – | 2.0 | 0.2 | 0.3 | 0.3 |
| Cash and Short Term Investments | – | 2.0 | 0.2 | 0.3 | 0.3 |
| Accounts Receivable (Trade), Net | 0.1 | 0.9 | 0.3 | 0.1 | 0.2 |
| Note Receivable - Short Term | – | 0.0 | 0.2 | 0.2 | 0.2 |
| Other Receivable | – | – | – | 0.0 | 0.0 |
| Total Receivable, Net | 0.1 | 1.0 | 0.4 | 0.3 | 0.4 |
| Total Inventory | 0.1 | 0.2 | 0.5 | 0.5 | 1.1 |
| Prepaid Expenses | 0.1 | 0.3 | 0.1 | 0.1 | 0.2 |
| Other Current Assets, Total | – | 0.7 | 0.3 | – | – |
| **Total Current Assets** | 0.3 | 4.2 | 1.4 | 1.1 | 2.0 |
| Property/Plant/Equipment - Total Cost | 3.1 | 6.2 | 3.8 | 3.5 | 1.2 |
| Accum. Deprec. Total | (1.0) | (2.0) | (1.7) | (0.9) | (0.4) |
| Property/Plant/Equip., Net Total | 2.1 | 7.3 | 2.1 | 2.6 | 0.7 |
| Goodwill, Net | 0.6 | 2.0 | 0.8 | – | – |

AOL Investment Research: Financials

| | | | | | |
|---|---|---|---|---|---|
| Intangibles, Net | – | 0.8 | 1.2 | 1.4 | 0.5 |
| Long Term investments | – | – | – | 0.0 | 1.5 |
| Other Long Term Assets, Total | 0.0 | 0.1 | 0.6 | 0.1 | 0.1 |
| **Total Assets** | **3.0** | **15.2** | **6.4** | **5.6** | **5.5** |
| Accounts Payable | 1.1 | 0.6 | 0.6 | 0.5 | 0.6 |
| Accrued Expenses | 1.3 | – | 0.6 | 0.6 | 0.7 |
| Notes Payable/Short Term Debt | 0.1 | 0.0 | 0.8 | 0.3 | 0.3 |
| Current Port. LT Debt/Capital Leases | 1.1 | 0.1 | 0.0 | 0.6 | 1.1 |
| Other Current liabilities, Total | 0.1 | 1.1 | 0.1 | 0.8 | 1.0 |
| **Total Current Liability** | **3.7** | **1.8** | **2.1** | **2.8** | **3.6** |
| Long Term Debt | – | – | – | 0.5 | 0.0 |
| Capital Lease Obligations | 0.0 | 0.1 | 0.1 | 0.1 | 0.0 |
| **Total Long Term Debt** | **0.0** | **0.1** | **0.1** | **0.6** | **0.1** |
| **Total Debt** | **1.2** | **0.2** | **0.9** | **1.4** | **1.4** |
| Deferred Income Tax | – | – | – | – | – |
| Minority Interest | – | – | – | – | – |
| Other Liabilities, Total | – | 2.1 | – | – | – |
| **Total Liabilities** | **3.8** | **4.0** | **2.3** | **3.4** | **3.7** |
| Redeemed Preferred Stock, Total | – | – | – | – | – |
| Preferred Stock (Non Redeemable), Total | – | 0.0 | 0.0 | 0.0 | 0.0 |
| Common Stock, Total | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Additional Paid-In Capital | 61.2 | 47.4 | 31.7 | 22.6 | 15.1 |
| Retained Earnings/Accum. Deficit | (62.0) | (36.3) | (27.6) | (20.4) | (13.3) |
| Treasury Stock Common ($ Amount) | – | – | – | – | – |
| Other Equity, Total | – | (0.0) | – | – | – |
| **Total Equity** | **(0.8)** | **11.2** | **4.1** | **2.2** | **1.8** |
| **Total Liability & Shareholders' Equity** | **3.0** | **15.1** | **6.4** | **5.6** | **5.5** |
| S/O-Common Stock | 12.89 | 6.36 | 3.35 | 1.59 | 0.42 |
| **Total Common Shares Outstanding** | **12.89** | **6.36** | **3.35** | **1.59** | **0.42** |
| **Total Preferred Stock Shares Outs.** | **0.01** | **0.01** | **0.01** | **–** | **–** |
| Employees | 35 | 118 | 18 | 36 | – |
| Number of Common Shareholders | 387 | 370 | 350 | – | – |

Copyright ©2002 Market Guide Inc. All rights reserved.

## ANNUAL CASH FLOW STATEMENT (Indirect Method)

| In Millions of U.S. Dollars (except for per share Items) | 12 Months Ending 06/30/01 | 12 Months Ending 06/30/00 Restated 06/30/01 | 12 Months Ending 06/30/99 Reclass. 06/30/00 | 12 Months Ending 06/30/98 | 12 Months Ending 06/30/97 |
|---|---|---|---|---|---|
| Net Income | (25.6) | (8.2) | (7.1) | (7.1) | (2.8) |
| Depreciation/Depletion | 0.4 | 0.5 | 0.7 | 0.4 | 0.2 |
| Amortization | – | – | – | 0.1 | 0.0 |
| Deferred Taxes | – | – | – | – | – |
| Non-Cash Items | 16.8 | 4.3 | 3.4 | 3.8 | (0.3) |
| Changes in Working Capital | 2.9 | (0.3) | (0.4) | 0.1 | 1.0 |
| **Total Operating Activity** | **(5.5)** | **(3.7)** | **(3.4)** | **(2.8)** | **(1.9)** |

| | | | | | |
|---|---|---|---|---|---|
| Capital Expenditures | (1.0) | (0.3) | (0.1) | (0.0) | (0.0) |
| Other Investing Cash Flow Items, Total | (0.0) | (2.7) | (0.5) | (0.4) | (0.0) |
| **Total Investing Activity** | **(1.1)** | **(3.1)** | **(0.5)** | **(0.4)** | **(0.0)** |
| Financing Cash Flow Items | 0.1 | (0.0) | 0.0 | (0.1) | 0.1 |
| Dividends Paid | 0.0 | (0.1) | 0.0 | 0.0 | 0.0 |
| Issuance/Retirement of Stock, Net | 4.8 | 8.3 | 4.0 | 2.8 | 1.2 |
| Issuance/Retirement of Debt, Net | (0.4) | (0.2) | 0.1 | 0.4 | 0.6 |
| **Total Financing Activity** | **4.5** | **8.0** | **4.1** | **3.2** | **1.9** |
| Foreign Exchange Effects | – | – | – | 0.0 | 0.0 |
| **Net Change in Cash** | **(2.0)** | **1.2** | **0.2** | **(0.0)** | **(0.0)** |
| Cash Interest Paid (Indirect Format) | 0.1 | 0.1 | 0.2 | 0.2 | 0.1 |
| Cash Taxes Paid (Indirect Format) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Copyright ©2002 Market Guide Inc. All rights reserved.

© Copyright 2000 Multex.com, Inc. All rights reserved.

```
                      NUDZ

         Prices from 10/17/01 through 10/17/02


  Date        Volume          Ask/High  Bid/Low   Close
  ----------  --------------   --------  --------  --------

  10/17/01    3,000            1.75      1.50      1.75
  10/18/01    3,500            1.75      1.40      1.75
  10/19/01    3,500            1.75      1.40      1.75
  10/22/01    1,100            1.60      1.60      1.60
  10/23/01    1,100            1.60      1.60      1.60
  10/24/01    500              1.75      1.75      1.75
  10/25/01    500              1.75      1.75      1.75
  10/26/01    500              1.75      1.75      1.75
  10/29/01    500              1.75      1.75      1.75
  10/30/01    6,500            3.50      1.75      3.00
  10/31/01    1,500            3.50      3.50      3.50
  11/01/01    100              2.75      2.75      2.75
  11/02/01    100              2.75      2.75      2.75
  11/05/01    100              2.75      2.75      2.75
  11/06/01    100              2.75      2.75      2.75
  11/07/01    100              2.75      2.75      2.75
  11/08/01    2,000            3.50      3.50      3.50
  11/09/01    2,000            3.50      3.50      3.50
  11/12/01    1,500            3.00      3.00      3.00
  11/13/01    4,500            2.75      2.75      2.75
  11/14/01    4,500            2.75      2.75      2.75
  11/15/01    4,500            2.75      2.75      2.75
  11/16/01    4,500            2.75      2.75      2.75
  11/19/01    4,500            2.75      2.75      2.75
  11/20/01    4,500            2.75      2.75      2.75
  11/21/01    4,500            2.75      2.75      2.75
  11/23/01    4,500            2.75      2.75      2.75
  11/26/01    4,500            2.75      2.75      2.75
  11/27/01    1,500            3.00      3.00      3.00
  11/28/01    1,500            3.00      3.00      3.00
  11/29/01    1,500            3.00      3.00      3.00
  11/30/01    2,000            3.50      3.00      3.50
  12/03/01    1,500            3.50      3.00      3.50
  12/04/01    3,000            2.65      2.65      2.65
  12/05/01    3,000            2.65      2.65      2.65
  12/06/01    4,000            4.00      3.00      4.00
  12/07/01    1,000            3.50      3.50      3.50
  12/10/01    1,000            3.10      3.10      3.10
  12/11/01    1,000            3.10      3.10      3.10


  Friday, October 18, 2002      America Online:LSIsaacson                    Page 1
```

| | | | | |
|---|---|---|---|---|
| 12/12/01 | 13,500 | 3.10 | 2.75 | 2.83 |
| 12/13/01 | 11,500 | 3.10 | 2.75 | 2.75 |
| 12/14/01 | 11,500 | 3.10 | 2.75 | 2.75 |
| 12/17/01 | 11,500 | 3.10 | 2.75 | 2.75 |
| 12/18/01 | 11,500 | 3.10 | 2.75 | 2.75 |
| 12/19/01 | 11,500 | 3.10 | 2.75 | 2.75 |
| 12/20/01 | 11,500 | 3.10 | 2.75 | 2.75 |
| 12/21/01 | 11,500 | 3.10 | 2.75 | 2.75 |
| 12/24/01 | 11,500 | 3.10 | 2.75 | 2.75 |
| 12/26/01 | 11,500 | 3.10 | 2.75 | 2.75 |
| 12/27/01 | 11,500 | 3.10 | 2.75 | 2.75 |
| 12/28/01 | 400 | 2.70 | 2.70 | 2.70 |
| 12/31/01 | 100 | 3.10 | 3.10 | 3.10 |
| 01/02/02 | 100 | 3.10 | 3.10 | 3.10 |
| 01/03/02 | 100 | 3.10 | 3.10 | 3.10 |
| 01/04/02 | 100 | 3.10 | 3.10 | 3.10 |
| 01/07/02 | 100 | 3.10 | 3.10 | 3.10 |
| 01/08/02 | 100 | 3.10 | 3.10 | 3.10 |
| 01/09/02 | 100 | 3.10 | 3.10 | 3.10 |
| 01/10/02 | 100 | 3.10 | 3.10 | 3.10 |
| 01/11/02 | 100 | 3.10 | 3.10 | 3.10 |
| 01/14/02 | 100 | 3.10 | 3.10 | 3.10 |
| 01/15/02 | 100 | 3.10 | 3.10 | 3.10 |
| 01/16/02 | 100 | 3.10 | 3.10 | 3.10 |
| 01/17/02 | 100 | 3.00 | 3.00 | 3.00 |
| 01/18/02 | 100 | 3.00 | 3.00 | 3.00 |
| 01/22/02 | 100 | 3.00 | 3.00 | 3.00 |
| 01/23/02 | 100 | 3.00 | 3.00 | 3.00 |
| 01/24/02 | 100 | 2.70 | 2.70 | 2.70 |
| 01/25/02 | 100 | 2.70 | 2.70 | 2.70 |
| 01/28/02 | 100 | 2.70 | 2.70 | 2.70 |
| 01/29/02 | 1,000 | 2.70 | 2.70 | 2.70 |
| 01/30/02 | 1,000 | 2.70 | 2.70 | 2.70 |
| 01/31/02 | 2,500 | 3.30 | 2.70 | 3.30 |
| 02/01/02 | 2,500 | 3.30 | 2.70 | 3.30 |
| 02/04/02 | 2,500 | 3.30 | 2.70 | 3.30 |
| 02/05/02 | 2,500 | 3.30 | 2.70 | 3.30 |
| 02/06/02 | 2,500 | 3.30 | 2.70 | 3.30 |
| 02/07/02 | 2,500 | 3.30 | 2.70 | 3.30 |
| 02/08/02 | 2,500 | 3.30 | 2.70 | 3.30 |
| 02/11/02 | 2,500 | 3.30 | 2.70 | 3.30 |
| 02/12/02 | 1,000 | 2.75 | 2.75 | 2.75 |
| 02/13/02 | 1,000 | 3.00 | 3.00 | 3.00 |
| 02/14/02 | 1,000 | 3.00 | 3.00 | 3.00 |
| 02/15/02 | 1,000 | 3.00 | 3.00 | 3.00 |
| 02/19/02 | 1,000 | 3.00 | 3.00 | 3.00 |
| 02/20/02 | 1,000 | 3.00 | 3.00 | 3.00 |
| 02/21/02 | 1,000 | 3.00 | 3.00 | 3.00 |

| | | | | |
|---|---|---|---|---|
| 02/22/02 | 1,000 | 3.00 | 3.00 | 3.00 |
| 02/25/02 | 1,000 | 3.00 | 3.00 | 3.00 |
| 02/26/02 | 1,000 | 3.00 | 3.00 | 3.00 |
| 02/27/02 | 1,000 | 3.00 | 3.00 | 3.00 |
| 02/28/02 | 1,500 | 3.30 | 2.80 | 3.30 |
| 03/01/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/04/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/05/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/06/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/07/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/08/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/11/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/12/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/13/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/14/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/15/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/18/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/19/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/20/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/21/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/22/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/25/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/26/02 | 1,000 | 3.30 | 3.00 | 3.30 |
| 03/27/02 | 500 | 3.00 | 3.00 | 3.00 |
| 03/28/02 | 500 | 3.40 | 3.40 | 3.40 |
| 04/01/02 | 1,000 | 3.40 | 3.00 | 3.40 |
| 04/02/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/03/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/04/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/05/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/08/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/09/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/10/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/11/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/12/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/15/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/16/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/17/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/18/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/19/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/22/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/23/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/24/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/25/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/26/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/29/02 | 8,700 | 3.30 | 3.15 | 3.30 |
| 04/30/02 | 500 | 3.40 | 3.40 | 3.40 |
| 05/01/02 | 500 | 3.40 | 3.40 | 3.40 |

| | | | | |
|---|---|---|---|---|
| 05/02/02 | 500 | 3.40 | 3.40 | 3.40 |
| 05/03/02 | 500 | 3.40 | 3.40 | 3.40 |
| 05/06/02 | 500 | 3.40 | 3.40 | 3.40 |
| 05/07/02 | 500 | 3.40 | 3.40 | 3.40 |
| 05/08/02 | 500 | 3.40 | 3.40 | 3.40 |
| 05/09/02 | 500 | 3.40 | 3.40 | 3.40 |
| 05/10/02 | 500 | 3.40 | 3.40 | 3.40 |
| 05/13/02 | 500 | 3.40 | 3.40 | 3.40 |
| 05/14/02 | 500 | 3.40 | 3.40 | 3.40 |
| 05/15/02 | 2,000 | 3.40 | 3.40 | 3.40 |
| 05/16/02 | 2,000 | 3.40 | 3.40 | 3.40 |
| 05/17/02 | 2,000 | 3.40 | 3.40 | 3.40 |
| 05/20/02 | 2,000 | 3.40 | 3.40 | 3.40 |
| 05/21/02 | 2,000 | 3.40 | 3.40 | 3.40 |
| 05/22/02 | 2,000 | 3.40 | 3.40 | 3.40 |
| 05/23/02 | 2,000 | 3.40 | 3.40 | 3.40 |
| 05/24/02 | 2,000 | 3.40 | 3.40 | 3.40 |
| 05/28/02 | 2,000 | 3.40 | 3.40 | 3.40 |
| 05/29/02 | 2,000 | 3.40 | 3.40 | 3.40 |
| 05/30/02 | 500 | 3.40 | 3.40 | 3.40 |
| 05/31/02 | 500 | 3.25 | 3.25 | 3.25 |
| 06/03/02 | 2,000 | 3.40 | 3.25 | 3.25 |
| 06/04/02 | 2,000 | 3.40 | 3.25 | 3.25 |
| 06/05/02 | 2,000 | 3.40 | 3.25 | 3.25 |
| 06/06/02 | 2,000 | 3.40 | 3.25 | 3.25 |
| 06/07/02 | 2,000 | 3.40 | 3.25 | 3.25 |
| 06/10/02 | 2,000 | 3.40 | 3.25 | 3.25 |
| 06/11/02 | 2,000 | 3.40 | 3.25 | 3.25 |
| 06/12/02 | 2,000 | 3.40 | 3.25 | 3.25 |
| 06/13/02 | 0 | 3.25 | 3.25 | 3.25 |
| 06/14/02 | 0 | 3.25 | 3.25 | 3.25 |
| 06/17/02 | 7,600 | 3.75 | 3.20 | 3.20 |
| 06/18/02 | 0 | 3.20 | 3.20 | 3.20 |
| 06/19/02 | 0 | 3.20 | 3.20 | 3.20 |
| 06/20/02 | 0 | 3.20 | 3.20 | 3.20 |
| 06/21/02 | 0 | 3.20 | 3.20 | 3.20 |
| 06/24/02 | 0 | 3.20 | 3.20 | 3.20 |
| 06/25/02 | 0 | 3.20 | 3.20 | 3.20 |
| 06/26/02 | 0 | 3.20 | 3.20 | 3.20 |
| 06/27/02 | 0 | 3.20 | 3.20 | 3.20 |
| 06/28/02 | 1,500 | 3.25 | 3.25 | 3.25 |
| 07/01/02 | 0 | 3.25 | 3.25 | 3.25 |
| 07/02/02 | 0 | 3.25 | 3.25 | 3.25 |
| 07/03/02 | 0 | 3.25 | 3.25 | 3.25 |
| 07/05/02 | 0 | 3.25 | 3.25 | 3.25 |
| 07/08/02 | 0 | 3.25 | 3.25 | 3.25 |
| 07/09/02 | 0 | 3.25 | 3.25 | 3.25 |
| 07/10/02 | 6,200 | 2.90 | 2.90 | 2.90 |

```
07/11/02    1,300       2.75    2.75    2.75
07/12/02    0           2.90    2.75    2.75
07/15/02    0           2.90    2.90    2.90
07/16/02    0           2.90    2.90    2.90
07/17/02    0           2.90    2.75    2.75
07/18/02    0           2.90    2.90    2.90
07/19/02    0           2.90    2.90    2.90
07/22/02    0           2.90    2.90    2.90
07/23/02    0           2.90    2.90    2.90
07/24/02    0           2.90    2.90    2.90
07/25/02    9,000       3.05    3.05    3.05
07/26/02    0           3.05    3.05    3.05
07/29/02    0           3.05    3.05    3.05
07/30/02    0           3.05    3.05    3.05
07/31/02    2,000       3.25    3.25    3.25
08/01/02    0           3.25    3.25    3.25
08/02/02    0           3.25    3.25    3.25
08/05/02    0           3.25    3.25    3.25
08/06/02    0           3.25    3.25    3.25
08/07/02    0           3.25    3.25    3.25
08/08/02    0           3.25    3.25    3.25
08/09/02    0           3.25    3.25    3.25
08/12/02    0           3.25    3.25    3.25
08/13/02    0           3.25    3.25    3.25
08/14/02    0           3.25    3.25    3.25
08/15/02    0           3.25    3.25    3.25
08/16/02    0           3.25    3.25    3.25
08/19/02    0           3.25    3.25    3.25
08/20/02    0           3.25    3.25    3.25
08/21/02    0           3.25    3.25    3.25
08/22/02    0           3.25    3.25    3.25
08/23/02    0           3.25    3.25    3.25
08/26/02    0           3.25    3.25    3.25
08/27/02    0           3.25    3.25    3.25
08/28/02    0           3.25    3.25    3.25
08/29/02    2,000       3.00    3.00    3.00
08/30/02    700         3.35    3.25    3.25
09/03/02    0           3.25    3.25    3.25
09/04/02    0           3.25    3.25    3.25
09/05/02    0           3.25    3.25    3.25
09/06/02    0           3.25    3.25    3.25
09/09/02    0           3.25    3.25    3.25
09/10/02    0           3.25    3.25    3.25
09/11/02    0           3.25    3.25    3.25
09/12/02    0           3.25    3.25    3.25
09/13/02    0           3.25    3.25    3.25
09/16/02    0           3.25    3.25    3.25
09/17/02    0           3.25    3.25    3.25
```

| | | | | |
|---|---|---|---|---|
| 09/18/02 | 0 | 3.25 | 3.25 | 3.25 |
| 09/19/02 | 300 | 3.50 | 3.50 | 3.50 |
| 09/20/02 | 0 | 3.50 | 3.50 | 3.50 |
| 09/23/02 | 0 | 3.50 | 3.50 | 3.50 |
| 09/24/02 | 0 | 3.50 | 3.50 | 3.50 |
| 09/25/02 | 0 | 3.50 | 3.50 | 3.50 |
| 09/26/02 | 2,000 | 3.50 | 3.50 | 3.50 |
| 09/27/02 | 500 | 4.50 | 4.50 | 4.50 |
| 09/30/02 | 1,000 | 5.00 | 5.00 | 5.00 |
| 10/01/02 | 0 | 5.00 | 5.00 | 5.00 |
| 10/02/02 | 4,300 | 4.00 | 3.25 | 3.75 |
| 10/03/02 | 0 | 3.75 | 3.75 | 3.75 |
| 10/04/02 | 0 | 3.75 | 3.75 | 3.75 |
| 10/07/02 | 0 | 3.75 | 3.75 | 3.75 |
| 10/08/02 | 0 | 3.75 | 3.75 | 3.75 |
| 10/09/02 | 200 | 3.00 | 3.00 | 3.00 |
| 10/10/02 | 0 | 3.00 | 3.00 | 3.00 |
| 10/11/02 | 0 | 3.00 | 3.00 | 3.00 |
| 10/14/02 | 0 | 3.00 | 3.00 | 3.00 |
| 10/15/02 | 0 | 3.00 | 3.00 | 3.00 |
| 10/16/02 | 0 | 3.00 | 3.00 | 3.00 |
| 10/17/02 | 0 | 3.00 | 3.00 | 3.00 |

**APPENDIX IV**
**HISTORICAL FINANCIAL STATEMENTS FOR**
**NU-D-ZINE, INC.**
**FOR THE**
**TWO YEARS ENDED DECEMBER 31, 2001**

NU-D-ZINE, INC.
FINANCIAL STATEMENTS
AS OF DECEMBER 31, 2001 AND 2000



## NU-D-ZINE, INC.

## <u>CONTENTS</u>

PAGE        1        INDEPENDENT AUDITORS' REPORT

PAGE        2        BALANCE SHEETS AS OF DECEMBER 31, 2001 AND 2000

PAGE        3        STATEMENTS OF OPERATIONS FOR THE YEARS ENDED
                     DECEMBER 31, 2001 AND 2000

PAGE        4        STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY FOR
                     THE PERIOD FROM NOVEMBER 4, 1999 (REORGANIZATION)
                     TO DECEMBER 31, 2001

PAGE        5        STATEMENTS OF CASH FLOWS FOR THE YEARS ENDED
                     DECEMBER 31, 2001 AND 2000

PAGES     6 - 12     NOTES TO FINANCIAL STATEMENTS





WEINBERG & COMPANY, P.A.

## INDEPENDENT AUDITORS' REPORT

To the Board of Directors of:
Nu-D-Zine, Inc.

We have audited the accompanying balance sheets of Nu-D-Zine, Inc. as of December 31, 2001 and 2000 and the related statements of operations and cash flows for the years then ended and changes in stockholders' equity for the period from November 4, 1999 (reorganization) to December 31, 2001. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. These standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Nu-D-Zine, Inc. as of December 31, 2001 and 2000 and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Weinberg + Company, P.A.*
WEINBERG & COMPANY, P.A.

Boca Raton, FL
May 21, 2002

Town Executive Center                                                                 Watt Plaza
Glades Road • Suite 314                                              1875 Century Park East • Suite 600
Boca Raton, Florida 33434                                             Los Angeles, California 90067
Telephone (561) 487-5765 • Facsimile (561) 487-5766      Telephone (310) 407-8486 • Facsimile (310) 407-5451

Website: www.grasweinberg.com

# NU-D-ZINE, INC.
## BALANCE SHEETS
### AS OF DECEMBER 31, 2001 AND 2000

## ASSETS

|  | 2001 | 2000 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash | $ 536,135 | $ 350,000 |
| Investment in marketable securities | 972,000 | - |
| Note receivable | 250,000 | - |
| Accrued interest receivable | 21,250 | - |
| Deferred tax asset | - | 4,128 |
| **TOTAL ASSETS** | $ 1,779,385 | $ 354,128 |

## LIABILITIES AND STOCKHOLDERS' EQUITY

|  | 2001 | 2000 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Income tax payable | $ 38,045 | $ - |
| Deferred tax liability | 184,788 | - |
| **TOTAL LIABILITIES** | 222,833 | - |
| **STOCKHOLDERS' EQUITY** | | |
| Preferred stock, $0.001 par value, 5,000,000 shares authorized in 2001, none issued and outstanding | - | - |
| Common stock, $0.001 par value, 125,000,000 and 50,000,000 shares authorized, 51,735,898 and 44,585,898 shares issued and outstanding, respectively | 51,736 | 44,586 |
| Additional paid-in capital | 1,083,844 | 325,994 |
| Retained earnings (accumulated deficit) | 92,460 | (16,452) |
| Accumulated other comprehensive income | 328,512 | - |
| Total Stockholders' Equity | 1,556,552 | 354,128 |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ 1,779,385 | $ 354,128 |



See accompanying notes to financial statement.

