PLAINTIFF — SEC

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
OCT 28 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SEC
**EXHIBIT AND WITNESS LIST**

MARTY STEINBERG, SECURITIES & EXCHANGE
V.
MICHAEL LAUER, et al.

Case Number: 03-80612-CV-ZLOCH

| PRESIDING JUDGE<br>WILLIAM J. ZLOCH | PLAINTIFF'S ATTORNEY<br>Kerry Zinn/Christopher Martin | DEFENDANT'S ATTORNEY<br>Richard Asche |
|---|---|---|
| TRIAL DATE (S)<br>10/28/2003 | COURT REPORTER<br>Carl Schanzleh | COURTROOM DEPUTY<br>Amy Jordan |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 9 | | 10/28/03 | 10/28/03 | 10/28/03 | AMERICAN EXPRESS STATEMENTS |
| 10 | | " | " | " | LAUER 2000 TAX RETURN |
| 11 | | " | " | " | " 2001 " " |
| 2 | | " | " | — | DECLARATION OF STEINBERG |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

