AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __Florida__

__Southern__

FILED by __mat__ D.C.
DEC - 7 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SEC
v.
Lauer

## EXHIBIT AND WITNESS LIST

Case Number: 03-80612-Civ Marra

| PRESIDING JUDGE Marra | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER Franklin | COURTROOM DEPUTY Taralle |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  | obj | ✓ | La Bush's computer records |
|  | 2 |  | — | ✓ | Composite produced to SEC statement of financial condition |
|  | 3 |  | — | ✓ | 2000 - 1040s |
|  | 4 |  | — | ✓ | 2000 - 1040s |
| 1 |  |  | obj | ✓ | ~~Composite~~ Letter to Wild Manney Beth Ducrest |
| 2 |  |  | obj | ✓ | SEC Form 144 |
| 3 |  |  | obj | ✓ | "  "  " |
|  | 5 |  | — | ✓ | ~~Response~~ SEC Notice failure to produce |
|  | 4 |  | — | ✓ | Lauer's objections to Mag Report |
|  | F |  |  |  | Lauer's response to Plf Interrogatories |
| 5 |  |  | No obj | ✓ | Offer of settlement |
| M |  |  | " | ✓ | Bill of Sale |
| O |  |  | " | ✓ | Order to show cause re asset freeze |
| B |  |  | " | ✓ | DE 567 exhibit |
| C |  |  | " | ✓ | DE 567 exhibit |
| Y |  |  |  | ✓ | DE 728   " |
| Z |  |  |  | ✓ | "     " |
| AA |  |  |  | ✓ | "     " |
| BB |  |  |  | ✓ | "     " |
| T |  |  |  | ✓ | Life policy - liquidation |
| U |  |  |  | ✓ | Sovereign Bk check |
| X |  |  |  | ✓ | CK 7/26/04 deposit slip |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

SEC ~~Lauer~~ vs. Lauer        CASE NO. 03-80612-Civ-Marra

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| OC | | | | | $2500.00 CK from CAM1 to Lauer |
| W | | | | | Letter 7/26/04 from Brisman |
| N | | | | ✓ | SEC to Granite CC re check |
| CC | | | | | M's 728 |
| WW | | | | | CM's 728 |
| V | | | | | Brisman ck #139, 258 and 23/00 |