UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 03-80612 CIV-MARRA/SELTZER

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MICHAEL LAUER, LANCER MANAGEMENT GROUP, LLC, AND LANCER MANAGEMENT GROUP II, LLC,

    Defendants,
and

LANCER OFFSHORE, INC., LANCER PARTNERS, L.P., OMNIFUND, LTD., LSPV, INC., AND LSPV, LLC,

    Relief Defendants.
_____/

In re LANCER PARTNERS, L.P.,

    Debtor.

Chapter 11 Case
Case No.: 04-80211-CIV-MARRA

_____/

## RESPONSE TO FIRST OMNIBUS OBJECTION TO CLAIMS

Claimants John P. Heffernan, Christopher O'Callaghan, Diane J. Nelson, Trust Estate of Irene Nelson, Universal Builders Supply, Inc., R.A. & Mary O'Callaghan and Scott P. O'Callaghan (the "Claimants'), through their undersigned counsel, respond to the Receiver's First Omnibus Objection to Claims as follows:

649226_1

TEW CARDENAS LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407 • 305-536-1112

## Preliminary Statement

1. The Claimants herein (as more fully described below), have consented to the "*Agreed Order on First Omnibus Objection to Claims and Second Omnibus Objection to Claims Filed against Lancer Partners, L.P., LSPV LLC and Lancer Management Group II*" (the "Agreed Order") which is to be submitted by counsel for Lancer Partners, L.P., with the understanding that all creditors with claims against the assets in LSPV LLC will be bound by the terms of the Agreed Order. Claimants accordingly file this response to preserve their rights in the event that the Agreed Order does not become effective and the claims must be adjudicated or otherwise resolved.

## The Claims

2. Each of the Claimants holds claims against Lancer Partners, L.P. ("Lancer Partners"), an investment fund managed by Lancer Management Group II, LLC ("Management II"). Lancer Partners is in bankruptcy and each of the Claimants has filed a proof of claim in the bankruptcy case.

3. Each of the Claimants has also filed a claim in the receivership against LSPV LLC ("LSPV"), the entity to which assets of Lancer Partners may have been transferred. The respective claims are set forth in the following chart:

| Claimant | Claim No. | Claim Amount |
|---|---|---|
| John P. Heffernan | 347 | $6,000,000.00 |
| Christopher O'Callaghan | 348 | $305,496.00 |
| Diane J. Nelson | 349 | $1,333,736.00 |
| Trust Estate of Irene Nelson | 350 | $304,773.53 |
| Universal Builders Supply, Inc. | 351 | $1,453,477.00 |
| R.A. & Mary O'Callaghan | 352 | $1,453,477.00 |
| Scott P. O'Callaghan | 353 | $1,269,679.00 |

4.     The Receiver objects to the each of the claims as being asserted against an improper party and seeks to disallow each claim in its entirety on the grounds that "Claims against LSPV, LLC are treated as claims against Lancer Partners and are treated under the bankruptcy."

### Response to Objection

5.     The Receiver's Notice of Filing Notice of Claim Deadline, Proof of Claim Form and Proof of Claim Instructions defined LSPV as a "Receivership Entity" and required that claims against LSPV be filed in the Receivership proceeding. The Claimants followed the Receiver's directions with respect to their claims, and each claim was duly substantiated with supporting documentation. Accordingly, absent the express consent of Claimants, the Receiver's objections should be overruled.

WHEREFORE, Claimants John P. Heffernan, Christopher O'Callaghan, Diane J. Nelson, Trust Estate of Irene Nelson, Universal Builders Supply, Inc., R.A. & Mary O'Callaghan and Scott P. O'Callaghan respectfully request that the Court overrule the Receiver's objection to Claim Nos. 347, 348, 349, 350, 351, 352 and 353.

Respectfully submitted,

Timothy T. Brock (TB-4718)
**SATTERLEE STEPHENS BURKE & BURKE LLP**
Counsel for the Claimants
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200


-AND-

**TEW CARDENAS, LLP**
Co-Counsel for the Claimants
1441 Brickell Avenue, 15th Floor
Miami, Florida  33131-3407
Telephone:     (305) 536-1112
Facsimile:     (305) 536-1116

_____
ROBIN J. BAIKOVITZ RUBENS
Fla. Bar No. 959412

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served via facsimile and U.S. Mail on the 21st day of April, 2006 upon **Craig V. Rasile, Esq. and Jeffrey P. Bast, Esq.**, Hunton & Williams LLP, counsel for the Receiver, 1111 Brickell Avenue, Suite 2500, Miami, FL 33131.

_____
ROBIN J. BAIKOVITZ RUBENS

- 4 -

649226_1