UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-80612-CIV-MARRA/JOHNSON

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,
v.

MICHAEL LAUER et al.,

    Defendants,
and

LANCER OFFSHORE, INC., et al.,

    Relief Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the undersigned on the Sixteenth Interim Application for Compensation of Fees and Costs of Accountants for Receiver (Berkowitz Dick Pollack & Brandt) (DE 2247) ("BDPB's Sixteenth Interim Application").  BDBP's Sixteenth Interim Application seeks fees in the amount of $103,095.36 and expenses of $53.40, for a total award of $103,148.76.

**THIS MATTER** was referred to the Honorable Linnea R. Johnson, United States Magistrate Judge, Southern District of Florida.  A Report and Recommendation, dated April 29, 2009 [DE 2257] has been filed, recommending that

    1.    BDPB's Sixteenth Interim Application for Compensation of Fees and Costs (DE 2247) be GRANTED; and

2. That an order awarding payment of fees in the amount of $103,096.36 and expenses of $53.40, for a total of $103,148.76 be entered.

No objections to the Report and Recommendation has been filed. Accordingly, upon a *de novo* review of the entire file and record herein, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Johnson's Report and Recommendation be, and the same is RATIFIED, AFFIRMED and APPROVED in its entirety [DE 2257]. The Receiver is directed to pay the compensation as detailed above.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 8th day of June, 2009.

_____
KENNETH A. MARRA
United States District Judge

copies to:
All counsel of record
Magistrate Judge Linnea R. Johnson