UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-80612-CIV-MARRA/JOHNSON

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

MICHAEL LAUER et al.,

        Defendants,

and

LANCER OFFSHORE, INC., et al.,

        Relief Defendants.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the undersigned on the First Interim Application for Compensation and Reimbursement of Expenses of Martin Mann, QC, as British Virgin Islands Law Expert for the Receivership Entities (First Application) (DE 2218).  This First Application covers a period from June 12, 2008, through August 5, 2008, and seeks fees in the amount of GB£39,715.00 (British Pounds) and expenses of GB£626.28, for a total of GB£40,341.28.

THIS MATTER was referred to the Honorable Linnea R. Johnson, United States Magistrate Judge, Southern District of Florida.  A Report and Recommendation, dated February 20, 2009 [DE 2224] has been filed, recommending that

    1.    The First Application (DE 2218) be GRANTED; and

    2.    An Order be entered allowing payment of a total of GB£39,715.00 in fees and GB£626.28, for a total of GB£40,341.28 for the period from June 12, 2008, through August 5, 2008.

No objections to the Report and Recommendation have been filed and the time period for doing so has expired. Accordingly, upon a *de novo* review of the entire file and record herein, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Johnson's Report and Recommendation [DE 2224] be, and the same is RATIFIED, AFFIRMED and APPROVED in its entirety. The Receiver is directed to pay the compensation as detailed above.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 8th day of June, 2009.

                                          KENNETH A. MARRA
                                          United States District Judge

copies to:
All counsel of record
Magistrate Judge Linnea R. Johnson