UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-80612-CIV-MARRA

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff,

    v.

MICHAEL LAUER,
LANCER MANAGEMENT GROUP, LLC, and
LANCER MANAGEMENT GROUP II, LLC,

    Defendants,

and

LANCER OFFSHORE, INC.,
LANCER PARTNERS, LP,
OMNIFUND, LTD.,
LSPV, INC., and LSPV, LLC,

    Relief Defendants.
_____/

**MOTION FOR APPROVAL OF STIPULATION OF SETTLEMENT
WITH HSBC SECURITIES SERVICES (LUXEMBOURG) S.A., FORMERLY BANK OF
BERMUDA (LUXEMBOURG) S.A., ERMITAGE ASSET SELECTION FUND USD
CLASS D, AND ERMITAGE NORTHBRIDGE MANAGER HOLDING**

Plaintiff Marty Steinberg, Esq. (the "Plaintiff" or "Receiver"), court-appointed Receiver for Lancer Management Group, LLC, Lancer Management Group II, LLC, Lancer Offshore, Inc., Omnifund, Ltd., LSPV, Inc., LSPV, LLC, CLR Associates, LLC, Alpha Omega Group, Inc., and G.H. Associates, LLC[1], files this Motion for Approval of Stipulation of Settlement with

---

[1] Lancer Management Group, LLC, Lancer Management Group II, LLC, Lancer Offshore, Inc., Omnifund, Ltd., LSPV, Inc., LSPV, LLC, Alpha Omega Group, Inc., CLR Associates, LLC, and G.H. Associates, LLC are referred
(continued…)

HSBC Securities Services (Luxembourg) S.A., formerly Bank of Bermuda (Luxembourg) S.A., Ermitage Asset Selection Fund USD Class D, also known as Bank of Bermuda (Luxembourg) SA and/or Ermitage Asset Selection Fund USD Class D, and Ermitage Northbridge Manager Holding, also known as Bank of Bermuda (Luxembourg) SA re Ermitage Northbridge Holdings Limited (collectively, the "HSBC Defendants"), and in support thereof states as follows:

## BACKGROUND FACTS

1. On July 8, 2003, the Securities and Exchange Commission (the "SEC") filed a Complaint for Injunctive and Other Relief against Lauer and the Receivership Entities ("Receivership Entities") (other than AOG and GH), based on certain alleged bad acts, including violations of securities laws, commencing the case styled Securities and Exchange Commission v. Michael Lauer, et al. (Case No. 03-80612-CIV-MARRA/VITUNAC (the "Receivership Case").

2. On July 10, 2003, the Court entered an Order Appointing Receiver (the "Receivership Order"), which appointed Marty Steinberg, Esq. as the receiver of the Receivership Entities (the "Receivership"), other than AOG and GH. [DE 18]. On September 3, 2003, the Court entered an order granting the Receiver's motion to expand the receivership to include AOG and GH. [DE 40].

3. On or about February 14, 2005, the Receiver commenced the case *Marty Steinberg, as court-appointed Receiver for Lancer Management Group, LLC, et al. v. A Analyst Ltd., et al., Case No. 04-60898 (the "Lawsuit")* against numerous defendants including the HSBC Defendants on theories of fraudulent transfers and unjust enrichment. The Lawsuit

---

to collectively as the "Receivership Entities". Lancer Offshore, Inc and Omnifund, Ltd. are referred to collectively as the "Funds."

alleged $2,731,571.80 in transfers received by the HSBC Defendants from the Receivership Entities (the "Transfers"). The Receiver believes he was entitled to recover $2,731,571.80 of the Transfers.

4. The HSBC Defendants have consistently asserted that the District Court lacked jurisdiction over them and that they acted only as conduits for the beneficial account holders.

5. The HSBC Defendants deny all material allegations raised in the Lawsuit.

6. The Receiver and the HSBC Defendants (collectively, the "Parties") have held settlement negotiations and discussions, and reviewed potential arguments and defenses related to the Lawsuit.

7. To avoid the continued expense and risk of litigation, the Parties have reached an agreement for the settlement of any and all matters and disputes between them or relating to the Receivership Entities arising out of, by reason of, or relating in any way whatsoever to the Lawsuit or the Receivership, subject to District Court approval in the Receivership.

**THE STIPULATION**

8. The settlement is memorialized in the Stipulation of Settlement with the HSBC Defendants (the "Stipulation") attached hereto as **Exhibit A**. In reaching that compromise, the Receiver exercised his business judgment and determined that it is in the best interest of the Receivership Entities and their creditors to enter into the Stipulation.

9. The following is a summary of the material terms and conditions of the Stipulation[2]:

---

[2] The following summary is entirely qualified by the Stipulation. It is the Stipulation and not this Motion that governs the rights and obligations of the parties regarding the compromise. If there is any conflict between the Stipulation and the terms and conditions summarized in this Motion, the Stipulation shall control.

a. The HSBC Defendants shall pay to Plaintiff, and Plaintiff shall accept, a total sum of $200,000.00 (the "Settlement Payment"), pursuant to the following payment terms: the Settlement Payment shall be paid within 30 days of the execution of this Stipulation via wire transfer to: Citibank, F.S.B., Miami, Florida; Account Name: Hunton & Williams Control Account; Account Number: 3200279029; ABA Transit Routing Number: 266086554; with instruction to give immediate telephone advice to Georgina Soto, (305) 810-2534. The Settlement Payment shall be held in Hunton & Williams Trust Account pending the approval of the Stipulation by the District Court.

b. Upon the approval of the Stipulation by the District Court and the dismissal of the HSBC Defendants from the Lawsuit, any and all claims that the HSBC Defendants had or may have against the Receiver or the Receivership Entities, including any proofs of claim filed or to be filed by the HSBC Defendants are waived and released along with any and all recoveries and distributions on those proofs of claim.

c. Upon receipt of the Settlement Payment and approval of the Stipulation by the District Court, the Receiver on behalf of the Receivership Entities releases and holds harmless, now and forever, the HSBC Defendants, and waives any obligation, claim, cause of action or demand of any kind that the Receiver has presently, may have or has had in the past, upon or by reason of any matter, cause or thing whatsoever, including without limitation any and all obligations, claims, causes of action and demands of any kind whatsoever, at law or in equity, direct or indirect, known or unknown, discovered or undiscovered including without limitation such obligations, claims, causes of actions and demands arising out of, by reason of, or relating in any way whatsoever to the Lawsuit or the Transfers sought to be recovered, that the Receiver has presently, may have or have had in the past, at law or in equity, direct or indirect, known or unknown, discovered or undiscovered; provided that the Receiver does not, by this provision release, waive or otherwise limit any rights or obligations arising out of the Stipulation.

d. Upon approval of the Stipulation by the District Court and the dismissal of the HSBC Defendants from the Lawsuit, the HSBC Defendants release and hold harmless now and forever, Partners, the Receivership Entities, the Receiver and his post-petition and post-receivership lawyers, accountants and fund manager (the "Receiver Released Parties") from, and waive any obligation, claim, cause of action or demand of any kind that the HSBC Defendants have presently, may have or have had in the past, upon or by reason of any matter, cause or thing whatsoever arising from the Receivership Case, the Lawsuit, or the Transfers sought to be recovered, including any proofs of claim filed or to be filed, and including without limitation any and all obligations, claims, causes of action and demands of any kind whatsoever that may be brought against the Receiver Released Parties, at law or in equity, direct or indirect, known or unknown, discovered or undiscovered, including without limitation such obligations, claims, causes of actions and demands arising out of, by reason of, or relating in any way whatsoever to the Lawsuit or the Transfers sought to be recovered, that the HSBC Defendants have presently, may have or have had in the past, at law or in equity, direct or indirect, known or unknown, discovered or undiscovered against the Receiver Released Parties; provided that the HSBC Defendants do not, by this provision release, waive or otherwise limit any rights or obligations arising out of the Stipulation.

