UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-80612-CIV-MARRA/HOPKINS

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

MICHAEL LAUER et al.,

        Defendants,

and

LANCER OFFSHORE, INC., et al.,

        Relief Defendants.
_____/

## ORDER DENYING MOTION TO VACATE ON GROUNDS OF MISCONDUCT

**THIS CAUSE** is before the Court upon Defendant Michael Lauer's Motion to Vacate the Judgment Herein on Grounds of Judicial Misconduct [DE 2677]. The Court has carefully considered the motion, responses, reply and is otherwise fully advised in the premises.

By way of this motion, Michael Lauer ("Lauer") argues that nearly a decade ago, former Chief Judge Zloch of the Southern District of Florida "diabolically manipulat[ed] the legal process." DE 2677 at 7. Lauer's evidence of the scheme consists of conspiratorial theories and arguments previously raised, such as the former Chief Judge allegedly manipulated the random selection process used by the Clerk of Court to arrange that this case be assigned to the undersigned, and that the former Chief Judge knew at the time he denied Lauer's Recusal Motion that he would

later remove himself from the case.

In the end, the motion is legally insufficient. It is largely a rehash of the Judicial Misconduct motion he filed years ago, which was properly denied. In addition, Lauer asserts other familiar grievances that he has been making for years, based on his claim that the asset freeze was improper and the Court should have granted his motion to change venue. However, these rulings have already been appealed and affirmed by the Eleventh Circuit Court of Appeals. *See S.E.C. v. Lauer*, 478 F.App'x 550, 557 (11th Cir. 2012) (affirming district court's grant of summary judgment against Lauer), *cert. denied*, 133 S.Ct. 545 (2012). In essence, this motion is a collateral attack of the Order Denying Lauer's Misconduct Motion, which is wholly improper. Therefore, it is hereby

**ORDERED AND ADJUDGED** that Defendant Michael Lauer's Motion to Vacate the Judgment Herein on Grounds of Judicial Misconduct [DE 2677] is denied.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of June, 2013.

KENNETH A. MARRA
United States District Judge