2

# NU-D-ZINE, INC.
## STATEMENTS OF OPERATIONS AND COMPREHENSIVE INCOME
### FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000

|  | 2001 | 2000 |
|---|---|---|
| **REVENUES** | $ - | $ - |
| **OPERATING EXPENSES** | | |
| General and administrative | 36,371 | 11,468 |
| Total Operating Expenses | 36,371 | 11,468 |
| **LOSS FROM OPERATIONS** | (36,371) | (11,468) |
| **OTHER INCOME** | | |
| Interest income | 187,456 | - |
| Total Other Income | 187,456 | - |
| **INCOME (LOSS) BEFORE INCOME TAXES** | 151,085 | (11,468) |
| Less: income tax expense (benefit) | 42,173 | (4,128) |
| **NET INCOME (LOSS)** | 108,912 | (7,340) |
| **OTHER COMPREHENSIVE INCOME** | | |
| Unrealized gain on available-for-sale securities | 513,300 | - |
| Income tax liability related to comprehensive income | (184,788) | - |
| **TOTAL OTHER COMPREHENSIVE INCOME, NET OF TAX** | 328,512 | - |
| **COMPREHENSIVE INCOME (LOSS)** | $ 437,424 | $ (7,340) |
| Net income (loss) per share - basic and diluted | $ - | $ - |
| Weighted average number of shares outstanding – basic and diluted | 49,736,309 | 11,811,308 |



See accompanying notes to financial statement.

3

# NU-D-ZINE, INC.
## STATEMENTS OF STOCKHOLDERS' EQUITY
### FOR THE PERIOD FROM NOVEMBER 4, 1999 (REORGANIZATION) TO DECEMBER 31, 2001

| | Preferred Stock | | Common Stock | | Additional Paid-In Capital | Retained Earnings (Accumulated Deficit) | Accumulated Other Comprehensive Income | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Shares | Amount | Shares | Amount | | | | |
| Balance, November 4, 1999 | - | $ - | 1,211,966 | $ 1,212 | $ - | $ (1,212) | $ - | $ - |
| 3 for 1 forward stock split | - | - | 2,423,932 | 2,424 | (2,424) | - | - | - |
| Issuance of common stock for services | - | - | 7,900,000 | 7,900 | - | - | - | 7,900 |
| Net loss, 1999 | - | - | - | - | - | (7,900) | - | (7,900) |
| Balance, December 31, 1999 | - | - | 11,535,898 | 11,536 | (2,424) | (9,112) | - | - |
| Issuance of common stock for consulting services | - | - | 550,000 | 550 | 10,918 | - | - | 11,468 |
| Issuance of common stock for cash, net of offering costs | - | - | 32,500,000 | 32,500 | 117,500 | - | - | 150,000 |
| Issuance of 40,000,000 warrants for cash | - | - | - | - | 200,000 | - | - | 200,000 |
| Net loss, 2000 | - | - | - | - | - | (7,340) | - | (7,340) |
| Balance, December 31, 2000 | - | - | 44,585,898 | 44,586 | 325,994 | (16,452) | - | 354,128 |
| Issuance of common stock for cash, net of offering costs | - | - | 5,500,000 | 5,500 | 144,500 | - | - | 150,000 |
| Issuance of 10,000,000 warrants for cash, net of offering costs | - | - | - | - | 300,000 | - | - | 300,000 |
| Issuance of common stock for cash, net of offering costs | - | - | 1,650,000 | 1,650 | 71,042 | - | - | 72,692 |
| Issuance of 5,000,000 warrants for cash, net of offering costs | - | - | - | - | 242,308 | - | - | 242,308 |
| Unrealized gain on available-for-sale securities | - | - | - | - | - | - | 328,512 | 328,512 |
| Net income, 2001 | - | - | - | - | - | 108,912 | - | 108,912 |
| BALANCE, DECEMBER 31, 2001 | - | $ - | 51,735,898 | $ 51,736 | $ 1,083,844 | $ 92,460 | $ 328,512 | $ 1,556,552 |

See accompanying notes to financial statement.

4

**NU-D-ZINE, INC.**
**STATEMENTS OF CASH FLOWS**
**FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000**

|  | 2001 | 2000 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Net Income (Loss) | $ 108,912 | $ (7,340) |
| Adjustments to reconcile net income (loss) to net cash used in operating activities: | | |
| Stock received accounted for as interest income | (150,000) | - |
| Deferred taxes (benefit) | 4,128 | (4,128) |
| Stock issued for services | - | 11,468 |
| Changes in Operating Assets and Liabilities: | | |
| Increase in accrued interest receivable | (21,250) | - |
| Increase in income tax payable | 38,045 | - |
| Net Cash Used In Operating Activities | (20,165) | - |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | |
| Investment in marketable securities | (308,700) | - |
| Increase in note receivable | (250,000) | - |
| Net Cash Used In Investing Activities | (558,700) | - |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | |
| Proceeds from issuance of common stock and warrants, net of offering costs | 765,000 | 350,000 |
| Net Cash Provided By Financing Activities | 765,000 | 350,000 |
| NET INCREASE IN CASH AND CASH EQUIVALENTS | 186,135 | 350,000 |
| CASH AND CASH EQUIVALENTS AT BEGINNING OF YEAR | 350,000 | - |
| **CASH AND CASH EQUIVALENTS AT END OF YEAR** | $ 536,135 | $ 350,000 |
| **INTEREST PAID** | $ - | $ - |
| **TAXES PAID** | $ - | $ - |



See accompanying notes to financial statement.

5

**NU-D-ZINE, INC.**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2001**

## NOTE 1    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES AND ORGANIZATION

### (A) Organization

Nu-D-Zine Bedding and Bath, Inc., was incorporated in the state of Florida on March 12, 1993.  On December 26, 2000, Nu-D-Zine Bedding and Bath, Inc. changed its name to Nu-D-Zine, Inc. (the "Company").  The Company currently has no activities.

On April 21, 1999, the Company filed a voluntary petition under chapter 7 Bankruptcy Code.  At a hearing conducted before the Court on September 2, 1999, the Court converted the Chapter 7 bankruptcy case to a case under Chapter 11 of the Bankruptcy Code.  On November 4, 1999, the Company's reorganization plan was confirmed by the Bankruptcy Court.

On December 26, 2000, under a plan or reorganization, the Company's then existing stockholders sold 10,900,000 (approximately 94.5%) of the then outstanding common stock to Lancer Offshore, Inc. ("Lancer"), a Curacao, Netherlands Antilles corporation, which resulted in a change of control in the Company's ownership (See Note 4(B)).

### (B) Use of Estimates

In preparing financial statements in conformity with accounting principles generally accepted in the United States of America, management is required to make estimates and assumptions that affect the reported amounts of assets and liabilities and the disclosure of contingent assets and liabilities at the date of the financial statements and revenues and expenses during the reported period.  Actual results could differ from those estimates.

### (C) Cash and Cash Equivalents

For purposes of the cash flow statements, the Company considers all highly liquid investments with original maturities of three months or less at the time of purchase to be cash equivalents.

### (D) Income Taxes

The Company accounts for income taxes under the Statement of Financial Accounting Standards No. 109 "Accounting for Income Taxes" ("SFAS 109").  Under SFAS 109, deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases.  Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled.  Under SFAS 109, the effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date.

6

NU-D-ZINE, INC.
NOTES TO FINANCIAL STATEMENTS
AS OF DECEMBER 31, 2001

### (E) Per Share Data

Basic and diluted net income (loss) per common share for all periods presented is computed based upon the weighted average common shares outstanding as defined by Financial Accounting Standards No. 128, "Earnings Per Share." Common stock equivalents consisting of 55,000,000 warrants at December 31, 2001 would not have changed the amount of basic earnings per share. Accordingly, a reconciliation between basic and diluted earnings per share is not presented.

### (F) New Accounting Pronouncements

The Financial Accounting Standards Board has recently issued several new Statements of Financial Accounting Standards. Statement No. 141, "Business Combinations" supersedes APB Opinion 16 and various related pronouncements. Pursuant to the new guidance in Statement No. 141, all business combinations must be accounted for under the purchase method of accounting; the pooling-of -interests method is no longer permitted. SFAS 141 also establishes new rules concerning the recognition of goodwill and other intangible assets arising in a purchase business combination and requires disclosure of more information concerning a business combination in the period in which it is completed. This statement is generally effective for business combinations initiated on or after July 1, 2001.

Statement No. 142, "Goodwill and Other Intangible Assets" supercedes APB Opinion 17 and related interpretations. Statement No. 142 establishes new rules on accounting for the acquisition of intangible assets not acquired in a business combination and the manner in which goodwill and all other intangibles should be accounted for subsequent to their initial recognition in a business combination accounted for under SFAS No. 141. Under SFAS No. 142, intangible assets should be recorded at fair value. Intangible assets with finite useful lives should be amortized over such period and those with indefinite lives should not be amortized. All intangible assets being amortized as well as those that are not, are both subject to review for potential impairment under SFAS No. 121, "Accounting for the Impairment of Long-Lived Assets and for Long-Lived Assets to be Disposed of". SFAS No. 142 also requires that goodwill arising in a business combination should not be amortized but is subject to impairment testing at the reporting unit level to which the goodwill was assigned to at the date of the business combination.

SFAS No. 142 is effective for fiscal years beginning after December 15, 2001 and must be applied as of the beginning of such year to all goodwill and other intangible assets that have already been recorded in the balance sheet as of the first day in which SFAS No. 142 is initially applied, regardless of when such assets were acquired. Goodwill acquired in a business combination whose acquisition date is on or after July 1, 2001, should not be amortized, but should be reviewed for impairment pursuant to SFAS No. 121, even though SFAS No. 142 has not yet been adopted. However, previously acquired goodwill should continue to be amortized until SFAS No. 142 is first adopted.

7

**NU-D-ZINE, INC.**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2001**

Statement No. 143 "Accounting for Asset Retirement Obligations" establishes standards for the initial measurement and subsequent accounting for obligations associated with the sale, abandonment, or other type of disposal of long-lived tangible assets arising from the acquisition, construction, or development and/or normal operation of such assets. SFAS No. 143 is effective for fiscal years beginning after June 15, 2002, with earlier application encouraged.

The future adoption of these pronouncements will not have a material effect on the Company's financial position or results of operations.

### (G) Concentration of Credit Risk

The Company maintains its cash balances at one financial institution. The balance is insured by the Federal Deposit Insurance Corporation for up to $100,000. At December 31, 2001 the Company's uninsured cash balance was approximately $436,135.

### (H) Fair Value of Financial Instruments

Statement of Financial Accounting Standards No. 107, "Disclosures about Fair Value of Financial Instruments", requires certain disclosures regarding the fair value of financial instruments. Note receivable, accrued interest receivable and income tax payable are reflected in the financial statements at fair value because of the short-term maturity of the instruments.

### (I) Comprehensive Income (Loss)

The unrealized gains and losses, net of tax, resulting from the valuation of available-for-sale securities at their fair market value at year end are reported as Other Comprehensive Income in the Statement of Operations and as Accumulated Other Comprehensive Income in the Statement of Stockholders' Equity (See Note 3).

Amounts reported in net income and other comprehensive income for the year ended December 31, 2001 is presented net of an assumed tax rate of 36% as follows:

| | | |
|---|---|---:|
| Net income: | | |
| Gain (loss) on sales of securities | $ | - |
| Income tax benefit (expense) | | - |
| | $ | - |
| Other comprehensive income (loss): | | |
| Holding gain arising during period, net of tax | $ | 328,512 |
| Reclassification adjustment, net of tax | | - |
| Net gain recognized in other comprehensive income | $ | 328,512 |



8

**NU-D-ZINE, INC.**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2001**

### (J) Investment in Marketable Securities

The Company's policy is to invest in various equity or debt instruments. Management determines the appropriate classification of its investments at the time of acquisition and reevaluates such determination at each balance sheet date. Trading securities are carried at fair value, with unrealized trading gains and losses included in earnings. Available-for-sale securities are carried at fair value, with unrealized gains and losses, net of tax, reported as a separate component of stockholders' equity. Investments classified as held-to-maturity are carried at amortized cost. In determining realized gains and losses, the cost of the securities sold is based on the specific identification method.

**NOTE 2**  **NOTE RECEIVABLE**

On April 12, 2001, the Company advanced $250,000 to a publicly held corporation and received a 12% note. The note was originally due July 12, 2001, but was extended by mutual agreement. Interest income in the amount of $21,250 was accrued as of December 31, 2001. As additional consideration for the note, the Company received 150,000 unregistered common shares of the publicly held corporation (See Note 3). The common shares received were recognized as additional interest income during 2001 in the amount of $150,000 based on the trading price of the publicly held corporation on the date of issuance of $1.00 per share.

**NOTE 3**  **INVESTMENT IN MARKETABLE SECURITIES**

Investment in marketable securities consists solely of common shares invested in a publicly held corporation. On April 12, 2001, the Company received 150,000 shares accounted for as additional interest income (See Note 2). On May 31, 2001, the Company purchased 1,470,000 additional shares of the publicly held corporation for $308,700, which were subsequently sold in 2002 (See Note 7).

The Company classifies its investments in marketable securities as available for sale securities, and those it intends to hold for more than one year as non-current. Unrealized holding gains and losses are reported as a separate component of stockholders' equity as part of other comprehensive income, until realized. A reconciliation of original cost to fair market value for securities held at December 31, 2001 follows:

| | | |
|---|---|---:|
| Investment in marketable securities, at cost | $ | 458,700 |
| Unrealized gain | | 513,300 |
| Investment in marketable securities at fair market value | | 972,000 |
| Less current portion | | 972,000 |
| Non-current portion | $ | - |



9

NU-D-ZINE, INC.
NOTES TO FINANCIAL STATEMENTS
AS OF DECEMBER 31, 2001

NOTE 4    STOCKHOLDERS' EQUITY

(A) Authorized Shares

In March 1993, the Company authorized 500 shares of common stock at $1.00 per share. On May 20, 1997, the Company's stock split 4,000 for 1 to 2,000,000 authorized shares. On November 20, 1999, the Company's stock split 3 for 1. During 2000, the Company increased its authorized shares of common stock to 50,000,000 and changed its par value to $.001 per share. All share amounts have been retroactively restated accordingly. On January 12, 2001, the Company increased its authorized shares of common stock to 125,000,000 and authorized 5,000,000 shares of preferred stock at $.001 par value.

(B) Stock Issued for Services

On December 26, 2000, the Company entered a plan of reorganization with Lancer whereby Lancer purchased 10,900,000 shares (approximately 94.5%) of the Company's then outstanding common stock from existing stockholders for consideration of $400,000 or $0.0367 per share. In connection with this transaction, 550,000 shares were issued as commission for consulting services. Accordingly, $11,468 of consulting fees were recognized in 2000. The price per share was calculated by averaging the cost of the shares purchased by Lancer with the cost of shares issued for cash in December 2000.

(C) Stock Issued for Cash

On December 29, 2000, the Company issued 30,000,000 common shares and 40,000,000 warrants for an aggregate of $350,000. Since the Company does not have an active market, the proportional method was used to allocate the proceeds received between the common shares and the warrants issued based on the total number of shares and warrants, or $.005 per share or warrant. Accordingly, $150,000 was assigned to the shares and $200,000 was assigned to the warrants. As part of the transaction, 2,500,000 common shares were issued to a corporation for direct placement fees and $12,500 was applied against additional paid-in capital.

On March 30, 2001, the Company issued 5,000,000 common shares and 10,000,000 warrants for an aggregate of $500,000. Since the Company does not have an active market, the proportional method was used to allocate the proceeds received between the common shares and the warrants issued based on the total number of shares and warrants, or $.0333 per share or warrant. Accordingly, $166,667 was assigned to the shares and $333,333 was assigned to the warrants. As part of the transaction, $50,000 and 500,000 common shares were issued to a corporation for aggregate direct placement fees of $66,650 that were applied against additional paid-in capital.



10

**NU-D-ZINE, INC.**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2001**

On May 30, 2001, the Company issued 1,500,000 common shares and 5,000,000 warrants for an aggregate of $350,000.  Since the Company does not have an active market, the proportional method was used to allocate the proceeds received between the common shares and the warrants issued based on the total number of shares and warrants, or $.0538 per share or warrant.  Accordingly, $80,769 was assigned to the shares and $269,231 was assigned to the warrants.  As part of the transaction, $35,000 and 150,000 common shares were issued to a corporation for aggregate direct placement fees of $43,070 that were applied against additional paid-in capital.

**NOTE 5**  **STOCK WARRANTS**

During 2000, the Company issued an aggregate of 40,000,000 warrants with exercise prices of $.03 and $.05 per share and having a fair value of $200,000.  During 2001, the Company issued an aggregate of 15,000,000 warrants with exercise prices of $.20 to $.30 per share and having a fair value of $602,564 (See Note 4(C)).

**NOTE 6**  **INCOME TAXES**

Income tax expense (benefit) for the period ended December 31, 2001 and 2000 is summarized as follows:

|  | 2001 | 2000 |
|---|---|---|
| Current: |  |  |
| Federal | $ 38,045 | $ - |
| State | - | - |
| Deferred portion (benefit) | 4,128 | (4,128) |
| Income tax expense (benefit) | $ 42,173 | $ (4,128) |

The Company's tax expense differs from the "expected" tax expense for the period ended December 31, 2001 and 2000 as follows:

|  | 2001 | 2000 |
|---|---|---|
| U.S. Income tax provision (benefit) | $ 46,301 | $ (4,128) |
| Effect of net operating loss carryforward utilized | (4,128) | - |
| Effect of unused net operating loss carryforward | - | - |
|  | $ 42,173 | $ (4,128) |



11

**NU-D-ZINE, INC.**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2001**

The tax effects of temporary differences that give rise to significant portions of deferred tax assets and liabilities at December 31, 2001 and 2000 are as follows:

|  | 2001 | 2000 |
|---|---|---|
| Deferred tax asset: |  |  |
| Net operating loss carryforward | $ - | $ 4,128 |
| Total gross deferred tax asset | - | 4,128 |
| Less valuation allowance | - | - |
| Total Deferred Tax Asset | $ - | $ 4,128 |
| Deferred tax liability: |  |  |
| Unrealized gain on investment in marketable securities | $ (184,788) | $ - |
| Total Deferred Tax Liability | $ (184,788) | $ - |

**NOTE 7    SUBSEQUENT EVENT**

During 2002, the Company sold 1,470,000 shares of its investment in a publicly held corporation for aggregate proceeds of $516,000.





## STENTON LEIGH
### CAPITAL CORP.

May 22, 2003

Mr. Michael Lauer
Investment Manager
Lancer Management, LLC
375 Park Avenue, Suite 2006
New York, NY 10152

<u>**Re:  Value of a Control Ownership Position**
**in Fidelity First Financial Corp. at December 31, 2002**</u>

## 1.0  INTRODUCTION

This independent Valuation Opinion provides a Valuation of a control ownership position in Fidelity First Financial Corp. ("FFIRD" or the "Company") as at December 31, 2002 (the "Valuation Date"). Due to the Company's history of losses this Valuation Opinion has been performed based upon the forecasts provided to us by Company management. No independent analysis has been performed to determine the validity or reasonableness of the Company's forecasts since the scope of this Valuation Opinion was performed based upon the forecasts provided, as we were requested.

### 1.1  Fair Market Value

For the purposes herein, fair market value is based on the definition prescribed under Internal Revenue Service ("IRS") Revenue Ruling 59-60, as follows:

> *The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of all relevant facts.*

## 2.0  SUMMARY

According to the information and documents reviewed and the explanations and forecasts included herein, the assumptions on FFIRD's business at the Valuation Date, particularly the forecasts provided to us by Company management, and the other assumptions set out below, the value of the control ownership position in FFIRD at the Valuation Date was approximately **$114,633,978 or $6.67/share.**

1900 NW Corporate Blvd., Suite 305 West, Boca Raton, FL 33431
Phone (561) 241-9921, Fax (561) 241-7011
www.stentonleighgroup.com



EXHIBIT
G

## 3.0  SCOPE OF REVIEW

The scope of this analysis included discussions, reliance and review of the following:

    a)    Certain descriptive literature prepared by FFIRD was reviewed;

    b)    Discussions with management of the Company, including review of the financial forecasts for the Company, included in Appendix I; and,

    c)    Information on the Company's market and competitive position and outlook at the Valuation Date;

    d)    Relevant external and internal public information including economic, investment, industry, public market and transaction data as a background against which to assess findings specific to the business were considered, included in Appendices II and III;

    e)    Historical financial data included in Appendix IV;

    f)    Major contracts both existing and anticipated in the very near future, if any, were discussed with management, and any features or factors that may have an influence on value.

    g)    Reviewed valuation literature relating to blockage discounts and control premiums.

## 4.0  RESTRICTION AND DISCLAIMER

This Valuation Opinion Report is not intended for general circulation or publication, nor is it to be reproduced or used for any purpose other than that defined above without our written permission in each specific instance. We do not assume any responsibility or liability for losses occasioned users of this Valuation Opinion Report, other than those responsibilities or liabilities outlined in our engagement letter with the Company. We reserve the right to review all calculations included or referred to in this Valuation Opinion Report and, if we consider it necessary, to revise our estimate in light of any new facts, trends or changing conditions existing at any date prior to or at the Valuation Date which become apparent to us subsequent to the date of this Valuation Opinion Report.

## 5.0  UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE

Standards have established the minimum basis for the development of and the reporting of an appraisal. The standards are intended to aid users of appraisal services as well as set minimum requirements for appraisal practitioners.

These standards are based on the original Uniform Standards of Professional Appraisal Practice ("USPAP") developed in 1986-87 by the Ad Hoc Committee on Uniform Standards and copyrighted in 1987 by The Appraisal Foundation. Prior to the establishment of the Appraisal Standards Board in 1989, the USPAP had been adopted by major appraisal organizations in North America and became recognized as the generally accepted standards of appraisal practice.

Uniform Standards are the rules under which professional appraisers will work. The Standards are contained in a living document and, therefore, are subject to continual updating and change. The appraisers are required to keep current with the changes. A synopsis, brief reading or review of the standards will not suffice, and an appraiser must study, understand, obtain clarification of, comply and keep current with, and incorporate the standards into all appraisal practice.

The Appraisal Qualification Board ("AQB") has the function of establishing minimum qualifications for appraisers for state licensing and certification. The AQB establishes educational testing standards.

The Appraisal Standard Board ("ASB") has the function of promoting the acceptance and implementation of the Uniform Standards of Professional Appraisal Practice. The ASB sets the rules for developing an appraisal and communicating its results. USPAP sets the professional standards for all appraisals and all disciplines.

Standards 9 and 10 pertain to business valuations. Standards Rule 9-4 specifies the major requirements of a business appraisal. This Report analyzes the appropriate approach to value and as set out herein is the background information as required under USPAP

## 6.0 BACKGROUND

FFIRD is looking to become a specialty finance, distribution and marketing company that will engage in the business of originating, funding and selling mortgages secured by first and second liens on residential properties, new construction, debt consolidation, rehabilitation consumer loans and title insurance through one or more operating subsidiaries. Fidelity currently has a letter of intent to acquire two separate mortgage companies to re-enter the mortgage business. The companies are Community First Financial and First Guaranty Mortgage, more completely described in Sections 6.2 and 6.3, below.

Fidelity was founded in 1995 as a retail sub-prime mortgage lender and successfully focused on targeted direct mail and telemarketing efforts to generate loan volume. In 2000, the Company exited the mortgage business by selling the two operating subsidiaries. Today, in order to capitalize on its industry expertise, market and product knowledge and develop a distribution company with proprietary products and multiple marketing channels, the Company intends to embark on significant growth plan initially through acquisitions. The Company currently has a letter of intent to acquire two mortgage companies, Community First Financial and First Guaranty Mortgage, which will provide the necessary framework to become a national distribution company.

## 6.1 The Industry

The prime mortgage segment of the consumer mortgage banking industry enjoyed the best year on record in 2002. The mortgage banking industry is the largest consumer debt-related sector in the United States. In 2002, mortgage origination volume reached a record high of $2.4 trillion, and is forecasted to be $2.0 trillion in 2003. The sub-prime segment of the mortgage market saw origination volume grow to $160 billion in 2002 and is expected to top $150 billion in 2003.

Centura Investment Bank noted in its mortgage industry report that "industry leaders expect entrepreneurial-minded investors to continue creating mortgage banks and to develop them into regional and in, some cases, national origination companies that will become attractive acquisition targets for larger companies. This cycle has repeated itself many times and experts expect it to continue with changes that reflect the evolving nature of the mortgage market". Accordingly, the companies that fit this description best are marketing and

---

technology driven. With the deregulation of the banking industry, marketing, technology and an extensive distribution network are indispensable components of the Company's commitment to its long-term success.

## 6.2  Community First Financial

Started in 1999, Community First Financial ("CFF") is a mortgage banker headquartered in Columbia, MD that is creating a niche in the consumer finance industry through the use of an information-driven marketing strategy and direct response service delivery system. CFF emphasizes A- and subprime quality loans with strong controls on determining underlying value and payment risk. CFF uses information-driven marketing to generate nationwide direct mail leads who wish to consolidate their credit card and installment debts in first and second home equity loan products. CFF has experienced substantial growth over the past four years without the use of securitization, with loan originations increasing from $66 million in 1999 to over $192 million in 2002.