# MEMORANDUM OF LAW

The "All Writs Act," 28 U.S.C. § 1651(a), provides a district court with the authority to enter orders that protect its jurisdiction and ensure enforcement of its orders. *See* 28 U.S.C. § 1651(a) (2003). Section 1651(a) provides:

> The Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principals of law.

*Id.* Section 1651(a) provides a district court with a "legislatively approved source of procedural instruments designed to achieve 'the rational ends of law'." *See United States v. New York Telephone Co.*, 434 U.S. 159, 172, 98 S.Ct. 364, 372, 54 L.Ed.2d 376 (1977). Pursuant to § 1651(a), a district court, unless specifically confined by Congress, "may avail itself of all auxiliary writs as aids in the performance of its duties, when the use of such historic aids is calculated in its sound judgment to achieve the ends of justice entrusted to it." *See Id.* (quoting *Adams v. United States ex rel McCann*, 317 U.S. 269, 273, 63 S.Ct. 236, 238, 87 L.Ed. 268 (1942)). The authority granted to a district court under § 1651(a) should be applied flexibly where in conformity with these principals. *See Id.*

The Court's utilization of the All Writs Act under the circumstance is particularly appropriate as the Stipulation will implement this Court's directive articulated in the Receivership Order. The Receivership Order authorizes the Receiver to "institute such actions and legal proceedings" against third parties on behalf of the Receivership Entities and to "compromise or settle [these] legal actions." Receivership Order at ¶¶ 2, 6. Moreover, the Receiver may enter into "agreements as may be reasonable, necessary and advisable in discharging the Receiver's duties." *Id.* at ¶ 8. The Stipulation will enable the Receiver to discharge his duty to bring legal actions on behalf of the Receivership Entities in a just and efficient manner.

A. **The Receivership Order Authorizes Approval of the Stipulation.**

In considering whether to approve a settlement brokered by an equity receiver, a district court will examine the parameters of the receivership order's mandate. In *SEC v. Credit Bancorp, Ltd.,* 2001 WL 1658200 at *2 (S.D.N.Y. Dec. 27, 2001), when faced with a federal equity receiver's motion to approve a settlement with a creditor, the court held that "[i]t is enough that the Receiver's request for settlement falls well within the broad discretion granted to him by the January 2000 Order and the ordinary powers of a receiver." In that case, the January 2000 Order authorized the receiver to "investigate, prosecute, … compromise and adjust actions in any state, federal or foreign court or proceeding of any kind as may in his sole discretion be advisable to or proper to recover or conserve funds, assets, or property of Credit Bancorp." *Id.* at *1. The court reasoned that this comports with the ordinary practice of receivers: "[T]he receiver has the power, when so authorized by the court, to compromise claims either for or against the receivership and whether in suit or not in suit." *Credit Bancorp*, 2001 WL 1658200 at *2 (quoting 3 Ralph Ewing Clark, *A Treatise on the Law and Practice of Receivers,* § 770 (3d ed. 1959)). Subsequently, in *SEC v. Bancorp, Ltd.*, 2002 WL 1792053 at *4 -*5 (S.D.N.Y. Aug. 2, 2002), the court approved another receiver settlement with broker-dealers because it was within the receiver's discretion based on the January 2000 Order and the ordinary practice for receivers.

Similar to the *Credit Bancorp* receivership order, this Court's Receivership Order empowered the Receiver to "institute such actions and legal proceedings … [to recover] wrongfully, illegally or otherwise improperly misappropriated or transferred monies or other proceeds directly or indirectly traceable from investors in the Funds" against third parties "as the Receiver deems necessary" and to "defend, compromise or settle legal actions." Receivership

Order at ¶¶ 2, 6. The Receivership Order also directs the Receiver to make "such agreements as may be reasonable, necessary and advisable in discharging the Receiver's duties." *Id.* at ¶ 8. The Receiver has executed the Stipulation as he deems it essential to the resolution of the Receiver's claims, and it comports with the ordinary practice of receivers. Therefore, the Stipulation falls squarely within the Receiver's mandate from this Court. Accordingly, the Court should approve the Stipulation. *See SEC v. Credit Bancorp, Ltd.,* 2001 WL 1658200 at *2; *see SEC v. Bancorp, Ltd.*, 2002 WL 1792053 at *4 -*5.

**B. The Stipulation is Fair and Should Be Approved.**

In *Sterling v. Stewart,* 158 F.3d 1199, 1203 (11th Cir. 1998), the United States Court of Appeals for the Eleventh Circuit addressed the fairness of a receiver's settlement of claims. In *Sterling,* shareholders appealed the district court's approval of a settlement proposed by a receiver that terminated their derivative suit. *Id.* at 1200-1201. The shareholder argued that the district court erred because it did not apply "vigorous scrutiny" in evaluating the receiver's settlement as required by Delaware law, but instead relied on a less stringent mandate from *Cotton v. Hinton,* 559 F.2d 1326, 1330 (5th Cir. 1977) (stating that the "District Court must find that the settlement is fair, adequate, and reasonable") and the six-factor test for fairness under *Bennett v. Behring Corp.,* 737 F.2d 982 (11th Cir. 1984). In evaluating whether the settlement was fair, the district court examined: (1) the likelihood of success; (2) the range of possible discovery; (3) the point on or below the range of discovery at which settlement is fair, adequate, and reasonable; (4) the complexity, expense, and duration of the litigation; (5) the substance and amount of opposition to the settlement; and (6) the stage of proceedings at which the settlement is achieved. *Id.* at 1204 n.6 (citing *Bennett,* 737 F.2d at 986). The *Sterling* court upheld the receiver's settlement because the district court considered the extensive discovery conducted by

the receiver, the receiver's analysis of the underlying facts, the defendants' defenses, and the shareholders' presentations at the fairness hearing to conclude the settlement was fair. *Id.*

In this case, the Stipulation is equally fair, adequate, and reasonable. *See Cotton,* 559 F.2d at 1330. All applicable *Bennett* factors favor approval of the Stipulation. This case is factually and legally complex. Moreover, avoiding the complexity, expense, and duration of the litigation will drastically reduce costs in this ancillary litigation.

In applying this standard, the probability of any litigation resulting in a similar outcome as that outlined in the Stipulation weighs in favor of granting the Stipulation. The transaction costs and attorneys' fees associated with litigation by the Parties in any manner other than the one contemplated by the Stipulation would be significantly greater. Absent the settlement contained in the Stipulation, greater expense, inconvenience and delay will be needlessly incurred by all Parties.