### 6.2.1  Community First Financial Business Strategy

Focus on Sales and Marketing - CFF focuses intensely on marketing utilizing its sophisticated expertise in information marketing.

Customer Service - CFF believes that its ability to provide quick turnaround by a highly trained staff that has a strong customer service bias is essential to transforming customer inquiries into closed loans. This is accomplished with a highly trained, motivated and productive staff using the latest technology while maximizing return on capital.

Superior Underwriting Capability - Because CFF sells all the loans it originates, the underwriting function and loan quality are critical to its success. CFF believes that its reputation for quality in underwriting a variety of products, documenting loans and understanding the objectives of its primary investors affords it the ability to originate loans with a proven high likelihood of a prompt sale on favorable terms.

Technology - CFF uses state of the art information technology using proprietary neural modeling to generate likely customers for its products.

### 6.2.2  CFF Products

CFF has a comprehensive offering of fixed and adjustable rate, first and second lien residential mortgage products. CFF lends to individuals whose credit needs are generally not being served by traditional financial institutions. Loan products are designed to fill a variety of consumer needs, including debt consolidation and paying medical and educational expenses. Other products enable borrowers to refinance existing debt in order to lower monthly payments.

## 6.3  First Guaranty Mortgage

First Guaranty Mortgage (FGM) headquartered in Tysons Corner, VA is a residential mortgage banker engaged in the origination and sale of residential mortgages. FGM was founded in 1988 by Ken Clark, current president and owner. FGM follows the traditional model of mortgage banking whereby it operates branch offices throughout the Mid-Atlantic area. FGM is a full service lender, providing conventional, FHA and VA loans as well as a full line of NonConforming products. FMG is one of the top five mortgage lenders in the Washington D.C. metropolitan area with over $500 million of loans originated in 2002.

### 6.3.1  First Guaranty Business Strategy

- Expand through a net branch strategy. FGM's net branch strategy provides entrepreneurial mortgage brokers their current independence while they benefit from: recruitment; reduced administrative duties; increased loan volume; improved turnaround time and better close ratios.

- Develop its ecommerce originations through a *superior technology platform*. The internet will play a key role in transmitting information on a timely basis between FGN and its net branches.


### 6.4  FFIRD Business Objectives

- Focus on acquisitions as an engine to growth.

- Develop a greater presence on the Internet.

- Expand net branching and launch a community bank distribution network. Implement a technology platform to support an integrated business environment and systems that move toward the emerging technologies, concentrating on current "Internet" technologies.

- Build and develop a knowledgeable and customer-oriented staff.

- Determine synergistic approaches to integrating all back office functions.

- Develop training programs that support all aspects of the business. Look to the Secondary Market to negotiate niche commitments.


### 6.5  Risk Factors

Economic Conditions  - The Company's business may be adversely affected by periods of economic slowdown or recession which may be accompanied by decreased demand for consumer credit and declining real estate values. Any material decline in real estate values reduces the ability of borrowers to use home equity to support borrowings and increases the loan-to-value ratios of loans previously made by the Company and sold to its investors.

The Company as mentioned will target credit-impaired borrowers. While the Company believes that the underwriting criteria will enable it to mitigate the higher risks inherent in loans made to these borrowers, no assurance can be given that such criteria will afford protection against such risks. In general, the Company will only hold loans for a period of up to 45 days before selling them; the risk of loss during this period is minimal.

Interest Rate Risk - Profitability may be directly affected by the levels of and fluctuations in interest rates. In addition, profitability of the Company is likely to be adversely affected during any period of unexpected or rapid change in interest rates. For example, a substantial or sustained increase in interest rates could adversely affect the demand for housing and the Company's ability to purchase and originate loans.

Competition - As a purchaser and originator of mortgage loans, the Company will face intense competition primarily from mortgage banking companies, commercial banks, credit unions, credit card issuers and finance companies. Many of theses companies in the financial services industry will be larger and better capitalized

than the Company. Competition can take many forms, including convenience in obtaining a loan, customer service, marketing and distribution channels and interest rates. Competition may also be affected by interest rates and general economic conditions.

The Company will to a large extent depend on brokers, financial institutions and other mortgage bankers for origination of new loans.

Legislative and Regulatory Risk -  The Company's business is subject to extensive regulation, supervision and licensing by federal and state governments and is subject to various laws and judicial and administrative decisions imposing requirements and restrictions on part or all of its operations. These rules and regulations, among other things, impose licensing obligations on the Company, establish eligibility criteria for mortgage loans, prohibit discrimination, provide for inspections and appraisals of properties, require credit reports on loan applicants and in some cases, fix maximum interest rates, fees and mortgage loan amounts. Failure to comply with these requirements can lead to loss of approved status, termination or suspension of activities.

## 6.6 Financial Summary

Set out on the following page is a summary statement of financial position for the Company at December 31, 2002, and following this table is a summary of the Company's historical and forecasted results of operations for the years ended December 31 1999 to 2005. The historical and forecasted information  included in this summary has been provided to us by Company management.

Fidelity First Financial Corp.
Balance Sheet

|  | December 31, 2002 |
|---|---|
| **Current Assets** | |
| Cash | $      101 |
| Warehouse Loans Receivable, net | 0 |
| **Total Current Assets** | 101 |
| Investment - Valley Pine Mortgage | 25,000 |
| Fixed Assets, net | 0 |
| **Total Assets** | $25,101 |
| **Current Liabilities** | |
| Accounts Payable and Accrued Expenses | $341,442 |
| Warehouse Borrowings | 15,000 |
| **Total Current Liabilities** | 356,442 |
| Notes Payable | 144,123 |
| **Total Non-Current Liabilities** | 144,123 |
| **Equity** | |
| Common Stock | 49,874 |
| 18% Preferred Stock | 75,000 |
| Series A Preferred Stock | 18 |
| Series C Preferred Stock | 5 |
| Series D Preferred Stock | 1,956 |
| Additional Paid In Capital | 25,059,396 |
| Retained Earnings | (25,661,713) |
| **Total Equity** | (475,464) |
| **Total Liabilities and Equity** | $25,101 |

---

Fidelity First Financial Corp.
Summary Income Statement
Results of Operations for the years ended December 31
(000s)

| | 1999 | 2000 | 2001 | 2002 | 2003F | 2004F | 2005F |
|---|---|---|---|---|---|---|---|
| Revenues | 4,856 | 1,589 | (107) | - | 52,438 | 75,245 | 82,791 |
| Expenses | 7,457 | 6,233 | 1,422 | 916 | 33,684 | 47,696 | 52,407 |
| Income before taxes | (2,601) | (4,644) | (1,529) | (916) | 18,754 | 27,549 | 30,384 |

F = Forecasted

Company management are forecasting a significant turnaround from a history of consistent losses to that of profitability due to the two planned acquisitions and continued contemplated growth thereafter. We have not independently verified the accuracy or reasonableness of such forecasts, but have performed this valuation under the assumption they are reasonable, as requested by Company management.

------------------------------------------------------------------------------------------

## 7.0  VALUATION APPROACH

Having considered the generally accepted valuation methods and the particular attributes of the Company, we are of the opinion that in order to determine the value range of the Common Shares of the Company it is necessary to analyze various methods of valuing Common Shares as discussed extensively in valuation literature.

This section outlines the concept of fair market value and identifies the criteria which we have applied in developing the Valuation Opinion.

## 7.1  Fair Market Value

The term "fair market value," is based on the definition prescribed under Internal Revenue Service ("IRS") Revenue Ruling 59-60, as follows:

> *The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of all relevant facts.*

## 7.2  Valuation Principles

The fair market value of a going concern business is generally a function of the income and capital recovery returns that are expected in light of the risks associated with the realization of these future returns and the prospects for growth in the expected returns. In most going-concern situations the worth of a business is expressed as a capital sum through the application of a capitalization factor or multiple to an estimate of current or expected future earnings or cash flows, or through application of a discount rate to expected future cash flows.

Asset values will constitute the prime determinant of corporate worth where operations have historically been unprofitable or earnings marginal in relation to invested capital and the company may not be a going concern. In the case of a company which does not possess sufficient earnings potential to warrant treatment as a going-concern, assets are stated at their liquidation values.

Due to the Company's history of losses combined with a positive future outlook as presented to us by FFIRD management at the Valuation Date, we believe that Income, Market and Asset approaches to values for the Company are appropriate approaches to compute in the value determination.

There is no single correct method or approach to valuation, and a comprehensive valuation report will usually consider at least one method from each of the three broad valuation approaches - the market approach, the asset approach and the income approach. In some instances, one or more approaches to value may be either inappropriate or not applicable because of the purpose of the appraisal, the type of business or interest being appraised, or the lack of adequate information available to the appraiser.

The various methods often arrive at value estimates based on different levels of control and marketability. Therefore, the value estimates derived from the different methods must be adjusted to a consistent level (i.e., marketable majority, non-marketable majority, marketable minority, or non-marketable minority). Finally, these results are then reconciled to determine a final opinion of value for the entity being appraised.

---

During the course of this appraisal, we considered various valuation methodologies, and have relied on the chosen methods as being that most likely to be considered by the hypothetical willing buyer and willing seller and hence, "mirror the market." The chosen valuation method was also considered for its applicability in this particular appraisal. All relevant valuation approaches and methods were considered in performing the valuation of the subject equity interest. The basic approaches to valuing a business interests and their consideration in this appraisal are discussed below.

## Market Approach

The market approach suggests that the value of the entity can be determined by examining the "market" that has been established by historical experience. This approach is a general way of determining a value indication for a business interest by using one or more methods that compare the subject to similar businesses, or partial interests in similar businesses, that have been sold. Examples of market approach methods include the guideline company method and the analysis of prior transactions in the ownership of the subject business. The business used for comparison must serve as a reasonable basis for such comparison. In searching for guideline companies, factors to be considered in judging whether a reasonable basis for comparison exists include:

- A sufficient similarity of qualitative and quantitative investment characteristics.
- The amount and verifiability of data known about the similar investment.
- Whether or not the price of the similar investment was obtained in an arm's length transaction or was instead purchased in a forced or distressed sale.

Should comparable market transaction data be located that is deemed to be reasonably similar, comparisons are normally made through the use of valuation ratios. The computation and use of these ratios should provide meaningful insight and guidance about the subject, considering all relevant factors. Therefore, care should be exercised with respect to issues such as:

- The selection of the underlying data used to compute the valuation ratios.
- The selection of the time periods and/or the averaging methods used for the underlying data.
- The computation of the valuation ratios.
- The timing of the price data used in the valuation ratios.
- How the valuation ratios were selected and applied to the subject entity's underlying data.

Finally, comparisons should be made by using comparable definitions of the components of the valuation ratios, such as earnings and cash flow.

## Asset Approach

The asset approach, sometimes referred to as the cost approach, is conceptually the least complex of all approaches to consider and use as an appraisal guideline. The asset-based approach is a general way of determining a value indication of a business interest using one or more methods based directly on the value of the assets owned by the business less the business's liabilities. In theory, a buyer would not pay more than it would cost to create an entity of equivalent economic utility. Therefore, the concept is to adjust all assets and liabilities, whether or not recorded on the entity's balance sheet, to market value. Generally, the entity is presumed to be a going concern and the adjustments will reflect that premise. The asset approach typically does not take into consideration the "intangible" value of the enterprise, unless these assets are specifically identified and valued. The asset-based approach should be considered in valuations conducted at the total

VALUE OF A CONTROL OWNERSHIP
POSITION IN FIDELITY FIRST FINANCIAL CORP.

PAGE 11

entity level or involving a business appraised on a basis other than a going concern. Valuations of particular ownership interests in an entity may or may not require the use of the asset-based approach.

## Income Approach

The income approach develops a value that arises from the presumed ability of the entity to produce a profit or return on investment ("ROI") for its owner. This approach is a general way of determining a value indication of a business by using one or more methods through which anticipated benefits are converted into value as of the Valuation Dates. Anticipated benefits are expressed in monetary terms and may be reasonably represented by such items as dividends or various forms of earnings cash flow.

Both capitalization of benefits method and discounted future benefits methods are acceptable. In capitalization of benefits methods, a representative benefit level is divided or multiplied by an appropriate capitalization factor to convert the benefit of value. In discounted future benefits methods, benefits are estimated for each of several future periods. These benefits are converted to value by applying an appropriate discount rate and using present value procedures.

Anticipated benefits are converted to value by using procedures that consider the expected growth and timing of benefits, the risk profile of the benefits stream, and the time value of money.

The conversion of anticipated benefits to value normally requires the determination of a capitalization factor or discount rate. In that determination, the appraiser should consider such factors as the level of interest rates, the rates of return expected by investors on alternative investments, and the specific risk characteristics of the anticipated benefits. Therefore, the two basic components of the income approach are the measure of income and the required rate of return.

In capitalization of benefits methods, expected growth is incorporated in the capitalization factor. In discounted future benefits methods, expected growth is considered in estimated in the future stream of benefits.

## Approaches Considered

It is widely recognized that there is no one correct method of valuation, and that any valuation depends upon an analysis of the relevant facts, common sense, and the informed judgment of the appraiser. A full and complete appraisal requires the analyst to implement all relevant valuation methods that are appropriate to the particular valuation assignment. For this valuation, the appraiser has considered at least one method under each approach.

# MARKET APPROACH

## 7.3  Market Approach

### 7.3.1  Publicly Traded Guideline Companies

One method within the market approach is to search for transaction data for similar and relevant "guideline" corporations.  The appraiser must locate publicly traded companies that are similar in nature and operations to the company being valued.  When guideline companies can be identified and are deemed to be applicable, the appraiser may form comparisons between the performance of the group of guideline companies and the subject business.  These comparisons are known as indicators of value or price multiples and may include Tangible Book Value Multiple, Price/Earnings, TIC/Cash Flow, and TIC/Sales.

We conducted a search of public companies operating in the same industry as FFIRD.

### 7.3.2  Selection of Guideline Comparable Companies

In order to select the appropriate multiples to be applied in this Valuation Report, we analyzed four principal approaches:

       1.      Reviewed companies in the Financial Sector;

       2.      Reviewed companies in the Consumer Financial Services Industry (listed in Appendix III);

       3.      Compared the results of numbers 1 and 2 above to the Company's historical results and to the S&P 500;

       4.      Selected a short list of "guideline" companies being the closest in comparability to FFIRD.

The results of the findings for numbers 1 through 4 above are set out in the Ratio Comparison table later in this report.

The first step in applying the market approach to valuing a Company is to identify publicly traded companies that are comparable.  Analysts who regularly value companies in different industries have well-defined methods for determining which companies are comparable to the subject company.  The procedure used to develop the group of public companies includes the following steps, which may or may not be obvious depending on the situation:

- The industry or industries in which the Company operates are identified;

- Various databases are searched for a group of companies in a line of business similar to that of the Company;

- Detailed descriptions and business segment data for the potential guideline companies are reviewed to eliminate those with products or services that differ from the subject Company;

- Companies whose stock is thinly traded are typically eliminated, as such companies' transactions data is less meaningful; and,

- The remaining companies are further analyzed in terms of operating, financial, geographical, industry, and/or market characteristics to insure that they are reasonable for inclusion in the guideline company group.

The last step in this process is the most subjective. A thorough understanding of the financial standing and the operating performance of the subject Company is essential to establishing the parameters by which to screen guideline data. Screens should include revenue mix, market, products, size of company, revenue, margins, capital structure, and growth – both historical and estimated. While an optimal guideline group will contain numerous companies, the number of companies included will depend on the similarity to the Company, trading activity, and the financial information available.

A perfect guideline company is identical to the Company with regard to business type, capital structure, size, and primary market. It has similar management dynamics, has a stock that is widely traded, encounters the same risks and opportunities, and, importantly, has the same prospects for growth in the near term, immediate term, and long term. Because it is in essence a mirror image of the subject Company, a perfect market comparable provides a whole range of meaningful valuation multiples which can be applied to reported and/or prospective operating results and provide a meaningful and defensible valuation. Of course, perfect guideline companies rarely exist, and finding an entire group of, say, five to eight perfect guideline companies is almost unheard of. As a result, it is often necessary to make some adjustment to the multiples derived from the group.

Once the group of guideline companies is identified, critical valuation data about each company should be assembled into a table. This table includes critical balance sheet and income statement data, trading information about the guideline companies, and, of course, an array of valuation multiples implied by public market pricing.

We have selected a number of companies we see comparable to FFIRD. Although none of the selected companies are "exact", they represent companies in the consumer financial services business indicative of FFIRD.

To apply the market approach, we performed a computerized database search for guideline companies that could be considered "comparable" to FFIRD. This search revealed the following companies:

| | |
|---|---|
| CFC | = Countrywide Financial Corp. |
| AMSF | = Aames Financial Corp. |
| AHMH | = American Home Mortgage Holdings, Inc. |
| NCEN | = New Century Financial |

Set out on the following pages is a summary of the selected company analysis.

|  | Valuation | | | | | Market Cap. (millions) |
|---|---|---|---|---|---|---|
|  | P/E (TTM) | TIC* to Sales (TTM) | Price to Book (TTM) | Price to Tangible Book (TTM) | TIC* to Cash Flow (TTM) |  |
| CFC | 7.96 | 5.83 | 1.27 | -29.21 | 29.32 | 6,537 |
| AMSF | 158.57 | 10.74 | 0.17 | 0.17 | 53.26 | 7,315 |
| AHMH | 4.15 | 4.30 | 1.12 | 43.79 | 22.96 | 184 |
| NCEN | 3.66 | 4.12 | 1.55 | 1.55 | 13.14 | 598 |
|  |  |  |  |  |  |  |
| TOTAL | 174.34 | 24.99 | 4.11 | 16.30 | 118.68 | 14,634 |
|  |  |  |  |  |  |  |
| AVG | 43.59 | 6.25 | 1.03 | 4.08 | 29.67 | 3,659 |
|  |  |  |  |  |  |  |
| MEDIAN | 6.06 | 5.07 | 1.20 | 0.86 | 26.14 | 3,568 |

* TIC = Total Invested Capital

CFC    = Countrywide Financial Corp.
AMSF   = Aames Financial Corp.
AHMH   = American Home Mortgage Holdings, Inc.
NCEN   = New Century Financial

### 7.3.3  Comparable Analysis Summary

### Valuation Indicators :

Appendix III includes data on the general stock market as well as companies in similar businesses to the Company.  In most cases these companies are significantly larger than the Company, but do provide a basis for determining value, however, we also performed a search of transaction data of companies in a size range similar to FFIRD as included in Appendix III, the general results of which are set out later in this report.

|  |  | December 31, 2002 RATIO COMPARISON Guideline (1) | | | |
|---|---|---|---|---|---|
| Valuation Ratios | Company | Companies | Industry | Sector | S&P 500 |
| P/E Ratio (M) | N/A | 6.06 | 14.56 | 17.82 | 23.15 |
| TIC to Sales (M) | N/A | 5.07 | 2.86 | 3.28 | 3.14 |
| TIC to Cash Flow (A) | N/A | 29.67 | 15.17 | 15.77 | 17.93 |
| Price to Book (A) | N/A | 1.03 | 4.02 | 2.39 | 4.39 |
| Price to Tangible Book (M) | N/A | 0.86 | 5.34 | 3.24 | 7.26 |

* Industry is Financial
** Sector is Consumer Financial Services

(1) Data taken from "MultexInvestor"
(A) - Used average
(M) - Used median

VALUE OF A CONTROL OWNERSHIP
POSITION IN FIDELITY FIRST FINANCIAL CORP.

PAGE 15

## Price to Earnings Multiple ("P/E") Analysis:

Due to losses in 2002, we could not use this multiple approach.

## TIC to Sales Multiple Analysis:

FFIRD had no revenues in 2002, and therefore this valuation approach would not provide meaningful results.

## TIC to Cash Flow:

FFIRD had negative cash flow in 2002, and therefore this valuation approach would not provide meaningful results.

## Book Value Multiple Analysis

Based upon the fact that FFIRD had a negative book value at the valuation date, utilizing book value multiples would not provide meaningful results.

## Tangible Book Value Multiple Analysis

Based upon the fact that FFIRD had a negative tangible book value at the valuation date, utilizing tangible book value multiples would not provide meaningful results.

## Prior Transaction Analysis

The market approach suggests that the value of the entity can be determined by examining the "market" that has been established by historical experience. One method, usually applicable to larger, publicly held corporations, is to refer to the value set by the most recent trading of the stock by private and public investors who have made their own determination as to value. Most closely held businesses, however, generally have little or no trading activity to establish a market price for the shares. FFIRD is a publicly traded company and did not have any private common stock transactions during the past twelve months.

## Mergers and Acquisitions Methodology

This market approach obtains and analyzes information from mergers and acquisitions of entire guideline companies. The sales and pricing information is then applied to the subject company to determine its value. We performed a search of the Pratt's Stats, Mergerstat, and the Institute of Business Appraisers transaction databases. The following details the source and the results of the search:

| SIC Code | Pratt's Stats | | Mergerstat | | IBA | | Total | Selected |
|---|---|---|---|---|---|---|---|---|
| | Total | Selected | Total | Selected | Total | Selected | | |
| 6162 | 12 | 7 | 16 | 0 | 9 | 0 | 37 | 7 |

The majority of the transactions listed above were eliminated because their lines of business were materially different or the transactions were outdated. The remaining transactions selected took place between 1998 and 2000. Due to the limited number selected, we will use the mean and median results.

The following table reflects the mean (or average) and median results for the transactions selected from the above sources:

|  | Net Sales Millions | Net Earnings Millions | Sale Price $000 | TIC/ Sales | Price/ Earnings |
|---|---|---|---|---|---|
| Mean | 10,691 | 2,005 | 8,876 | 0.750 | 8.69 |
| Median | 7,489 | 2,146 | 3,382 | 0.590 | 5.21 |

**FFIRD had no revenues or earnings in 2002, and therefore this valuation approach would not provide meaningful results.**

------------------------------------------------------------------------------------------------------------

## ASSET APPROACH

### 7.4 Asset Approach

### 7.4.1 Net Tangible Book Value Methodology

The net book value ("NBV") of a business is the historical value of that entity's assets less the value of its liabilities.

To calculate the net book value of FFIRD, we referred to the internally prepared financial statements for December 31, 2002.

FFIRD's current assets consist of cash and cash equivalents and other assets.

Management has indicated that all liabilities are supported by adequate documentation to reflect evidence of an obligation of the Company.

**At December 31, 2002 FFIRD had a negative net book value.**

### 7.4.2  Net Tangible Book Value Methodology

The net tangible book value ("NBV") of a business is the historical value of that entity's assets less the value of its intangible assets and liabilities.

To calculate the net tangible book value of FFIRD, we referred to the internally prepared financial statements for December 31, 2002.

FFIRD's current assets consist of cash and cash equivalents and other assets.

Management has indicated that all liabilities are supported by adequate documentation to reflect evidence of an obligation of the Company.

FFIRD has no intangible assets on its balance sheet.

**At December 31, 2002 FFIRD had a negative net tangible book value.**

## INCOME APPROACH

### 7.5  The Income Approach

#### *Capitalized Returns (Single-Period Model)*

Under the capitalized benefits method the normalized earnings or net cash flow for a single period are capitalized by applying a formulated capitalization rate, calculated from an appropriate discount rate, to arrive at the value of the business.

In valuation theory a discount rate represents the total expected rate of return, stated as a percentage, that a buyer or investor would demand on the purchase of an asset given the level of inherent risk in the asset. The discount rate is not utilized as a divisor or multiplier; instead, it is used to determine present value factors that discount a future benefit stream to a present value.

The capitalized returns appraisal method determines the value of a company based on the availability of a stabilized stream of benefits to equity holders, or dividend paying capacity and therefore results in a going concern value. The value is obtained by measuring an anticipated income or cash flow level and then determining its worth by using a rate of return which reflects the annual return an equity investor should require for an investment in a business of the risk level of FFIRD. This required return, or discount rate, is adjusted for the expected long-term growth of the benefit stream.

The capitalized benefits methodology is generally used when a company's future operations are not expected to change significantly from its current normalized operations.

### 7.5.1  Selection of Appropriate Capitalization and Discount Rates

The cost of capital is the total rate of return that a buyer or investor would demand from an ownership interest in a company. This rate is either applied to the company's expected future earnings (discount rate) or is applied to the current or representative earnings of the company (capitalization rate). The capitalization rate is derived from the discount rate by subtracting a company's expected long-term average annual compound growth rate from its discount rate. It is used directly in the value computation as a divisor, and it is applied to a single year benefit stream. This single year benefit stream represents what the company can be expected to generate in the future, based on historical normalized cash flows. Determining a required rate of return on a closely held business is perhaps the single most difficult step in the appraisal process.

The discount rate represents the rate that would be required by an investor considering the inherent risks of a particular company, as well as the rate of return available for investments with similar risks in the marketplace. In other words, the discount rate is the required rate of return an investor would consider necessary to invest in an asset with the amount of risk comparable to that associated with the company being valued.

Consistent with the risk/reward relationship in almost any investment, the greater the investment risk, the greater the required reward. The discount rate uses the risk/reward relationship to convert sums of cash to be received in the future into a present value.

In many cases, appraisers use a build-up approach to arrive at an appropriate discount rate. The build-up approach is based on the principle that each investment has various levels or types of risk characteristic of other investments in the financial markets. These components are added together to arrive at a "built-up" discount rate, which is then used to compute the cost of the capital.