**WHEREFORE**, the Receiver respectfully requests that the Court enter an order (i) granting the relief requested by this Motion in the form of the proposed Order attached as **Exhibit B**; (ii) approving the compromise between the Parties as more fully described in the attached Stipulation; and (iii) granting the Receiver such other and further relief as the Court deems just and proper.

**Dated: February 20, 2013.**
**Miami, Florida**

                                                            **HUNTON & WILLIAMS, LLP**
                                                            *Counsel for the Receiver*
                                                            1111 Brickell Avenue - Suite 2500
                                                           Miami, FL  33131
                                                           Tel:  (305) 810-2500
                                                           Fax:  (305) 810-2460

                                                           /s/ David Bane
                                                           Juan E. Enjamio (FBN 571910)
                                                           David Bane (FBN 0515701)

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via First Class U.S. Mail upon **Anthony N. Upshaw, Esq.,** counsel for the HSBC Defendants, MCDERMOTT WILL & EMERY LLP, 333 Avenue of the Americas, Suite 4500 Miami, Florida 33131**,** and as designated upon the parties set forth on the Master Service List this **20th day of February, 2013**.

                                        /s/ David Bane
                                        David Bane

# LANCER RECEIVERSHIP
# CASE NO. 03-80612-MARRA/JOHNSON

## MASTER SERVICE LIST

Christopher Martin
Senior Trial Counsel
U.S. Securities & Exchange Commission
801 Brickell Avenue - Suite 1800
Miami, Fl 33131
martinc@sec.gov

Michael Lauer
101 West End Ave., Apt. 8P
New York, New York 10023
mblauer@hotmail.com

Kjetil Myhrvold
TrygVesta Forsikring
Folke Bernadottesvei 50
P.O. Box 7070
NO - 5020 Bergen
Norway

Kenneth G. M. Mather, Esq.
Hinshaw & Culbertson
100 S. Ashley Drive, Suite 830
Tampa, Florida 33602-5348

James Sowka
Office of the Assistant United States Trustee
51 SW 1st Avenue - Suite 1204
Miami, FL 33130

Ms. Nina Fiskaaen
Controller, Nordea Liv Norge AS
Folke Bernadottes vei 38
5147 Fyllingsdalen
1201 Bergen - NORWAY

Gregory L. McClelland
McClelland & Anderson LLP
1305 S. Washington Avenue, Suite 102
Lansing, MI 48910

Paul Gentilozzi
Rocketsports, Inc.
3400 West Road
East Lansing, MI 48823

David Blaylock, Esq.
Glankler Brown, PLLC
6000 Poplar Avenue
Suite 400
Memphis, TN 38119

Trisha D. Sindler
Special Counsel
U.S. Securities & Exchange Commission
801 Brickell Avenue - Suite 1800
Miami, Fl 33131

Jimmy Tsakni
c/o Shari A. Brandt, Esq.
Richard Spears Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281

Mr. Morton Sherman
560 Landsdowne Avenue
Westmount (Quebec)
H3Y 2V6

Frank P. Terzo
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131

Sheldon Toll
Law Office of SHELDON S. TOLL PLLC
2000 Town Center, Suite 2100
Southfield, MI 48075

Noah J. Schafler, Esq.
The Law Offices of David W. Rubin
600 Summer Street, Suite 201
Stamford, CT 06901

Kenneth B. Robinson, Esq.
Rice, Pugatch, Robinson & Schiller, P.A.
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301

Robert M. Dombroff, Esq.
Jonathan Alter, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Barry E. Steiner
Ladenburg Thalman & Co.
4400 Biscayne Blvd., 14th Floor
Miami, FL 33137
bsteiner@capitalinklc.com

~~Ronald B. Ravikoff, Esq.~~
~~Matthew T. Davidson, Esq.~~
~~Akerman Senterfitt~~
~~One Southeast Third Avenue, 25th Floor~~
~~Miami, FL 33131-1714~~

Jane Serene Raskin
Raskin & Raskin
866 S Dixie Hwy
Coral Gables, FL 33146
*Counsel for Dean M. Willard*

~~Joshua W. Cohen~~
~~Cummings & Lockwood~~
~~1 Audubon St., Suite 601~~
~~New Haven, CT 06511~~

Jonathan M. Borg
Piteny Hardin Kipp & Szuch LLP
7 Times Square
New York, NY 10036-7311

Thomas D. Goldberg
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Barbara H. Katz
Law Office of Barbara H. Katz
57 Trumbull Street
New Haven, CT 06510

~~Michael R. Magasin~~
~~Law Offices of Michael R. Magasin~~
~~3415 south Sepulveda Boulevard~~
~~Penthouse Suite 1200~~
~~Los Angeles, CA 90034-6072~~
**Return Mail**

Joseph P. Moodhe
Debevoise and Plimpton
919 Third Avenue
New York, NY 10022

Harold E. Schimkat
US Attorneys Office
99 North East 4th Street, 4th Floor
Miami, Fl 33132

~~Thomas Hanusik, Esq.~~
~~Criminal Division~~
~~1400 New York Avenue NW~~
~~Washington, D.C. 20530~~
**Return Mail**

~~Thaddeus E. Delonis, CPA~~
~~846 Winesap~~
~~Rochester Hls, MI 48307-6809~~
**Returned Mail**

Timothy W. Walsh
Piper Rudnick LLP
1251 Avenue of the Americas
New York, NY 10020-1104

~~Garry M. GraberDuetschec/o Joseph Galda, Esq.~~
~~Corsair Advisors, Inc.~~
~~497 Delaware Avenue~~
~~Buffalo, NY 14202~~

Leonard H. Hecht
1270 Avenue of the Americas, Suite 214
New York, NY 10020

W. Todd Boyd, Esq.
Boyd Mustelier Smith & Parker, P.L.
100 S.E. Second Street. 36th Floor
Miami, Florida 33131

Laura E. Ward
DLA Piper LLP (US)
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
Counsel for Stamford Resources (US) Ltd.

Leslie Cloyd
Berger Singerman, et al.
350 E. Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301-4215

Gerald McHale, Jr.
1601 Jackson Street, Suite 200
Fort Myers, FL 33901

~~David Newman~~
~~c/o Timothy E. Hoeffner~~
~~1500 Market street~~
~~38th Floor~~
~~Philadelphia, PA 19102-2186~~

~~Lawrence S. Block, Esq.~~
~~Kenmar Group Inc.~~
~~900 King Street, Suite 100~~
~~Rye Brook, NY 10573~~
*~~Counsel for Kenmar Advisory Corp., and Kenmar Management Ltd.~~*

~~Meghan M. Hart~~
~~Seyfarth Shaw, LLP~~
~~World Trade Center Eqast~~
~~Two Seaport Lane~~
~~Boston, MA 02210~~
*~~Counsel for Dean M. Willard~~*

~~Kenneth Marcus~~
~~255 East 49 Street~~
~~Apartment 8B~~
~~New York, NY 10017~~

~~Zi Corporation~~
~~c/o Milos Djokovic~~
~~Zi Corporation of Canada, Inc.~~
~~Suite 2100, 840 - 7 Avenue SW~~
~~Calgary, Alberta, T2P 3G2 Canada~~