## Components of the Cost of Capital

*Risk Free Rate:*  The risk free rate of return an investor could obtain from a low risk guaranteed investment. Such a return is assumed to be approximately equal to the yield to maturity of long-term Treasury bonds even though this investment is not completely risk free.  The rate of return on long-term U.S. Government bonds is considered a good proxy for the risk-free rate of return.

*Long-Horizon Equity Risk Premium*:  The equity risk premium is the extra return earned by an average equity investor in excess of the return on long-term Treasury securities and was 7.4% through 2001.  The source of this information is the Ibbotson Associates Stocks, Bonds, Bills, and Inflation Yearbook for 2001 (the 2002 Yearbook).  The sum of the risk-free rate and the equity risk premium results in the average market return for publicly traded stocks.

*Expected Micro-Capitalization Equity Size Premium*:  Historically, more risk has been associated with the typical small company than with a large, publicly traded company; therefore, investors in a typical small business will demand a higher rate of return.  The Ibbotson Yearbook indicates that the difference between the total returns on large stocks and small stocks was 3.3% through 2001.  The average small company in this study was listed on the New York Stock Exchange and has a market capitalization of less than $192 million.

*Specific Company Risk Premium*:  Other risk factors that must be analyzed include the Company's industry, the Company's financial risk, the diversification of the Company's operations, depth and quality of management and other operational characteristics of the Company.

## Risk Factors

FFIRD has had significant historical losses and is predicating its forecasts on the successful integration of two acquisition candidates.  The failure to complete one or both of these transactions, or successfully integrate them could have a material adverse effect on FFIRD's liquidity and forecasted results

The risks inherent in FFIRD can be classified into four broad categories:  economic conditions, interest rate risk, competition and legislative and regulatory risk.  These categories are described in more detail in Section 7.5.

We have assigned an additional risk premium of 10% for these risk factors.

---

## Determination of Cost of Capital

The calculation of this "build up" rate resulted in an estimated discount rates of 25% as shown in the following table.  We have used this discount rate in our value calculations.  The capitalization rate of 20% was used to calculate the terminal value of the Company.

|                                          | 12/31/02 |
|------------------------------------------|----------|
| Risk free rate                           | 4.8%     |
| Equity risk premium                      | 7.4%     |
| Small company risk premium               | 3.3%     |
| Company specific risk premium            | 10.0%    |
| Discount rate (cost of capital)          | 25.5%    |
| Adjust for estimated growth rate         | 5.0%     |
| Capitalization rate for terminal value   | 20.5%    |

**The capitalized benefits methodology is generally used when income is normal and recurring and the company's future operations are not expected to change significantly from its current normalized operations.  FFIRD has had a history of losses and therefore, this method of determining value could not be applied.**

## 7.6 Discounted Cash Flow Analysis

The discounted cash flow approach is favored by those involved in the commitment of capital to fixed assets where reasonably reliable cash flow forecasts can be made. However, future business cash flows are often difficult to project accurately. Discounted cash flows are normally applied where future cash flows can be reasonably and consistently forecasted. Historically, the discounted cash flow approach to value has been used extensively on capital budgeting decisions. The discounted cash flow approach is simply the present value of future cash flows. Although the Company does not have a readily predictable stream of earnings, our value conclusion is based upon management's forecasts. Taking into consideration the factors set out above and the returns realized for various investments as discussed above, we selected a discount rate of 25% as reflective of investor expectations for an investment into the Company at the Valuation Date. This rate takes into account the public company capitalization rates as set out above plus a risk factor for the Company's size and shareholders having limited liquidity for their investment. Further, we examined interest rates and investor returns and selected those rates as representative.

When computing net present value it is appropriate to capitalize the final year of the forecast to reflect the future cash flows to be realized.

Following is a discounted cash flow analysis as of the valuation date.

PAGE 22

VALUE OF A CONTROL OWNERSHIP
POSITION IN FIDELITY FIRST FINANCIAL CORP.

Fidelity First
Discounted Cashflow Analysis
December 31, 2002

| Fiscal Year Ended | EBITDA | Less: Depr. (2) & Non-Cash | EBIT | Less: (1) Taxes | Add: Application Of Loss Carry. (4) | EBI | Add: Depr. (2) & Non-Cash | Less: Capital Expend. | Less: Working Cap. Needs | Net Post Tax Cash Flow | Present (3) Value @ 25.5% | Total Present Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 (E) | $ 19,046,000 | $ 292,000 | $ 18,754,000 | $ 7,220,290 | $ 4,009,472 | $ 15,543,182 | $ 292,000 | $ 300,000 | - | $ 15,535,182 | 0.8944 | $ 13,894,667 |
| 2004 (E) | $ 27,947,000 | $ 398,000 | $ 27,549,000 | $ 10,606,365 | - | $ 16,942,635 | $ 398,000 | $ 300,000 | - | $ 17,040,635 | 0.7155 | 12,192,574 |
| 2005 (E) | $ 30,866,000 | $ 482,000 | $ 30,384,000 | $ 11,697,840 | - | $ 18,686,160 | $ 482,000 | $ 300,000 | - | $ 18,868,160 | 0.5724 | 10,800,135 |

Total Present Value of Cash Flows                                                                                        36,887,376

Terminal Value of future cash flows:     ($18,686,160*1.05/.205)     $ 95,709,600   $ 482,000   $ 120,000   -   $ 96,071,600   0.5724   54,991,384

Unused Loss Carryforward                                                                                      $   -        0.5724     -

Total Value of Future Cash Flows                                                                                         $ 91,878,760

(1) Taxes at 38.5%
(2) Includes depreciation
(3) Utilizes mid-year discount rate
(4) Assumes no loss carryforward benefit

The Forecast EBITDA was determined by taking management's forecasts as included in Appendix IV.
Net Capital Expenditures and working capital needs were estimated by FFIRD management.
For the Terminal Value, after discussion with FFIRD management we selected a 5% long-term growth rate which reduces the capitalization rate.
The Discount Rate was selected based upon the determination of a Capitalization Rate described earlier in this Report, which equaled 25.5%.

**This results in a value of $91.879 million.**

## 7.7  Control Value Relationship

Having determined a business' value, the final step in concluding our Opinion is to determine if a premium or discount is appropriate for the shares being valued.

Although there are many types of premiums and discounts that may be encountered in performing a business valuation, the most common are control premiums, minority interest discounts and discounts for lack of marketability.

The Business Valuation Committee of the American Society of Appraisers has defined "control premium" and "minority interest discount" as follows:

| | |
|---|---|
| **Control Premium:** | The additional value inherent in the control interest, as contrasted to a minority interest that reflects its power of control. |
| **Minority Interest Discount:** | The reduction, from the pro rata share of the value of the entire business, to reflect the absence of the power of control. |

### 7.7.1  Prerogatives of Control

There are many things a control owner may be able to do that a minority cannot. These include, for example, the abilities to:

- Decide on levels of compensation for officers, directors, and employees;

- Decide with whom to do business and enter into binding contracts, including contracts with related parties;

- Decide whether to pay dividends and, if so, how much;

- Register the stock with the Securities and Exchange Commission for a public offering;

- Repurchase outstanding stock or issue new shares;

- Make acquisitions or divest subsidiaries or divisions;

- Buy, sell, or hypothecate any or all company assets;

- Determine capital expenditures;

- Change the capital structure;

- Amend the articles of incorporation or bylaws;

- Sell a controlling interest in the company with or without participation by minority shareholders;

- Select directors, officers, and employees; and,

- Determine policy, including changing the direction of the business.

Depending on state laws, the company's articles of incorporation and bylaws, and agreements with lenders, any of the above prerogatives of control may be exercised by a simple majority control, or they may require some level of supermajority. About half the states require some degree of supermajority, most often two-thirds, for certain major corporate actions such as selling out, merging, or liquidating the company's major assets. If the stock is widely distributed, or if certain contractual rights exist, a block of stock constituting less than a majority may have effective control over some of the above prerogatives.

The term 'premium for control' often is cited in transactions involving the takeover of publicly traded companies. Historical studies have suggested that when takeovers of companies whose shares are publicly traded occurs, average takeover prices often are in the order of 30% greater than the trading prices prior to a takeover announcement, although the range of premiums varies significantly. So-called "premiums for control" most often relate to the crystallization of purchaser-perceived post-acquisition net economic value added (i.e. synergies).

The quantification of minority discounts with respect to shareholdings in privately held companies sometimes is estimated based on the reciprocal of this so-called premium for control. That is, if a premium for control is taken on a "rule of thumb" basis to be in the order of 40%, then the minority discount is taken to be approximately 29% (determined as: $[1-1/(1 + 40\%)]$). However, quantification of a minority discount in this manner may lead to an inappropriate conclusion that:

- importantly, where the shares of the acquired public company were actively traded prior to the bid on widely disseminated information, premiums to pre-bid market prices typically relate all or in part to purchaser perceived synergies;

- such a methodology presumes that daily trading prices of shares of publicly held companies incorporate a minority discount, which may be measured from a takeover price per share;

- where the shares of some publicly held companies are not widely traded, the 'premium' might reflect the elimination of a 'stock market' discount for illiquidity referable to that;

- when a public company is "in play", competitive bidding for the acquisition sometimes occurs, which in turn may distort the calculated premium;

- public company trading prices in some cases may gravitate upward on speculation of a takeover announcement. This effectively reduces the calculated premium in percentage terms;

- the premium for control normally is based on an average of the premiums of open market transactions. However, the actual premiums paid vary significantly, and in some cases are even negative amounts. Further, published statistics summarizing the premiums over stock market prices paid in open market transactions may not be reflective of appropriate fact specific control premiums for reasons such as:

  - negative premiums may not be considered, which inflates the computed average, and,

  - the statistics include both cash transactions and non-cash transactions (e.g. share for share exchanges). The latter may include certain restrictions on behalf of the vendor and therefore may not be reflective of a cash equivalent price;

- importantly, studies of "takeover premiums" are specific to point in time prices, and reflect only transactions that are completed, and not those considered but not pursued. In this regard, transactions normally are not pursued where economic analysis does not support the price that would have to be paid to consummate a successful takeover bid. Accordingly, the average "takeover premium to market" statistics reflect only those

transactions where takeovers are completed, and accordingly represent a skewed sample of the population of all transactions both contemplated and completed. Because information with respect to transactions that are contemplated but abandoned generally is not available, "takeover premiums to market statistics" are incomplete and accordingly, likely are not as meaningful as they frequently are represented to be;

•     takeovers of publicly traded companies occur at the price the purchaser believes it needs to offer to   complete the transaction. That "offer price" (on which the "premium to market calculation" is based) may be less than the purchaser would have been prepared to pay based on its own internal analysis; and,

•     takeovers of publicly traded companies may reflect circumstances where the purchaser believes that the target company's shares are trading in the market at a "bargain price". As a result, quoted takeover "premium to market" statistics likely are, on average, greater than they otherwise might be.

Therefore, where a minority discount is determined by taking the reciprocal of the "rule of thumb" premium for control, the quantum of discount likewise would be distorted. It is important to take into account the specific facts of each situation when determining a minority discount. Furthermore, where practical, the segregation of that discount into its components of <u>non-control</u> and <u>illiquidity</u> (as discussed herein) may ultimately result in a more reasoned and supportable conclusion.

### 7.7.1.1  Factors Affecting Degree of Control

Many factors can affect the degree of control and, consequently, the magnitude of the discount for lack of control (if starting with a controlling interest value) or some premium for elements of control (if starting with a minority interest value).

*Anything Less Than 100%*.  Any proportion of ownership less than 100% leaves room for attacks by minority shareholders on some prerogatives of control. For example, if the company were to sell out, or take certain other corporate actions, any minority stockholder might be able to exercise dissenting stockholder rights. There are many ways in which a minority stockholder can create a nuisance for the control stockholder, which could reduce the control premium and the discount for lack of control, thus increasing the minority owner's interest's value.

*Supermajority Requirements*.  About a quarter of the states require something more than a mere 50%-plus-1-share vote to approve certain major corporate actions, such as selling out or merging.

Even in states that do not have statutory requirements of supermajority votes for major corporate actions, any individual company may require supermajority votes for given corporate actions through its articles of incorporation or bylaws.

If a block of stock constitutes control for certain actions but is not large enough to be able to cause other corporate actions, it falls in between a control value and a pure minority value. If starting with a control value, some discount for lack of absolute control usually is warranted. There are no empirical studies available to help quantify the amount of the <u>discount</u>, but such discounts usually fall in the range of **5 to 15%**.

If a minority block of stock is large enough to prevent certain corporate actions, this condition is referred to as *blocking power*. Such a block normally is accorded some premium over a pure minority value for blocking power. Because such power is invoked only rarely, the premium tends to be modest, perhaps in the range of 5 to 15%. This premium could be applied to an actively traded minority value (before any discount for lack of marketability) or could be reflected in a smaller discount for lack of control if control value is the base.

VALUE OF A CONTROL OWNERSHIP
POSITION IN FIDELITY FIRST FINANCIAL CORP.

PAGE 26

In any case, if the size of the block falls into the range where it may have operating but not absolute control, or in the range where it may have blocking power, the analyst should review the relevant state statutes, articles of incorporation, and bylaws to see whether a possible discount or premium for this characteristic should be considered.

*Shareholder Oppression Statutes*.  In some states under certain circumstances, minority shareholders can institute a lawsuit to dissolve the corporation or partnership and be paid their proportionate share of the proceeds from the liquidation. In such states, the controlling stockholder can prevent the dissolution by paying the minority owners the fair value of their shares.  About half the states now have such statutes, with California Corporation Code 2000 being one of the oldest and most frequently litigated.

*Swing Vote Potential*.  Depending on the distribution of the stock, a block could have the potential to gain a premium price over a pure minority value because of its potential as a *swing block*.  Consider this situation that was recently presented to the financial advisor to an employee stock ownership plan ("ESOP"). The ESOP in question owned about 35% of the stock, another stockholder owned 35%, and the third largest stockholder owned about 20%. The financial advisor had been conducting annual valuations of the ESOP stock on a minority basis. When the 20% block came up for sale, both the ESOP and the other 35% stockholder would quickly have paid the ESOP minority price to obtain the stock, and a somewhat prolonged series of negotiations ensued. The ESOP ultimately purchased the block at about a 17% premium over the ESOP minority price. The opinion expressed by the financial advisor was that the ESOP did *not* pay more than fair market value for the swing block, considering that it put the ESOP in a control position and otherwise would have put the remaining stockholder in a control position.

Many scenarios could be constructed where a swing block would have the potential to command some premium over a pure minority value. Generally, they arise when a sale of the block could cause a change (e.g., strengthening or weakening) in a control position. However, not all swing vote situations deserve a premium.  In the instance of the shares being transferred, neither block separately would swing control.  Therefore, we conclude that a swing vote will not apply to FFIRD.

*Interests of 50%*.  Interests of 50% are neither control nor minority.  A 50% interest usually can prevent corporate actions but cannot cause them to happen. A 50% interest value usually lies about halfway between a controlling interest value and a pure minority value. There is no empirical data for guidance in quantifying 50% interest percentage discounts from control value or premiums over minority value. However, 50% interests sometimes are discounted at about 15% from control value to reflect lack of control.

In some circumstances two 50% interests do *not* have equal lack of control. Ibis situation can arise when one of the 50% interests exercises some prerogatives of control under a contractual arrangement. In this case, the discount from control value should be less for the interest with some control prerogatives and a little greater for the interest without the control prerogatives.

*Legal or Regulatory Constraints*.  Legal or regulatory conditions can prevent a control owner from exercising control prerogatives to the fullest extent. These conditions narrow the gap between control and minority value and reduce the potential minority discount or control premium.

*Minority Shareholder Ability to Elect Directors.*  Some minority blocks of stock have the ability to elect one or more directors. This ability can arise from either of two circumstances: cumulative voting or contractual arrangement. In either case, this right tends to reduce the minority discount. However, there is no body of empirical data to assist in quantifying this factor, so the magnitude of the discount becomes a matter of negotiation in a transaction or of the appraiser's judgment in a non-transaction-related valuation.

*Cumulative Voting*.  In most companies, a majority of the shares can elect all the directors. However, although it is becoming less common, some companies have cumulative voting, which enables a minority to elect one or more

directors. The concept of cumulative voting is that all the shares may vote for a single director. Thus, if 10 directors are to be elected, the owner of a block of 10% of the stock can cast all of its votes for each share for a single director, thus ensuring the election of one director by the block.

Cumulative voting, however, does not automatically assure the minority of representation on the board; the minority must have the minimum shares necessary to elect the director desired and, second, must aggregate its cumulative votes properly.

Cumulative voting may also increase the discount applicable to a control block for lack of full control.

*Contractual Appointment.* For various reasons, certain blocks of stock may be granted a contractual right to appoint one or more directors. This is often the case in conjunction with venture capital financing. This may reduce the discount for lack of control.

Exhibit I sets out the basic concept of premium and discounts to determine the "Level of Value" in Terms of Ownership.

VALUE OF A CONTROL OWNERSHIP
POSITION IN FIDELITY FIRST FINANCIAL CORP.

### EXHIBIT 1:   "Levels of Value" in terms of Characteristics of Ownership
### EXAMPLE:



$12.00 per share — Synergistic (Strategic) Value

20% strategic acquisition premium

$10.00 per share — Value of control shares[a]

A combined 30% minority interest discount and a 40% discount for lack of marketability equals a total of 58% discount from value of control shares[b].

30% minority interest discount[c]

42.9% control premium

Control Premium

Minority or Lack of Control Discount

Value of minority shares if freely traded on an active public market ("Publicly traded equivalent value" or "Stock Market Value"

$7.00 per share

40% discount for lack of marketability[c]

Discount for Lack of Marketability

$4.20 per share — Value of nonmarketable minority (lack of control) shares

Notes: [a]   Control shares in a privately held company also may be subject to some discount for lack of marketability, but usually not nearly as much as minority shares.

[b]   Minority and marketability discounts normally are multiplicative rather than additive.  That is, they are taken in sequence:

| | |
|---|---|
| $10.00 | Control Value |
| - 3.00 | Less: Minority interest discount (.30 x $10.00) |
| $ 7.00 | Marketability minority value |
| - 2.80 | Less lack of Marketability discount (.40 x $7.00) |
| $ 4.20 | Per share value of non-marketable minority shares |

[c]   Note that neither the minority/control nor the marketability issue are all-or-nothing matters.  Each covers a spectrum of degrees.

Source: Copyright 2001 Practitioners Publishing Company. All rights reserved. Reproduced with written permission from *Guide to Business Valuations* (January 2001).

## 7.8 Control Premiums

Most valuation experts are familiar with the standard concept of valuation premiums and valuation discounts. They are routinely applied in substantially the same form by the IRS and valuators.

Both the courts and the valuation commentators have tended to deal obliquely with the valuation of control. On the part of the courts this may be because so little has been written on this topic. Certainly the various aspects of control as they might affect value have not been discussed *per se*, nor has there been an attempt made to suggest methods by which the value of control might, in certain circumstances, be quantified. (There has, however, been general recognition that control can have value in and of itself.) For example, in *Gold Coast Selection Trust Ltd. v Humphrey*, [1948] 2 All ER 379 (HL); affg in part [1946] 2 All ER 742 (CA), Lord Simon said, "there may also be value in control", and in *Short v Treasury Commissioners*, [1948] 1 KB 116 (CA); affd [1948] AC 534 (HL), which came out most clearly for a premium for control.

The rights of a controlling shareholder can be summarized generally as follows:

A.    The power to elect the board of directors and thus indirectly govern the affairs of the company. In economic terms, this can be stated as control over the economic direction of this investment.

B.    Subject to the statutory provisions of the incorporating jurisdiction, the right to place the company in liquidation. In economic terms, this can be stated as the ability to minimize losses in the event the company proves unsuitable as a going concern.

C.    The right to sell control of the company. In economic terms, this can be stated as the ability to dictate the liquidity of the investment.

D.    The power to have himself appointed an officer of the company and thus receive remuneration and other emoluments in excess of what would normally be paid for management services rendered. In economic terms, this can be stated as the ability to draw out profits that would otherwise indirectly accrue to minority shareholders.

E.    The right to determine the timing and amount of dividend distributions. In economic terms, this can be stated as control over the rate of return directly realized by him on his investment.

Typically, the IRS's or taxpayer's valuation expert determines the value of a block of Common Stock in a closely held company (Subject Company) by first establishing the stock's going-concern value using the public guideline or comparable company (Comparable Company) method. This technique prices the Subject Company's stock by analogy.

1.    Public Comparable Companies are first selected based upon their similarity to the Subject Company in terms of line of business, domicile, size, and selected financial factors.

2.    Second, these public companies are compared to the Subject Company on various measures of economic and financial performance. Based on relative performance and the market multiples of the Comparable Companies, the valuator selects the pricing multiples to apply to the Subject Company.

3.    Third, on the assumption that the market prices of the shares of Comparable Companies reflect their value as minority interests, the valuator of a private company either:

4        **Adds** a control premium if the block of stock in the Subject Company is a controlling interest or

5.       Deducts a discount for lack of marketability because the block of stock in the Subject Company is not as marketable or liquid as the stock of the public corporations.

These concepts of premium for control and discount for lack of marketability are often presented in the form of a bar chart similar to the one in *Table* 1.

| TABLE 1: LEVELS OF VALUE | | |
|---|---|---|
| Acquisition Value<br>*Synergy Value* | Additional Control<br>Premium for Synergy | ↑ |
| Enterprise Value<br>*Control Value* | Control Premium | ↑ |
| Market Value<br>*Freely Traded Value* | Discount for Lack<br>of Marketability | ↑ |
| Minority Value in a Closely<br>Held Company for<br>Estate and Gift Taxes | | |

1.   At the top of the bar is the Acquisition Value of a company's Common Stock. This level represents the value to an acquirer who can achieve synergistic benefits from a transaction.

2.   The level titled Enterprise Value[1] is the value of a company to the existing control party or to a non-synergistic buyer.

3.   The Market Value or Freely Traded Value is the market price of the common shares of a public company or of the Subject Company's Common Stock assuming that it were publicly traded.

4.   The difference between the Acquisition Value and the Freely Traded Value is often called the Control Premium. (However, the term Control Premium may refer to the difference between Freely Traded Value and Enterprise Value, and the difference between Enterprise Value and Acquisition Value may be called the Synergistic Premium.)

5.   The difference between the Freely Traded Value and the Minority Estate Tax Value is commonly called the discount for lack or marketability ("DLOM"). A hybrid control concept is the value of a minority interest in a control class of voting Common Stock.

## 7.8.1  Premium and Discount Rules of Thumb

---

[1]Enterprise value has many definitions. Herein it is used as the value of 100% of the equity of a company on a stand-alone basis. This value incorporates benefits of control but not those of synergy. It is not the value of the firm's capital structure.

Two decades ago, these concepts seemed to have an economic basis. Stockholders of majority blocks of Common Stock in a closely held corporation have the power to sell the company and its assets. Acquisitions of control interests in public companies **are made at substantial premiums** over the market prices of minority interests in these companies' Common Stocks prior to the announcement of these transactions. Therefore, it was believed that the premium in value of a control block of stock over a minority interest block must equal the average premium between the acquisition prices of the Common Stock in acquisition transactions and the Common Stocks' market prices before the announcements of the takeover transactions.

The discount for lack of marketability was computed by reviewing private placement discounts for issues sold under Rule 144 (or Rule 133) to private investors or equity funds.

With the passage of time, these techniques have been reduced to boilerplate formulas– "rules of thumb"– applied as a matter of rote.

1.  The discount for lack of marketability is 30 to 45% from the taxpayer's point of view, 15% to 35% from the IRS's.

2.  The premium for control is 30 to 40%, from the IRS's point of view, about half of this from the taxpayer's as result of removing the value of synergy.

3.  The discount for minority interest for an operating company is approximately 25%.

The problem with applying these rules of thumb is that they are not based upon an analysis of the specific situation at hand. While their conclusions may be correct in some situations, in other situations they are inappropriate or simply wrong.

### 7.8.2  Measurement of the Applicable Premium

Generally, when a valuator applies an acquisition premium to the freely traded value of a Subject Company's Common Stock, there is a table similar to *Table 2*, which contains acquisition premium data from *Mergerstat/Shannon Pratt 's Control Premium Study*[TM] *(Control Premium Study)*, or a similar source that purports to support adding an acquisition premium:

| TABLE 2: CONTROL PREMIUM ACROSS INDUSTRIES | | | | | |
|---|---|---|---|---|---|
| Industry/Year | 1996 | 1997 | 1998 | 1999 | 2000 |
| All Industries | 36.6% | 36.7% | 35.9% | 46.1% | 48.9% |

1.  The table is based on the comparison of the acquisition prices of the Common Stock to their market prices before the announcement of the respective transactions.

2.  The IRS's valuator may add a premium in the 35 to 40% range, while the taxpayer's valuator reduces these premiums, often by half, because these premiums incorporate synergy.

In our review of transactions listed in Mergerstat/Shannon Pratt's Control Premium Study for the SIC codes 8011, 8062, 8069 and 8093 **Control Premiums for relevant transactions which took place in the period 1998 to 2002 were in the range of 5.3% to 141.2%.**

### 7.8.3  M&A: A Market for Whole Companies

The M&A market is a market for whole companies The principal buyers and sellers are controlling stockholders, corporations, and LBO houses. The market is not liquid; as a result, individual investment horizons tend to be longer. Risk tolerances in the short term tend to be lower than in a liquid market. Transactions are financed using long-term debt from banks, insurance companies, mezzanine funds, equity of large corporations, and private equity funds. M&A investors take an active role in managing their companies.