~~Burnett, Duckworth & Palmer LLP~~
~~c/o Doug A. McGillivray~~
~~Suite 1400, 350-7 Avenue SW~~
~~Calgary, Alberta, Canada T2P 3N9~~

~~Michael Lobsinger~~
~~Bay No. 4, 12110~~
~~40th Street SE~~
~~Calgary, Alberta, Canada T2Z 4K6~~

~~Mark S. Gregory~~
~~Delphine W. Knight Brown~~
~~Kelley Drye & Warren LLP~~
~~Two Stamford Plaza~~
~~281 Tresser Boulevard~~
~~Stamford, CT 06901~~

~~Robert B. Lovett~~
~~Seyfarth Shaw, LLP~~
~~World Trade Center East, Suite 300~~
~~Two Seaport Lane~~
~~Boston, MA 02210~~
*~~Counsel for Dean M. Willard~~*

~~Patricia Beary~~
~~Office of the U.S. Trustee~~
~~One Century Tower, Suite 1103~~
~~265 Church Street~~
~~New Haven, CT 06510~~

~~Zi Corporation~~
~~Attn: President~~
~~Suite 2100, 840 - 7 Avenue SW~~
~~Calgary, Alberta Canada T2P 3G2~~

KFP Investors Partnership
C/o James M. Nugent, Esq.
Harlow, Adams & Friedman, P.C.
One New Haven Avenue
Millford, CT 06460

~~Clayton Cunningham~~
~~P.O. Box 1796~~
~~El Segundo, CA 90245~~
Returned mail

~~Michael Lauer, pro se~~
~~101 West End Ave., Apt. 8P~~
~~New York, New York 10023~~

Scott M. Berman, Esq.
Anne E. Beaumont, Esq.
Friedman, Kaplan,Siiler & Adelman LLP
1633 Broadway , 46th Floor
New York, NY 10019-6708
sberman@fklaw.com/abeaumont@fklaw.com

Paul Wallace
9701 S. Bexley Drive
Littleton, CO 80126
wallaceclandenver@msn.com

~~Christopher Martin~~
~~Senior Trial Counsel~~
~~U.S. Securities & Exchange Commission~~
~~801 Brickell Avenue - Suite 1800~~
~~Miami, Fl 33131~~

David Cimo Esq.
Genovese Joblove & Battista, P.A.
Bank of Tower, 36th Floor
100 S.E. 2nd Street
Miami, FL 33131
dcimo@gjb-law.com

~~Travis Corder~~
~~Brown Rudnick Berlack Israels~~
~~One Financial Center~~
~~Boston, MA 02111~~
~~tcorder@brbilaw.com~~

~~Bill McCowen~~
~~Metamora Multi Managers L.L.C.~~
~~mccowenbill@voyager.net~~

~~Mr. Helge Syrstad~~
~~Vesta Forsikring AS~~
~~P.O. Box 7070~~
~~5020 Bergen - NORWAY~~
~~helge.syrstad@vesta.no~~

Adam Moscowitz
David P. Milian, Esq.
Harley S. Tropin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd., FL 9
Coral Gables 33134
amoscowitz@kttlaw.com

Eric A. Henzy, Esq.
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103
ehenzy@reidandriege.com

Aaron Podhurst, Esq.
Podhurst, Orseck, Josefsburg,
Eaton, Meadow, Olin & Perwin, P.A.
25 West Flagler Street - Suite 800
Miami, Florida 33130
apodhurst@podhurst.com

Joel H. Bernstein, Esq.
Labaton Sucharow & Rudoff LLP
140 Broadway 23rd Floor
New York NY 10005-1108
jbernstein@labaton.com

~~Roberto Martinez, Esq.~~
~~Colson Hicks Eidson P.A.~~
~~255 Aragon Avenue, Suite PH~~
~~Coral Gables, FL 33134-7414~~
~~bob@colson.com~~
**Returned Mail**

Joseph Matthews, Esq.
Colson Hicks Eidson P.A.
255 Alahambra Circle, Suite PH
Coral Gables, FL 33134-7414
joseph@colson.com

Carol Felicetta
Reid and Riege, P.C.
*One Financial Plaza, 21st Floor*
*Hartford, CT 06103*
*Counsel for Equity Committee*
cfelicetta@reidandriege.com

David L. Snyder, Esq.
Neuberger, Quinn, Gielen, Rubin & Gibber
One South Street, 27th Floor
Baltimore, MA 21202-3282
dls@nqgrg.com/cbl@nqgrg.com

Rudolph F. Aragon, Esq.
White & Case
Wachovia Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131-2352
raragon@whitecase.com

~~Salvatore A. Barbatano, Esq.~~
~~Foley & Lardner~~
~~One Detroit Center~~
~~150 W. Jefferson, Suite 1000~~
~~Detroit, MI 48226-2616~~
~~sbarbatano@foleylaw.com~~

Lewis N. Brown
Dyanne E. Feinberg, Esq.
Gilbride, Heller & Brown, PA.
One Biscayne Tower, Suite 1570
Two South Biscayne Blvd.
Miami, Florida 33131
lbrown@ghblaw.com

~~Andrew L. Jiranek~~
~~McKennon Shelton & Henn LLP~~
~~401 East Pratt St., Suite 2315~~
~~Baltimore, Md. 21202~~
~~andrew.jiranek@mshllp.com~~

~~Richard E. Johnston~~
~~Fasken Martineau DuMoulin LLP~~
~~Patent & Trade Mark Agents~~
~~P.O. Box 20, Toronto Dominion Centre~~
~~66 Wellington St. W, 37th Floor~~
~~Toronto, Ontario M5K 1N6 Canada~~
~~rjohnston@tor.fasken.com~~

Mr. Dylan Wolff
Managing Director Norges Investor Value
P.O. Box 1863 Vika
0124 Oslo - NORWAY
dw@norgesinvestor.no

Seth M. Schwartz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
sschwart@skadden.com

John Hochman, Esq.
Schindler Cohen & Hochman LLP
100 Wall Street, 15th Floor
New York, New York 10005
jhochman@schlaw.com

Robert Pershes, Esq.
Buckingham, Doolittle & Bouroughs, LLP
5355 Town Center Road, Suite 900
Boca Raton, FL 33486
rpershes@bdblaw.com

Paul Steven Singerman
Berger Singerman
200 S. Biscayne Blvd., Suite 1000
Miami, Florida 33131
Singerman@bergersingerman.com

~~Robert T. Wright, Esq.~~
~~Coffey & Wright, LLP~~
~~Grand Bay Plaza, Penthouse 2B~~
~~2665 S. Bayshore Drive~~
~~Miami, FL 33133~~
~~rwright@coffeywright.com~~

William R. Maguire, Esq.
Jeffrey Greilsheimer, Esq.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
maguire@hugheshubbard.com
greilshe@hugheshubbard.com

Jacqueline Wilson
British Virgin Islands Financial Services Commission
Pasea Estate, Road Town
Tortola, British Virgin Islands
wilsonj@bvifsc.vg

~~Kevin E. Gunther~~
~~27 Reid Street, 1st Floor~~
~~P.O. Box HM 3051~~
~~Hamilton HM NX~~
~~Bermuda~~
~~kevin.gunther@lom.bm~~