The relationship of the two markets is not linear. Linearity presupposes that acquisition premiums apply in all situations; and acquisition premiums are roughly the same amount generally or in each industry.

The relationship of the two markets is better shown as the two overlapping forms in *Figure 1*.



1.  The circle in the chart above is the M&A market. The box is the stock market (The sizes of the two are not proportionate.)

2.  If a potential acquirer believes that it can create sufficient added economic benefits, the acquisition value of the company will exceed its market value. The additional economic benefit can pay for the cost of the acquisition premium. These are the transactions reported in the Control Premium Study.

Most publicly traded companies were not taken over in a given year generally, for most companies there were no willing buyers available that believe they can create economic benefits large enough to justify payment of the premium required for the acquisition of these companies in view of other alternatives.

If there is no M&A market available to sell a company at a premium to its stock market value, then there is little or no acquisition premium much less a "theoretical" premium based on an average of acquisitions of dissimilar companies.

### 7.8.4  Another Way to Calculate the Value of a Control Block

The problem with the old approaches is that they relied on averages and ignored the economic benefits available, if any, of the control block. A valid methodology for calculating the value of a control block should consider the following:

-------------------------------------------------------------------------------------------------

1.  The first step is to determine if the block of stock being valued has **any voting or other legal rights** that are not available to the other Common Stockholders of the corporation. (While these rights may seem to exist, they may be limited by other provisions of the Subject Company's articles of incorporation, by stockholders agreements, or by state law.

2.  The next step is to evaluate the **powers of the block** in terms of what extra economic benefits it can provide to its owners in addition to those provided to other shareholders.[2]

3.  If the block **can cause sale** of the Company, the next step is to determine the company's value.

    a.  If there have been bonafide offers for the company, they my help establish the acquisition value of the company and the block.

    b.  The Comparable Company Method should be used to evaluate the potential IPO value of the block, which may be greater than its acquisition value.

        i.  It should be noted, however, that a complete IPO of the block might not be possible depending on the importance of the seller in the management of the company.

        ii.  In addition, consideration should be given as to whether the IPO market would be open to the Subject Company.

    c.  If there has been a number of current or pending acquisitions of similar companies in the industry, the Comparable Acquisitions Method should be used to establish the demand for similar companies and the acquisition multiples of those transactions that have taken place.

        i.  If no transactions have taken place in the industry, are they any willing buyers willing to pay a premium?

        ii.  If no acquisition transactions can be identified, then there may be no acquisition market for the company on a going-concern basis.

        iii.  If the acquisition multiples of the completed transactions are in the same range as the public company multiples, then the acquisition value of the company may be equal to its public company value.

    d.  The Discounted Cash Flow Method should be used to establish the value of the Subject Company's projected cash flows on a stand-alone basis, without any synergies under the current or expected management of the company. The discounted cash flow value of a company calculated in this case is normally its Enterprise Value.

    e.  The calculated discounted cash flow value should then be compared to the indicated values for the company based on the Comparable Acquisition Method.

        i.  If the indicated values from the two approaches coincide, this helps to confirm the acquisition value of the Subject Company excluding synergy.

-------------------------------

[2] See Gilbert E. Matthews' *Comments on the Reversal of Simplot, Shannon Pratt's Business Valuation Update, July 2001, p. 1.*

VALUE OF A CONTROL OWNERSHIP
POSITION IN FIDELITY FIRST FINANCIAL CORP.

PAGE 34

---

    ii.    If the indicated values from the acquisition approach are higher than those indicated by the discounted cash flow approach and the acquisition data is not conclusive, then more weight should be given to the discounted cash flow value, as it does not include synergy.

4.   Once the acquisition value of the company is established, a percentage based on the control block's rights and privileges can be allocated to it and the remainder of the acquisition value can be allocated on a pro rata basis.

**Business Valuation *Resources,*** LLC has performed analysis of the data in the *Mergerstat/Shannon Pratt's Control Premium Study[TM]* relating to the valuation multiples. The TIC/EBITDA multiple was focused upon.

Total Invested Capital ("TIC") is defined as the "target company's implied total invested capital based on the sum of implied market value of equity plus the face value of total interest bearing debt and the book value of preferred stock outstanding prior to the announcement date." EBITDA is the "target company's earnings before interest, taxes, depreciation and amortization based on the latest reported 12-month period ("LTM") prior to the transaction's announcement date. "

*Table 3* shows quarterly summary statistics for only domestic transactions. From left to right, the columns in this table read: Quarter, Number of Deals (including those with discounts and negative multiples), Median Control Premium (excluding negative premiums [discounts]), Median Control Premium (including negative premiums [discounts]) and Median TIC/EBITDA (excluding those with deficit EBITDA). It is important to note that the Number of Deals most likely does not directly relate to the quantity used in the median calculations for the control premium (excluding discounts) and the TIC/EBITDA.

| **TABLE 3**: QUARTERLY SUMMARY STATISTICS FROM THE *MERGERSTAT/SHANNON PRATT'S CONTROL PREMIUM STUDY[TM]* – ONLY DOMESTIC TRANSACTIONS | | | | |
|---|---|---|---|---|
| Quarter | Number of Deals[1] | Median Control Premium (Excludes Discounts) | Median Control Premium (Includes Discounts) | Median TIC/EBITDA[2] |
| 1Q98 | 75 | 33% | 29% | 15.1 |
| 2Q98 | 59 | 31% | 27% | 10.1 |
| 3Q98 | 58 | 17% | 11% | 12.3 |
| 4Q98 | 105 | 31% | 16% | 11.5 |
| 1Q99 | 109 | 33% | 29% | 11 |
| 2Q99 | 115 | 36% | 29% | 10.4 |
| 3Q99 | 141 | 32% | 30% | 10.2 |
| 4Q99 | 168 | 32% | 228% | 11.1 |
| 1Q00 | 103 | 34% | 32% | 13 |
| 2Q00 | 139 | 43% | 29% | 10.8 |
| 3Q00 | 137 | 42% | 37% | 11.2 |

| | | | | |
|---|---|---|---|---|
| **4Q00** | 148 | 45% | 32% | 9.2 |
| **1Q01** | 121 | 35% | 26% | 8.8 |
| **2Q01** | 107 | 51% | 38% | 8.9 |

[1]Includes those with discounts and negative multiples.
[2]Excludes those with deficit EBITDA

In addition to the TIC/EBITDA multiple, the *Mergerstat/Shannon Pratt's Control Premium Study[TM]* also contains detailed information on the control premium. *Figure 2* shows a chart of the 12-month and 3- month median control premiums for all transactions (domestic and foreign), excluding negative premiums.



Mergerstat Control Premium Study Comparative Results

| | 2Q98 | 3Q98 | 4Q98 | 1Q99 | 2Q99 | 3Q99 | 4Q99 | 1Q00 | 2Q00 | 3Q00 | 4Q00 | 1Q01 | 2Q01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 12-Month Median | 31 | 28 | 29 | 29 | 30 | 32 | 32 | 33 | 34 | 36 | 37 | 37 | 38 |
| ■ 3-Month Median | 30 | 19 | 33 | 33 | 33 | 31 | 34 | 36 | 38 | 38 | 36 | 37 | 42 |
| Transactions | 79 | 93 | 141 | 138 | 150 | 176 | 214 | 165 | 269 | 244 | 247 | 228 | 203 |

Some observations on *Table 3* and *Figure 2* include:

• Median domestic quarterly control premiums (excluding discounts) increased dramatically in 2Q2000 and have stayed in the 40 to 50% range since 2Q2000 (except 1Q2001), with a value of 51% in 2Q2001.

**Based upon this analysis, it is our Opinion that a premium for control of 40% should be applied to the FFIRD shares at the Valuation Date.**

VALUE OF A CONTROL OWNERSHIP
POSITION IN FIDELITY FIRST FINANCIAL CORP.

PAGE 37

### 7.8.5 Blockage

### Should a Blockage Discount Apply?

While most business valuations focus on privately held companies due to the inherent uncertainty in their value, certain valuation topics also arise frequently with regard to publicly traded companies. One common problem that arises is how to price very large blocks of shares of stock that were never actually sold, but must be valued in the context of a gift, an estate, or some other type of "hypothetical construct" manner. This issue can be fairly complicated because (a) it would be difficult to unload such a large block of shares on the market immediately (or in a short period of time); (b) the block of stock may be large enough to constitute a control interest for its owner; and (c) the block may be large enough to give its owner significant voting power, if not control.

Common practice in the valuation Profession is to assign a "blockage discount" to blocks of publicly traded stock that would likely take a long time period to sell on the market, given the stock's typical sales volume. There is clearly some rationale in this logic in that if a large block needed to be disposed of immediately (or relatively quickly), it would have to be sold at a discount. Such results could be relatively far reaching in that a block of stock need only be large enough to incrementally affect the stock market of that day (time period) for a large block issue to exist. Common practice, however, does not involve applying a blockage discount unless "... the size of the block might represent several weeks or more of normal trading."[3] As described in more detail below, this is partially explained by judicial rulings, which focus on a "reasonable time" period to dispose of the stock.[4] As such, a common practice is to take **a 5-15 percent blockage discount** off of blocks of publicly traded stocks that are 10 or more times the size of the stock's typical daily volume.

While the common practice described above focuses on *the difficulty to sell a large block*, it is also important to consider *the difficulty in purchasing a large block*. In the context of most valuations involving a potential blockage discount (including estate and gift taxes), the value standard is the price to which a hypothetical willing buyer *and* a hypothetical willing Seller would agree. In this sense, the application of a blockage discount assumes that (a) a hypothetical willing seller exists, but that (b) a hypothetical willing buyer does not exist. That is, the blockage discount assumes the market to be as it was (i.e., its typical volume), with the exception of an additional seller with a large block of shares coming to the market.

The potential for a blockage discount, however, varies tremendously when the hypothetical construct changes to be in accord with the valuation standard – the existence of both a willing seller and a willing buyer. A willing buyer would have to pay *above* market price under the existing market conditions (i.e., no willing seller) to acquire a large block of shares under the existing market conditions. If, however, both hypothetical parties existed, negotiation would be possible across this trading range between the discounted and premium prices. As described in more detail below, the ultimate price would be a function of bargaining. Yet, as a general and theoretical rule, one would not typically expect to have a significant discount (or premium) from the market price.

This paper is divided into four sections. This first section provides an overview and executive summary of the paper. A literature review of papers that have addressed the blockage discount make up the second section. The third section explains with the help of an example why a blockage discount may not be the appropriate default when valuing large blocks. Concluding remarks with examples are provided in the fourth section.

---

[3]Pratt, Shannon- Reilly, Robert; and Schweihs, Robert, *Valuing a Business, Third Edition*, Irwin Professional Publishing, 1996, p. 324.

[4]For example, the valuation experts agreed to a blockage discount of over 10 percent in Edwin A. Gallun, 33 T.C.M. 1316 (1974).

VALUE OF A CONTROL OWNERSHIP
POSITION IN FIDELITY FIRST FINANCIAL CORP.

PAGE 38

Although the Internal Revenue Service has issued general guidelines for the allowance of a blockage discount, particularly in Sections 2031 (Estate Tax) and 2512 (Gift Tax) of the Federal Tax Regulations, more specific information on the application and computation of a blockage discount can be found in certain Tax Court decisions.[5] In general, such legal opinions suggest that the facts and circumstances of each case determine whether or not a blockage discount is warranted, with the burden of proof on the petitioner.

Articles by Moore, in *Trusts and Estates*, and Julius, in *Mercer Capital Value Added*, detail some of the considerations used by practitioners in the calculation of a blockage discount. These considerations include the number of shares in the subject block in comparison to the total number of outstanding shares; the number of shares in the subject block in comparison to the trading volume of the total outstanding shares; the volatility of the stock price; the effect on the stock price given certain daily volume increases, and the length of time necessary to liquidate the subject block; the exchange on which the stock is traded; the trend of the stock price in comparison to the market as a whole; relevant company news or other information that may have had an effect on the price; and/or other large block trades of the stock.

Estabrook, in a chapter *of Handbook of Advanced Business Valuation,* concluded that, if it were most reasonable to sell the subject block of stock through a secondary distribution, special offering, exchange distribution, or private placement, the blockage discount would be a function of "the difference between (1) the hypothetical sales price and (2) the actual trading price on the date of the valuation."[6] If, however, it was most reasonable to sell the subject block in smaller lots over a period of time, the blockage discount would be based on "the net present value of the cash flow proceeds based on the various sale dates."[7]

A presentation by Frazier to the Valuation Study Group outlined another methodology by which to estimate a blockage discount, based on a determination of "price pressure" and "market exposure." Price pressure is generally defined as the effect that a large block sale has on the stock price. It is measured by considering, among other items, the factors cited previously. Market exposure is defined as "the cost associated with bearing the risk of holding a position in the marketplace without the ability to close the position, for a specified period of time."[8] It is quantified by "calculating the cost of buying a put option on the subject company shares (1) at a strike price equal to the traded sales price at the valuation date (date of death or gift), (2) exercisable in the number of days determined under the different trading period scenarios, (3) based on the results of the analyst's due diligence. "[9]

Wills (1999) focuses the synergy analysis to technology purchased through acquisitions. His principal point on this topic is that such acquisitions occur precisely because the purchaser will derive more value from the technology than

---

[5] See, for instance, *Helvering v. Safe Deposit and Trust Company of Baltimore*, 35 BTA259,263 (1937); *Bull v. Smith*, 119 F.2d490 (CA-2,1941); *L.C. Phipps v. Commissioner*, 127 F.2d 214 (10th Cir., 1942); *Estate of Kopperman v. Commissioner*, T.C. Memo 1978-475 (1978); *Estate of Sawade v. Commissioner*, T.C. Memo 1984-626 (1984); *Estate of Dorothy B. Foote v. Commissioner*, T.C. Memo 1999-37 (1999).

[6] Reilly, Robert and Schweihs, Robert, *Handbook of Advanced Business Valuation,* McGraw-Hill, 1999, p. 146.

[7] Ibid.

[8] Ibid., p. 148.

[9] Ibid.

the seller. As such, the seller will be able to receive a premium over its own-use technology value, but not necessarily the full value that the technology is worth to the buyer.[10]

**In the instance of a control position in FFIRD at the Valuation Date, a discount for blockage of 5% should be applied. We selected this discount percentage since a knowledgeable seller would not sell the whole block but place the block as a private placement transaction to yield a higher value, or full value for the ownership position.**

### 7.9 Summary of Control Premium and Blockage Discount Conclusion

Based on the summarized research above, and our conclusions as set out above, we have concluded the following:

| | |
|---|---|
| **Control Block Premium** | **40%** |
| **Blockage** | **5%** |

The Control Block Premium was applied since Lancer Offshore beneficially owns 92.3% of the outstanding shares of FFIRD and thus, controls the Company and its future prospects. The Lack of Marketability Discount is applied since the control block represents such a large percentage of the total ownership of FFIRD and the underlying shares are not free-trading. This limits an investor's upside and hence limits the marketability of the ownership interest. Due to the limited market and low trading volumes of FFIRD shares, even if the control block shares were freel-trading it would be very difficult to sell the control shares on the open market. However, a larger block discount was not selected since it is a reasonable assumption that Lancer Offshore would sell their complete block at a premium versus selling into an illiquid public market.

## 8.0  DETERMINATION OF VALUE

In determining the final Business Enterprise Value ("BEV") of the Company, we analyzed the results of the various approaches to value.  To arrive at the final BEV we add to our Value Conclusion any preferred equity and long-term and short-term debt at the Valuation Dates and subtract cash and cash equivalents.  The rationale is that, in buying a business, its current owners, the shareholders, and its creditors must be repaid.  These costs become obligations of a prospective purchaser.  The Company's cash, on the other hand, is a liquid asset than can be used at the prospective purchaser's discretion.

Set out below is a summary of the findings of the various approaches to value which we have examined to determine the value of the Voting Common Shares of FFIRD at **December 31, 2002**:

|  | Value | Weighting | Total |
|---|---|---|---|
| I.  MARKET |  |  |  |
| Publicly Traded Guideline Companies: |  |  |  |
|     Tangible Book Value | N/A | N/A | $0 |
|     Price/Earnings | N/A | N/A | 0 |
|     TIC/Cash Flow | N/A | N/A | 0 |
|     TIC/Sales | N/A | N/A | 0 |
| Prior Transactions | N/A | N/A | 0 |
| Mergers & Acquisitions | N/A | N/A | 0 |
|  |  |  |  |
| II.  ASSET |  |  |  |
| Net Book Value | N/A | N/A | 0 |
| Net Tangible Book Value | N/A | N/A | 0 |
|  |  |  |  |
| III.  INCOME |  |  |  |
| Capitalized Returns | N/A | N/A | 0 |
| Discounted Cash Flow | $91,878,760 | 1.00 | $91,878,760 |
|  |  | 100.0% | 91,878,760 |
| Add:  Short-term and long-term debt |  |  | 159,123 |
| Less:  Cash and cash equivalents |  |  | 101 |
|  |  |  |  |
| Total Value |  |  | $92,037,782 |

VALUE OF A CONTROL OWNERSHIP
POSITION IN FIDELITY FIRST FINANCIAL CORP.

PAGE 41

Based upon the foregoing, and the various factors and assumptions considered necessary to the development of our valuation conclusion, in our Opinion the fair market value of the all of the Common Shares of the Company at the Valuation Date is as set out below assuming the forecasts we have been provided are reasonable, as previously explained herein.  Without the a positive future outlook for the Company at the Valuation Date the value of the Valuation Date would be significantly lower. Having performed the analysis above based on the future outlook of the Company, it is our Opinion the control block should receive a Control Premium of **40%** and a Blockage Discount of **5%**.

This results in the following:

|  | Total Value | Control (92.26%)[1] | Value/Share |
|---|---|---|---|
| Value of FFIRD | $92,037,782 | $ 84,914,058 | $4.9383 |
| Add: |  |  |  |
| Control Premium 40% |  | 33,965,623 | 1.9753 |
| Less: |  |  |  |
| Blockage 5% |  | 4,245,703 | .2469 |
| Control Interest Value |  | $114,633,978 | $6.6667 |

[1] - Lancer Offshore, Inc.      16,222,206
    Lancer Partners LP      972,681
    Total Lancer common shares      17,194,887
    Total shares outstanding      18,637,355
    % Ownership      92.26%

Very truly yours,
STENTON LEIGH CAPITAL CORP.

Milton H. Barbarosh, CPA, CA, MBA, CBV, ASA
President

MHB/lbc

Fidelity First Financial Corp.

ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal incorporated the following assumptions and limiting conditions:

1.  This appraisal was made, and this Valuation Opinion Report has been prepared, for the purposes stated in the letter section, "RESTRICTION AND DISCLAIMER." Neither the Valuation Opinion Report nor the information that it contains should be used for any other purpose, and they are invalid if so used.

2.  This appraisal is based upon information obtained from sources that, with exceptions as noted herein, the appraiser believes to be reliable. However, the appraiser has not had the opportunity to confirm the validity of all information obtained. This includes technical information, competition analysis, market size and penetration which were provided by FFIR management.

3.  The appraiser assumes no responsibility for matters of a legal nature affecting this Opinion.

4.  The determination of fair value of the options and warrant applies only for the purposes of this appraisal, and should not be used for any other purpose, and are invalid if so used.

5.  Neither this appraisal nor any part of it shall be used in connection with any other appraisal.

6.  The appraiser, by reason of performing this appraisal and preparing this Valuation Opinion Report, is not to be required to give testimony, nor to be in attendance in court or at any governmental hearing, with reference to the matters herein, unless prior arrangements have been made with the appraiser relative to such additional employment.

7.  There were no significant undisclosed liabilities, contingent liabilities, contractual obligations, commitments or litigation pending or threatened except as disclosed in the Company's financial statements or reflected in our Valuation Opinion Report.

8.  There were no material, unusual or non-recurring expense or revenue items during the five-year period prior to the Valuation Date other than those reflected in this Valuation Opinion Report.

9.  There were no redundant assets which were not necessary for day-to-day operations other than those discussed in this Valuation Opinion Report.

10. It is appropriate for us to use and rely upon the various information prepared by management as detailed in the scope section of this Valuation Opinion Report.

11. The financial statements are accurate and can be relied on.

12. This Valuation has been performed based on a going concern for the Company, therefore assuming it will obtain sufficient capital to continue operations.

The Fair Value for any specific asset changes from time-to-time as a result of possible changes in internal and external conditions affecting the Company's business and future prospects. It should be appreciated that in accordance with the terms of our engagement, a valuation determination is at December 31, 2002. For purposes of our Valuation Opinion, our review has not taken into account transactions or events that have taken place subsequent thereto.

VALUE OF A CONTROL OWNERSHIP
POSITION IN FIDELITY FIRST FINANCIAL CORP.

PAGE 43

Fidelity First Financial Corp.
## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

1.  That the statements and Opinions expressed in this Valuation Opinion Report are correct to the best of my knowledge and belief, subject to the assumptions and conditions stated and are my personal, unbiased professional analyses, opinions, and conclusions.

2.  That my engagement to perform this appraisal, and my compensation therefore, are independent of the value conclusion.

3.  That I have no present ownership interest in the Company appraised.

4.  That this appraisal has been performed in accordance with the Code of Ethics of The American Society of Appraisers my analyses, opinions, and conclusions were developed, and this Report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

5.  That it is my Opinion as stated in this Valuation Opinion Report and no one provided significant professional assistance to the person signing this Valuation Opinion Report.

6.  That I have no future contemplated ownership in the Company or its control shareholder, but I do have an ownership position in other companies owned or controlled by Lancer Offshore or its affiliates.


_____
Milton H. Barbarosh, ASA

## APPRAISER'S QUALIFICATIONS

Milton H. Barbarosh is a business appraiser and consultant specializing in business valuations and appraisals, business acquisitions and divestitures, and transactions in the public marketplace.

His formal education and business experience is outlined in the attached resume.

He is a Certified Public Accountant, a member of The Institute of Business Appraisers, a Senior Member of the American Society of Appraisers - Business Valuations, a member of National Association of Certified Valuation Analysts, a member of the Canadian Association of Chartered Business Valuators, and a Canadian Chartered Accountant with a specialty designation in Business Valuations.

VALUE OF A CONTROL OWNERSHIP
POSITION IN FIDELITY FIRST FINANCIAL CORP.

PAGE 45

# MILTON H. BARBAROSH

## *Professional Experience*

**1989 to present**  **Chief Executive Officer**
**Stenton Leigh Group, Inc.**

Full service financial advisory company with merchant banking capability. Activities include advising on mergers, acquisitions, divestitures, public offerings, performing business valuations and fairness opinions, and implementing turnarounds, in addition to making select principal investments. Also, act as Director and Officer to various private and public companies.

**1987 to 1989**  **Chief Executive Officer**
**JW Charles Group, Inc.**

This Company was a holding company which included a 200 person New York Stock Exchange securities brokerage company (JW Charles Securities, Inc.) an investment banking company (JW Charles Capital Corp.), a 200 person real estate brokerage company (JW Charles Realty, Inc.), a mortgage insurance company, a residential development company, combined annual gross transactions of over $1.75 billion.

As CEO, a major restructuring was performed which involved selling core businesses, reducing staff, closing offices and enhancing revenues.

**1986 to 1989**  **President**
**JW Charles Capital Corp.**

Commenced employment to establish a full service Investment Banking group providing acquisition, divestiture, valuation, corporate finance and financial restructuring services, and continued to oversee this area after becoming CEO of JW Charles Group in 1987.

**1983 to 1986**  **Manager:  Mergers & Acquisitions - Merchant Banking (Canada)**
**The Royal Bank of Canada**

Commenced employment as Assistant Manager and was promoted to Manager in early 1985 as a result of achievements and the comprehensive nature of duties performed. Instrumental in establishing The Royal Bank's Canadian M&A Group by applying professional and technical M&A expertise not previously available in this newly formed department.

As Manager, responsible for conducting and directing all aspects of M&A assignment including acquisitions, divestitures, valuations, financing, leveraged buyouts, strategic planning, etc., for assignments in numerous industries with transaction values ranging from millions to billions of dollars, and being both domestic and international in nature.

**1980 to 1983**  **Manager:  Mergers and Acquisitions Services**
**Ernst & Young (formerly Clarkson Gordon)**

Commenced employment as Senior Staff Member and was promoted to Manager in June, 1981 in recognition of outstanding performance. This included handling numerous high profile mergers and acquisitions and business valuations assignments.

Part of the founding team of Clarkson Gordon/Woods, Gordon Mergers and Acquisitions Services Group. Responsible for conducting and directing all aspects of business valuation acquisitions, divestitures, financing and Foreign Investment Review Act assignments in various industries, including:  oil & gas; manufacturing; securities brokerage; and high technology.

**1976 to 1979**  **Audit Senior Accountant**
**KPMG Peat Marwick (formerly Thorne Riddell and Co.)**

VALUE OF A CONTROL OWNERSHIP
POSITION IN FIDELITY FIRST FINANCIAL CORP.

PAGE 46

Responsible for the completion of all aspects of audits in a diverse number of industries.  Given special assignment to the Bankruptcy & Insolvency Department receiving exposure to a large variety of clients and receivership and insolvency matters.