William S. Fish, Esq.
William H. Champlin, Esq.
Hinckley, Allen & Snyder LLP
20 Church Street
Hartford, CT 06103
wchamplin@haslaw.com/wfish@haslaw.com

Robert E. Grossman/Scott S. Balber
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
rgrossman@chadbourne.com/
sbalber@chadbourne.com
*Counsel for Amatra and Ajial*

Kristina M. Bakardjiev, Esquire
Goldstein, Tanen & Trench, P.A.
One Biscayne Tower, Suite 3700
2 South Biscayne Boulevard
Miami, FL 33131
kbakardjiev@gttpa.com

Drew M. Dillworth, Esq.
Stearns Weaver Miller Weissler Alhadeff Sitterson
150 West Flagler Street, Ste 2200
Miami, FL 33130
ddillworth@swmwas.com

David Barrack, Esq.
Hal M. Hirsch, Esq.
Greenberg Traurig, LLP
Met Life Building
200 Park Avenue
New York, NY 10166

Peter Vigeland
WilmerHale
399 Park Avenue
New York, NY 10022
peter.vigeland@wilmerhale.com

~~Mark A. Salzberg~~
~~Foley & Lardner~~
~~Washington Harbour, Suite 500~~
~~3000 K Street N.W.~~
~~Washington, D.C. 20007-5109~~
~~msalzberg@foleylaw.com~~

~~William J. Barrett~~
~~Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP~~
~~333 W. Wacker Drive, Suite 2700~~
~~Chicago, IL 60606~~
~~William.barrett@bfkpn.com~~

Susan V. Demers, Esq.
Barristers, Solicitors & Notaries Public
Tropic Isle Building, BVI
P.O. Box 3331
Road Town, Tortola
British Virgin Islands VG 1110
sdemers@pricedemers.com

TrygVesta
peter.stavnstrup@tryg.dk
kjetil.myhrvold@trygvesta.no
**Returned Mail**

Annabel Bogaerts Deutsche Bank (Suisse) S.A. /Private Wealth Management
GIS Core Banking/Quai du Seujet 24
P.O. Box 1416
CH-1211 Geneva 1 Swisse
Email: dbpb.hedgefunds@db.com

Michael A. Hanzman, Esq.
Hanzman & Criden, P.A.
Commerce Bank Building
220 Alhambra Circle - Suite 400
Coral Gables, Florida 33134
E-mail : MHanzman@HanzmanCriden.com

Michael J. Dell, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York 10022
E-mail: mdell@kramerlevin.com

Donald Workman, Esq.
Foley & Lardner
3000 K Street, N.W.
Suite 500
Washington, D.C.
E-mail: dworkman@foleylaw.com

Timothy P. Harkness, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York 10022
E-mail: tharkness@kramerlevin.com

Daniel A. Casey, Esq.
Kirkpatrick & Lockhart
Miami Center - 20th Floor
201 S. Biscayne Blvd.
Miami, FL 33131
E-mail: dcasey@kl.com

Gregory L. McClelland
McClelland & Anderson LLP
1305 S. Washington Avenue
Suite 102
Lansing, MI 48910
E-mail: gmcclelland@malansing.com

Greg T. Arnold
Brown Rudnick Berlack Israels
One Financial Center
Boston, MA 02111
E-mail: garnold@brbilaw.com

Lynda Grant, Esq.
Cohen Milstein Hausfeld & Toll, Pllc
150 East 52 St., 30th floor
New York, NY 10022
lgrant@CMHT.com

Jeffrey Greilsheimer, Esq.
Hughes Hubbard and Reed, LLP
One Battery Park Plaza
New York, New York 10004
E-mail: greilshe@hugheshubbard.com

Brian C. Courtney, Esq.
Rome, McGuigan, Sabanosh, PC
One State Street
Hartford, CT 06103-3402

Dr. Dieter Zetsche
DaimlerChrysler AG
70546 Stuttgart (Möhringen)
Germany

Gerry LaBush, Esq.
711 Third Avenue
Suite 1505
New York, New York 10017
Removed upon Request

Howard L. Siegel
Brown Rudnick Berlack Israels LLP
Cityplace I, 38th Floor
185 Asylum Avenue
Hartford, CT 060103

Garry M. Graber
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203

Gary S. Klein
Sandak Hennessey & Greco
970 Summer Street
Stamford, CT 06905

Anthony & Patricia O'Callagahan/
Christopher B. O'Callaghan/
Diane J. Nelson/John P. Heffernan
Attn: Timothy T. Brock
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Mercedes G. Hale
Piper Rudnick LLP
101 E. Kennedy Boulevard, Suite 2000
Tampa, FL 33602

J. Bruce Maffeo
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY 10018
*Counsel for Martin Garvey*
*jbmaffeo@msek.com*

Heidi Lauer f/k/a Heidi Carens
4 East 89th Street, Apt. 6A
New York, NY 10128

Robert Wayne Pearce, Esq.
Robert Wayne Pearce, P.A.
1499 W. Palmetto Park Road, #300
Boca Raton, FL 33486

Carl F. Schoeppl, Esq.
Schoeppl & Burke, P.A.
4651 North Federal Highway
Boca Raton, Florida 33431-5133
sbpa@schoepplburke.com

171212 CANADA INC.
PHILIPPE GIRARD, PRESIDENT
333, SHERBROOKE EAST #808
MONTREAL H2X 4E3
QUEBEC, CANADA

ABERDEEN INVESTMENTS LTD.
C/O JOHN GENNARO
305 COUNTRY CLUB LANE
SCOTCH PLAINS, NJ 07076

AIS HOLDINGS SERIES TRUST II
C/O COMMERZBANK
TWO WORLD TRADE CENTER, 31ST FLOOR
NEW YORK, NY 10281
ATTN: CHRISTIAN BERGERON

ANDRE CHAGNON
C/O NORMAND GREGOIRE
2001 MCGILL COLLEGE AVE., SUITE 1000
MONTREAL, QUEBEC H3A 1G1

ABSA BANK LIMITED AS TRUSTEE ON BEHALF OF THE CORONATION INTERNATIONAL ACTIVE FUND OF FUNDS
C/O ABSA INVESTOR SERVICES
ATTN: HILDA DE VILLIERS
6TH FLOOR, ABSA TOWERS NORTH
180 COMMISSIONER STREET
JOHANNESBURG, SOUTH AFRICA

BANCO NOMINEES (IOM) LTD.
P.O. BOX 34
12/13 HILL STREET
DOUGLAS IM99 1BW
ISLE OF MAN
**RETURN MAIL**

ETHOS INVESTMENTS LTD.
AKTIS 119
KAVOURI 166-71, GREECE
**Return Mail**

ANNE CHANTAL PIGELET
344 RUE CHENAL
74700 SALLANCHES
FRANCE

ALTAR FUND, LTD. C/O CBH (Bahamas) LTD.
ATTN: MS. URSULA ROLLE
ALLIANCE HOUSE, EAST BAY STREET
PO BOX N-1724
NASSAU N.P.
BAHAMAS