## Educational/Professional Designations

| | |
|---|---|
| 2003 | Certified Public Accountant (CPA) |
| 2003 | Certified Public Accountant |
| 2002 | Canadian Chartered Accountant - Expert in Business Valuations (CA-CBV) |
| 1995 | National Association of Certified Valuators |
| 1989 | National Association of Real Estate Appraisers (RPM) |
| 1989 | Certified Real Estate Appraiser (CREA) |
| 1989 | Florida Real Estate Commission Salesman's License |
| 1987 | The Institute of Business Appraisers, Inc., Member (IBA) |
| 1987 | Securities Licenses: (Inactive) |
| | Series 7  - General license |
| | Series 63 - State license |
| | Series 24 - General principal |
| 1987 | American Society of Appraisers |
| | Senior Member of American Society of Appraisers |
| | Business Valuations (ASA) |
| 1985 | York University, Fellow Canadian Institute of Chartered Bankers (FICB) |
| 1983 | University of Toronto, Member Canadian Association of Chartered Business Valuators (CBV) |
| 1980 | York University, Masters in Business Administration (MBA) |
| | Major in International Finance, with Distinction |
| 1978 | Canadian Chartered Accountant Member in Ontario and Quebec (CA) |
| 1977 | McGill University, Graduate Diploma in Public Accounting (DPA) |
| 1976 | Concordia University, Bachelor of Commerce (B. Comm.) |
| | Honors in Accountancy, with Distinction Gold Medal in Accountancy |
| | Program completed on full tuition scholarship on accelerated basis. |
| 1974 | Vanier College, Diploma in Business (CEGEP) |
| | Scholarship Winner |

## Memberships & Affiliations

International Association of Consultants, Valuers and Analysts (IACVA)
Fleet Bank - Director on Florida Advisory Board
National Association of Certified Valuators
Young Presidents' Organization
Chairman, International Mergers & Acquisitions Forum, Young Presidents' Organization
Association for Corporate Growth
International Business Brokers Association
Florida Business Brokers Association
American Society of Appraisers
The Institute of Business Appraisers
Florida Real Estate Association
York University Alumni
Concordia University Alumni
McGill University Alumni
University of Toronto Alumni
Institute of Canadian Bankers
Boca Raton Golf Club & Resort
National Association of Securities Dealers (NASD) - Membership Committee - Former Member
Treasurer and Board Member of Charitable and Religious Institutions

VALUE OF A CONTROL OWNERSHIP
POSITION IN FIDELITY FIRST FINANCIAL CORP.

PAGE 47

## Publications

HARRIS-BENTLEY LIMITED, MERGERS AND ACQUISITIONS IN CANADA, founder and former editor

THE ACQUISITION DECISION, book published February, 1985 by The National Association of Accountants (United States) and the Society of Management Accountants of Canada (co-authored).

Author of numerous other short articles and frequent lecturer.

**APPENDIX I**

**FIDELITY FIRST FINANCIAL CORP.**
**BACKGROUND INFORMATION AND FORECASTS**

**APPENDIX II**

**INDUSTRY AND ECONOMIC DATA**

**APPENDIX III**

**PUBLIC MARKET AND TRANSACTION DATA**

**APPENDIX IV**
**HISTORICAL FINANCIAL STATEMENTS FOR**
**FIDELITY FIRST FINANCIAL CORP.**
**FOR THE**
**THREE YEARS ENDED DECEMBER 31, 2002**

# TABLE OF CONTENTS

1.0 INTRODUCTION ......................................................................................... 1
    1.1 Fair Market Value ................................................................................ 1

2.0 SUMMARY ................................................................................................. 1

3.0 SCOPE OF REVIEW .................................................................................. 2

4.0 RESTRICTION AND DISCLAIMER ........................................................... 2

5.0 UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE ... 2

6.0 BACKGROUND .......................................................................................... 3
    6.1 The Industry ......................................................................................... 3
    6.2 Community First Financial ................................................................... 4
        6.2.1 Community First Financial Business Strategy ...................... 4
        6.2.2 CFF Products ........................................................................ 4
    6.3 First Guaranty Mortgage ..................................................................... 4
        6.3.1 First Guaranty Business Strategy ......................................... 5
    6.4 FFIRD Business Objectives ................................................................. 5
    6.5 Risk Factors ......................................................................................... 5

7.0 VALUATION APPROACH ........................................................................... 9
    7.1 Fair Market Value ................................................................................ 9
    7.2 Valuation Principles ............................................................................ 9
    7.3 Market Approach ................................................................................. 12
        7.3.1 Publicly Traded Guideline Companies ................................. 12
        7.3.2 Selection of Guideline Comparable Companies .................. 12
        7.3.3 Comparable Analysis Summary ........................................... 14
    7.4 Asset Approach .................................................................................... 17
        7.4.1 Net Tangible Book Value Methodology ............................... 17
    7.5 The Income Approach .......................................................................... 18
        7.5.1 Selection of Appropriate Capitalization and Discount Rates ... 18
    7.6 Discounted Cash Flow Analysis .......................................................... 21
    7.7 Control Value Relationship .................................................................. 23
        7.7.1 Prerogatives of Control ........................................................ 23
            7.7.1.1 Factors Affecting Degree of Control .................... 25
    7.8 Control Premiums ................................................................................ 29
        7.8.1 Premium and Discount Rules of Thumb .............................. 31
        7.8.2 Measurement of the Applicable Premium ............................ 31
        7.8.3 M&A: A Market for Whole Companies ............................... 32
        7.8.4 Another Way to Calculate the Value of a Control Block ...... 33
        7.8.5 Blockage ............................................................................... 37
    7.9 Summary of Control Premium and Blockage Discount Conclusion ...... 39

8.0  DETERMINATION OF VALUE .................................................................................................. 40

ASSUMPTIONS AND LIMITING CONDITIONS ....................................................................... 42

APPRAISER'S CERTIFICATION ................................................................................................. 43

APPRAISER'S QUALIFICATIONS .............................................................................................. 44

APPENDIX I:        FIDELITY FIRST FINANCIAL CORP.
                   BACKGROUND INFORMATION AND FORECASTS

APPENDIX II:       INDUSTRY AND ECONOMIC DATA

APPENDIX III:      PUBLIC MARKET AND TRANSACTION DATA

APPENDIX IV:       HISTORICAL FINANCIAL STATEMENTS FOR
                   FIDELITY FIRST FINANCIAL CORP.
                   FOR THE THREE YEARS ENDED DECEMBER 31, 2002

VALUE OF A CONTROL OWNERSHIP
POSITION IN FIDELITY FIRST FINANCIAL CORP.

PAGE 54

# Value of a Control Ownership Position in Fidelity First Financial Corp.

**Valuation Date:**      **December 31, 2002**

**Report Date:**         **May 22, 2003**

Report by:



STENTON LEIGH
CAPITAL CORP.

1900 NW Corporate Blvd., Ste. 305-W
Boca Raton, FL 33431
561-241-9921   fax 561-241-7011

De-11042 Lancer Partners LP
consSum-TCMA

Banc of America Securities LLC
Client Position Summary by Asset Class

Page: 1
As of: 12/31/01
Printed: 11/08/02

| SHR/FACE | | UNIT COST | CURRENT PRICE | PCT G/L | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | | | |
| (19,903,243) USD | | 1.0000 | 1.0000 | 0.00 | (19,903,292.70) | (19,903,292.70) | 0.00 | (7.49) |
| 256,849 USD | | 1.0000 | 1.0000 | 0.00 | 256,898.59 | 256,898.59 | 0.00 | 0.10 |
| 0 USD | | 1.0000 | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Fixed Income** | | | | | | | | |
| 250,000 | LIGHTHOUSE LANDINGS, INC | 100.0000 | 100.0000 | 0.00 | 250,000.00 | 250,000.00 | 0.00 | 0.09 |
| 150,000 | EQUITEL BRIDGE LOAN | 100.0000 | 100.0000 | 0.00 | 150,000.00 | 150,000.00 | 0.00 | 0.05 |
| 75,000 | FIDELITY FIRST FINANCIAL (SVEC) | 100.0000 | 100.0000 | 0.00 | 75,000.00 | 75,000.00 | 0.00 | 0.03 |
| 300,000 | LIGHTHOUSE LANDINGS F.F. INC | 100.0000 | 100.0000 | 0.00 | 300,000.00 | 300,000.00 | 0.00 | 0.11 |
| | Total Fixed Income | | | | 775,000.00 | 775,000.00 | 0.00 | 0.29 |
| | TOTAL CASH AND EQUIVALENTS | | | 0.00 | (19,646,394.11) | (19,646,394.11) | 0.00 | (7.39) |
| **LONG POSITIONS** | | | | | | | | |
| | **Equities** | | | | | | | |
| 12,500,000 | AUGC  AUG CORP | 0.0400 | 3.4000 | 8400.00 | 500,000.00 | 42,500,000.00 | 42,000,000.00 | 15.99 |
| 4,499,367 | AURA  AURA SYSTEMS INC | 0.3706 | 0.4400 | 18.74 | 1,633,990.30 | 1,940,121.48 | 306,131.18 | 0.73 |
| 60,000 | CENK  CENTRAK INTERNATIONAL INC | 0.0159 | 0.0090 | (43.16) | 950.00 | 540.00 | (410.00) | 0.00 |
| 2,839,048 | CDSEQ  CREDIT STORE INC (CREDIT...) | 1.1395 | 0.8200 | (28.06) | 3,236,140.65 | 2,328,019.36 | (908,121.29) | 0.88 |
| 929,948 | CMM  CROSS MEDIA MARKETING CORP | 6.2056 | 9.0000 | 45.03 | 5,769,635.13 | 8,367,660.00 | 2,598,024.87 | 3.15 |
| 188,500 | EPTG  EPL TECHNOLOGIES INC NEW | 0.4814 | 0.3100 | (35.61) | 90,752.75 | 58,435.00 | (32,317.75) | 0.02 |
| 127,800 | EDUG  EDUCATION LENDING GROUP INC | 3.4629 | 3.6500 | (19.77) | 466,444.17 | 466,444.17 | (105,606.17) | 0.11 |
| 4,453,796 | EQUA  EQUITEL INC | 0.7027 | 0.7000 | (0.38) | 3,129,650.00 | 3,117,657.20 | (11,992.80) | 3.00 |
| 10,488,281 | FFIRD  FIDELITY FIRST FINANCIAL CORP | 0.3390 | 0.8500 | 784.07 | 3,555,880.97 | 31,464,843.00 | 27,908,962.03 | 11.84 |
| 5,000 | GVEC  GENETIC VECTORS INC | 3.0200 | 1.8500 | (38.74) | 15,100.00 | 9,250.00 | (5,850.00) | 0.00 |
| 1,169,100 | LHFF  LIGHTHOUSE FAST FERRY INC | 1.9000 | 1.9000 | (0.00) | 2,221,290.00 | 2,221,290.00 | 0.00 | 0.84 |
| 12,615,000 | MHTX  MANHATTAN SCIENTIFICS INC | 0.1403 | 0.3800 | 199.65 | 1,627,607.25 | 4,956,775.00 | 3,329,167.75 | 1.83 |
| 10,000,000 | MHTXW  MANHATTAN SCIENTIFICS INC | 1.1200 | 0.3000 | 198.40 | 1,627,607.25 | 3,300,000.00 | 1,176,717.10 | 1.24 |
| 19,226,647 | MHTD  METHOD PRODUCTS CORP | 0.8797 | 0.0000 | 67,740.00 | 80,850.00 | 13,110.00 | 22.61 |
| 975,000 | NUIZ  WTS MANHATTAN SCIENTIFICS | 0.0265 | 0.3000 | 11616.97 | 19.35 | 59,916.00 | 59,904.00 | 0.02 |
| 25,000 | P001682  WTS PIONEER COMMERCIAL FUNDING | 0.0000 | 0.2500 | 25,661.80 | 6,250.00 | 6,250.00 | 0.00 |
| 400,234 | PCFC  PIONEER COMMERCIAL FUNDING | 2.0730 | 2.0750 | (9.85) | 921,250.44 | 830,485.55 | (90,764.89) | 0.31 |
| 511,500 | RXTX  RX TECHNOLOGY HLDGS INC | 0.1016 | 0.2100 | 105.40 | 51,974.40 | 148,335.00 | 96,360.60 | 0.06 |
| 1,030,026 | SMXP  SMX CORP | 2.0505 | 12.2500 | 497.40 | 2,112,114.86 | 12,617,818.50 | 10,505,703.64 | 4.75 |
| 131,419 | SMKT  WTS PIONEER COMMERCIAL | 1.2994 | 12.2500 | (92.30) | 1,626,949.25 | 1,169,449.25 | (1,169,449.25) | 0.04 |
| 975,000 | SO12759  STONEPATH GROUP INC SER C PFD | 11.4139 | 11.419 | 1,500,000.00 | 1,499,999.38 | (0.62) | 0.56 |
| 239,900 | TFS9S637  WTS FFIR FUNDING CORPORATION | 2.9900 | 0.3100 | (9.85) | 97,500.00 | 765,967.50 | 765,967.50 | 0.29 |
| 41,870,097 | TFGP  TITAN CORP | 0.7846 | 0.1992 | 24.95 | 16,998,071.56 | 25,249,400.00 | 8,261,328.44 | 9.50 |
| 111,650 | TFGP  TOTAL FILM GROUP INC | 1.0250 | 0.4000 | 291.67 | 114,441.25 | 10,707,776.00 | 10,701,176.70 | 4.08 |
| 2,076,667 | USPL  U S PLASTIC LMBR CORP | 0.4000 | 0.2500 | (58.33) | 1,246,000.00 | 519,166.75 | (726,833.25) | 0.20 |
| 688,500 | U331992  UNIVERSAL HEIGHTS INC OLD | 0.6843 | 0.2500 | (63.47) | 471,190.70 | 172,125.00 | (299,005.70) | 0.06 |
| 3,448,710 | UVIH  UNIVERSAL INS HLDGS INC | 0.2746 | 0.8200 | 198.57 | 947,291.68 | 12,437,861.68 | 8,271,999.05 | 4.66 |
| 15,169,124 | XWC  WORLD WIRELESS COMMUNICATIONS | 4.5536 | 6.9995 | 53.69 | 4,165,862.63 | 24,135,774.86 | 8,431,775.68 | 9.08 |
| 250,000 | ZICA  ZI CORPORATION | 0.2000 | 0.2000 | 0.00 | 50,000.00 | 50,000.00 | 0.00 | 0.02 |
| 1,050,000 | CENKPFD  CENTRAK INTL PREFERRED STOCK | 2.8600 | 2.8600 | 3,003,000.00 | 3,003,000.00 | 0.00 | 1.13 |
| | FIRSTWT  FIRST FIDELITY WARRANTS | 0.0000 | 0.0000 | | | | |


EXHIBIT
H

A010070

NuSum-TCHA   BM-11892 Lancer Partners LP

Bank of America Securities LLC
Client Position Summary by Asset Class

Page: 2
As Of: 12/31/01
Printed: 11/08/02

| SHR/FACE | | | UNIT COST | CURRENT PRICE | PCT G/L | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|---|---|
| 1,250,000 | SMXW1 | SMX CORP WARRANTS | 0.0000 | 7.2500 | | 0.00 | 9,062,500.00 | 9,062,500.00 | 3.41 |
| 1,250,000 | SMXW2 | SMX CORP WARRANTS | 0.0000 | 2.2500 | | 0.00 | 2,812,500.00 | 2,812,500.00 | 1.06 |
| 300,000 | USPLFD | US PLASTIC LUMBER CORP SERIES D | 3.5000 | 3.5000 | 0.00 | 1,050,000.00 | 1,050,000.00 | 0.00 | 0.40 |
| | | Total Long Equities | | | 289.32 | 73,103,418.89 | 284,606,369.60 | 211,502,950.71 | 107.10 |
| | Options | | | | | | | | |
| 250 | QSOVO2AV | CALL SOVEREIGN BANCOR JAN 12.50 | 1.0128 | 0.1500 | (85.48) | 25,820.00 | 3,750.00 | (22,070.00) | 0.00 |
| 125 | QTTN02AF | CALL TITAN CORP JAN 30.00 | 1.7300 | 0.1000 | (94.22) | 21,625.00 | 1,250.00 | (20,375.00) | 0.00 |
| | | Total Long Options | | | (89.46) | 47,445.00 | 5,000.00 | (42,445.00) | 0.00 |
| | | TOTAL LONG POSITIONS | | | 286.04 | 73,925,863.89 | 285,386,369.60 | 211,460,505.71 | 107.39 |

| | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|
| TOTAL EXPOSURE VALUE | | 285,386,369.60 | | 107.39 |
| NET EXPOSURE VALUE | | 285,386,369.60 | | 107.39 |
| TOTAL LONG POSITIONS | 73,925,863.89 | 285,386,369.60 | 211,460,505.71 | 107.39 |
| TOTAL SHORT POSITIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL CASH EQ | (19,646,394.11) | (19,646,394.11) | | (7.39) |
| TOTAL | 54,279,469.78 | 265,739,975.49 | 211,460,505.71 | 100.00 |

A01071

913-11095 Lancer Offshore Inc

Banc Of America Securities LLC

Client Position Summary by Asset Class

As Of: 12/31/01
Printed: 11/08/02

Page: 1

| SHR/FACE | SYMBOL | | TYPE | UNIT COST | CURRENT PRICE | PCT G/L | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | | | | | |
| 1,529,331 | USD | usSum-YCMA | TYPE 2 | 1.0000 | 1.0000 | 0.00 | 1,529,331.35 | 1,529,331.35 | 0.00 | 0.18 |
| 4,103,718 | USD | | TYPE 3 | 1.0000 | 1.0000 | 0.00 | 4,103,718.36 | 4,103,718.36 | 0.00 | 0.49 |
| 6,002,443 | USD | | TYPE 6 | 1.0000 | 1.0000 | 0.00 | 6,002,443.37 | 6,002,443.37 | 0.00 | 0.71 |
| | | TOTAL CASH AND EQUIVALENTS | | | | 0.00 | 11,635,493.08 | 11,635,493.08 | 0.00 | 1.38 |
| **LONG POSITIONS** | | | | | | | | | | |
| | | **Fixed income** | | | | | | | | |
| 3,500,000 | 9386567 | EPL TECHNOLOGIES LOAN | | 100.0000 | 100.0000 | 0.00 | 3,500,000.00 | 3,500,000.00 | 0.00 | 0.42 |
| 500,000 | 9386677 | LIGHTHOUSE LANDINGS BRIDGE NOTE | | 100.0000 | 100.0000 | 0.00 | 500,000.00 | 500,000.00 | 0.00 | 0.06 |
| 250,000 | 9386655 | LIGHTHOUSE LANDINGS, INC | | 100.0000 | 100.0000 | 0.00 | 250,000.00 | 250,000.00 | 0.00 | 0.03 |
| 650,000 | 9387415 | GENETIC VECTORS 12% NOTE | | 100.0000 | 100.0000 | 0.00 | 650,000.00 | 650,000.00 | 0.00 | 0.08 |
| 650,000 | | EQUITEL BRIDGE LOAN | | 100.0000 | 100.0000 | 0.00 | 650,000.00 | 650,000.00 | 0.00 | 0.08 |
| 600,000 | EQUILOAN | EQUI/LOAN | | 100.0000 | 100.0000 | 0.00 | 600,000.00 | 600,000.00 | 0.00 | 0.07 |
| 600,000 | GVECLOAN | GVEC/LOAN | | 100.0000 | 100.0000 | 0.00 | 600,000.00 | 600,000.00 | 0.00 | 0.07 |
| 355,000 | LHBRIDGLOAN | LIGHTHOUSE BRIDGE/LOAN | | 100.0000 | 100.0000 | 0.00 | 355,000.00 | 355,000.00 | 0.00 | 0.04 |
| 500,000 | LHFFLOAN | LIGHTHOUSE PAST FERRY BRIDGE | | 100.0000 | 100.0000 | 0.00 | 500,000.00 | 500,000.00 | 0.00 | 0.06 |
| 1,450,000 | LLFILOAN | LIGHTHOUSE LANDINGS F.F. INC | | 100.0000 | 100.0000 | 0.00 | 1,450,000.00 | 1,450,000.00 | 0.00 | 0.17 |
| 600,000 | USPELDLOAN | ULTIMATE SPORTS ENTERTAINMENT | | 100.0000 | 1.0000 | 0.00 | 600,000.00 | 600,000.00 | 0.00 | 0.07 |
| | | Total Long Fixed income | | | | 0.00 | 8,405,000.00 | 8,405,000.00 | 0.00 | 1.00 |
| | | **Equities** | | | | | | | | |
| 125,000 | ASFQ | ASFT EUROPE INC | | 0.7500 | 0.9500 | 26.67 | 93,750.00 | 118,750.00 | 25,000.00 | 0.01 |
| 18,000,000 | AUGC | AUG CORP | | 0.0078 | 0.0078 | 0.00 | 5,267,400.00 | 61,200,000.00 | | 7.27 |
| 16,300,576 | AURA | AURA SYSTEMS INC | | 0.7224 | 0.4460 | (85.28) | 4,641,002.50 | 1,922,435.84 | (2,718,566.00) | 0.23 |
| 1,366,667 | CHBD | CHINA BROADBAND CORP | | 3.3959 | 1.9000 | (49.62) | 4,641,331.50 | 7,199,835.84 | (3,199,895.00) | 0.85 |
| 57,800 | DIGMD | CONTROL CHIEF HOLDINGS INC | | 4.4645 | 2.1500 | (67.65) | 269,609.57 | 135,830.00 | (133,779.57) | 0.02 |
| 3,037,944 | CDSEQ | CREDIT STORE INC | | 2.5131 | 0.0000 | 258.12 | 19,255,724.46 | 19,706,869.96 | 574,229.28 | 0.74 |
| 720,000 | XMM | CROSS MEDIA MARKETING CORP | | 1.1597 | 0.1700 | (87.07) | 7,634,626.04 | 834,955.50 | (726,955.50) | 3.25 |
| 3,199,035 | CYMHE | CYTOMEDIX INC | | 0.0400 | 0.0400 | 0.00 | 834,955.50 | 108,000.00 | | 0.01 |
| 17,523,317 | DECO | DECORA INDS INC | | 0.7581 | 0.3100 | (98.75) | 127,961.40 | 127,961.40 | | 0.01 |
| 1,849,750 | EPTG | EPL TECHNOLOGIES INC | | 0.6905 | 0.3100 | (59.11) | 10,272,966.15 | 10,145,004.75 | (10,145,004.75) | |
| 14,913,872 | EPTG | EPL TECHNOLOGIES INC NEW | | 0.5438 | 0.1900 | (62.35) | 13,284,564.74 | 7,852,336.47 | (7,852,336.47) | 0.65 |
| 1,406,327 | ECRE | ECARE SOLUTIONS INC | | 2.2010 | 3.3100 | 18.45 | 5,432,228.27 | 462,000.00 | (198,182.50) | 0.00 |
| 2,295,571 | EDGL | EDUCATION LENDING GROUP INC | | 0.2010 | 2.2000 | 229.19 | 262,000.00 | 61,330.95 | | |
| 1,003,516 | EQUA | EQUITEL INC | | 0.0147 | 3.0000 | 18.45 | 4,695,450.00 | 18,586,330.98 | 18,586,330.98 | |
| 3,624,048 | FTGX | FIBERNET TELECOM GROUP INC | | 0.4191 | 1.8500 | 83.19 | 26,695,978.88 | 2,574,929.73 | | 3.17 |
| 32,714,000 | FFIRD | FIDELITY FIRST FINANCIAL CORP | | 0.2421 | 1.9000 | (25.27) | 6,886,713.00 | 2,329,301.90 | (2,329,301.90) | 0.82 |
| 23,910,800 | GVEC | GENETIC VECTORS INC | | 0.2696 | 0.3800 | (56.90) | 1,956,504.60 | 2,440,684.62 | (2,440,684.62) | 0.22 |
| 27,135,780 | LHFF | LIGHTHOUSE FAST FERRY INC | | 0.0370 | 1.0500 | 332.49 | 1,592,090.17 | 5,293,601.03 | 5,293,601.03 | 0.82 |
| 15,595,90X | LHFF | LIGHTHOUSE LANDINGS INC | | 0.1015 | 0.3100 | 42.79 | 12,594,890.00 | 3,774,472.54 | (3,774,472.54) | 1.50 |
| 855,492 | MHTX | MANHATTAN SCIENTIFICS INC | | 0.0370 | 0.3800 | 8.20 | 25,106,340.00 | 24,221,295.00 | 24,221,295.00 | 2.98 |
| 200,000 | MHTD | METHOD PRODUCTS CORP | | 0.1015 | 0.0100 | 2736.73 | 885,045.00 | 11,251,785.12 | (11,251,785.12) | 1.50 |
| 220,000 | NRRC | NEUROCORP LTD | | 0.012 | 0.1000 | (69.95) | 16,086,387.02 | 82,839,208.15 | 82,839,208.15 | 9.99 |
| 625,000 | NUO2 | NU-D-ZINE INC | | 0.0100 | 0.1000 | 900.00 | 1,281,709.85 | 180,900.00 | (180,900.00) | 0.57 |
| 10,891,179 | NXNM | NXGEN NETWORKS INC | | 0.8618 | 2.0700 | (57.42) | 4,834,601.90 | 4,159,213.08 | (2,388,344.60) | 0.50 |
| | NYER | NYER MEDICAL GROUP INC | | 1.0345 | 2.0750 | (69.50) | 84,120,602.85 | 1,287,952.20 | (2,329,301.90) | 0.82 |
| | PCFC | PIONEER COMMERCIAL FUNDING | | 1.4508 | 0.2900 | 100.59 | 1,770,868.44 | 574,229.28 | 287,952.20 | 0.02 |
| | RXTX | RX TECHNOLOGY HLDGS INC | | 0.3896 | 12.2500 | (80.01) | 2,000.00 | 181,250.00 | (725,500.00) | 0.07 |
| | SHXP | SHX CORP | | | | | 906,750.00 | 906,750.00 | | 0.02 |
| | | | | | | | 181,250.00 | 181,250.00 | | |
| | | | | | | | 133,416,942.75 | 129,173,554.50 | | 15.85 |