DEUTSCHE BANK CUSTODY N.V.
HERENGRACHT 450-454
1017 CA
AMSTERDAM
THE NETHERLANDS
**Return Mail**

AVISON COMPANY SA
BERNARD DORSAZ
11 RUE DU GENERAL DUFOUR
CH 1204
GENEVA, SWITZERLAND

BANQUE PRIVEE EDMOND DE ROTHSCHILD
EUROPE
20 BOULEVARD EMMANUEL SERVAIS
L-2535 LUXEMBOURG

CEDAR FUND
C/O COMMERZBANK CAPITAL MARKETS
2 WORLD FINANCIAL CENTER, 31ST FLOOR
NEW YORK, NY 10281
ATTN: CHRISTIAN BERGERON

COMMERZBANK ALTERNATIVE STRATEGIES
TWO WORLD FINANCIAL CENTER #33
NEW YORK, NY 10281
ATTN: CHRISTIAN BERGERON

BOMBARDIER TRUST (CANADA)
C/O PATRICIA ROMANOVICI
BOMBARDIER INC.
800 RENE-LEVESQUE WEST
MONTREAL QC H3B 1Y8

BASE FORCE LTD.
C/O KATERINA PRODROMOU
A.J.K . BUREAU OF CONSULTANTS LTD.
1 NAOUSIS STR.
PO BOX 40634
6018 LARNACA
CYPRUS

CHRISTA GUNTER
TERASSES DU LEMAN 2
CH-1272 GENOLIER
SWITZERLAND

BOMBARDIER TRUST (U.S.)
C/O PATRICIA ROMANOVICI
BOMBARDIER INC.
800 RENE-LEVESQUE WEST
MONTREAL QC H3B 1Y8

BOMBARDIER TRUST (U.K.)
C/O PATRICIA ROMANOVICI
BOMBARDIER INC.
800 RENE-LEVESQUE WEST
MONTREAL QC H3B 1Y8

CLAUDE DEMOLE
PICTET & CIE BANQUIERS
ATTN: JURG EGLI
BD GEORGES FAVON 29
1204 GENEVA

CACEIS BANK LUXEMBOURG
F/K/A CAISB
ON BEHALF OF ISOFIN SICAV
5 ALLEE SCHEFFER
L-2520 LUXEMBOURG

CLEARWATER COMMERCIAL ENTERPRISES, INC.
COMPASS POINT
9 BERMUDIAN ROAD
HAMILTON HM 11
BERMUDA

COMMONFUND GLOBAL HEDGED PARTNERS
C/O COMMONFUND ASSET MANAGEMENT
COMPANY, INC.
ATTN: JOHN W. AUCHINCLOSS,
GENERAL COUNSEL
15 OLD DANBURY ROAD
WILTON, CT 06896

CONDOR ALTERNATIVE FUND
C/O JEAN FRANCOIS SCHMITT
GT FINANCE
30, PLACE De La MADELEINE
75008 PARIS, FRANCE`

COMBE SECURITIES
C/O LGT, VADUZ
LGT BANK IN LIECHTENSTEIN AG
POSTFACH
FL-9490 VADUZ
**Return Mail**

FIRST TRUST CORPORATION TTEE FBO JOSEPH
CUETER, ACCT # 031-038-12-836
P.O. BOX 173301
DENVER, CO 80217

DECTON LIMITED
C/O LGT, VADUZ
LGT BANK IN LIECHTENSTEIN AG
POSTFACH
FL-9490 VADUZ
**Return Mail**

DELPHI GLOBAL LTD.
OCTOGONE GESTION SA
26 RUE DE CANDOLLE
1205 GENEVA, SWITZERLAND

FONDATION J. ARMAND BOMBARDIER
C/O LYNN LAVIOE
SUN LIFE BUILDING
1155 METCALFE - SUITE 2100
MONTREAL QC, H3B 2V6
CAHADA

FONDATION LUCIE & ANDRE
C/O NORMAND GREGOIRE
2001 MCGILL COLLEGE AVE., SUITE 1000
MONTREAL, QUEBEC H3A 1G1

DIVERSIFIED CAPITAL MANAGEMENT LTD.
THOMAS H. DAVIS
C/O MERIDIAN GROUP
73 FRONT STREET
HAMILTON HM 12, BERMUDA
**Return Mail**