Page: 2
As Of: 12/31/01
Printed: 11/08/02

Banc of America Securities LLC
Client Position Summary by Asset Class

PosSum-TCBA

011-11895 Lancer Offshore Inc

| SHR/FACE | SIR/FACE | UNIT COST | CURRENT PRICE | PCT G/L | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|---|
| 2,270,857 | SIMEX CORP | 1.6398 | 0.1000 | (93.90) | 3,723,654.54 | 227,085.70 | (3,496,568.84) | 0.03 |
| 271,084 | STG STONE PATH GROUP INC | 0.5500 | 1.8500 | 236.36 | 149,096.20 | 501,505.41 | 352,409.20 | 0.06 |
| 212,373 | SO12759 STONEPATH GROUP INC SER C PFD | 11.4139 | 11.4149 | (0.00) | 2,424,000.00 | 2,423,997.81 | (12.19) | 0.29 |
| 50,000 | TKRN TKERON COMMUNICATION SYS | 9.8409 | 8.2910 | (15.69) | 492,491.00 | 423,450.00 | (73,494.00) | 0.05 |
| 14,994 | BHAF7007 FIDELITY FIRST FINANCIAL CORP | 1.5000 | 1.5000 | 0.00 | 22,491.00 | 22,491.00 | 0.00 | 0.00 |
| 1,504,101 | TTN TITAN CORP | 24.1000 | 24.0000 | 11.40 | 33,777,009.82 | 37,627,095.00 | 3,850,086.18 | 4.47 |
| 60,766,859 | TFCP TOTAL FILM GROUP INC | 0.2070 | 0.4000 | 189.01 | 12,580,544.57 | 24,489,570.83 | 23,879,570.41 | 4.31 |
| 1,074,250 | USPL U S PLASTIC LUMBER CORP | 7.4658 | 0.3791 | (94.91) | 9,020,198.81 | 407,892.72 | (7,612,276.09) | 0.05 |
| 1,687,400 | UGSI UNDERGROUND SOLUTIONS INC | 0.8997 | 0.2550 | (71.65) | 1,516,462.16 | 430,287.00 | (1,086,175.16) | 0.05 |
| 15,300 | UGSI U S INDUSTRIES INC NEW | 2.5600 | 2.5600 | 27.27 | 30,715.95 | 39,168.00 | 8,392.05 | 0.00 |
| 435,000 | U3J1992 UNIVERSAL HEIGHTS INC OLD | 2.0125 | 0.2500 | (75.00) | 435,000.00 | 108,750.00 | (326,250.00) | 0.01 |
| 3,029,137 | UVIH UNIVERSAL INS HLDGS INC | 0.7294 | 0.2500 | (65.73) | 757,284.25 | 195,000.00 | (1,452,299.15) | 0.09 |
| 250,000 | ICONNECT.COM | 1.0000 | 1.0000 | 0.00 | 250,000.00 | 250,000.00 | 0.00 | 0.03 |
| 300,000 | 9387252 WTS LIGHTHOUSE LANDINGS INC | 0.0000 | 0.6500 | | 0.00 | 195,000.00 | 195,000.00 | 0.02 |
| 58,099,328 | XWC WORLD LIGHTHOUSE COMMUNICATIONS | 0.2808 | 0.9000 | 183.95 | 16,775,516.29 | 47,635,248.96 | 30,857,732.67 | 5.66 |
| 9,026,275 | ZICA Z1 CORPORATION | 4.5721 | 7.0000 | 53.06 | 41,270,573.95 | 63,170,327.80 | 21,899,753.85 | 7.50 |
| 56,641,675 | CENTRAK INTL PREFERRED STOCK | 0.2000 | 0.2000 | 0.00 | 400,000.00 | 400,000.00 | 0.00 | 0.05 |
| 2,000,000 | FFIR FIRST FIDELITY STOCK | 0.0054 | 2.0000 | 33683.63 | 335,320.00 | 113,283,270.00 | 112,947,950.00 | 13.46 |
| 16,000,000 | MHTXWT MANHATTAN SCIENTIFICS WARRANTS | 0.0000 | 0.3300 | | 0.00 | 5,280,000.00 | 5,280,000.00 | 0.63 |
| 16,000,000 | MTDFW1 METHOD PRODUCTS CORP WARRANTS | 0.0000 | 0.9500 | | 0.00 | 9,500,000.00 | 9,500,000.00 | 1.13 |
| 10,000,000 | MTDFW2 METHOD PRODUCTS CORP WARRANTS | 0.0000 | 0.9000 | | 0.00 | 9,000,000.00 | 9,000,000.00 | 1.07 |
| 20,000,000 | MTDFW3 METHOD PRODUCTS CORP WARRANTS | 0.0000 | 1.0400 | | 0.00 | 20,800,000.00 | 20,800,000.00 | 2.47 |
| 18,150,000 | MTDFW4 NU-IZONE WARRANT | 3.0000 | 3.0000 | | 54,450,000.00 | 54,450,000.00 | 54,450,000.00 | 6.47 |
| 100,000 | USPLPFD US PLASTIC LUMBER CORP SERIES D | 3.5000 | 3.5000 | 0.00 | 350,000.00 | 350,000.00 | 0.00 | 0.04 |
| 250,000 | ENEMF E-NEM MEDIA COMPANY LTD | 0.0500 | 0.0474 | (5.10) | 12,500.00 | 11,862.09 | (637.91) | 0.00 |

Total Long Equities: 261,908,109.85 / 830,293,001.88 / 568,384,892.03 / 98.62

| | | UNIT COST | CURRENT PRICE | PCT G/L | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|---|
| 125 | QTTN02AF CALL TITAN CORP JAN 30.00 | 1.7300 | 0.1100 | (94.22) | 21,625.00 | 1,250.00 | (20,375.00) | 0.00 |

Options

Total Long Positions: 1,700 / 0.1100 / 217.02 / 261,908,109.85 / 830,293,001.88 / 568,384,892.03 / 98.62

CALL TITAN CORP JAN 30.00

TOTAL LONG POSITIONS      261,908,109.85   830,293,001.88   568,384,892.03   98.62
TOTAL SHORT POSITIONS                0.00             0.00             0.00    0.00
TOTAL CASH EQ             11,635,493.08    11,635,493.08             0.00    1.38

TOTAL EXPOSURE VALUE   253,481,484.85   821,896,751.88   568,405,267.03   97.62
NET EXPOSURE VALUE     224.24 / 253,481,484.85 / 821,896,751.88 / 568,405,267.03 / 97.62

TOTAL      273,543,602.93   841,928,494.96   568,384,892.03   100.00

A010173

CroSum-TCBA                                                                                              8/14 12/96 The OmniFund I+I.

Bank of America Securities LLC
Client Position Summary by Asset Class

| SHR/FACE | | UNIT COST | CURRENT PRICE | PCT G/L | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | | | |
| (4,010,395.62) USD | TYPE 2 | 1.0000 | 1.0000 | 0.00 | (4,010,395.62) | (4,010,395.62) | 0.00 | (9.30) |
| 3,057,758.48 USD | TYPE 3 | 1.0000 | 1.0000 | 0.00 | 3,057,758.48 | 3,057,758.48 | 0.00 | 7.09 |
| 0 USD | TYPE 6 | 1.0000 | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **TOTAL CASH AND EQUIVALENTS** | | | 0.00 | (952,637.14) | (952,637.14) | 0.00 | (2.21) |
| **LONG POSITIONS** | | | | | | | | |
| **Fixed Income** | | | | | | | | |
| 100,000 LFFLOAN1 | LIGHTHOUSE FAST FERRY BRIDGE | 100.0000 | 100.0000 | 0.00 | 100,000.00 | 100,000.00 | 0.00 | 0.23 |
| | **TOTAL FIXED INCOME** | | | | 100,000.00 | 100,000.00 | 0.00 | 0.23 |
| **Equities** | | | | | | | | |
| 2,000,000 AUGC | AUG CORP | 0.0250 | 3.4000 | 13500.00 | 50,000.00 | 6,800,000.00 | 6,750,000.00 | 15.78 |
| 687,750 AURA | AURA SYSTEMS INC | 0.3387 | 0.4400 | 29.91 | 232,941.50 | 302,610.00 | 69,668.50 | 0.70 |
| 100,000 XMM | CROSS MEDIA MARKETING CORP | 2.5000 | 9.0000 | 260.00 | 250,000.00 | 900,000.00 | 650,000.00 | 2.09 |
| 3,185,000 EPTG | EPL TECHNOLOGIES INC NEW | 0.0177 | 0.3100 | 1649.97 | 56,421.00 | 987,350.00 | 930,929.00 | 2.29 |
| 106,766 FTGX | FIBERNET TELECOM GROUP INC | 0.3490 | 0.3700 | 6.03 | 37,256.16 | 39,503.42 | 2,247.26 | 0.09 |
| 359,968 FFIRD | FIDELITY FIRST FINANCIAL CORP | 2.6777 | 3.0000 | 12.04 | 963,807.00 | 1,079,904.00 | 116,097.00 | 2.52 |
| 975,000 LHFF | LIGHTHOUSE FAST FERRY INC | 0.3044 | 0.3400 | 11.69 | 296,790.00 | 331,500.00 | 34,710.00 | 0.77 |
| 25,000 MNGX | MANGOSOFT INC | 0.8342 | 0.6500 | (22.08) | 20,856.00 | 16,250.00 | (4,606.00) | 0.04 |
| 755,000 NUIZ | NU-D-ZINE INC. | 0.2397 | 3.1000 | 1193.00 | 181,000.00 | 2,340,500.00 | 2,159,500.00 | 5.43 |
| 100,000 NXNM | NXGEN NETWORKS INC | 0.1000 | 0.1000 | 0.00 | 10,000.00 | 10,000.00 | 0.00 | 0.02 |
| 275,000 RXTX | RX TECHNOLOGY HLDGS INC | 1.7500 | 0.2900 | (81.43) | 481,250.00 | 79,750.00 | (401,500.00) | 0.19 |
| 837,770 SMXP | SMX CORP | 0.2061 | 12.2500 | 5844.76 | 172,634.00 | 10,262,682.50 | 10,090,048.50 | 23.81 |
| 18,500 SMXT | SIMEX CORP | 5.7237 | 0.1000 | (98.25) | 105,887.70 | 1,850.00 | (104,037.70) | 0.00 |
| 10,290,000 TFGP | TOTAL FILM GROUP INC | 0.0097 | 0.6000 | 6074.00 | 100,000.00 | 6,174,000.00 | 6,074,000.00 | 14.32 |
| 2,750,000 ULSP | ULTIMATE SPORTS ENTERTAINMENT | 0.0045 | 0.0800 | 1660.00 | 12,500.00 | 220,000.00 | 207,500.00 | 0.51 |
| 10,000 XWC | WORLD WIRELESS COMMUNICATIONS | 0.5450 | 0.8200 | 50.46 | 5,450.00 | 8,200.00 | 2,750.00 | 0.02 |
| 413,600 ZICA | Z1 CORPORATION | 13.1360 | 6.9985 | (46.72) | 5,433,047.49 | 2,894,576.95 | (2,538,470.54) | 6.72 |
| 2,745,000 FTFR | FIRST FIDELITY STOCK | 1.1360 | 2.0000 | 76.06 | 5,490,000.00 | 5,490,000.00 | | 12.74 |
| 300,000 GVECWTS | GENETIC VECTOR WARRANTS | 0.0016 | 1.4400 | | | 699,200.00 | 699,200.00 | 1.62 |
| 360,000 NUZ2W | NU-D-ZINE WARRANT | 0.0000 | 3.0000 | | | 900,000.00 | 900,000.00 | 2.09 |
| 1,605,000 XWCWT | WORLD WIRELESS COMM WARRANTS | 0.0000 | 0.5000 | | | 802,500.00 | 802,500.00 | 1.86 |
| 400,000 XMCWT | Z1 CORP WTS | 0.0000 | 5.2300 | | | 2,092,000.00 | 2,092,000.00 | 4.85 |
| | **Total Long Equities** | | | 412.81 | 8,490,614.46 | 43,953,376.87 | 35,462,762.41 | 101.98 |
| | **Total Long Positions** | | | 411.67 | 8,590,614.46 | 44,053,376.87 | 35,462,762.41 | 102.21 |
| | **TOTAL LONG POSITIONS** | | | | 8,590,614.46 | 44,053,376.87 | 35,462,762.41 | 102.21 |
| | **TOTAL SHORT POSITIONS** | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | **TOTAL CASH EQ** | | | | (952,637.14) | (952,637.14) | 0.00 | (2.21) |
| | **TOTAL EXPOSURE VALUE** | | | | 8,590,614.46 | 44,053,376.87 | 35,462,762.41 | 102.21 |
| | **NET EXPOSURE VALUE** | | | | 8,590,614.46 | 44,053,376.87 | 35,462,762.41 | 102.21 |
| | **TOTAL** | | | | 7,637,977.32 | 43,100,739.73 | 35,462,762.41 | 100.00 |

A01074

CrosSum-TCBA
GL13-13377 Viator Fund Ltd

## Banc Of America Securities LLC
### Client Position Summary by Asset Class

As of: 12/31/01
Printed: 11/08/02
Page: 1

| Quantity | Symbol / Type | Name | UNIT COST | CURRENT PRICE | TOTAL G/L | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** (SUR/PRCE) | | | | | | | | | |
| (2,175,054) USD | TYPE 2 | | 1.0000 | 1.0000 | 0.00 | (2,175,054.43) | (2,175,054.43) | 0.00 | (7.97) |
| 346,095 USD | TYPE 3 | | 1.0000 | 1.0000 | 0.00 | 346,094.89 | 346,094.89 | 0.00 | 1.27 |
| 0 USD | TYPE 6 | | 1.0000 | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL CASH AND EQUIVALENTS** | | | | | 0.00 | (1,828,959.54) | (1,828,959.54) | 0.00 | (6.71) |
| **LONG POSITIONS** | | | | | | | | | |
| **Equities** | | | | | | | | | |
| 1,400,000 | AUGC | AUG CORP | 0.0250 | 3.4000 | 13500.00 | 35,000.00 | 4,760,000.00 | 4,725,000.00 | 17.45 |
| 761,500 | AURA | AURA SYSTEMS INC | 0.3663 | 0.4147 | 20.81 | 278,884.50 | 315,940.00 | 37,055.50 | 1.16 |
| 51,101 | LIB | COMPUTRAC INC | 0.3750 | 0.4400 | 17.33 | 19,162.50 | 22,484.00 | 3,321.50 | 0.08 |
| 112,000 | CDSEO | CREDIT STORE INC | 2.7094 | 0.8200 | (69.73) | 303,452.70 | 91,840.00 | (211,612.70) | 0.34 |
| 2,382,968 | EiFTG | KFL TECHNOLOGIES INC NEW | 0.3100 | 0.2931 | (5.48) | 738,720.08 | 698,271.46 | (40,448.62) | 2.56 |
| 100,000 | EDLG | EDUCATION LENDING GROUP INC | 0.9249 | 2.2000 | 137.86 | 92,490.00 | 220,000.00 | 127,510.00 | 0.81 |
| 607,938 | FTGK | FIBERNET TELECOM GROUP INC | 1.0723 | 0.3700 | (65.50) | 651,905.72 | 224,937.06 | (426,968.66) | 0.82 |
| 57,057 | FFIRD | FIDELITY FIRST FINANCIAL CORP | 2.0944 | 3.0000 | 43.24 | 119,502.00 | 171,171.00 | 51,669.00 | 0.63 |
| 19,800 | LSTTA | LIBERTY SATELLITE & TECHNOLOGY | 0.8266 | 0.9400 | 13.72 | 16,365.68 | 18,612.00 | 2,246.32 | 0.07 |
| 1,419,350 | LHFF | LIGHTHOUSE FAST FERRY INC | 0.1396 | 1.9000 | 1259.15 | 198,162.00 | 2,693,341.70 | 2,495,179.70 | 9.89 |
| 45,000 | MHCK | MANGOSOFT INC | 0.8012 | 0.6500 | (18.87) | 36,053.75 | 29,250.00 | (6,803.75) | 0.11 |
| 200,000 | MHTX | MANHATTAN SCIENTIFICS INC | 0.3711 | 0.3850 | 3.74 | 74,225.00 | 77,000.00 | 2,775.00 | 0.28 |
| 91,333 | NPRO | NAPRO BIOTHERAPEUTICS INC | 1.6272 | 2.4964 | 53.42 | 148,621.17 | 228,000.00 | 79,378.83 | 0.84 |
| 754,200 | NURG | NEUROCORP LTD | 0.2385 | 3.1000 | 1200.00 | 179,800.00 | 2,337,400.00 | 2,157,600.00 | 8.57 |
| 200,000 | NXNW | NXGEN NETWORKS INC | 0.1000 | 0.1000 | 0.00 | 20,000.00 | 20,000.00 | 0.00 | 0.07 |
| 200,000 | RXTX | RX TECHNOLOGY HLDGS INC | 1.7500 | 0.2900 | (83.43) | 350,000.00 | 58,000.00 | (292,000.00) | 0.21 |
| 395,800 | SMKF | SMK CORP | 0.9444 | 0.9400 | (0.47) | 373,787.50 | 372,052.00 | (1,735.50) | 1.36 |
| 50,400 | SMXT | SIMEX CORP | 2.1203 | 0.1000 | (95.28) | 106,861.20 | 5,040.00 | (101,821.20) | 0.02 |
| 50,000 | TTN | TITAN CORP | 25.1250 | 24.9500 | (0.70) | 1,256,250.00 | 1,247,500.00 | (8,750.00) | 4.57 |
| 10,037,155 | TFGF | TOTAL FILM GROUP INC | 0.1198 | 0.6000 | 400.87 | 1,202,356.68 | 6,022,293.00 | 4,819,936.32 | 22.08 |
| 233,700 | UVIH | UNIVERSAL INS HLDGS INC | 0.4091 | 0.2500 | (38.90) | 95,617.39 | 58,425.00 | (37,192.39) | 0.21 |
| 300,000 | | WTS LIGHTHOUSE LANDINGS INC | 0.6500 | 0.6500 | 0.00 | 195,000.00 | 195,000.00 | 0.00 | 0.71 |
| 200,000 | XWC | WORLD WIRELESS COMMUNICATIONS | 2.7632 | 0.8210 | (70.29) | 552,649.94 | 164,200.00 | (388,449.94) | 0.60 |
| 398,200 | ZICA | ZI CORPORATION | 16.6222 | 6.9985 | (57.90) | 6,618,942.99 | 2,786,800.15 | (3,832,142.84) | 10.22 |
| 859,400 | FFIR | FIRST FIDELITY STOCK | 0.0109 | 2.0000 | 18185.11 | 9,400.00 | 1,718,800.00 | 1,709,400.00 | 6.30 |
| **Total Long Equities** | | | | | 117.40 | 13,387,926.50 | 29,104,840.52 | 15,716,914.02 | 106.71 |
| **TOTAL LONG POSITIONS** | | | | | 117.40 | 13,387,926.50 | 29,104,840.52 | 15,716,914.02 | 106.71 |

A010175

Bank of America Securities LLC

Client Position Summary by Asset Class

Page: 2
As Of: 12/31/01
Printed: 11/08/02

01-13377 Viator Fund Ltd
PosSum-TCHA
SHR/FACE

| | UNIT COST | CURRENT PRICE | PCT G/L | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|
| TOTAL EXPOSURE VALUE | | | | 13,387,926.50 | 29,104,840.52 | 15,716,914.02 | 106.71 |
| NET EXPOSURE VALUE | | | | 13,387,926.50 | 29,104,840.52 | 15,716,914.02 | 106.71 |
| TOTAL LONG POSITIONS | | | | 13,387,926.50 | 29,104,840.52 | 15,716,914.02 | 106.71 |
| TOTAL SHORT POSITIONS | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL CASH EQ | | | | (1,828,959.54) | (1,828,959.54) | | (6.71) |
| TOTAL | | | | 11,558,966.96 | 27,275,880.98 | 15,716,914.02 | 100.00 |

A010076

Banc of America Securities LLC

Client Position Summary by Asset Class

918-11897 Lancer Partners LP

As Of: 12/31/02
Printed: 01/16/03
Page: 1

| SHR/FACE | SHR/TEMA | UNIT COST | CURRENT PRICE | PCT G/L | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | BoSun-TEMA | | | | | | | |
| (4,572,091) USD | TYPE 2 | 1.0000 | 1.0000 | 0.00 | (4,572,091.11) | (4,572,091.11) | 0.00 | (1.89) |
| 241,760 USD | TYPE 3 | 1.0000 | 1.0000 | 0.00 | 241,760.20 | 241,760.20 | 0.00 | 0.10 |
| 0 USD | TYPE 6 | 1.0000 | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL CASH AND EQUIVALENTS** | | | | | (4,330,330.91) | (4,330,330.91) | 0.00 | (1.79) |
| **Fixed Income** | | | | | | | | |
| 65,000.00 BLACK | BLACK SKY ENTERTAINMENT LOAN | 100.0000 | 100.0000 | 0.00 | 65,000.00 | 65,000.00 | 0.00 | 0.03 |
| **Equities** | | | | | | | | |
| 5,544,167 AURA | AURA SYSTEMS INC | 0.3307 | 0.0590 | (82.16) | 1,833,303.66 | 327,105.85 | (1,506,197.81) | 0.13 |
| 12,512,500 BMTS | BIOMETRICS SECURITY TECHNOLOGY | 0.0450 | 5.5000 | 12129.67 | 562,737.40 | 68,820,950.00 | 68,258,212.60 | 28.37 |
| 60,000 CENK | CENTRACK INTERNATIONAL INC | 0.0158 | 0.0035 | (77.89) | 950.00 | 210.00 | (740.00) | 0.00 |
| 519,300 CSOR | CONTINENTAL SOUTHERN RESOURCES | 1.1577 | 5.1000 | 340.53 | 601,185.00 | 2,648,430.00 | 2,047,245.00 | 1.09 |
| 72,500 CMM | CROSS MEDIA MARKETING CORP | 1.1203 | 0.5600 | (54.83) | 81,242.90 | 40,480.00 | (40,762.90) | 0.02 |
| 46,650 ELGG | EDUCATIONAL LENDING GROUP INC | 3.8200 | 4.1400 | 8.38 | 178,203.00 | 193,101.00 | 14,928.00 | 0.08 |
| 10,292,481 FFID | FIDELITY FIRST FINANCIAL CORP | 0.3398 | 5.0000 | 1375.73 | 3,487,247.22 | 51,462,405.00 | 47,975,157.78 | 21.22 |
| 1,867,859 LHFF | LIGHTHOUSE FAST FERRY INC | 0.6806 | 0.1000 | (85.31) | 1,271,318.99 | 186,785.90 | (1,084,533.09) | 0.08 |
| 1,000 LNSG | LIONSHARE GROUP INC | 1.3500 | 1.2500 | (7.41) | 1,350.00 | 1,250.00 | (100.00) | 0.00 |
| 5,010,000 GML | MAGIC LANTERN GROUP INC | 0.0218 | 1.7000 | 7698.95 | 109,207.00 | 8,517,000.00 | 8,407,793.00 | 3.51 |
| 12,000,000 MHTX | MANHATTAN SCIENTIFICS INC | 0.1333 | 0.0650 | (51.22) | 1,599,115.59 | 780,000.00 | (819,115.59) | 0.32 |
| 10,000,000 MHTXW | MANHATTAN SCIENTIFICS INC | 0.0000 | 0.0150 | | 0.00 | 150,000.00 | 150,000.00 | 0.06 |
| 37,650 MHTD | METHOD PRODUCTS CORP | 6.0034 | 0.6000 | (90.14) | 229,038.50 | 22,590.00 | (206,448.50) | 0.01 |
| 25,000 P001682 | PIONEER COMMERCIAL FUNDING | 0.2700 | 0.2500 | (7.00) | 6,750.00 | 6,250.00 | (500.00) | 0.00 |
| 400,234 PCFC | PIONEER COMMERCIAL FUNDING | 1.6038 | 1.6000 | (30.27) | 921,250.44 | 642,375.57 | (278,874.87) | 0.26 |
| 827,948 SMXP | SMX CORP | 2.8797 | 3.0000 | 4.18 | 2,384,272.86 | 2,483,844.00 | 99,571.14 | 1.02 |
| 383,353 SURE | SUREBEAM CORP | 4.5090 | 4.0400 | (10.40) | 1,728,523.13 | 1,548,746.12 | (179,777.01) | 0.64 |
| 259,650 S855437 | WTS FFIR FUNDING CORPORATION | 0.0000 | 0.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 874,750 TTN | TITAN CORP | 11.8000 | 10.4000 | (11.86) | 10,322,050.00 | 9,097,400.00 | (1,224,650.00) | 3.75 |
| 34,530,897 TFGP | TOTAL FILM GROUP INC | 0.1674 | 0.3000 | 79.22 | 5,780,328.20 | 10,359,269.10 | 4,578,940.90 | 4.27 |
| 13,856,524 XWC | WORLD WIRELESS COMMUNICATIONS | 0.3145 | 0.1400 | (55.49) | 4,358,662.19 | 1,939,191.36 | (2,418,468.83) | 0.80 |
| 19,138,563 XTRD | XTRACARD CORP | 0.0280 | 4.0000 | 14194.34 | 538,354.76 | 76,554,252.00 | 76,415,845.74 | 31.73 |
| 3,712,419 ZICA | Z1 CORPORATION | 4.5761 | 0.1400 | (37.72) | 16,989,200.00 | 519,738.66 | (16,469,459.34) | 0.22 |
| 250,000 CEMRFD | CENTRAK NNTL PREFERRED STOCK | 0.2000 | 0.2000 | 0.00 | 50,000.00 | 50,000.00 | 0.00 | 0.02 |
| 1,050,000 FIRSTWT | FIRST FIDELITY WARRANTS | 0.0000 | 0.0000 | 0.00 | 0.00 | 0.01 | 0.01 | 0.00 |
| **Total Long Equities** | | | | 364.93 | 53,099,818.28 | 246,878,554.42 | 193,778,736.14 | 101.76 |
| **Total Long Positions** | | | | 365.38 | 53,034,818.28 | 246,813,554.42 | 193,778,736.14 | 101.79 |
| **TOTAL LONG POSITIONS** | | | | 365.38 | 53,034,818.28 | 246,813,554.42 | 193,778,736.14 | 101.79 |