JP MORGAN HFS CUSTODY
CORONATION FUND MANAGERS
1 GEORGES DOCK
JP MORGAN HOUSE,
IFSC, DUBLIN 1,
IRELAND

FUND NOMINEES LTD.
C/O PAUL LE PAGE
P.O. BOX 45
HIRZEL HOUSE
ST. PETER PORT, GUERNSEY
GREAT BRITAIN GY1 4AX

FIRST TRUST CORPORATION TTEE FBO/PAUL
SIMON, ACCT # 031-038-12-834
PO BOX 173301
DENVER CO 80217-3301

HALINVEST SARL
C/O D. HALARD
29 RUE BONAPARTE
75006 PARIS, FRANCE

GT OPPORTUNITIES
30 PLACE DE LA MADELEINE
75008 PARIS
France

| | | |
|---|---|---|
| HSBC PRIVATE BANK (SUISSE) SA<br>QUAI GENERAL GUISAN<br>P.O. BOX 3580<br>1211 GENEVA 3<br>SWITZERLAND | ~~GOULAM INVESTMENTS~~<br>~~C/O JP GOURDEAU, PRESIDENT~~<br>~~6111 DE BOISE~~<br>~~NUMBER 4A~~<br>~~MONTREAL, CANADA H3S 2V9~~<br>**Return Mail** | ~~HSBC REPUBLIC~~<br>~~ATTN: EDWING SAINT LAURENT~~<br>~~452 FIFTH AVE., 2ND FLOOR~~<br>~~NEW YORK, NY 10018~~<br>**Return Mail** |
| JOANNE ST- GERMAIN<br>259 COROT STREET<br>NUN'S ISLAND, QUEBEC<br>CANADA H3E 1K8 | HUNNICUT & CO. DB PLAN<br>110 EAST 59TH STREET, 32ND FLOOR<br>NEW YORK, NY 10022 | JOAKIM LEHMKUHL<br>OCTOGONE GESTION SA<br>26 RUE DE CANDOLLE<br>1205 GENEVA, SWITZERLAND |
| JOHN G BARRIE JR IRA<br>2331 CASTLEFORD TERRACE<br>MIDLOTHIAN VA 23113 | JACQUELINE GREVY<br>344 RUE CHENAL<br>74700 SALLANCHES FRANCE | JOYCE SINCLAIR SPOUSAL TRUST<br>C/O MR. JAY MANN, CFO<br>PANDION INVESTMENTS LTD.<br>1010 SHERBROOKE STREET WEST, SUITE 1409<br>MONTREAL QUEBEC H3A 2R7<br>CANADA |
| KIKOUSU TRUST<br>OCTOGONE GESTION SA<br>26 RUE DE CANDOLLE<br>1205 GENEVA, SWITZERLAND | KMEFIC PRIME FUND<br>ATTN: MOHAMED A. ALMARZOOK<br>ASSISTANT GENERAL MANAGER -<br>INTERNATIONAL MARKETABLE SECURITIES<br>P.O. BOX 819<br>SAFAT 13009 KUWAIT | KREDIETBANK SA LUXEMBOURGEOISE<br>A/C SPECIAL OPPORTUNITIES FUND<br>ATTN: B O BOURSE<br>43 BOULEVARD ROYAL<br>L-2955 LUXEMBOURG<br>LUXEMBOURG |
| ~~LIBERTY ERMITAGE GLOBAL WEALTH~~<br>~~MANAGEMENT JERSEY LTD.~~<br>~~1ST FLOOR, 47 THE ESPLANADE~~<br>~~ST. HELIER~~<br>~~JERSEY, CI, JE1 9LB~~<br>**Returned Mail** | ~~LIBERTY ERMITAGE NORTH AMERICAN~~<br>~~ABSOLUTE FUND LIMITED~~<br>~~1ST FLOOR, 47 THE ESPLANADE~~<br>~~ST. HELIER~~<br>~~JERSEY, CI, JE1 9LB~~<br>**Return Mail** | LIVSFURS, IKRUVGSSELSKAPET, NORDEAL LIV<br>NORGE/LEIF RAANES<br>P.O. BOX 7078<br>5020 BERGEN<br>NORWAY |
| ~~MADISON TEXTILES, LTD.~~<br>~~C/O R. RADCLIFFE~~<br>~~AUERBACH & HOPE~~<br>~~5860 BERNERS ST.~~<br>~~LONDON~~<br>**Return Mail** | MAESTRO TRADING, INC.<br>C/O VERGOTIS<br>13-15 DIMITROS ST.<br>P. FALIRON<br>ATHENS 17562<br>GREECE | MELLON BANK , N.A. AS TRUSTEE FOR THE<br>DOMINION RESOURCES MASTER TRUST<br>BNY MELLON<br>ATTN: DAVID JESKY<br>ONE MELLON CENTER, 1335<br>PITTSBURGH, PA 15258 |
| MR. EMIL FRICK SCHAAN<br>C/O LGT, VADUZ<br>LGT BANK IN LIECHTENSTEIN AG<br>POSTFACH<br>FL-9490 VADUZ<br>LIECHTENSTEIN | MULTIVALOR INVEST INC.<br>ATTN: EMMANUEL VERNET<br>P.O. BOX 5310<br>CH 121<br>GENEVA 11, SWITZERLAND | ~~NATIONAL BANK OF CANADA~~<br>~~1155 METCALFE~~<br>~~GROUND FLOOR~~<br>~~MONTREAL, QC~~<br>~~H3B 5G2, CANADA~~<br>**Return Mail** |
| ~~MRS. CECILE LESCOAT~~<br>~~FINANCIERE ATLAS~~<br>~~ATTN: MRS. EVELYNE SARTORI~~<br>~~4 PLACE VENDOME~~<br>~~75001 PARIS, France~~<br>**Return Mail** | NOBILIS<br>C/O D. HALARD<br>29 RUE BONAPARTE<br>75006 PARIS, FRANCE | OKABENA MARKETABLE ALTERNATIVES FUND,<br>LLC<br>ATTN: CHRISTINE K. GALLOWAY<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS, MN 55402-4522 |
| NORGES INVESTOR LONG SHORT AS<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND | NORGES INVESTOR VALUE AS<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND | PICTET CLIENT 1<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND |
| PICTET CLIENT 10<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND | PICTET CLIENT 11<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND | PICTET CLIENT 12<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND |

| | | |
|---|---|---|
| PICTET CLIENT 13<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND | PICTET CLIENT 14<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND | PICTET CLIENT 15<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND |
| PICTET CLIENT 2<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND | PICTET CLIENT 3<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND | PICTET CLIENT 4<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND |
| PICTET CLIENT 5<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND | PICTET CLIENT 6<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND | PICTET CLIENT 7<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND |
| PICTET CLIENT 8<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND | PICTET CLIENT 9<br>PICTET & CIE BANQUIERS<br>ATTN: JURG EGLI<br>ROUTE DES ACACIAS 60<br>1211 GENEVA 73<br>SWITZERLAND | RCA IN TRUST<br>CLAUDIA REINHOLD<br>1604 ST. REGIS BLVD.<br>DORVAL, QUEBEC CANADA H9P 1H6 |
| ~~ROTHSCHILD & CIE BANQUE~~<br>~~29, AVENUE DE MESSINE~~<br>~~75008 PARIS~~<br>~~FRANCE~~<br>~~Return Mail 6/11/12~~ | REGIME DE RENTES DU MOUVEMENT DESJARDINS<br>JEAN-FRANCOIS DELISLE<br>100, AVENUE DES COMMANDEURS<br>LEVIS (QUEBEC) CANADA G6V 7N5 | ~~SATNAM INVESTMENTS INC.~~<br>~~C/O EFG PRIVATE BANK~~<br>~~ATTN: FRANZ WILLF~~<br>~~1 RAFFLES PLACE~~<br>~~#42-00 OUB CENTER~~<br>~~SINGAPORE 048616~~ |
| SEVEN SEAS PORTFOLIO A LTD.<br>ADRIANA COLINA-MENGELLE<br>C/O MIF SA<br>86 RUE DE RHONE<br>P.O. BOX 3436<br>CH 1211 GENEVA 3<br>SWITZERLAND | SIMISA INTERNATIONAL/ISCANDAR INC.<br>OCTOGONE GESTION SA<br>26 RUE DE CANDOLLE<br>1205 GENEVA, SWITZERLAND | SOJECCI II LTEE (1) FORMERLY KNOWN AS 9091-2601 QUEBEC INC., AN ASSIGNEE OF SOJECCI LTEE<br>C/O NORMAND GREGOIRE<br>2001 MCGILL COLLEGE AVE., SUITE 1000<br>MONTREAL, QUEBEC H3A 1G1<br>CANADA |
| SPGP<br>142, BOULEVARD HAUSSMAN<br>75008 PARIS<br>FRANCE | STARVEST FUNDS, LTD.<br>C/O VINCENT CAMPAGNA<br>WAFRA INVESTMENT ADVISORY GROUP, INC.<br>345 PARK AVE., 41ST FLOOR<br>NEW YORK, NY 10154-0101 | STATE STREET TRUSTEES (GUERNSEY) LIMITED-AS CUSTODIAN FOR NEMROD LEVERAGED HOLDINGS LIMITED<br>ATTN: ANDREW THOMPSON<br>P.O. BOX 238 - 2ND FLOOR TUDOR HOUSE<br>LE BORDAGE<br>ST. PETER PORT, GUERNSEY GY1 3PF<br>**CHANNEL ISLANDS** |
| SUZANNE FONTAN<br>C/O D. HALARD<br>29 RUE BONAPARTE<br>75006 PARIS, FRANCE | TEAM HAAS USA, LTD. FACT INC,<br>1035 ANTIQUE LN<br>NORTHBROOK, IL 60062 | THE ARROWSMITH FUND, LTD.<br>C/O DION BETHELL/DEBORAH C. WATSON<br>DOCKENDALE HOUSE, 4TH FLOOR<br>WEST BAY ST.<br>P.O. BOX N-4836<br>NASSAU, BAHAMAS |
| | ~~THE DEVON TRUST~~<br>~~C/O DENNIS NERLAND~~<br>~~SHEANERLAND CALNAN~~<br>~~715 5TH AVE. SW, SUITE 1900~~<br>~~CALGARY, ALBERTA T2P 2X6~~<br>~~CANADA~~<br>**Returned Mail** | THE ISRAEL HENRY BEREN CHARITABLE TRUST<br>2020 NORTH BRAMBLEWOOD STREET<br>WICHITA, KS 67206 |
| THE MORTON MEYERSON FAMILY FOUNDATION<br>3401 ARMSTRONG AVE.<br>DALLAS, TEXAS 75205 | THE STAFFORD FUND, LTD., SUCCESSOR TO THE STAFFORD OPPORTUNITY FUND, LTD.<br>CHARLES E. ABRECHT<br>FAIRWAY INVESTMENT PARTNERS, INC.<br>622 GREENWICH STREET, SUITE 2-B<br>NEW YORK, NY 10014 | THE MEYERSON 1999 CHARITABLE REMAINDER TRUST<br>3401 ARMSTRONG AVE.<br>DALLAS, TEXAS 75205 |