A012306

118-11992 Lancer Partners LP
Possum TC'NA
SHV/FACE

Bank Of America Securities LLC
Client Position Summary by Asset Class

As Of: 12/31/02
Printed: 01/16/03
Page: 2

| | UNIT COST | CURRENT PRICE | PCT G/L | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|
| TOTAL EXPOSURE VALUE | | | | 53,099,818.28 | 246,878,554.42 | 193,778,736.14 | 101.79 |
| NET EXPOSURE VALUE | | | | 53,099,818.28 | 246,878,554.42 | 193,778,736.14 | 101.79 |
| TOTAL LONG POSITIONS | | | | 53,099,818.28 | 246,878,554.42 | 193,778,736.14 | 101.79 |
| TOTAL SHORT POSITIONS | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL CASH EQ | | | | (4,330,330.91) | (4,330,330.91) | | (1.79) |
| TOTAL | | | | 48,769,487.37 | 242,548,223.51 | 193,778,736.14 | 100.00 |

A01207

Banc Of America Securities LLC
Client Position Summary by Asset Class

DeiSum-TCHA

TCHA - Lancet Offshore Inc

As Of: 12/31/02
Printed: 01/16/03
Page: 1

### CASH AND EQUIVALENTS:

| SOURCE | UNIT COST | CURRENT PRICE | PCT CH. | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|
| TYPE 2 | 1.0000 | 1.0000 | 0.00 | (6,113,722.47) | (6,113,722.47) | 0.00 | (0.74) |
| TYPE 3 | 1.0000 | 1.0000 | 0.00 | 3,829,806.60 | 3,829,806.60 | 0.00 | 0.47 |
| TYPE 6 | 1.0000 | 1.0000 | 0.00 | 162,413.28 | 162,413.28 | 0.00 | 0.02 |
| **Total CASH AND EQUIVALENTS** | | | 0.00 | (2,121,502.59) | (2,121,502.59) | 0.00 | (0.26) |

### Fixed Income — LONG POSITIONS

| QUANTITY | SYMBOL | SOURCE | UNIT COST | CURRENT PRICE | PCT CH. | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|---|---|
| 3,500,000 | 986567 | EPL TECHNOLOGIES LOAN | 100.0000 | 100.0000 | 0.00 | 3,500,000.00 | 3,500,000.00 | 0.00 | 0.43 |
| 500,000 | 9386637 | LIGHTHOUSE LANDINGS BRIDGE NOTE | 100.0000 | 100.0000 | 0.00 | 500,000.00 | 500,000.00 | 0.00 | 0.06 |
| 500,000 | 9386655 | LIGHTHOUSE LANDINGS, INC | 100.0000 | 100.0000 | 0.00 | 500,000.00 | 500,000.00 | 0.00 | 0.06 |
| 300,000 | | AUG CORP BRIDGE LOAN | 100.0000 | 100.0000 | 0.00 | 300,000.00 | 300,000.00 | 0.00 | 0.04 |
| 625,000 | AURALOAN | AURA SYSTEMS INC BRIDGE LOAN | 100.0000 | 100.0000 | 0.00 | 625,000.00 | 625,000.00 | 0.00 | 0.08 |
| 625,000 | BSKYLOAN | BLACK SKY ENTERTAINMENT LOAN | 100.0000 | 100.0000 | 0.00 | 2,635,000.00 | 2,635,000.00 | 0.00 | 0.32 |
| 505,000 | CPHGLOAN | CORPUS HOLDINGS INC BRIDGE LOAN | 100.0000 | 100.0000 | 0.00 | 505,000.00 | 505,000.00 | 0.00 | 0.06 |
| 2,500,000 | CSORLOAN | CONTINENTAL SOUTHERN RESOURCES | 100.0000 | 100.0000 | 0.00 | 2,500,000.00 | 2,500,000.00 | 0.00 | 0.30 |
| 75,000 | CTKLOAN | CONTINENTAL SOUTHERN RESOURCES | 100.0000 | 100.0000 | 0.00 | 75,000.00 | 75,000.00 | 0.00 | 0.01 |
| 500,017 | EQUILOAN | CENTRAK CORP BRIDGE LOAN | 100.0000 | 100.0000 | 0.00 | 500,017.10 | 500,017.10 | 0.00 | 0.06 |
| 1,250,000 | EXFGLOAN | EQUITEL BRIDGE LOAN | 100.0000 | 100.0000 | 0.00 | 1,250,000.00 | 1,250,000.00 | 0.00 | 0.15 |
| 290,000 | FFIRLOAN | FIDELITY FIRST FINANCIAL SVCS | 100.0000 | 100.0000 | 0.00 | 290,000.00 | 290,000.00 | 0.00 | 0.04 |
| 3,805,000 | INHEALTH | INHEALTH INC BRIDGE LOAN | 100.0000 | 100.0000 | 0.00 | 3,805,000.00 | 3,805,000.00 | 0.00 | 0.46 |
| 100,000 | ISTHINEALTH | ISTHINEALTH INC BRIDGE LOAN | 100.0000 | 100.0000 | 0.00 | 100,000.00 | 100,000.00 | 0.00 | 0.01 |
| 1,500,000 | KNGTLOAN | KNIGHTSCOVE ENTERTAINMENT BRIDGE | 100.0000 | 100.0000 | 0.00 | 1,500,000.00 | 1,500,000.00 | 0.00 | 0.18 |
| 400,000 | LFFLOAN1 | LIGHTHOUSE LANDINGS L.F. INC | 100.0000 | 100.0000 | 0.00 | 400,000.00 | 400,000.00 | 0.00 | 0.05 |
| 2,400,000 | LFFLOAN | LIGHTHOUSE LANDINGS L.F. INC | 100.0000 | 100.0000 | 0.00 | 2,400,000.00 | 2,400,000.00 | 0.00 | 0.29 |
| 1,500,000 | LHSRLOAN | LIONSHARE GROUP INC BRIDGE LOAN | 100.0000 | 100.0000 | 0.00 | 1,500,000.00 | 1,500,000.00 | 0.00 | 0.18 |
| 600,000 | NEPHLOAN | NEPHROS INC BRIDGE LOAN | 100.0000 | 100.0000 | 0.00 | 600,000.00 | 600,000.00 | 0.00 | 0.07 |
| 3,000,000 | USFSELOAN | ULTIMATE SPORTS ENTERTAINMENT | 100.0000 | 100.0000 | 0.00 | 3,000,000.00 | 3,000,000.00 | 0.00 | 0.36 |
| 850,000 | XMMLOAN | CROSS MEDIA MARKETING LOAN | 100.0000 | 100.0000 | 0.00 | 850,000.00 | 850,000.00 | 0.00 | 0.10 |
| | XWCLOAN | WORLD WIRELESS COMM LOAN | | | | | | | |
| **Total Long Fixed Income** | | | | | | 33,335,017.10 | 33,335,017.10 | 0.00 | 4.05 |

### Equities

| QUANTITY | SYMBOL | SECURITY | UNIT COST | CURRENT PRICE | PCT CH. | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|---|---|
| 41,225,578 | AURA | AURA SYSTEMS INC | 0.2897 | 0.0590 | (79.64) | 11,944,398.36 | 2,432,309.10 | (9,512,028.26) | 0.30 |
| 29,554,610 | BMTS | BIOMETRICS SECURITY TECHNOLOGY | 0.1862 | 5.5000 | 2853.47 | 5,503,715.30 | 162,550,355.00 | 157,046,639.70 | 19.77 |
| 2,500,000 | CENK | CENTRACK INTERNATIONAL INC | 0.0200 | 0.0035 | (82.50) | 50,000.00 | 8,750.00 | (41,250.00) | 0.00 |
| 14,313,600 | CSOR | CONTINENTAL SOUTHERN RESOURCES | 0.1213 | 5.1000 | 4105.36 | 1,735,863.20 | 72,999,360.00 | 71,263,496.80 | 8.88 |
| 384 | DIGH | CONTROL CHIEF HOLDINGS INC | 478.8839 | 478.8839 | 0.00 | 183,891.41 | 183,891.41 | 0.00 | 0.00 |
| 478.8839 | CPHG | CORPS HOLDINGS INC | 0.0100 | 110.0000 | (77.03) | 400,000.00 | 500,000.00 | (141,651.41) | 0.06 |
| 10,000,000 | XMM | CROSS MEDIA MARKETING CORP | 0.5500 | 0.5500 | 0.00 | 18,721,007.70 | 2,887,675.45 | 400,000.00 | 0.06 |
| 5,250,319 | CYME | CYTOMEDIX INC | 3.565 | 0.7750 | (84.58) | 2,887,675.45 | 778,966.30 | (15,833,332.25) | 0.35 |
| 53,797 | EPTG | EPL TECHNOLOGIES INC | 14.4630 | | (94.64) | 778,966.30 | 351,077.74 | (736,373.63) | 0.04 |
| 31,915,158 | FTGX | FIBERNET TELECOM GROUP INC | 0.4282 | 0.0110 | (97.38) | 13,412,729.74 | 351,077.74 | (13,061,652.00) | 0.04 |
| 595,438 | FFIRD | FIDELITY FIRST FINANCIAL CORP | 0.0900 | 0.1710 | 352.44 | 10,242,692.04 | 46,341,950.00 | 47,557.04 | 4.44 |
| 9,268,390 | FIDL | FIDELITY FIRST FINANCIAL CORP | 1.1051 | 5.5900 | 1374.28 | 553,491.05 | 36,099,257.96 | 36,099,257.96 | 5.94 |
| 2,720,000 | INTT | INTERNATIONAL TRAVEL CDS INC | 3.0000 | 3.0000 | 0.00 | 8,160,000.00 | 8,160,000.00 | 0.00 | 0.99 |
| 17,510 | LSTTA | LIBERTY SATELLITE & TECHNOLOGY | 2.0035 | 2.6500 | (21.72) | 59,278.85 | 46,401.50 | (112,877.35) | 0.01 |
| 6,299,493 | LHFF | LIGHTHOUSE FAST FERRY INC | 3.3854 | 0.5700 | (82.46) | 3,590,639.51 | 629,949.30 | (2,960,690.21) | 0.08 |

A01208

Banc Of America Securities LLC
Client Position Summary by Asset Class

Nassau-TCBA

| SYM/FACE | SEC NAME | UNIT COST | CURRENT PRICE | PCT G/L | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|---|
| 999 | IRBG | 1.0000 | 1.0000 | (1.00) | 1,241.17 | 1,241.17 | (49.75) | 0.00 |
| 25,044,600 | CML | 0.1161 | 1.0000 | 104/7.18 | 402,525.94 | 42,175,758.00 | 42,175,794.86 | 5.18 |
| 31,366,300 | MHTX | 0.2842 | 0.0650 | (77.13) | 8,913,052.34 | 2,038,809.50 | (6,874,242.84) | 0.25 |
| 4,931,909 | MHTD | 0.6129 | 0.6000 | (2.10) | 3,022,754.51 | 2,959,145.40 | (63,609.11) | 0.36 |
| 45,690,692 | METHOD PRODUCTS CORP | 0.6372 | 0.1250 | (72.02) | 3,095,480.00 | 963,965.00 | (2,222,413.00) | 0.12 |
| 669,237 | NYER MEDICAL GROUP INC | 4.4472 | 0.9910 | 60.85 | 248,652.08 | 163,473.50 | (85,178.58) | 0.03 |
| 500,000 | PIONEER COMMERCIAL FUNDING | 0.9918 | 1.6050 | 60.85 | 450,000.00 | 245,000.00 | (205,000.00) | 0.03 |
| 500,000 | REIM BN WIRELESS CORP | 0.9000 | 0.4900 | (45.56) | 450,000.00 | 245,000.00 | (205,000.00) | 0.03 |
| 500,000 | REIM WIRELESS CORP WARRANTS | 0.0000 | 0.1150 | | 0.00 | 67,500.00 | 67,500.00 | 0.01 |
| 11,043,962 | SMX CORP | 0.4692 | 3.0000 | 148.30 | 7,390,517.09 | 25,741,368.91 | 25,741,368.91 | 4.03 |
| 3,360,057 | SIMEX CORP | 1.1703 | 1.4500 | (91.45) | 3,932,171.54 | (3,596,165.84) | (3,596,165.84) | 4.01 |
| 5,000 | STONE PATH GROUP INC | 0.5500 | 1.4500 | 163.64 | 2,750.00 | 7,250.00 | 4,500.00 | 0.00 |
| 362,718 | STONEPATH GROUP INC SER C PFD | 11.4118 | 0.0000 | (91.45) | 4,140,026.98 | 336,000.70 | 4,500.00 | 0.04 |
| 409,447 | SUREBEAM CORP | 2.4207 | 4.0400 | 66.89 | 991,153.73 | 1,654,165.88 | 663,012.15 | 0.20 |
| 14,994 | FIDELITY FIRST FINANCIAL CORP | 1.5000 | 0.0000 | | 22,491.00 | 663,012.15 | 663,012.15 | 0.08 |
| 577,950 | TITAN CORP | 10.9000 | 16.4600 | 5.38 | 5,703,680.68 | 301,020.00 | 307,020.82 | 0.20 |
| 125,853,919 | TOTAL FILM GROUP INC | 0.1549 | 0.3600 | 93.69 | 19,493,175.67 | 18,263,000.03 | 18,263,000.03 | 4.59 |
| | TOUCHSTONE RESOURCES LTD | 0.0000 | 0.9600 | | 69,883.42 | 69,883.42 | 69,883.42 | 0.01 |
| 100,000 | UNIBURROHNI SOLUTIONS INC | 0.0907 | 0.1050 | (88.92) | 177,177.00 | 1,339,245.16 | (1,339,245.16) | 0.02 |
| 1,147,400 | UNIVERSAL HEIGHTS INC OLD | 0.0000 | 0.0000 | (74.04) | 602,613.36 | 151,600.02 | (451,033.34) | 0.02 |
| 2,526,667 | UNIVERSAL ING HLDGS INC | 0.5737 | 0.0600 | (89.54) | 2,289,709.40 | 239,460.22 | (2,050,229.18) | 0.00 |
| 3,991,337 | 1CONNECT.COM | 1.0000 | 0.5000 | (50.00) | 331,250.00 | 165,625.00 | (165,625.62) | 0.02 |
| 331,250 | WORLD WIRELESS COMMUNICATIONS | 0.1782 | 0.1400 | (21.46) | 22,138,181.54 | 17,387,695.92 | (4,750,485.62) | 2.11 |
| 124,197,828 | XWC | 0.0510 | 2.8500 | 7747.07 | 1,312,320.03 | 102,978,720.00 | 101,666,399.97 | 12.52 |
| 25,744,680 | XTRACORD CORP | 4.0000 | (38.91) | | 70,968,945.61 | 43,352,908.75 | (27,615,956.86) | 5.27 |
| 15,211,575 | ZI CORPORATION | 4.8655 | 0.2000 | (38.91) | 400,000.00 | 135,363,295.00 | 134,858,257.31 | 0.55 |
| 45,041,635 | CENTRAK INTL PREFERRED STOCK | 0.2000 | 0.0059 | 50575.45 | 206,647.69 | 4,560,000.00 | 4,560,000.00 | 16.03 |
| 8,000,000 | FIRST FIDELITY STOCK | 0.0000 | 3.0000 | | 0.00 | 240,000.00 | 240,000.00 | 0.55 |
| 16,000,000 | METHOD PRODUCTS GROUP WARRANTS | 0.0000 | 0.0150 | | 0.00 | 41,685,000.00 | 41,685,000.00 | 0.03 |
| 10,500,000 | MANHATTAN SCIENTIFICS WARRANTS | 0.0000 | 3.9700 | | 0.00 | 41,685,000.00 | 41,685,000.00 | 5.07 |
| 400,000 | NU-D-ZINE WARRANT | 1.5000 | 0.0000 | | 1,400,000.00 | 0.00 | 0.00 | 0.00 |
| 3,500,000 | US PLASTIC LUMBER CORP SERIES B | 1.0000 | 3.9700 | | 1,400,000.00 | 1,400,000.00 | 1,400,000.00 | 0.17 |
| | XTRACORD CORP WARRANT | | | | | 13,895,000.00 | 13,895,000.00 | 1.69 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Long Equities | | 250.11 | 225,975,107.08 | 791,162,750.85 | 565,187,641.77 | 96.20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL LONG POSITIONS | | 717.96 | 259,310,124.18 | 824,497,767.95 | 565,187,643.77 | 100.26 |

| | | | | |
|---|---|---|---|---|
| TOTAL EXPOSURE VALUE | 259,310,124.18 | 824,497,767.95 | 565,187,643.77 | 100.26 |
| NET EXPOSURE VALUE | 259,310,124.18 | 824,497,767.95 | 565,187,643.77 | 100.26 |
| TOTAL LONG POSITIONS | 259,310,124.18 | 824,497,767.95 | 565,187,643.77 | 100.26 |
| TOTAL SHORT POSITIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL CASH EQ | (2,121,502.59) | (2,121,502.59) | | (0.26) |

| | | | | |
|---|---|---|---|---|
| TOTAL | 257,188,621.59 | 822,376,265.36 | 565,187,643.77 | 100.00 |

A01209

93-12796 The OmniFund Ltd.

# Basic Of America Securities LLC
## Client Position Summary by Asset Class

Assum-TCBA

Page: 1
As Of: 12/31/02
Printed: 01/16/03

| SHV/FACE | Sym | EXP/GLOAN | UNIT COST | CURRENT UNIT | PCT G/L | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | | | | |
| 2,418,392 USD | | TYPE 2 | 1.0000 | 1.0000 | 0.00 | (2,418,392.24) | (2,418,392.24) | 0.00 | (4.31) |
| 3,071,736 USD | | TYPE 3 | 1.0000 | 1.0000 | 0.00 | 3,071,735.71 | 3,071,735.71 | 0.00 | 5.48 |
| 0 USD | | TYPE 6 | 1.0000 | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL CASH AND EQUIVALENTS** | | | | | 0.00 | 653,343.47 | 653,343.47 | 0.00 | 1.17 |
| **LONG POSITIONS** | | | | | | | | | |
| **Fixed Income** | | | | | | | | | |
| 300,000 | | CONTINENTAL SOUTHERN RESOURCES | 0.1000 | 0.1000 | 0.00 | 300,000.00 | 300,000.00 | 0.00 | 0.54 |
| **TOTAL CONTINENTAL SOUTHERN RESOURCES** | | | 100.0000 | 100.0000 | 0.00 | 300,000.00 | 300,000.00 | 0.00 | 0.54 |
| **Equities** | | | | | | | | | |
| 200,000 | AUST | ADSTAR COM INC | 0.5000 | 0.9100 | 82.00 | 100,000.00 | 182,000.00 | 82,000.00 | 0.32 |
| 1,269,750 | AURA | AURA SYSTEMS INC | 0.3356 | 0.0590 | (82.42) | 426,159.50 | 74,915.25 | (351,244.25) | 0.13 |
| 2,874,935 | BMTS | BIOMETRICS SECURITY TECHNOLOGY | 0.0250 | 5.5000 | 21900.00 | 71,873.37 | 15,812,142.50 | 15,740,269.13 | 28.20 |
| 429,171 | CSOR | CONTINENTAL SOUTHERN RESOURCES | 0.0319 | 5.1000 | 15864.79 | 13,710.00 | 2,188,772.10 | 2,175,062.10 | 3.90 |
| 25,000 | XMM | CROSS MEDIA MARKETING CORP | 2.2400 | 0.5500 | (75.45) | 56,000.00 | 13,750.00 | (42,250.00) | 0.02 |
| 8,567,968 | EPTG | EPL TECHNOLOGIES INC NEW | 0.0113 | 0.0110 | (2.71) | 96,969.62 | 94,247.65 | (2,721.97) | 0.17 |
| 417,025 | FFIRD | FIDELITY FIRST FINANCIAL CORP | 2.5979 | 5.0000 | 92.41 | 1,083,347.61 | 2,085,100.00 | 1,001,752.39 | 3.72 |
| 2,649,350 | ICD | INTERNATIONAL TRAVEL CDS INC | 0.3640 | 0.1000 | (72.53) | 964,373.30 | 264,935.00 | (699,438.30) | 0.47 |
| 40,800 | LHFY | LIGHTHOUSE FAST FERRY INC | 1.6276 | 1.7000 | 4.45 | 66,406.08 | 69,360.00 | 2,953.92 | 0.12 |
| 23,000 | CHL | MAGIC LANTERN GROUP INC | 0.6300 | 0.6000 | (4.76) | 14,490.00 | 13,800.00 | (690.00) | 0.02 |
| 1,049,270 | MHTD | METHOD PRODUCTS CORP | 0.5586 | 3.0000 | 437.03 | 586,147.21 | 3,141,810.00 | 2,555,662.79 | 5.61 |
| 16,684,655 | SMXP | SMX CORP | 0.0642 | 0.3000 | 367.03 | 1,071,631.68 | 5,005,396.50 | 3,933,764.82 | 8.93 |
| 2,750,000 | TFGP | TOTAL FILM GROUP INC | 0.0045 | 0.2650 | 5730.00 | 12,500.00 | 728,750.00 | 716,250.00 | 1.30 |
| 100,000 | ULSP | ULTIMATE SPORTS ENTERTAINMENT | 0.1438 | 0.1400 | (2.64) | 14,380.00 | 14,000.00 | (380.00) | 0.02 |
| 1,500,000 | XWC | WORLD WIRELESS COMMUNICATIONS | 0.2333 | 4.0000 | 1614.29 | 350,000.00 | 6,000,000.00 | 5,650,000.00 | 10.70 |
| 756,700 | XTRD | XTRACARD CORP | 15.1347 | 2.8500 | (81.17) | 11,452,421.10 | 2,156,595.00 | (9,295,826.10) | 3.85 |
| 3,104,400 | ZICA | Z1 CORPORATION | | 1.7250 | | | 5,356,725.00 | | 9.55 |
| 1,000,000 | FFIR | FIRST FIDELITY STOCK | 3.4104 | 3.9700 | 16.41 | 3,410,360.79 | 3,970,000.00 | 559,639.21 | 7.08 |
| 1,000,000 | NU2M | NU-D-ZINE WARRANT | 3.9700 | 3.9700 | 0.00 | 3,970,000.00 | 3,970,000.00 | 0.00 | 7.08 |
| 1,000,000 | XTRDWT | XTRACARD CORE WARRANT | 3.9700 | 3.9700 | 0.00 | 3,970,000.00 | 3,970,000.00 | 0.00 | 7.08 |
| **Total Long Equities** | | | | | 235.96 | 16,404,390.54 | 55,112,299.00 | 38,707,908.46 | 98.30 |
| **Total Long Positions** | | | | | 231.72 | 16,704,390.54 | 55,412,299.00 | 38,707,908.46 | 98.83 |

| | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|
| TOTAL EXPOSURE VALUE | 16,704,390.54 | 55,412,299.00 | 38,707,908.46 | 98.83 |
| NET EXPOSURE VALUE | 16,704,390.54 | 55,412,299.00 | 38,707,908.46 | 98.83 |
| TOTAL LONG POSITIONS | 16,704,390.54 | 55,412,299.00 | 38,707,908.46 | 98.83 |
| TOTAL SHORT POSITIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL CASH EQ | 653,343.47 | 653,343.47 | 0.00 | 1.17 |
| **TOTAL** | 17,357,734.01 | 56,065,642.47 | 38,707,908.46 | 100.00 |

A01210

A01211

Banc Of America Securities LLC

Client Position Summary by Asset Class

Page: 1
As Of: 12/31/02
Printed: 01/16/03

03-11417 Viator Fund Ltd
PosSum-TCBA

| SYM/PRICE | UNIT COST | CURRENT PRICE | PCT G/L | TOTAL COST | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|---|---|---|---|
| CASH AND EQUIVALENTS | | | | | | | |
| 0 USD TYPE 2 | 1.0000 | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 97.79 |
| 0 USD TYPE 4 | 1.0000 | 1.0000 | 0.00 | (0.00) | (0.00) | 0.00 | (9.87) |
| 0 USD TYPE 6 | 1.0000 | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 12.08 |
| TOTAL CASH AND EQUIVALENTS | | | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 |

| | MARKET VALUE | TOTAL GAIN/LOSS | PCT OF ASSETS |
|---|---|---|---|
| TOTAL EXPOSURE VALUE | 0.00 | 0.00 | 0.00 |
| NET EXPOSURE VALUE | 0.00 | 0.00 | 0.00 |
| TOTAL LONG POSITIONS | 0.00 | 0.00 | 0.00 |
| TOTAL SHORT POSITIONS | 0.00 | 0.00 | 0.00 |
| TOTAL CASH EQ | 0.00 | 0.00 | 100.00 |
| TOTAL | 0.00 | 0.00 | 100.00 |