| | | |
|---|---|---|
| THE PENSION COMMITTEE OF THE REGIME DE RERAITE DE LA CORPORATION DE ECOLE POLYTECHNIQUE<br>C/O BERNARD SANSCHAGRIN<br>ECOLE POLYTECHNIQUE<br>C.P. 6079, SUCCE. CENTER VILLA<br>MONTREAL QC<br>CANADA, H3C 3A7 | THE PENSION COMMITTEE OF THE UNIVERSITY OF MONTREAL PENSION PLAN IN ITS CAPACITY AS ADMINISTRATOR FOR THE UNIVERSITY OF MONTREAL PENSION PLAN<br>ANDREE MAYRAND<br>UNIV. OF MONTREAL INVESTMEMT MGMNT, PENSION FUND<br>7077 PARK AVENUE, SUITE 2002<br>Montreal OC H3N IX7 Canada<br>MONTREAL QC H3N 1X7 CANADA | VENERE INVESTMENTS LIMITED<br>C/O FIDUCIAIRE TUCKER SARL<br>CH DE LA PIERRARE 3a<br>1026 DENGES<br>SWITZERLAND |
| VESTA FORKSIKRING AS<br>PO BOX 7070 5020<br>BERGEN NORWAY | WESTWIND FOUNDATION HOLDING, LTD.<br>SANDRA DAILEY<br>P.O. BOX 26 GT<br>GRAND CAYMAN, CAYMAN ISLANDS | WYATT INCORPORATED EMPLOYEES PROFIT SHARING PLAN<br>RICHARD B. WYATT, TRUSTEE<br>4545 CAMPBELLS RUN ROAD<br>PITTSBURGH, PA 15205 |
| VITTORIO MOSCA<br>C/O FEDERICO MOSCA<br>57 EAST 75TH STREET, APT. 4<br>NEW YORK, NY 10021 | L.H. LOGARITHM HOLDINGS SA<br>C/O JACQUES MERKT<br>15, RUE GENERAL-DUFOUR<br>CASE POSTALE 5556<br>1211 GENEVA 11<br>SWITZERLAND | LABISCOUTI TRUST<br>OCTOGONE GESTION<br>SA26 RUE DE CANDOLLE<br>1205 GENEVA, SWITZERLAND |
| KUWAIT & MIDDLE EAST FINANCIAL INVESTMENT COMPANY<br>ATTN: MOHAMED A. ALMARZOOK<br>ASSISTANT GENERAL MANAGER - INTERNATIONAL MARKETABLE SECURITIES<br>P.O. BOX 819<br>SAFAT 13009 KUWAIT | DEUTSCHE BANK NOMINEES (JERSEY) LIMITED<br>A/C SIGNET<br>P.O. BOX 727<br>ST. PAUL'S GATE/NEW STREET<br>ST. HELIER JERSEY JE4 8ZB<br>CHANNEL ISLANDS | ~~ETHOS INVESTMENTS LTD.~~<br>~~52A PAPADIMITRIOU & CO.~~<br>~~241 SYNGROU AVE. & 2 AUKARNASSAO STR.~~<br>~~ATHENS 171-22 GREECE~~ |
| FIRST TRUST CORPORATION TTEE FBO/SHIRLEY A. SIMON<br>ACCT #031-038-12-835<br>P.O. BOX 173301<br>DENVER, CO 80217-3301 | SIL NOMINEES<br>C/O SILNOM HOLDINGS LTD.<br>165 CROSS AVENUE, SUITE 302<br>OAKVILLE, ONTARIO, l6JCANADA L6J OA9 | ONE MULTI-STRATEGY FUND LTD.<br>C/O CIRCLE INVESTMENT SUPPORT SERVICES B.V.<br>ATTN: Mr. Simon Hiemstra/Mrs. Eva Slovenciakova<br>P.O. BOX 2052<br>3800 CB AMERSFOORT<br>THE NETHERLANDS |
| ~~DAVID NATHAN MEYERSON~~<br>~~PRIVATE FOUNDATION~~<br>~~ATTN: MORTON H. MEYERSON~~<br>~~P.O. BOX 192607~~<br>~~DALLAS, TX 75219~~<br>**Returned Mail** | Mr Kjetil Myhrvold<br>Vesta Eiendom AS<br>c/o Tryg Forsikring NUF<br>PO Box 7070<br>N-5020 Bergen NORWAY<br>kjetil.myhrvold@tryg.no | ROBERT REYNOLDS<br>SLATKIN & REYNOLDS P.A.<br>ONE EAST BROWARD BLVD., SUITE 609<br>FT. LAUDERDALE, FL 33301 |
| ~~RICHARD CASHMAN~~<br>~~HELLER EHRMAN LLP~~<br>~~TIMES SQUARE TOWER~~<br>~~7 TIMES SQUARE~~<br>~~NEW YORK, NY 10036~~<br>**Returned Mail** | ~~LYNDA J GRANT, ESQ.~~<br>~~LABATON SUCHAROW & RUDOFF LLP~~<br>~~100 Park Avenue~~<br>~~NEW YORK, NY 10017~~<br>**Returned Mail** | MARK S. GOLDMAN<br>CAROL VILLEGAS<br>LABATON SUCHAROW LLP<br>140 BROADWAY, 34TH FLOOR<br>NEW YORK, NY 10005 |
| ANDREW L. JIRANEK, ESQ.<br>16 WILLOW AVENUE<br>BALTIMORE, MARYLAND 21286 | BILL CHAMPLIN<br>TYLER COOPER & ALCORN, LLP<br>185 ASYLUM STREET<br>CITY PLACE, 35TH FLOOR<br>HARTFORD, CT 06103 | THE CORBETT FAMILY CHARITABLE FOUNDATION, INC.<br>RICHARD A. CORBETT<br>509 GUSIANDO DE AVILA-SUITE 201<br>TAMPA, FL 33613 |
| Citco Bank Nederland N.V. Dublin Branch<br>Branch Officer<br>Custom House Plaza Block 3<br>Int'l Financial Services Center<br>P.O. Box 6639<br>Dublin , Ireland | GOULAM INVESTMENTS<br>C/O JP GOURDEAU, PRESIDENT<br>6100 DEACOM<br>APT. 8c<br>MONTREAL, CANADA H3S 2V6 | |

EMF 36145264 v2